AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-670-CJN |
| Stephen K. Bannon | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                                    .

Date:   11/12/2021                                               /s/ Amanda R. Vaughn
                                                                              *Attorney's signature*

                                                                   Amanda R. Vaughn
                                                              *Printed name and bar number*
                                                                  U.S. Attorney's Office
                                                                    555 4th Street NW
                                                                 Washington, D.C. 20530

                                                                              *Address*

                                                              amanda.vaughn@usdoj.gov
                                                                         *E-mail address*

                                                                     (202) 252-1793
                                                                       *Telephone number*

                                                                           *FAX number*