NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1: 21-cr-670

**Stephen K. Bannon**
              (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**David I. Schoen; 391408**
(Attorney & Bar ID Number)

David I. Schoen, Attorney at Law
(Firm Name)

**2800 Zelda Road, Suite 100-6**
(Street Address)

**Montgomery, Alabama  36106**
(City)          (State)          (Zip)

**334-395-6611**
(Telephone Number)