# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v.  : <br> : <br> STEPHEN K. BANNON, : <br> : <br> *Defendant*. : | No.: 1:21-cr-00670-CJN-1 |

## NOTICE OF APPEARANCE

Please enter the appearance of M. Evan Corcoran of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Stephen K. Bannon in the above-referenced matter.

Dated: November 15, 2021         Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

/s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
210 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November 2021, a copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system on all properly registered parties and counsel.

/s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)