UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | Case No. 1:21-cr-670 (CJN) |
| ) | |
| STEPHEN K. BANNON  ) | |

### DEFENDANT'S ENTRY OF A PLEA OF
### NOT GUILTY AND WAIVER OF ARRAIGNMENT

I hereby acknowledge that I am the defendant named above and I have received a copy of the indictment in this case. I understand that I have the right to appear personally at my arraignment pursuant to Rule 43(a)(1) of the Federal Rules of Criminal Procedure, and consistent with Rule 43(b)(2) of the Federal Rules of Criminal Procedure and that I have the right to have the indictment read to me in open court pursuant to Rule 10 of the Federal Rules of Criminal Procedure.

I have discussed the charges in the indictment and the waiver of appearance at arraignment with my attorneys and I fully understand the nature of the offenses charged and my right to appear at arraignment. Understanding my rights, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I do hereby freely and voluntarily waive my right to an arraignment on the indictment and my right to have it read to me in open court.

As evidenced by my signature below, I do hereby waive formal arraignment and enter my plea of NOT GUILTY to the indictment this 17th day of November, 2021 and ask the Court to accept this plea and waiver pursuant to Rule 10(b)(3), obviating the need to conduct an arraignment during the virtual status conference scheduled for November 18, 2021, which I will attend with my attorneys.

_____
Stephen K. Bannon
Defendant

_____
M. Evan Corcoran (D.C. Bar 440027)
Counsel for Defendant Bannon

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on all counsel of record by filing the same through this Court's ECF system on this 17th day of November, 2021.

_____
M. Evan Corcoran (D.C. Bar 440027)
SILVERMAN THOMPSON
SLUTKIN WHITE
201 N Charles Street, 25th Floor
Baltimore, MD 21201
(410) 385-2225
Fax: (410) 547-2432
ecorcoran@silvermanthompson.com