AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia



**FILED**
**NOV 15 2021**
Clerk, U.S. District and Bankruptcy Courts

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-cr-00670 |
| Stephen K. Bannon | ) Assigned to: Judge Nichols, Carl J. |
|  | ) Assign Date: 11/12/2021 |
|  | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephen K. Bannon,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
2 U.S.C. § 192 (Contempt of Congress—Testimony)
2 U.S.C. § 192 (Contempt of Congress—Papers)

Date: 11/12/2021

2021.11.12
15:35:24
-05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/12/2021, and the person was arrested on *(date)* 11/15/2021
at *(city and state)* Washington D.C.

Date: 11/15/2021

*Arresting officer's signature*

Nathan Wolfe  DUSM
*Printed name and title*