# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :<br>: No.: 1:21-cr-00670-CJN-1<br>:<br>v. :<br>:<br>STEPHEN K. BANNON, :<br>:<br>*Defendant*. :<br>: |

## ORDER

Upon consideration of the Government's Motion for Protective Order and to Disclose Grand Jury Testimony, the Opposition to Government's Motion for Protective Order and to Disclose Grand Jury Testimony, and the entire record in the case, and pursuant to the Court's authority under Fed. R. Crim. P. 6 and Fed. R. Crim. P. 16, it is hereby **ORDERED** that**:**

(1) the Government's Motion is **DENIED**; and

(2) the Government may disclose the transcripts and related exhibits of witness testimony presented to the grand jury that returned the indictment in this case to the defense.

Dated: November ____, 2021

_____
Hon. Carl J. Nichols
*United States District Judge*