# ATTACHMENT 2
# (UNDER SEAL)