# ATTACHMENT 3
# (UNDER SEAL)