**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     Criminal No. 21-cr-00670 (CJN) |
| | : |
| v. | : |
| | : |
| STEPHEN K. BANNON, | : |
| | : |
| *Defendant*. | : |
| | : |

## DEFENDANT'S MOTION TO FILE SUR-REPLY

Defendant Stephen K. Bannon, by and through his undersigned counsel, respectfully moves this Court for leave to file a concise sur-reply to the Government's Reply (Doc. 12) to the Defendant's Opposition (Doc. 11) to the Government's Motion For Protective Order And To Disclose Grand Jury Testimony (Doc. 9). In support of this motion, we state as follows:

1.  On November 18, 2021, the Court set a deadline of November 24, 2021, for the Defendant to file an opposition to the Government's Motion For Protective Order And To Disclose Grand Jury Testimony.

2.  On November 24, 2021, the Defendant filed its opposition.

3.  On November 28, 2921, the Government filed a Reply To Defendant's Opposition To Motion For Protective Order. The Government's initial motion did not contain legal authority in support of its position. In its Reply, for the first time, the Government cites legal authority that it claims supports its position. It does not, and the Defendant must be permitted an opportunity to address it. Similarly, for the first time in its Reply, the Government makes factual assertions found nowhere in its initial motion. These factual assertions are

misleading and do not accurately reflect the record. Mr. Bannon must be given an opportunity to address them as well.

4.     While sur-replies are generally disfavored, *Kifafi v. Hilton Hotels Ret. Plan*, 736 F. Supp. 2d 64, 69, (D.D.C. 2010), "the decision to grant or deny leave to file a surreply is committed to the sound discretion of the Court."  *Sargent v. Pompeo*, 2020 U.S. Dist. LEXIS 166910, *34; 2020 WL 5505361 (D.D.C. Sept. 11, 2020) (granting leave to file sur-reply); *see also Lu v. Lezell*, 45 F. Supp. 3d 86, 91 (D.D.C. 2014).

5.     When a moving party makes an argument for the first time in a reply, the court's "proper response" is to "either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to file a sur-reply." *Patel v. Bureau of Prisons*, 2011 U.S. Dist. LEXIS 164647, *2 (D.D.C., Nov. 28, 2011) (*citing Baloch v. Norton*, 517 F. Supp. 2d 345, 349 (D.D.C. 2007)).

6.     We respectfully suggest that the proper course here – where the Government has made new factual assertions and raised new legal arguments in its Reply, many of which could have been raised, but were not, in its initial motion – is to allow a sur-reply. *See DiBacco v. United States Dep't of the Army*, 983 F. Supp. 44, 54 (D.D.C. 2013) (granting leave to file sur-reply where "most if not all" of the arguments made by the moving party in its reply "could have and should have been raised in their initial motion" and rejecting the moving party's request for leave to file a further reply to the sur-reply). In fact, the Government's Reply includes as an attachment a proposed protective order that is *different* from the one proposed in its initial motion (Doc. 12-1). This also justifies a sur-reply.

WHEREFORE, for the foregoing reasons, Defendant Stephen K. Bannon respectfully requests that this Court GRANT the instant Motion To File Sur-Reply.

Dated: November 29, 2021                 Respectfully submitted,

                                         Silverman|Thompson|Slutkin|White, LLC

                                         ___/s/ M. Evan Corcoran_____
                                         M. Evan Corcoran (D.C. Bar No. 440027)
                                         210 N. Charles Street, 26th Floor
                                         Baltimore, MD 21201
                                         Telephone: (410) 385-2225
                                         Facsimile: (410) 547-2432
                                         Email: ecorcoran@silvermanthompson.com


                                         ___/s/ David I. Schoen_____
                                         David I. Schoen (D.C. Bar No. 391408)
                                         David I. Schoen, Attorney at Law
                                         2800 Zelda Road, Suite 100-6
                                         Montgomery, Alabama 36106
                                         Telephone: (334) 395-6611
                                         Facsimile: (917) 591-7586
                                         Email: schoenlawfirm@gmail.com

                                         *Counsel for Defendant Stephen K. Bannon*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November 2021, a copy of the foregoing

Motion To File Sur-Reply was served *via* the Court's CM/ECF system on all properly registered

parties and counsel.


                                         ___/s/ M. Evan Corcoran_____
                                         M. Evan Corcoran (D.C. Bar No. 440027)