## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-cr-00670 (CJN) |
| | : | |
| v. | : | |
| | : | |
| STEPHEN K. BANNON, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

## <u>ORDER</u>

Upon consideration of the Defendant's Motion To File Sur-Reply, and the entire record in

the case, it is hereby **ORDERED** that the Defendant's motion is **GRANTED.**

Dated: November \_\_\_, 2021

_____
Hon. Carl J. Nichols
*United States District Judge*