IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Criminal No. 21-00670 (CJN) |
| v. | : |
| | : |
| STEPHEN K. BANNON, | : |
| | : |
| *Defendant*. | : |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(d), Defendant moves for the admission and appearance of attorney Robert J. Costello, Esq. *pro hac vice* in the above-captioned matter. This motion is supported by the Declaration of Robert J. Costello, Esq., filed herewith as **Exhibit A**. As set forth in Mr. Costello's Declaration, Mr. Costello is admitted to and an active member in good standing of the following courts and bars: New York State Bar, United States District Court Southern District of New York, United States District Court Eastern District of New York, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit and the United States Supreme Court. This motion is supported and signed by M. Evan Corcoran, Esq., an active and sponsoring member of the Bar of this Court.

Dated: December 2, 2021               Respectfully submitted,

                                      SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

                                      ___/s/ M. Evan Corcoran___
                                      M. Evan Corcoran (D.C. Bar No. 440027)
                                      210 N. Charles Street, 26th Floor
                                      Baltimore, MD 21201
                                      Telephone: (410) 385-2225
                                      Facsimile: (410) 547-2432
                                      Email: ecorcoran@silvermanthompson.com

      /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

      /s/ Robert J. Costello
Robert J. Costello (*Pro Hac Vic Pending*)
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Email: rjc@dhclegal.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December 2021, a copy of the foregoing Motion for Admission Pro Hac Vic was served via the Court's CM/ECF system on all properly registered parties and counsel.

                                                   /s/ M. Evan Corcoran
                                        M. Evan Corcoran (D.C. Bar No. 440027)