# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-00670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

## ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

The Court has reviewed Defendant's Motion for Admission of Attorney Robert J. Costello, Esq. *pro hac vice*. Upon consideration of that motion, the Court grants Robert J. Costello, Esq. *pro hac vice* admission to this Court.

**SO ORDERED.**

Dated: December \_\_\_\_, 2021

_____
Hon. Carl J. Nichols
*United States District Judge*