IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-00670 (CJN) |
| v. | |
| STEPHEN K. BANNON, | |
| *Defendant.* | |

### DECLARATION OF ROBERT J. COSTELLO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert J. Costello, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. My name, office address, and telephone number are as follows:

   Robert J. Costello
   Davidoff Hutcher & Citron LLP
   605 Third Avenue
   New York, New York 10158
   Telephone: (212) 557-7200
   Facsimile: (212) 286-1884
   Email: rjc@dhclegal.com

2. I have been admitted to the following courts and bars:

   | Court | Date Admitted |
   |---|---|
   | New York State Court | 05/01/1973 |
   | USDC Southern District of New York | 08/07/1973 |
   | USDC Eastern District of New York | 10/22/1982 |
   | United States Court of Appeals 2nd Circuit | 04/30/1973 |
   | United States Court of Appeals 3rd Circuit | 01/02/1987 |
   | United States Supreme Court | 12/1984 |

3. I am currently in good standing with all states, courts, and bars in which I am admitted to practice and have never been previously disciplined.

4. I have not been admitted *pro hac vice* in U.S. District Court for the District of Columbia in the last two years.

5. I do not have an office located within the District of Columbia and am not a member of the District of Columbia Bar or have a pending application to become a member of the District of Columbia Bar.

Executed on this 3rd day of December, 2021.

Robert J. Costello (*Pro Hac Vice Pending*)

Dated: December 3, 2021

Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

/s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
210 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

/s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

/s/ Robert J. Costello
Robert J. Costello (*Pro Hac Vice Pending*)
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Email: rjc@dhclegal.com

*Counsel for Defendant*

2