IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA

v.

STEPHEN K. BANNON,

Defendant.

No.: 1:21-cr-00670-CJN-1

**NOTICE OF APPEARANCE**

---

Please take notice that Robert J. Costello of Davidoff Hutcher & Citron LLP hereby appears as counsel, pro hac vice, for Defendant Stephen K. Bannon in the above-referenced matter.

Dated:   December 7, 2021

Respectfully submitted,

**DAVIDOFF HUTCHER & CITRON LLP**

By:

Robert J. Costello (RC8301)
605 Third Avenue
New York, NY 10158
Tel:    (646) 428-3238
Facsimile:  (212) 297-0701
Email:  rjc@dhclegal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December 2021, a copy of the foregoing

Notice of Appearance was served via the Court's CM/ECF system on all properly registered

parties and counsel.

/s/

(RC8301)