# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 21-cr-670 |
| STEVEN K. BANNON, | |
| Defendant. | |
| CABLE NEWS NETWORK, INC., et al., | |
| Proposed Intervenors. | |

## THE PRESS COALITION'S REQUEST FOR HEARING

Pursuant to Local Criminal Rule 47(f), Proposed Intervenors (the "Press Coalition") respectfully request that the Court schedule a hearing on their Motion to Intervene, which was submitted for filing on November 26, 2021 and is still pending before this Court.[1]

While the Court has entered the Protective Order in this case (Dkt. 20), the legal issues presented in the Press Coalition's Motion to Intervene remain unresolved. Specifically, the Protective Order does not find, and the Government has not demonstrated, a "reasonable likelihood of prejudice" absent restrictions on Defendant's republication of discovery materials, or that no "less restrictive alternatives" would adequately mitigate any perceived harm. *See United States v. Morrow*, 2005 U.S. Dist. LEXIS 8330 at *20 (D.D.C. Mar. 21, 2005).

A hearing on the Motion to Intervene would permit the Press Coalition and the parties to further assist the Court in resolving these important issues of transparency, the public interest, and the Constitution.

---

[1] Defendant also filed a copy of the Press Coalition's Motion to Intervene as Exhibit 3 (Dkt. 14-3) to his Motion to File Sur-Reply, which the Court granted in its Minute Order of December 10, 2021.

Dated: December 13, 2021  Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Counsel for the Press Coalition*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December 2021, I caused true and correct copies of the foregoing to be served via electronic mail and U.S. Mail on the following:

Amanda Rose Vaughn
J.P. Cooney
Molly Gulland Gaston
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street NW
Washington, DC 20001
amanda.vaughn@usdoj.gov
joseph.cooney@usdoj.gov
molly.gaston@usdoj.gov

*Counsel for the United States*


David I. Schoen
DAVID I. SCHOEN, ATTORNEY AT LAW
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
dschoen593@aol.com

Matthew Evan Corcoran
SILVERMAN THOMPSON SLUTKIN WHITE
201 N Charles Street
25th Floor
Baltimore, MD 21201
ecorcoran@silvermanthompson.com

Robert J. Costello
DAVIDOFF HUTCHER & CIRTON LLP
605 Third Avenue
New York, NY 10158
rjc@dhclegal.com

*Counsel for Defendant Steven K. Bannon*

                                                  /s/ *Charles D. Tobin*
                                                  Charles D. Tobin (#455593)