UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-670 |
| v. : | |
| : | |
| STEPHEN K. BANNON, : | |
| : | |
| : | |
| **Defendant.** : | |

### ORDER

Before the Court is the United States' Motion to Exclude Time Pursuant to the Speedy Trial Act. Upon consideration of the motion; for the reasons the Court cited at the December 7, 2021, status hearing; and pursuant, in part, to Standing Order No. 21-79 (BAH) (Dec. 13, 2021), the ends of justice served by a continuance in this matter outweigh the best interest of the public and the Defendant in a speedy trial. Accordingly, it is hereby

**ORDERED** that the time from the date of this Order through _____, 2022 shall be excluded under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii); Standing Order No. 21-79.

Date: December \_\_, 2021

_____
CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE