**EXHIBIT 2**



**U.S. Department of Justice**

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 7, 2022

**DELIVERY VIA EMAIL**
David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
dschoen593@aol.com

Robert J. Costello
Davidoff Hutcher & Cirton LLP
605 Third Ave.
New York, NY 10158
rjc@dhclegal.com

M. Evan Corcoran
Silverman Thompson Slutkin White
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201
ecorcoran@silvermanthompson.com

      RE:    *United States v. Stephen K. Bannon*, 21-cr-670 (CJN)

Counsel:

      We write in response to your January 6, 2022, letter requesting information about internal deliberations and investigative steps relating to Mr. Costello and any other attorneys who have represented Mr. Bannon. As you are aware, and as we discussed in a phone call with Mr. Corcoran and Mr. Schoen on December 2, 2021, Mr. Costello represented Mr. Bannon before the January 6th Select Committee ("the Committee") in relation to the subpoena it issued to Mr. Bannon and is, therefore, a witness to the conduct charged in the Indictment. We understand that attorney Adam Katz also represented Mr. Bannon with respect to the Committee and, therefore, also is a potential witness. We are not aware of any other attorneys who represented Mr. Bannon with respect to the Committee.

Aside from the information that Mr. Costello voluntarily disclosed on behalf of Mr. Bannon during the investigation of this matter, the Government has not taken any steps to obtain any attorney work product relating to any attorney's representation of Mr. Bannon or to obtain any confidential communications between Mr. Bannon, Mr. Costello, and Mr. Katz, or between Mr. Bannon and any other attorneys.

We have provided all discoverable material in the prosecution team's possession, custody, or control relating to Mr. Costello's and Mr. Katz's involvement in the conduct charged in the Indictment. The Government understands its discovery obligations under Federal Rule of Criminal Procedure 16; the Jencks Act; and *Brady*, *Giglio*, and their progeny, and will continue to comply with them should additional discoverable material come into the prosecution team's possession, custody, or control.

Sincerely,

MATTHEW M. GRAVES
United States Attorney

By:   /s/ *Amanda R. Vaughn*
J.P. Cooney
Molly Gaston
Amanda R. Vaughn
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1793 (Vaughn)
amanda.vaughn@usdoj.gov