IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : No.: 1:21-cr-00670-CJN-1 <br> : |
| v. | : <br> : |
| STEPHEN K. BANNON, | : <br> : |
| *Defendant*. | : <br> : |

### ORDER

Upon consideration of the Defendant's Motion to Compel Disclosures Concerning the Government's Efforts to Obtain Attorney Telephone and Email Records, the Government's Opposition to the Motion, the Defendant's Reply, and the entire record in the case, it is hereby **ORDERED** that**:**

(1) the Defendant's Motion is **GRANTED** and the Government is **ORDERED** to:

(2) Provide to defense counsel: A copy of any and all subpoenas and Orders that were issued and that were directed to third parties in an effort to obtain email and telephone records for Robert J. Costello, Esq. (and any other counsel for Mr. Bannon), along with all documents submitted in connection with any and all applications for any such court Order or so-ordered subpoena.

(3) Provide to defense counsel: A list of all third parties on whom a subpoena, court Order or other process was served in the effort to obtain email and telephone records for Robert J. Costello, Esq. (and any other counsel for Mr. Bannon).

(4) Provide to defense counsel:  A list of all people in the Department of Justice from whom authorization to seek and obtain the email and telephone records for Robert J.

2

   Costello, Esq. (and any other counsel for Mr. Bannon) was sought or who provided any such authorization.

(5) Disclose to defense counsel: Whether the email and telephone records obtained were shown or described or referred to before the grand jury that returned the indictment in this case and disclose any and all other parties to whom these records were provided or described. If the email or telephone records were shown or described or referred to before the grand jury, the Government is to provide to defense counsel the grand jury transcripts related to the same.

Dated: February, ____, 2022

_____
Hon. Carl J. Nichols
*United States District Judge*