# EXHIBIT 1



**SILVERMAN THOMPSON**
Silverman Thompson Slutkin White

ATTORNEYS AT LAW

*A Limited Liability Company*
201 N. Charles Street
26th Floor
Baltimore, Maryland 21201
Telephone 410.385.2225
Facsimile 410.547.2432
silvermanthompson.com

*Baltimore | Towson | New York | Washington, DC*

Writer's Direct Contact:
Evan Corcoran
410-385-2225
ecorcoran@silvermanthompson.com

January 14, 2022

*VIA – ELECTRONIC DELIVERY*

Amanda Vaughn, Esquire
J.P. Cooney, Esquire
Molly Gaston, Esquire
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Re:   *United States v. Stephen K. Bannon,* Criminal No. 21-670 (CJN)

Dear Counsel:

We make the following discovery requests pursuant to the Court's January 3, 2022, Scheduling Order (Doc. 25).

Our requests are based, without limitation, upon Federal Rule of Criminal Procedure 16, Local Rule of Criminal Procedure 5.1(b), the Jencks Act, Federal Rule of Evidence 404(b), the *Brady/Giglio/Kyles* line of cases, the United States Department of Justice's policies governing discovery, and the United States Attorney's Office for the District of Columbia's policies governing discovery.

### A. Scope of Review

U.S. Department of Justice policy states that:

> It is the obligation of federal prosecutors, in preparing for trial, to seek all exculpatory and impeachment information from all members of the prosecution team. Members of the prosecution team include federal, state, and local law enforcement officers and other government officials participating in the investigation and prosecution of the criminal case against the defendant.

JM 9-5.001.

It is your responsibility to search for exculpatory and impeachment information in the custody and control of the attorneys, agents, and other employees of the U.S. Attorney's Office. Because employees of the main U.S. Department of Justice participated in the investigation and prosecution of this case, it is also your responsibility to search for exculpatory and impeachment information in the custody and control of the officials, attorneys, agents, and other employees of the main U.S. Department of Justice. In addition, because Members of Congress, staff, and employees of the U.S. House of Representatives participated in the investigation and prosecution of this case – and in some instances may be witnesses in this case – it is your responsibility to search for exculpatory and impeachment information in the custody and control of the attorneys, agents, and other employees of the U.S. House of Representatives. This includes individuals associated with the U.S. House Select Committee to Investigate the January 6th Attack on the United States Capitol (hereinafter "Select Committee"), the Rules Committee, Office of General Counsel, and Office of the Speaker of the House. In addition, since both the U.S. Attorney General and the President of the United States commented publicly upon the prosecution of Mr. Bannon, it is your responsibility to search for discoverable information within the Office of the Attorney General, and the White House.

### B. Materials To Review

You are required to review all potentially discoverable materials within the custody or control of the governmental organizations set forth above. This includes, without limitation: the FBI's entire investigative files; confidential informant, witness, human source, and source files; information gathered during the investigation; and all case-related communications.

In addition, you are required to obtain, review, and disclose all prior statements of individuals at the U.S. Attorney's Office, the main U.S. Department of Justice, the FBI, the U.S. House of Representatives, and the White House, who participated in any way in this matter. You are responsible for disclosing potentially inconsistent prior statements (including potentially inconsistent attorney proffers), statements or reports reflecting witness statement variations, and conditions that could affect a person's bias (including animosity toward Mr. Bannon, or animosity toward any group with which Mr. Bannon is affiliated).

### C. Local Rule of Criminal Procedure 5.1(b)

As you are aware, the local rules for the United States District Court for the District of Columbia make explicit your obligations as to each piece of information that you review for discovery purposes. You are required to consider how a given piece of information might add to the quantum of evidence in favor of the defendant, and to disclose any information which has any weight at all in a defendant's favor. You are required to disclose any information that would make conviction less likely, or a lower sentence more likely. This includes any information that is inconsistent or tends to negate any element of the offense charged. It also includes any

2

information that would tend to support any defense to the offense charged. It further includes information that has not been documented. With regard to such information, it is your responsibility to reduce it to writing so that it can be produced to us.

The local rules provide, in pertinent part, that you are obligated to disclose to us, without limitation:

> (1) Information that is inconsistent with or tends to negate the defendant's guilt as to any element, including identification, of the offense(s) with which the defendant is charged;
>
> (2) Information that tends to mitigate the charged offense(s) or reduce the potential penalty;
>
> (3) Information that tends to establish an articulated and legally cognizable defense theory or recognized affirmative defense to the offense(s) with which the defendant is charged;
>
> (4) Information that casts doubt on the credibility or accuracy of any evidence, including witness testimony, the government anticipates using in its case-in-chief at trial; and
>
> (5) Impeachment information, which includes but is not limited to: (i) information regarding whether any promise, reward, or inducement has been given by the government to any witness it anticipates calling in its case-in-chief; and (ii) information that identifies all pending criminal cases against, and all criminal convictions of, any such witness.

LCrR 5.1(b).

### D. Additional Requests

1. All statements of Mr. Bannon, and/or any person acting on his behalf or associated with him.

2. All documents and information obtained in response to any subpoena or investigative request relating to Mr. Bannon, and/or any person acting on his behalf or associated with him.

3. All subpoenas or investigative requests relating to Mr. Bannon, and/or any person acting on his behalf or associated with him.

4. All documents and information used in support of any subpoena or investigative request – including but not limited to affidavits – relating to Mr. Bannon, and/or any person acting on his behalf or associated with him.

3

5. All documents and information regarding the establishment of the Select Committee, its membership, its staffing, its budget, its authority and functioning, and the authority of the Select Committee to issue subpoenas.

