# EXHIBIT 2



**U.S. Department of Justice**

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 28, 2022

**DELIVERY VIA EMAIL**
David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
dschoen593@aol.com

Robert J. Costello
Davidoff Hutcher & Cirton LLP
605 Third Ave.
New York, NY 10158
rjc@dhclegal.com

M. Evan Corcoran
Silverman Thompson Slutkin White
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201
ecorcoran@silvermanthompson.com

RE:   *United States v. Stephen K. Bannon*, 21-cr-670 (CJN)

Dear Counsel:

We write in response to your letter of January 14, 2022, making certain discovery requests. As we have stated previously, we understand our obligations under Rule 16, the Jencks Act, and *Brady*, *Giglio*, and their progeny.  To date, we have provided discovery that exceeds our obligations.

We have carefully reviewed all of your requests and the materials in our possession, custody, and control.  As an initial matter, your letter asserts that the U.S. House of Representatives and the White House are part of the prosecution team in this case.  They are not.  We have provided all discoverable materials we have received from those parties and thus have nothing more to provide in response to requests in which you seek information in their possession.

Regarding your remaining requests, either we have already provided you with any discoverable materials that are in the possession, custody, or control of the prosecution team, or your requests call for documents and information that are not discoverable.

Please do not hesitate to contact us with any questions.

        Sincerely,

        MATTHEW M. GRAVES
        United States Attorney

By:    /s/ *Amanda R. Vaughn*
        J.P. Cooney
        Molly Gaston
        Amanda R. Vaughn
        Assistant United States Attorneys
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-1793 (Vaughn)
        amanda.vaughn@usdoj.gov