**EXHIBIT 2**



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

December 7, 2021

Special Agent Matthew Lariccia  
Federal Bureau of Investigation  
9325 Discovery Boulevard  
Manassas, VA 20109

**Re: 2703(d) Order or Equivalent dated November 11, 2021 (Google Ref. No. 8786657)**  
*SC No. 21sc3533; 1:21-sc-03533-ETH*

Dear Special Agent Lariccia:

Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *ROBERTCOSTELLO@GMAIL.COM*, as specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

Regards,

Cory Gaddis
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *ROBERTCOSTELLO@GMAIL.COM,* with Google Ref. No. 8786657 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Cory Gaddis_____
(Signature of Records Custodian)

Date: December 7, 2021

Cory Gaddis
(Name of Records Custodian)

US-001735



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 8786657)**

robertcostello@gmail.com.360328266709.GooglePay.CustomerInformation_001.zip:

MD5- 4e1f92f081581b7676504a97437dfdf4
SHA512-
3d5bf2e1592f2a9bd314e56ff4f254eb228e1973ac6b474f011ec4dad23389d7be9c26894248b9401
80f4aefc81bc44813d46390034e41b6b14d25231994bd5e

robertcostello@gmail.com.581360333229.GoogleAccount.SubscriberInfo_001.zip:

MD5- d3c10c45b183df48eac710649c48a4e1
SHA512-
b6ab18a99052115d5d510f6535a0fd618d415481369ac710dcabb4116c330cc3ccf52cfc48d343c93
9727eb86f16389ac95a511b3b30fe709935626b98e76694

robertcostello@gmail.com.581360333229.Hangouts.Metadata_001.zip:

MD5- d88747a613bc16cbb405d3ecb260a4d1
SHA512-
8cfdc4a3978d87083756941d25d47340863e5219ba4b216dd89855d076b84a55dfcce9f66a932feae
a3c27a79aaf53c6087f6f234d288b4f2f45939f55f20784

robertcostello@gmail.com.Gmail.Headers.mbox:

MD5- e8ea500b20e26bf1788904a30fa44c2b
SHA512-
a3b162817a56da5a61cd8bee37153d037672c8f768121e5681db4214b53d8755657e10b38188b5d4
80a7e5239047b071c9e7307bcb259039be1526cfce167bb6

robertcostello@gmail.com.filenamesize.txt:

MD5- c8d2393c617f3a9570e1f2bdb29c16cd
SHA512-
93f74244f5426c8e137e9d32a50940b38a974c97492e54454d3f175909a6aa1a6da2b7f37e4ed04c8
fe461803102fc611c58f4f9b46e646938717c04db3cda78

```
****All information contained alongside this file within the ZIP container is Google Confidential an
d Proprietary****

Export Summary

Originating Identifier: robertcostello@gmail.com [Email Address]
Resolved Identifier: 581360333229 [Google Account ID]
Resolution Path: robertcostello@gmail.com [Email Address] -> 581360333229 [Google Account ID]
Email Address Associated with Google Account ID: robertcostello@gmail.com
Service: Access Log Activity
Resource: Activity

Start of date range: 2021-09-22 00:00:00 UTC
End of date range: 2021-10-22 00:00:00 UTC
------------------------------------------------------------------------------------------------
```

US-001737

```
############## * Google Confidential and Proprietary * ##############

halmi4444@gmail.com
marcypartners@gmail.com
rcpitchbook@gmail.com
rmc35@cornell.edu
robertcostello35@gmail.com
robertcostello@gmail.com
robertmichaelcostello@gmail.com

############## * Google Confidential and Proprietary * ##############
```

US-001739



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

December 8, 2021

Special Agent Matthew Lariccia
Federal Bureau of Investigation
9325 Discovery Boulevard
Manassas, VA 20109

    **Re: 2703(d) Order or Equivalent dated November 11, 2021 (Internal Ref. No. 8786657)**
        *SC No. 21sc3533; 1:21-sc-03533-ETH - Supplemental*

Dear Special Agent Lariccia:

    Pursuant to the 2703(d) Order or Equivalent issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

    Enclosed are additional records responsive to your request. Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *ROBERTCOSTELLO@GMAIL.COM*, as specified in the 2703(d) Order or Equivalent. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

    To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information.

    Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

                          Regards,

                            Cory Gaddis

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *ROBERTCOSTELLO@GMAIL.COM,* with Google Ref. No. 8786657 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Cory Gaddis_____          Date: December 8, 2021
(Signature of Records Custodian)

   Cory Gaddis
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Internal Ref. No. 8786657)**

robertcostello@gmail.com-AccountsLinkedByCookies.txt:

MD5- 8c3556b20d29083f004bbc800e030ab1
SHA512-
fd524b418e5f53f6cba1a4f886048459b0cf3859402c432d8d76e5b0334be611989403fcf880f8f2db
e4480d91f8e5da5080c450df0177ec8987f8fbe8a4a916

robertcostello@gmail.com.581360333229.AccessLogActivity.Activity_001.zip:

MD5- fdf4d4794017a12045f0a78b31a12423
SHA512-
c5f3fb56594fc75b6c66e2c3cd9dcc5828de1a4eb76f1584a35ecce404271040d79c8c074a9fc64308
c53463876cd5ebbc86686ec0402b2d7f522784d7ab3bc9