# EXHIBIT 3



Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043

October 28, 2021

Paralegal Specialist Chad Byron  
U.S. Attorney's Office  
555 4th St. NW, Room 3809  
Washington, DC 20001

     **Re: Grand Jury Subpoena dated October 27, 2021 (Google Ref. No. 7950369)**  
         *2021R03379*

Dear Paralegal Specialist Byron:

    Pursuant to the Grand Jury Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

    Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *ROBERT.COSTELLO@GMAIL.COM*, as specified in the Grand Jury Subpoena. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

    To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), included in the production is the target's Google Pay Customer Info, which includes the billing instrument number in the format Visa-DEBIT-1234. If you wish to obtain the full billing instrument number associated with the target account(s), please email uslawenforcement@google.com (a) with the Google Reference Number, (b) the target account(s) for which additional records are requested, and (c) the specific request language that you believe entitles the legal process to such records. We will review your request promptly upon receiving additional information from you and provide you with any responsive information.

    For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

    Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

                                   Regards,



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

Appollonia Tucker
Google Legal Investigations Support

US-001766



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *ROBERT.COSTELLO@GMAIL.COM,* with Google Ref. No. 7950369 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Grand Jury Subpoena.

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Appollonia Tucker_____          Date: October 28, 2021
(Signature of Records Custodian)


Appollonia Tucker
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 7950369)**

robert.costello@gmail.com.360328266709.GooglePay.CustomerInformation_001.zip:

MD5- 1c09f96c98f06d07742a543dfbe039fa
SHA512-
2710541e35e3b3edea724d9dce753fd43bbeb502ea4f555cabfcd13adc574b76a0fb7a2460d93c87d
692ea37259064d327a8fc88e2e412ff3eb7b2bc11ec3d60

robert.costello@gmail.com.360328266709.GooglePay.Transactions_001.zip:

MD5- 2675fd75c1a79d97d86c531f71c411ee
SHA512-
50c3a979c21006434bc7fe9c9b32c75a869f418e4354c99fe3c1f81272ca79d33bd5eb71505d0e3aa
b3b5e81ea7018284267c9da4b29d4d90c8fcdcefe1382b0

robert.costello@gmail.com.581360333229.GoogleAccount.SubscriberInfo_001.zip:

MD5- f06e4533e68f4124bec711d6f1480793
SHA512-
8dce5ce5c0587db0c0973fea071aa9db75fbbb50cd4211d21cf817f0029b470255cda22d996d5039c
86be1ace6d7b0ab27fcdf98112c74a7853c937dc946c1db

robert.costello@gmail.com.581360333229.GooglePay.P2pTransactions_001.zip:

MD5- 0d22103910e5da22587e029809f47f5d
SHA512-
9c3b7ad95d8459747175a68223aa7ab242b4b1d2545604d8fd10defc9f526831005a8eae8010e9149
a2434ce7465eac25e208fa01cb22a9e0ab021d933dcf46f