# EXHIBIT 3

| | |
|---|---|
| **From:** | Tonolli, Sean |
| **To:** | "rjc@dhclegal.com" |
| **Subject:** | Steve Bannon: Touching base about tomorrow |
| **Date:** | Wednesday, October 13, 2021 12:35:00 PM |

Bob,

It was good talking with you last night. And hearing your take on Tom Kavaler.

Did you end up sending your letter, or is it on the way?

If you and your client are coming, I need to arrange the logistics. You will need to meet with a member of our security team, who, because of COVID restrictions, has to escort you into and through the building.

Can you give me a call to discuss? My numbers are below.

Thanks,
Sean

---

Sean P. Tonolli
Senior Investigative Counsel
Select Committee to Investigate
 the January 6th Attack on the United States Capitol
U.S. House of Representatives