# EXHIBIT 6

**From:** "Costello, Robert J." <rjc@dhclegal.com>
**To:** "'Joseph.Cooney@usdoj.gov'" <Joseph.Cooney@usdoj.gov>
**Subject:** [EXTERNAL] FW: October 13, 2021 Benny Thompson Letter
**Date:** Wed, 3 Nov 2021 22:23:35 +0000
**Importance:** Normal
**Attachments:** Bannon_Letter.pdf

---

**From:** Costello, Robert J.
**Sent:** Thursday, October 14, 2021 5:13 PM
**To:** Steve Bannon <Stephenkbannon@protonmail.com>
**Cc:** Boris Epshteyn <bepshteyn@gmail.com>; Adam Katz <akatz_ofcounsel@russolaw-llc.com>
**Subject:** Fwd: October 13, 2021 Benny Thompson Letter


   This is not accurate.  He definitely stated that Trump was invoking the executive privilege because I told him the House in Bennie Thompson's letter to me stated they did not believe that Trump had formally or informally invoked executive privilege. I sent him Thompson's letter stating that. I also told him to not leave anyone guessing he should send an email to the House stating Trump's invocation of executive privilege.

   I don't know what game Clark is playing but it puts Steve Bannon in a dangerous position.  Beware.

            Bob

Sent from my iPhone


Begin forwarded message:

> **From:** Justin Clark <justin.clark@electionlawllc.com>
> **Date:** October 14, 2021 at 4:48:17 PM EDT
> **To:** "Costello, Robert J." <rjc@dhclegal.com>
> **Subject: October 13, 2021 Benny Thompson Letter**
>
>
> **CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**
>
> Bob – I just read your letter dated October 13, 2021 to Congressman Benny Thompson.  In that letter you stated that "[a]s recently as today, counsel for President Trump, Justin Clark Esq., informed us that President Trump is exercising his executive privilege; therefore, he has directed Mr. Bannon not to produce documents or testify until the issue of executive privilege is resolved."

SKB-000018

US-000987

To be clear, in our conversation yesterday I simply reiterated the instruction from my letter to you dated October 6, 2021, and attached below.

Best Regards,

Justin Clark

**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further, <u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# **Elections, LLC**

Attorneys at Law
Justin R. Clark
E Justin.Clark@ElectionLawLLC.com

October 6, 2021

Mr. Robert J. Costello
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
rjc@dhclegal.com

Dear Mr. Costello:

I write in reference to a subpoena, dated September 23, 2021, by the Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Select Committee"), that was issued to your client Steven Bannon (the "Subpoena"). The Subpoena requests that Mr. Bannon produce documents by October 7, 2021, and appear for a deposition on October 15, 2021. While it is obvious that the Select Committee's obsession with President Trump is merely a partisan attempt to distract from the disastrous Biden administration (*e.g.*, the embarrassing withdrawal from Afghanistan, the overwhelming flood of illegal immigrants crossing our southern border, and growing inflation), President Trump vigorously objects to the overbreadth and scope of these requests and believes they are a threat to the institution of the Presidency and the independence of the Executive Branch.

Through the Subpoena, the Select Committee seeks records and testimony purportedly related to the events of January 6th, 2021, including but not limited to information which is potentially protected from disclosure by the executive and other privileges, including among others the presidential communications, deliberative process, and attorney-client privileges. President Trump is prepared to defend these fundamental privileges in court.

Therefore, to the fullest extent permitted by law, President Trump instructs Mr. Bannon to: (a) where appropriate, invoke any immunities and privileges he may have from compelled testimony in response to the Subpoena; (b) not produce any documents concerning privileged material in response to the Subpoena; and (c) not provide any testimony concerning privileged material in response to the Subpoena.

SKB-000020

US-000989

Page 2


Thank you for your attention to this matter.  Please do not hesitate to contact me if you have any questions or would like to discuss.



Sincerely,

Justin Clark
*Counsel to President Trump*

SKB-000021

US-000990