# EXHIBIT 7

**From:** "Costello, Robert J." <rjc@dhclegal.com>
**To:** "'Joseph.Cooney@usdoj.gov'" <Joseph.Cooney@usdoj.gov>
**Subject:** [EXTERNAL] FW: October 13, 2021 Benny Thompson Letter
**Date:** Wed, 3 Nov 2021 22:20:20 +0000
**Importance:** Normal

---

**From:** Costello, Robert J.
**Sent:** Monday, October 18, 2021 1:52 PM
**To:** 'Justin Clark' <justin.clark@electionlawllc.com>
**Subject:** RE: October 13, 2021 Benny Thompson Letter

    Thank you Justin . Your original letter speaks for itself and that is what we are basing our communications with the Select Committee on.

    Your suggestion that I reach out to counsel for the Committee is curious, considering that I have asked you to do the same, to confirm that President Trump has invoked executive and attorney-client privileges.

    I believe it is clear that he has invoked, but Congressman Thompson appears confused as he continues to incorrectly reiterate that President Trump has yet to formally or informally invoke those privileges. I previously provided you with his two letters stating that point.

    President Trump's invocation of those privileges absolutely limits Mr. Bannon's ability to testify before Congress and provide documents.

    To eliminate all doubt in the Committee's mind, please confirm to the Committee that President Trump has invoked executive and attorney-client privileges before Tuesday when the Committee plans to vote regarding Mr. Bannon.

Thanks,

Bob Costello

SKB-000015

US-000984

**From:** Justin Clark <justin.clark@electionlawllc.com>
**Sent:** Saturday, October 16, 2021 12:24 PM
**To:** Costello, Robert J. <rjc@dhclegal.com>
**Subject:** Re: October 13, 2021 Benny Thompson Letter

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Bob - In light of press reports regarding your client I wanted to reach out. Just to reiterate, our letter referenced below didn't indicate that we believe there is immunity from testimony for your client. As I indicated to you the other day, we don't believe there is. Now, you may have made a different determination. That is entirely your call. But as I also indicated the other day other avenues to invoke the privilege - if you believe it to be appropriate - exist and are your responsibility.

If you haven't already I'd encourage you again to contact counsel for the committee to discuss it further.

Justin

On Oct 14, 2021, at 4:48 PM, Justin Clark <justin.clark@electionlawllc.com> wrote:

Bob – I just read your letter dated October 13, 2021 to Congressman Benny Thompson. In that letter you stated that "[a]s recently as today, counsel for President Trump, Justin Clark Esq., informed us that President Trump is exercising his executive privilege; therefore, he has directed Mr. Bannon not to produce documents or testify until the issue of executive privilege is resolved."

To be clear, in our conversation yesterday I simply reiterated the instruction from my letter to you dated October 6, 2021, and attached below.

Best Regards,

Justin Clark

<Bannon Letter.pdf>

**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further,<u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
*****************************************************************
STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform
you that any discussion of a federal tax issue contained in this
communication (including any attachments) is not intended or written
to be used, and it cannot be used, by any recipient for the purpose of
(i) avoiding penalties that may be imposed on the recipient under
United States federal tax laws, or (ii) promoting, marketing or
recommending to another party any tax-related matters addressed herein.
**********************************************************************