# EXHIBIT 1


RECEIVED SEP 3 1958 LIBRARY

Calendar No. 2313

85TH CONGRESS 2d Session } SENATE { REPORT No. 2268

# PROCEEDINGS AGAINST PETER LICAVOLI FOR CONTEMPT OF THE SENATE

AUGUST 8, 1958.—Ordered to be printed

Mr. McCLELLAN, from the Senate Select Committee on Improper Activities in the Labor or Management Field, submitted the following

## REPORT

[To accompany S. Res. 364]

The Senate Select Committee on Improper Activities in the Labor Management Field, created and authorized by Senate Resolution 74, agreed to January 30, 1957, as amended by Senate Resolution 88, agreed to February 7, 1957, of the 85th Congress, 1st session, and further extended and authorized by Senate Resolution 221, agreed to January 29, 1958, of the 85th Congress, 2d session; and under the rules of procedure adopted by the committee on February 5, 1957, and under the Standing Rules of the Senate, caused to be issued a subpena to Peter Licavoli, which was duly served on him on July 28. 1958. Said subpena directed Peter Licavoli to appear forthwith before the committee at their committee room, Senate Office Building, Washington, D. C., and then and there to testify relative to the subject matter under consideration by the said Senate Select Committee on Improper Activities in the Labor or Management Field.

The subpena served upon the said Peter Licavoli is set forth as follows:

UNITED STATES OF AMERICA

CONGRESS OF THE UNITED STATES

L–4662

To PETER LICAVOLI, *Detroit, Mich., Greeting:*

Pursuant to lawful authority, you are hereby commanded to appear before the Senate Select Committee on Improper Activities in the Labor or Management Field of the Senate of the United States, forthwith, at their committee room 101, Senate Office Building, Washington, D. C., then and there to testify what you may know relative to the subject matters under consideration by said committee.

20008

Digitized by Google

Hereof fail not, as you will answer your default under the pains and penalties in such cases made and provided.

To ____________________ to serve and return.

Given under my hand, by order of the committee, this 25th day of July in the year of our Lord one thousand nine hundred and fifty-eight.

(Signed) JOHN L. MCCLELLAN,
*Chairman, Senate Select Committee on Improper Activities in the Labor or Management Field.*

It is requested that you telephonically contact Mr. Robert F. Kennedy at Washington, D. C., Capitol 4-3121, extension 4828, for further instructions.

JULY 28, 1958.

I made service of the within subpena by personal service the wi.hin-named Peter Licavoli, at Detroit, Mich. (eighth floor lobby, Federal Building) at 10:42 a. m., on the 28th day of July 1958.

(Signed) EDWARD M. JONES.

Peter Licavoli was served with a personal subpena requiring his forthwith appearance before this committee in Washington, D. C. He was called for the purpose of eliciting testimony from him concerning the subject matters then under consideration by the committee. Committee staff members contacted Joseph Louisell, attorney for Peter Licavoli, on July 28, 1958, and advised counsel that Mr. Licavoli's appearance would be required on the morning of July 31, 1958.

A telegram was directed to Peter Licavoli, at his home in Michigan, on July 29, 1958, again notifying him to appear on July 31, 1958. This committee was notified that the aforesaid telegram was refused by the addressee.

On July 31, 1958, at a regular session of the committee, Peter Licavoli was called as a witness. He did not respond.

At all times from the service of the aforesaid subpena upon Peter Licavoli on July 28, 1958, until the present, Peter Licavoli has failed to communicate in any manner with this committee.

Excerpts from the meeting of the committee on July 31, 1958, and relevant documents, are annexed hereto as exhibit 1.

As a result of the refusal of said Peter Licavoli to appear and to answer questions pertinent to said inquiry, the committee was prevented from receiving testimony concerning the matters under inquiry by this committee in accordance with the terms of the subpena served upon this witness.

The Senate Select Committee on Improper Activities in the Labor or Management Field met on August 8, 1958, and after reviewing the facts in this matter as set forth in this report, resolved to present to the United States Senate for its immediate action a resolution requiring the United States attorney for the District of Columbia to proceed against the said Peter Licavoli in the manner and form prescribed by law.

