# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 21-cr-670** |
| v. : | |
| : | |
| **STEPHEN K. BANNON,** : | |
| : | |
| Defendant. : | |

## UNITED STATES' NOTICE OF DISCOVERY

On March 16, 2022, the Court ordered the Government to produce to the Defendant "statements or writings reflecting official DOJ policy, such as an opinion of the Office of Legal Counsel or the position of an entire division or litigating group, whether those statements are public or not, if such writings relate to the Department's policy on prosecuting or not prosecuting government or former government officials raising executive privilege claims or defenses of immunity or similar issues." Mot. Hrg., 3/16/22, Tr. at 96:21-97:3

Based on the Court's Order, the Government made inquiries for responsive records from the following offices within the Department: the Office of the Attorney General, the Departmental Executive Secretariat, the Office of the Deputy Attorney General, the Office of Legal Counsel, the Office of Legislative Affairs, and the Appellate Section of the Criminal Division. On April 1, 2022, and April 4, 2022, the Government provided to the Defendant all responsive records it received from those various offices that include the Department's view of the criminal penalties applicable to current or former government officials raising executive privilege claims or immunity in response to congressional process.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Amanda R. Vaughn*
        J.P. Cooney (D.C. 494026)
        Molly Gaston (VA 78506)
        Amanda R. Vaughn (MD)
        Assistant United States Attorneys
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-1793 (Vaughn)
        amanda.vaughn@usdoj.gov