IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    Criminal No. 21-670 (CJN) <br> : |
| v. | : <br> : |
| STEPHEN K. BANNON, | : <br> : |
| *Defendant*. | : <br> : |

**ORDER**

Based upon the representations in the Defendant's Unopposed Motion For Leave To Exceed Page Limit, and upon consideration of the entire record, it is:

**ORDERED** that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that the Defendant is granted leave to file a Motion To Dismiss The Indictment, not to exceed 55 pages in length; and it is further

**ORDERED** that the clerk shall accept for filing the Defendant's Motion To Dismiss The Indictment, provided that it not exceed 55 pages in length.

**SO ORDERED.**

Dated: _____                 _____

                                                                                                                       Hon. Carl J. Nichols
                                                                                                                       *United States District Judge*