# EXHIBIT 3

**From:** Justin Clark <justin.clark@electionlawllc.com>
**Sent:** Saturday, October 16, 2021 12:24 PM
**To:** Costello, Robert J. <rjc@dhclegal.com>
**Subject:** Re: October 13, 2021 Benny Thompson Letter

**CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**

Bob - In light of press reports regarding your client I wanted to reach out.  Just to reiterate, our letter referenced below didn't indicate that we believe there is immunity from testimony for your client.  As I indicated to you the other day, we don't believe there is.  Now, you may have made a different determination.  That is entirely your call.  But as I also indicated the other day other avenues to invoke the privilege - if you believe it to be appropriate - exist and are your responsibility.

If you haven't already I'd encourage you again to contact counsel for the committee to discuss it further.

Justin

On Oct 14, 2021, at 4:48 PM, Justin Clark <justin.clark@electionlawllc.com> wrote:

Bob – I just read your letter dated October 13, 2021 to Congressman Benny Thompson.  In that letter you stated that "[a]s recently as today, counsel for President Trump, Justin Clark Esq., informed us that President Trump is exercising his executive privilege; therefore, he has directed Mr. Bannon not to produce documents or testify until the issue of executive privilege is resolved."

To be clear, in our conversation yesterday I simply reiterated the instruction from my letter to you dated October 6, 2021, and attached below.

Best Regards,

Justin Clark

<Bannon Letter.pdf>

**IMPORTANT NOTICE:**Beware of Cyber Fraud. You should <u>never</u>
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further,<u>do not</u> accept emailed
wiring instructions from anyone else without voice verification from a known
employee of our office. Even if an email looks like it has come from this
office or someone involved in your transaction. <u>Please call us first at a number
you know to be correct for this office</u> to verify the information before wiring
any money. Be particularly wary of any request to change wiring instructions
you already received.
**************************************************************
STATEMENT OF CONFIDENTIALITY

SKB-000016

US-000985