# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

## ORDER

Based upon the representations in the Defendant's Motion To Exclude Evidence and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that Government is precluded at trial from using: (a) any information obtained via the subpoenas and 2703(d) order seeking Mr. Robert Costello's phone and email records; (b) any information obtained by through the Government's surreptitious FBI interviews of Mr. Costello on November 3 and 8, 2021; (c) any information obtained from Mr. Costello in his November 4, 2021, provision of documents to Government counsel; and (d) any information obtained by virtue of investigative leads provided by the aforementioned improperly obtained information.

Dated: _____

_____
Hon. Carl J. Nichols
*United States District Judge*