IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    Criminal No. 21-670 (CJN) <br> : |
| v. | : <br> : |
| STEPHEN K. BANNON, | : <br> : |
| *Defendant*. | : <br> : |

# ORDER

Based upon the representations in the Defendant's Motion To Dismiss The Indictment and upon consideration of the entire record, it is hereby:

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the Indictment filed on November 12, 2021, is dismissed.

Dated: _____

_____

Hon. Carl J. Nichols
*United States District Judge*