IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :  Criminal No. 21-670 (CJN) <br> : |
| v. | : <br> : |
| STEPHEN K. BANNON, | : <br> : |
| *Defendant*. | : <br> : |

### DEFENDANT'S NOTICE OF FILING

Defendant Stephen K. Bannon, through his undersigned counsel, respectfully files the following materials in connection with the Motion To Dismiss Indictment [Doc. 58]:

1. For the convenience of the Court we file an Index To Exhibits. The exhibits were filed on April 15, 2022, as Docs. 58-1 to 58-31 and Exhibit FF (filed under seal).

2. We file Exhibit GG, a one-page document cited in the motion but inadvertently not filed.

3. We also file a corrected version of the Table of Contents (correcting two typographical errors) and Table of Authorities (correcting the omission of asterisks for authority chiefly relied upon). No changes have been made to the Motion To Dismiss Indictment.

Dated: April 19, 2022

Respectfully submitted,

S<small>ILVERMAN</small>|T<small>HOMPSON</small>|S<small>LUTKIN</small>|W<small>HITE</small>, LLC

  /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

    /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

    /s/ Robert J. Costello
Robert J. Costello (*Pro Hac Vic Pending*)
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Email: rjc@dhclegal.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April 2022, a copy of the foregoing Notice Of Filing was filed through the Court's CM/ECF system and was served *via* electronic delivery on counsel of record.

    /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)