IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : Criminal No. 21-670 (CJN) <br> : <br> : <br> : <br> : <br> : <br> : |
| v. | |
| STEPHEN K. BANNON, | |
| *Defendant*. | |

## INDEX TO EXHIBITS

**Motion To Dismiss The Indictment [Doc. 58]**

| Docket Entry | Exhibit Number | Title |
|---|---|---|
| 58-1 | Ex. A | H. Res. 8 (Adoption of Rules for 117th Congress) |
| 58-2 | Ex. B | H. Res. 503 (Authorizing House Select Committee) |
| 58-3 | Ex. C | Regulations For Use Of Deposition Authority (Jan. 4, 2021) |
| 58-4 | Ex. D | Amerling and Letter FBI 302 (November 10, 2021) |
| 58-5 | Ex. E | Rules of the 117th Congress (Feb. 2, 2021) |
| 58-6 | Ex. F | Republican Conference Rules of the 117th Congress |
| 58-7 | Ex. G | Congressional Oversight of the White House, 45 Op. O.L.C. slip op. (Jan. 8, 2021) |
| 58-8 | Ex. H | Assertion of Executive Privilege Concerning the Dismissal and Replacement of U.S. Attorneys (June 27, 2007) |
| 58-9 | Ex. I | Immunity of Former Counsel to the President from Compelled Congressional Testimony, 43 Op. O.L.C. slip op. (July 10, 2007) |
| 58-10 | Ex. J | Prosecution for Contempt of Congress of an Executive Branch Official Who Has Asserted a Claim of Privilege, 8 Op. O.L.C. 101 (1984) |
| 58-11 | Ex. K | Whether the Department of Justice May Prosecute White House Officials for Contempt of Congress, 32 Op. O.L.C 65 (2008) |
| 58-12 | Ex. L | Application of 28 U.S.C. Sec. 458 to Presidential Appointments of Federal Judges, 19 Op. O.L.C slip op. (December 18, 1995) |
| 58-13 | Ex. M | Randolph D. Moss, Executive Branch Legal Interpretation: A Perspective from the Office of Legal Counsel, 52 Admin. L. Rev. 1303 (2000) |

| 58-14 | Ex. N | Testimonial Immunity Before Congress of the Former Counsel to the President, 43 Op. O.L.C. slip op. (May 20, 2019) |
| --- | --- | --- |
| 58-15 | Ex. O | Response to Congressional Requests for Information Regarding Decisions Made Under the Independent Counsel Act, 10 Op. O.L.C. 68 (1986) |
| 58-16 | Ex. P | Letter from Ronald C. Machen Jr., U. S. Attorney, to Speaker John A. Boehner (Mar. 31, 2015) (re Lois G. Lerner, former Director, Exempt Organizations, IRS) |
| 58-17 | Ex. Q | Letter from Michael B. Mukasey, Attorney General, to Speaker of the House, Hon. Nancy Pelosi (Feb. 29, 2008) (re Joshua Bolten, Chief of Staff, and Harriett Miers, former White House Counsel) |
| 58-18 | Ex. R | Steven G. Bradbury, Memorandum for Attorneys of the Office Re: Best Practices for OLC Opinions (May 16, 2005) |
| 58-19 | Ex. S | Trevor W. Morrison, Stare Decisis in the Office of Legal Counsel, 110 COLUM. L. REV. 1448 (2010) |
| 58-20 | Ex. T | Walter Dellinger, et al., Principles to Guide the Office of Legal Counsel (Dec. 21, 2004) |
| 58-21 | Ex. U | David J. Barron, Memorandum for Attorneys of the Office Re: Best Practices for OLC Legal Advice and Written Opinions (Jul. 16, 2010) |
| 58-22 | Ex. V | Frank H. Easterbrook, Presidential Review, 40 CASE W. RES. L. REV. 905 (1990) |
| 58-23 | Ex. W | Presidential Authority to Decline to Execute Unconstitutional Statutes, OLC Mem. Op. (Nov. 2, 1984) |
| 58-24 | Ex. X | Douglas W. Kmiec, OLC's Opinion Writing Function: The Legal Adhesive for a Unitary Executive, 15 CARDOZO L. REV. 337 (1993) |
| 58-25 | Ex. Y | Applying Estoppel Principles in Criminal Cases, 78 YALE L.J. 1046 (1969) |
| 58-26 | Ex. Z | Anne Bowen Pouliun, Prosecutorial Inconsistency, Estoppel, and Due Process: Making the Prosecution Get its Story Straight, 18 Cal. L. Rev. 1423 (2001) |
| 58-27 | Ex. AA | Rex E. Lee, Executive Privilege, Congressional Subpoena Power, and Judicial Review: Three Branches, Three Powers, and Some Relationships, 1978 B.Y.U. L. REV. 231 (1978) |
| 58-28 | Ex. BB | John O. McGinnis, Models of the Opinion Function of the Attorney General:  A Normative, Descriptive, and Historical Prolegomenon, 15 CARDOZO L. REV 375 (1993) |
| 58-29 | Ex. CC | Griffin B. Bell, The Attorney General:  The Federal Government's Chief Lawyer and Chief Litigator, or One Among Many?, 46 FORDHAM L. REV. 1049 (1978) |

| | | |
|---|---|---|
| 58-30 | Ex. DD | Notes, The Immunity-Conferring Power of the Office of Legal Counsel, 121 HARV. L. REV. 2086 (2008) |
| 58-31 | Ex. EE | U.S. Department of Justice, Criminal Resource Manual § 2055 (Public Authority Defense) |
| No Docket Entry | Ex. FF | Grand Jury Materials (Filed Under Seal) |
| Pending Docket Entry | Ex. GG | Letter to Robert J. Costello, Esq. from Jonathan C. Su, Esq., Deputy Counsel to the President (October 18, 2021) |