# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 21-cr-670 |
| v. | : |
| | : |
| STEPHEN K. BANNON, | : |
| | : |
| Defendant. | : |

## UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

On April 15, 2022, the Defendant filed his Motion to Dismiss the Indictment. ECF No. 58; 59-1. With leave of the Court, the Defendant's motion was 55 pages, 10 pages in excess of the limits imposed by Local Criminal Rule 47(e). To adequately respond to the Defendant's motion, the Government seeks leave to file an opposition brief that is five pages in excess of the limits imposed by the Local Rules—for a total page count of 50 pages. Counsel for the Defendant has informed the Government that they do not oppose this request.

The Government, therefore, respectfully requests that the Court grant this unopposed motion to file an opposition to the Defendant's Motion to Dismiss that exceeds the page limits.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Amanda R. Vaughn
J.P. Cooney (D.C. 494026)
Molly Gaston (VA 78506)
Amanda R. Vaughn (MD)
Assistant United States Attorneys
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-1793 (Vaughn)
amanda.vaughn@usdoj.gov