**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 21-cr-670** |
| **v.** | **:** | |
| | **:** | |
| **STEPHEN K. BANNON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**PROPOSED ORDER**

Before the Court is the United States' Unopposed Motion for Leave to Exceed Page Limits.

Having considered the Government's motion, the motion is hereby GRANTED.


Dated: _____

_____

HON. CARL J. NICHOLS
U.S. DISTRICT JUDGE