# EXHIBIT 1

**From:** "Gaston, Molly (USADC)" <MGaston2@usa.doj.gov>
**To:** "Hart, Stephen R. (WF) (FBI)" <srhart2@fbi.gov>, "D'Amico, Frank G. (WF) (FBI)" <fgdamico@fbi.gov>, "Pattillo, Katherine E. (WF) (FBI)" <kepattillo@fbi.gov>, "Lariccia, Matthew U. (WF) (FBI)" <mulariccia@fbi.gov>
**Cc:** "Cooney, Joseph (USADC)" <JCooney@usa.doj.gov>, "Vaughn, Amanda (USADC)" <AVaughn@usa.doj.gov>, "Byron, Chad (USADC)" <CByron2@usa.doj.gov>
**Subject:** FW: Request from the Bannon prosecutors
**Date:** Fri, 5 Nov 2021 01:06:47 +0000
**Importance:** Normal
**Attachments:** 2028-10-14-Deposition-Transcript-Bannon-HIJ287760.pdf

---

**From:** Letter, Douglas <Douglas.Letter@mail.house.gov>
**Sent:** Thursday, November 4, 2021 8:06 PM
**To:** Gaston, Molly (USADC) <MGaston2@usa.doj.gov>; Vaughn, Amanda (USADC) <AVaughn@usa.doj.gov>; Cooney, Joseph (USADC) <JCooney@usa.doj.gov>
**Cc:** Tatelman, Todd <Todd.Tatelman@mail.house.gov>
**Subject:** [EXTERNAL] Fwd: Request from the Bannon prosecutors


Begin forwarded message:

**From:** "Amerling, Kristin" <Kristin.Amerling@mail.house.gov>
**Date:** November 4, 2021 at 7:18:47 PM EDT
**To:** "Letter, Douglas" <Douglas.Letter@mail.house.gov>, "Tatelman, Todd" <Todd.Tatelman@mail.house.gov>
**Cc:** "Buckley, David" <David.Buckley@mail.house.gov>
**Subject: RE: Request from the Bannon prosecutors**


Hi Doug. In response to your questions: (1) the Select Committee members including Cheney and Kinzinger were aware that the subpoena to Bannon was to be issued before the subpoena issued; and (2) the Select Committee met the deposition notice requirements to its members.


The requested unredacted deposition transcript is also attached, and the Select Committee is fine with moving forward with both Tim Heaphy and Kevin Elliker, which we are happy to work with you to arrange.


Have a good night,

US-001143

Kristin

*Douglas N. Letter*

*General Counsel*

*Office of General Counsel*

*U.S. House of Representatives*

*5140 O'Neill House Office Building*

*Washington, DC 20515*

*Douglas.Letter@mail.house.gov*

*202-225-9700*

US-001144