# EXHIBIT 2

| | |
|---|---|
| **From:** | Cooney, Joseph (USADC) |
| **Sent:** | Wednesday, November 3, 2021 5:57 PM |
| **To:** | Costello, Robert J. |
| **Cc:** | Gaston, Molly (USADC); Vaughn, Amanda (USADC) |
| **Subject:** | Meeting Follow-Up |
| **Attachments:** | Letter to Robert Costello-11.03.2021.pdf |

Dear Mr. Costello:

Thank you again for the memorandum you forwarded us on Monday and for meeting with us today.  As promised, a list of the U.S. Attorney's Office and FBI participants in the meeting is below.

Attached, please find a letter memorializing our document requests.  If you have any questions or concerns, please do not hesitate to email or call.  Could you also please do us the favor of forwarding this to Adam Katz and letting us know his contact information?

Thank you,

J.P. Cooney

U.S. Attorney's Office for the District of Columbia, Public Corruption & Civil Rights Section
J.P. Cooney, Chief
Molly Gaston, Acting Deputy Chief
Amanda Vaughn, Assistant United States Attorney
Chad Byron, Paralegal

FBI, Washington Field Office
SA Frank D'Amico
SA Stephen Hart
SA Matthew Lariccia
SA Katherine Pattillo

---

J.P. Cooney
Chief, Public Corruption & Civil Rights Section
U.S. Attorney's Office for the District of Columbia
C/ 202-468-4529; O/ 202-252-7281



**U.S. Department of Justice**

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 3, 2021

**DELIVERY VIA EMAIL**
Mr. Robert J. Costello
Davidoff Hutcher & Citron LLP
605 3rd Ave.
New York, NY 10158
Email: rjc@dhclegal.com

      RE:    Stephen K. Bannon

Mr. Costello and Mr. Katz:

      Thank you for meeting with us today to discuss the U.S. House of Representatives' referral of House Resolution 730, concerning your client, Stephen K. Bannon, to the United States Attorney's Office for the District of Columbia.  Per our discussion, in connection with our Office's independent examination of the referral, we request that you produce to us as soon as practicable the following documents and information for the period spanning September 22, 2021, to the present:

1. Correspondence between representatives of Mr. Bannon and representatives of the January 6 Select Committee, including but not limited to Chairman Bennie Thompson, Kristin Amerling, and Sean Tonolli;

2. Correspondence between representatives of Mr. Bannon and representatives of former President Donald Trump, including but not limited to Justin Clark;

3. Correspondence between representatives of Mr. Bannon and representatives of President Joseph Biden, including but not limited to the White House Counsel's Office and Jonathan Su; and,

4. The letter that you, on Mr. Bannon's behalf, were preparing to send to the Select Committee on October 18, 2021, described on page 4 of your October 29, 2021, Memorandum addressed to our Office.

The word "correspondence" includes written correspondence, such as formal letters and emails, and contemporaneous memorialization of oral correspondence, such as notes, emails, and calendar entries.

In addition, we kindly request that you maintain copies of records, electronic or physical, that relate to your representation of Mr. Bannon arising from the Select Committee's subpoena. As you are aware, our independent examination of this matter is ongoing and may prompt future information requests.

We appreciate your assistance in this matter.  Please do not hesitate to contact us with any questions.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

By:

J.P. Cooney
Molly Gaston
Amanda R. Vaughn
Assistant United States Attorneys
Public Corruption and Civil Rights Section

Joseph.Cooney@usdoj.gov; 202.252.7281
Molly.Gaston@usdoj.gov; 202.252.7803
Amanda.Vaughn@usdoj.gov; 202.252.1793