# EXHIBIT 3

| | |
|---|---|
| **From:** | Costello, Robert J. |
| **To:** | Cooney, Joseph (USADC) |
| **Subject:** | [EXTERNAL] Re: Follow Up on 11/3/2021 Meeting |
| **Date:** | Thursday, November 4, 2021 10:58:30 PM |

    In response to your letter, I went through my emails both incoming and outgoing.  At the risk of being redundant, I sent you a number of emails which in several cases is rally the covering email which will show you when the email was received or sent.
   I will try to go over my text messages over the weekend, to make sure I have provided you what we have.
    You have bates stamped all of the documents I provided before tonight, but they are not in chronological order.
     As far as a follow up interview I will check with Adam Katz for his availability,
But mine would be Monday afternoon or Wednesday.  As soon as I reach Adam I will let you know.
    You are being very diligent in collecting documents, but that factual background is unnecessary according to the OLC opinions of May 13,2019 and February 29, 2008.  That being said, I will be happy to answer any follow up questions you may have.
        Bob Costello

Sent from my iPhone


> On Nov 4, 2021, at 8:27 PM, Cooney, Joseph (USADC) <Joseph.Cooney@usdoj.gov> wrote:
>
> **CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**
>
> Mr. Costello:
>
> Enclosed, please find a cover letter, Bates stamped compilation of your production to us, and index.  As inquired in the letter, could you please review and let us know if this constitutes your entire production?
>
> Thank you again for meeting with us yesterday.  Are you and Mr. Katz available for another videoconference?  We have a few follow up questions.  We can be available tomorrow (Friday) afternoon at or after 2:30; or Monday?  Please let us know a time or times that work for you and Mr. Katz.
>
> Thank you,
>
> J.P. Cooney

J.P. Cooney
Chief, Public Corruption & Civil Rights Section
U.S. Attorney's Office for the District of Columbia
C/ 202-468-4529; O/ 202-252-7281

<Index-Bannon Production-11.04.2021.pdf>
<Bannon Production-11.04.2021.pdf>
<Letter to Robert Costello-11.04.2021.pdf>

**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should <u>never</u> wire money to any bank account that our office provides to you via email without first speaking with our office. Further, <u>do not</u> accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. <u>Please call us first at a number you know to be correct for this office</u> to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
**************************************************************************
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
**************************************************************************