# EXHIBIT 4

| | |
|---|---|
| **From:** | Cooney, Joseph (USADC) |
| **To:** | Costello, Robert J. |
| **Cc:** | Gaston, Molly (CRM); Vaughn, Amanda (USADC) |
| **Subject:** | Voluntary Production and Follow Up |
| **Date:** | Friday, November 5, 2021 5:07:00 PM |
| **Attachments:** | Index-Bannon Production.pdf |
| | Letter to Robert Costello-11.05.2021.pdf |
| | Bannon Production-11.05.2021.pdf |

Mr. Costello:

Thank you again for producing documents to us on Mr. Bannon's behalf. Enclosed is a cover letter, compilation of the documents your produced, and an index.

Are you available to meet for a follow up at 9:00am on Wednesday?

Enjoy your weekend,

J.P. Cooney

---

J.P. Cooney
Chief, Public Corruption & Civil Rights Section
U.S. Attorney's Office for the District of Columbia
C/ 202-468-4529; O/ 202-252-7281



**U.S. Department of Justice**

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

November 5, 2021

**DELIVERY VIA EMAIL**
Mr. Robert J. Costello
Davidoff Hutcher & Citron LLP
605 3rd Ave.
New York, NY 10158
Email: rjc@dhclegal.com

      RE:    Stephen K. Bannon

Dear Mr. Costello:

      Thank you for the additional documents you produced to us via email on the evening of November 4, 2021. Enclosed electronically, please find an Adobe file compiling all the documents you produced, Bates stamped SKB-000001 to SKB-000117, and an index. Could you please review the documents and index and confirm that the enclosed compilation constitutes the entirety of your voluntary production in response to our November 3, 2021, requests?

      Sincerely,

      MATTHEW M. GRAVES
      United States Attorney

By: _____
      J.P. Cooney
      Molly Gaston
      Amanda R. Vaughn
      Assistant United States Attorneys
      Public Corruption and Civil Rights Section

      Joseph.Cooney@usdoj.gov; 202.252.7281
      Molly.Gaston@usdoj.gov; 202.252.7803
      Amanda.Vaughn@usdoj.gov; 202.252.1793