IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :     Criminal No. 21-670 (CJN) <br> : |
| v. | : <br> : |
| STEPHEN K. BANNON, | : <br> : |
| *Defendant*. | : <br> : |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant Stephen K. Bannon, through his undersigned counsel, respectfully moves for leave to file a Reply In Support Of Defendant's Motion To Dismiss The Indictment which exceeds by 5 pages the 25-page limit specified in Local Crim. R. 47(e). In support of this Motion, we state as follows:

1. On November 12, 2021, Mr. Bannon was indicted on two counts of Contempt of Congress, in violation of 2 U.S.C. § 192. [Doc. 1].

2. The deadline for filing a Reply in Support of Defendant's Motion To Dismiss The Indictment is May 17, 2022. Minute Order (April 6, 2022).

3. The Reply in Support of Defendant's Motion To Dismiss The Indictment involves, among other topics, the discussion of complex Constitutional separation of powers issues. It also involves the analysis of voluminous and detailed documents that present the official, authoritative position of the Department of Justice over many decades. The defense seeks an additional 5 pages (bringing the length of the brief to 30 pages) in order to address these materials and arguments based upon them.

1

4. On May 16, 2022, the undersigned communicated via email with counsel for the Government and learned that the Government does not oppose this Motion.

WHEREFORE, Defendant Stephen K. Bannon, through his undersigned counsel, respectfully requests that this Court grant Defendant's Unopposed Motion For Leave To Exceed Page Limit.

Dated: May 16, 2022       Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

　/s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

　/s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

　/s/ Robert J. Costello
Robert J. Costello (*Pro Hac Vic Pending*)
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Email: rjc@dhclegal.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of May 2022, a copy of the foregoing Defendant's Unopposed Motion For Leave To Exceed Page Limit was filed through the Court's CM/ECF system and was served *via* electronic delivery on counsel of record.

          /s/ M. Evan Corcoran
          M. Evan Corcoran (D.C. Bar No. 440027)