IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

**ORDER**

Based upon the representations in the Defendant's Unopposed Motion For Leave To Exceed Page Limit, and upon consideration of the entire record, it is:

**ORDERED** that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that the Defendant is granted leave to file a Reply In Support Of Defendant's Motion To Dismiss The Indictment, not to exceed 30 pages in length; and it is further

**ORDERED** that the clerk shall accept for filing the Reply In Support Of Defendant's Motion To Dismiss The Indictment, provided that it does not exceed 30 pages in length.

**SO ORDERED.**

Dated: _____          _____

Hon. Carl J. Nichols
*United States District Judge*