# EXHIBIT 4

| | |
|---|---|
| From: | Amerling, Kristin |
| To: | Costello, Robert J. |
| Cc: | Buckley, David |
| Subject: | RE: Letter to Hon. Bennie Thompson (00934684x7F7DD).pdf |
| Date: | Tuesday, October 19, 2021 10:46:00 AM |
| Attachments: | 10 - 19 - 2021 Response to Costello.pdf |

Dear Mr. Costello,

Thank you for your letter of October 18 on behalf of Stephen K. Bannon to the House Select Committee to Investigate the January 6th Attack on the United States Capitol. Please find attached a response from Chairman Thompson.

Sincerely,
Kristin Amerling


**From:** Costello, Robert J. <rjc@dhclegal.com>
**Sent:** Monday, October 18, 2021 6:03 PM
**To:** Amerling, Kristin <Kristin.Amerling@mail.house.gov>
**Subject:** Letter to Hon. Bennie Thompson (00934684x7F7DD).pdf




Sent from my iPhone


**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should <u>never</u>
wire money to any bank account that our office provides to you via email
without first speaking with our office. Further, <u>do not</u> accept emailed
wiring instructions from anyone else without voice verification from a known
employee of our office. Even if an email looks like it has come from this
office or someone involved in your transaction. <u>Please call us first at a number
you know to be correct for this office</u> to verify the information before wiring
any money. Be particularly wary of any request to change wiring instructions
you already received.
*********************************************************************
STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron

LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Jan. 6 Sel. Comm. 0047**

US-000274

BENNIE G. THOMPSON, MISSISSIPPI
CHAIRMAN

ZOE LOFGREN, CALIFORNIA
ADAM B. SCHIFF, CALIFORNIA
PETE AGUILAR, CALIFORNIA
STEPHANIE N. MURPHY, FLORIDA
JAMIE RASKIN, MARYLAND
ELAINE G. LURIA, VIRGINIA
LIZ CHENEY, WYOMING
ADAM KINZINGER, ILLINOIS



U.S. House of Representatives
Washington, DC 20515

january6th.house.gov
(202) 225-7800

One Hundred Seventeenth Congress
Select Committee to Investigate the January 6th Attack on the United States Capitol

October 19, 2021

Mr. Robert J. Costello
Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158

Dear Mr. Costello,

      The Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee") is in receipt of your October 18, 2021, letter requesting a one-week "adjournment" of your response to my October 15, 2021, letter. The only basis for your request is yesterday's filing of litigation by former President Trump against the Chairman, Select Committee, Archivist of the United States, and the National Archives and Records Administration. That litigation relates to the Select Committee's requests for documents in the possession of the National Archives and is immaterial to the Select Committee's demand for documents and testimony from Mr. Bannon. The investigation of the Select Committee is extremely important and urgent for the nation, and further delay in compliance by Mr. Bannon undermines the ability of the Committee to timely complete its essential responsibilities. Accordingly, no grounds exist for any "adjournment" or other delay and your request is denied.

                                      Sincerely,

                                      Bennie G. Thompson
                                      Chairman

**Jan. 6 Sel. Comm. 0048**