IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-670 (CJN) |
| ) | |
| STEPHEN K. BANNON, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING THE UNITED STATES HOUSE OF REPRESENTATIVES' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

UPON CONSIDERATION of the United States House of Representatives' Motion for Leave to File Amicus Curiae Brief, it is hereby

**ORDERED** that the motion is **GRANTED**. The Clerk is directed to file the House's amicus curiae brief on the docket in this matter.

**SO ORDERED**.

Dated: _____

_____
The Honorable Carl J. Nichols
UNITED STATES DISTRICT JUDGE