# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | No. 21-cr-00670-CJN |
| **v.** | ) ) |  |
| **STEPHEN K. BANNON,** | ) ) |  |
| **DEFENDANT.** | ) ) ) |  |

## [PROPOSED] ORDER

Upon consideration of Motion of The U.S. House of Representatives Minority Leader Kevin O. McCarthy and The U.S. House of Representatives Minority Whip Stephen J. Scalise ("House Minority Leadership") for Leave to File an Amicus Curiae Brief, it is this ___ day of May, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Amicus Curiae Brief attached to the House Minority Leadership's Motion shall be docketed by the Clerk of the Court as filed..

**SO ORDERED.**

_____
The Honorable Carl J. Nichols
United States District Court Judge