```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,
                                        CR Action
              Plaintiff,                No. 1:21-670

         vs.                            Washington, D.C.
                                        December 7, 2021
STEPHEN K. BANNON,
                                        11:03 a.m.
                 Defendant.

                 TRANSCRIPT OF VIDEO STATUS CONFERENCE
                 BEFORE THE HONORABLE CARL J. NICHOLS
                    UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:      AMANDA ROSE VAUGHN
                        J.P. COONEY
                        MOLLY GASTON
                          U.S. ATTORNEY'S OFFICE FOR D.C.
                          555 4th Street NW
                          Washington, DC 20001
                          202-252-1793


For the Defendant:      DAVID I. SCHOEN
                          2800 Zelda Road, Suite 100-6
                          Montgomery, AL 36106
                          334-395-6611

                        MATTHEW EVAN CORCORAN
                          SILVERMAN THOMPSON SLUTKIN WHITE
                          201 N Charles Street, 25th Floor
                          Baltimore, MD 21201
                          410-385-2225


Reported By:       LORRAINE T. HERMAN, RPR, CRC
                   Official Court Reporter
                   U.S. District & Bankruptcy Courts
                   333 Constitution Avenue, NW
                   Room 6720
                   Washington, DC 20001
                   202-354-3196
```

1                    **P R O C E E D I N G S**

2          **COURTROOM DEPUTY:**  Good morning, Judge Nichols.

3          **THE COURT:**  Good morning, Ms. Harris.  Could you

4    please call this matter.

5          **COURTROOM DEPUTY:**  We are on the record in

6    criminal matter 21-670, United States of America versus

7    Stephen K. Bannon.

8              Present for the government are Amanda Vaughn, J.P.

9    Cooney and Molly Gaston.  Present for the defendant are

10   David Schoen, Matthew Corcoran and Robert Costello.  Also

11   present is the defendant, Mr. Bannon.

12         **THE COURT:**  Thank you, Ms. Harris.

13             Just one little housekeeping thing.  Mr. Corcoran,

14   does your client consent to proceed this morning by

15   videoconference?

16         **MR. CORCORAN:**  Yes.

17         **THE COURT:**  Thank you.

18             I would like to first take up the question of the

19   protective order.  It seems to me that there is a little bit

20   of agreement here and then some disagreement.  I just want

21   to make sure I understand the parties' positions on the

22   various categories of information that would be covered by

23   the government's proposed protective order.  The first is,

24   it seems to me, grand jury materials.

25             Am I right, Mr. Corcoran, that the defendant

1    agrees that it's appropriate to have a protective order that

2    covers materials that were in front of the grand jury or at

3    least the information reflecting that the materials in front

4    of the grand jury should be redacted if they are used

5    publicly or something like that?  At least that is what your

6    filing suggests.

7            **MR. CORCORAN:**  Yes, Your Honor.

8            **THE COURT:**  Yes, that the protective order should

9    cover the grand jury materials or, yes, and that they should

10   be, if used at all, redacted such that grand jury

11   information is not publicly disseminated?

12           **MR. CORCORAN:**  The latter.

13           Essentially we are just asking for the normal

14   treatment, which keeps these grand jury materials secret,

15   unless and until we were to file them, you know, or use them

16   at trial for cross-examination or file them in connection

17   with the case, in which case we would make a motion with you

18   beforehand.

19           **THE COURT:**  Ms. Vaughn, does the government think

20   that is an appropriate position?

21           **MS. VAUGHN:**  Yes, Your Honor.

22           **THE COURT:**  Okay.

23           Then as to personal identifying information or

24   PII, what is the defendant's view about whether that should

25   be treated as sensitive information under the protective

1    order?

2          **MR. CORCORAN:**  We agree.  And any court filings

3    that we would make, we would redact personal identifying

4    information such as Social Security numbers, home addresses,

5    telephone numbers, et cetera.

6          **THE COURT:**  And, Ms. Vaughn, I assume the

7    government agrees with that?

8          **MS. VAUGHN:**  Yes, Your Honor.

9          **THE COURT:**  The third category of information is

10   actually not covered by the government's revised protective

11   order and that would be information -- because the

12   government's proposed protective order covers only

13   information, as I understand it, produced by the government

14   to Mr. Bannon, it does not apply to information obtained by

15   Mr. Bannon through other sources, whether public information

16   or obtained in some other manner.  So the protective order

17   doesn't even cover that information.

18          I assume, Mr. Corcoran, you have no problem with

19   that.

20          **MR. CORCORAN:**  Well, if what you are saying, Your

21   Honor, is that materials that come into our possession, not

22   through the government, through discovery, that we are able

23   to handle them as we ordinarily would, I agree with that.

24          **THE COURT:**  Ms. Vaughn, I believe that's the

25   government's intent.

1      **MS. VAUGHN:**  Yes, Your Honor, it is.

2      **THE COURT:**  So it seems to me that that leaves

3   non-grand jury, non-PII information produced by the

4   government to the defendant in this case.  The government is

5   proposing not to treat that information as sensitive, as I

6   understand it.  Although I suppose it, in specific

7   categories, could be at some point more sensitive.

8           But in general, the disagreement seems to be that

9   such information, if produced by the government to

10  Mr. Bannon, the limitation is not the sensitive designation

11  limitations but just the general limitation that that

12  information can be used only in this case.

13          Do I have that right, Ms. Vaughn?

14     **MS. VAUGHN:**  Yes, that's right, Your Honor.

15     **THE COURT:**  So let's go through the different

16  categories of information that would be covered or at least,

17  you know, the ones that the government has identified in its

18  reply, for example.

19          So if the government produces to Mr. Bannon in

20  connection with this case, either publicly available

21  information or information that Mr. Bannon likely already

22  has, why would that restriction make sense?

23     **MS. VAUGHN:**  Your Honor, we actually don't -- our

24  intention with the revised protective order would be that it

25  would not apply to those kind of materials.  So anything

1    that is publicly available, independent from this case, for

2    which the defendant has obtained by independent means, when

3    the government produces copies of those items, that would

4    not be covered by the proposed protective order.

5            **THE COURT:**  So it's not just that the proposed

6    protective order doesn't cover materials obtained by

7    Mr. Bannon through some other source, but even if the

8    materials are obtained from the government, if those

9    materials were publicly available or were -- I guess I'll

10   put it this way, were known to have been in Mr. Bannon's

11   possession at some point because he was a recipient of a

12   communication or something like that, the government's

13   position is that information, even though produced by the

14   government to Mr. Bannon, is also not subject to the

15   restrictions in the protective order.  Correct?

16           **MS. VAUGHN:**  That's right, Your Honor.

17           **THE COURT:**  Okay.  So what we are really talking

18   about then, is whatever other information is both not grand

19   jury information, not PII, not publicly available, not

20   otherwise in Mr. Bannon's possession for various reasons.

21   And I take it, that's really things like information

22   relating to witnesses.

23           For example, I am looking at Page 3 of your brief,

24   your reply brief, law enforcement reports of witness

25   interviews and internal communications between Select

1    Committee staff and really law enforcement database

2    information relating to the defendant.  Those seem to be the

3    three categories that we're talking about now.

4            So, Mr. Corcoran, with respect to those three

5    categories of information, law enforcement reports of

6    witness interviews, internal communication between Select

7    Committee staff and law enforcement database relating to the

8    defendant, why isn't it appropriate to limit the use of that

9    information to use in this case?

10           Again, as I understand it at least, that

11   information, if used in the case, wouldn't have to be filed

12   under seal.  It can be essentially used in any way necessary

13   to Mr. Bannon's defense.  But the one limitation would be

14   its use would have to be tethered to use in this litigation.

15           What is the problem from Mr. Bannon's perspective

16   with that limitation?

17           **MR. CORCORAN:**  Well, first of all, on the fourth

18   category that you just mentioned, law enforcement database

19   information with regard to Mr. Bannon, we don't have any

20   problem with that remaining protected and not being

21   disclosed publicly.

22           But the other three categories we do have a

23   problem with.  The problem is -- and I know the Court has

24   used the phrase "used in this case," but that's not what

25   what was written in the protective order, either one of the

1     protective orders that the government submitted to you.  And

2     our problem is that under the current protective order that

3     they're suggesting, they get to stamp something as

4     sensitive, and then we are limited, not just by use in the

5     case, but how we can use it in the case.

6             For instance, their initial submission wouldn't

7     allow -- let's take a generic example of an email that

8     forwards the subpoena from one staff member on the House

9     Select Committee to another member on the House Select

10    Committee.  The government is saying that that is somehow

11    sensitive, that it shouldn't be made public; and that we

12    should be restricted in how we can use that in preparing our

13    defense.

14            To the extent that, as I read the protective

15    order, we couldn't go to another potential witness, such as

16    legislative counsel, somebody that has worked on the Hill

17    and has been doing this for decades and asking them, Take a

18    look at this email.  Was the process followed here proper?

19            **THE COURT:**  That seems to me correct if that

20    document is marked as sensitive.  But I think the government

21    has represented that the only materials right now that it

22    intends to mark as sensitive are grand jury materials and

23    PII.  So the document that you have identified would be

24    marked as sensitive only if it was in front of the grand

25    jury.  If it's produced to you in a form that did not go

1    before the grand jury and it doesn't have a grand jury Bates

2    number on it, or whatever, all of those restrictions you

3    just identified would not be applicable.

4         **MR. CORCORAN:**  Well, if that's the government's

5    position today, it's different than what they've submitted.

6    And I'm happy to hear that.  And it eliminates some of the

7    issues that we would have in terms of the use of the

8    document.

9         I think that the real problem here, from our

10   perspective, is that it's not our burden to show that good

11   cause exists for any protective order.  It's the

12   government's, and they've got to make a specific

13   particularized showing.

14        So in the typical case where there would be

15   restriction on the use of documents that reference, for

16   instance, witness names or witness information or witness

17   positions, it might be a gang case where there has been some

18   actual intimidation of witnesses; that I can understand.

19   There's none of that in this case.  This is a case of U.S.

20   government employees who are, essentially, doing their

21   official duties.

22        And for the government to state that there's some

23   reason, that they haven't expressed yet, as to why these

24   things need to be handled differently, like documents in a

25   gang case, it just doesn't make sense to us.

1          **THE COURT:**  Ms. Vaughn, so do I have the

2     government's position correct, which is that these

3     categories of documents that I have just referenced at Page

4     3 of your reply brief, and in particular law enforcement

5     reports of witness interviews, internal communications

6     between Select Committee staff and law enforcement database

7     information relating to the defendant -- the last category

8     actually sounds like there is no objection to the protective

9     order covering -- am I right, that as to the first two, that

10     is to say law enforcement reports of witness interviews and

11     internal communications between Select Committee staff, that

12     as the government conceives the protective order here, those

13     documents would be marked as sensitive only if they went

14     before the grand jury or they contained PII.  If the

15     particular version of the document didn't go before the

16     grand jury, it would be covered by the protective order, but

17     the limitations for sensitive information would not be

18     applicable; is that right?

19          **MS. VAUGHN:**  That's right, Your Honor.

20          **THE COURT:**  So then that really just raises the

21     question of, Okay, for those versions of the documents that

22     are not sensitive, they can be used in the case, but they

23     can't be used otherwise.

24          And Mr. Corcoran makes the argument that the

25     government still bears the burden of showing why there is

1    good cause even for that limitation.  So what is the

2    government's argument as to why documents by definition

3    aren't sensitive -- because they wouldn't be sensitive under

4    the protective order, nevertheless deserve some protection

5    limiting their use to this litigation.  What is the

6    government's basis for that limitation?

7            **MS. VAUGHN:**  Well, Your Honor, there are two

8    reasons for that.  Most importantly, the defendant in his

9    public statements, through his counsel and representatives,

10   has made clear that he intends to make this material

11   available to the public for public discussion and

12   evaluation.

13           He told The Washington Post, quote, Members of the

14   public should make their own independent judgment as to

15   whether the U.S. Department of Justice is committed to a

16   just result based upon all of the facts; and that by their

17   opposition to the protective order they, quote, asked the

18   judge to follow the normal process and allow unfettered

19   access to and use of the documents.  And the defendant also

20   made statements he plans to make this case hell for those

21   involved.

22           So the defendant has shown that he plans to

23   disseminate the materials widely for public comment and

24   review; and that would interfere with the proper procedures

25   in this case.  By putting witness statements out publicly,

1    you expose those witnesses to commentary on their potential

2    testimony.  You allow those witnesses to know what other

3    witnesses are going to say, potentially influencing their

4    testimony at trial.  And for those reasons, a protective

5    order would be appropriate in this case.  This case should

6    be decided in the courtroom through this litigation, not in

7    the media.

8            THE COURT:  I just have a question.

9            So imagine I agree with that, and that there are

10   certain categories of information that are not sensitive but

11   they are otherwise subject to the protective order.  If one

12   or the other party wants to file information relating to

13   those categories in a public submission to me, to the Court,

14   they don't have to do so under seal.  Correct?  That would

15   be public.

16           MS. VAUGHN:  Correct, Your Honor.

17           If it's part of the litigation in this case, it

18   becomes a judicial record and therefore it is publicly

19   available.

20           THE COURT:  Would anything stop one party or the

21   other from, essentially, putting all of the non-sensitive

22   but produced information into a filing in front of me and

23   thereby talking about it?

24           MS. VAUGHN:  Your Honor, the parties are under

25   obligations to act in good faith with the Court and only

1    bring before the Court what they believe in good faith to be

2    issues to be resolved by the Court.  So if there is

3    genuinely a need to bring a witness statement to the Court's

4    attention, then obviously that is something the parties can

5    do.

6              The government would submit it would be in

7    violation of the parties obligation as officers of the Court

8    to simply just file something and attach everything just so

9    that it could be in the public record.

10             **THE COURT:**  Thank you.

11             Mr. Corcoran, what is your response to

12   Ms. Vaughn's two-pronged argument as to why it's appropriate

13   to have this potentially modest restriction on these

14   categories of information?

15             Which is to say -- and just to be clear, as I

16   understand it, this is information that would not be

17   designated as sensitive.  So you would be free to use this

18   information to prepare the case and to talk to witnesses and

19   the like, and even to file the information on the public

20   record, but you would be restricted from using that

21   information other than, basically, to litigate this matter.

22             **MR. CORCORAN:**  Your Honor, my response is that

23   that is not a modest restriction.  It's actually a very

24   stringent restriction, and we believe that there has been a

25   motion to intervene by a coalition of members of the press

1    of essentially -- you know, largely leading members of the

2    press.  And they've been uniform in their position that they

3    want a public trial.  They want public access to documents,

4    and there is public interest in this case.

5          What Ms. Vaughn has suggested by her statements is

6    that somehow we on the defense side have an interest in

7    taking the documents that they give us and turning this into

8    a public trial; and that is not our intention at all.

9          What we do want, though, is for the public to have

10   the ability to see how the decisions were made in this case

11   so that -- I think it's a positive thing, actually, that

12   there's public interest in this case that has important and

13   complex constitutional issues at play that involve the

14   interplay between the legislative branch and the executive

15   branch.  From my perspective, that is a positive thing.

16         Has Ms. Vaughn, on behalf of the government, made

17   a showing that would provide good cause for a protective

18   order to keep those documents secret?  We don't believe so.

19   And we think that any protective order in this case would

20   not be a modest one, but would be severe in its limitations

21   on Mr. Bannon's First Amendment and Sixth Amendment rights.

22         **THE COURT:**  Thank you.  So I'll take this under

23   advisement.  I hope to enter a protective order that will

24   probably be not quite in the format of what is proposed by

25   the government, clearly, because I think we've moved in some

1    ways away from the parties' perspective positions.  I will

2    take it under advisement.  I will be entering a protective

3    order of some sort because there is agreement as to at least

4    certain categories of information that would be protected as

5    to sensitive --

6        **MR. SCHOEN:**  Judge, if I may, David Schoen.  I

7    just wanted to clarify one point here, by specifying a kind

8    of document to make clear our argument.

9        For example, one of the categories Your Honor

10   mentioned were these internal communications with the

11   Committee.  Let's talk about that type of document or

12   Committee document.  Our view is, those are presumptively --

13   if we get them, they are presumptively public.  These are

14   public servants doing the public's business now.

