IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Criminal No. 21-670 (CJN) |
| v. | |
| STEPHEN K. BANNON, | |
| *Defendant*. | |

**ORDER**

Upon consideration of Defendant's Motion In Limine On Presenting Indictment To The Jury, it is this _____ day of _____, 2022:

**ORDERED** that Defendant's Motion is **GRANTED**.

**SO ORDERED.**

                                                                _____
                                                                Hon. Carl J. Nichols
                                                                *United States District Judge*