IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

### ORDER

Upon consideration of Defendant's Motion in Limine Precluding Evidence Or Argument Regarding The Attack On The U.S. Capitol, it is this _____ day of _____, 2022:

**ORDERED** that Defendant's Motion is **GRANTED**.

_____
Hon. Carl J. Nichols
*United States District Judge*