# EXHIBIT 1



*A Limited Liability Company*
400 East Pratt Street – Suite 900
Baltimore, Maryland 21202
Telephone 410.385.2225
Facsimile 410.547.2432
silvermanthompson.com
*Baltimore | Towson | New York | Washington, DC*

Writer's Direct Contact:
Evan Corcoran
410-385-2225
ecorcoran@silvermanthompson.com

June 21, 2022

<u>*Via Electronic Mail*</u>

Amanda Vaughn, Esquire
J.P. Cooney, Esquire
Molly Gaston, Esquire
U.S. Attorney's Office
555 4th Street NW
Washington, D.C. 20530

Re:   *United States v. Stephen K. Bannon,* Criminal No. 21-670 (CJN)

Dear Counsel:

We write to request all memoranda and other writings, whether public or not, that reflect consideration of the contempt of Congress referrals and decision(s) not to charge Mark Meadows and Dan Scavino with Contempt of Congress, in violation of 2 U.S.C. § 192. Please provide us with the documents by *Friday, June 24, 2022*, so that if not provided we can move to compel their production.

As you know, at the March 16, 2022, hearing on our motion to compel production of such materials, Judge Carl J. Nichols ruled as follows:

> Specifically I will grant defendant's motion to the extent it requests statements or writings reflecting official DOJ policy, such as an opinion of the Office of Legal Counsel or the position of an entire division or litigating group, whether those statements are public or not, if such writings relate to the department's policy on prosecuting or not prosecuting government or former government officials raising executive privilege claims or defenses of immunity or similar issues.

Hearing Tr. March 16, 2022 at 96 – 97.

June 21, 2022
Page Two

Thank you for your attention to this request.

                        Sincerely,

                        M. Evan Corcoran
                        *Counsel for Stephen K. Bannon*