**EXHIBIT 2**



**U.S. Department of Justice**

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

June 21, 2022

**<u>DELIVERY VIA EMAIL</u>**
David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
dschoen593@aol.com; schoenlawfirm@gmail.com

Robert J. Costello
Davidoff Hutcher & Cirton LLP
605 Third Ave.
New York, NY 10158
rjc@dhclegal.com

M. Evan Corcoran
Silverman Thompson Slutkin White
201 N. Charles Street, 26th Floor
Baltimore, Maryland 21201
ecorcoran@silvermanthompson.com

  RE: *United States v. Stephen K. Bannon*, 21-cr-670 (CJN)

Dear Counsel:

  We write in response to your letter of June 21, 2022, in which you request "all memoranda and other writings, whether public or not, that reflect consideration of the contempt of Congress referrals and decision(s) not to charge Mark Meadows and Dan Scavino with Contempt of Congress."

  To date, we have provided you with material that exceeds our obligations under the various discovery rules and doctrines.  In addition, we have provided you all material we understand to be responsive to Judge Nichols's March 16, 2022, Order relating to official Department policies.  We have nothing to provide in response to your June 21 request that is discoverable under either our standard discovery obligations or Judge Nichols's Order.

  Please do not hesitate to contact us with any questions.

Sincerely,

MATTHEW M. GRAVES
United States Attorney

By:    /s/ *Amanda R. Vaughn*
       J.P. Cooney
       Molly Gaston
       Amanda R. Vaughn
       Assistant United States Attorneys
       United States Attorney's Office
       601 D Street NW
       Washington, D.C. 20530
       (202) 252-1793 (Vaughn)
       amanda.vaughn@usdoj.gov