# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-670 |
| v. : | |
| : | |
| STEPHEN K. BANNON, : | |
| : | |
| Defendant. : | |

## PROPOSED ORDER

The Court having considered the Government's Motion to Modify Scheduling Order to Remove Requirement that Pretrial Statement be a Joint Filing, the Motion is GRANTED.

It is hereby, ORDERED:

1. The parties shall submit their respective exhibit lists, witness lists, and proposals for a neutral statement of the case, voir dire, and verdict form, as outlined in the Court's January 3, 2022, Scheduling Order, ECF No. 25 ¶ 7, by July 8, 2022.

2. The parties shall submit their objections to the other party's proposals, as outlined in the Court's January 3, 2022, Scheduling Order, by July 11, 2022.

Date: _____

HON. CARL J. NICHOLS
U.S. DISTRICT COURT JUDGE