# EXHIBIT 1

**HEARING #1**

June 9, 2022 (8:00pm ET) to June 10, 2022 (8:00pm ET): 24 hours

- 290 mentions of the name "Steve Bannon" on broadcast television, cable television, and radio.

- Total National Viewership: 25,005,873*
  Total National Publicity Value: $2,624,698.50*
  Total Local Viewership: 3,457,966
  Total Local Market Publicity Value: $617,648.39
  Total Station Reach: 23,420,300
  Total Station Reach Publicity Value: $264,494.00
  This number represents the maximum possible ad value
  *Total National Viewership is the sum of all national cable viewership and all New York national viewership

- http://mms.tveyes.com/NetReport.aspx?ReportHash=005939bf0e0f647d467b58065d15bd87

**HEARING #2**

Jun 13, 2022 (10:30am ET) to June 14, 2022 (10:30am ET): 24 hours

- 23 mentions of the name "Steve Bannon" on broadcast television, cable television, and radio.

  Total National Viewership: 5,968,029*
  Total National Publicity Value: $292,239.84*
  Total Local Viewership: 116,887
  Total Local Market Publicity Value: $15,211.47
  Total Station Reach: 363,900
  * Total National Viewership is the sum of all national cable viewership and all New York national viewership

- http://mms.tveyes.com/NetReport.aspx?ReportHash=58ed15d64ee23c2c18defebbe054f3d1

**HEARING #3**

June 16, 2022 (1:00pm ET) to June 17, 2022 (1:00pm ET): 24 hours

- 72 mentions of the name "Steve Bannon" on broadcast television, cable television, and radio.

- Total National Viewership: 5,083,919*
  Total National Publicity Value: $182,186.70*
  Total Local Viewership: 1,136,353
  Total Local Market Publicity Value: $63,091.72
  Total Station Reach: 2,668,200
  Total Station Reach Publicity Value: $70,765.00
  This number represents the maximum possible ad value
  *Total National Viewership is the sum of all national cable viewership and all New York national viewership

- http://mms.tveyes.com/NetReport.aspx?ReportHash=0d9f7905a1c2564f79a21dbbee4371d0

**HEARING #4**

June 21, 2022 (1:00pm ET) to June 22, 2022 (1:00pm ET): 24 hours

- 280 mentions of the name "Steve Bannon" on broadcast television, cable television, and radio.

- Total National Viewership: 23,059,371*
  Total National Publicity Value: $1,003,073.74*
  Total Local Viewership: 4,166,544
  Total Local Market Publicity Value: $232,114.72
  Total Station Reach: 14,341,600
  Total Station Reach Publicity Value: $236,500.00
  This number represents the maximum possible ad value
  *Total National Viewership is the sum of all national cable viewership and all New York national viewership

- http://mms.tveyes.com/NetReport.aspx?ReportHash=46599efdd627d7f287b1ec3de6507665

**HEARING #5**

June 23, 2022 (3:00pm ET) to June 24, 2022 (3:00pm ET): 24 hours

- 19 mentions of the name "Steve Bannon" on broadcast television, cable television, and radio.

- Total National Viewership: 8,824,709*
  Total National Publicity Value: $516,630.25*
  Total Station Reach: 575,800
  *Total National Viewership is the sum of all national cable viewership and all New York national viewership

- http://mms.tveyes.com/NetReport.aspx?ReportHash=1c631cf03d28b2fa103bbed2610616c0


**HEARING #6**

June 28, 2022 (1:00pm ET) to June 29, 2022 (1:00pm ET): 24 hours

- 18 mentions of the name "Steve Bannon" on broadcast television, cable television, and radio.

- Total National Viewership: 5,205,079*
  Total National Publicity Value: $139,444.55*
  Total Station Reach: 1,390,500
  Total Station Reach Publicity Value: $2,871.00
  This number represents the maximum possible ad value
  *Total National Viewership is the sum of all national cable viewership and all New York national viewership

- http://mms.tveyes.com/NetReport.aspx?ReportHash=159956c7961c76434f7856fcb36ea4df