UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-670 |
| v. : | |
| : | |
| STEPHEN K. BANNON, : | |
| : | |
| Defendant. : | |

**UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY
TO DEFENDANT'S MOTION TO CONTINUE TRIAL**

In his reply in support of his motion to continue trial, ECF No. 95, the Defendant raises for the first time new arguments for a continuance. Specifically, while the Defendant's original motion, ECF No. 88, was limited to claims that a continuance was required because of pretrial publicity, the Defendant's reply claims a continuance is also required to resolve pretrial motions. Because the Defendant did not raise this claim in his initial motion, the Government respectfully requests that the Court allow it to file the attached surreply to address the Defendant's new argument. *Cf. Flynn v. Veazey Const. Corp.*, 310 F. Supp. 2d 186, 189, 190 (D.D.C. 2004) (granting motion to file surreply in a civil case where moving party raised a new argument for the first time in its reply and finding "[i]f the movant raises arguments for the first time in his reply to the non-movant's opposition, the court will either ignore those arguments in resolving the motion or provide the non-movant an opportunity to respond to those arguments by granting leave to file a sur-reply").

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Amanda R. Vaughn*
        J.P. Cooney (D.C. 494026)
        Molly Gaston (VA 78506)
        Amanda R. Vaughn (MD)
        Assistant United States Attorneys
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20530
        (202) 252-1793 (Vaughn)
        amanda.vaughn@usdoj.gov