UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-670 |
| v. : | |
| : | |
| STEPHEN K. BANNON, : | |
| : | |
| Defendant. : | |

**UNITED STATES' SURREPLY IN OPPOSITION
TO DEFENDANT'S MOTION TO CONTINUE**

Likely recognizing the lack of merit to his pretrial publicity claims, the Defendant for the first time in his reply advances a new reason for a continuance: because there are motions outstanding in this case. ECF No. 95 at 4-6. The Government files this brief surreply to address those new claims.

The Defendant's latest claimed concern is just another dilatory pretext. The Defendant requested the very motions schedule to which the Court is adhering, *see* ECF No. 22-1 (Proposed Order); the House witnesses' motion to quash is ripe for resolution (the opening motion was filed 11 days after being served subpoenas for the first time on June 2, 2022, and the intervening period apparently included the House's efforts to reach an agreement with the Defendant, Case No. 22-mc-60, ECF No. 1 at 13); and the Defendant's motion to compel is not fully briefed only by the Defendant's own choice—he has now had a week to reply to the Government's opposition. All of these issues can be resolved in advance of trial. Defense counsel have often cited their experience, so they are likely aware that pretrial issues are often resolved shortly before trial; indeed, parties sometimes file motions during trial should a witness's testimony or proffered evidence or argument raise additional issues. The Defendant's gamesmanship by requesting a continuance because of the very schedule he has suggested and manufactured should be rejected.

      Respectfully submitted,

      MATTHEW M. GRAVES
      United States Attorney
      D.C. Bar No. 481052

By: */s/ Amanda R. Vaughn*
      J.P. Cooney (D.C. 494026)
      Molly Gaston (VA 78506)
      Amanda R. Vaughn (MD)
      Assistant United States Attorneys
      United States Attorney's Office
      601 D Street NW
      Washington, D.C. 20530
      (202) 252-1793 (Vaughn)
      amanda.vaughn@usdoj.gov