UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 21-cr-670 |
| v. | : |
| | : |
| STEPHEN K. BANNON, | : |
| | : |
| Defendant. | : |

## ORDER

Having considered the United States' Motion for Leave to File Surreply to Defendant's Motion to Continue, the motion is hereby GRANTED.

It is further ORDERED that the Clerk shall docket the United States' Surreply in Opposition to Defendant's Motion to Continue.


Date: _____

HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE