**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.: 1:21-cr-00670-CJN-1 |
| | : | |
| v. | : | |
| | : | |
| STEPHEN K. BANNON, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

**ORDER**

Upon consideration of Defendants Motion for Withdrawal of Counsel, it is hereby **ORDERED** that**:**

(1) the Defendant's Motion is **GRANTED**; and

(2) the Court shall withdrawal the appearance of Robert J. Costello as counsel for the Defendant, Stephen K. Bannon.

Dated: July \_\_\_\_, 2022

_____
Hon. Carl J. Nichols
*United States District Judge*