IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-670 (CJN) |
| v. | |
| STEPHEN K. BANNON, | |
| *Defendant*. | |

**REPLY IN SUPPORT OF MOTION IN LIMINE PRECLUDING
EVIDENCE OR ARGUMENT REGARDING ATTACK ON THE U.S. CAPITOL**

Defendant Stephen K. Bannon, by and through his undersigned counsel, hereby files this Reply In Support Of Motion In Limine Precluding Evidence Or Argument Regarding Attack On The U.S. Capitol [Doc. 84], and in support thereof states as follows:

We moved to exclude in limine the following information:

> testimony, argument, documents, photos, videos, and audio recordings that detail or depict the substantive events of the January 6, 2021, attack on the U.S. Capitol.

[Doc. 84 at 2]. The Government responds that it "has no intention of introducing evidence" that includes "images and detailed descriptions of various assaults carried out during the attack." [Doc. 91 at 2].

Accordingly, the Defendant's Motion In Limine should be granted as conceded.

***(Signature block on next page)***

Dated: July 8, 2022                    Respectfully submitted,

                                                                    **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                                                                    /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

                     /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

*Counsel for Defendant Stephen K. Bannon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July 2022, a copy of the foregoing Reply In Support Of Motion In Limine Precluding Evidence Or Argument Regarding Attack On The U.S. Capitol was served via the Court's CM/ECF system on registered parties and counsel.

          /s/ M. Evan Corcoran
    M. Evan Corcoran (D.C. Bar No. 440027)