IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA :<br>:<br>v. :<br>:<br>STEPHEN K. BANNON, :<br>:<br>*Defendant*. : | Criminal No. 21-670 (CJN) |

**REPLY IN SUPPORT OF DEFENDANT'S MOTION IN
LIMINE ON PRESENTING THE INDICTMENT TO THE JURY**

Defendant Stephen K. Bannon, by and through his undersigned counsel, hereby files this Reply In Support Of Defendant's Motion in Limine On Presenting The Indictment To The Jury [Doc. 83], and in support thereof states as follows:

The Government cites *Dallago v. United States*, 427 F.2d 546 (D.C. Cir. 1969) on the issue of a trial court's discretion in sending an indictment to the jury. [Doc. 91 at 1]. But in a later case the Circuit expressed significant reservations about doing so. In *United States v. Roy*, 473 F.3d 1232, 1237 n.2 (D.C. 2006), the Circuit stated as follows: "We note, however, that this practice often carries significant risks and has few corresponding benefits." The risks of permitting the jury to hear or receive a "speaking" indictment is obvious: there is "an unwarranted benefit to the government when the jury is provided with a copy [of the indictment] during deliberations, thereby receiving only one side's version of the contested facts in written form."[1] To avoid this prejudice, an indictment should not be read to or presented to the jury. *See Getchell v. United States*, 282 F.2d 681, 689-90 (5th Cir. 1960) ("the long recital of the

---

[1] Robert J. Anello and Richard F. Allen, "Keeping the Indictment out of the Jury Room," 248 N.Y. Law Journal No. 26 (2012).

prosecution's theory of fraud contained in the indictment tended to prejudice the defendants"), discussed in *Bruce v. United States*, 351 F.2d 318, 320 (5th Cir. 1965) ("the trial court recognized the prejudicial character of the language in which the indictment was framed and declined to permit it to go to the jury.").

A judge in this district took a poll of colleagues as to whether they send the indictment back to the jury room and found that "[n]o one lets them go back to the jury room." [Ex. 1 at 1] (*United States v. Bowser*, Criminal No. 16-59 (EGS), United States District Court for the District of Columbia).

Wherefore, the Defendant respectfully requests that this Court grant his Motion in Limine On Presenting The Indictment To The Jury.

Dated: July 8, 2022                              Respectfully submitted,

                                                                            **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                                                                               /s/ M. Evan Corcoran
                                                                            M. Evan Corcoran (D.C. Bar No. 440027)
                                                                            400 East Pratt Street – Suite 900
                                                                            Baltimore, MD 21202
                                                                            Telephone: (410) 385-2225
                                                                            Facsimile: (410) 547-2432
                                                                            Email: ecorcoran@silvermanthompson.com

                                                                               /s/ David I. Schoen
                                                                            David I. Schoen (D.C. Bar No. 391408)
                                                                            David I. Schoen, Attorney at Law
                                                                            2800 Zelda Road, Suite 100-6
                                                                            Montgomery, Alabama 36106
                                                                            Telephone: (334) 395-6611
                                                                            Facsimile: (917) 591-7586
                                                                            Email: schoenlawfirm@gmail.com

                                                                            *Counsel for Defendant Stephen K. Bannon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July 2022, a copy of the foregoing Reply In Support Of Defendant's Motion In Limine On Presenting The Indictment To The Jury was served *via* the Court's CM/ECF system on registered parties and counsel.

      /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)