# EXHIBIT 1

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )  Criminal Action
                               )  No. 16-059
        v.                     )
                               )  February 23, 2018
DAVID BOWSER,                  )  10:00 a.m.
                               )
        Defendant.             )  Washington, D.C.
                               )
                               )
```

**TRANSCRIPT OF PRETRIAL MOTIONS and VOIR DIRE PROCEEDINGS
    BEFORE THE HONORABLE EMMET G. SULLIVAN,
       UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

For the Government:    **Todd William Gee, Assistant U.S. Attorney**
                       U.S. DEPARTMENT OF JUSTICE
                       Criminal Division, Public Integrity Section
                       1400 New York Avenue, NW
                       12th Floor
                       Washington, DC 20005
                       (202) 514-9751
                       Email: todd.gee2@usdoj.gov

                       **Sean F. Mulryne, Assistant U.S. Attorney**
                       U.S. DEPARTMENT OF JUSTICE
                       Public Integrity Section
                       1400 New York Avenue, NW
                       Washington, DC 20005
                       (202) 598-2816
                       Fax: (202) 514-3003
                       Email: sean.mulryne@usdoj.gov

*1*       THE COURT: The Court of Appeals won't see that head nod.

*2*       MS. GORDON: Let me be clear. I don't object to the rule
*3* on witnesses, excluding the FBI agents.

*4*       THE COURT: All right. What else? Anything else? We're
*5* running out of time here. I think that's it.

*6*       I'm not saying star witness. You can argue that.

*7*       All right. We'll merge as appropriate and give you a
*8* copy. Give me a short recess. I want to rule on these remaining
*9* issues. And you're going to need some time to go over that jury
*10* list anyway.

*11*       And the jurors we brought down around noon or so?

*12*       THE COURTROOM CLERK: That's correct.

*13*       THE COURT: Okay. Why don't we hold off on bringing them
*14* out. I think we're going to finish close to noon. It's going to
*15* take me 10 or 15 minutes to rule on these remaining issues. I
*16* don't think there's anything else.

*17*       Be prepared, Counsel -- there's a very interesting issue
*18* about the indictment in the jury room. I've actually sent
*19* indictments back, surprisingly, in cases in which no one has
*20* objected. I actually took a poll among my colleagues -- because
*21* it's been a while since I tried a case, a couple of years or so.
*22* We don't try many cases. I asked my colleague what do you do?
*23* No one lets them go back to the jury room. I think one judge
*24* said in a complicated conspiracy case, I will. So much for
*25* judges knowing what other judges do, but now I know what they do,

*1* and I was surprised.

*2* No, I wouldn't do it. No. No. No. No. No. Really?
*3* And I've been routinely doing it, and most defense attorneys have
*4* agreed with it. So interesting that we don't know what other
*5* people do.

*6* MS. GORDON: They should come and listen to my class.

*7* THE COURT: But we don't have to focus on that now, but, I
*8* mean, be prepared. There is an interesting opinion from -- I
*9* actually thought Mark Wolf had authored it, but it's from the
*10* Federal Court in Massachusetts, I think, District Court. Very
*11* interesting, very persuasive. But we can talk about that later.

*12* MR. GEE: And, Your Honor, just one last matter with
*13* respect to the jury. I know we had sort of gone back and forth
*14* when we had our last week -- we just want to make sure --
*15* obviously, I think both parties want to make sure we're getting
*16* jurors that are committed for the course of the trial.

*17* THE COURT: Oh, yeah.

*18* MR. GEE: I think we had estimated trying to give them
*19* about two weeks as the length of the trial. I think we're all
*20* cautiously optimistic we can get it done a little quicker than
*21* that.

*22* THE COURT: I think so. Because I don't have other
*23* matters scheduled. I'm not available the 9th. I told everyone
*24* that. Whatever other matters I have, we're just going to
*25* reschedule them, Mark, and Kristy will help.