UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-670 |
| v. : | |
| : | |
| STEPHEN K. BANNON, : | |
| : | |
| Defendant. : | |

**JOINT PRETRIAL STATEMENT**

Pursuant to the Court's Scheduling Order, ECF No. 25, the parties hereby submit their joint pretrial statement. Specifically, the following documents are attached or are expected to be filed in short order:

Exhibit 1:  Proposed Statement of the Case

Exhibit 2:  Proposed Voir Dire

Exhibit 3:  Proposed Verdict Form

Exhibit 4:  Government's Witness List

Exhibit 5:  Defendant's Witness List

Exhibit 6:  Government's Exhibit List

Exhibit 7:  Defendant's Exhibit List (*expected to be filed on July 12, 2022*)

Respectfully submitted,

/s/ *M. Evan Corcoran*
M. Evan Corcoran (D.C. Bar No. 440027)
400 East Pratt Street – 9th Floor
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

/s/ *David I. Schoen*
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

/s/ *Robert J. Costello*
Robert J. Costello (*Pro Hac Vice*)
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Email: rjc@dhclegal.com

*Counsel for Defendant Stephen K. Bannon*

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Amanda R. Vaughn*
J.P. Cooney (D.C. 494026)
Molly Gaston (VA 78506)
Amanda R. Vaughn (MD)
Assistant United States Attorneys
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-1793 (Vaughn)
amanda.vaughn@usdoj.gov

*Counsel for United States of America*