UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No: 21-cr-670** |
| v. | : | |
| | : | |
| **STEPHEN K. BANNON,** | : | |
| | : | |
| Defendant. | : | |

**PROPOSED VERDICT FORM**

**Count 1 (Contempt of Congress – Willful Failure to Appear for Testimony)**

    As to Count 1, we unanimously find the Defendant:

    _____ Guilty

    _____ Not Guilty

**Count 2 (Contempt of Congress – Willful Failure to Provide Records)**

    As to Count 2, we unanimously find the Defendant:

    _____ Guilty

    _____ Not Guilty

_____           _____
Date                                                      Foreperson

1