UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-670 |
| v. | : | |
| | : | |
| STEPHEN K. BANNON, | : | |
| | : | |
| Defendant. | : | |

# DEFENDANT'S WITNESS LIST

| Name | Topic | Government Objections |
|---|---|---|
| Robert Costello, Esq. | Testimony about his interactions with the Select Committee and Mr. Bannon. | Objection to testimony about advice or law provided to Defendant per Fed. R. Evid. 401, 402 & 403; Court's Order, ECF No. 49. |
| Hon. Bennie Thompson (MS) Chairman, Select Committee U.S. House of Representatives | Testimony about the establishment and authority of the Select Committee, the issuance of the subpoena, and his interactions with Mr. Bannon. | See Government's Objections to All Witnesses, below. |
| Douglas Letter, Esq. General Counsel U.S. House of Representatives | Testimony about the establishment and authority of the Select Committee and the issuance of the subpoena. | See Government's Objections to All Witnesses, below. |
| Frank D'Amico Special Agent Federal Bureau of Investigation | Testimony about the investigative steps take in this case. | Objection insofar as testimony sought is related to claims of government misconduct in investigating Mr. Costello's role in the offense, for the reasons articulated in Government's motion, ECF Nos. 85 & 101. |
| Kristin Amerling, Esq. Chief Counsel & Deputy Staff Director, Select Committee U.S. House of Representatives | Testimony about the issuance of the subpoena and her interactions with Mr. Bannon. | See Government's Objections to All Witnesses, below. |

| Name | Topic | Government Objections |
|---|---|---|
| David Buckley<br>Staff Director<br>Select Committee<br>U.S. House of Representatives | Testimony about the issuance of the subpoena and his interactions with Mr. Bannon. | See Government's Objections to All Witnesses, below. |
| Sean Tonolli, Esq.<br>Senior Investigative Counsel<br>Select Committee<br>U.S. House of Representatives | Testimony about the issuance of the subpoena and his interactions with Mr. Bannon. | See Government's Objections to All Witnesses, below. |
| Hon. Nancy Pelosi (CA)<br>Speaker of the House<br>U.S. House of Representatives | Testimony about her role in the establishment of the Select Committee, the issuance of the subpoena, and her actions to enforce the subpoena. | See Government's Objections to All Witnesses, below.<br><br>Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. Fed. R. Evid. 401, 402 & 403. |
| Hon. Liz Cheney (WY)<br>Vice-Chair<br>Select Committee<br>U.S. House of Representatives | Testimony about her role in the issuance of the subpoena and her actions to enforce the subpoena. | See Government's Objections to All Witnesses, below. |
| Hon. Pete Aguilar (CA)*<br>Member<br>Select Committee<br>U.S. House of Representatives | Testimony about his role in the issuance of the subpoena and his actions to enforce the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. Fed. R. Evid. 401, 402 & 403.<br><br>See Government's Objections to All Witnesses, below. |
| Hon. Jim Clyburn (SC)*<br>U.S. House of Representatives | Testimony about his submission to the jurisdiction of this Court to make statements regarding the authority of the Select Committee and its issuance of | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena. Fed. R. Evid. 401, 402 & 403. |

| Name | Topic | Government Objections |
|---|---|---|
| | the subpoena. | See Government's Objections to All Witnesses, below. |
| Hon. Steny Hoyer (MD)* U.S. House of Representatives | Testimony about his submission to the jurisdiction of this Court to make statements regarding the authority of the Select Committee and its issuance of the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena. Fed. R. Evid. 401, 402 & 403. See Government's Objections to All Witnesses, below. |
| Hon. Adam Kinzinger (IL)* Member Select Committee U.S. House of Representatives | Testimony about his role in the issuance of the subpoena and his actions to enforce the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. Fed. R. Evid. 401, 402 & 403. See Government's Objections to All Witnesses, below. |
| Hon. Zoe Lofgren (CA)* Member Select Committee U.S. House of Representatives | Testimony about her role in the issuance of the subpoena and her actions to enforce the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. Fed. R. Evid. 401, 402 & 403. See Government's Objections to All Witnesses, below. |
| Hon. Elaine Luria (VA)* Member Select Committee U.S. House of Representatives | Testimony about her role in the issuance of the subpoena and her actions to enforce the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. Fed. R. Evid. 401, 402 & 403. See Government's Objections to All Witnesses, below. |
| Hon. Stephanie Murphy (FL)* Member Select Committee | Testimony about her role in the issuance of the subpoena and her actions to enforce the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. |

| Name | Topic | Government Objections |
|---|---|---|
| U.S. House of Representatives | | Fed. R. Evid. 401, 402 & 403.<br><br>See Government's Objections to All Witnesses, below. |
| Hon. Jamie Raskin (MD)*<br>Member<br>Select Committee<br>U.S. House of Representatives | Testimony about his role in the issuance of the subpoena and his actions to enforce the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. Fed. R. Evid. 401, 402 & 403.<br><br>See Government's Objections to All Witnesses, below. |
| Hon. Adam Schiff (CA)*<br>Member<br>Select Committee<br>U.S. House of Representatives | Testimony about his role in the issuance of the subpoena and his actions to enforce the subpoena. | Defendant has not proffered relevant evidence this witness has about any role in issuance of subpoena or actions to enforce it. Fed. R. Evid. 401, 402 & 403. See Government's Objections to All Witnesses, below. |
| Stephen K. Bannon* | Mr. Bannon will testify about his interactions with Robert Costello, Esq., in connection with the Select Committee subpoena. | Objection to testimony about advice or law provided to Defendant by Mr. Costello or anyone else per Fed. R. Evid. 401, 402 & 403; Court's Order, ECF No. 49. |

**Government's Objections Applying to All Witnesses**

1. The Defendant plans to elicit testimony relating to "the establishment and authority of the Committee" from various witnesses. The Government objects to testimony regarding the Committee's compliance with rules that the Defendant has waived or that are not subject to jury consideration, for reasons cited in the Government pleadings, ECF Nos. 53, 71, 85 & 101, and the Government's objections to jury instructions, ECF Nos. 89 & 90. The Government also objects to testimony regarding issues of pure law, such as the constitutional authority of the Committee, for the reasons cited in the Government's pleadings, ECF Nos. 85 & 101, and the Government's objections to jury instructions, ECF Nos. 89 & 90.

2. The Defendant plans to elicit testimony from various witnesses about their "role in the

issuance of the subpoena." The Government objects to testimony relating to Members of Congress's or the Committee staff's personal opinions of the Defendant, personal motives in voting for the Committee's establishment, or personal motives in supporting the issuance of the subpoena or seeking its enforcement. Fed. R. Evid 401, 402 & 403; *Watkins v. United States*, 354 U.S. 178, 200 (1957) (individual member motives do not invalidate Committee action); *United States v. Libby*, 475 F. Supp. 2d 73, 83 (D.D.C. 2007) (cannot call witness solely to impeach).