UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | |
| | : | Case No: 21-cr-670 |
| v. | : | |
| | : | |
| STEPHEN K. BANNON, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

The Government's exhibit list for its case-in-chief is below. The Government respectfully reserves the right to offer additional exhibits as necessary based on additional pretrial orders, cross-examination of its witnesses at trial, or the Defendant's case-in-chief.

| Exhibit No. | Description | Basis for Admissibility | Defense Objection |
| :--- | :--- | :--- | :--- |
| 1 | House Resolution 503 | Public record describing the scope of the Committee's investigation | No objection. |
| 2 | September 23, 2021 Subpoena to Stephen Bannon | Summons provided to the Defendant | Objection to the cover letter only – hearsay [Fed. R. Evid. 802]. |
| 3 | September 23 and 24, 2021 Emails re Service of Subpoena | Statement of party opponent's agent accepting service of subpoena | No objection. |
| 4 | October 7, 2021 Letter from Costello to Chairman Thompson & Cover Email | Statement of party opponent's agent to Committee refusing compliance | No objection. |
| 5 | October 8, 2021 Letter from Chairman Thompson to Costello | Statement made to Defendant's agent rejecting noncompliance and directing Defendant to comply | Objection – hearsay [Fed. R. Evid. 802] and hearsay within hearsay [Fed. R. Evid. 805]. |
| 6 | October 13, 2021 Letter from Costello | Statement of party opponent's agent to | No objection. |

|     | | | |
| --- | --- | --- | --- |
|     | to Chairman Thompson | Committee refusing compliance | |
| 7   | October 15, 2021 Letter from Chairman Thompson to Costello | Statement made to Defendant's agent rejecting noncompliance and directing Defendant to comply | Objection – hearsay [Fed. R. Evid. 802] and hearsay within hearsay [Fed. R. Evid. 805]. |
| 8   | October 18, 2021 Letter from Costello to Chairman Thompson & Cover Email | Statement of party opponent's agent to Committee | No objection. |
| 9   | October 19, 2021 Letters from Chairman Thompson to Costello | Statements made to Defendant's agent rejecting noncompliance and directing Defendant to comply | Objection – hearsay [Fed. R. Evid. 802] and hearsay within hearsay [Fed. R. Evid. 805]. |
| 10  | September 24, 2021 Post on Stephen Bannon's Gettr Account | Statement of party opponent about subpoena | Objection – hearsay [Fed. R. Evid. 802]. |
| 11A | October 8, 2021 Post on Stephen Bannon's Gettr Account | Statement of party opponent about subpoena compliance | Objection – hearsay [Fed. R. Evid. 802]. |
| 11B | DailyMail Article Linked in October 8, 2021 Post on Stephen Bannon's Gettr Account | Attachment to October 8, 2021, statement of party opponent about subpoena compliance | Objection – hearsay [Fed. R. Evid. 802]. |
| 12A | Toll records for Defendant's T-Mobile number ending in 7048 (September 22 to October 21, 2021) | Certified business records of Defendant's call activity during relevant period | Objection – Fed. R. Evid. 401 & 403 |
| 12B | Toll records for Defendant's T-Mobile number ending in 1293 (September 22 to October 19, 2021) | Certified business records of Defendant's call activity during relevant period | Objection – Fed. R. Evid. 401 & 403 |

| | | | |
|---|---|---|---|
| **12C** | Subscriber records for Defendant's T-Mobile numbers ending in 1293 and 7048 | Certified business records showing subscriber information for numbers used by Defendant | Objection – Fed. R. Evid. 401 & 403. |
| **12D** | Certification of Business Records for Defendant's T-Mobile numbers ending in 1293 and 7048 | Certification of business records | Objection – Fed. R. Evid. 401 & 403. |
| **13** | David Schoen statements at March 16, 2022, Hearing, Tr. at 59:11-14; 60:10-13 | Statement of party opponent's agent about Defendant's lack of mistake in failing to comply with subpoena | Objection – [Fed. R. Evid. 401 & 403]; rule of completeness [Fed. R. Evid. 106]. |