# EXHIBIT 1



DONALD J. TRUMP

July 9, 2022

Stephen K. Bannon
c/o Robert J. Costello, Esquire
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, New York 10158

Dear Steve,

I write about the Subpoena that you received in September 2021 from the illegally constituted Unselect Committee, the same group of people who created the Russia Russia Russia scam, Impeachment hoax #1, Impeachment hoax #2, the Mueller Witch-Hunt (which ended in no "Collusion"), and other fake and never-ending yarns and tales.

When you first received the Subpoena to testify and provide documents, I invoked Executive Privilege. However, I watched how unfairly you and others have been treated, having to spend vast amounts of money on legal fees, and all of the trauma you must be going through for the love of your Country, and out of respect for the Office of the President.

Therefore, if you reach an agreement on a time and place for your testimony, I will waive Executive Privilege for you, which allows for you to go in and testify truthfully and fairly, as per the request of the Unselect Committee of political Thugs and Hacks, who have allowed no Due Process, no Cross-Examination, and no real Republican members or witnesses to be present or interviewed. It is a partisan Kangaroo Court.

Why should these evil, sinister, and unpatriotic people be allowed to hurt and destroy the lives of so many, and cause such great harm to our Country?

It has been, from the time I came down the escalator at Trump Tower, a political hit job against the overwhelming majority of Americans who support the concept and policy of Making America Great Again and putting America First.

Good luck in all of your future endeavors.

Sincerely,

*[signature: Donald Trump]*



**DAVIDOFF HUTCHER & CITRON LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

July 9, 2022

<u>Via Email</u>
Chairman Bennie Thompson
c/o Kirstin Amerling, Esq.
1540 A Longworth HOB
Washington, DC 20515

Re:   <u>Stephen K. Bannon</u>

Dear Chairman Thompson:

On the morning of October 19, 2021, you denied our request for a one week adjournment in light of the filing of a lawsuit by President Donald J.Trump. Later that same day, your Committee voted to recommend Stephen K. Bannon to the full House for a finding of criminal contempt. After that, later that same evening, you wrote to me to make a point that your Committee was always willing to hear Mr. Bannon's testimony should he "change his posture" or should circumstances change.

Mr. Bannon has not had a change of posture or of heart. Mr. Bannon has always been consistent, that because President Trump invoked executive privilege with respect to Mr. Bannon's testimony and the production of requested documents, Mr. Bannon was obligated to honor the President's invocation, unless and until, either your Committee reached a constitutionally required accommodation with President Trump as to the invocation of executive privilege or your Committee obtained a ruling from the Federal District Court that the invocation of executive privilege was improper or did not apply to the particular question or document sought. I consistently informed you that if either of those events took place, Mr. Bannon would comply with the decision.

While Mr. Bannon has been steadfast in his convictions, circumstances have now changed. President Trump has provided us with a letter, which is attached, attesting to the fact that back in October 2021, he did invoke executive privilege with respect to Mr. Bannon's testimony and document production.

Further, in light of the surrounding circumstances, even in the absence of any effort by your Committee to reach the requested accommodation with President Trump,

DAVIDOFF HUTCHER & CITRON LLP

Hon. Bennie Thompson
July 9, 2022
Page 2

President Trump has decided that it would be in the best interests of the American people to waive executive privilege for Stephen K. Bannon, to allow Mr. Bannon to comply with the subpoena issued by your Committee.  Mr. Bannon is willing to, and indeed prefers, to  testify at your public hearing.

    Please contact me so that we can try to reach agreement on the time and place of Mr. Bannon's testimony.

                            Very Truly Yours

                          /s/   Robert J. Costello

00955143