**EXHIBIT 2**

# Congress of the United States of America
# House of Representatives
# Office of the Speaker

## CERTIFICATION

October 21, 2021

The undersigned, The Speaker of the House of Representatives of the United States, pursuant to the attached House Resolution 730, One Hundred Seventeenth Congress, hereby certifies to you the failure and refusal of Stephen K. Bannon to produce documents to or appear for a deposition before the Select Committee to Investigate the January 6th Attack on the United States Capitol of the House of Representatives as directed by subpoena. This failure and refusal is fully shown by the certified copy of the House Report 117–152 of said select committee which is also hereto attached.

Nancy Pelosi,
*Speaker of the House of Representatives.*



# H. Res. 730

## *In the House of Representatives, U. S.,*
*October 21, 2021.*

*Resolved,* That Stephen K. Bannon shall be found to be in contempt of Congress for failure to comply with a congressional subpoena.

*Resolved,* That pursuant to 2 U.S.C. §§ 192 and 194, the Speaker of the House of Representatives shall certify the report of the Select Committee to Investigate the January 6th Attack on the United States Capitol, detailing the refusal of Stephen K. Bannon to produce documents or appear for a deposition before the Select Committee to Investigate the January 6th Attack on the United States Capitol as directed by subpoena, to the United States Attorney for the District of Columbia, to the end that Mr. Bannon be proceeded against in the manner and form provided by law.

2

*Resolved,* That the Speaker of the House shall otherwise take all appropriate action to enforce the subpoena.

Attest:

                                                                             *Clerk.*



•HRES 730 EH

BENNIE G. THOMPSON, MISSISSIPPI
CHAIRMAN

ZOE LOFGREN, CALIFORNIA
ADAM B. SCHIFF, CALIFORNIA
PETE AGUILAR, CALIFORNIA
STEPHANIE N. MURPHY, FLORIDA
JAMIE RASKIN, MARYLAND
ELAINE G. LURIA, VIRGINIA
LIZ CHENEY, WYOMING
ADAM KINZINGER, ILLINOIS



U.S. House of Representatives
Washington, DC 20515

january6th.house.gov
(202) 225-7800

One Hundred Seventeenth Congress
Select Committee to Investigate the January 6th Attack on the United States Capitol

October 19, 2021

Mr. Robert J. Costello
Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158

Dear Mr. Costello,

    I write yet again to urge your client Stephen K. Bannon to change course and comply with the September 23, 2021, subpoena from the Select Committee to Investigate the January 6th Attack on the United States Capitol ("Select Committee").

    As explained in our prior correspondence, your stated reasons for Mr. Bannon's flat refusal to provide documents and appear at a deposition have no legal basis or support. Because of Mr. Bannon's continued refusal to comply with the subpoena, the Select Committee has unanimously voted to recommend that the House of Representatives find Mr. Bannon to be in contempt of Congress. The detailed basis for that recommendation is contained in the Select Committee's report, a copy of which is available at the following link: https://docs.house.gov/Committee/Calendar/ByEvent.aspx?EventID=114156. Should the House of Representatives agree with that recommendation, the Speaker of the House will certify the relevant statement of facts to the United States Attorney for the District of Columbia, "whose duty it shall be to bring the matter before the grand jury for its action." *See* 2 U.S.C. § 194.

    Additionally, President Biden's recently communicated views relating to your client's reliance on executive privilege as a basis for his non-compliance provide further support for the Select Committee's position. As you know, in its October 18, 2021, letter, the Office of the White House Counsel concluded that "at this point we are not aware of any basis for [Mr. Bannon's] refusal to appear for a deposition." The letter further noted that President Biden has "already determined that an assertion of executive privilege is not in the public interest, and therefore is not justified, with respect to certain subjects within the purview of the Select Committee." In short, the current President's statements should remove any doubt regarding the inappropriateness of Mr. Bannon's reliance on assertions of executive privilege as grounds for his noncompliance with the subpoena. Mr. Bannon has no basis in law to continue to defy the appropriate use of congressional subpoena authority.

SKB-000049

US-001018

Mr. Robert J. Costello
Page 2

    These developments underscore the folly of any continuing defiance of the Select Committee subpoena by Mr. Bannon. The Select Committee remains focused on expeditiously obtaining the testimony and documents necessary to meet our responsibilities and we continue to expect immediate compliance by Mr. Bannon. Should Mr. Bannon choose to change his posture, please notify Select Committee staff at 202-225-7800.

    Sincerely,

    Bennie G. Thompson
    Chairman

SKB-000050

US-001019