# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(d), Defendant moves for the admission and appearance of attorney Riane A. White, Esq. *pro hac vice* in the above-captioned matter. This motion is supported by the Declaration of Riane A. White, Esq., filed herewith as Exhibit 1. As set forth in Ms. White's Declaration, Ms. White is admitted to and an active member in good standing of the following courts and bars:

Court of Appeals of Maryland

A Certificate of Good Standing from the Court of Appeals of Maryland is filed herewith as Exhibit 2.

This motion is supported and signed by M. Evan Corcoran, Esq., an active and sponsoring member of the Bar of this Court.

**(Signature block on next page)**

Dated: July 13, 2022      Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

   /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
400 East Pratt Street – Suite 900
Baltimore, MD 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

   /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July 2022, a copy of the foregoing Motion for Admission Pro Hac Vice was served *via* the Court's CM/ECF system on registered parties and counsel.

   /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)