## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Criminal No. 21-cr-00670 (CJN) |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| STEPHEN K. BANNON, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

## ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

The Court has reviewed Defendant's Motion for Admission of Attorney Riane A. White,

Esq. *pro hac vice*. Upon consideration of that motion, the Court grants Riane A. White, Esq. *pro*

*hac vice* admission to this Court.

SO ORDERED.

Dated: July \_\_\_\_, 2022

_____
Hon. Carl J. Nichols
*United States District Judge*