# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    Criminal No. 21-cr-00670 (CJN) <br> : |
| v. | : <br> : |
| STEPHEN K. BANNON | : <br> : |
| *Defendant*. | : <br> : |

**DECLARATION OF RIANE A. WHITE, ESQ. IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

    I, Riane A. White, Esq., pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

    1.    My name, office address, telephone number, and email are as follows:

Riane A. White
Silverman, Thompson, Slutkin & White, LLC
400 West Pratt Street, Suite 900
Baltimore, Maryland 21202
Office Telephone: (410) 385-2225
Email: rwhite@silvermanthompson.com

    2.    I have been admitted to the following courts and bars:

Court of Appeals of Maryland

    3.    I am currently in good standing with all states, courts, and bars in which I am admitted to practice. I have not previously been disciplined by any of the bars in which I am admitted to practice.

    4.    I have not been admitted *pro hac vice* in U.S. District Court for the District of Columbia in the last two years.

5.      I do not have an office located within the District of Columbia and am not a member of the District of Columbia Bar or have a pending application to become a member of the District of Columbia Bar.

6.      A Certificate of Good Standing from the Court of Appeals of Maryland is attached herewith as Exhibit 2.

Executed on this 12th day of July 2022.        /s/ Riane A. White
                                                RIANE A. WHITE
                                                Maryland CPF No. 1912180012

2