# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-670 |
| v. | : | |
| | : | |
| STEPHEN K. BANNON, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

| Exhibit No. | Description | Date | Basis of Admissibility | Objections |
|---|---|---|---|---|
| 1A | Subpoena to Stephen K. Bannon (US-000303-000312) | September 23, 2021 | Relevant if redactions are made. | No objection. |
| 1B | Subpoena to Stephen K. Bannon (US-000303-000312) REDACTED | September 23, 2021 | Relevant (as redacted). | No objection. |
| 2 | FBI 302 report of November 2, 2021, interview with K. Amerling (US-000245-000252) | November 10, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay. |
| 3 | Email from S. Tonolli to K. Amerling. (US-000317-000318) | October 13, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay. |

| | | | | |
|---|---|---|---|---|
| 4 | Transcript of Official Proceeding. (US-000397-000403) | October 14, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Irrelevant. |
| 5 | Email correspondence of K. Amerling (US-001143-001144) | November 5, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay. |
| 6 | RESERVED | | . | |
| 7 | H. Res. 8, 117th Cong. | January 4, 2021 | Official government document. | Irrelevant depending on purpose for which it is offered. |
| 8 | H. Res. 730, 117th Cong. (US-000459-000504) | October 21, 2021 | Official government document. | Irrelevant. |

| | | | | |
|---|---|---|---|---|
| 9A | 117th Congress Regulations for Use of Deposition Authority (H41) | January 4, 2021 | Official government document. | No objection. |
| 9B | RESERVED | | | |
| 10 | J. Clark Letter (US-000971-000972) | October 6, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay depending on purpose for which it is offered; irrelevant subject to Court's order. |
| 11 | FBI 302 report of November 2, 2021, interview of S. Tonolli. (US-000358-000362) | November 10, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay. |
| 12A | Email from S. Tonolli to R. Costello. (US-000388) | October 13, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Unclear for what purpose this is being offered; we may object based on Rule 801/802: Hearsay or relevance grounds. |

| 12B | Email from R. Costello to S. Tonolli. (US-000391-000394) | October 13, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | No objection. |
|---|---|---|---|---|
| 12C | Email from S. Tonolli to R. Costello. (US-000395-000396) | October 13, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Irrelevant depending on purpose for which it is offered. |
| 13 | FBI Record Receipt for Property. (US-000946-000963) | November 2, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Irrelevant subject to Court's order. |
| 14 | FBI 302 report memorializing Costello meeting. (US-001769-001782) | November 11, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay. |
| 15 | Handwritten notes of FBI Special Agent S. Hart (US-000325-000337) | November 2, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay. |

| 16 | Email from FBI Special Agent S. Hart to Special Agent F. D'Amico. (US-002305-002310) | November 10, 2021 | Relevant. [Fed. R. Evid. 401, 402]. | Rule 801/802: Hearsay. |

 

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

    By: */s/ Amanda R. Vaughn*
       J.P. Cooney (D.C. 494026)
       Molly Gaston (VA 78506)
       Amanda R. Vaughn (MD)
       Assistant United States Attorneys
       United States Attorney's Office
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 252-1793 (Vaughn)
       amanda.vaughn@usdoj.gov