**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-670 (CJN) |
| v. | : | |
| STEPHEN K. BANNON, | : | |
| *Defendant.* | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Riane A. White and Silverman Thompson Slutkin White

LLC as counsel for Defendant, Stephen K. Bannon in the above captioned matter.

Dated: July 15, 2022                  Respectfully submitted,

                         **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                            /s/ Riane A. White
                         M. Evan Corcoran (D.C. Bar No. 440027)
                         Riane A. White (*Pro Hac Vice*)
                         400 East Pratt Street – Suite 900
                         Baltimore, MD 21202
                         Telephone: (410) 385-2225
                         Facsimile: (410) 547-2432
                         Email: ecorcoran@silvermanthompson.com

                            /s/ David I. Schoen
                         David I. Schoen (D.C. Bar No. 391408)
                         David I. Schoen, Attorney at Law
                         2800 Zelda Road, Suite 100-6
                         Montgomery, Alabama 36106
                         Telephone: (334) 395-6611
                         Facsimile: (917) 591-7586
                         Email: schoenlawfirm@gmail.com

                         *Counsel for Defendant Stephen K. Bannon*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 15th day of July 2022, a copy of the foregoing Entry of

Appearance was served *via* the Court's CM/ECF system on registered parties and counsel.


          /s/ Riane A. White

Riane A. White (*Pro Hac Vice*)