# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-670 (CJN) |
| v. | : | |
| STEPHEN K. BANNON, | : | |
| *Defendant*. | : | |

## ORDER

Upon consideration of the arguments stated on the record on July 21, 2022, it is hereby

**ORDERED** that Defendant's Rule 29 Motion for Judgment of Acquittal is **GRANTED**.

      **SO ORDERED.**

_____
Hon. Carl J. Nichols
*United States District Judge*

Dated: