## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

### DEFENDANT'S NOTICE REGARDING CONGRESSIONAL HEARINGS

At the pretrial conference in the above-captioned case, the question of how to bring it to the Court's attention if Congressional hearings occurred during the trial that raised a relevant issue concerning publicity and any possible impact on the jury was discussed. The Court advised that it would consider the Defendant to have a continuing objection [July 14, 2022 Tr. at 25] and that any additional relevant evidence appropriately would be raised by either a motion or a notice identifying the matter at issue. [July 14, 2022 Tr. at 25-26]. That is the purpose of this Notice.

During the prime-time television viewing hours, beginning at 8:00 p.m. on July 21, 2022, and widely broadcast across cable and network television, Select Committee hearings were conducted, in the same manner as earlier identified. The July 21, 2022, televised hearings included a feature segment on the Defendant Stephen K. Bannon of a particularly inflammatory nature. The following is a link to the video and audio segment, narrated by Representative Cheney:

https://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=868196e1-a298-44bd-a1a5-8e1a419fffa5.

The nature and substance of the segment present a significant cause for concern regarding possible prejudice to Mr. Bannon's constitutional fair trial rights and right to a jury trial if a juror viewed the segment of was made aware of it in some manner. The question is how to address the matter.

This case is at a stage in which the evidence has closed and the trial will move into closing argument, jury instructions, and deliberations. During the proceedings held on July 21, 2022, outside the presence of the jury, a concern was raised in advance about the broadcast of the hearings at issue and a discussion was held among all parties and the Court about whether and in what manner, if at all, to broach the subject with the jury in advance. The Court addressed the matter, by reminding the jury once again not to watch TV, etc., consistent with the views of the defense that this would be the most prudent way to handle this development, rather than highlighting it and perhaps increasing the chances that, once highlighted, it would become a factor in a juror's mind. [July 21, 2022, Tr. at 94-97]. The defense continues to believe that the Court handled it in the most appropriate manner under all attending circumstances.

At the time of the discussion as to how to address the matter in advance, the exact substantive coverage of the widely advertised prime-time hearing was not known. Now that we know that it included a highly inflammatory segment featuring Mr. Bannon, the question arises as to whether jurors should be questioned about any exposure to the piece. An associated concern is whether a juror might be reticent to acknowledge having seen the broadcast or having heard about or discussed it if she or he believes she or he might have run afoul of a rule and be in trouble with the Court.

The Defendant respectfully requests, subject to the Court's experienced view on how best to address the matter, that there should be some inquiry, while assuring the jurors of the

importance of candor and that they will not suffer negative consequences if they acknowledge exposure to the broadcast or its subject.

The defense also would like to give the Court notice that CNN that, upon information and belief, has advertised that it is rebroadcasting on July 22, 2022, its Special Report on Mr. Bannon that originally aired on July 17, 2022.

Dated: July 22, 2022                                     Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

     /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)
Riane A. White (*pro hac vice*)
210 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com


     /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

*Counsel for Defendant Stephen K. Bannon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2022, a copy of the foregoing Notice was served *via* the Court's CM/ECF system on all properly registered parties and counsel.

     /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)