# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | :  Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

## NOTICE OF DEFENDANT'S OBJECTION TO JURY INSTRUCTION NUMBER 27

Following closing arguments, the Court gave the jury an additional instruction. Without having a copy of the instruction or a real time transcript, we cannot quote directly from the instruction. However, a specific part of the instruction to which the defense objects relates to the Court's comment concerning a discussion of the rules during Mr. Corcoran's closing argument and the objection to it. The instruction certainly implied, if not outrightly asserted, that the argument was improper and should be disregarded. Respectfully, the Defendant does not believe the instruction was appropriate and believes that it unfairly targeted the Defendant's closing argument and risks unfairly prejudicing the jury.

The argument at issue concerned a reference to a factual issue concerning the provision of a copy of section Rule 3(b) pursuant to ¶11 of the 117th Congress's Regulations for Use of Deposition Authority. First, this was one narrow area which the Court had suggested in a pre-trial ruling might well be an area the defense can pursue and argue – the attending factual dispute - [July 11, 2022 Tr. at 132]. Secondly, there was testimony at trial directly concerning this factual dispute, with Ms. Amerling testifying that Mr. Bannon "… was not provided a copy of that paragraph that day." [July 20, 2022 Tr. at 712]. And of course, Defense Exhibit 9-B, used

in the course of that part of the examination of Ms. Amerling, was admitted into evidence. [July 20, 2022 Tr. at 712-713].

The argument on this issue at close was proper argument, justified by the trial record and the Court's previous ruling. Instruction 27, to the extent it focused on the Rules references in the closing argument and directed the jury to ignore the argument or suggested defense counsel did something wrong by going into that area, was unfairly prejudicial in violation of the Defendant's constitutional fair trial rights, including his right of confrontation, right to effective assistance of counsel, and right to a jury trial and the rights associated with the granting of the motion to quash, including the right to compulsory process, argued on July 21, 2022. Counsel for Mr. Bannon was precluded during closing by the Court's ruling during closing argument from addressing the jury about a key piece of evidence that went to the credibility of the Government's key witness, Ms. Amerling.

Dated: July 22, 2022                                  Respectfully submitted,

                                                      **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                                                            /s/ M. Evan Corcoran
                                                      M. Evan Corcoran (D.C. Bar No. 440027)
                                                      Riane A. White (*pro hac vice*)
                                                      210 N. Charles Street, 26th Floor
                                                      Baltimore, MD 21201
                                                      Telephone: (410) 385-2225
                                                      Facsimile: (410) 547-2432
                                                      Email: ecorcoran@silvermanthompson.com

                                                            /s/ David I. Schoen
                                                      David I. Schoen (D.C. Bar No. 391408)
                                                      David I. Schoen, Attorney at Law
                                                      2800 Zelda Road, Suite 100-6
                                                      Montgomery, Alabama 36106
                                                      Telephone: (334) 395-6611
                                                      Facsimile: (917) 591-7586
                                                      Email: schoenlawfirm@gmail.com

                                                      *Counsel for Defendant Stephen K. Bannon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2022, a copy of the foregoing Objection to Instruction 27 was served *via* the Court's CM/ECF system on all properly registered parties and counsel.

                                            /s/ M. Evan Corcoran
                                    M. Evan Corcoran (D.C. Bar No. 440027)