| Government | ✓ | | United States | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | | VS. | | Civil/Criminal No. | 21-cr-670 (CJN) |
| Defendant | ☐ | | Stephen K. Bannon | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | House Resolution 503 | 7/19/22 | 7/19/22 | Kristin Amerling | 7/22/2022 |
| 2 | September 23, 2021 Subpoena to Stephen Bannon | 7/19/22 | 7/19/22 | Kristin Amerling | 7/22/2022 |
| 3 | September 23 and 24, 2021 Emails re Service of Subpoena | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 4 | October 7, 2021 Letter from Costello to Chairman Thompson and Cover Email | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 5 | October 8, 2021 Letter from Chairman Thompson to Costello | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 6 | October 13, 2021 Letter from Costello to Chairman Thompson | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 7 | October 15, 2021 Letter from Chairman Thompson to Costello | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 8 | October 18, 2021 Letter from Costello to Chairman Thompson and Cover Email | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 9 | October 19, 2021 Letters from Chairman Thompson to Costello | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 10 | September 24, 2021 Post on Stephen Bannon's Gettr Account | 7/20/22 | 7/20/22 | Stephen Hart | 7/22/2022 |

| Government | ✓ | | | |
|---|---|---|---|---|
| Plaintiff | ☐ | | | |
| Defendant | ☐ | | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

United States
vs.
Stephen K. Bannon

Civil/Criminal No. 21-cr-670 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11A | October 8, 2021 Post on Stephen Bannon's Gettr Account | 7/20/22 | 7/20/22 | Stephen Hart | 7/22/2022 |
| 11B | DailyMail Article Linked in October 8, 2021 Post on Stephen Bannon's Gettr Account | 7/20/22 | 7/20/22 | Stephen Hart | 7/22/2022 |
| 12A | Toll records for T-Mobile number ending in 7048 | | | | |
| 12B | Toll records for T-Mobile number ending in 1293 | | | | |
| 12C | Subscriber records for T-Mobile numbers ending in 1293 and 7048 | | | | |
| 12D | Certification of Business Records for T-Mobile numbers ending in 1293 and 7048 | | | | |
| 13 | David Schoen statements at March 16, 2022 Hearing, Tr. at 59:11-14; 60:10-13 | | | | |