| | |
|---|---|
| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States of America

VS.

Stephen K. Bannon

Civil/Criminal No.  21-cr-670

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1A | Subpoena to Stephen K. Bannon (US-000303-000312) | | | | |
| 1B | Subpoena to Stephen K. Bannon (US-000303-000312)- REDACTED | | | | |
| 2 | FBI 302 report of November 2, 2021 interview with K. Amerling (US-000245-000252) | 7/20/22 | | Kristin Amerling | |
| 3 | October 13,2021 Email, from S. Tonolli to K. Amerling (US-000317-000318) | | | | |
| 4 | Transcript of Official Proceeding. (US-000397-000403) | | | | |
| 5 | November 5, 2021, Email correspondence of K. Amerling (US-001143-001144) | | | | |
| 6 | RESERVED | | | | |
| 7 | H. Res. 8, 117th Cong. | | | | |
| 8 | H. Res. 730, 117th Cong. (US-000459-000504) | 7/20/22 | | Kristin Amerling | |
| 9A | 117th Congress Regulations for Use of Deposition Authority (H41)☐ | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

United States of America

VS.

Stephen K. Bannon

Civil/Criminal No. 21-cr-670

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 9B | RESERVED | 7/20/22 | 7/20/22 | Kristin Amerling | 7/22/2022 |
| 10 | J. Clark Letter dated October 6, 2021 (US-000971-000972) | | | | |
| 11 | FBI 302 report of November 2, 2021, interview of S. Tonolli. (US-000358-000362) | | | | |
| 12A | October 13, 2021, email from S. Tonolli to R. Costello. (US-000388) | | | | |
| 12B | October 13, 2021, email from R. Costello to S. Tonolli. (US-000391-000394) | | | | |
| 12C | October 13, 2021, email from S. Tonolli to R. Costello. (US-000395-000396) | | | | |
| 13 | FBI Record Receipt for Property. (US-000946-000963) | | | | |
| 14 | FBI 302 report memorializing Costello meeting. (US-001769-001782) | | | | |
| 15 | Handwritten notes of FBI Special Agent S. Hart (US-000325-000337) | | | | |
| 16 | November 10, 2021, email from FBI Special Agent S. Hart to Special Agent F. D'Amico | | | | |

| | | United States of America | | | Civil/Criminal No. | CR 21-670 (CJN) |

Government [ ]
Plaintiff [ ]
Defendant [✔]
Joint [ ]
**Court** [ ]

United States of America

**VS.**

Stephen K. Bannon

Civil/Criminal No. CR 21-670 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 30 | July 9, 2022 Letter from Former President Donald Trump to Stephen K. Bannon | 7/20/2022 | 7/20/2022 | Kristin Amerling | 7/22/2022 |
| 31 | July 9, 2022 Letter from Robert J. Costello to Chairman Bennie Thompson | 7/20/2022 | 7/20/2022 | Kristin Amerling | 7/22/2022 |
| 32 | July 14, 2022 Letter from Chairman Bennie Thompson to Robert J. Costello | 7/20/2022 | 7/20/2022 | Kristin Amerling | 7/22/2022 |
| 39 | Article from Rolling Stone dated 9/24/2021 | 7/20/22 | 7/20/22 | Stephen Hart | 7/22/2022 |
| 40 | Daily Mail Article dated 10/8/2021 | 7/20/22 | 7/20/22 | Stephen Hart | 7/22/2022 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |