CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Stephen K. Bannon

Civil/Criminal No.: CR 21-670 (CJN)

## NOTE FROM JURY

We have reached a verdict on both counts.

Date: 7/22/22

Time: 2:15

FOREPERSON