**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN K. BANNON,<br><br>*Defendant.* | Criminal Action No. 1:21-cr-00670 (CJN) |

## VERDICT FORM

**Count 1 (Contempt of Congress – Willful Failure to Appear for Testimony)**

As to Count 1, we unanimously find the Defendant:

__✓__ Guilty

_____ Not Guilty

**Count 2 (Contempt of Congress – Willful Failure to Provide Records)**

As to Count 2, we unanimously find the Defendant:

__✓__ Guilty

_____ Not Guilty

__7/22/22__
Date

_____
Foreperson