UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>STEPHEN K. BANNON,<br><br>    *Defendant*. | Criminal Action No. 1:21-cr-00670 (CJN) |

## ORDER

This matter is before the Court on two of Defendant's Motions, which were made or renewed during the trial in this matter. The first is Defendant's Motion for Judgment of Acquittal, which was also memorialized in a filing on July 21, 2022, *see* ECF No. 125. The second is Defendant's renewed Motion to Dismiss the Case, *see* Mot. to Dismiss the Case, ECF No. 116, which the Court had previously denied without prejudice to its being renewed after the government had rested its case-in-chief. *See* Trans. of July 19, 2022 (p.m.) at 64:12–21 (denying the Motion without prejudice to subsequent renewal at trial); Trans. of July 21, 2022 (a.m.) at 28:9–11 (acknowledging the Motion had been renewed).

Accordingly, it is

**ORDERED** that the Motion for Judgment of Acquittal, ECF No. 125, is **DENIED**. The Court concludes that the evidence presented in the government's case was sufficient to sustain a conviction. The only reason the Court did not make this ruling on the record at the time the Motion was made orally was the Court's concern about the risk of potential jury bias, as the Court articulated on the record. *See, e.g.*, Trans. of July 21, 2022 (a.m.) at 27:23–28:8.

As to the Defendant's renewed Motion to Dismiss the Case, however, the Court believes that it would benefit from further briefing. It is thus further

**ORDERED** that on or before August 5, 2022, the Defendant shall file a brief of no more than 15 pages in further support of his renewed Motion to Dismiss the Case. The government may file a response, also not to exceed 15 pages, on or before August 12, 2022. A reply, if any, shall be filed on or before August 19, 2022, and shall not exceed 7 pages.

**IT IS SO ORDERED**.

DATE: July 27, 2022

CARL J. NICHOLS
United States District Judge