← Post

| Log In | Sign Up |

**WarRoom — Home of ultraMAGA** ✓
@WarRoom · Jul 15

WarRoom Posse: CNN reveals 'The Master Plan' Sunday Night LIVE 8pm EDT



00:12

Posted on 11:00 AM · Jul 15th, 2022

**889** Likes    **391** Reposts

**Trump454545** @Trump454545 · Jul 19
Replying to @WarRoom
OUR MAN            @SteveBannon

💬 0    👍 0    🔁 0

**philipjb** @philipjb · Jul 18
Replying to @WarRoom

Have your own opinion to voice out?
GETTR opens your way to new experiences.

| Log In | Sign Up |

We use necessary cookies to make our site work. We would like to set additional cookies to understand site usage and remember your settings. We also use cookies set by other sites to help deliver content from their services. Learn More

Accept All Cookies

Refuse Non-Essential Cookies