# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 21-CR-00670 (CJN) |
| STEPHEN K. BANNON, | |
| *Defendant*. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.6(c), I, Stacie M. Fahsel, currently listed as counsel for Movant the United States House of Representatives in the above-captioned case, move to withdraw as counsel. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the electronic filing system. The Movant will continue to be represented by the other attorneys who have entered appearances in this matter.

Respectfully submitted,

*/s/ Stacie M. Fahsel*
Stacie M. Fahsel (D.C. Bar No. 1034314)
  *Associate General Counsel*

Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Stacie.Fahsel@mail.house.gov

July 29, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused the foregoing Motion to Withdraw as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Stacie M. Fahsel*
Stacie M. Fahsel