**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 21-670 (CJN) |
| | : | |
| v. | : | |
| | : | |
| STEPHEN K. BANNON, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

**CONSENT MOTION TO EXTEND FILING DEADLINE**

Defendant Stephen K. Bannon, by and through his undersigned counsel, respectfully asks this Court to extend through noon on Monday, October 17, 2022, the deadline for the parties to file their sentencing memoranda. In support of this Motion we state as follows:

1.    Sentencing is scheduled for October 21, 2022.

2.    The final presentence investigation report (PSR) was docketed at 12:45 pm on October 14, 2022.

3.    The current deadline for the parties to file their sentencing memoranda is October 14, 2022.

4.    Counsel for Mr. Bannon requests additional time to review the final PSR and consult with Mr. Bannon prior to filing a sentencing memorandum. *See*, *e.g*., United States Sentencing Guidelines, Resolution of Disputed Factors (Policy Statement) §6A1.3(a) ("[w]hen any factor important to the sentencing determination is reasonably in dispute, the parties shall be given an adequate opportunity to present information to the court regarding that factor.").

5.      Counsel for Mr. Bannon communicated with counsel for the Government by email and telephone and ascertained that the Government does not oppose this request.

Wherefore, we respectfully request that this Court grant this Consent Motion To Extend Filing Deadline.

Dated: October 14, 2022                    Respectfully submitted,

                                           SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

                                               /s/ M. Evan Corcoran
                                           M. Evan Corcoran (D.C. Bar No. 440027)
                                           Riane A. White (*pro hac vice*)
                                           400 East Pratt Street – Suite 900
                                           Baltimore, MD 21202
                                           Telephone: (410) 385-2225
                                           Facsimile: (410) 547-2432
                                           Email: ecorcoran@silvermanthompson.com

                                               /s/ David I. Schoen
                                           David I. Schoen (D.C. Bar No. 391408)
                                           David I. Schoen, Attorney at Law
                                           2800 Zelda Road, Suite 100-6
                                           Montgomery, Alabama 36106
                                           Telephone: (334) 395-6611
                                           Facsimile: (917) 591-7586
                                           Email: schoenlawfirm@gmail.com

                                           *Counsel for Defendant Stephen K. Bannon*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14 day of October 2022, a copy of the foregoing Motion To Extend Filing Deadline was served *via* the Court's CM/ECF system on registered parties and counsel.

<u>  /s/ M. Evan Corcoran</u>
M. Evan Corcoran (D.C. Bar No. 440027)