# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

## **ORDER**

Upon consideration of Defendant's Consent Motion To Extend Filing Deadline, it is hereby **ORDERED** that the parties shall have until noon on Monday, October 17, 2022, to file their sentencing memoranda in the above-captioned matter.

_____
Hon. Carl J. Nichols
*United States District Judge*

Dated: