**From:** "Costello, Robert J." <rjc@dhclegal.com>
**To:** Joseph Cooney <Joseph.Cooney@usdoj.gov>
**Subject:** [EXTERNAL] Costello Text messages
**Date:** 2021-11-05 16:14:04 -0500
**Importance:** Normal
**Inline-Images:** IMG_6672.PNG

---





Sent from my iPhone

SKB-000118

US-001087