**From:** "Costello, Robert J." <rjc@dhclegal.com>

**To:** "'Joseph.Cooney@usdoj.gov'" <Joseph.Cooney@usdoj.gov>

**Subject:** [EXTERNAL] FW: Transfer file from "Epson Connect Scan to Cloud"

**Date:** Wed, 3 Nov 2021 22:25:00 +0000

**Importance:** Normal

**Attachments:** Epson_10132021091453.pdf

-----Original Message-----
From: Costello, Robert J.
Sent: Wednesday, October 13, 2021 12:35 PM
To: 'Justin.Clark@ElectionLawLLC.com' <████████████████████████>
Subject: FW: Transfer file from "Epson Connect Scan to Cloud"

Justin,

   Attached is the letter I received from Congressman Bennie Thompson on behalf of the Select Committee of the House, responding to my previous letter.  The Committee is taking the position that  President Trump has not yet invoked executive and other privileges with respect to the subpoenas received by Steve Bannon and three others calling for documents and testimony.  I direct your attention to the first full paragraph of the letter where Thompson states that : "the Select Committee has not received any assertion, formal or otherwise, of any privilege from Mr. Trump."

   Apparently they do not recognize your letter to the subpoena recipients as an invocation of executive and other privileges.  I would strongly suggest that a direct communication from you on behalf of President Trump would clarify the President's position with respect to the document requests and the deposition requests.

Very truly yours,

Bob

Costello

IMPORTANT NOTICE: Beware of Cyber Fraud. You should NEVER wire money to any bank account that our office provides to you via email without first
speaking with our office. Further, DO NOT accept emailed wire instructions from anyone else without voice verification from a known employee of our office.
Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Be particularly wary of any request to change wire instructions you already received.

***************************************************************************

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any
attachments to this message are intended for the exclusive use of the
addressee(s) and may contain confidential or privileged information.
If you are not the intended recipient, please notify us immediately
by email reply to sender or by telephone to Davidoff Hutcher & Citron
LLP at (800) 793-2843, ext. 3284, and destroy all copies of this
message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform
you that any discussion of a federal tax issue contained in this
communication (including any attachments) is not intended or written
to be used, and it cannot be used, by any recipient for the purpose of
(i) avoiding penalties that may be imposed on the recipient under
United States federal tax laws, or (ii) promoting, marketing or
recommending to another party any tax-related matters addressed herein.

SKB-000030

US-000999