### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN K. BANNON,<br><br>        Defendant.<br><br>CABLE NEWS NETWORK, INC., et al.,<br><br>        Proposed Intervenors. | Case No. 21-cr-670 |

### UPDATE TO CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, undersigned counsel for the Press Coalition hereby submits and certifies the following update to the disclosure of CBS Broadcasting Inc.:

**CBS Broadcasting Inc.,** is an indirect, wholly owned subsidiary of Paramount Global. Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. In addition, Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock, i.e., Class A and Class B on a combined basis, as reported on a Form 13F filed with the Securities and Exchange Commission on August 15, 2022.

2

Dated: October 20, 2022                  Respectfully submitted,

                                                       BALLARD SPAHR LLP

                                                      /s/ *Charles D. Tobin*
                                                      Charles D. Tobin (#455593)
                                                      Maxwell S. Mishkin (#1031356)
                                                      Lauren Russell (#1697195)
                                                      1909 K Street, NW, 12th Floor
                                                      Washington, DC 20006
                                                      Telephone: (202) 661-2200
                                                      Fax: (202) 661-2299
                                                      tobinc@ballardspahr.com
                                                      mishkinm@ballardspahr.com
                                                      russelll@ballardspahr.com

                                                      *Counsel for the Press Coalition*