IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

## MOTION TO CONSOLIDATE CASES

Defendant Stephen K. Bannon, through his undersigned counsel, respectfully moves this Court for an Order consolidating the case styled *In Re: Non-Party Subpoenas*, 1:22-mc-00060-CJN with the instant case, so that all filings in that directly related case will be part of the record on appeal in this case. The Court consolidated the two cases for oral argument [See Minute Order of July 6, 2022 in 1:22-mc-00060-CJN]; but the two cases have not been formally consolidated for all purposes. It is likely that in discussing the issues to be raised on appeal in the instant case, reference will be made to filings in that related or "spin-off" Miscellaneous case and consolidation will facilitate the transmission of a complete record to the Court of Appeals.

On June 13, 2022, non-party recipients of subpoenas issued by the Defendant filed a motion to quash those subpoenas. Rather than litigating the matter in the context of the instant case, the Court opened a directly related Miscellaneous case, solely as a vehicle for filings related to the motion to quash. A response in opposition to the motion to quash and a reply in further support of the motion to quash were filed in that Miscellaneous case. [Docs. 1, 7, & 8].

As noted, the Miscellaneous case was then consolidated with the instant case for the July 11, 2022 oral argument and further pleadings related to the motion to quash and the Court's Order

1

granting it were litigated in the instant case. No final judgment was filed in the Miscellaneous case because it was opened solely for the described limited purpose.

Rule 42(a) of the Federal Rules of Civil Procedure expressly authorizes the consolidation of cases with common issues of fact or law for purposes that certainly apply here; but of course, this is a criminal case. LCr.R 57.6 provides a procedure for a non-party to follow when seeking to make a filing related to a pending case and provides a district judge with the authority to determine how to proceed in such a circumstance. In this case, of course, the Court decided the best course was to open a Miscellaneous case.

There is no question the two are related cases by any definition. Defendant is aware of no impediment to the requested relief. The Court clearly has the authority to consolidate the two cases and enjoys broad discretion in such matters. *Hall v. Hall*, -- U.S. --, 138 S. Ct. 1118, 200 L.Ed. 2d 399 (2018).

Mr. Bannon respectfully asks the Court to consolidate the two directly related cases for all purposes, in order to facilitate the transmission of the record on appeal and reference on appeal to the filings in the Miscellaneous case that will be relevant to issues on appeal.

Dated: November 3, 2022                              Respectfully submitted,

                                                                                  **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                                                                                   /s/ M. Evan Corcoran
                                                                      M. Evan Corcoran (D.C. Bar No. 440027)
                                                                      210 N. Charles Street, 26th Floor
                                                                      Baltimore, MD 21201
                                                                      Telephone: (410) 385-2225
                                                                      Facsimile: (410) 547-2432
                                                                      Email: ecorcoran@silvermanthompson.com

           /s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)
David I. Schoen, Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (334) 395-6611
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

*Counsel for Defendant Stephen K. Bannon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2022, a copy of the foregoing MOTION TO CONSOLIDATE CASES was served *via* the Court's CM/ECF system on registered parties and counsel.

           /s/ M. Evan Corcoran
M. Evan Corcoran (D.C. Bar No. 440027)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 21-670 (CJN) |
| v. | : |
| STEPHEN K. BANNON, | : |
| *Defendant*. | : |

## ORDER

Upon consideration, it is hereby **ORDERED** that Defendant's Motion To Consolidate cases is **GRANTED**.

**SO ODERED.**

_____
Hon. Carl J. Nichols
*United States District Judge*

Dated: