UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL NO. 21-cr-670 (CJN) |
| : | |
| STEPHEN K. BANNON : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that the government will be represented in the above-captioned matter by Assistant United States Attorney Christopher R. Howland, who will join the other counsel for the government who have previously filed their appearances in the case.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar Number 481052

    By: */s/ Christopher R. Howland*
    Christopher R. Howland (DE Bar 5556)
    Assistant United States Attorney
    Fraud, Public Corruption, and Civil Rights Section
    United States Attorney's Office
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 252-7106
    Christopher.Howland@usdoj.gov

Dated: November 4, 2022