# EXHIBIT 1

**From:** DCD_ECFNotice@dcd.uscourts.gov,
**To:** DCD_ECFNotice@dcd.uscourts.gov,
**Subject:** Activity in Case 1:21-cr-00670-CJN USA v. BANNON Judgment
**Date:** Mon, Oct 31, 2022 10:44 am

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 10/31/2022 at 10:44 AM and filed on 10/21/2022
**Case Name:**     USA v. BANNON
**Case Number:**   1:21-cr-00670-CJN
**Filer:**
**Document Number:** 161

**Docket Text:**
**JUDGMENT as to STEPHEN K. BANNON. Statement of Reasons Not Included. Signed by Judge Carl J. Nichols on 10/21/2022. (zstd)**


**1:21-cr-00670-CJN-1 Notice has been electronically mailed to:**

Stanley McKennett Brand     stanleymbrand@gmail.com

Matthew Evan Corcoran     ecorcoran@silvermanthompson.com, efiling@silvermanthompson.com

David I. Schoen     dschoen593@aol.com

Charles D. Tobin     tobinc@ballardspahr.com, LitDocket_East@ballardspahr.com, mendezc@ballardspahr.com, mishkinm@ballardspahr.com

Eric Randal Columbus     eric.columbus@mail.house.gov

J.P. Cooney     joseph.cooney@usdoj.gov, CaseView.ECF@usdoj.gov, USADC.CriminalDocket@USDOJ.gov, USADC.ECFFraud@USDOJ.gov, USADC.ECFPCCR@usdoj.gov, amanda.rohde@usdoj.gov

Todd Barry Tatelman     todd.tatelman@mail.house.gov, ogc.ecf@mail.house.gov

Stanley Edmund Woodward, Jr     stanley@brandwoodwardlaw.com, mark@brandwoodwardlaw.com, meghan@brandwoodwardlaw.com

Amanda Rose Vaughn     amanda.vaughn@usdoj.gov, joseph.mcclanahan@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecfpccr@usdoj.gov

Maxwell S. Mishkin    mishkinm@ballardspahr.com, LitDocket_East@ballardspahr.com

Michelle S. Kallen    MKallen@jenner.com, 4043426420@filings.docketbird.com, docketing@jenner.com

Molly Gulland Gaston    molly.gaston@usdoj.gov, CaseView.ECF@usdoj.gov, Chad.Byron@usdoj.gov, USADC.CriminalDocket@USDOJ.gov, USADC.ECFFraud@USDOJ.gov, USADC.ecfpccr@usdoj.gov, amanda.rohde@usdoj.gov

Douglas N. Letter    douglas.letter@mail.house.gov, ogc.ecf@mail.house.gov

Lauren Russell    russelll@ballardspahr.com

Stacie Marion Fahsel    stacie.fahsel@mail.house.gov

Riane A. White    rwhite@silvermanthompson.com

**1:21-cr-00670-CJN-1 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/31/2022] [FileNumber=7998062-0
] [ab915dfea8cb3f0cb3229a985d1b1dd37c328fbddb85bbc28a8de19c481669f1343
448325cf80bf61f2380791897c5ca31d883dd679f13c217a8db621391331a]]