UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHEN K. BANNON,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-0670 (CJN) |

## ORDER STAYING SENTENCE PENDING APPEAL

Pursuant to 18 U.S.C. § 3143(b), and as the Court explained at the Defendant's sentencing hearing, the Court finds that Defendant Stephen K. Bannon (a) is not likely to flee or pose a danger to the safety of any other person or the community if released and (b) that his appeal is not taken for the purpose of delay but rather raises a substantial question of law that is likely to result in a reversal or an order for a new trial.

Accordingly, it is

**ORDERED** that the sentence in this case shall be STAYED pending Stephen K. Bannon's appeal of his conviction, *see* ECF No. 166.

DATE: November 7, 2022

*[signature]*
CARL J. NICHOLS
United States District Judge

1