6. All documents and information in the possession of the Select Committee, or any of its officials, members, employees, or staff, regarding Mr. Bannon's appearance as a witness and/or production of documents.

7. All documents and information in the possession of the U.S. House of Representatives Rules Committee, Office of General Counsel, and Office of the Speaker, or any of its officials, members, employees, or staff, regarding Mr. Bannon's appearance as a witness and/or production of documents.

8. All documents and information in the possession of the Select Committee, or any of its officials, members, employees, or staff, regarding the issuance of a subpoena to Mr. Bannon.

9. All documents and information in the possession of the Select Committee, the main Department of Justice, the U.S. Attorney's Office, and the White House, or any of its officials, members, employees, or staff, regarding President Donald J. Trump's assertion of executive privilege in response to any request of the Select Committee.

10. All drafts of the October 8, 2021, letter from the Select Committee Chair referenced in Paragraph 17 of the Indictment.

11. All documents and information in the possession of the Select Committee, or any of its officials, members, employees, or staff, regarding attendance by members and staff at the October 14, 2021, hearing room, referenced in Paragraph 19 of the Indictment.

12. All drafts of the October 15, 2021, letter from the Select Committee Chair referenced in Paragraph 20 of the Indictment.

13. All documents and information in the possession of the Select Committee, Rules Committee, Office of General Counsel, and Office of the Speaker, main Department of Justice (including but not limited to the Office of Legal Counsel), U.S. Attorney's Office, and the White House, or any of its officials, members, employees, or staff, regarding what constitutes a default by a witness in response to a subpoena, and/or what does not constitute a default by a witness in response to a subpoena.

14. All documents and information in the possession of the Select Committee, Rules Committee, Office of General Counsel, and Office of the Speaker, main Department of Justice (including but not limited to the Office of Legal Counsel), U.S. Attorney's Office, and the White House, or any of its officials, members, employees, or staff, regarding whether the Select Committee would receive the testimony of any witness in a non-public deposition.

15. Any private or public statement by any member of the Select Committee, Rules Committee, Office of General Counsel, and Office of the Speaker, or any of its officials, members, employees, or staff, regarding Mr. Bannon's interaction with the Select Committee.

16. Any private or public statement by any official, employee, or staff of the U.S. Department of Justice regarding Mr. Bannon's interaction with the Select Committee.

17. Any private or public statement by any official, employee, or staff of the U.S. Attorney's Office for the District of Columbia regarding Mr. Bannon's interaction with the Select Committee.

18. Any private or public statement by any official, employee, or staff of the White House regarding Mr. Bannon's interaction with the Select Committee.

19. All documents and information in the possession of the Select Committee, Rules Committee, Office of General Counsel, and Office of the Speaker, main Department of Justice (including but not limited to the Office of Legal Counsel), and U.S. Attorney's Office, or any of its officials, members, employees, or staff, regarding the factors to be considered in determining whether to bring a civil or criminal action or other sanction for an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

20. All documents and information in the possession of the Select Committee, Rules Committee, Office of General Counsel, and Office of the Speaker, main Department of Justice – including but not limited to the Office of Legal Counsel – and the U.S. Attorney's Office, or any of its officials, members, employees, or staff, regarding the applicability of the advice of counsel defense to an alleged failure to comply with a Congressional subpoena, involving Mr. Bannon or any other individual.

21. All documents and information in the possession of the Select Committee, Rules Committee, Office of General Counsel, and Office of the Speaker, main Department of Justice – including but not limited to the Office of Legal Counsel – and the U.S.

5

Attorney's Office, or any of its officials, members, employees, or staff, regarding the meaning of the term "papers" in Title 2, United States Code, Section 192.

22. All documents and information in the possession of the Select Committee, Rules Committee, Office of General Counsel, and Office of the Speaker, main Department of Justice – including but not limited to the Office of Legal Counsel – the U.S. Attorney's Office, and the White House, or any of its officials, members, employees, or staff, that reference making an example of Mr. Bannon, punishing him, hoping to influence or affect the conduct of other potential witnesses before the Select Committee, or words of similar meaning and effect.

23. All documents and information in the possession of any Member of the Select Committee, or any Member of the U.S. House of Representatives, who voted in favor of a criminal referral of the matter involving Mr. Bannon, which tend to show that Member's bias (including animosity toward Mr. Bannon, or animosity toward a group with which Mr. Bannon is affiliated), or conflict of interests.

24. All documents and information that reflect how the grand jury was charged in this matter.

25. All documents and information of any kind that were presented to the grand jury in this matter.

26. All documents and information that were obtained pursuant to a grand jury subpoena, but not presented to a grand jury in this matter.

27. All documents and information reflecting consideration of, and/or the presentation of, any information to a grand jury in this matter which would tend to negate an element of the offenses charged.

28. All documents and information reflecting consideration of, and/or the presentation of, any information to a grand jury in this matter which would tend to cast doubt on the credibility or accuracy of any other evidence presented to the grand jury, including witness testimony.

29. All documents and information reflecting consideration of, and/or the presentation of, any information to a grand jury in this matter which would tend to establish a defense to the offenses charged, including but not limited to reliance on the advice of counsel, reliance on authority of the U.S. Department of Justice Office of Legal Counsel or U.S. Attorney's Office policies or any other public authority, and/or entrapment by estoppel.

30. All documents previously requested in our January 6, 2022, letter regarding the Government's investigative activities.

Please provide the information requested above by January 28, 2022, in accordance with the Court's Scheduling Order.

Thank you for your attention to this request.

Sincerely,

David I. Schoen
Robert J. Costello
M. Evan Corcoran

*Counsel for Stephen K. Bannon*