Digitized by Google

EXHIBIT 1

UNITED STATES OF AMERICA

CONGRESS OF THE UNITED STATES

L–4662

To PETER LICAVOLI, *Detroit, Michigan, Greeting:*

Pursuant to lawful authority, you are hereby commanded to appear before the Senate Select Committee on Improper Activities in the Labor or Management Field of the Senate of the United States, forthwith, at their committee room 101, Senate Office Building, Washington, D. C., then and there to testify what you may know relative to the subject matters under consideration by said committee.

Hereof fail not, as you will answer your default under the pains and penalties in such cases made and provided.

To ____________________ to serve and return.

Given under my hand, by order of the committee, this 25th day of July in the year of our Lord one thousand nine hundred and fifty-eight.

JOHN L. MCCLELLAN,
*Chairman, Senate Select Committee on Improper Activities in the Labor or Management Field.*

It is requested that you telephonically contact Mr. Robert F. Kennedy at Washington, D. C., Capitol 4–3121, extension 4828, for further instructions.

[Endorsement]

JULY 28, 1958.

I made service of the within subpena by personal service the within-named Peter Licavoli, at Detroit, Mich., eighth floor lobby, Federal Building, at 10:42 a. m., on the 28th day of July 1958.

EDWARD M. JONES.

---

PETER LICAVOLI,
*1154 Balfour, Grosse Pointe, Mich.:*

Following up on conversation with your attorney, Mr. Louisell, and pursuant to subpena served upon you, you are hereby notified to appear in room 101, Senate Office Building, Washington D. C., at 9 a. m., Thursday, July 31, 1958.

ROBERT F. KENNEDY,
*Chief Counsel, Senate Select Committee on Improper Activities in the Labor or Management Field.*

---

DETROIT, MICH., *July 29, 1958.*

ROBERT F. KENNEDY,
*Chief Counsel, Senate Select Committee on Improper Activities in Labor or Management Field:*

Your telegram July 29 to Peter Licavoli, 1154 Balfour, Grosse Pointe, Mich., is undelivered. Addressee refused to accept.

WESTERN UNION.

Digitized by Google

## LINEN AND OVERALL INDUSTRIES IN DETROIT AREA

UNITED STATES SENATE,
SELECT COMMITTEE ON IMPROPER ACTIVITIES
IN THE LABOR OR MANAGEMENT FIELD,
*Washington, D. C., Thursday, July 31, 1958.*

The select committee met at 11 a. m., pursuant to Senate Resolution 74, agreed to January 30, 1957, in the caucus room, United States Senate, Senator John L. McClellan (chairman of the select committee) presiding.

Members of the select committee present: Senator John L. McClellan, Democrat, Arkansas; Senator Sam J. Ervin, Jr., Democrat, North Carolina; Senator Frank Church, Democrat, Idaho; Senator Irving M. Ives, Republican, New York; Senator Barry Goldwater, Republican, Arizona; and Senator Carl T. Curtis, Republican, Nebraska.

Members of the professional staff present: Robert F. Kennedy, chief counsel; John J. McGovern, assistant counsel; Pierre E. Salinger, staff member; and Ruth Young Watt, chief clerk.

(At this point, the following members were present: Senators McClellan, Ives, Ervin, and Goldwater.)

The CHAIRMAN. The hearing will be in order.

The Chair will make a brief statement regarding the next phase of its work. The committee now turns its attention to another specific phase in the continuing inquiry we are making into racketeer and hoodlum infiltration into legitimate business and union enterprises.

In our hearings into the gangland meeting at Apalachin, N. Y., and the infiltration of racketeers into management and labor in the Chicago restaurant industry, we have already established the existence of an organized conspiracy to control certain management and labor activities.

Evidence presented at the time of the Apalachin hearing confirmed the close ties between racketeers in New York, Cleveland, upper New York State, and Pennsylvania, with individuals in Detroit, Mich. Further testimony was to the effect that the Detroit group is a close-knit operation controlling illegal activities in a number of different fields, including gambling and narcotics.

Now we shall inquire into whether or not known racketeers, or associates of known racketeers, have established a base in the linen and overall industries in Detroit, Mich.

Mr. KENNEDY. Did you ever see any of these people in the headquarters of the new company?