15       So that document though wouldn't be considered

16   sensitive.  It would be in the all materials category.  And

17   would still be subject to the restrictions in Paragraphs 4

18   through 8, meaning of the modified proposed protective

19   order, ECF 12-1.

20       Meaning it can be shown to witnesses but not to

21   anyone else.  Meaning we can't take notes and disclose our

22   notes on those documents.  Those kinds of restrictions that

23   ordinarily wouldn't be in place if there were no protective

24   order.  Now, if they --

25       **THE COURT:**  Wait.  Wait.  Hold on.  Pause one

1    second.  Where does that limitation you just identified come

2    from?

3              **MR. SCHOEN:**  Paragraphs 4 through 8 of the

4    modified protective order.  The government's proposal, ECF

5    12-1.

6              **THE COURT:**  Right.  No, I understand.  For

7    non-sensitive information.

8              Again, let's take produced documents relating to

9    the Committee's consideration of the contempt citation.

10   Assuming they are produced to the defendant, and they are

11   not designated as sensitive, they would only be subject to

12   Paragraphs 4 through 8.

13             I want you to point me to the specific limitation

14   that you think is limiting on Mr. Bannon's ability to

15   prepare his defense in this case.

16             **MR. SCHOEN:**  No, Your Honor.  I don't think they

17   are limiting on his ability to prepare his defense.  I think

18   they are limiting on the public's right to know --

19             **THE COURT:**  Pause there then.  Wait a second.

20             There is no limitation in here on the filing of

21   such information in court or the use of such information

22   publicly.  They can be attached to -- I mean,

23   hypothetically, if we have litigation around a

24   constitutional claim about what the Committee did or advice

25   of counsel, these documents can and very likely will be put

1    on the public record, and at the time that they are part of

2    the arguments in front of me, will be public.

3              What I think can't happen, at least under the

4    government's proposal, is when those materials are produced

5    to the defendant, that they can be given to the press

6    without regard to whether they are relevant to the

7    litigation or being used in the litigation at all.

8              My question is, I guess, why is that an

9    appropriate outcome here, which is that a record produced to

10   the government -- sorry -- by the government to Mr. Bannon,

11   can be used by him, not by definition for litigation,

12   because we already said there is no limitation there, but

13   just for any other purpose.

14             **MR. SCHOEN:**  Yeah.  I think coming from the

15   perspective that the documents are presumptively public, if

16   they are the public business.  However, if there is

17   something -- in my view at least, the way the methodology

18   should work is that if there is something about that

19   Committee communication, since that is what we are talking

20   about, that the government believes to be something that

21   shouldn't be publicly disclosed, it doesn't reach the level

22   of sensitive, by definition or anything, but for some reason

23   it shouldn't be, then it should be incumbent on the

24   government to say, We are producing this internal

25   Congressional Committee report, whatever the communication.

1        And we believe this one should be kept away from the press

2    or otherwise.

3              Because, remember, under Paragraph 4, we can only

4    show this to potential witnesses and their counsel,

5    et cetera.  And remember, under Paragraph 5, we are

6    restricted on the notetaking and those sort of things.  I

7    don't think -- this is my view at least -- I don't think,

8    from the public perspective, there should be those

9    restrictions, unless there is specific reason for it.  If

10   someone is at risk, and they can make a showing of that.  I

11   think that should be on a document-by-document basis when

12   they are produced.

13             That is our position, Your Honor.

14             **THE COURT:**  Ms. Vaughn, why is that not a

15   reasonable outcome here, which is you have categories of

16   sensitive information, as to everything else that would be

17   covered by this protective order?

18             Again, I'm recognizing that there are a number of

19   categories of information that as a result of this

20   discussion aren't covered by the protective order at all.

21   But as to those documents that are produced in litigation

22   that would be covered by this protective order, that the

23   government needs to make more of an

24   individualized/particularized showing as to harm rather than

25   just say, essentially, everything that we would produce in

1    these categories is restricted in the way that Paragraphs 4

2    through 8 restrict the defense.

3            Why shouldn't the government have to make a more

4    particularized showing on a document-by-document or at least

5    category-by-category basis?

6            **MS. VAUGHN:**  Your Honor, the government believes

7    that it has made a particularized showing on a

8    category-by-category basis, and that that is sufficient

9    here.

10           So there's two categories of records at issue now.

11   Law enforcement reports of interviews.  And, frankly, I

12   think it would be unprecedented for 302s to start popping up

13   all over the press in a criminal matter.

14           And then the second category is internal

15   communications between Committee staff, which actually are

16   not presumptively public.  So all of those, though, go to

17   this issue of influencing -- improperly influencing

18   witnesses.  It's their communications summarizing what

19   occurred with respect to Mr. Bannon's subpoena.  And it's

20   interviews in which they discuss their memory and experience

21   of the same events.

22           So allowing the defendant to disseminate those to

23   the press will absolutely have the result that these

24   witnesses' potential testimony at trial will be influenced

25   in a way that's not appropriate in a criminal case like

20

1    this.

2              **MR. SCHOEN:**  Your Honor, if I may, Judge.

3              **THE COURT:**  You will get a chance in a second.

4              **MR. SCHOEN:**  Yes, sir.

5              **THE COURT:**  But I take it the government,

6    notwithstanding those concerns, is fine with that

7    information being filed on the public record to the extent

8    that that information is relevant to an issue to be decided.

9              **MS. VAUGHN:**  Yes, Your Honor.

10             **THE COURT:**  Okay.  Mr. Schoen or Mr. Corcoran?

11             **MR. SCHOEN:**  Yes, Your Honor.

12        Your Honor, I suppose on this specific issue it

13   represents a fundamental philosophical difference, frankly.

14   We do believe that the Committee's discussions about

15   Mr. Bannon's subpoena, about why to take this criminal,

16   about taking other virtually unprecedented steps, is the

17   business of the public.

18        And if there is a reason with respect to a

19   specific document, again, that something is at risk that the

20   public shouldn't be exposed to, then the government makes

21   that showing and Your Honor reviews it and makes a

22   determination; that's all.

23             **THE COURT:**  But what about the alternative, which

24   is to say, we are now talking about two categories of

25   documents.  Ms. Vaughn has made her argument about why those

1    categories at least can be presumptively used only in this

2    litigation.  And if the defendant would like to do something

3    more, the defendant is free to ask for relief from the

4    protective order on a document-by-document basis when you

5    are in this category.

6              **MR. CORCORAN:**  Your Honor -- David, if I could.

7              Your Honor, I just want to be very clear in terms

8    of what the government has offered in terms of a

9    particularized showing trying to establish good cause.  And

10   what they've said is that by releasing a document publicly,

11   it would improperly influence witnesses.

12             That does not make any sense for the following

13   reason.  Under Paragraph 4 we would, in any event, be able

14   to show any of our witnesses that very document.  So what

15   the government is saying that somehow the public disclosure

16   of a document would improperly influence or shape a

17   witness's testimony, but actually defense counsel showing it

18   to them is not going to have the same effect.

19             In other words, what they've put forth as their

20   sole, particularized reason justifying this aspect of the

21   protective order is baseless and meritless.

22             **MR. SCHOEN:**  Judge, my answer to your question

23   directly -- to Your Honor's question directly, is that as to

24   -- Your Honor proposed the alternative.  What about if we

25   just then made a showing?  I think my answer to that is, I

1        don't think that's the manner of proceeding that cases like

2        *Dixon* and *Johnson* suggest.

3                But let me say this, Your Honor, we have

4        absolutely no question in our mind that Your Honor is just

5        as sensitive to the public's right to know as we are, and

6        will take that into account in however Your Honor believes

7        is the best way to proceed with respect to those documents

8        on whom the burden should lie, et cetera.

9                **THE COURT:**  Thank you.

10               So as I said, I'll consider these arguments and

11       craft what I believe is an appropriate protective order

12       here.

13               So let's talk now about the overall schedule of

14       the case.  I've obviously -- I don't know if it's obvious

15       but I have reviewed the parties' submissions and the joint

16       status report, which I think was very helpful.

17               I think maybe I'd like to start with you,

18       Mr. Corcoran.

19               **MR. CORCORAN:**  Your Honor, I will have Mr. Schoen

20       speak to this.

21               **THE COURT:**  Okay, Mr. Schoen.  Of course, I

22       understand that there might be an advice of counsel defense

23       here.  I also understand there may be some constitutional

24       arguments made.  But can you tell me more about what

25       specifically the defendant would intend to contend by way of

1    those, what you say are weighty, important separation of

2    powers and other constitutional arguments?

3              I think I need to know a little bit more about how

4    supposedly difficult these questions are going to be before

5    I think about how they will affect the overall trial

6    schedule.

7              **MR. SCHOEN:**  Sure, Your Honor.

8              I preface this by saying not just difficult, but

9    also fact intensive to some degree.  Meaning information is

10   required.  I would divide that, by the way, into information

11   being required for motions to dismiss practice and for trial

12   defenses in the case.

13             I'd like to give a little bit of background.  Here

14   is what I am prepared to do, Judge.  I am prepared to first

15   address Your Honor's question directly, with the caveat, you

16   know, that we have been in this case for three weeks.  The

17   case is only three weeks old.  So I can only go into so many

18   details about those defenses.

19             **THE COURT:**  Right.  And this is not your argument

20   on the motion to dismiss or otherwise.  I am not asking for

21   a full argument.

22             **MR. SCHOEN:**  I understand, Your Honor.

23             What I also want to say I am prepared to do is go

24   a little more specifically into exactly what the kinds of

25   discovery is I believe we would need from the House, from

1    the DOJ, from the U.S. Attorneys, what we are talking about

2    here in terms of that body of discovery.

3          So let me go first into maybe the defenses and the

4    motion to dismiss.  And then I think I can tie in why I

5    believe specific discovery I would mention is relevant,

6    necessary and time consuming.  Would that be an acceptable

7    way of proceeding, Your Honor?

8          **THE COURT:**  Yes.

9          **MR. SCHOEN:**  All right.

10         So first of all, on the motions to dismiss, I

11   think there are some that are discovery sensitive and some

12   that aren't.  But for example, we are going to be asking the

13   case, we made clear in the joint status report, for the

14   grand jury instruction.  We clearly have a fundamental

15   difference of viewpoint with the government on the nature of

16   this case from start to finish.

17         The government has said in their papers they see

18   it as a one-day trial.  It's basically a strict liability

19   case, according to the government.  This is what they said

20   in the first hearing on the 18th.  They didn't appear,

21   therefore he is guilty under Section 192.

22         We think that is fundamentally wrong.  Yes, there

23   was a case, *Licavoli* in 1961 that said, advice of counsel

24   doesn't apply, for example, in 192 prosecution.  First of

25   all, that case is based on an earlier case, *Sinclair*, that's

1    no longer good law.  But in any event, there are a many

2    reason that it doesn't apply, specific to the facts of this

3    case.

4              This is a case with the invocation of privilege.

5    This is a case in which the government was made aware, as

6    the Committee was made aware, Mr. Bannon relied entirely on

7    the advice of counsel.

8              We believe that the grand jury was not instructed

9    correctly as a matter of law in this case.  And advice of

10   counsel is not an affirmative defense to be instructed to

11   grand jury.  It's an element -- it negates an element of the

12   offense.

13             If the government's theory, as they've expressed

14   it at least, in very limited fashion I understand, but on

15   the 18th, is that all that is required is for him to appear.

16   And that is what the grand jury was instructed.

17             We think the indictment would have to be

18   dismissed, and we would make that showing.  That's not

19   something I think that a great deal of discovery is required

20   for.  We would show why, you know, reliance on counsel was

21   relevant here and so on.

22             We believe, again motion to dismiss, the grand

23   jury wasn't given exculpatory evidence.  Again, if this is

24   the government's theory of the case, if just showing up was

25   enough, we imagine at least that the government didn't

1    instruct the grand jury on the status of Office of Legal

2    Counsel opinions, on reliance on Office of Legal Counsel

3    opinions, on defenses like entrapment by estoppel and other

4    entrapment, potentially, efforts to cooperate, reliance on

5    good faith alternative.  These kinds of things that are all

6    part of the package.  So these are motions to dismiss.

7    Again, I don't think they are particularly discovery

8    dependent.

9         But let's talk about no proper legislative

10   purpose; that's a constitutional defense we would raise.

11   It's discussed at length in the, you know, *Mazars* case.  And

12   essentially that defense is that, you know, there are only

13   certain purposes the Committee can be convened for, as the

14   the Court well knows.  It can't issue a subpoena just for

15   the purpose of law enforcement.  It can't use subpoenas to

16   try someone before the Committee for any crime or

17   wrongdoing.  It can't have a general power of inquiry, just

18   for exposure sake.  It can't convict investigations for

19   personal aggrandizement of the members, et cetera.  And

20   recipients maintain all of their constitutional rights,

21   including the right to privilege and so on.  That's clear

22   from the *Mazars* case, 2020.

23        For this defense we need to look at, for example,

24   many, many, many statements made by members of the

25   Committee, which several scholars have suggested -- suggest

1    an unconstitutional purpose, a non-legislative purpose in

2    this case.  But we also would want to see what the Committee

3    talked about on what their agenda was here.  There's a lot

4    of language in Resolution 503 that dresses it up and makes

5    it look like an appropriate purpose, but there is good

6    reason to believe that it wasn't.

7            Selective prosecution, quite frankly, it's a

8    difficult burden, but it is a motion we intend to make.

9    Prosecution based on a partisan political attack, we

10   believe.  Prosecution based oven an attack on First

11   Amendment rights, we believe.  A prosecution based on

12   vindictiveness, we believe.  We need to see things like, you

13   know, the House documents.  We need to see, Why did everyone

14   along the way here go against the well-settled Office of

15   Legal Counsel opinions on a variety of subjects, which again

16   we can go into.

17           I know Your Honor said this is not a forum to

18   argue the motion.

19           **THE COURT:**  I also am very familiar with almost

20   all of those arguments.

21           **MR. SCHOEN:**  Of course, Your Honor.

22           **THE COURT:**  So I don't think you need to elaborate

23   on them.  I just want to understand what you are likely to

24   make.

25           **MR. SCHOEN:**  Yes, Your Honor.

1          **THE COURT:**  I get the arguments.

2          **MR. SCHOEN:**  And there are several others like

3    that that we believe require some discovery.  Failure to

4    follow their own rules and protocol potentially.  There is

5    an argument to be made about that potentially.

6          What was the status of privilege, for example,

7    discussed in the Committee?  Because that raises a real

8    separation of powers issue, we believe.  We believe that the

9    executives entitled to determine what documents and

10   information is privileged and we believe that the -- not

11   just we believe.  I mean, this district has said in very

12   strong terms that binding effect on the executive branch of

13   the Office of Legal Counsel opinions.  Those were violated

14   in this case.  We believe we need discovery on how that

15   happened.

16         Now, so those are some of the defenses and motions

17   to dismiss that I think are complicated and fact intensive

18   to some degree.  And if the government, their position in

19   their joint status report was the discovery they believe we

20   are going to ask for -- I'm not sure how they knew, since we

21   didn't know yet exactly and we still don't know.  We are

22   developing our case -- are either not discoverable or not

23   the government's obligation to disclose.

24         I think in the latter case, I think the

25   government's being too narrow in their view of what they are

1    going to be obligated to disclose, and I think that they are

2    being modest about their ability, frankly, to disclose those

3    things.

4                But if the government is right and those things

5    aren't going to be disclosed by the government, that means

6    extensive subpoena practice and motions practice simply

7    about our entitlement to some of these documents.

8                I will move very quickly, Your Honor.  I'm sorry

9    to tie you up, but it is a little bit of a, you know, a

10   complicated process.

11               With respect to the House, for example, this is

12   our view -- by the way I will back up one step further.  I

13   want to make this clear.  We believe that there is no basis

14   for expediting this case whatsoever.  That the government

15   made the decision in this case, an almost unprecedented

16   decision, and certainly an unprecedented decision for the

17   past decades, to go with a criminal prosecution in this

18   case.