Mr. MILLER. They met occasionally in the office of the building that I rented them.

Mr. KENNEDY. Did you ever see Pete Licavoli in there?

Mr. MILLER. On one occasion I was asked in to meet the boys, and Joe Lehr took me in, and introduced me. Bommarito, Licavoli, and Angelo Meli were there at the time. Of course, I was hustled in and introduced to them and hustled right out again.

Mr. KENNEDY. Was Mr. Angelo Meli in there on other occasions?

Mr. MILLER. Several times.

Mr. KENNEDY. You saw him a number of times?

Mr. MILLER. It seemed every time they were ready to take over a big stop, he would be in there meeting with them, I assume laying out some sort of strategy.

Digitized by Google

(At this point, Senator Ives withdrew from the hearing room.)

Mr. KENNEDY. Why would these people be able to take over stops and get business for this new company?

Mr. MILLER. Well, I imagine with their underworld background, that a lot of small-business men and gas stations and garages would be afraid to give them an argument. A lot of people like to live on.

* * * * * * *

Mr. MILLER. That is right. I understood it was a direct payoff.

(At this point, Senator Goldwater withdrew from the hearing room.)

Mr. KENNEDY. Mr. Chairman, we will have a good deal more testimony on this matter next week, starting early in the week, as to the recipient of the money. That is all for now.

The CHAIRMAN. Have you any questions, Senator Ervin?

Senator ERVIN. I have no questions.

The CHAIRMAN. Thank you very much, Mr. Miller.

Call the next witness.

Mr. KENNEDY. Mr. Peter Licavoli.

The CHAIRMAN. Mr. Licavoli, come around, please.

Do we have any information about him?

Does anyone present, anyone on the staff or anyone in the audience, the press, or anyone else, have any information about Mr. Peter Licavoli, of Detroit, Mich.?

Mr. KENNEDY. Mr. Chairman, we had a conversation with his attorney and also sent him a telegram. The telegram was returned with the notation that the addressee had refused to accept the telegram. We notified his attorney that he should be here and be prepared to testify, and the attorney stated at that time that as Mr. Licavoli was served at a time while he was in Detroit, Mich., while he was awaiting sentence, that he doubted if Mr. Licavoli was going to appear before the committee. He was notified at that time that that was no reason for his not appearing, and that he should be here.

He is being called at this time.

The CHAIRMAN. The Chair has before him the official subpena served on Mr. Licavoli; according to the return on it, it was served in Detroit, Mich., in the eighth floor lobby of the Federal Building, at 10:42 a. m. on the 28th day of July. It was served, according to the return, by Edward M. Jones. This subpena will be printed in the record at this point.

Unless Mr. Licavoli appears during the day I will ask counsel to make a further statement for the record, if he does not appear during the day, as to further contacts or contacts you had with his counsel and so forth.

Then the committee staff will be instructed to immediately prepare contempt action so that the committee may process it promptly.

UNITED STATES OF AMERICA

CONGRESS OF THE UNITED STATES

TO PETER LICAVOLI, *Detroit, Mich., Greeting:*

Pursuant to lawful authority, you are hereby commanded to appear before the Senate Select Committee on Improper Activities in the Labor or Management Field of the Senate of the United States,

Digitized by Google

forthwith, at their committee room 101, Senate Office Building, Washington, D. C., then and there to testify what you may know relative to the subject matters under consideration by said committee.

Hereof fail not, as you will answer your default under the pains and penalties in such cases made and provided.

To ________________ to serve and return.

Given under my hand, by order of the committee, this 25th day of July in the year of our Lord one thousand nine hundred and fifty-eight.

(Signed) JOHN L. MCCLELLAN,
*Chairman, Senate Select Committee on Improper Activities in the Labor or Management Field.*

It is requested that you telephonically contact Mr. Robert F. Kennedy at Washington, D. C., Capitol 4-3121, extension 4848, for further instructions.

JULY 28, 1958.

I made service of the within subpena by personal service the within-named Peter Licavoli at Detroit, Mich. (eighth floor lobby, Federal Building), at 10:45 a. m., on the 28th day of July 1958.

(Signed) EDWARD M. JONES.

O

Digitized by Google