19               This is a case in which Mr. Bannon -- I know in

20   the previous proceeding Your Honor said you are not

21   sufficiently familiar with the facts.  I can't give all of

22   the facts now, clearly.  But the Court should know that this

23   is a case in which Mr. Bannon made the offer to go before a

24   civil court.  And if a Court ordered him to comply, he would

25   comply.  But that course wasn't taken.

1          So when this decision was made to go criminal, it

2    no longer was a quest for information; that's for sure.  If

3    this were a case in which the Committee needed to have some

4    knowledge and therefore we needed to move more quickly, that

5    would be one thing.  They made a decision that this is

6    probably the last way to get information, and they had that

7    other option.  This was a radical move that they made.  And

8    we believe for a bad motive.  Those are the kind of things

9    we want to look into.

10         But secondly, of course, by making that decision

11   they triggered a number of constitutional rights that

12   otherwise wouldn't have attended it.  So Mr. Bannon is

13   entitled to all of these things, this discovery, this

14   research, this investigation that both goes to the integrity

15   of their investigation -- meaning the Committee's work in

16   this case, that's *Kyles versus Whitley*, sort of approach --

17   and it goes to his ability to prepare the case.

18         So let's talk about the House.  The House said in

19   some of their public statements they wanted to investigate

20   the root causes of what happened on January 6th.  And

21   everyone understands and agrees.  Momentous episode in

22   American history.  But what we are hearing from the

23   Committee is accusation, public accusation, after

24   accusation.

25         Let me say this, Judge, I don't believe that there

1    is any reasonable person living in a democracy, who would

2    believe that an investigation should be headed up by a

3    person who filed a personal lawsuit against President Trump

4    immediately before being appointed head of the Committee,

5    who in that lawsuit accused President Trump and others of

6    personally injuring him, causing him great personal injury

7    and damage, to then appoint that person to head up an

8    investigative committee, raises some antenna, let's just

9    say.  And then to populate that Committee with other people

10   who have made public statements.

11           Congressman Raskin was the lead prosecutor in the

12   impeachment case.  His mission in that case was to prove

13   that former president Trump and others associated with him

14   were responsible for the events of January 6th.  This is a

15   person on the Committee.  We have reason to question his

16   motivation.  We have reason, when they make public

17   statements extraordinarily accusatory of Mr. Bannon in

18   particular and statements like, We are going to make a point

19   here.  We are going to teach other people a lesson.  We are

20   going to show other people what they need to do by

21   prosecuting Bannon, that we are entitled to know what the

22   processes were within that House Committee.  They've opened

23   the door with those public statements.  We are entitled to

24   know, again, what the House's view was of privilege.

25           You know, the head of the Committee, Chairman

1    Thompson, was just on television I believe last night on The

2    Rachel Maddow Show and said, Anyone who comes before this

3    Committee, who exercises -- invokes their Fifth Amendment

4    privilege is basically saying, I did something wrong.

5    That's not right.  That's not how our constitution operates.

6    That is misinformation and disinformation.

7            If that's coming from the Chairman, then we ought

8    to be entitled to know what it is the House Committee

9    members discussed about that.  How they made their decision.

10   Again, these are all focused on the defense and motion to

11   dismiss regarding proper legislative purpose.

12           Judge, I can go on.  I mean, I have pages here of

13   what we need from the House and why.  I assume the Court's

14   got the point.  I can talk a little bit about the U.S.

15   Attorney's Office.  Let me just say this about that.  I will

16   make one point.  I think we are entitled to know why the

17   U.S. Attorney's Office deviated so radically from their past

18   process.

19           Let me just take an exerpt from a letter from

20   former U.S. Attorney Mr. Manchen, just 2015, which he said,

21   this conclusion -- I am reading from Page 6 of it -- this

22   conclusion follows from the Justice Department's

23   long-standing interpretation of Section 194 -- that's the

24   section that refers this case up here -- as preserving the

25   exercise of prosecutorial discretion in the executive

1    branch.

2          Now, here, It has long been the position of the

3    department across administrations of both political parties

4    that we will not prosecute an executive branch official

5    under the contempt of Congress statute for withholding

6    subpoenaed documents pursuant to a presidential assertion of

7    executive privilege.

8          And we can show the Court other OLC opinions that

9    say this applies to former members also.  It extends to

10   people outside of the branch even, if the president consults

11   with them, because the president is entitled to.

12          I know the Court is familiar with those

13   principles.  I don't need to go into it.  But the point is,

14   we are entitled to -- there is no question any fair-minded

15   person would raise that there has been a radical deviation

16   from protocol and from the Office of Legal Counsel opinions

17   in this case.  So that's something for the U.S. Attorney's

18   Office to say.

19          And the grand jury, we spoke about already, where

20   they presented with this case, as if it were a case of

21   strict liability, where they are given the exculpatory

22   information *Williams* and other cases require.

23          On the White House, we have an unprecedented

24   situation here, Judge, in which President Biden himself

25   called for the prosecution of Mr. Bannon and people

1    similarly situated.  He then took back his comments and said

2    he recognized they were inappropriate, leading the Justice

3    Department to make a statement to the effect that they won't

4    be influenced by those kinds of statements.

5          What went on with the White House that the

6    President of the United States weighed in publicly like

7    that?  What kind of influence, if any, did that cause?

8    Those are some ideas, Judge, about some of the kinds of

9    defenses we know about now, only three weeks and change into

10   the case, and why we need some discovery and time.  And if

11   not discovery, then subpoenas and motions practice to

12   litigate.

13         Sorry for talking so long, Judge.

14         **THE COURT:**  Why do you need ten months?

15         **MR. SCHOEN:**  Ten months is not a magic number,

16   Judge.  It's a number that we did based on the length of

17   time cases in this district go and the structure of orders

18   that we culled from, in working backwards through this.  We

19   need an extensive period of time.  And we need time -- it

20   may be if a time is set, we need more time as we go along.

21         I will say this, without any equivocation

22   whatsoever, I think that the government's proposal here,

23   that in six days we need to have to them our requests for

24   formal discovery, putting aside everything else.  As I say,

25   we've been in this case three weeks and change.  We had

1    dockets before this.  I have a brief due in the 11th Circuit

2    Friday.  I have a brief due in the Second Circuit next

3    Friday.  So there are just those practical things.

4              But beyond that, I say this unequivocally, the

5    idea of a trial in April, which the government says is six

6    months from indictment -- that in and itself confounded me.

7    I mean, I've tried on each of my hands to figure out how

8    that equals six; that to me is five.  November 12th to April

9    15th, I think is five.  But there's no place in this process

10   for that.

11             So ten months isn't magic.  The October date isn't

12   magic, but it is consistent with practice within this

13   district, based on the statistics and orders in other cases.

14   And, as we said in our joint status report submission, we

15   believe that this case is more complicated and time

16   intensive than your average drug case that goes on a long

17   time.

18             Thank you, Your Honor.

19             **THE COURT:**  Thank you, Mr. Schoen.

20             Ms. Vaughn --

21             **MS. VAUGHN:**  Yes, Your Honor.

22             **THE COURT:**  -- so obviously the defendant intends

23   to raise a host of arguments.  I'm not passing on them right

24   now, of course, but there's a lot of arguments there and

25   some of them are at a minimum unique and complicated.

1        In light of the fact that this is, I believe, not
2   a case through which the Committee could get information.
3   In light of the fact that this is a non-detained misdemeanor
4   defendant, why do we have to go so quickly that we would set
5   an April trial date, which would -- I mean, at a minimum it
6   would mean that the briefing on these questions and the
7   determination on these questions would be extremely fast.

8        I mean, I recognize the government very likely
9   thinks that many of the positions just articulated by
10  Mr. Schoen lack merit.  I get that.  But I have to give them
11  due consideration.  I'm certainly going to be fair about all
12  of them.  And they present not just some legal questions
13  but, at least in theory, some questions that could require
14  information.  And information and discovery, of course, can
15  be time consuming.  So why is April so critical from the
16  government's perspective?

17       **MS. VAUGHN:**  Your Honor, what is critical from the
18  government's perspective is that the public's right to a
19  speedy trial, which is just as well established and
20  recognized as the defendant's, is respected in this case.

21       Mr. Corcoran said moments ago that the public has
22  a strong interest in this case being addressed, and the
23  government agrees.  So the reason the government thinks that
24  we should move faster than the defendant has proposed is to
25  respect the public's right in the resolution of this case,

1    which the government submits is particularly strong here,

2    given that the defendant is charged with conduct involving

3    the defiance of the constitutional authority of a coordinate

4    branch of government.

5              The Supreme Court has said that the purpose of

6    this criminal statute is to vindicate that authority.  So

7    allowing this case to languish for eight months before the

8    defendant even files his first motions, in the government's

9    view, does not serve the public's right to a speedy trial or

10   the purposes of the statute.

11             Second, the issues that Mr. Schoen has raised,

12   first of all it sounds as if they already have a clear

13   understanding of their positions on those issues.  I think

14   Mr. Schoen said that he had pages of information there to

15   share with the Court.

16             Secondly, the discovery that they assert that they

17   need to support those motions, none of which have to do with

18   the merits of the allegations in this case, to be entitled

19   to that discovery, it's well established that the defendant

20   would need to make an initial showing on the merits of the

21   claims for which they think the discovery is necessary to

22   support.

23             The defendant's burden on issues like that, for

24   example -- I will take the grand jury charge as an

25   example -- is high, and it's a heavy burden.  And defendants

1    rarely meet the burden to be entitled to additional

2    discovery on that.

3          So the government doesn't see a need to delay

4    filing both the motions to dismiss and within those

5    requiring the defendant to articulate any further discovery

6    he needs and why he is entitled to it; so that on the

7    likelihood that he does not succeed in making the showing

8    that he's entitled to more discovery, the parties and the

9    Court don't have to relitigate the same issues twice.

10         As I said on the grand jury charge, for example,

11   he has to provide particular proof of irregularity within

12   the grand jury before he is entitled to further discovery on

13   that matter.  It is the same with things like selective

14   prosecution or vindictive prosecution.

15         The government has told the defendant and the

16   Court in its status report it does not plan to voluntarily

17   provide these materials to which he is not entitled under

18   Rule 16, Brady or any other traditional discovery

19   obligations.  So he is going to have to move this Court.

20         Given the high burden he has to meet, the

21   government proposes moving directly to motions to dismiss

22   and accompanying motions to compel, to the extent he has

23   them, as soon as possible.  There is no additional work that

24   needs to be done on the front end.

25         **THE COURT:**  What seems somewhat anomalous to me,

1    to be honest, is that in the January 6th criminal cases

2    involving the people who were in the Capitol or committed

3    violence in the Capitol, essentially none of those cases has

4    yet gone to trial for indictments that happened in January

5    and February, including for defendants who are actually

6    detained.

7           And I recognize that there are all sorts of

8    complications in those cases around the scope of discovery

9    and the volume of discovery, but those cases seem in some

10   ways to be -- first of all they are older and second of all

11   they are languishing a little bit.  And then on the other

12   hand, this case, which again is a misdemeanor and a

13   non-detained defendant, the government wants to go at light

14   speed.

15          I'm not suggesting that the public doesn't have a

16   right to a quick and speedy trial, but I also have heard, at

17   least some arguments that will be presented by the defendant

18   that require due consideration.  They may potentially

19   require discovery again.  Again, I'm not deciding that

20   question here.

21          It seems to me though, again, that we don't need

22   10 months to do this.  These issues can either be briefed up

23   in a single set of briefs or in, you know, briefs that then

24   perhaps require some additional work for discovery that

25   would happen -- again, I am not deciding that question now.

1    But 7 months or 8 months from today til trial, rather than

2    10 months, is still a long time in the arc of a criminal

3    case.

4            And so this is where I am on the overall proposals

5    by the parties, this is not really -- I am loathe to suggest

6    that I am merely splitting the difference because that's not

7    what I am doing here.

8            I do think the defendant's proposal for an October

9    trial date is too slow and too long from today.  But I also

10   think the government's proposal of an April trial date

11   doesn't reflect adequately, at least the arguments that will

12   be presented, whether they have merit or not, they still

13   need to be decided.

14           And, frankly, looking at our internal schedule

15   here at the court and my own schedule, both of which are

16   very complicated as a result of having postponed things from

17   COVID and having a number of cases from January 6th stacking

18   up, I think the appropriate thing to do is to try this case

19   in the middle of the summer.

20           And what I am doing, and what I was doing as we

21   were talking just now, is looking at our internal trial

22   calendar, including my own, to see if there are dates by

23   which or during which we could set a two-week trial

24   calendar.  Recognizing that the parties have vastly

25   different views, even about how long the trial might last,

1    but to be conservative, so to speak, we might as well pick a

2    two-week period so that at a minimum we cover the longest

3    likely trial here.

4            And to that end, I would like to start this trial

5    on either July 11th or July 18th and have it extend for the

6    next two weeks.  That, of course, is subject to counsel and

7    party availability.

8            Ms. Vaughn, I know the government has said in its

9    papers that it's available any time, but do those weeks work

10   for you and your team?

11           **MS. VAUGHN:**  Yes, Your Honor.

12           **THE COURT:**  Mr. Corcoran or Mr. Schoen?

13           **MR. SCHOEN:**  I think so.  I just want to look up

14   one thing, Your Honor, if I might.  I am fine with it.  It

15   works for me.

16           **MR. CORCORAN:**  Your Honor, July 18th would work

17   for a two-week block.

18           **THE COURT:**  So we are going to set trial in this

19   matter to begin July 18th.  Jury selection will begin that

20   morning at 9 a.m.

21           It seems to me that I have enough information in

22   front of me to set a series of dates that would lead up to

23   trial so that it might in the first instance be better for

24   the parties to try one more time, in light of this trial

25   date being look locked in.

1          I think to some extent the parties were expressing

2     views for shorter or longer pretrial periods, but now having

3     this trial date, the parties to take another crack at

4     negotiating over and proposing a set of motions and other

5     dates leading up to that trial.

6          Obviously that may not result in agreement, and I

7     will very -- you know, I suspect I will be resolving those

8     questions, but at least we will be focused on getting ready

9     for a July 18th trial.

10          So absent strenuous objection -- and again, I will

11     calendar this for trial in an order today.  But as to the

12     remaining pretrial dates, I would like the parties to meet

13     and confer again and to propose no later than December 16th

14     their respective positions or, of course, agreement if

15     reached on the calendar between today's date and July 18th.

16          And this conversation/discussion has been very

17     helpful because to the extent that there is disagreement, I

18     don't think I will need to have another hearing.  I can just

19     take the parties respective positions and enter an order

20     either December 17th or December 20th.  Okay?

21          Is that clear enough, Ms. Vaughn?

22          **MR. SCHOEN:**  I'm sorry.

23          **THE COURT:**  Ms. Vaughn?

24          **MS. VAUGHN:**  Yes, Your Honor.

25          Just in anticipation of conferring with the

1    defendant, does the Court have any views on how much time

2    the Court would like to have to resolve, for example,

3    motions to dismiss in the schedule?

4            **THE COURT:**  Not particularly.  I think as long as

5    there isn't an incredibly short time between the opposition

6    and when the schedule assumes a decision from me, then I

7    think I'm fine.  If the reply comes in that period, and if

8    there's going to be a reply, that's just fine.  It is an

9    important case, and I intend to resolve the issues as they

10   arise quickly.  So I'm not going to sit on things for a

11   month.  Basically, if there's a -- whatever the motion is,

12   whether it's a motion to exclude testimony or it's a motion

13   to dismiss.  So long as the schedule assumes a few weeks at

14   least between opposition and my determination, that would be

15   good.

16           Does that answer your question?

17           **MS. VAUGHN:**  Yes.  Thank you, Your Honor.

18           **THE COURT:**  And I welcome reply briefs.  They are

19   not critical -- or they don't have to be filed, but I

20   certainly welcome them in almost all cases.

21           Mr. Schoen, is this all reasonably clear to you

22   and Mr. Corcoran?

23           **MR. SCHOEN:**  Reasonably clear.  I would like to

24   make one remark before we finish, only because I wanted to

25   respond.  As Your Honor has recognized over and over, it is

1    a serious case.  I just want to respond to one or two things

2    that were said.

3           If I were not clear enough in what I said earlier,

4    because I heard Ms. Vaughn say that our motions don't go to

5    the merits of the case, our motions go to the merits of the

6    case.  Many of them go directly to the merits of this case

7    and the constitutional issues involved in this case.  I want

8    to be clear about that.

9           I also want to be clear, so there is no

10   misunderstanding, Mr. Bannon and everybody else involved in

11   this case believes very strongly in the public's right to a

12   speedy trial.  But maybe even more strongly in the public's

13   right to a fair and full trial, which I know this Court is

14   determined to give in this case.

15          We have a lot of experience where I come from with

16   very speedy trials, and some very bad results because those

17   trials went really too fast.  Anyway, we call this case a

18   misdemeanor, but let's remember, there are four special

19   agents of the FBI assigned to it and three experienced

20   prosecutors.  And at the end of the day if, God forbid,

21   there is a conviction, there is a mandatory jail sentence

22   according to the statute in this case.  So it's a serious

23   case.

24          And the last thing I want to say is, we don't take

25   lightly our request for grand jury proceedings of any kind.

1       But in this case, again, I'm not a betting person and I

2       don't like to -- I don't have a crystal ball, but you know

3       about the old expression of Macy's window.  I bet something

4       to do with Macy's window that we are going to meet our

5       burden as to the grand jury's legal instruction in this

6       case.

7                Because the government itself has said they don't

8       believe advice of counsel applies.  We believe advice of

9       counsel, those reliance defenses, absolutely apply.  And in

10      this case, they are going to make out a defense of

11      entrapment by estoppel and otherwise.  Anyway, I think we

12      will be able to meet our burden getting that grand jury

13      instruction but we will see.

14               **THE COURT:**  We will.

15               Ms. Vaughn, anything else from the government's

16      perspective?

17               **MS. VAUGHN:**  No, Your Honor.

18               **THE COURT:**  Mr. Schoen, anything else from the

19      defendant's perspective or Mr. Corcoran?

20               **MR. SCHOEN:**  No, Your Honor.  Thank you so much

21      for the time.

22               **MR. CORCORAN:**  No.  Thank you, Your Honor.

23               **THE COURT:**  Counsel, so we will deal with the

24      protective order.  We will enter the order or calendar the

25      trial, and then we will look for a status report from the

1    parties by December 16th.

2               Thank you, Counsel.

3          **MR. SCHOEN:**  Your Honor didn't meet Mr. Costello

4    the last time.  Your Honor has just signed an order pro hac

5    vice-ing him in, if that's a verb.  And so I wanted --

6    Mr. Costello is on the call.  I just wanted Your Honor to

7    meet Mr. Costello.

8          **THE COURT:**  Yes.  I believe Ms. Harris recognized

9    him earlier but welcome, Mr. Costello.

10         **MR. COSTELLO:**  Thank you, Your Honor.

11         **MR. SCHOEN:**  Thank you, Ms. Harris.  You did an

12   admirable job filling in.

13         **THE COURT:**  Thank you, Counsel.

14         **MS. VAUGHN:**  Thank you, Your Honor.

15             (Proceedings concluded at 12:03 p.m.)

16

17

18

19

20

21

22

23

24

25

1                          **C E R T I F I C A T E**

2

3                I, **Lorraine T. Herman, Official Court**

4    **Reporter,** certify that the foregoing is a true and correct

5    transcript of the record of proceedings in the

6    above-entitled matter.

7

8                **Please Note:**  This hearing occurred during

9    the COVID-19 pandemic and is therefore subject to the

10   technological limitations of court reporting remotely.

11

12

13

14   ___December 7, 2021___            ___/s/_____
                **DATE**                           **Lorraine T. Herman**

15

16

17

18

19

20

21

22

23

24

25

**COURTROOM DEPUTY: [1]** 2/4
**MR. CORCORAN: [11]** 2/15 3/6 3/11 4/1 4/19 7/16 9/3 13/21 21/5 22/18 41/15
**MR. SCHOEN: [20]** 15/5 16/2 16/15 17/13 20/1 20/3 20/10 21/21 23/6 23/21 24/8 27/20 27/24 28/1 34/14 41/12 42/21 43/22 46/2 46/10
**MS. VAUGHN: [19]** 3/20 4/7 4/25 5/13 5/22 6/15 10/18 11/6 12/15 12/23 19/5 20/8 35/20 36/16 41/10 42/23 43/16 45/16 46/13
**THE COURT: [47]** 2/11 2/16 3/7 3/18 3/21 4/5 4/8 4/23 5/1 5/14 6/4 6/16 8/18 9/25 10/19 12/7 12/19 13/9 14/21 15/24 16/5 16/18 18/13 20/2

20/4 20/19 20/21 22/8 22/20 23/18 24/7 27/18 27/21 27/25 34/13 35/18 35/21 38/24 41/11 41/17 42/22 43/3 43/17 45/13 45/17 45/22 46/7

**/**

/s [1] 47/14

**1**

10 [2] 39/22 40/2
100-6 [1] 1/16
11:03 [1] 1/6
11th [2] 35/1 41/5
12-1 [2] 15/19 16/5
12:03 [1] 46/15
12th [1] 35/8
15th [1] 35/9
16 [1] 38/18
16th [2] 42/13 46/1
1793 [1] 1/14
17th [1] 42/20
18th [7] 24/20 25/15 41/5 41/16 41/19 42/9 42/15
19 [1] 47/9
192 [2] 24/21 24/24
194 [1] 32/23
1961 [1] 24/23
1:21-670 [1] 1/4

**2**

20001 [2] 1/14 1/24
201 [1] 1/19
2015 [1] 32/20
202-252-1793 [1] 1/14
202-354-3196 [1] 1/24
2020 [1] 26/22
2021 [2] 1/5 47/14
20th [1] 42/20
21-670 [1] 2/6
21201 [1] 1/19
2225 [1] 1/20
25th [1] 1/19
2800 [1] 1/16

**3**

302s [1] 19/12
3196 [1] 1/24
333 [1] 1/23
334-395-6611 [1] 1/17
36106 [1] 1/16

**4**

410-385-2225 [1] 1/20
4th [1] 1/13

**5**

503 [1] 27/4
555 [1] 1/13

**6**

6611 [1] 1/17
670 [2] 1/4 2/6
6720 [1] 1/23
6th [4] 30/20 31/14
39/1 40/17

**A**

a.m [2] 1/6 41/20
ability [5] 14/10
16/14 16/17 29/2
30/17
able [3] 4/22 21/13
45/12
about [37] 3/24
6/18 7/3 12/23
15/11 16/24 17/18
17/20 20/14 20/15
20/16 20/23 20/24
20/25 21/24 22/13
22/24 23/3 23/5
23/18 24/1 26/9
27/3 28/5 29/2 29/7
30/18 32/9 32/14
32/15 33/19 34/8
34/9 36/11 40/25
44/8 45/3
above [1] 47/6
above-entitled [1]
47/6
absent [1] 42/10
absolutely [3]

acceptable [1] 24/6
access [2] 11/19
14/3
accompanying [1]
38/22
according [2] 24/19
44/22
account [1] 22/6
accusation [3]
30/23 30/23 30/24
accusatory [1]
31/17
accused [1] 31/5
across [1] 33/3
act [1] 12/25
Action [1] 1/3
actual [1] 9/18
actually [8] 4/10
5/23 10/8 13/23
14/11 19/15 21/17
39/5
additional [3] 38/1
38/23 39/24
address [1] 23/15
addressed [1] 36/22
addresses [1] 4/4
adequately [1]
40/11
administrations [1]
33/3
admirable [1]

advice [7] 16/24
22/22 24/23 25/7
25/9 45/8 45/8
advisement [2]
14/23 15/2
affect [1] 23/5
affirmative [1]
25/10
after [1] 30/23
again [18] 7/10
16/8 18/18 20/19
25/22 25/23 26/7
27/15 31/24 32/10
39/12 39/19 39/19
39/21 39/25 42/10
42/13 45/1
against [2] 27/14
31/3
agenda [1] 27/3
agents [1] 44/19
aggrandizement [1]
26/19
ago [1] 36/21
agree [3] 4/2 4/23
12/9
agreement [4] 2/20
15/3 42/6 42/14
agrees [4] 3/1 4/7
30/21 36/23
AL [1] 1/16
all [29] 3/10 7/17

**A**

all... [27] 9/2 11/16
12/21 14/8 15/16
17/7 18/20 19/13
19/16 20/22 24/9
24/10 24/25 25/15
26/5 26/20 27/20
29/21 30/13 32/10
36/11 37/12 39/7
39/10 39/10 43/20
43/21
allegations [1]
37/18
allow [3] 8/7 11/18
12/2
allowing [2] 19/22
37/7
almost [3] 27/19
29/15 43/20
along [2] 27/14
34/20
already [4] 5/21
17/12 33/19 37/12
also [12] 2/10 6/14
11/19 22/23 23/9
23/23 27/2 27/19
33/9 39/16 40/9
44/9
alternative [3]
20/23 21/24 26/5
Although [1] 5/6
am [16] 2/25 6/23

23/20 23/23 27/19
32/21 39/25 40/4
40/5 40/6 40/7
40/20 41/14
AMANDA [2] 1/11
2/8
Amendment [4]
14/21 14/21 27/11
32/3
AMERICA [2] 1/3
2/6
American [1] 30/22
anomalous [1]
38/25
another [4] 8/9
8/15 42/3 42/18
answer [3] 21/22
21/25 43/16
antenna [1] 31/8
anticipation [1]
42/25
any [20] 4/2 7/12
7/19 9/11 14/19
17/13 21/12 21/13
21/14 25/1 26/16
31/1 33/14 34/7
34/21 38/5 38/18
41/9 43/1 44/25
anyone [2] 15/21
32/2
anything [5] 5/25

45/18
Anyway [2] 44/17
45/11
appear [2] 24/20
25/15
APPEARANCES
[1] 1/10
applicable [2] 9/3
10/18
applies [2] 33/9
45/8
apply [5] 4/14 5/25
24/24 25/2 45/9
appoint [1] 31/7
appointed [1] 31/4
approach [1] 30/16
appropriate [10]
3/1 3/20 7/8 12/5
13/12 17/9 19/25
22/11 27/5 40/18
April [5] 35/5 35/8
36/5 36/15 40/10
arc [1] 40/2
are [87]
aren't [4] 11/3
18/20 24/12 29/5
argue [1] 27/18
argument [8] 10/24
11/2 13/12 15/8
20/25 23/19 23/21
28/5

**A**

arguments [10] 17/2 22/10 22/24 23/2 27/20 28/1 35/23 35/24 39/17 40/11
arise [1] 43/10
around [2] 16/23 39/8
articulate [1] 38/5
articulated [1] 36/9
as [63]
aside [1] 34/24
ask [2] 21/3 28/20
asked [1] 11/17
asking [4] 3/13 8/17 23/20 24/12
aspect [1] 21/20
assert [1] 37/16
assertion [1] 33/6
assigned [1] 44/19
associated [1] 31/13
assume [3] 4/6 4/18 32/13
assumes [2] 43/6 43/13
Assuming [1] 16/10
attach [1] 13/8
attached [1] 16/22
attack [2] 27/9 27/10

attended [1] 30/6
attention [1] 13/4
Attorney [1] 32/20
ATTORNEY'S [4] 1/13 32/15 32/17 33/17
Attorneys [1] 24/1
authority [2] 37/3 37/6
availability [1] 41/7
available [7] 5/20 6/1 6/9 6/19 11/11 12/19 41/9
Avenue [1] 1/23
average [1] 35/16
aware [2] 25/5 25/6
away [2] 15/1 18/1

**B**

back [2] 29/12 34/1
background [1] 23/13
backwards [1] 34/18
bad [2] 30/8 44/16
ball [1] 45/2
Baltimore [1] 1/19
Bankruptcy [1] 1/22
BANNON [20] 1/6 2/7 2/11 4/14 4/15 5/10 5/19 5/21 6/7 6/14 7/19 17/10

25/6 29/19 29/23 30/12 31/17 31/21 33/25 44/10
Bannon's [8] 6/10 6/20 7/13 7/15 14/21 16/14 19/19 20/15
based [7] 11/16 24/25 27/9 27/10 27/11 34/16 35/13
baseless [1] 21/21
basically [4] 13/21 24/18 32/4 43/11
basis [6] 11/6 18/11 19/5 19/8 21/4 29/13
Bates [1] 9/1
be [110]
bears [1] 10/25
because [15] 4/11 6/11 11/3 14/25 15/3 17/12 18/3 28/7 33/11 40/6 42/17 43/24 44/4 44/16 45/7
becomes [1] 12/18
been [10] 6/10 8/17 9/17 13/24 14/2 23/16 33/2 33/15 34/25 42/16
before [14] 1/8 9/1 10/14 10/15 13/1

**B**

before... [9]  23/4
26/16 29/23 31/4
32/2 35/1 37/7
38/12 43/24
beforehand [1]
3/18
begin [2]  41/19
41/19
behalf [1]  14/16
being [9]  7/20 17/7
20/7 23/11 28/25
29/2 31/4 36/22
41/25
believe [32]  4/24
13/1 13/24 14/18
18/1 20/14 22/11
23/25 24/5 25/8
25/22 27/6 27/10
27/11 27/12 28/3
28/8 28/8 28/10
28/11 28/14 28/19
29/13 30/8 30/25
31/2 32/1 35/15
36/1 45/8 45/8 46/8
believes [4]  17/20
19/6 22/6 44/11
best [1]  22/7
bet [1]  45/3
better [1]  41/23
betting [1]  45/1
between [9]  6/25

14/14 19/15 42/15
43/5 43/14
beyond [1]  35/4
Biden [1]  33/24
binding [1]  28/12
bit [6]  2/19 23/3
23/13 29/9 32/14
39/11
block [1]  41/17
body [1]  24/2
both [5]  6/18 30/14
33/3 38/4 40/15
Brady [1]  38/18
branch [7]  14/14
14/15 28/12 33/1
33/4 33/10 37/4
brief [5]  6/23 6/24
10/4 35/1 35/2
briefed [1]  39/22
briefing [1]  36/6
briefs [3]  39/23
39/23 43/18
bring [2]  13/1 13/3
burden [10]  9/10
10/25 22/8 27/8
37/23 37/25 38/1
38/20 45/5 45/12
business [3]  15/14
17/16 20/17

**C**

calendar [5]  40/22
40/24 42/11 42/15
45/24
call [3]  2/4 44/17
46/6
called [1]  33/25
can [26]  5/12 7/12
8/5 8/12 9/18 10/22
13/4 15/20 16/22
16/25 17/5 17/11
18/3 18/10 21/1
22/24 23/17 24/4
26/13 27/16 32/12
32/14 33/8 36/14
39/22 42/18
can't [8]  10/23
15/21 17/3 26/14
26/15 26/17 26/18
29/21
Capitol [2]  39/2
39/3
CARL [1]  1/8
case [91]
cases [10]  22/1
33/22 34/17 35/13
39/1 39/3 39/8 39/9
40/17 43/20
categories [18]  2/22
5/7 5/16 7/3 7/5
7/22 10/3 12/10
12/13 13/14 15/4

categories... [7]
15/9 18/15 18/19
19/1 19/10 20/24
21/1
category [10] 4/9
7/18 10/7 15/16
19/5 19/5 19/8 19/8
19/14 21/5
category-by-catego
ry [2] 19/5 19/8
cause [5] 9/11 11/1
14/17 21/9 34/7
causes [1] 30/20
causing [1] 31/6
caveat [1] 23/15
certain [3] 12/10
15/4 26/13
certainly [3] 29/16
36/11 43/20
certify [1] 47/4
cetera [4] 4/5 18/5
22/8 26/19
Chairman [2]
31/25 32/7
chance [1] 20/3
change [2] 34/9
34/25
charge [2] 37/24
38/10
charged [1] 37/2
Charles [1] 1/19

Circuit [2] 35/1
35/2
citation [1] 16/9
civil [1] 29/24
claim [1] 16/24
claims [1] 37/21
clarify [1] 15/7
clear [14] 11/10
13/15 15/8 21/7
24/13 26/21 29/13
37/12 42/21 43/21
43/23 44/3 44/8
44/9
clearly [3] 14/25
24/14 29/22
client [1] 2/14
coalition [1] 13/25
COLUMBIA [1]
1/1
come [3] 4/21 16/1
44/15
comes [2] 32/2 43/7
coming [2] 17/14
32/7
comment [1] 11/23
commentary [1]
12/1
comments [1] 34/1
committed [2]
11/15 39/2
committee [29] 7/1
7/7 8/9 8/10 10/6

10/15 15/1 15/12
16/24 17/19 17/25
19/15 25/6 26/13
26/16 26/25 27/2
28/7 30/3 30/23
31/4 31/8 31/9
31/15 31/22 31/25
32/3 32/8 36/2
Committee's [3]
16/9 20/14 30/15
communication [4]
6/12 7/6 17/19
17/25
communications [6]
6/25 10/5 10/11
15/10 19/15 19/18
compel [1] 38/22
complex [1] 14/13
complicated [5]
28/17 29/10 35/15
35/25 40/16
complications [1]
39/8
comply [2] 29/24
29/25
conceives [1] 10/12
concerns [1] 20/6
concluded [1]
46/15
conclusion [2]
32/21 32/22
conduct [1] 37/2

Case 1:21-cr-00670-CJN Document 80 Filed 06/07/22 Page 54 of 80

confer [1] 42/13
CONFERENCE [1] 1/8
conferring [1] 42/25
confounded [1] 35/6
Congress [1] 33/5
Congressional [1] 17/25
Congressman [1] 31/11
connection [2] 3/16 5/20
consent [1] 2/14
conservative [1] 41/1
consider [1] 22/10
consideration [3] 16/9 36/11 39/18
considered [1] 15/15
consistent [1] 35/12
constitution [2] 1/23 32/5
constitutional [9] 14/13 16/24 22/23 23/2 26/10 26/20 30/11 37/3 44/7
consults [1] 33/10
consuming [2] 24/6

contained [1] 10/14
contempt [2] 16/9 33/5
contend [1] 22/25
convened [1] 26/13
conversation [1] 42/16
conversation/discussion [1] 42/16
convict [1] 26/18
conviction [1] 44/21
COONEY [2] 1/12 2/9
cooperate [1] 26/4
coordinate [1] 37/3
copies [1] 6/3
CORCORAN [15] 1/18 2/10 2/13 2/25 4/18 7/4 10/24 13/11 20/10 22/18 36/21 41/12 43/22 45/19 45/22
correct [6] 6/15 8/19 10/2 12/14 12/16 47/4
correctly [1] 25/9
Costello [6] 2/10 46/3 46/6 46/7 46/9 46/10
could [7] 2/3 5/7

36/13 40/23
couldn't [1] 8/15
counsel [21] 8/16 11/9 16/25 18/4 21/17 22/22 24/23 25/7 25/10 25/20 26/2 26/2 27/15 28/13 33/16 41/6 45/8 45/9 45/23 46/2 46/13
course [8] 22/21 27/21 29/25 30/10 35/24 36/14 41/6 42/14
court [29] 1/1 1/22 2/3 4/2 7/23 12/13 12/25 13/1 13/2 13/7 16/21 26/14 29/22 29/24 29/24 33/8 33/12 37/5 37/15 38/9 38/16 38/19 40/15 43/1 43/2 44/13 46/13 47/3 47/10
Court's [2] 13/3 32/13
courtroom [2] 2/2 12/6
Courts [1] 1/22
cover [4] 3/9 4/17 6/6 41/2

**C**

covered [8] 2/22
 4/10 5/16 6/4 10/16
 18/17 18/20 18/22
covering [1] 10/9
covers [2] 3/2 4/12
COVID [2] 40/17
 47/9
COVID-19 [1] 47/9
CR [1] 1/3
crack [1] 42/3
craft [1] 22/11
CRC [1] 1/21
crime [1] 26/16
criminal [9] 2/6
 19/13 19/25 20/15
 29/17 30/1 37/6
 39/1 40/2
critical [3] 36/15
 36/17 43/19
cross [1] 3/16
cross-examination
 [1] 3/16
crystal [1] 45/2
culled [1] 34/18
current [1] 8/2

**D**

D.C [2] 1/5 1/13
damage [1] 31/7
database [4] 7/1 7/7
 7/18 10/6

date [8] 35/1 36/5
 40/9 40/10 41/25
 42/3 42/15 47/14
dates [4] 40/22
 41/22 42/5 42/12
DAVID [4] 1/15
 2/10 15/6 21/6
day [2] 24/18 44/20
days [1] 34/23
DC [2] 1/14 1/24
deal [2] 25/19 45/23
decades [2] 8/17
 29/17
December [6] 1/5
 42/13 42/20 42/20
 46/1 47/14
decided [3] 12/6
 20/8 40/13
deciding [2] 39/19
 39/25
decision [8] 29/15
 29/16 29/16 30/1
 30/5 30/10 32/9
 43/6
decisions [1] 14/10
defendant [30] 1/7
 1/15 2/9 2/11 2/25
 5/4 6/2 7/2 7/8 10/7
 11/8 11/19 11/22
 16/10 17/5 19/22
 21/2 21/3 22/25
 35/22 36/4 36/24

36/25 37/2 37/8 37/19
 38/5 38/15 39/13
 39/17 43/1
defendant's [5]
 3/24 36/20 37/23
 40/8 45/19
defendants [2]
 37/25 39/5
defense [14] 7/13
 8/13 14/6 16/15
 16/17 19/2 21/17
 22/22 25/10 26/10
 26/12 26/23 32/10
 45/10
defenses [7] 23/12
 23/18 24/3 26/3
 28/16 34/9 45/9
defiance [1] 37/3
definition [3] 11/2
 17/11 17/22
degree [2] 23/9
 28/18
delay [1] 38/3
democracy [1] 31/1
department [3]
 11/15 33/3 34/3
Department's [1]
 32/22
dependent [1] 26/8
DEPUTY [1] 2/2
deserve [1] 11/4
designated [2]

**D**

designated... [2]
13/17 16/11
designation [1]
5/10
details [1] 23/18
detained [3] 36/3
39/6 39/13
determination [3]
20/22 36/7 43/14
determine [1] 28/9
determined [1]
44/14
developing [1]
28/22
deviated [1] 32/17
deviation [1] 33/15
did [7] 8/25 16/24
27/13 32/4 34/7
34/16 46/11
didn't [5] 10/15
24/20 25/25 28/21
46/3
difference [3] 20/13
24/15 40/6
different [3] 5/15
9/5 40/25
differently [1] 9/24
difficult [3] 23/4
23/8 27/8
directly [5] 21/23
21/23 23/15 38/21

disagreement [3]
2/20 5/8 42/17
disclose [4] 15/21
28/23 29/1 29/2
disclosed [3] 7/21
17/21 29/5
disclosure [1] 21/15
discoverable [1]
28/22
discovery [27] 4/22
23/25 24/2 24/5
24/11 25/19 26/7
28/3 28/14 28/19
30/13 34/10 34/11
34/24 36/14 37/16
37/19 37/21 38/2
38/5 38/8 38/12
38/18 39/8 39/9
39/19 39/24
discretion [1] 32/25
discuss [1] 19/20
discussed [3] 26/11
28/7 32/9
discussion [3]
11/11 18/20 42/16
discussions [1]
20/14
disinformation [1]
32/6
dismiss [12] 23/11
23/20 24/4 24/10

25/2 25/6 26/6 28/17
32/11 38/4 38/21
43/3 43/13
dismissed [1] 25/18
disseminate [2]
11/23 19/22
disseminated [1]
3/11
district [7] 1/1 1/1
1/9 1/22 28/11
34/17 35/13
divide [1] 23/10
Dixon [1] 22/2
do [19] 5/13 7/22
10/1 12/14 13/5
14/9 20/14 21/2
23/14 23/23 31/20
34/14 36/4 37/17
39/22 40/8 40/18
41/9 45/4
dockets [1] 35/1
document [18] 8/20
8/23 9/8 10/15 15/8
15/11 15/12 15/15
18/11 18/11 19/4
19/4 20/19 21/4
21/4 21/10 21/14
21/16
document-by-docu
ment [3] 18/11 19/4
21/4
documents [21]

# D

**documents... [21]**
9/15 9/24 10/3
10/13 10/21 11/2
11/19 14/3 14/7
14/18 15/22 16/8
16/25 17/15 18/21
20/25 22/7 27/13
28/9 29/7 33/6
**does [10]** 2/14 3/19
4/14 16/1 21/12
37/9 38/7 38/16
43/1 43/16
**doesn't [10]** 4/17
6/6 9/1 9/25 17/21
24/24 25/2 38/3
39/15 40/11
**doing [6]** 8/17 9/20
15/14 40/7 40/20
40/20
**DOJ [1]** 24/1
**don't [23]** 5/23 7/19
12/14 14/18 16/16
18/7 18/7 22/1
22/14 26/7 27/22
28/21 30/25 33/13
38/9 39/21 42/18
43/19 44/4 44/24
45/2 45/2 45/7
**done [1]** 38/24
**door [1]** 31/23
**dresses [1]** 27/4

**drug [1]** 35/16
**due [4]** 35/1 35/2
36/11 39/18
**during [2]** 40/23
47/8
**duties [1]** 9/21

# E

**each [1]** 35/7
**earlier [3]** 24/25
44/3 46/9
**ECF [2]** 15/19 16/4
**effect [3]** 21/18
28/12 34/3
**efforts [1]** 26/4
**eight [1]** 37/7
**either [6]** 5/20 7/25
28/22 39/22 41/5
42/20
**elaborate [1]** 27/22
**element [2]** 25/11
25/11
**eliminates [1]** 9/6
**else [6]** 15/21 18/16
34/24 44/10 45/15
45/18
**email [2]** 8/7 8/18
**employees [1]** 9/20
**end [3]** 38/24 41/4
44/20
**enforcement [10]**
6/24 7/1 7/5 7/7
7/18 10/4 10/6

**enough [4]** 25/25
41/21 42/21 44/3
**enter [3]** 14/23
42/19 45/24
**entering [1]** 15/2
**entirely [1]** 25/6
**entitled [15]** 28/9
30/13 31/21 31/23
32/8 32/16 33/11
33/14 37/18 38/1
38/6 38/8 38/12
38/17 47/6
**entitlement [1]**
29/7
**entrapment [3]**
26/3 26/4 45/11
**episode [1]** 30/21
**equals [1]** 35/8
**equivocation [1]**
34/21
**essentially [8]** 3/13
7/12 9/20 12/21
14/1 18/25 26/12
39/3
**establish [1]** 21/9
**established [2]**
36/19 37/19
**estoppel [2]** 26/3
45/11
**et [4]** 4/5 18/5 22/8
26/19

# E

et cetera [4]  4/5
18/5 22/8 26/19
evaluation [1]
11/12
EVAN [1]  1/18
even [9]  4/17 6/7
6/13 11/1 13/19
33/10 37/8 40/25
44/12
event [2]  21/13 25/1
events [2]  19/21
31/14
everybody [1]
44/10
everyone [2]  27/13
30/21
everything [4]  13/8
18/16 18/25 34/24
evidence [1]  25/23
exactly [2]  23/24
28/21
examination [1]
3/16
example [13]  5/18
6/23 8/7 15/9 24/12
24/24 26/23 28/6
29/11 37/24 37/25
38/10 43/2
exclude [1]  43/12
exculpatory [2]
25/23 33/21

28/12 32/25 33/4
33/7
executives [1]  28/9
exercise [1]  32/25
exercises [1]  32/3
exerpt [1]  32/19
exists [1]  9/11
expediting [1]
29/14
experience [2]
19/20 44/15
experienced [1]
44/19
expose [1]  12/1
exposed [1]  20/20
exposure [1]  26/18
expressed [2]  9/23
25/13
expressing [1]  42/1
expression [1]  45/3
extend [1]  41/5
extends [1]  33/9
extensive [2]  29/6
34/19
extent [5]  8/14 20/7
38/22 42/1 42/17
extraordinarily [1]
31/17
extremely [1]  36/7

# F

fact [4]  23/9 28/17
36/1 36/3
facts [4]  11/16 25/2
29/21 29/22
Failure [1]  28/3
fair [3]  33/14 36/11
44/13
fair-minded [1]
33/14
faith [3]  12/25 13/1
26/5
familiar [3]  27/19
29/21 33/12
fashion [1]  25/14
fast [2]  36/7 44/17
faster [1]  36/24
FBI [1]  44/19
February [1]  39/5
few [1]  43/13
Fifth [1]  32/3
figure [1]  35/7
file [5]  3/15 3/16
12/12 13/8 13/19
filed [4]  7/11 20/7
31/3 43/19
files [1]  37/8
filing [4]  3/6 12/22
16/20 38/4
filings [1]  4/2
filling [1]  46/12
fine [4]  20/6 41/14

**F**

fine... [2]  43/7 43/8
finish [2]  24/16
 43/24
first [15]  2/18 2/23
 7/17 10/9 14/21
 23/14 24/3 24/10
 24/20 24/24 27/10
 37/8 37/12 39/10
 41/23
five [2]  35/8 35/9
Floor [1]  1/19
focused [2]  32/10
 42/8
follow [2]  11/18
 28/4
followed [1]  8/18
following [1]  21/12
follows [1]  32/22
forbid [1]  44/20
foregoing [1]  47/4
form [1]  8/25
formal [1]  34/24
format [1]  14/24
former [3]  31/13
 32/20 33/9
forth [1]  21/19
forum [1]  27/17
forwards [1]  8/8
four [1]  44/18
fourth [1]  7/17
frankly [5]  19/11

20/13 27/7 29/2
40/14
free [2]  13/17 21/3
Friday [2]  35/2
 35/3
front [7]  3/2 3/3
 8/24 12/22 17/2
 38/24 41/22
full [2]  23/21 44/13
fundamental [2]
 20/13 24/14
fundamentally [1]
 24/22
further [3]  29/12
 38/5 38/12

**G**

gang [2]  9/17 9/25
GASTON [2]  1/12
 2/9
general [3]  5/8 5/11
 26/17
generic [1]  8/7
genuinely [1]  13/3
get [7]  8/3 15/13
 20/3 28/1 30/6 36/2
 36/10
getting [2]  42/8
 45/12
give [5]  14/7 23/13
 29/21 36/10 44/14
given [5]  17/5 25/23
 33/21 37/2 38/20

23/17 5/15 8/15
8/25 10/15 19/16
23/17 23/23 24/3
27/14 27/16 29/17
29/23 30/1 32/12
33/13 34/17 34/20
36/4 39/13 44/4
44/5 44/6
God [1]  44/20
goes [3]  30/14
 30/17 35/16
going [17]  12/3
 21/18 23/4 24/12
 28/20 29/1 29/5
 31/18 31/19 31/20
 36/11 38/19 41/18
 43/8 43/10 45/4
 45/10
gone [1]  39/4
good [12]  2/2 2/3
 9/10 11/1 12/25
 13/1 14/17 21/9
 25/1 26/5 27/5
 43/15
got [2]  9/12 32/14
government [55]
government's [22]
 2/23 4/10 4/12 4/25
 6/12 9/4 9/12 10/2
 11/2 11/6 16/4 17/4
 25/13 25/24 28/23
 28/25 34/22 36/16

**government's... [4]**
 36/18 37/8 40/10
 45/15
**grand [27]** 2/24 3/2
 3/4 3/9 3/10 3/14
 5/3 6/18 8/22 8/24
 9/1 9/1 10/14 10/16
 24/14 25/8 25/11
 25/16 25/22 26/1
 33/19 37/24 38/10
 38/12 44/25 45/5
 45/12
**great [2]** 25/19 31/6
**guess [2]** 6/9 17/8
**guilty [1]** 24/21

# H

**hac [1]** 46/4
**had [3]** 30/6 34/25
 37/14
**hand [1]** 39/12
**handle [1]** 4/23
**handled [1]** 9/24
**hands [1]** 35/7
**happen [2]** 17/3
 39/25
**happened [3]** 28/15
 30/20 39/4
**happy [1]** 9/6
**harm [1]** 18/24
**Harris [4]** 2/3 2/12

**has [35]** 5/17 5/22
 6/2 7/23 8/16 8/17
 8/21 9/17 11/10
 11/22 13/24 14/5
 14/12 14/16 19/7
 20/25 21/8 24/17
 28/11 33/2 33/15
 36/21 36/24 37/5
 37/11 38/11 38/15
 38/20 38/22 39/3
 41/8 42/16 43/25
 45/7 46/4
**have [59]**
**haven't [1]** 9/23
**having [3]** 40/16
 40/17 42/2
**he [20]** 6/11 11/10
 11/13 11/20 11/22
 24/21 29/24 32/20
 34/1 34/2 37/14
 38/6 38/6 38/7
 38/11 38/12 38/17
 38/19 38/20 38/22
**he's [1]** 38/8
**head [3]** 31/4 31/7
 31/25
**headed [1]** 31/2
**hear [1]** 9/6
**heard [2]** 39/16
 44/4
**hearing [4]** 24/20

**heavy [1]** 37/25
**hell [1]** 11/20
**helpful [2]** 22/16
 42/17
**her [2]** 14/5 20/25
**here [27]** 2/20 8/18
 9/9 10/12 15/7
 16/20 17/9 18/15
 19/9 22/12 22/23
 23/13 24/2 25/21
 27/3 27/14 31/19
 32/12 32/24 33/2
 33/24 34/22 37/1
 39/20 40/7 40/15
 41/3
**HERMAN [3]** 1/21
 47/3 47/14
**high [2]** 37/25
 38/20
**Hill [1]** 8/16
**him [8]** 17/11 25/15
 29/24 31/6 31/6
 31/13 46/5 46/9
**himself [1]** 33/24
**his [10]** 11/8 11/9
 16/15 16/17 16/17
 30/17 31/12 31/15
 34/1 37/8
**history [1]** 30/22
**Hold [1]** 15/25
**home [1]** 4/4

**H**

honest [1] 39/1
Honor [54]
Honor's [2] 21/23 23/15
HONORABLE [1] 1/8
hope [1] 14/23
host [1] 35/23
House [12] 8/8 8/9 23/25 27/13 29/11 30/18 30/18 31/22 32/8 32/13 33/23 34/5
House's [1] 31/24
housekeeping [1] 2/13
how [12] 8/5 8/12 14/10 23/3 23/5 28/14 28/20 32/5 32/9 35/7 40/25 43/1
however [2] 17/16 22/6
hypothetically [1] 16/23

**I**

I'd [2] 22/17 23/13
I'll [3] 6/9 14/22 22/10
I'm [12] 9/6 18/18

36/11 39/15 39/19 42/22 43/7 43/10 45/1
I've [2] 22/14 35/7
idea [1] 35/5
ideas [1] 34/8
identified [4] 5/17 8/23 9/3 16/1
identifying [2] 3/23 4/3
imagine [2] 12/9 25/25
immediately [1] 31/4
impeachment [1] 31/12
important [3] 14/12 23/1 43/9
importantly [1] 11/8
improperly [3] 19/17 21/11 21/16
inappropriate [1] 34/2
including [3] 26/21 39/5 40/22
incredibly [1] 43/5
incumbent [1] 17/23
independent [3] 6/1 6/2 11/14

indictment [2] 25/17 35/6
indictments [1] 39/4
individualized [1] 18/24
individualized/particularized [1] 18/24
influence [3] 21/11 21/16 34/7
influenced [2] 19/24 34/4
influencing [3] 12/3 19/17 19/17
information [58]
ing [1] 46/5
initial [2] 8/6 37/20
injuring [1] 31/6
injury [1] 31/6
inquiry [1] 26/17
instance [3] 8/6 9/16 41/23
instruct [1] 26/1
instructed [3] 25/8 25/10 25/16
instruction [3] 24/14 45/5 45/13
integrity [1] 30/14
intend [3] 22/25 27/8 43/9
intends [3] 8/22 11/10 35/22

**I**

intensive [3] 23/9 28/17 35/16
intent [1] 4/25
intention [2] 5/24 14/8
interest [4] 14/4 14/6 14/12 36/22
interfere [1] 11/24
internal [9] 6/25 7/6 10/5 10/11 15/10 17/24 19/14 40/14 40/21
interplay [1] 14/14
interpretation [1] 32/23
intervene [1] 13/25
interviews [6] 6/25 7/6 10/5 10/10 19/11 19/20
intimidation [1] 9/18
investigate [1] 30/19
investigation [3] 30/14 30/15 31/2
investigations [1] 26/18
investigative [1] 31/8
invocation [1] 25/4
invokes [1] 32/3

involved [3] 11/21 44/7 44/10
involving [2] 37/2 39/2
irregularity [1] 38/11
is [178]
isn't [4] 7/8 35/11 35/11 43/5
issue [6] 19/10 19/17 20/8 20/12 26/14 28/8
issues [10] 9/7 13/2 14/13 37/11 37/13 37/23 38/9 39/22 43/9 44/7
it [82]
it's [24] 3/1 6/5 8/25 9/5 9/10 9/11 12/17 13/12 13/23 14/11 19/18 19/19 22/14 24/18 25/11 26/11 27/7 34/16 37/19 37/25 41/9 43/12 43/12 44/22
items [1] 6/3
its [5] 5/17 7/14 14/20 38/16 41/8
itself [2] 35/6 45/7

**J**

J.P [2] 1/12 2/8
jail [1] 44/21
January [5] 30/20 31/14 39/1 39/4 40/17
job [1] 46/12
Johnson [1] 22/2
joint [4] 22/15 24/13 28/19 35/14
judge [13] 1/9 2/2 11/18 15/6 20/2 21/22 23/14 30/25 32/12 33/24 34/8 34/13 34/16
judgment [1] 11/14
judicial [1] 12/18
July [6] 41/5 41/5 41/16 41/19 42/9 42/15
jury [27] 2/24 3/2 3/4 3/9 3/10 3/14 5/3 6/19 8/22 8/25 9/1 9/1 10/14 10/16 24/14 25/8 25/11 25/16 25/23 26/1 33/19 37/24 38/10 38/12 41/19 44/25 45/12
jury's [1] 45/5
just [46] 2/13 2/20 3/13 5/11 6/5 7/18

**J**

just... [40]  8/4 9/3 9/25 10/3 10/20 11/16 12/8 13/8 13/8 13/15 15/7 16/1 17/13 18/25 21/7 21/25 22/4 23/8 25/24 26/14 26/17 27/23 28/11 31/8 32/1 32/15 32/19 32/20 35/3 36/9 36/12 36/19 40/21 41/13 42/18 42/25 43/8 44/1 46/4 46/6

Justice [3]  11/15 32/22 34/2

justifying [1]  21/20

**K**

keep [1]  14/18

keeps [1]  3/14

kept [1]  18/1

kind [5]  5/25 15/7 30/8 34/7 44/25

kinds [5]  15/22 23/24 26/5 34/4 34/8

knew [1]  28/20

know [32]  3/15 5/17 7/23 12/2 14/1 16/18 22/5 22/14

26/11 26/12 27/13 27/17 28/21 28/21 29/9 29/19 29/22 31/21 31/24 31/25 32/8 32/16 33/12 34/9 39/23 41/8 42/7 44/13 45/2

knowledge [1]  30/4

known [1]  6/10

knows [1]  26/14

Kyles [1]  30/16

**L**

lack [1]  36/10

language [1]  27/4

languish [1]  37/7

languishing [1] 39/11

largely [1]  14/1

last [6]  10/7 30/6 32/1 40/25 44/24 46/4

later [1]  42/13

latter [2]  3/12 28/24

law [12]  6/24 7/1 7/5 7/7 7/18 10/4 10/6 10/10 19/11 25/1 25/9 26/15

lawsuit [2]  31/3 31/5

lead [2]  31/11 41/22

leading [1]  14/1

34/2 42/5

least [17]  3/3 3/5 5/16 7/10 15/3 17/3 17/17 18/7 19/4 21/1 25/14 25/25 36/13 39/17 40/11 42/8 43/14

leaves [1]  5/2

legal [7]  26/1 26/2 27/15 28/13 33/16 36/12 45/5

legislative [5]  8/16 14/14 26/9 27/1 32/11

length [2]  26/11 34/16

lesson [1]  31/19

let [5]  22/3 24/3 30/25 32/15 32/19

let's [9]  5/15 8/7 15/11 16/8 22/13 26/9 30/18 31/8 44/18

letter [1]  32/19

level [1]  17/21

liability [2]  24/18 33/21

Licavoli [1]  24/23

lie [1]  22/8

light [4]  36/1 36/3 39/13 41/24

# L

lightly [1] 44/25
like [25] 2/18 3/5
6/12 6/21 9/24 10/8
13/19 19/25 21/2
22/1 22/17 23/13
26/3 27/5 27/12
28/2 31/18 34/6
37/23 38/13 41/4
42/12 43/2 43/23
45/2
likelihood [1] 38/7
likely [5] 5/21
16/25 27/23 36/8
41/3
limit [1] 7/8
limitation [10] 5/10
5/11 7/13 7/16 11/1
11/6 16/1 16/13
16/20 17/12
limitations [4] 5/11
10/17 14/20 47/10
limited [2] 8/4
25/14
limiting [4] 11/5
16/14 16/17 16/18
litigate [2] 13/21
34/12
litigation [10] 7/14
11/5 12/6 12/17
16/23 17/7 17/7
17/11 18/21 21/2

little [8] 2/11 3/20
23/3 23/13 23/24
29/9 32/14 39/11
living [1] 31/1
loathe [1] 40/5
locked [1] 41/25
long [9] 32/23 33/2
34/13 35/16 40/2
40/9 40/25 43/4
43/13
long-standing [1]
32/23
longer [3] 25/1 30/2
42/2
longest [1] 41/2
look [7] 8/18 26/23
27/5 30/9 41/13
41/25 45/25
looking [3] 6/23
40/14 40/21
LORRAINE [3]
1/21 47/3 47/14
lot [3] 27/3 35/24
44/15

# M

Macy's [2] 45/3
45/4
Maddow [1] 32/2
made [21] 8/11
11/10 11/20 14/10
14/16 19/7 20/25
21/25 22/24 24/13

25/5 25/6 26/5 26/24
28/5 29/15 29/23
30/1 30/5 30/7
31/10 32/9
magic [3] 34/15
35/11 35/12
maintain [1] 26/20
make [25] 2/21
3/17 4/3 5/22 9/12
9/25 11/10 11/14
11/20 15/8 18/10
18/23 19/3 21/12
25/18 27/8 27/24
29/13 31/16 31/18
32/16 34/3 37/20
43/24 45/10
makes [4] 10/24
20/20 20/21 27/4
making [2] 30/10
38/7
Manchen [1] 32/20
mandatory [1]
44/21
manner [2] 4/16
22/1
many [7] 23/17
25/1 26/24 26/24
26/24 36/9 44/6
mark [1] 8/22
marked [3] 8/20
8/24 10/13
material [1] 11/10

Case 1:21-cr-00670-CJN Document 80 Filed 06/07/22 Page 65 of 82

materials [16] 2/24 3/2 3/3 3/9 3/14 4/21 5/25 6/6 6/8 6/9 8/21 8/22 11/23 15/16 17/4 38/17
matter [8] 2/4 2/6 13/21 19/13 25/9 38/13 41/19 47/6
MATTHEW [2] 1/18 2/10
may [6] 15/6 20/2 22/23 34/20 39/18 42/6
maybe [3] 22/17 24/3 44/12
Mazars [2] 26/11 26/22
MD [1] 1/19
me [22] 2/19 2/24 5/2 8/19 12/13 12/22 16/13 17/2 22/3 22/24 24/3 30/25 32/15 32/19 35/6 35/8 38/25 39/21 41/15 41/21 41/22 43/6
mean [7] 16/22 28/11 32/12 35/7 36/5 36/6 36/8
meaning [5] 15/18 15/20 15/21 23/9

means [2] 6/2 29/5
media [1] 12/7
meet [7] 38/1 38/20 42/12 45/4 45/12 46/3 46/7
member [2] 8/8 8/9
members [7] 11/13 13/25 14/1 26/19 26/24 32/9 33/9
memory [1] 19/20
mention [1] 24/5
mentioned [2] 7/18 15/10
merely [1] 40/6
merit [2] 36/10 40/12
meritless [1] 21/21
merits [5] 37/18 37/20 44/5 44/5 44/6
methodology [1] 17/17
middle [1] 40/19
might [6] 9/17 22/22 40/25 41/1 41/14 41/23
mind [1] 22/4
minded [1] 33/14
minimum [3] 35/25 36/5 41/2
misdemeanor [3]

misinformation [1] 32/6
mission [1] 31/12
misunderstanding [1] 44/10
modest [4] 13/13 13/23 14/20 29/2
modified [2] 15/18 16/4
MOLLY [2] 1/12 2/9
Momentous [1] 30/21
moments [1] 36/21
Montgomery [1] 1/16
month [1] 43/11
months [9] 34/14 34/15 35/6 35/11 37/7 39/22 40/1 40/1 40/2
more [13] 5/7 18/23 19/3 21/3 22/24 23/3 23/24 30/4 34/20 35/15 38/8 41/24 44/12
morning [4] 2/2 2/3 2/14 41/20
Most [1] 11/8
motion [11] 3/17 13/25 23/20 24/4

## M

motion... [7] 25/22
27/8 27/18 32/10
43/11 43/12 43/12
motions [15] 23/11
24/10 26/6 28/16
29/6 34/11 37/8
37/17 38/4 38/21
38/22 42/4 43/3
44/4 44/5
motivation [1]
31/16
motive [1] 30/8
move [5] 29/8 30/4
30/7 36/24 38/19
moved [1] 14/25
moving [1] 38/21
Mr [4] 32/20 45/20
45/22 46/10
Mr. [51]
Mr. Bannon [17]
2/11 4/14 4/15 5/10
5/19 5/21 6/7 6/14
7/19 17/10 25/6
29/19 29/23 30/12
31/17 33/25 44/10
Mr. Bannon's [8]
6/10 6/20 7/13 7/15
14/21 16/14 19/19
20/15
Mr. Corcoran [12]
2/13 2/25 4/18 7/4

22/18 36/21 41/12
43/22 45/19
Mr. Costello [4]
46/3 46/6 46/7 46/9
Mr. Schoen [10]
20/10 22/19 22/21
35/19 36/10 37/11
37/14 41/12 43/21
45/18
Ms [1] 2/3
Ms. [19] 2/12 3/19
4/6 4/24 5/13 10/1
13/12 14/5 14/16
18/14 20/25 35/20
41/8 42/21 42/23
44/4 45/15 46/8
46/11
Ms. Harris [3] 2/12
46/8 46/11
Ms. Vaughn [15]
3/19 4/6 4/24 5/13
10/1 14/5 14/16
18/14 20/25 35/20
41/8 42/21 42/23
44/4 45/15
Ms. Vaughn's [1]
13/12
much [2] 43/1
45/20
my [11] 13/22
14/15 17/8 17/17

35/7 40/15 40/22
43/14

## N

names [1] 9/16
narrow [1] 28/25
nature [1] 24/15
necessary [3] 7/12
24/6 37/21
need [24] 9/24 13/3
23/3 23/25 26/23
27/12 27/13 27/22
28/14 31/20 32/13
33/13 34/10 34/14
34/19 34/19 34/20
34/23 37/17 37/20
38/3 39/21 40/13
42/18
needed [2] 30/3
30/4
needs [3] 18/23
38/6 38/24
negates [1] 25/11
negotiating [1] 42/4
nevertheless [1]
11/4
next [2] 35/2 41/6
NICHOLS [2] 1/8
2/2
night [1] 32/1
no [21] 1/4 4/18
10/8 15/23 16/6

**N**

no... [16] 16/16
 16/20 17/12 22/4
 25/1 26/9 29/13
 30/2 33/14 35/9
 38/23 42/13 44/9
 45/17 45/20 45/22
non [7] 5/3 5/3
 12/21 16/7 27/1
 36/3 39/13
non-detained [2]
 36/3 39/13
non-grand [1] 5/3
non-legislative [1]
 27/1
non-PII [1] 5/3
non-sensitive [2]
 12/21 16/7
none [3] 9/19 37/17
 39/3
normal [2] 3/13
 11/18
not [73]
Note [1] 47/8
notes [2] 15/21
 15/22
notetaking [1] 18/6
notwithstanding [1]
 20/6
November [1] 35/8
now [15] 7/3 8/21
 15/14 15/24 19/10

 29/22 33/2 34/9
 35/24 39/25 40/21
 42/2
number [6] 9/2
 18/18 30/11 34/15
 34/16 40/17
numbers [2] 4/4 4/5
NW [2] 1/13 1/23

**O**

objection [2] 10/8
 42/10
obligated [1] 29/1
obligation [2] 13/7
 28/23
obligations [2]
 12/25 38/19
obtained [5] 4/14
 4/16 6/2 6/6 6/8
obvious [1] 22/14
obviously [4] 13/4
 22/14 35/22 42/6
occurred [2] 19/19
 47/8
October [2] 35/11
 40/8
offense [1] 25/12
offer [1] 29/23
offered [1] 21/8
OFFICE [9] 1/13
 26/1 26/2 27/14
 28/13 32/15 32/17

officers [1] 13/7
official [4] 1/22
 9/21 33/4 47/3
Okay [6] 3/22 6/17
 10/21 20/10 22/21
 42/20
OLC [1] 33/8
old [2] 23/17 45/3
older [1] 39/10
one [19] 2/13 7/13
 7/25 8/8 12/11
 12/20 14/20 15/7
 15/9 15/25 18/1
 24/18 29/12 30/5
 32/16 41/14 41/24
 43/24 44/1
one-day [1] 24/18
ones [1] 5/17
only [14] 4/12 5/12
 8/21 8/24 10/13
 12/25 16/11 18/3
 21/1 23/17 23/17
 26/12 34/9 43/24
opened [1] 31/22
operates [1] 32/5
opinions [6] 26/2
 26/3 27/15 28/13
 33/8 33/16
opposition [3]
 11/17 43/5 43/14
option [1] 30/7

# O

**order [41] 2/19**
2/23 3/1 3/8 4/1
4/11 4/12 4/16 5/24
6/4 6/6 6/15 7/25
8/2 8/15 9/11 10/9
10/12 10/16 11/4
11/17 12/5 12/11
14/18 14/19 14/23
15/3 15/19 15/24
16/4 18/17 18/20
18/22 21/4 21/21
22/11 42/11 42/19
45/24 45/24 46/4
**ordered [1] 29/24**
**orders [3] 8/1 34/17**
35/13
**ordinarily [2] 4/23**
15/23
**other [24] 4/15 4/16**
6/7 6/18 7/22 12/2
12/12 12/21 13/21
17/13 20/16 21/19
23/2 26/3 30/7 31/9
31/19 31/20 33/8
33/22 35/13 38/18
39/11 42/4
**others [3] 28/2 31/5**
31/13
**otherwise [7] 6/20**
10/23 12/11 18/2
23/20 30/12 45/11

**our [26] 4/21 5/23**
8/2 8/12 9/9 9/10
14/8 15/8 15/12
15/21 18/13 21/14
22/4 28/22 29/7
29/12 32/5 34/23
35/14 40/14 40/21
44/4 44/5 44/25
45/4 45/12
**out [3] 11/25 35/7**
45/10
**outcome [2] 17/9**
18/15
**outside [1] 33/10**
**oven [1] 27/10**
**over [4] 19/13 42/4**
43/25 43/25
**overall [3] 22/13**
23/5 40/4
**own [4] 11/14 28/4**
40/15 40/22

# P

**p.m [1] 46/15**
**package [1] 26/6**
**Page [3] 6/23 10/3**
32/21
**pages [2] 32/12**
37/14
**pandemic [1] 47/9**
**papers [2] 24/17**
41/9

**Paragraph [3] 18/3**
18/5 21/13
**Paragraphs [4]**
15/17 16/3 16/12
19/1
**part [3] 12/17 17/1**
26/6
**particular [4] 10/4**
10/15 31/18 38/11
**particularized [6]**
9/13 18/24 19/4
19/7 21/9 21/20
**particularly [3]**
26/7 37/1 43/4
**parties [13] 12/24**
13/4 13/7 33/3 38/8
40/5 40/24 41/24
42/1 42/3 42/12
42/19 46/1
**parties' [3] 2/21**
15/1 22/15
**partisan [1] 27/9**
**party [3] 12/12**
12/20 41/7
**passing [1] 35/23**
**past [2] 29/17 32/17**
**Pause [2] 15/25**
16/19
**people [6] 31/9**
31/19 31/20 33/10
33/25 39/2
**perhaps [1] 39/24**

P

period [3] 34/19
41/2 43/7
periods [1] 42/2
person [6] 31/1
31/3 31/7 31/15
33/15 45/1
personal [5] 3/23
4/3 26/19 31/3 31/6
personally [1] 31/6
perspective [10]
7/15 9/10 14/15
15/1 17/15 18/8
36/16 36/18 45/16
45/19
philosophical [1]
20/13
phrase [1] 7/24
pick [1] 41/1
PII [5] 3/24 5/3
6/19 8/23 10/14
place [2] 15/23 35/9
Plaintiff [2] 1/4
1/11
plan [1] 38/16
plans [2] 11/20
11/22
play [1] 14/13
please [2] 2/4 47/8
point [8] 5/7 6/11
15/7 16/13 31/18
32/14 32/16 33/13

political [2] 27/9
33/3
popping [1] 19/12
populate [1] 31/9
position [8] 3/20
6/13 9/5 10/2 14/2
18/13 28/18 33/2
positions [7] 2/21
9/17 15/1 36/9
37/13 42/14 42/19
positive [2] 14/11
14/15
possession [3] 4/21
6/11 6/20
possible [1] 38/23
Post [1] 11/13
postponed [1]
40/16
potential [4] 8/15
12/1 18/4 19/24
potentially [6] 12/3
13/13 26/4 28/4
28/5 39/18
power [1] 26/17
powers [2] 23/2
28/8
practical [1] 35/3
practice [5] 23/11
29/6 29/6 34/11
35/12
preface [1] 23/8
prepare [4] 13/18

prepared [3] 23/14
23/14 23/23
preparing [1] 8/12
present [4] 2/8 2/9
2/11 36/12
presented [3] 33/20
39/17 40/12
preserving [1]
32/24
president [7] 31/3
31/5 31/13 33/10
33/11 33/24 34/6
presidential [1]
33/6
press [6] 13/25 14/2
17/5 18/1 19/13
19/23
presumptively [5]
15/12 15/13 17/15
19/16 21/1
pretrial [2] 42/2
42/12
previous [1] 29/20
principles [1] 33/13
privilege [6] 25/4
26/21 28/6 31/24
32/4 33/7
privileged [1] 28/10
pro [1] 46/4
probably [2] 14/24
30/6

problem [7] 4/18
7/15 7/20 7/23 7/23
8/2 9/9
procedures [1]
11/24
proceed [2] 2/14
22/7
proceeding [3] 22/1
24/7 29/20
proceedings [3]
44/25 46/15 47/5
process [5] 8/18
11/18 29/10 32/18
35/9
processes [1] 31/22
produce [1] 18/25
produced [12] 4/13
5/3 5/9 6/13 8/25
12/22 16/8 16/10
17/4 17/9 18/12
18/21
produces [2] 5/19
6/3
producing [1]
17/24
pronged [1] 13/12
proof [1] 38/11
proper [4] 8/18
11/24 26/9 32/11
proposal [5] 16/4
17/4 34/22 40/8

proposals [1] 40/4
propose [1] 42/13
proposed [8] 2/23
4/12 6/4 6/5 14/24
15/18 21/24 36/24
proposes [1] 38/21
proposing [2] 5/5
42/4
prosecute [1] 33/4
prosecuting [1]
31/21
prosecution [9]
24/24 27/7 27/9
27/10 27/11 29/17
33/25 38/14 38/14
prosecutor [1]
31/11
prosecutorial [1]
32/25
prosecutors [1]
44/20
protected [2] 7/20
15/4
protection [1] 11/4
protective [38] 2/19
2/23 3/1 3/8 3/25
4/10 4/12 4/16 5/24
6/4 6/6 6/15 7/25
8/1 8/2 8/14 9/11
10/8 10/12 10/16
11/4 11/17 12/4

14/23 15/2 15/18
15/23 16/4 18/17
18/20 18/22 21/4
21/21 22/11 45/24
protocol [2] 28/4
33/16
prove [1] 31/12
provide [3] 14/17
38/11 38/17
public [36] 4/15
8/11 11/9 11/11
11/11 11/14 11/23
12/13 12/15 13/9
13/19 14/3 14/3
14/4 14/8 14/9
14/12 15/13 15/14
17/1 17/2 17/15
17/16 18/8 19/16
20/7 20/17 20/20
21/15 30/19 30/23
31/10 31/16 31/23
36/21 39/15
public's [8] 15/14
16/18 22/5 36/18
36/25 37/9 44/11
44/12
publicly [13] 3/5
3/11 5/20 6/1 6/9
6/19 7/21 11/25
12/18 16/22 17/21
21/10 34/6

**P**

purpose [8]  17/13
26/10 26/15 27/1
27/1 27/5 32/11
37/5
purposes [2]  26/13
37/10
pursuant [1]  33/6
put [3]  6/10 16/25
21/19
putting [3]  11/25
12/21 34/24

**Q**

quest [1]  30/2
question [13]  2/18
10/21 12/8 17/8
21/22 21/23 22/4
23/15 31/15 33/14
39/20 39/25 43/16
questions [6]  23/4
36/6 36/7 36/12
36/13 42/8
quick [1]  39/16
quickly [4]  29/8
30/4 36/4 43/10
quite [2]  14/24 27/7
quote [2]  11/13
11/17

**R**

Rachel [1]  32/2
radical [2]  30/7

radically [1]  32/17
raise [3]  26/10
33/15 35/23
raised [1]  37/11
raises [3]  10/20
28/7 31/8
rarely [1]  38/1
Raskin [1]  31/11
rather [2]  18/24
40/1
reach [1]  17/21
reached [1]  42/15
read [1]  8/14
reading [1]  32/21
ready [1]  42/8
real [2]  9/9 28/7
really [6]  6/17 6/21
7/1 10/20 40/5
44/17
reason [11]  9/23
17/22 18/9 20/18
21/13 21/20 25/2
27/6 31/15 31/16
36/23
reasonable [2]
18/15 31/1
reasonably [2]
43/21 43/23
reasons [3]  6/20
11/8 12/4
recipient [1]  6/11

recipients [1]  26/20
recognize [2]  36/8
39/7
recognized [4]  34/2
36/20 43/25 46/8
recognizing [2]
18/18 40/24
record [8]  2/5
12/18 13/9 13/20
17/1 17/9 20/7 47/5
records [1]  19/10
redact [1]  4/3
redacted [2]  3/4
3/10
reference [1]  9/15
referenced [1]  10/3
refers [1]  32/24
reflect [1]  40/11
reflecting [1]  3/3
regard [2]  7/19
17/6
regarding [1]  32/11
relating [6]  6/22
7/2 7/7 10/7 12/12
16/8
releasing [1]  21/10
relevant [4]  17/6
20/8 24/5 25/21
reliance [4]  25/20
26/2 26/4 45/9
relied [1]  25/6
relief [1]  21/3

relitigate [1] 38/9
remaining [2] 7/20
 42/12
remark [1] 43/24
remember [3] 18/3
 18/5 44/18
remotely [1] 47/10
reply [6] 5/18 6/24
 10/4 43/7 43/8
 43/18
report [7] 17/25
 22/16 24/13 28/19
 35/14 38/16 45/25
Reported [1] 1/21
Reporter [2] 1/22
 47/4
reporting [1] 47/10
reports [5] 6/24 7/5
 10/5 10/10 19/11
representatives [1]
 11/9
represented [1]
 8/21
represents [1]
 20/13
request [1] 44/25
requests [1] 34/23
require [6] 28/3
 33/22 36/13 39/18
 39/19 39/24
required [4] 23/10

requiring [1] 38/5
research [1] 30/14
resolution [2] 27/4
 36/25
resolve [2] 43/2
 43/9
resolved [1] 13/2
resolving [1] 42/7
respect [6] 7/4
 19/19 20/18 22/7
 29/11 36/25
respected [1] 36/20
respective [2] 42/14
 42/19
respond [2] 43/25
 44/1
response [2] 13/11
 13/22
responsible [1]
 31/14
restrict [1] 19/2
restricted [4] 8/12
 13/20 18/6 19/1
restriction [5] 5/22
 9/15 13/13 13/23
 13/24
restrictions [5]
 6/15 9/2 15/17
 15/22 18/9
result [5] 11/16
 18/19 19/23 40/16

results [1] 44/16
review [1] 11/24
reviewed [1] 22/15
reviews [1] 20/21
revised [2] 4/10
 5/24
right [23] 2/25 5/13
 5/14 6/16 8/21 10/9
 10/18 10/19 16/6
 16/18 22/5 23/19
 24/9 26/21 29/4
 32/5 35/23 36/18
 36/25 37/9 39/16
 44/11 44/13
rights [4] 14/21
 26/20 27/11 30/11
risk [2] 18/10 20/19
Road [1] 1/16
Robert [1] 2/10
Room [1] 1/23
root [1] 30/20
ROSE [1] 1/11
RPR [1] 1/21
Rule [1] 38/18
rules [1] 28/4

## S

said [22] 17/12
 21/10 22/10 24/17
 24/19 24/23 27/17
 28/11 29/20 30/18
 32/2 32/20 34/1

said... [9] 35/14
36/21 37/5 37/14
38/10 41/8 44/2
44/3 45/7
sake [1] 26/18
same [4] 19/21
21/18 38/9 38/13
say [19] 10/10 12/3
13/15 17/24 18/25
20/24 22/3 23/1
23/23 30/25 31/9
32/15 33/9 33/18
34/21 34/24 35/4
44/4 44/24
saying [5] 4/20 8/10
21/15 23/8 32/4
says [1] 35/5
schedule [7] 22/13
23/6 40/14 40/15
43/3 43/6 43/13
SCHOEN [14] 1/15
2/10 15/6 20/10
22/19 22/21 35/19
36/10 37/11 37/14
41/12 43/21 45/18
45/20
scholars [1] 26/25
scope [1] 39/8
seal [2] 7/12 12/14
second [7] 16/1
16/19 19/14 20/3

secondly [2] 30/10
37/16
secret [2] 3/14
14/18
section [3] 24/21
32/23 32/24
Security [1] 4/4
see [8] 14/10 24/17
27/2 27/12 27/13
38/3 40/22 45/13
seem [2] 7/2 39/9
seems [8] 2/19 2/24
5/2 5/8 8/19 38/25
39/21 41/21
Select [6] 6/25 7/6
8/9 8/9 10/6 10/11
selection [1] 41/19
selective [2] 27/7
38/13
sense [3] 5/22 9/25
21/12
sensitive [25] 3/25
5/5 5/7 5/10 8/4
8/11 8/20 8/22 8/24
10/13 10/17 10/22
11/3 11/3 12/10
12/21 13/17 15/5
15/16 16/7 16/11
17/22 18/16 22/5
24/11
sentence [1] 44/21

separation [2] 23/1
28/8
series [1] 41/22
serious [2] 44/1
44/22
servants [1] 15/14
serve [1] 37/9
set [7] 34/20 36/4
39/23 40/23 41/18
41/22 42/4
settled [1] 27/14
several [2] 26/25
28/2
severe [1] 14/20
shape [1] 21/16
share [1] 37/15
short [1] 43/5
shorter [1] 42/2
should [16] 3/4 3/8
3/9 3/24 8/12 11/14
12/5 17/18 17/23
18/1 18/8 18/11
22/8 29/22 31/2
36/24
shouldn't [5] 8/11
17/21 17/23 19/3
20/20
show [7] 9/10 18/4
21/14 25/20 31/20
32/2 33/8
showing [15] 9/13
10/25 14/17 18/10

Case 1:21-cr-00670-CJN Document 161-9 Filed 06/07/22 Page 74 of 80

showing... [11] 18/24 19/4 19/7 20/21 21/9 21/17 21/25 25/18 25/24 37/20 38/7
shown [2] 11/22 15/20
side [1] 14/6
signed [1] 46/4
SILVERMAN [1] 1/18
similarly [1] 34/1
simply [2] 13/8 29/6
since [2] 17/19 28/20
Sinclair [1] 24/25
single [1] 39/23
sir [1] 20/4
sit [1] 43/10
situated [1] 34/1
situation [1] 33/24
six [3] 34/23 35/5 35/8
Sixth [1] 14/21
slow [1] 40/9
SLUTKIN [1] 1/18
so [69]
Social [1] 4/4
sole [1] 21/20
some [34] 2/20 4/16

9/17 9/22 11/4 14/25 15/3 17/22 22/23 23/9 24/11 24/11 28/3 28/16 28/18 29/7 30/3 30/19 31/8 34/8 34/8 34/10 35/25 36/12 36/13 39/9 39/17 39/24 42/1 44/16
somebody [1] 8/16
somehow [3] 8/10 14/6 21/15
someone [2] 18/10 26/16
something [14] 3/5 6/12 8/3 13/4 13/8 17/17 17/18 17/20 20/19 21/2 25/19 32/4 33/17 45/3
somewhat [1] 38/25
soon [1] 38/23
sorry [4] 17/10 29/8 34/13 42/22
sort [3] 15/3 18/6 30/16
sorts [1] 39/7
sounds [2] 10/8 37/12
source [1] 6/7
sources [1] 4/15

speak [2] 22/20 41/1
special [1] 44/18
specific [8] 5/6 9/12 16/13 18/9 20/12 20/19 24/5 25/2
specifically [2] 22/25 23/24
specifying [1] 15/7
speed [1] 39/14
speedy [5] 36/19 37/9 39/16 44/12 44/16
splitting [1] 40/6
spoke [1] 33/19
stacking [1] 40/17
staff [6] 7/1 7/7 8/8 10/6 10/11 19/15
stamp [1] 8/3
standing [1] 32/23
start [4] 19/12 22/17 24/16 41/4
state [1] 9/22
statement [2] 13/3 34/3
statements [11] 11/9 11/20 11/25 14/5 26/24 30/19 31/10 31/17 31/18 31/23 34/4
STATES [5] 1/1 1/3 1/9 2/6 34/6

S

statistics [1] 35/13
status [9] 1/8 22/16
24/13 26/1 28/6
28/19 35/14 38/16
45/25
statute [4] 33/5
37/6 37/10 44/22
step [1] 29/12
STEPHEN [2] 1/6
2/7
steps [1] 20/16
still [5] 10/25 15/17
28/21 40/2 40/12
stop [1] 12/20
Street [2] 1/13 1/19
strenuous [1] 42/10
strict [2] 24/18
33/21
stringent [1] 13/24
strong [3] 28/12
36/22 37/1
strongly [2] 44/11
44/12
structure [1] 34/17
subject [6] 6/14
12/11 15/17 16/11
41/6 47/9
subjects [1] 27/15
submission [3] 8/6
12/13 35/14
submissions [1]

submit [1] 13/6
submits [1] 37/1
submitted [2] 8/1
9/5
subpoena [5] 8/8
19/19 20/15 26/14
29/6
subpoenaed [1]
33/6
subpoenas [2]
26/15 34/11
succeed [1] 38/7
such [6] 3/10 4/4
5/9 8/15 16/21
16/21
sufficient [1] 19/8
sufficiently [1]
29/21
suggest [3] 22/2
26/25 40/5
suggested [2] 14/5
26/25
suggesting [2] 8/3
39/15
suggests [1] 3/6
Suite [1] 1/16
summarizing [1]
19/18
summer [1] 40/19
support [2] 37/17
37/22

suppose [2] 5/6
20/12
supposedly [1] 23/4
Supreme [1] 37/5
sure [4] 2/21 23/7
28/20 30/2
suspect [1] 42/7

T

take [16] 2/18 6/21
8/7 8/17 14/22 15/2
15/21 16/8 20/5
20/15 22/6 32/19
37/24 42/3 42/19
44/24
taken [1] 29/25
taking [2] 14/7
20/16
talk [6] 13/18 15/11
22/13 26/9 30/18
32/14
talked [1] 27/3
talking [8] 6/17 7/3
12/23 17/19 20/24
24/1 34/13 40/21
teach [1] 31/19
team [1] 41/10
technological [1]
47/10
telephone [1] 4/5
television [1] 32/1
tell [1] 22/24
ten [3] 34/14 34/15

ten... [1] 35/11
terms [5] 9/7 21/7
 21/8 24/2 28/12
testimony [5] 12/2
 12/4 19/24 21/17
 43/12
tethered [1] 7/14
than [7] 9/5 13/21
 18/24 35/16 36/24
 40/1 42/13
Thank [15] 2/12
 2/17 13/10 14/22
 22/9 35/18 35/19
 43/17 45/20 45/22
 46/2 46/10 46/11
 46/13 46/14
that [297]
that's [24] 4/24
 5/14 6/16 6/21 7/24
 9/4 10/19 19/25
 20/22 22/1 24/25
 25/18 26/10 26/21
 30/2 30/16 32/5
 32/5 32/7 32/23
 33/17 40/6 43/8
 46/5
their [27] 8/6 9/20
 11/5 11/14 11/16
 12/1 12/3 14/2 18/4
 19/18 19/20 21/19
 24/17 26/20 27/3

 28/25 29/2 30/15
 30/19 32/3 32/9
 32/17 37/13 42/14
them [17] 3/15 3/15
 3/16 4/23 8/17
 15/13 21/18 27/23
 33/11 34/23 35/23
 35/25 36/10 36/12
 38/23 43/20 44/6
then [21] 2/20 3/23
 6/18 8/4 10/20 13/4
 16/19 17/23 19/14
 20/20 21/25 24/4
 31/7 31/9 32/7 34/1
 34/11 39/11 39/23
 43/6 45/25
theory [3] 25/13
 25/24 36/13
there [47] 2/19 9/14
 9/17 10/8 10/25
 11/7 12/9 13/2
 13/24 14/4 15/3
 15/23 16/19 16/20
 17/12 17/12 17/16
 17/18 18/8 18/9
 18/18 20/18 22/22
 22/23 24/11 24/22
 25/1 26/12 27/5
 28/2 28/4 29/13
 30/25 33/14 33/15
 35/3 35/24 37/14

 42/17 43/5 44/9
 44/18 44/21 44/21
there's [9] 9/19
 9/22 14/12 19/10
 27/3 35/9 35/24
 43/8 43/11
thereby [1] 12/23
therefore [4] 12/18
 24/21 30/4 47/9
these [20] 3/14 9/23
 10/2 13/13 15/10
 15/13 16/25 19/1
 19/23 22/10 23/4
 26/5 26/6 29/7
 30/13 32/10 36/6
 36/7 38/17 39/22
they [67]
they're [1] 8/3
they've [7] 9/5 9/12
 14/2 21/10 21/19
 25/13 31/22
thing [7] 2/13 14/11
 14/15 30/5 40/18
 41/14 44/24
things [14] 6/21
 9/24 18/6 26/5
 27/12 29/3 29/4
 30/8 30/13 35/3
 38/13 40/16 43/10
 44/1
think [46] 3/19

# T

think... [45] 8/20
9/9 14/11 14/19
14/25 16/14 16/16
16/17 17/3 17/14
18/7 18/7 18/11
19/12 21/25 22/1
22/16 22/17 23/3
23/5 24/4 24/11
24/22 25/17 25/19
26/7 27/22 28/17
28/24 28/24 29/1
32/16 34/22 35/9
37/13 37/21 40/8
40/10 40/18 41/13
42/1 42/18 43/4
43/7 45/11
thinks [2] 36/9
36/23
third [1] 4/9
this [130]
THOMPSON [2]
1/18 32/1
those [49]
though [5] 6/13
14/9 15/15 19/16
39/21
three [8] 7/3 7/4
7/22 23/16 23/17
34/9 34/25 44/19
through [13] 4/15
4/22 4/22 5/15 6/7

16/3 16/12 19/2
34/18 36/2
tie [2] 24/4 29/9
til [1] 40/1
time [18] 17/1 24/6
34/10 34/17 34/19
34/19 34/20 34/20
35/15 35/17 36/15
40/2 41/9 41/24
43/1 43/5 45/21
46/4
today [4] 9/5 40/1
40/9 42/11
today's [1] 42/15
told [2] 11/13 38/15
too [4] 28/25 40/9
40/9 44/17
took [1] 34/1
traditional [1]
38/18
transcript [2] 1/8
47/5
treat [1] 5/5
treated [1] 3/25
treatment [1] 3/14
trial [32] 3/16 12/4
14/3 14/8 19/24
23/5 23/11 24/18
35/5 36/5 36/19
37/9 39/4 39/16
40/1 40/9 40/10

40/21 40/23 40/23 40/25
41/3 41/4 41/18
41/23 41/24 42/3
42/5 42/9 42/11
44/12 44/13 45/25
trials [2] 44/16
44/17
tried [1] 35/7
triggered [1] 30/11
true [1] 47/4
Trump [3] 31/3
31/5 31/13
try [3] 26/16 40/18
41/24
trying [1] 21/9
turning [1] 14/7
twice [1] 38/9
two [10] 10/9 11/7
13/12 19/10 20/24
40/23 41/2 41/6
41/17 44/1
two-pronged [1]
13/12
two-week [3] 40/23
41/2 41/17
type [1] 15/11
typical [1] 9/14

# U

U.S [9] 1/13 1/22
9/19 11/15 24/1
32/14 32/17 32/20
33/17

**U**

unconstitutional [1] 27/1
under [15] 3/25 7/12 8/2 11/3 12/14 12/24 14/22 15/2 17/3 18/3 18/5 21/13 24/21 33/5 38/17
understand [12] 2/21 4/13 5/6 7/10 9/18 13/16 16/6 22/22 22/23 23/22 25/14 27/23
understanding [1] 37/13
understands [1] 30/21
unequivocally [1] 35/4
unfettered [1] 11/18
uniform [1] 14/2
unique [1] 35/25
UNITED [5] 1/1 1/3 1/9 2/6 34/6
unless [2] 3/15 18/9
unprecedented [5] 19/12 20/16 29/15 29/16 33/23
until [1] 3/15
up [14] 2/18 19/12

25/24 27/4 29/9 29/12 31/2 31/7 32/24 39/22 40/18 41/13 41/22 42/5
upon [1] 11/16
us [2] 9/25 14/7
use [15] 3/15 7/8 7/9 7/14 7/14 8/4 8/5 8/12 9/7 9/15 11/5 11/19 13/17 16/21 26/15
used [12] 3/4 3/10 5/12 7/11 7/12 7/24 7/24 10/22 10/23 17/7 17/11 21/1
using [1] 13/20

**V**

variety [1] 27/15
various [2] 2/22 6/20
vastly [1] 40/24
VAUGHN [17] 1/11 2/8 3/19 4/6 4/24 5/13 10/1 14/5 14/16 18/14 20/25 35/20 41/8 42/21 42/23 44/4 45/15
Vaughn's [1] 13/12
verb [1] 46/5
version [1] 10/15
versions [1] 10/21
versus [2] 2/6 30/16

very [8] 6/1 13/23 16/25 21/7 21/14 22/16 25/14 27/19 28/11 29/8 36/8 40/16 42/7 42/16 44/11 44/16 44/16
vice [1] 46/5
vice-ing [1] 46/5
VIDEO [1] 1/8
videoconference [1] 2/15
view [8] 3/24 15/12 17/17 18/7 28/25 29/12 31/24 37/9
viewpoint [1] 24/15
views [3] 40/25 42/2 43/1
vindicate [1] 37/6
vindictive [1] 38/14
vindictiveness [1] 27/12
violated [1] 28/13
violation [1] 13/7
violence [1] 39/3
virtually [1] 20/16
volume [1] 39/9
voluntarily [1] 38/16

**W**

Wait [3] 15/25 15/25 16/19
want [16] 2/20 14/3

Case 1:21-cr-00670-CJN Document 180 Filed 06/07/22 Page 179 of 194

**want...** [14]  14/3 14/9 16/13 21/7 23/23 27/2 27/23 29/13 30/9 41/13 44/1 44/7 44/9 44/24
**wanted** [5]  15/7 30/19 43/24 46/5 46/6
**wants** [2]  12/12 39/13
**was** [23]  6/11 7/25 8/18 8/24 22/16 24/23 25/5 25/6 25/8 25/16 25/20 25/24 27/3 28/6 28/19 30/1 30/2 30/7 31/11 31/12 31/24 32/1 40/20
**Washington** [4]  1/5 1/14 1/24 11/13
**wasn't** [3]  25/23 27/6 29/25
**way** [12]  6/10 7/12 17/17 19/1 19/25 22/7 22/25 23/10 24/7 27/14 29/12 30/6
**ways** [2]  15/1 39/10
**we** [128]
**we're** [1]  7/3

**we've** [2]  14/25 34/25
**week** [3]  40/23 41/2 41/17
**weeks** [7]  23/16 23/17 34/9 34/25 41/6 41/9 43/13
**weighed** [1]  34/6
**weighty** [1]  23/1
**welcome** [3]  43/18 43/20 46/9
**well** [9]  4/20 7/17 9/4 11/7 26/14 27/14 36/19 37/19 41/1
**well-settled** [1] 27/14
**went** [3]  10/13 34/5 44/17
**were** [19]  3/2 3/15 6/9 6/9 6/10 14/10 15/10 15/23 28/13 30/3 31/14 31/22 33/20 34/2 39/2 40/21 42/1 44/2 44/3
**what** [56]
**whatever** [4]  6/18 9/2 17/25 43/11
**whatsoever** [2] 29/14 34/22
**when** [7]  6/2 17/4

**where** [7]  9/14 9/17 16/1 33/19 33/21 40/4 44/15
**whether** [6]  3/24 4/15 11/15 17/6 40/12 43/12
**which** [32]  3/14 3/17 6/2 10/2 13/15 17/9 18/15 19/15 19/20 20/23 22/16 25/5 26/25 27/15 29/19 29/23 30/3 32/20 33/24 35/5 36/2 36/5 36/19 37/1 37/17 37/21 38/17 39/12 40/15 40/23 40/23 44/13
**WHITE** [3]  1/18 33/23 34/5
**Whitley** [1]  30/16
**who** [9]  9/20 31/1 31/3 31/5 31/10 32/2 32/3 39/2 39/5
**whom** [1]  22/8
**why** [21]  5/22 7/8 9/23 10/25 11/2 13/12 17/8 18/14 19/3 20/15 20/25 24/4 25/20 27/13 32/13 32/16 34/10

**W**

why... [4] 34/14
36/4 36/15 38/6
widely [1] 11/23
will [31] 14/23 15/1
15/2 16/25 17/2
19/23 19/24 20/3
22/6 22/19 23/5
29/8 29/12 32/15
33/4 34/21 37/24
39/17 40/11 41/19
42/7 42/7 42/8
42/10 42/18 45/12
45/13 45/14 45/23
45/24 45/25
Williams [1] 33/22
window [2] 45/3
45/4
withholding [1]
33/5
within [4] 31/22
35/12 38/4 38/11
without [2] 17/6
34/21
witness [10] 6/24
7/6 8/15 9/16 9/16
9/16 10/5 10/10
11/25 13/3
witness's [1] 21/17
witnesses [11] 6/22
9/18 12/1 12/2 12/3
13/18 15/20 18/4

witnesses' [1] 19/24
won't [1] 34/3
words [1] 21/19
work [6] 17/18
30/15 38/23 39/24
41/9 41/16
worked [1] 8/16
working [1] 34/18
works [1] 41/15
would [72]
wouldn't [6] 7/11
8/6 11/3 15/15
15/23 30/12
written [1] 7/25
wrong [2] 24/22
32/4
wrongdoing [1]
26/17

**Y**

Yeah [1] 17/14
yes [19] 2/16 3/7
3/8 3/9 3/21 4/8 5/1
5/14 20/4 20/9
20/11 24/8 24/22
27/25 35/21 41/11
42/24 43/17 46/8
yet [3] 9/23 28/21
39/4
you [58]
your [67]

**Z**

Zelda [1] 1/16