## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                    CR Action
                                    No. 1:21-670

        vs.                         Washington, DC
                                    July 18, 2022
STEPHEN K. BANNON,
                                    9:26  a.m.
            Defendant.


        TRANSCRIPT OF JURY TRIAL - DAY 1 - MORNING SESSION
            **BEFORE THE HONORABLE CARL J. NICHOLS**
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the U.S.:**          **AMANDA ROSE VAUGHN**
                       **MOLLY GULLAND GASTON**
                        U.S. ATTORNEYS OFC. FOR D.C.
                        555 4th Street NW
                        Washington, DC  20001
                        202-252-1793


**For the Defendant:**     **DAVID I. SCHOEN**
                        DAVID I. SCHOEN, ATTORNEY AT LAW
                        2800 Zelda Road, Suite 100-6
                        Montgomery, AL  36106
                        334-395-6611

                       **MATTHEW EVAN CORCORAN**
                        SILVERMAN THOMPSON SLUTKIN WHITE
                        201 N. Charles Street, 25th Floor
                        Baltimore, MC  21201
                        410-385-2225


**Reported By:**           **LORRAINE T. HERMAN, RPR, CRC**
                        Official Court Reporter
                        U.S. District & Bankruptcy Courts
                        333 Constitution Avenue, NW
                        Room 4700-C
                        Washington, DC 20001
                        lorraine_herman@dcd.uscourts.gov

1      **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  Good morning, Your Honor.  This is

3      criminal case year 2021-670, *United States of America versus*

4      *Stephen K. Bannon.*  Counsel, please come forward and

5      introduce yourselves for the record beginning with the

6      government.

7              **MS. VAUGHN:**  Good morning, Your Honor.

8              Amanda Vaughn and Molly Gaston for the United

9      States.  Also at counsel table is Special Agent Frank

10     D'Amico with the FBI.

11             **THE COURT:**  Good morning.

12             **MR. CORCORAN:**  Good morning, Your Honor.  Evan

13     Corcoran and David Schoen, for Mr. Bannon who is present,

14     and also at counsel table with us is Riane White.

15             **THE COURT:**  Good morning, Counsel.

16             I wanted to discuss just a few things before we

17     bring the venire in.

18             The first is just to discuss, briefly, and make

19     sure there's agreement on the number of qualified jurors

20     that we're attempting to get to.  In my view -- obviously,

21     we need 12 jurors.  In my view, there should be two

22     alternates; that's obviously 14.  We need at a minimum then

23     another six qualified jurors, because this is a misdemeanor

24     case and each side gets three peremptory challenges as a

25     result and another two qualified jurors because we're

1    seating two alternates.  And by my count we need to qualify

2    22 jurors.

3              Ms. Vaughn, do you agree with that calculation?

4              **MS. VAUGHN:**  Yes, Your Honor.

5              **THE COURT:**  Mr. Corcoran?

6              **MR. CORCORAN:**  Yes.

7              **THE COURT:**  Okay.  Thank you.

8              The second thing is that I very much expect that

9    while we, of course, have the names of the jurors, that we

10   will not and no one will mention the juror names on the

11   public record during voir dire today.  We will use only

12   juror numbers.  Okay?

13             Ms. Vaughn, understood?

14             **MS. VAUGHN:**  Yes, Your Honor.

15             **THE COURT:**  Mr. Corcoran?

16             **MR. CORCORAN:**  Agreed, Your Honor.

17             **THE COURT:**  Finally, my intent -- and I think we

18   could do it right now -- is to pick the two alternate seats

19   from the 14 by rolling this 14-sided die two times and those

20   will be the two -- I will roll it.  Those will be the two

21   alternate seats.

22             So what I am going to do is I'm going to do that.

23   My intent, as well, is to have those two alternate seats be

24   known to the parties under seal only.  We will not mention

25   on the public record what those alternate seats are.  So I

1     am going to roll the die twice.  I am writing down the

2     seats.  Okay.

3            So now, if the parties -- if we could now put the

4     husher on.

5            (Bench conference.)



12           (Bench conference concluded.)

13           **THE COURT:**  All right.  Those are just a couple

14     logistical things about selection.

15           I do want to just note for the record a couple of

16     modifications that I made to the materials that we will use

17     today, at least at the beginning of trial.

18           In particular, I had asked for any objections or

19     comments to my proposed statement of the case, voir dire

20     questions and pretrial jury instructions.  And here's what I

21     have done.  For the statement of the case, I agree with the

22     government's proposed edits of striking the sentence "The

23     October 7, 2021 deadline for producing documents was later

24     moved to October 18, 2021."

25           While the indictment does allege that the initial

1    deadline for producing documents was October 7, and while it

2    does charge the defendant for willfully defaulting on

3    October 18th, the precise allegation in the sentence that

4    I've now excluded is not found in the indictment.  I have

5    made that edit to the statement of the case and in other

6    places to be consistent.

7          The government also has asked me to modify

8    Proposed Instruction 2.108, defining a reasonable doubt.

9    Instead of using that instruction, they've asked that I use

10   an instruction from the comments of Redbook Instruction

11   2.108, which is commonly used in federal district court.  I

12   agree with this proposal and have updated the instruction

13   accordingly.

14         With regard to Mr. Bannon's proposed edits, I

15   agree with two of the proposed edits to the voir dire

16   questions, adding Ms. White to the list of counsel and

17   striking Mr. Bannon from the list of potential witnesses.  I

18   have not, however, modified the statement of the case to

19   include the statutory language of the statute.  I don't

20   believe that is necessary at this point.  And I don't

21   believe the last sentence is cumulative.

22         As for the defendant's objections to the jury

23   instructions, I note that these are obviously very well

24   preserved.  For the reasons I've previously articulated,

25   particularly during the motions hearing on July 11th, I will

1    not accept any of these proposed edits.  At this time,

2    though, I am really only dealing with the pretrial jury

3    instructions so that we have them if and when we are able to

4    seat the jury.

5           As to the charges that will go to the jury after

6    trial, those obviously remain a work in progress, both to

7    decide whether some of them are even necessary and then, of

8    course, whether modifications and the like are necessary.

9           And the last thing I will say is, I do have one

10   last motion from Mr. Bannon regarding the implications of my

11   decision on the Motion to Quash the Subpoena to Various

12   Members of Congress and the like in the related

13   Miscellaneous action.  I am not going to resolve that motion

14   right now.  I'm going to take it under advisement.

15          It seems to me that, at a minimum, Mr. Bannon is

16   arguing that there is -- I recognize that he's making a

17   number of arguments.  One of the arguments is that that

18   testimony could be relevant to the question around the

19   return date on the subpoenas, whether there was default and

20   perhaps even his mens rea and, for example, whether

21   Chairman Thompson's testimony could be relevant on those --

22   questions.

23          I want to think some more about that.  I also

24   think it will at least depend in part on how the evidence

25   comes in at trial.  So I am not denying that motion.  I'm

1    certainly not granting it at this time.  I'm going to hold

2    it at least for a while.

3         So with that, I am happy to hear from the parties

4    if there is anything they would like to discuss.  Otherwise,

5    from my perspective at least, we are prepared to bring in

6    the jury pool.

7         **MS. VAUGHN:**  Nothing from the government,

8    Your Honor.

9         **THE COURT:**  Ms. Vaughn, thank you.

10        **MR. CORCORAN:**  Nothing on behalf of Mr. Bannon.

11        **THE COURT:**  Thank you.

12        Ms. Lesley, could you please bring in the venire?

13        **DEPUTY CLERK:**  Juror Number 1058, are you in the

14   courtroom?

15        (No response.)

16       (Prospective jurors enter the courtroom.)

17        **THE COURT:**  Good morning, everyone.

18        You should feel free to spread out.  In other

19   words, those of you who are on -- especially in the pews

20   here in the middle, you can use the entire row if you'd

21   like.  Great.

22        Good morning, ladies and gentlemen, and welcome.

23   My name is Carl Nichols.  I am the judge who will preside

24   over this matter.  You have been called to this ceremonial

25   courtroom for possible selection in a criminal case.

1          Before we proceed any further, I would like to

2    just address briefly some of the steps the Court has taken

3    to reduce the transmission of COVID-19 for all building

4    occupants, including those reporting for jury service.  The

5    Court is employing several different mitigation strategies

6    to reduce the transmission and spread of COVID-19.

7          For example, we've upgraded all building-wide

8    systems to MERV 13 filters as recommended by the EPA.  We've

9    worked with a professional computational fluid dynamics to

10   perform smoke testing of courtrooms, including this one.

11   Smoke testing identifies air flow patterns and where areas

12   of concern exist for possible increased virus transmission.

13   This courtroom and the one we will be having the trial in

14   tested very well and was originally one of three courtrooms

15   on this floor cleared for trial use under our initial COVID

16   reopening guidance.

17          We've installed plexiglass in the courtrooms, as

18   you can see, including this one.  We've reduced or at least

19   attempted to reduce the number of close contact interactions

20   with a deployment and use of direct communication handset

21   systems which you may see employed.

22          When we get to the trial, we will use a second

23   courtroom for juror breaks and deliberation, instead of

24   smaller jury rooms.  We've made masks available to all

25   jurors.  And the building requires masking in all public

1    spaces outside of the courtroom.  Please let us know if any

2    of you need a high-quality mask while in the building.

3            The Court asks jurors, judges and court staff to

4    self-monitor for symptoms and to stay home if any change in

5    physical condition is noted.

6            We've set up hand sanitizer stations throughout

7    the building for your use.  All of these efforts, in our

8    view, greatly reduce the likelihood of transmission while in

9    the building and in this and the other courtroom.  I hope

10   this information brings you some comfort.  If you'd like

11   additional information, please do not hesitate to ask.

12           With those strategies covered, we can proceed.

13   Would you all please stand so that Ms. Lesley can swear you

14   in and then we will begin the jury selection process.

15           **DEPUTY CLERK:**  Please raise your right hand.  Do

16   you and each of you solemnly swear or affirm that you will

17   well and truly answer all questions propounded to you?

18           **PROSPECTIVE JURORS:**  Yes.

19           **DEPUTY CLERK:**  Thank you.  Please be seated.

20           **THE COURT:**  Ladies and gentlemen, the purpose of

21   jury selection is to pick a jury whose members will be fair

22   and impartial, who will keep an open mind and who will

23   decide the case on the facts and the law.  From the people

24   here in the courtroom, we are going to pick 14 jurors.  This

25   process might take several hours.

1              You should all now have an index card and a pen or

2      a pencil.  Please look at your juror badge and write the

3      last three digits from your badge in the upper-right hand

4      corner of your index card.  Sorry, the last four digits, the

5      four digits from your badge.

6              **PROSPECTIVE JUROR:**  Where is that?

7              **THE COURT:**  The piece of paper that you should

8      have that has your juror number on it.  Does anyone not have

9      that piece of paper?

10             (No response.)

11             Okay.  On that piece of paper there is a

12     four-digit juror number.  Please write that four-digit

13     number on the upper, right-hand corner of your index card.

14             I'm, in a moment, going to ask you a series of 46

15     questions.  I'm going to ask it of everyone in here.  Each

16     question is a yes- or a no-question.  There is no right or

17     wrong answer to any of these questions, but you should be

18     able to answer each one, yes or no.

19             You must answer the questions candidly, consistent

20     with your promise now under oath to tell the truth.  If your

21     answer to a question is "yes", please write the number of

22     the question on your index card.  Again, if your answer is

23     "yes", write the question on the index card.  If your answer

24     is "no", do not write down the number of the question.  In

25     addition, you do not have to explain your "yes" or your "no"

1      answer in writing.

2                  After I've asked the 46 questions, and you have

3      written down those questions as to which you have a "yes"

4      answer, I will ask you all to wait outside in the hall

5      again.  I will then call you back in one by one to come into

6      the courtroom.  I'll take -- we'll have taken your index

7      cards and may ask you follow-up questions about your answers

8      and about this matter more generally.

9                  Before I begin asking you the series of yes or no

10     questions, I will also read you a short, neutral statement

11     of the case.  But before I do that, does anyone have any

12     questions for me?  Sir?

13                 **PROSPECTIVE JURORS:**  (indiscernible) -- pencil.

14                 **THE COURT:**  Looks like we need multiple pencils

15     and pens over here.  Okay.  One second.

16                 **DEPUTY CLERK:**  Raise your hand, please.

17                 **THE COURT:**  Okay, ma'am, do you have a question?

18                 **PROSPECTIVE JUROR:**  Are we only writing down

19     yeses?

20                 **THE COURT:**  You are only writing down the numbers

21     of the questions that you have a "yes" answer to.

22                 **PROSPECTIVE JUROR:**  Got it.

23                 **THE COURT:**  It may be that you don't have a "yes"

24     answer to any of them.  It could be one or two.  It could be

25     a number.  So just the number of the question that you

1    answer "yes" to.

2              Okay.  Thank you for that.

3              Okay.  This is the statement of the case, the

4    neutral statement of the case.

5              The indictment in this case charges the defendant,

6    Stephen K. Bannon, with two counts of contempt of Congress.

7    In 2021 the Select Committee to Investigate the January 6th

8    attack on the U.S. Capitol, a committee of the United States

9    House of Representatives, was conducting an investigation

10   into the January 6, 2021 attack on the U.S. Capitol.

11             According to the indictment, on September 23,

12   2021, the Select Committee issued a subpoena to the

13   defendant, directing him to provide various records relating

14   to its investigation by October 7, 2021, and to appear and

15   give testimony at a deposition on October 14, 2021.

16             The indictment alleges that the defendant

17   willfully defaulted by not providing testimony on

18   October 14, 2021, and by not producing records as required

19   by October 18, 2021.  The indictment alleges that this

20   failure to comply was deliberate and intentional.

21             Now for the questions.  So again, write down the

22   number only of questions to which you would answer yes.

23             So Question 1:  The United States is represented

24   in this case by Assistant United States Attorneys Amanda

25   Vaughn and Molly Gaston.  They will be assisted in this

1   trial by Quiana Dunn-Gordon.  Are you personally acquainted

2   with, do you have any connection to or association with, or

3   have you had any contact with Ms. Vaughn, Ms. Gaston or

4   Ms. Dunn-Gordon?

5           Number 2, the defendant is represented by David

6   Schoen, Evan Corcoran and Riane White.  Are you personally

7   acquainted with, do you have any connection to or

8   association with, or have you had any contact with

9   Mr. Schoen, Mr. Corcoran or Ms. White?

10          Question 3.  The defendant is Stephen K. Bannon.

11  Are you personally acquainted with, do you have any

12  connection to or association with, or have you had any

13  contact with Mr. Bannon?

14          Question 4:  The following is a list of

15  individuals who may testify in this case:  Stephen Hart,

16  Kristen Amerling, Sean Tonolli, Robert Costello and Frank

17  D'Amico.  Are you personally acquainted with, do you have

18  any connection to or association with, or have you had any

19  contact with any of those individuals?

20          Question 5:  Please look around you.  Do you know

21  or recognize any other member of the prospective jury panel,

22  any member of the courtroom staff or me?

23          Question 6:  Is there anything about the nature of

24  the charges in this case or the parties involved that would

25  prevent you from deciding this case fairly?

1      Question 7 -- and this is really a two-part

2  question, or maybe it's three-part.  Question 7 -- so 7 is,

3  Have you heard, seen or read anything from any source about

4  this case?

5      7(a), which is basically a follow-up question in a

6  way is:  If you have heard, seen or read anything about this

7  case, have you formed any opinions about this case based on

8  what you have heard, seen or read?

9      Then Question 7(b) is, If you have heard, seen or

10  read anything about this case, is there anything about your

11  knowledge of this case that would prevent you from following

12  the instructions from the Court and reaching a verdict based

13  solely on the evidence presented during the trial?

14      So again, that was Question 7, 7(a) and 7(b).  We

15  are now moving on to Question 8.

16      Question 8:  Have you ever written or said

17  anything for public consumption about the defendant, the

18  U.S. House Select Committee to Investigate the January 6th

19  attack on the U.S. Capitol or the Committee's investigation?

20  For purposes of this question, writings or statements for

21  public consumption include blog posts, articles, podcasts or

22  posts on any internet sites that are accessible to the

23  general public.

24      Question 9:  During the pendency of this trial, I

25  will instruct you not to watch, read or listen to any news,

1    commentary or online postings related to this case,

2    including from newspapers, television, radio, podcasts,

3    social media or anything else on the internet.

4           Would you have -- this is Question 9:  Would you

5    have any trouble following that instruction?

6           Question 10:  Have you, a family member or anyone

7    close to you ever worked for or provided services to the

8    United States House of Representatives, U.S. Senate or any

9    government agency affiliated with the legislative branch?

10          Question 11:  Have you, a family member or anyone

11   close to you ever been subpoenaed by or asked by Congress or

12   any congressional committee to testify or provide records?

13          Question 12:  Have you, a family member or anyone

14   close to you ever been required by any government agency,

15   court or law enforcement entity to provide records,

16   statements or testimony in any matter?

17          Question 13:  Were you, any member of your family

18   or a close friend present at the U.S. Capitol on January 6,

19   2021?

20          You will hear and see evidence in this case that

21   the defendant was subpoenaed for testimony and records by

22   the U.S. House of Representatives Select Committee to

23   Investigate the January 6th attack on the United States

24   Capitol.  Have you heard, seen or read anything from any

25   source about the Select Committee or its investigation?

1    That was Question 14.

2              **PROSPECTIVE JUROR:**  I have a question.  What

3    question number was it?

4              **THE COURT:**  That was Question 14.  Thank you.

5              Question 15:  If you are familiar with the Select

6    Committee or its investigation, do you have any beliefs or

7    opinions about the Select Committee, its investigation or

8    Congress more generally that would make it difficult for you

9    to remain fair and impartial to both the government and the

10   defendant throughout the trial in this case?

11             Question 16:  The Select Committee has been

12   holding hearings concerning events at the U.S. Capitol on

13   January 6, 2021.  Have you watched or read coverage of those

14   hearings?

15             Question 17:  If you have watched or read coverage

16   of the Select Committee's hearings, will you have any

17   difficulty putting aside any opinions you may have formed

18   about the people involved in those events, following the law

19   as I explain it to you and deciding the case in a fair and

20   impartial manner based solely on the evidence presented in

21   court?

22             Question 18:  Do you have any beliefs or opinions

23   about the defendant, Stephen Bannon, or anyone associated

24   with him that would make it difficult for you to remain fair

25   and impartial to both the government and the defendant

1    throughout the trial in this case?

2         Question 19:  Mr. Bannon is a former advisor to

3    President Donald J. Trump.  Do you, your spouse or partner

4    or your family have any political beliefs that might prevent

5    you from sitting in judgment of another person because that

6    person's political beliefs are the same or different from

7    your own?

8         Question 20:  You may hear testimony from elected

9    officials or government staff with the same or different

10   political beliefs from your own.  Would you tend to believe

11   or not believe the testimony of a witness simply because his

12   or her political beliefs are the same or different from your

13   own?

14        Question 21:  As you sit here, do you have any

15   opinion -- let me rephrase that.  I apologize.  As you sit

16   here, do you have an opinion about the defendant's guilt or

17   innocence in this case?

18        Question 22:  Have you, a family member or anyone

19   close to you ever studied law or worked in the legal

20   profession in any way, including as a lawyer, paralegal,

21   assistant or investigator, and including in a prosecutor's

22   or defense attorney's office or in a courthouse?

23        Question 23:  Have you, a family member or anyone

24   close to you ever been the subject of a criminal

25   investigation or accused of, arrested for or charged with a

1    crime?

2          Question 24:  Have you, a family member or anyone

3    close to you ever been the victim of or a witness to a crime

4    regardless of whether that crime was reported to law

5    enforcement or testified in court or before a grand jury as

6    a witness to a crime?

7          Question 25:  Have you ever served on a grand

8    jury?

9          Question 26:  Have you ever served as a juror in a

10   civil or criminal trial in either federal, state or local

11   court?

12         Question 26 [sic]:  If you have ever served on a

13   grand jury, or as a juror in a civil or criminal trial, was

14   there anything about your service that might affect your

15   ability to serve fairly and impartially as a juror at this

16   trial?

17         Question 28:  Have you, a family member --

18         **PROSPECTIVE JUROR:**  I think you might have -- I

19   misheard the number.

20         **THE COURT:**  Let me -- I should have said that

21   Question 27 was the question.  And I apologize if I didn't.

22         Question 27 was:  If you have ever served on a

23   grand jury or as a juror in a civil or criminal trial, was

24   there anything about your service that might affect your

25   ability to serve fairly and impartially as a juror at this

1    trial?  That was Question 27.

2             Let me just go through them again because this is

3    important.

4             Question 25 was -- these are short ones --

5    Question 25 was:  Have you ever served on a grand jury?

6             Question 26 was:  Have you ever served as a juror

7    in a civil or criminal trial in either federal, state or

8    local court?

9             Then 27 was:  If you have ever served on a grand

10   jury or as a juror in a civil or criminal trial, was there

11   anything about your service that might affect your ability

12   to serve fairly and impartially as a juror at this trial?

13            Question 28 is then:  Have you, a family member or

14   anyone close to you ever been employed by any local, state

15   or federal law enforcement agency or private security

16   company?

17            Law enforcement agencies include, for example, the

18   D.C. Metropolitan Police Department, the Federal Bureau of

19   Investigation, the Drug Enforcement Administration, the

20   Bureau of Alcohol, Tobacco, Firearms and Explosives and the

21   United States Capitol Police.

22            Question 29:  Do you have any beliefs or opinions

23   about law enforcement officers that would affect your

24   ability to fairly and impartially evaluate the credibility

25   of a law enforcement officer, like any other witness, simply

1    because he or she is a law enforcement officer?

2              Question 30:  Have you had any dealings with the

3    United States government in which you feel the government

4    did not give you fair treatment?

5              Question 31:  Do you have any beliefs or opinions

6    about the United States Attorneys Office, the

7    U.S. Department of Justice, criminal defense attorneys, the

8    Federal Bureau of Investigation, any other law enforcement

9    agency or the government generally that would make it

10   difficult for you to remain fair and impartial to both the

11   government and the defendant throughout the trial in this

12   case?

13             Question 32:  You may hear testimony from

14   witnesses who are elected officials or government staff.

15   Would you tend to believe or not believe the testimony of a

16   witness simply because he or she is an elected official or

17   government staff?  In other words, would you tend to give

18   more or lesser weight to the testimony of an elected

19   official or government staff than to the testimony of other

20   witnesses?

21             Question 33:  The prosecution has the burden of

22   proof.  This means that the jury cannot return a guilty

23   verdict against the defendant unless the prosecution has

24   proven beyond a reasonable doubt that the defendant is

25   guilty of the crime charged.  Would you have any difficulty

1    accepting and applying this legal instruction?  That was

2    Question 33.

3              Question 34:  Every defendant in a criminal trial

4    is presumed innocent and, therefore, has no obligation to

5    testify or present any evidence in the case.  Would you have

6    any difficulty accepting and applying this legal

7    instruction?

8              Question 35:  To reach a verdict on a particular

9    charge, every juror must agree on the verdict.  That is, any

10   verdict must be unanimous.  In deliberations you must

11   consider the opinions and points of your fellow jurors, but

12   you must also follow your own conscience and be personally

13   satisfied with any verdict.

14             Would you -- this is the question.  Would you have

15   difficulty expressing your own opinions and thoughts about

16   this case to your fellow jurors?  That was 35.

17             36:  I will instruct you on the law you must

18   follow in rendering a verdict in this case.  Is there

19   anything that would prevent you from following the law as I

20   instruct it?

21             Question 37:  Is there anything about your

22   political beliefs or affiliations that would prevent you

23   from following the law as I instruct you or reaching a

24   verdict based solely on the evidence you receive during the

25   trial?

1   Question 38:  Do you have any difficulty seeing or

2 hearing that would make it difficult for you to follow or

3 receive the evidence presented in the case?

4   Question 39:  Are you taking any medications or do

5 you have any physical condition that could make it difficult

6 for you to sit as a juror and give your full attention to

7 the trial and the evidence in this case?

8   Question 40:  Do you feel so uncomfortable being

9 in a room with other jurors and trial participants due to

10 the COVID-19 pandemic that it would be difficult for you to

11 pay attention or otherwise to serve as a juror in this case?

12   Question 41:  Are you currently caring for a

13 relative or a close friend who has been infected by or

14 exposed to a person infected with COVID-19, such that it

15 would be difficult for you to pay attention or otherwise to

16 serve as a juror in this case?  That was Question 41.

17   Question 42:  Do you have any difficulty,

18 speaking, understanding, reading or writing the English

19 language?

20   Question 43:  Do you have any moral, religious or

21 ethical beliefs that would prevent you from sitting in

22 judgment of another person in a criminal trial?

23   Question 44:  It is possible this trial could

24 continue into next week.  Would jury service on a matter of

25 that length cause a severe and unavoidable hardship to you?

1    That was question 44.

2           Question 45:  No matter what you have heard or

3    seen about events at the U.S. Capitol on January 6th, 2021

4    from any source and no matter what opinions you may have

5    formed, would you have any difficulty putting that aside,

6    following the law as I explain it to you, and deciding the

7    case in a fair and impartial manner, based solely on the

8    evidence presented in court?  That's question 45.

9           Finally, Question 46:  Can you think of any other

10   matter that might have some bearing on your ability to serve

11   as a juror or your ability to render a fair and impartial

12   verdict based solely on the evidence and my instructions on

13   the law?

14          Ladies and gentlemen, those are the 46 questions.

15   Again, your note cards should have your juror number on it

16   and the number of those questions that you answered "yes"

17   to?

18          Before we collect the cards, I want to answer

19   questions.  I have a question over here.

20          **PROSPECTIVE JUROR:**  Can you repeat Question 22?

21          **THE COURT:**  Of course.  I'm going to repeat

22   Question 22 at one person's request.  Here's the question.

23   This is Question 22:  Have you, a family member, or anyone

24   close to you ever studied law or worked in the legal

25   profession in any way, including as a lawyer, paralegal,

1    assistant or investigator, and including in a prosecutor's

2    or defense attorney's office or in a courthouse?  That was

3    22.

4              Are there any other questions that people would

5    like repeated?  Yes.

6              **PROSPECTIVE JUROR:**  Number 10, please.

7              **THE COURT:**  Number 10?

8              **PROSPECTIVE JUROR:**  (Nodded head.)

9              **THE COURT:**  Question 10:  Have you, a family

10   member or anyone close to you ever worked for or provided

11   services to the U.S. House of Representatives, U.S. Senate

12   or any government agency affiliated with the legislative

13   branch?

14             Any other questions you would like reread?  Yes,

15   sir.

16             **PROSPECTIVE JUROR:**  Number 7.

17             **THE COURT:**  Seven?

18             **PROSPECTIVE JUROR:**  (Nodded head.)

19             **THE COURT:**  So seven is the three-part question.

20   So seven is:  Have you heard, seen or read anything from any

21   source about this case?  That's 7.

22             7(a) is:  If you have heard, seen or read anything

23   about this case, have you formed any opinions about this

24   case based on what you have heard, seen or read?  That's

25   7(a).

1           7(b) is:  If you have heard, seen or read anything

2    about this case, is there anything about your knowledge of

3    this case that would prevent you from following the Court's

4    instructions and reaching a verdict based solely on the

5    evidence presented during the trial?  That's 7(b).

6           Yes, sir.

7           **PROSPECTIVE JUROR:**  Thirteen.

8           **THE COURT:**  Thirteen.  Thirteen is, were you, any

9    member of your family or a close friend present at the

10   U.S. Capitol on January 6, 2021?

11         Any other questions you would like me to reread?

12         (No response.)

13         Okay.  So what we're going to do, Ms. Lesley --

14   Ms. Lesley is going to -- we're going to do two things.  I

15   will leave it up to their good judgment about the most

16   efficient way to do it.

17         We're going to excuse all of you, as I said at the

18   beginning, and we will call you in individually to ask

19   questions.  Ms. Lesley will also collect your note cards so

20   that I have them for those discussions.

21         **DEPUTY CLERK:**  Before everyone -- or before you

22   all move, if you pass the cards down.  When you pass the

23   card down, please -- you know what?  Never mind.  I will get

24   them.  If you could now pass your card down.  Please put

25   your card in front of the one next to you --

1      **THE COURT:**  Ms. Lesley, I would rather have you

2  collect them.

3      **DEPUTY CLERK:**  Okay.

4      (Brief pause.)

5      (Prospective jurors exited the courtroom.)

6      **THE COURT:**  Let the record reflect that the venire

7  has been excused.  We are obviously still on the public

8  record, but we have just -- we will be discussing with

9  individual jurors their answers to questions and any other

10  topics that may be relevant to essential service here.

11      (Prospective juror steps up.)

12      So we will begin with Juror 1104; is that your

13  Juror Number?

14      **PROSPECTIVE JUROR:**  Uh-huh.

15      **THE COURT:**  You can take your mask off, sir.  I

16  think that would be helpful for everyone to be able to hear

17  you.

18      Your note card reflects that you answered "yes" to

19  just one question, which is Question 25.  Correct?

20      **PROSPECTIVE JUROR:**

21      **PROSPECTIVE JUROR:**  Correct.

22      **THE COURT:**  That question was, Have you ever

23  served in a grand jury?  And you answered "yes" to that.

24  Correct?

25      **PROSPECTIVE JUROR:**  Yes, I have.

1          **THE COURT:**  Can you tell us a little bit more

2     about your service on the grand jury, when it was?

3          **PROSPECTIVE JUROR:**  About eight years ago.  I

4     don't remember.  It was like three months.

5          **THE COURT:**  Okay.

6          **PROSPECTIVE JUROR:**  We heard the evidence they had

7     and then we would vote on was it enough to go to a trial.

8          **THE COURT:**  Do you recall what court that service

9     was in?

10         **PROSPECTIVE JUROR:**  No, I don't.

11         **THE COURT:**  Okay.  Was there anything about your

12    service on the grand jury that would cause you to worry

13    about your ability to be impartial in this case?

14         **PROSPECTIVE JUROR:**  No.

15         **THE COURT:**  Obviously, you didn't answer any "yes"

16    questions as to whether you have any knowledge about this

17    case or the defendant or a number of issues here.  I just

18    want to confirm that, in fact, you answered all the

19    questions truthfully about your knowledge.

20         **PROSPECTIVE JUROR:**  I did.

21         **THE COURT:**  Okay.  Thank you.

22         Ms. Vaughn, do you have any questions you would

23    like to follow up with?

24         Counsel should feel free to take your masks off

25    and to stand at the podium when you're asking questions.

1          **MS. VAUGHN:**  Thank you, Your Honor.

2          Good morning, sir.  I just have one question.  Do

3    you recall if your jury service was in the District of

4    Columbia or was it --

5          **PROSPECTIVE JUROR:**  District of Columbia.

6          **MS. VAUGHN:**  Okay.  Thank you.

7          Thank you, Your Honor.

8          **THE COURT:**  Thank you.  Mr. Corcoran?

9          **MR. CORCORAN:**  No questions, Your Honor.  Thank

10   you very much.

11         **PROSPECTIVE JUROR:**  Thank you.  Thank you, sir.

12       (Prospective juror steps down.)

13         **THE COURT:**  Any objection to qualifying this juror

14   for jury service?

15         **MS. VAUGHN:**  Not from the government, Your Honor.

16         **MR. CORCORAN:**  No, Your Honor.

17         **THE COURT:**  Okay.

18         (Prospective juror steps up.)

19         **THE COURT:**  Good morning.

20         **PROSPECTIVE JUROR:**  Good morning.

21         **THE COURT:**  Feel free to take your mask off if you

22   would like.  You are Juror 1198.  Correct?

23         **PROSPECTIVE JUROR:**  Yes.

24         **THE COURT:**  Let the record reflect that you

25   answered "yes" to Questions 14, 16, 26, 39, 46, 22 and 7.

 1                    Let me take those in order that I asked them.  So

 2    the first question, Question 7, that you answered "yes" to

 3    is, Have you heard, seen or read anything from any source

 4    about this case?  You answered "yes".  Can you describe what

 5    you have heard, seen or read about this case?

 6                    **PROSPECTIVE JUROR:**  Yes, Your Honor.

 7                    I think I read different sources online.  Do you

 8    want me to name the sources from what I read the --

 9                    **THE COURT:**  These are online news articles?

10                    **PROSPECTIVE JUROR:**  Yes.

11                    **THE COURT:**  Have you formed any opinion about this

12    case?

13                    **PROSPECTIVE JUROR:**  Um, that's a question

14    difficult to answer.  It's a complicated matter.

15                    **THE COURT:**  It's what?  Say that again?

16                    **PROSPECTIVE JUROR:**  It's a complicated matter.

17                    **THE COURT:**  Okay.  Can you explain why it's

18    complicated?

19                    **PROSPECTIVE JUROR:**  I'm not an attorney.  I don't

20    know how these things work.  I am a common man.  It would

21    seem that it could be cut and dry to receive, the same way I

22    received a notice to be here today.  I am here, and you can

23    comply to those things.

24                    **THE COURT:**  You also answered that you -- this is

25    Question 14 -- that you will hear and see evidence in this

1    case that the defendant was subpoenaed for testimony and

2    records by the U.S. House of Representatives Select

3    Committee to Investigate the January 6th attack on the

4    United States Capitol.  Have you heard, seen or read

5    anything from any source about the Select Committee or its

6    investigation?

7            You then also answered "yes" to the question, the

8    Select Committee has been holding hearings concerning events

9    at the U.S. Capitol on January 6th, 2021.  Have you watched

10   or read coverage of those hearings?  Those are related

11   answers, I think, to some extent.

12           Can you describe to me what coverage you have seen

13   or read either about the investigation or the hearings the

14   Committee has had?

15           **PROSPECTIVE JUROR:**  I watched one of the evening

16   hearings, and I read coverage by different newspapers.

17           **THE COURT:**  Okay.

18           **PROSPECTIVE JUROR:**  I have not kept up to date

19   with them.

20           **THE COURT:**  Okay.

21           You also answered "yes" to the question about

22   whether you have somebody in your family or you know someone

23   involved in the legal profession.  Can you describe why you

24   answered "yes" to that question?

25           **PROSPECTIVE JUROR:**  Yes, Your Honor.  Although in

1    Argentina, my sister is an attorney and prosecutor.

2            **THE COURT:**  Okay.  Is that the only person in your

3    family who has that connection to the legal profession?

4            **PROSPECTIVE JUROR:**  Yes, sir.

5            **THE COURT:**  Is there anything about her work as an

6    attorney in Argentina that you think would cause you to

7    be -- it would be difficult for you to be impartial in this

8    case?

9            **PROSPECTIVE JUROR:**  No, Your Honor.

10           **THE COURT:**  You also answered "yes" to Question

11   39:  Are you taking any medications or a physical condition

12   that would be difficult for you to serve as a juror?  Can

13   you explain that to me?

14           And if it's very personal, we can go, essentially,

15   under seal.  We can have that conversation in a way that

16   wouldn't be public, if you feel that that's something you

17   would like to do.

18           **PROSPECTIVE JUROR:**  No, that's okay, Your Honor.

19   I think I cracked one of my crowns, and I'm afraid it might

20   get infected, so I need to see my dentist.

21           **THE COURT:**  Do you have an appointment right now

22   to see your dentist?

23           **PROSPECTIVE JUROR:**  No, I do not, sir.

24           **THE COURT:**  You answered "yes" to the following

25   question, which is, Can you think of any other matter that

1    might have some bearing on your ability to serve as a juror

2    or your ability to render a fair and impartial verdict based

3    solely on the evidence and my instructions on the law?  Can

4    you describe why you answered "yes" to that question?

5         **PROSPECTIVE JUROR:**  The reason I answered "yes" to

6    that is because I'm one of the executives at a small

7    company, and we have many contract negotiations going on

8    right now, which I am critical to.  If I am here for an

9    extended period of time --

10        **THE COURT:**  It would have a negative effect, in

11   your view, on your work?

12        **PROSPECTIVE JUROR:**  It would.  Correct.  My work

13   and not the case.

14        **THE COURT:**  Yeah.

15        Would -- I understand that that would be a

16   hardship, to some extent.  Would service, as a result -- in

17   other words, if you were required to serve, even though you

18   have this work, would that cause you to be concerned about

19   your ability to be impartial?

20        **PROSPECTIVE JUROR:**  No, Your Honor.

21        **THE COURT:**  Okay.  So I want to go back to your

22   first set of questions -- or answers about your knowledge of

23   this case.  You answered that -- and I'm paraphrasing -- you

24   might think it could be cut and dried, you know, you

25   received a summons to come here today.

1          In light of that answer and in light of what you

2    know about this case, do you think there is a chance that

3    you would have a difficult time following my instructions

4    and being impartial?

5          **PROSPECTIVE JUROR:**  No, Your Honor.

6          **THE COURT:**  Okay.  Thank you.

7          Ms. Vaughn, any questions, or Ms. Gaston?

8          **MS. GASTON:**  Thank you, Your Honor.

9          Good morning, sir.

10          **PROSPECTIVE JUROR:**  Good morning.

11          **MS. GASTON:**  You mentioned that you have seen some

12    coverage, you have seen some of the January 6th hearings and

13    that you have seen some of the coverage of that; is that

14    right?

15          **PROSPECTIVE JUROR:**  That's right.

16          **MS. GASTON:**  Do you recall if any of that coverage

17    had anything to do with the defendant, Mr. Bannon?

18          **PROSPECTIVE JUROR:**  Not specifically.

19          **MS. GASTON:**  Nothing further.

20          **THE COURT:**  Thank you.

21          Mr. Corcoran.

22          **MR. CORCORAN:**  Thank you, Your Honor.

23          Do you think it would be better to have a juror

24    who had not been exposed to information before trial so that

25    you feel that it's cut and dry about the receipt of

1    subpoena?  Do you feel it would be better to have somebody

2    who is not in your position, for a fair trial?

3              **PROSPECTIVE JUROR:**  To have something better than

4    me?

5              **MR. CORCORAN:**  Well, I'm just asking -- you said

6    that you thought that because of what you've seen suggests

7    that you come to trial today thinking that it's cut and

8    dried.  And my question is, Do you think that we would have

9    a fairer trial if somebody who had not seen the information

10   and did not come in thinking it was cut and dried, would

11   there be a fairer trial under those circumstances?

12             **PROSPECTIVE JUROR:**  I'm having a hard time

13   following you.

14             **MR. CORCORAN:**  Well, so the question was about,

15   one of the things we are looking for is somebody who can

16   make a decision just on the evidence in the case.  Okay?

17             And really what I am asking you is, you seem to

18   have said that you've been exposed to something, some

19   information that makes you think that it might be a

20   cut-and-dried case.  Is that accurate?

21             **PROSPECTIVE JUROR:**  Those are two different things

22   that I said.

23             **MR. CORCORAN:**  Okay.  Well, explain, if you would,

24   what you're saying then.

25             **PROSPECTIVE JUROR:**  One had to do with the direct

1    question being asked of me.  But the second one had to do

2    with have I read or am I aware of this, and I am aware of

3    this.  Not the particulars.  I don't know the case.  It

4    hasn't been presented.

5             **THE COURT:**  Let me ask a question.  Based on my

6    description of the statement of the case, put aside what you

7    heard before, but my description of the statement of the

8    case and what's the issue here, is that what led you to

9    question whether it might be cut and dried, as you use that

10   phrase?

11            **PROSPECTIVE JUROR:**  Correct.  Because I am not an

12   attorney, so I don't know the fact of this; that's where you

13   as the judge come in.

14            **THE COURT:**  Okay.  Thank you.

15            Sorry, Mr. Corcoran.

16            **MR. CORCORAN:**  I guess I want to just understand

17   if your comment "cut and dried" relates in any way to

18   anything that you've seen outside the courtroom about the

19   Select Committee.

20            **PROSPECTIVE JUROR:**  I'm under oath so my -- I

21   guess what you are leading to is if I'm selected as a juror.

22   If I'm selected as a juror, I will be under oath, so I have

23   to tell the truth and answer to the best of my ability and

24   make decisions to the best of my ability.

25            **MR. CORCORAN:**  I'm asking a slightly different

1    question and that is, I just want to know, you've used the

2    words, "cut and dried."  And I just want to know, in your

3    mind, is the idea that something might be cut and dried in

4    this case at all related to information that you've seen

5    about the Select Committee on January 6th?

6              **PROSPECTIVE JUROR:**  No.

7              **MR. CORCORAN:**  It's not related at all?

8              **PROSPECTIVE JUROR:**  No.

9              **MR. CORCORAN:**  Thank you.

10             **THE COURT:**  Thank you, sir.

11        (Prospective juror steps down.)

12             **THE COURT:**  Mr. Corcoran, what do you think?

13             **MR. CORCORAN:**  Well, I'd ask the Court to strike

14   for cause.  One thing, he's got an infection in his tooth,

15   which we don't want a juror who's going to have to leave

16   halfway through the trial because of infection.  The second

17   is, he's indicated he's an important executive at a small

18   company; and that that may pose a hardship on him.  And then

19   third, of course, is this idea of "cut and dried".

20             I think more than anything, the back-and-forth

21   that I had with him suggested that it may be difficult

22   for -- it may be the way that I speak, but I felt like there

23   was a little bit of a disconnect between the questions that

24   I was asking and the answers that I was receiving.

25             But certainly in a case like this one where we

1   filed motion after motion about the pretrial publicity,

2   there was a show -- a one-hour show on CNN last night -- in

3   fact, that named -- that was all about Mr. Bannon.

4          I think that -- and in a case where there are only

5   three strikes -- peremptory strikes, I think we would ask

6   the Court to err on the side of caution.  And where a juror

7   like this one comes in with some information about the case

8   and the Select Committee and then says that -- without being

9   prompted, that they think that they might view this as a

10  cut-and-dried case, we ask for them to be excused.

11         **THE COURT:**  Thank you, Mr. Corcoran.

12         Ms. Gaston.

13         **MS. GASTON:**  Thank you, Your Honor.  I think under

14  further questioning, he made clear when he said "cut and

15  dried," he meant the neutral statement of the case, and then

16  he clarified, in response to Your Honor's question, that he

17  would follow the Court's directions.

18         He said that he has viewed general coverage of the

19  January 6th hearings, but he doesn't remember it being

20  connected to the defendant and doesn't appear to have an

21  association between the defendant and general January 6th

22  coverage.

23         So there was nothing that this juror said that

24  makes it seem like he will not be fair.  He seems to take

25  answering questions under oath and his obligations to the

1      Court extremely seriously, and I think the disconnect came

2      from Mr. Corcoran asking him sort of general questions about

3      whether it would be better to have other jurors rather than

4      himself, which is a very -- which is sort of an impossible

5      question for him to answer.

6              **THE COURT:**  Thank you, Ms. Gaston.

7              I'm going to strike this juror for cause for sort

8      of the various reasons, to include a

9      not-very-well-articulated explanation about what he meant by

10     thinking that this case was cut and dried.  And to the

11     extent that is because he's seen something that wouldn't be

12     presented in the courtroom, I think discretion is the better

13     part of valor here, and excluding him at this time makes

14     sense.

15             He also has the other issues that Mr. Corcoran

16     noted, although, I don't think, frankly, if it was just his

17     job or just his tooth issue, that that would be sufficient.

18     But the other answers gave me pause and, therefore,

19     Juror 1198 will be excluded for cause.

20             Ms. Lesley, can you bring in the next juror?

21         (Prospective juror steps up.)

22             **THE COURT:**  Good morning.

23             **PROSPECTIVE JUROR:**  Good morning.

24             **THE COURT:**  You may feel free to take off your

25     mask if you like.  It might be easier for everyone.

1          You're Juror Number 1422.  Correct?

2          **PROSPECTIVE JUROR:**  Yes.

3          **THE COURT:**  Let the record reflect that you

4     answered "yes" to the following questions:  7, 10, 14, 16,

5     22, 23, 28 and 44.

6          **PROSPECTIVE JUROR:**  Yes.

7          **THE COURT:**  I just want to ask you some questions

8     about them, and the lawyers may have some follow-up

9     questions.

10         You answered "yes" to the question, Have you

11    heard, seen or read anything from any source about this

12    case.

13         **PROSPECTIVE JUROR:**  Yes.

14         **THE COURT:**  Can you tell us about that?

15         **PROSPECTIVE JUROR:**  I read the *New York Times*

16    every morning.  So just reading about the news on a daily

17    basis.  It's -- that's basically all I can tell you.

18         **THE COURT:**  You did not -- do you know

19    approximately how many articles you've read about this case?

20         **PROSPECTIVE JUROR:**  Maybe less than a handful.

21         **THE COURT:**  Okay.  You did not answer "yes" to the

22    follow-up questions, and they are whether you formed any

23    opinions or if there is anything about your knowledge of

24    this case that would cause you to be unable to follow my

25    instructions.  And I just want to ensure that you understand

1  those were the questions; and that you were intentionally

2  answering "no" to those.

3           **PROSPECTIVE JUROR:**  Yes.

4           **THE COURT:**  So that means that you have not formed

5  any opinions about this case.

6           **PROSPECTIVE JUROR:**  No.

7           **THE COURT:**  And that means that in your view, you

8  could, in fact, follow my instructions about it?

9           **PROSPECTIVE JUROR:**  Yes.

10          **THE COURT:**  Okay.

11          Question 10 asks whether you or anyone close to

12  you works or worked essentially in the legislative branch,

13  in the House of Representatives, Senate or legislative

14  branch.  Can you tell us why you answered "yes" to that

15  question?

16          **PROSPECTIVE JUROR:**  Yes.  I have a friend who

17  worked for -- works for the House of Representatives and he

18  is a lawyer for the House.

19          **THE COURT:**  Do you know in what --

20          **PROSPECTIVE JUROR:**  I don't.

21          **THE COURT:**  -- capacity?

22          How close a friend?

23          **PROSPECTIVE JUROR:**  We talk multiple times a year

24  but haven't spoken in a couple of months.

25          **THE COURT:**  Have you discussed this case --

1          **PROSPECTIVE JUROR:**  No.

2          **THE COURT:**  -- with your friend?

3          Okay.  You answered "yes" to Questions 14 and 16,

4    which are related in a way.

5          Fourteen asks whether you have heard, seen or read

6    anything from any source about the Select Committee or its

7    investigation, and 16 asks whether you've watched or read

8    coverage of the Select Committee's hearings, and you

9    answered "yes" to both of those.  So can you just describe

10   the reasons for why you answered "yes" to those?

11         **PROSPECTIVE JUROR:**  It's in the news.  And like I

12   said, I read the news regularly, and I watched the most

13   recent -- not recent, the June 28th hearing on this from the

14   Select Committee.

15         **THE COURT:**  Do you recall anything in that hearing

16   mentioning the defendant here?

17         **PROSPECTIVE JUROR:**  No.  I mean, I was also

18   working so --

19         **THE COURT:**  But you don't recall here having seen

20   anything mentioned during that hearing about the defendant?

21   I'm not asking you whether it was, just whether you recall.

22         **PROSPECTIVE JUROR:**  Nope.

23         **THE COURT:**  Okay.

24         You answered Questions 22 and 23 "yes".  I'll just

25   ask them together, although they are different.  The first

1   one is whether you have a family member or you or someone

2   else who is generally in the legal profession.  And then the

3   other one asks whether you, a family member or anyone close

4   to you was ever the subject of a criminal investigation or

5   charged with a crime.  So can you answer -- tell us why you

6   answered "yes" to those things?

7           **PROSPECTIVE JUROR:**  My husband is a barred lawyer,

8   although he is not practicing.  He works for the State

9   Department.  And then 23 was someone convicted of crime.

10  Right?

11          **THE COURT:**  I'm sorry?  Say that again.

12          **PROSPECTIVE JUROR:**  I'm sorry.  Twenty-three was

13  someone convicted of a crime.  Correct?

14          **THE COURT:**  Yes.

15          **PROSPECTIVE JUROR:**  Any uncle was convicted of a

16  sexual violence crime in the State of New Jersey.

17          **THE COURT:**  So you said your husband is a barred

18  lawyer but does not practice law.  Correct?

19          **PROSPECTIVE JUROR:**  Yes.

20          **THE COURT:**  What does he do at the State

21  Department generally?

22          **PROSPECTIVE JUROR:**  Yes.  He's a policy analyst

23  for the Bureau of Diplomatic Security.

24          **THE COURT:**  How long has he been at State?

25          **PROSPECTIVE JUROR:**  Since 2014.

1    THE COURT:  Okay.  And he hasn't practiced law

2    since then at least?

3    PROSPECTIVE JUROR:  No.  He got barred over his

4    time working there, so he hasn't practiced but he studied

5    before.

6    THE COURT:  Got it.  Okay.

7    And your uncle, when was that conviction and

8    where?

9    PROSPECTIVE JUROR:  It was in the State of New

10   Jersey.

11   THE COURT:  Right.

12   PROSPECTIVE JUROR:  And it was 2010.

13   THE COURT:  Is there anything about your uncle's

14   experience there that would lead you to conclude you could

15   not be impartial in this case as a juror?

16   PROSPECTIVE JUROR:  No.

17   THE COURT:  You also answered "yes" to Question

18   28, which is a long question and I'll paraphrase it.

19   Essentially, have you or anyone else to you [sic]  Been

20   employed by a law enforcement agency?

21   PROSPECTIVE JUROR:  Yes.

22   THE COURT:  Can you describe?

23   PROSPECTIVE JUROR:  My sister's husband, my

24   brother-in-law, is a police officer in the State of New

25   Jersey.  If you want the specific police department, I am

1   happy to describe it.

2           **THE COURT:**  No, that's okay.  So that's your

3   brother-in-law.

4           **PROSPECTIVE JUROR:**  It's my brother-in-law.

5           **THE COURT:**  Has he been a police officer there as

6   long as you've known him?

7           **PROSPECTIVE JUROR:**  Just about, yeah.

8           **THE COURT:**  Okay.  Is there anything about your

9   experience, knowledge of his job, experience with him as a

10  police officer that would cause you to question your ability

11  to be impartial here?

12          **PROSPECTIVE JUROR:**  No.

13          **THE COURT:**  Question 44 asks whether jury service

14  would cause a severe and unavoidable hardship to you if it

15  were to extend into next week.  Can you explain that?

16          **PROSPECTIVE JUROR:**  Yes.

17          **THE COURT:**  If it's something highly personal, we

18  do have the ability to --

19          **PROSPECTIVE JUROR:**  It's not.

20          My boss is currently on vacation through the end

21  of the month and I am the next in line.  So, basically, it's

22  me and my team that need my support in order to make our

23  work function.  We're a small team.  It's only four of us.

24  So without her there is really no direction, and I'm the

25  direction provider.

1          So it's hardship in the grand sense of work and

2     the ability to execute.  And, obviously, if I -- I'm a

3     consultant.  So if I don't complete my client's -- what's

4     the word I am looking for -- projects in the set timeline,

5     then that obviously impacts the way the business gets paid

6     and the timeliness of it all.

7          **THE COURT:**  Okay.

8          **PROSPECTIVE JUROR:**  Which then impacts me.

9          **THE COURT:**  Yes.  Of course.  Thank you.

10         Mr. Corcoran, do you want to go first if you have

11    any questions?

12         **MR. CORCORAN:**  I think I do.

13         Good morning.

14         **PROSPECTIVE JUROR:**  Good morning.

15         **MR. CORCORAN:**  The first question I have is just

16    about the hardship.  So is there a potential for financial

17    impact on your business if you have to go into next week

18    being away from the office?

19         **PROSPECTIVE JUROR:**  Yes.

20         Again, my boss is on vacation until the end of the

21    month, so I'm in charge of making the decisions and keeping

22    on track with all of the work.  I am the main point of

23    contact, so I have meetings scheduled this week and into

24    next to make sure that, you know --

25         **MR. CORCORAN:**  And what kind of work do you do in

1    terms of what kind of people do you serve?

2            **PROSPECTIVE JUROR:**  I serve a variety of clients.

3    I'm a diversity, equity and inclusion consultant.  I serve

4    nonprofits, county and state governments in some cases,

5    businesses, large Fortune 500 companies.  But currently our

6    roster is short.  So we try to keep -- we're trying to keep

7    our current clients happy so that we can continue building

8    our client roster.

9            **MR. CORCORAN:**  Okay.

10           The second thing I wanted to follow up on is just

11   the Select Committee.  You indicated that you read *The New*

12   *York Times* daily; is that right?

13           **PROSPECTIVE JUROR:**  Yes.

14           **MR. CORCORAN:**  And then you've also watched some

15   of the hearings?

16           **PROSPECTIVE JUROR:**  Yes.

17           **MR. CORCORAN:**  And have you watched any news

18   coverage of the hearings as well?

19           **PROSPECTIVE JUROR:**  We don't have cable in my

20   house so --

21           **MR. CORCORAN:**  What's your perception of the work

22   that the Select Committee is doing?

23           **PROSPECTIVE JUROR:**  I think they are doing a

24   thorough investigation of what happened on January 6th.

25   They are trying to show things that have not been seen

1    before.

2              **MR. CORCORAN:**  Okay.  And I guess my question

3    is -- which of the hearings did you see?

4              **PROSPECTIVE JUROR:**  The June 28th.

5              **MR. CORCORAN:**  June 28th.  Do you remember what

6    the topic of that hearing was?

7              **PROSPECTIVE JUROR:**  I do.  It was the young

8    woman's testimony talking about what happened the morning, I

9    guess, leading up to the insurrection.  And she was just

10   speaking about her interactions with other people in the

11   White House, particularly the Chief of Staff.

12             **MR. CORCORAN:**  Can you be sure that you will be

13   able to put aside all that you've read and all that you

14   watched when you're making a decision in this case?

15             **PROSPECTIVE JUROR:**  Absolutely.  I have to do it

16   regularly for work so --

17             **MR. CORCORAN:**  Okay.  Thank you.

18             **THE COURT:**  Thank you.

19             **PROSPECTIVE JUROR:**  Thank you.

20             **THE COURT:**  Ms. Vaughn.

21             **MS. VAUGHN:**  Thank you, Your Honor.

22             Good morning.

23             **PROSPECTIVE JUROR:**  Good morning.

24             **MS. VAUGHN:**  Just a couple of questions.

25             Do you have specific deadlines coming up this week

1    at work that you are responsible for as opposed to someone

2    else on your team?

3              **PROSPECTIVE JUROR:**  Um, yes and no.

4              **MS. VAUGHN:**  What do you mean by that?

5              **PROSPECTIVE JUROR:**  It really depends on where the

6    client is in terms of our journey together.  And so I have

7    meetings this week to determine what those deadlines will

8    be.  So if, per chance, if I am selected, then that meeting

9    gets pushed, you know, until the end of this series of work,

10   so to speak.  In which case, it moves the deadline and kind

11   of prolongs us as a company getting paid.

12             **MS. VAUGHN:**  I see.  Is there anyone else in the

13   office that's able to handle those?

14             **PROSPECTIVE JUROR:**  Not for the series of clients

15   that I am working with, no.

16             **MS. VAUGHN:**  Okay.

17             Can I ask, with respect to your uncle, did you

18   feel that he was treated fairly by the court system and the

19   government and things like that generally?

20             **PROSPECTIVE JUROR:**  Yep.

21             **MS. VAUGHN:**  And do you maintain a relationship

22   with him to this day?

23             **PROSPECTIVE JUROR:**  He's my uncle.  There are

24   holidays, but -- although COVID has prevented us from

25   meetings but, yeah.  I mean, I get regular updates from --

1     it's my mom's brother.  So I get regular updates from her

2     whenever I speak to my parents.

3                **MS. VAUGHN:**  All right.  Thank you.

4                **THE COURT:**  Let me just ask you one question about

5     your work.  Do you have a sense of how your clients might

6     react if you told them that you were serving on a jury and

7     just ask if some of the deadlines could be put off?

8                **PROSPECTIVE JUROR:**  I don't.  I can assume that

9     they are reasonable people so --

10               **THE COURT:**  But you don't know?

11               **PROSPECTIVE JUROR:**  I don't know.  I could always

12    ask though.

13               **THE COURT:**  Fair enough.  Thank you so much.

14               **PROSPECTIVE JUROR:**  No worries.

15        (Prospective juror steps down.)

16               **THE COURT:**  Ms. Vaughn?

17               **MS. VAUGHN:**  Your Honor, I'm a little concerned

18    about the attention she might pay to the case given her work

19    obligations and her concerns about that.  So it might be

20    best to let her go.

21               **THE COURT:**  You're moving to exclude her or that's

22    your position?

23               **MS. VAUGHN:**  Yes, Your Honor.

24               **MR. CORCORAN:**  No objection, Your Honor.

25               **THE COURT:**  Okay.  Juror 1422 is excluded.

1          I will say, in my view, that was a pretty close

2     call.  Many people are going to have work obligations and

3     those didn't strike me as the most serious ones.  But

4     hopefully we're going to have plenty of jurors here and it

5     won't be a problem.

6          (Prospective juror steps up.)

7          **THE COURT:**  Please step forward to the podium.

8     Feel free to take off your mask if you are comfortable with

9     that.

10          You are Juror 1371.  Correct?

11          **PROSPECTIVE JUROR:**  Yes.

12          **THE COURT:**  I note for the record that you

13     answered "yes" to two questions, Questions 25 and 26.

14          **PROSPECTIVE JUROR:**  Yes.

15          **THE COURT:**  I want to ask you some questions about

16     those.

17          The first question asks whether you've ever served

18     on a grand jury.  Can you describe to us why you answered

19     "yes" to that question?

20          **PROSPECTIVE JUROR:**  Because I served on a grand

21     jury.

22          **THE COURT:**  Where was that grand jury?

23          **PROSPECTIVE JUROR:**  Okay.  I'm not sure of the

24     address but when you get off Judiciary Square.

25          **THE COURT:**  So it was probably D.C. Superior

1   Court?

2             **PROSPECTIVE JUROR:**  Yes.

3             **THE COURT:**  How long ago did you serve on that

4   grand jury?

5             **PROSPECTIVE JUROR:**  It was the early 2000s.

6             **THE COURT:**  Do you recall how long you served on

7   that jury?

8             **PROSPECTIVE JUROR:**  It was about a month.

9             **THE COURT:**  Is there anything about that

10  experience that would cause you to be concerned about your

11  ability to be impartial in this case?

12            **PROSPECTIVE JUROR:**  No.

13            **THE COURT:**  And you also answered "yes" to

14  Question 26, which is whether you served as a juror in a

15  civil or criminal trial in federal, state or local court.

16  Can you describe that experience for us?

17            **PROSPECTIVE JUROR:**  Well, they call me every two

18  years, and I serve on a jury frequently.  So I served on a

19  couple civil cases, but I can't recall specifically what

20  they were.

21            **THE COURT:**  Did you ever serve as a --

22            **PROSPECTIVE JUROR:**  It's been a while ago.

23            **THE COURT:**  Were those all within the District of

24  Columbia?

25            **PROSPECTIVE JUROR:**  Yes.

1          **THE COURT:**  Do you recall whether you ever served

2     as a juror in federal court, in this building, basically?

3          **PROSPECTIVE JUROR:**  I want to say yes.

4          **THE COURT:**  Do you recall what type of case that

5     was?

6          **PROSPECTIVE JUROR:**  I want to say it was a union

7     dispute --

8          **THE COURT:**  Okay.

9          **PROSPECTIVE JUROR:**  -- if I'm not mistaken.

10         **THE COURT:**  Do any of your experiences serving as

11    a juror in those trials cause you to worry about your

12    ability to be impartial here?

13         **PROSPECTIVE JUROR:**  No.

14         **THE COURT:**  Did you ever serve on a criminal jury

15    before?

16         **PROSPECTIVE JUROR:**  Yes.

17         **THE COURT:**  Do you recall approximately when that

18    was and what kind of case it was or cases?

19         **PROSPECTIVE JUROR:**  That was a drug case, and that

20    was many years ago as well.  They call me every two years

21    so --

22         **THE COURT:**  Sure.

23         **PROSPECTIVE JUROR:**  -- I can't remember.  I can't

24    remember all of them.

25         **THE COURT:**  Did the jury in that drug case convict

1  the defendant, if you recall?

2          PROSPECTIVE JUROR:  Yes.

3          THE COURT:  Okay.  Did you have a hard time --

4  I'll ask it very generally -- with the process of getting to

5  a unanimous verdict?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  Okay.

8          You didn't answer "yes" to any other questions and

9  I just want to make sure that, for example, you haven't

10  heard anything about this case or the defendant.

11          PROSPECTIVE JUROR:  I've heard something about it

12  but I haven't, you know -- glance at the news but nothing,

13  like, I'm sitting there listening, deciphering.

14          THE COURT:  What, if anything, do you recall

15  hearing about this case?

16          PROSPECTIVE JUROR:  The name.

17          THE COURT:  Anything else?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  What about -- do you recall anything

20  about the Select Committee's work that I asked some

21  questions about?

22          PROSPECTIVE JUROR:  (Shook head.)

23          THE COURT:  Okay.  Thank you.

24          Ms. Gaston.

25          MS. GASTON:  Good morning, ma'am.

1      **PROSPECTIVE JUROR:**  Good morning.

2      **MS. GASTON:**  Just a couple questions.  You

3  mentioned that you've heard the defendant's name in the

4  news.  Do you know anything about him or what he does or who

5  he is?

6      **PROSPECTIVE JUROR:**  I heard the name and I heard

7  about contempt, but that's about the extent of what I've

8  listened to on the news.

9      **MS. GASTON:**  Okay.  Have you read news stories or

10  heard news stories going into the details of this case?

11      **PROSPECTIVE JUROR:**  No.

12      **MS. GASTON:**  And then are you familiar with the

13  January 6th Committee?

14      **PROSPECTIVE JUROR:**  Yes.

15      **MS. GASTON:**  Do you know what they're doing?

16      **PROSPECTIVE JUROR:**  Not really.

17      **MS. GASTON:**  Nothing further, Your Honor.

18      **THE COURT:**  Thank you.

19      Mr. Corcoran.

20      **MR. CORCORAN:**  Good morning, ma'am.

21      **PROSPECTIVE JUROR:**  Good morning.

22      **MR. CORCORAN:**  With regard to your hearing the

23  word "contempt" associated with Mr. Bannon's name, do you

24  understand that the news sometimes prints things that aren't

25  the same as what we will hear in court?

1          **PROSPECTIVE JUROR:**  Absolutely.

2          **MR. CORCORAN:**  And you'll be able to just listen

3    to the evidence in court?

4          **PROSPECTIVE JUROR:**  Yes.

5          **MR. CORCORAN:**  The only other thing is one of the

6    pieces of information that we get is employment, and

7    sometimes people don't answer that because they're not

8    currently employed but they've had jobs in the past, and I'm

9    just wondering if you fall into that category.

10         **PROSPECTIVE JUROR:**  I am currently employed.

11         **MR. CORCORAN:**  Where are you employed?

12         **PROSPECTIVE JUROR:**  Department -- Development

13   Finance Corporation.  It's a government agency.

14         **MR. CORCORAN:**  A government agency?

15         **PROSPECTIVE JUROR:**  Yes.

16         **MR. CORCORAN:**  Is it a D.C. government agency?

17         **PROSPECTIVE JUROR:**  No, it's a U.S.  It's United

18   States.  I just started this job last month.

19         **MR. CORCORAN:**  Congratulations.

20         **PROSPECTIVE JUROR:**  So it's -- thank you.  So it's

21   United States Development Finance Corporation.

22         **MR. CORCORAN:**  All right.  United States

23   Development Finance Corporation.  Thank you very much.

24         **PROSPECTIVE JUROR:**  You're welcome.

25         **THE COURT:**  Thank you, ma'am.

1            **PROSPECTIVE JUROR:**  Thank you.

2        (Prospective juror steps down.)

3            **THE COURT:**  Ms. Gaston?

4            **MS. GASTON:**  Nothing from the government,

5    Your Honor.

6            **THE COURT:**  Mr. Corcoran?

7            **MR. CORCORAN:**  Nothing here, Your Honor.

8            **THE COURT:**  We will qualify Juror 1371.

9        Ms. Lesley, bring in the next juror, please.

10       (Prospective juror steps up.)

11           **THE COURT:**  Yes, sir.  Thank you.  Good morning.

12           **PROSPECTIVE JUROR:**  Good morning.

13           **THE COURT:**  Feel free to take your mask off if

14   you'd like.  You're Juror Number 0014.  Correct?

15           **PROSPECTIVE JUROR:**  Yes.

16           **THE COURT:**  You answered "yes" to two questions.

17           **PROSPECTIVE JUROR:**  Yes.

18           **THE COURT:**  I just want to ask you some questions

19   about those.  You answered 'yes' to Question 16.  And,

20   again, that was the question asking whether you have watched

21   or read coverage of the hearings that the Select Committee

22   has been holding.

23           **PROSPECTIVE JUROR:**  Okay.

24           **THE COURT:**  So can you tell us a little about more

25   about that?  How many hearings have you watched and how

1    frequently -- just sort of --

2          **PROSPECTIVE JUROR:**  Just the first day.

3          **THE COURT:**  Do you recall what day that was?

4          **PROSPECTIVE JUROR:**  I think it was like a

5    Thursday -- when they -- the first one televised at night.

6          **THE COURT:**  And that was approximately how long

7    ago?  Do you recall?

8          **PROSPECTIVE JUROR:**  Maybe two or three weeks ago?

9          **THE COURT:**  Do you recall whether you heard any

10   mention of Mr. Bannon during that hearing?

11         **PROSPECTIVE JUROR:**  No.

12         **THE COURT:**  Okay.  Is there anything about your

13   watching that hearing that would lead you, in your mind at

14   least, to worry about being impartial --

15         **PROSPECTIVE JUROR:**  No.

16         **THE COURT:**  -- in a case here?

17         Okay.  You also answered "yes" to Question 22,

18   which is a long question, but it basically asks whether you

19   or anyone else in your family had anything to do with the

20   law.

21         **PROSPECTIVE JUROR:**  My aunt.  My aunt she was a

22   lawyer, yes.

23         **THE COURT:**  Is she still a lawyer?

24         **PROSPECTIVE JUROR:**  No.

25         **THE COURT:**  Where does she work?

1          **PROSPECTIVE JUROR:**  Now she's retired but she

2     practiced maybe -- for maybe two years.  Not that long at

3     all.

4          **THE COURT:**  Where did she live when she was

5     practicing?

6          **PROSPECTIVE JUROR:**  In D.C.

7          **THE COURT:**  In D.C.?

8          **PROSPECTIVE JUROR:**  Yes.

9          **THE COURT:**  Any other family members involved with

10    the law?

11         **PROSPECTIVE JUROR:**  No.

12         **THE COURT:**  Okay.  Thank you.

13         Mr. Corcoran or Ms. Vaughn.  I'm happy to have

14    Ms. Vaughn go first.

15         Go ahead, Ms. Vaughn, if you're ready.

16         **MS. VAUGHN:**  Good morning, sir.

17         **PROSPECTIVE JUROR:**  Good morning.

18         **MS. VAUGHN:**  What kind of law did your aunt

19    practice?

20         **PROSPECTIVE JUROR:**  I think it was family.

21         **MS. VAUGHN:**  Family law?

22         **PROSPECTIVE JUROR:**  I think so, yeah.  I'm not

23    100 percent sure.

24         **MS. VAUGHN:**  Did you all talk a lot about her work

25    or --

1          **PROSPECTIVE JUROR:**  Oh, no.  That's why, when you

2    asked the question, I was, like -- you know, like -- yeah.

3          **MS. VAUGHN:**  Okay.  That's all I had.  Thank you.

4          **PROSPECTIVE JUROR:**  Okay.  Congratulations.

5          **MS. VAUGHN:**  Thank you.

6          **MR. CORCORAN:**  Sir, good morning.

7          **PROSPECTIVE JUROR:**  Good morning.

8          **MR. CORCORAN:**  I think just two questions.  One

9    is, when it lists your employment, it says that you're

10   involved with ADU.

11         **PROSPECTIVE JUROR:**  Right.

12         **MR. CORCORAN:**  And I'm just wondering what ADU is.

13         **PROSPECTIVE JUROR:**  It's an appliance company.

14   Appliance Distributors Unlimited.  It was appliance.

15         **MR. CORCORAN:**  And where is that company based?

16         **PROSPECTIVE JUROR:**  Takoma Park, Maryland.

17         **MR. CORCORAN:**  And the second thing is you said

18   you saw the first hearing by the Select Committee; is that

19   right?

20         **PROSPECTIVE JUROR:**  Yeah, I think that was the

21   first -- whatever the televised one was at night.  That was

22   the only one I watched.  I watched maybe a quarter of it.

23         **MR. CORCORAN:**  What's your feeling and perception

24   of the work that the Select Committee is doing?

25         **PROSPECTIVE JUROR:**  I guess everyone wants to sort

1     of figure out what was going on, you know.  They are trying

2     to find the truth about what happened.

3              **MR. CORCORAN:**  Okay.  Okay.  Thank you,

4     Your Honor.

5              **THE COURT:**  Thank you.  Thank you, sir.

6              **PROSPECTIVE JUROR:**  Okay.

7         (Prospective juror steps down.)

8              **THE COURT:**  Ms. Vaughn?

9         **MS. VAUGHN:**  No objection from the government.

10             **THE COURT:**  Mr. Corcoran?

11        **MR. CORCORAN:**  No objection, Your Honor.

12             **THE COURT:**  We will qualify Juror 0014 for

13    cause -- we will qualify Juror 0014.

14             What I would like to do is, because it's just

15    after 11, I want to do one more potential juror, and then

16    we'll take a brief recess.  Go a little bit longer until the

17    lunch hour and see where we are.  Okay?

18             So, Ms. Lesley, could you please bring in juror

19    1178.

20        (Prospective juror steps up.)

21             **THE COURT:**  Good morning.

22             **PROSPECTIVE JUROR:**  Good morning.

23             **THE COURT:**  Feel free to take your mask off, if

24    you would like.  You don't have to.  You're Juror 1178.

25    Correct?

1      **PROSPECTIVE JUROR:**  Yes.

2      **THE COURT:**  And let the record reflect you

3   answered "yes" to four questions, 10, 16, 22 and 23.  I'm

4   just going to ask you some questions about those, and then

5   the lawyers may have some questions for you.

6           And I should have been noting this for each other

7   juror who came in, but if there's something particularly

8   personal that you would like to discuss, we have the ability

9   to talk on the phone under seal, basically.

10     **PROSPECTIVE JUROR:**  Uh-huh.

11     **THE COURT:**  So Question 10 is whether a family

12  member or anyone close to you has ever worked in the House

13  or the Senate or a legislative agency.  Can you explain your

14  "yes" answer to that?

15     **PROSPECTIVE JUROR:**  Yeah, my father is the shadow

16  Senator to Washington, D.C.

17     **THE COURT:**  How long has he been the shadow

18  Senator?

19     **PROSPECTIVE JUROR:**  A long, long time.  Since,

20  like, the '90s.

21     **THE COURT:**  And what's your understanding of what

22  that role entails?

23     **PROSPECTIVE JUROR:**  Um, I know that he's

24  nonvoting.  Just, you know -- he was elected by the people

25  but he can't vote so...

1      **THE COURT:**  Anyone else in your family worked for

2  or provided services to those entities?

3      **PROSPECTIVE JUROR:**  Huh-uh.

4      **THE COURT:**  You answered "yes" to Question 16,

5  which is about watching or reading coverage of the

6  January 6th Select Committee hearings.

7      **PROSPECTIVE JUROR:**  Uh-huh.

8      **THE COURT:**  So can you describe how many hearings

9  you've watched?  Have you watched all of them?  The whole

10  hearing --

11      **PROSPECTIVE JUROR:**  No, I've just kind of seen it

12  on TV.  I haven't watched it very closely.

13      **THE COURT:**  Approximately how many minutes or

14  hours of the Select Committee hearings have you watched?

15      **PROSPECTIVE JUROR:**  Maybe five minutes.  Just, you

16  know -- I wouldn't say that I really watched it.

17      **THE COURT:**  Have you heard the defendant, here,

18  Mr. Bannon's name mentioned in any of the hearings that

19  you've watched?

20      **PROSPECTIVE JUROR:**  No.

21      **THE COURT:**  Is there anything about your -- what

22  you've seen of the hearings that would cause you to be

23  concerned that you would be -- would be unable to be

24  impartial in this case?

25      **PROSPECTIVE JUROR:**  No.

1        **THE COURT:** You also answered "yes" to Question

2    22, which is about whether you or anyone in your family,

3    basically, works in the legal field generally. Can you

4    explain your answer to that?

5        **PROSPECTIVE JUROR:** Yeah, my father is a lawyer as

6    well.

7        **THE COURT:** Does he also practice, in addition to

8    being a shadow Senator?

9        **PROSPECTIVE JUROR:** Yes.

10        **THE COURT:** What does he do?

11        **PROSPECTIVE JUROR:** Just general law. Like a lot

12    of stuff with real estate and tenants and things like that.

13        **THE COURT:** And is that in the District of

14    Columbia?

15        **PROSPECTIVE JUROR:** Yes.

16        **THE COURT:** Is there anything about his experience

17    or your knowledge of his work that would make you concerned

18    you would not be able to be impartial here?

19        **PROSPECTIVE JUROR:** Nope.

20        **THE COURT:** You also answered "yes" to the

21    question of whether you or a family member or anyone else

22    close to you was the subject of criminal investigation or

23    was charged with a crime.

24        **PROSPECTIVE JUROR:** Uh-huh.

25        **THE COURT:** Can you explain your answer to that?

1          **PROSPECTIVE JUROR:**  Yeah, I think my father had a

2    DUI a few years ago.

3          **THE COURT:**  Do you recall approximately how long

4    ago?  I know you said a few years ago.

5          **PROSPECTIVE JUROR:**  I was a child.  Maybe 2008.

6          **THE COURT:**  Okay.  Was there anything about that

7    experience, your father's experience in the criminal justice

8    system that would, again, run the risk in your mind that you

9    would be unable to be impartial here?

10         **PROSPECTIVE JUROR:**  No.

11         **THE COURT:**  Okay.  Thank you.

12         Ms. Gaston.

13         **MS. GASTON:**  Good morning.

14         **PROSPECTIVE JUROR:**  Good morning.

15         **MS. GASTON:**  You mentioned that your father is the

16   D.C. shadow Senator.

17         **PROSPECTIVE JUROR:**  Uh-huh.

18         **MS. GASTON:**  Was he at or near the Capitol on

19   January 6th?

20         **PROSPECTIVE JUROR:**  No.

21         **MS. GASTON:**  And then you mentioned that your

22   father is a lawyer.  Has he ever practiced criminal law that

23   you're aware of?

24         **PROSPECTIVE JUROR:**  Not that I am aware of.

25         **MS. GASTON:**  In terms of the DUI incident that you

1    mentioned -- and if we want to talk about this on the

2    husher, we can -- but how did that turn out for your father?

3              **PROSPECTIVE JUROR:**  I think that -- I don't know.

4    I was a child.  I didn't really know about it.  I am not

5    really sure, but I know that it's fine now.

6              **MS. GASTON:**  Did you ever have discussions with

7    your father about whether he felt he had been treated fairly

8    in that process?

9              **PROSPECTIVE JUROR:**  No.  No.  No.  We never talked

10   about it.

11             **MS. GASTON:**  Do you have any feelings about

12   whether he was treated fairly?

13             **PROSPECTIVE JUROR:**  No.  I think it was fair.

14             **MS. GASTON:**  And then, finally, are you employed?

15             **PROSPECTIVE JUROR:**  Am I employed?

16             **MS. GASTON:**  Yes.

17             **PROSPECTIVE JUROR:**  Yes.

18             **MS. GASTON:**  What do you do?

19             **PROSPECTIVE JUROR:**  I work as a baby-sitter for a

20   family friend.

21             **MS. GASTON:**  Thank you.

22             **THE COURT:**  Mr. Corcoran.

23             **MR. CORCORAN:**  Good morning.

24             **PROSPECTIVE JUROR:**  Good morning.

25             **MR. CORCORAN:**  I just have one question and that

1    is, you said that you saw some of the Select Committee

2    hearings.  And I just want to know, what's your perception

3    of the work that the Select Committee is doing?

4        **PROSPECTIVE JUROR:**  Um, I think I answered "yes"

5    to the question because I've seen -- I've seen some footage

6    from inside the courthouse in regards to January 6th, but I

7    don't know if I've seen that specifically, and I can't say I

8    have an opinion on it.

9        **MR. CORCORAN:**  In terms of the work that the

10   Select Committee is doing, the coverage you have seen has

11   not made you think one way or another about their work?  It

12   hasn't left any view?

13       **PROSPECTIVE JUROR:**  Yeah.

14       **MR. CORCORAN:**  Okay, thank you.

15       **THE COURT:**  Thank you, ma'am.

16       **PROSPECTIVE JUROR:**  Thank you so much.

17   (Prospective juror steps down.)

18       **MR. CORCORAN:**  Thanks, Your Honor.  We would move

19   to strike her for cause.  The main reason is her father is

20   the Senator -- a shadow Senator from the District of

21   Columbia.

22            In this case, the government has, on several

23   occasions, stated that members of Congress are the

24   Complainants in the case.  So this situation is unlike -- is

25   not unlike any situation where one member of an organization

1    is the victim, and we have to listen to evidence to

2    determine whether a crime was committed.

3            **THE COURT:**  Is that true with respect to the

4    Senate?

5            **MR. CORCORAN:**  Well, it's -- it's Congress.

6            **THE COURT:**  Does the Senate have any role in this

7    case whatsoever?

8            **MR. CORCORAN:**  I think it's close enough,

9    Your Honor.  I think what we are talking about is whether

10   it's a member of the Senate, a -- I'd have the same -- let

11   me put it this way:  If a member of the Senate was seated

12   here to become a juror, I would have the very same

13   objection; and that is, essentially, they are in the shoes

14   of the victim in the case.

15           They will come to it -- this young woman will come

16   to it with her life experience, which is her father is a

17   shadow Senator for the District of Columbia.  Because of

18   that, particularly when we have a full panel and we just

19   have three strikes, we think it's best not to put in the

20   jury box somebody who has got a direct blood, family

21   relation, father/daughter sitting in judgment on the facts

22   of this case.

23           Thank you.

24           **THE COURT:**  Thank you, Mr. Corcoran.

25           Ms. Gaston?

1        **MS. GASTON:**  Your Honor, the government's position

2    is that there is no reason to strike this juror for cause.

3    The Senate is, as Your Honor noted, a different chamber of

4    the Congress.  The Committee is a House committee.  She is

5    not the Senator.  It is her father.

6        She talked about how she hasn't really paid

7    attention to what the Committee is doing, and she didn't

8    seem to have strong feelings about the Committee's work

9    about January 6th or any connection between her father and

10   January 6th.  And if Mr. Corcoran has concerns about that or

11   wants to ask questions about that to figure out what her

12   feelings are, we should ask her back in and ask more

13   questions.

14       **THE COURT:**  Thank you.

15       I am going to exclude the juror.  It seems like a

16   close call but given the objection from the defendant, given

17   the pretrial motions and the like, this is not just an

18   employee but it is a shadow Senator.  It's a political

19   position.

20       I don't think this is an obvious call but

21   precisely because we have a large pool and the ability to,

22   you know, find jurors who don't even get close to the line,

23   I'm going to exclude Juror 1178.

24       With that, for the reasons I indicated, we are

25   going to go into a brief recess.  I will leave the note

1    cards right here.  And why don't we just take 15 minutes?  I

2    suspect everybody will be happy with a break of the like.

3              So we will see everyone back here at 11:20.

4              (Recess from 11:05 a.m. to 11:24 a.m.)

5              **THE COURT:**  Good morning.

6              **PROSPECTIVE JUROR:**  Good morning.

7              **THE COURT:**  Feel free to take your mask off.  You

8    are Juror 1061.  Correct?

9              **PROSPECTIVE JUROR:**  Correct.

10             **THE COURT:**  And I see that on your card, and let

11   the record reflect that you answered "yes" to none of the

12   questions.

13             I just want to confirm a few things that, in fact,

14   you have no awareness of this case before today, of course.

15             **PROSPECTIVE JUROR:**  Correct.  General things as

16   far as the news.  But when it came to this case, I had no

17   idea it was --

18             **THE COURT:**  What about the Select Committee, the

19   January 6th Committee?  Any knowledge about that committee?

20   Have you watched any hearings, read any news about it?

21             **PROSPECTIVE JUROR:**  No, unfortunately.  You can

22   check my phone data and my laptop.  I haven't checked on

23   anything, not because I don't believe in it but been very

24   busy recently.

25             **THE COURT:**  I know I asked this sort of as a

1    catch-all question, but let me just make sure I ask it

2    again.  Is there anything that you heard about my

3    description of the case and any of the questions that would

4    lead you to conclude that you would be unable to be

5    impartial if you were qualified as a juror in this matter?

6              **PROSPECTIVE JUROR:**  No.

7              **THE COURT:**  Thank you.

8              Government?

9              **MS. VAUGHN:**  No questions, Your Honor.

10             **THE COURT:**  Thank you.

11             Mr. Corcoran?

12             **MR. CORCORAN:**  Just one.

13             Good morning, sir.

14             **PROSPECTIVE JUROR:**  Good morning.

15             **MR. CORCORAN:**  Just to follow up on your job with

16   Test Yourself D.C.  Is that work with COVID testing?

17             **PROSPECTIVE JUROR:**  Yes.

18             **MR. CORCORAN:**  Okay.  And what kind of work is it?

19   Is it D.C. government or is it private sector?

20             **PROSPECTIVE JUROR:**  I'm technically a contractor

21   even though we do work under D.C. Health.  I do specifically

22   contract work.

23             **THE COURT:**  Perfect.  I can see why you are busy.

24   Thank you.

25             Thank you, Your Honor.

1        **THE COURT:**  Thank you.

2      (Prospective juror steps down.)

3        **THE COURT:**  Ms. Vaughn?

4        **MS. VAUGHN:**  No objection from the government,

5   Your Honor.

6        **THE COURT:**  Mr. Corcoran?

7        **MR. CORCORAN:**  No objection, Your Honor.

8        **THE COURT:**  All right.  Juror 1061 is qualified.

9      (Prospective juror steps up.)

10        **THE COURT:**  Good morning.

11        **PROSPECTIVE JUROR:**  Good morning.

12        **THE COURT:**  Feel free to take your mask off if you

13   would like.

14        Am I correct that you're Juror Number 1703?

15        **PROSPECTIVE JUROR:**  Yes, sir.

16        **THE COURT:**  Let the record reflect that you

17   answered "yes" to the following questions:  6, 7, 7(a),

18   7(b), 10, 14, 15, 16, 17, 18, 19, 21, 22, 45.

19        **PROSPECTIVE JUROR:**  Yes, sir.

20        **THE COURT:**  I just want to ask you some follow-up

21   questions about those.  I'll start with the questions around

22   this case.

23        Question 6 was:  Is there anything about the

24   nature of the charges here that would prevent you from

25   testifying fairly?  Then it asks you if you had heard about

1    this case and if, from anything you've heard, whether you

2    had formed any opinions about it or if there's anything

3    about your knowledge that would prevent you from following

4    my instructions and reaching a verdict based solely on the

5    evidence.

6              So can you describe for us why you answered "yes"

7    to those four questions?

8              **PROSPECTIVE JUROR:**  I've read a lot about the case

9    and heard a lot about it and formed very negative opinions.

10             **THE COURT:**  What have you read, generally?  News

11   articles?

12             **PROSPECTIVE JUROR:**  Accounts of the riot at the

13   Capitol, accounts of the proceedings of the Committee, the

14   defendant not cooperating with the Committee.

15             **THE COURT:**  And you have formed an opinion about,

16   really, the conduct at issue in this case then?

17             **PROSPECTIVE JUROR:**  Yes.

18             **THE COURT:**  Are you, therefore, concerned that you

19   would be unable to render an impartial judgment based

20   entirely and only on the evidence presented in court?

21             **PROSPECTIVE JUROR:**  Yes.

22             **THE COURT:**  Okay.

23             You also answered "yes" to whether you or anyone

24   you know has worked essentially in the legislative arena,

25   the House, the Senate or an agency affiliated with the

1    legislative branch.

2              Can you just describe to us what person did or

3    perhaps it was you?

4              **PROSPECTIVE JUROR:**  I have a very close friend who

5    worked for the Sergeant at Arms of the Senate.

6              **THE COURT:**  When was that, approximately?

7              **PROSPECTIVE JUROR:**  Six or seven years ago.

8              **THE COURT:**  You also answered "yes" to

9    Questions 14, 15, 16, 17, 18 and 19, which part of those

10   questions asked about the Select Committee and its work and

11   hearings, and then also about -- questions about Mr. Bannon

12   and then his former -- his work as a former advisor to

13   President Trump and the like.

14             Can you just describe why you answered "yes" to

15   those questions?

16             **PROSPECTIVE JUROR:**  I watched many of the

17   proceedings and witnesses and what have you, so...

18             **THE COURT:**  And as you've said before, you've

19   drawn conclusions, at least to some extent, here.

20             You also answered "yes" to the question about

21   would you tend to believe or not believe the testimony of a

22   witness simply because his or her political beliefs are the

23   same or different from your own.  Can you tell us why you

24   answered "yes" to that question?

25             **PROSPECTIVE JUROR:**  From things he's said and

1    people who he's been affiliated with, I would not tend to

2    believe anything he said.

3          THE COURT:  Okay.  It asks -- another question

4    asks whether you or anyone in your family, close friend, has

5    been in the legal profession.  Can you describe to us --

6          PROSPECTIVE JUROR:  I have a sister-in-law who is

7    a judge.

8          THE COURT:  Where is she a judge?

9          PROSPECTIVE JUROR:  Louisiana District Court.

10         THE COURT:  Federal or state?

11         PROSPECTIVE JUROR:  State.

12         THE COURT:  How long has she been a judge there?

13         PROSPECTIVE JUROR:  Two years.

14         THE COURT:  Okay.  And then, finally, you answered

15   Question 45.  Again, basically said, yes, you would have

16   difficulty putting aside what you've heard about the events

17   of January 6th and following the law and the evidence.  And

18   is that basically consistent with the answers you gave

19   before, the reasons for that?

20         PROSPECTIVE JUROR:  Yes.

21         THE COURT:  Thank you.

22         Ms. Gaston?

23         MS. GASTON:  The government doesn't have any

24   questions.

25         THE COURT:  Mr. Corcoran?

1          **MR. CORCORAN:**  Just a quick one.

2              First of all, I really appreciate your candor.

3     And I just have one question and that is, we've only been

4     here a couple of hours, but have you had occasion to talk to

5     any other of the jurors who are waiting about your thoughts

6     or your perceptions or Mr. Bannon?

7          **PROSPECTIVE JUROR:**  No, sir.

8          **MR. CORCORAN:**  Okay.  Thanks very much.

9          **THE COURT:**  Thank you, sir.

10        (Prospective juror steps down.)

11        **THE COURT:**  Mr. Corcoran?

12        **MR. CORCORAN:**  We would move to strike for cause,

13    Your Honor.

14        **THE COURT:**  I assume the government agrees.

15        **MS. GASTON:**  No objection.

16        **THE COURT:**  Juror Number 1703 will be stricken for

17    cause.

18        (Prospective juror steps down.)

19        **THE COURT:**  Good morning.

20        **PROSPECTIVE JUROR:**  Good morning.

21        **THE COURT:**  Feel free to take your mask off, if

22    you would like.  You are Juror 0351.  Correct?

23        **PROSPECTIVE JUROR:**  Yes.

24        **THE COURT:**  Let the record reflect that you

25    answered "yes" to the following questions:  6, 7, 7(a), 8,

1    15, 16, 17 -- though you have a question mark on 17 -- 18,

2    19 a question mark also, 21 and 22.

3            I'll ask you some follow-up questions, and the

4    lawyers may as well.  If there's anything that you feel

5    uncomfortable discussing in this setting, we can also go on

6    these phones.  The only people who would hear us are myself

7    and the lawyers and a few other people.

8            So as to Questions 6, 7 and 7(a), 6 is, Is there

9    anything about the nature of the charges in this case or the

10   parties involved that would prevent you from deciding this

11   case fairly?  And you answered "yes".

12           Why did you answer that question "yes"?

13           **PROSPECTIVE JUROR:**  I think because I don't

14   know -- I know the background on the case.  I don't know

15   what the exact defense is on it, but from what I've read and

16   what I've concluded myself, like, it just seems like

17   there's -- I don't know what the defense would be because it

18   seems pretty straightforward to me.

19           **THE COURT:**  Did you form that opinion based on

20   your having read about this case in the press?

21           **PROSPECTIVE JUROR:**  Reading, watching the

22   hearings.

23           **THE COURT:**  Okay.  So you have watched Committee

24   hearings?

25           **PROSPECTIVE JUROR:**  Yeah.

1      **THE COURT:**  And do you recall whether the

2   defendant was mentioned in the hearings that you watched?

3      **PROSPECTIVE JUROR:**  Uh-huh.

4      **THE COURT:**  Okay.  And you -- you also answered

5   "yes" to -- and I know you answered just now, you gave an

6   answer that might also apply, but you said "yes" to the

7   question, If you have heard, seen or read anything about

8   this case, have you formed opinions about this case based on

9   what you have heard, seen or read?  And is that essentially

10   what you've already said?

11      **PROSPECTIVE JUROR:**  Yeah.

12      **THE COURT:**  So you're concerned that you could not

13   set aside what you already know to decide this matter based

14   on how I would instruct you?

15      **PROSPECTIVE JUROR:**  I mean, I believe in a

16   person's right to a free and fair jury, and I would follow

17   whatever direction and I think I could be impartial, but I

18   do have opinions.

19      **THE COURT:**  Okay.  Let me ask you some other

20   questions.  So would you give the same answer -- there's a

21   suite of questions or a group of questions, 15 through 18,

22   about the Committee hearings.  Not about this case, but

23   about the Committee hearings.  And would you essentially say

24   the same thing you said earlier about this case --

25      **PROSPECTIVE JUROR:**  Yeah.

1      **THE COURT:**  -- to those?

2      **PROSPECTIVE JUROR:**  (Nodded head.)

3      **THE COURT:**  Okay.

4          You answered "yes" to the following question:

5  Mr. Bannon is a former advisor to President Trump.  Do you,

6  your spouse or partner or family have any political beliefs

7  that might prevent you from sitting in judgment of another

8  person because that person's political beliefs are the same

9  or different from your own?

10         Can you explain your answer to that?

11     **PROSPECTIVE JUROR:**  I have differences in opinions

12  or views and in respect to his previous actions.

13     **THE COURT:**  And you would have a hard time setting

14  these views aside or at least you're worried that that might

15  complicate your view of the evidence here?

16     **PROSPECTIVE JUROR:**  It's a concern, but I do

17  think -- again, I believe first and foremost in someone's

18  right to a free, fair trial.

19     **THE COURT:**  You also answered "yes" to the

20  question, Do you have an opinion about the defendant's guilt

21  or innocence in this case?  And is that essentially the same

22  answer you already gave earlier?

23     **PROSPECTIVE JUROR:**  Correct.

24     **THE COURT:**  The last question is you answered

25  "yes" to having family members or other friends and the like

1   who are in the legal profession generally.  Can you just

2   describe to us why you answered "yes" there?

3   **PROSPECTIVE JUROR:**  My wife is a lawyer.

4   **THE COURT:**  Where does she work?

5   **PROSPECTIVE JUROR:**  She works at the FTC.

6   **THE COURT:**  How long has she been there?

7   **PROSPECTIVE JUROR:**  She's been there for maybe

8   15 years.  Before that, it was --

9   **THE COURT:**  Does she do criminal work?

10   **PROSPECTIVE JUROR:**  -- at the DOJ.

11   **THE COURT:**  Excuse me.  She was at DOJ before

12   that?

13   **PROSPECTIVE JUROR:**  Uh-huh.

14   **THE COURT:**  Has she ever been a prosecutor --

15   **PROSPECTIVE JUROR:**  No.

16   **THE COURT:**  -- or worked in the criminal area?

17   **PROSPECTIVE JUROR:**  She's investigated consumer

18   protection cases.

19   **THE COURT:**  That could have a criminal component,

20   at least in theory?

21   **PROSPECTIVE JUROR:**  Yes.

22   **THE COURT:**  Okay.  Thank you.

23   Ms. Gaston?  Ms. Vaughn?

24   **MS. VAUGHN:**  Good morning.

25   **PROSPECTIVE JUROR:**  Good morning.

1          **MS. VAUGHN:**  I think that you said that you

2     believe first and foremost in the right to a fair and

3     impartial trial.  As part of that, do you think that it's

4     important to follow the Court's instructions, if you --

5          **PROSPECTIVE JUROR:**  Yes.

6          **MS. VAUGHN:**  -- are selected as a juror?

7          **PROSPECTIVE JUROR:**  Definitely.

8          **MS. VAUGHN:**  And do you -- even though you've seen

9     things in the media and have things that might recount facts

10    relevant to this case, would you have a hard time putting

11    that aside given that there will be facts presented to you

12    as a juror in this case?  Will you have a hard time ignoring

13    what you've learned and just focus on the facts you learned

14    in this case?

15         **PROSPECTIVE JUROR:**  I don't think so.  I think

16    facts, first and foremost, are the most important thing.

17         **MS. VAUGHN:**  So you'd be able to put aside what

18    you learned in the press and just focus on what --

19         **PROSPECTIVE JUROR:**  Yes.

20         **MS. VAUGHN:**  And given what you just said about

21    your view that it's important to follow the Court's

22    instructions, when the Court instructs you not to review any

23    additional press on this case, would you be able to follow

24    that?

25         **PROSPECTIVE JUROR:**  Yes.

1          **MS. VAUGHN:**  And when the Court instructs you on

2   what the law is and what the elements of the offense are,

3   would you be able to follow only those instructions and

4   apply it only to the facts that you see in this trial?

5          **PROSPECTIVE JUROR:**  Yes.

6          **MS. VAUGHN:**  Is that a "yes"?

7          **PROSPECTIVE JUROR:**  Yes.

8          **MS. VAUGHN:**  Do you have any concerns about your

9   ability to put aside what you've seen and be fair and

10  impartial?

11         **PROSPECTIVE JUROR:**  I do not.

12         **MS. VAUGHN:**  Okay.  Thank you.

13         **THE COURT:**  Thank you.

14         Mr. Corcoran?

15         **MR. CORCORAN:**  None, Your Honor.

16         **THE COURT:**  Thank you.

17         Thank you, sir.

18         **PROSPECTIVE JUROR:**  Thank you.

19      (Prospective juror steps down.)

20         **THE COURT:**  Mr. Corcoran?

21         **MR. CORCORAN:**  Your Honor, we would move to strike

22  for cause.

23         **THE COURT:**  Granted.

24         Next.

25      (Prospective juror steps up.)

1          THE COURT:  Good morning.  It's still morning.

2          PROSPECTIVE JUROR:  Good morning.

3          THE COURT:  You can feel free to take off your

4     mask if you would like.  You are Juror 0342.  Correct?

5          PROSPECTIVE JUROR:  Correct.

6          THE COURT:  You answered "yes" to two questions,

7     which, for the record, are Questions 10 and 22.  I'll ask

8     you just a few questions about that, and there may be some

9     follow-up questions.

10          Question 1 [sic] is, Have you, a family member or

11     anyone close to you worked in the House or the Senate or a

12     government agency affiliated with the legislative branch?

13          Can you describe why you answered "yes" to that

14     question, the details around that?

15          PROSPECTIVE JUROR:  If you count internships, I

16     interned with Senator McCaskill in 2018.  And then one of my

17     closer friends works with the Senate Intelligence Committee.

18          THE COURT:  How close are you to that friend?

19          PROSPECTIVE JUROR:  I mean, we've been good

20     friends since college so...

21          THE COURT:  How often do you speak to him or her?

22          PROSPECTIVE JUROR:  Once a week or something like

23     that.

24          THE COURT:  How long was your internship with

25     Senator McCaskill?

1        **PROSPECTIVE JUROR:**  Just for the fall semester, so

2    three months, maybe.

3        **THE COURT:**  So fall of 2018, four years ago?

4        **PROSPECTIVE JUROR:**  Yep -- no.  Sorry.  2016.  No,

5    that's not right either.  2014.  I'm sorry.

6        **THE COURT:**  Oh, 2014.  So eight years ago?

7        **PROSPECTIVE JUROR:**  Yes.

8        **THE COURT:**  Fall internship while you were in

9    college?

10       **PROSPECTIVE JUROR:**  Yes.

11       **THE COURT:**  What do you do now?

12       **PROSPECTIVE JUROR:**  I work in finance.

13       **THE COURT:**  Okay.  You also answered "yes" to the

14   Question 22, Have you, a family member or anyone close to

15   you ever studied law or worked in the legal profession in

16   any way, and it sort of lists it in topics.  So you can just

17   tell us why your answer was "yes" to that.

18       **PROSPECTIVE JUROR:**  So two of my grandparents were

19   lawyers, and my uncle was also a lawyer.

20       **THE COURT:**  Do you know what your grandparents

21   did, specifically what kind of practice?

22       **PROSPECTIVE JUROR:**  I don't really know.  I know

23   one of them was a corporate lawyer.  He was a lawyer in the

24   Army before that, but that was the 70s.  I am really not

25   sure beyond that.  The other two were more local.

1          **THE COURT:**  And your uncle?

2          **PROSPECTIVE JUROR:**  He was a local lawyer in

3     Illinois.

4          **THE COURT:**  Illinois?

5          **PROSPECTIVE JUROR:**  Yep.

6          **THE COURT:**  Do you know if he did any criminal law

7     practice?

8          **PROSPECTIVE JUROR:**  Yes, he did.

9          **THE COURT:**  He did?

10          **PROSPECTIVE JUROR:**  Yeah.

11          **THE COURT:**  Anything about your conversations with

12     him, your knowledge of his practice, anything like that,

13     lead you to conclude you couldn't be unbiased here?

14          **PROSPECTIVE JUROR:**  No.

15          **THE COURT:**  So we asked some questions about your

16     knowledge about this case and about the Select Committee.

17     You didn't answer "yes" to anything there.  I wanted to make

18     sure that you, in fact, intentionally and you knowingly

19     answered "no" to all of those questions.  You haven't heard

20     anything about this case?

21          **PROSPECTIVE JUROR:**  No.

22          **THE COURT:**  What, if anything, have you heard

23     about the Select Committee's work?

24          **PROSPECTIVE JUROR:**  To be honest, I haven't heard

25     that much.  I have taken a break from the news.  I've seen a

1    couple headlines, but I haven't really read that deeply into

2    any of it.

3              **THE COURT:**  Okay.  Ms. Gaston?

4              Counsel will have a couple follow-up questions for

5    you, potentially.

6              **MS. GASTON:**  Good morning.

7              **PROSPECTIVE JUROR:**  Good morning.

8              **MS. GASTON:**  Your friend who works for the Senate

9    Intelligence Committee, have you talked about January 6th

10   with that friend?

11             **PROSPECTIVE JUROR:**  Yeah.  I mean, not in any

12   serious capacity but, I mean, we are both in D.C.  It's a

13   topic to talk about for sure.

14             **MS. GASTON:**  Because -- have you talked with the

15   friend about whether he or she was at work on that day?

16             **PROSPECTIVE JUROR:**  He was not at the Capitol that

17   day.

18             **MS. GASTON:**  Okay.  And are you familiar with the

19   defendant at all?

20             **PROSPECTIVE JUROR:**  Yes.

21             **MS. GASTON:**  And what do you know about him?

22             **PROSPECTIVE JUROR:**  That he was an advisor for

23   President Trump.  I may know a few other things about his

24   background, but I am not confident enough to say I know for

25   sure.

1      **MS. GASTON:**  Is there anything about what you know

2  about him that would cause you concern about whether you

3  could be fair to him?

4      **PROSPECTIVE JUROR:**  No.

5      **MS. GASTON:**  Your uncle who may have done some

6  criminal law, do you know what side of the -- which table he

7  was sitting at?

8      **PROSPECTIVE JUROR:**  I believe -- honestly, I

9  haven't talked too much about the specific practice, but I

10  think he was more on the side of the defense.

11     **MS. GASTON:**  But you didn't really discuss his

12  practice with him?

13     **PROSPECTIVE JUROR:**  No.

14     **MS. GASTON:**  Nothing further.

15     **THE COURT:**  Mr. Corcoran?

16     **MR. CORCORAN:**  Good morning, sir.

17     **PROSPECTIVE JUROR:**  Good morning.

18     **MR. CORCORAN:**  I understand you worked up on the

19  Senate as an intern, and I understand it was just an

20  internship, but what was the scope of your responsibilities?

21     **PROSPECTIVE JUROR:**  I would do a couple research

22  projects, give tours of the Capitol, a lot of answering

23  phone calls, that kind of thing.  Nothing really too deep.

24     **MR. CORCORAN:**  Okay.

25         And when you were asked about your knowledge of

1      Steve Bannon, you indicated you knew he was former top

2      advisor to President Trump.  And then I think you said, you

3      know a few other things.  What comes to mind when you think

4      of the other things that are in your mind when you hear the

5      name Steve Bannon?

6              **PROSPECTIVE JUROR:**  Well, I -- admittedly, my

7      memory -- I am not saying I know these things.

8              **MR. CORCORAN:**  Of course.

9              **PROSPECTIVE JUROR:**  But I believe I remember

10     reading that he helped start this political organization

11     somewhere in Europe that was sort of -- but like -- I don't

12     know how to describe it.  Sort of a grassroots political

13     movement in Europe.

14              Then I want to say there was also, like, a farm

15     in, like, world of warcraft that he built that was -- he had

16     Chinese workers working for him to generate money.

17              Beyond that, I am not too sure.

18              **MR. CORCORAN:**  What was the source of that

19     information?

20              **PROSPECTIVE JUROR:**  News articles.

21              **MR. CORCORAN:**  News articles?

22              **PROSPECTIVE JUROR:**  I'd say *New York Times*,

23     *Washington Post*, things like that.

24              **MR. CORCORAN:**  And based on that information that

25     you've read about him being an advisor and other things,

1    what comes to your mind when you think of Steve Bannon?

2         **PROSPECTIVE JUROR:**  Obviously, I'm not a fan of

3    Steve Bannon personally.  But I wouldn't say that it would

4    impact my ability to make a judgment in this case.

5         **MR. CORCORAN:**  Okay.

6         Thank you, Your Honor.

7         **THE COURT:**  Thank you, very much.

8         (Prospective juror steps down.)

9         **MR. CORCORAN:**  Mr. Corcoran?

10        **MR. CORCORAN:**  Your Honor, we move to strike.  And

11   the main reason is any time that you are starting a criminal

12   trial with one juror who's not a fan of the defendant, I

13   think they should be struck.

14        **THE COURT:**  Thank you.

15        **MS. GASTON:**  Your Honor, the government would

16   submit that there is no reason to strike him.  He was very

17   forthcoming about that opinion but said repeatedly that he

18   did not think it would impact his ability to be fair.  And

19   the things that he did seem to know about the defendant have

20   no connection to what this trial is about.

21        **THE COURT:**  I agree with the government to a

22   point.  And if we were having a difficult time finding

23   otherwise-qualified jurors, I might in fact seat 0342.  But

24   it seems to me that, again, there is no reason to get close

25   to this line, at least not yet.  And therefore I will

1    exclude 0342.

2         (Prospective juror steps up.)

3              **THE COURT:**  Good morning.

4              **PROSPECTIVE JUROR:**  Good morning.

5              **THE COURT:**  You may take your mask off, if you are

6    comfortable doing so.  You are Juror 1391.  Correct?

7              **PROSPECTIVE JUROR:**  Yes.

8              **THE COURT:**  Your note card reflects that you

9    answered "yes" to the following questions:  7, 14, 16 and

10   26.

11             **PROSPECTIVE JUROR:**  Correct.

12             **THE COURT:**  I'm just going to ask you some

13   questions about that, then counsel may have some follow-ups.

14        So you answered "yes" to the question whether

15   you've heard, read or seen anything from any source about

16   this case, but then you answered "no" to whether you had

17   formed any opinions about the case and "no" to whether

18   there's anything that would prevent you from following my

19   instructions or reaching a verdict based solely on the

20   evidence presented during the trial.

21        So can you explain that?  First, can you start

22   with what have you read, seen or heard about this case?

23             **PROSPECTIVE JUROR:**  I read the newspaper.  I

24   listen to the news.  I do not do social media.  And I have

25   heard about this case from the newspaper and TV news.

1          **THE COURT:**  Do you recall what papers or what

2     channels on the TV that you've seen this case mentioned in?

3          **PROSPECTIVE JUROR:**  I listen to PBS, and I read

4     *The New York Times*, *The Washington Post* and watch Fox News.

5          **THE COURT:**  I just want to confirm that, as you

6     answered on your card, you have not formed any opinions

7     about this case specifically; is that correct?

8          **PROSPECTIVE JUROR:**  Correct.

9          **THE COURT:**  And based on what you know about it,

10    that you stand by your answer that there's nothing that

11    would prevent you from following my instructions or

12    otherwise being impartial.

13         **PROSPECTIVE JUROR:**  Correct.

14         **THE COURT:**  You also answered "yes" to the

15    questions which are related, Questions 14 and 16, which is

16    about, first, whether you have seen, read or heard anything

17    about the Select Committee.  And then 16 is whether you've

18    watched or read coverage of those hearings.

19              So can you describe to us how you've heard, seen

20    or read about the Committee and the hearings?

21         **PROSPECTIVE JUROR:**  Well, I've already told you

22    what news sources I get.  I would add NPR.

23         **THE COURT:**  Okay.

24         **PROSPECTIVE JUROR:**  And I watched the hearings on

25    TV.

1      **THE COURT:**  Okay.  Do you recall any mention of

2   the defendant -- Mr. Bannon, here -- any mention during the

3   hearings you've watched?

4      **PROSPECTIVE JUROR:**  Yes.

5      **THE COURT:**  What do you recall being said about

6   him?

7      **PROSPECTIVE JUROR:**  I'm trying to remember.  I

8   believe at the last hearing there was reference -- not only

9   reference there were-- there was the visual, the videotape

10  of Mr. Bannon on his radio show.

11     **THE COURT:**  Do you recall what he said during the

12  video that was referenced during the hearing?

13     **PROSPECTIVE JUROR:**  He was implying that it was

14  going to be a very exciting day.

15     **THE COURT:**  And by "day" you are referring to

16  January 6?

17     **PROSPECTIVE JUROR:**  Yes.

18     **THE COURT:**  Is there anything about the

19  Committee's hearings more generally or that snippet in

20  particular that, in your view, would cause you to question

21  your ability to be impartial?

22     **PROSPECTIVE JUROR:**  There is nothing that would

23  question my ability to be impartial.

24     **THE COURT:**  Okay.  You also answered "yes" to 26,

25  which is whether you served as a juror in a civil or

1   criminal trial.  Can you just tell us when and where you did

2   that?

3           PROSPECTIVE JUROR:  You can tell from my gray hair

4   that I've been called to jury duty before.  I've been, I

5   think, twice on a jury.  Once was on an insurance case and

6   once was on a civil commitment case.

7           THE COURT:  So you've never been a juror on a

8   criminal case?

9           PROSPECTIVE JUROR:  No.

10          THE COURT:  Were both of those cases here in the

11  District of Columbia?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Anything about those experiences as a

14  juror that would lead you to conclude that you couldn't be

15  impartial, follow my instructions and the like?

16          PROSPECTIVE JUROR:  To the contrary.  I found the

17  experience and the interaction a very important civic duty.

18          THE COURT:  Okay.  Thank you very much.

19          Ms. Vaughn?

20          MS. VAUGHN:  Good morning.

21          PROSPECTIVE JUROR:  Good morning.

22          MS. VAUGHN:  I just had a quick couple questions.

23  I notice that you are retired.

24          PROSPECTIVE JUROR:  Yes.

25          MS. VAUGHN:  I was wondering what you did when you

1    worked before.

2              **PROSPECTIVE JUROR:**  I was the research director at

3    the Communication Workers of America.

4              **MS. VAUGHN:**  Communication Workers of America.

5              And in your jury service, were both the juries you

6    served on able to reach a verdict?  You don't have to tell

7    me what the verdict was.

8              **PROSPECTIVE JUROR:**  Yes.

9              **MS. VAUGHN:**  And did you ever serve as the

10   foreperson?

11             **PROSPECTIVE JUROR:**  No.

12             **MS. VAUGHN:**  That's all I have.  Thank you.

13             **PROSPECTIVE JUROR:**  Thank you.

14             **THE COURT:**  Mr. Corcoran.

15             **MR. CORCORAN:**  Thank you, Your Honor.

16             Good morning, ma'am.

17             Just a couple questions to follow up on what you

18   said.  You indicated that you get news from the *New York

19   Times*, *The Post*, PBS, NPR; and that because of that, you've

20   actually heard about this case; is that correct?

21             **PROSPECTIVE JUROR:**  I added Fox News as well.

22             **MR. CORCORAN:**  And Fox News.  Okay.

23             And from those sources, you learned information

24   about this case?

25             **PROSPECTIVE JUROR:**  I read about the case, yes.  I

1    read that the case is happening.

2          **MR. CORCORAN:**  And what exactly do you remember

3    reading about?

4          **PROSPECTIVE JUROR:**  I don't remember a lot.  And I

5    will say, I was out of town over the weekend and got awoken

6    this morning at 6:30 to say I was coming here, so I did not

7    have a chance to read the papers today.

8          **MR. CORCORAN:**  Okay.

9          But from the prior sources, what -- if you could

10   just think back in your memory and think back to what you've

11   read that gives you some information about that this case

12   was going to happen.

13         **PROSPECTIVE JUROR:**  Well, it was very much what we

14   were told in the summary of what the case is about.  It's

15   whether Mr. Bannon is required legally to turn over -- to

16   testify and to turn over the information that was requested.

17         **MR. CORCORAN:**  Okay.  So that -- the legal issue

18   that you heard today in the neutral statement of the case is

19   something that you came to court today already understanding

20   was this case; is that right?

21         **PROSPECTIVE JUROR:**  Yes.

22         **MR. CORCORAN:**  Okay.

23         Okay.  Now, you said that you saw a video

24   presentation of Mr. Bannon at the Select Committee hearing;

25   is that right?

1          **PROSPECTIVE JUROR:**  I recall that, yes.

2          **MR. CORCORAN:**  And was that before or after you

3     had, from these news sources, heard that there was a case

4     that was going to be happening that's along the lines of the

5     statement of the case?

6          **PROSPECTIVE JUROR:**  I don't remember.

7          **MR. CORCORAN:**  Okay.

8          The videotape that you saw of Mr. Bannon, I think

9     your summary of it was that there was some suggestion -- or

10    some of the statement was suggesting that the day after

11    January 6 was going to be a very exciting day.  That was

12    your sort of --

13         **PROSPECTIVE JUROR:**  No, the day of January 6.

14         **MR. CORCORAN:**  The day of January 6th was going to

15    be a very exciting day.

16         And what was the commentary by the Committee

17    members on either side of that take?  What do you remember

18    about how they put that into context?

19         **PROSPECTIVE JUROR:**  I can't recall.

20         **SPEAKER6:**  Okay.  Why -- I mean, I guess what I'm

21    asking is, a videotape of any person saying, "January 6 is

22    going to be a very exciting day," is one thing.  But if it's

23    in the context of a hearing, there may be more information

24    involved.

25         And really what I'm asking you is, when you

1    turned -- finished watching the hearing, what can you think

2    about why that was presented at all in the hearing?  What

3    importance was that to the hearing?

4         **PROSPECTIVE JUROR:**  This was the hearing in which

5    the Committee was providing to the public, in the public

6    hearing, information to indicate that there were individuals

7    who were planning -- going up to the Capitol.  And, as I

8    recall, this videotape was to indicate that there was

9    infor-- based on what Mr. Bannon said on the videotape, that

10   he may have had some information that there was a plan to go

11   up to the Capitol.

12        **MR. CORCORAN:**  Okay.

13        I guess my question is this:  You've talked about

14   the various sources of information that you have about this

15   case, and in your mind, how would you approach the case

16   differently having all of that information presented to you,

17   including watching the videotape, than somebody who hadn't

18   seen it at all?

19        **PROSPECTIVE JUROR:**  I understand.  I think it's

20   really an important question.

21        **MR. CORCORAN:**  Okay.

22        **PROSPECTIVE JUROR:**  I am not familiar with the

23   legal requirements about providing testimony and about

24   providing documents.  I have no information about what those

25   legal requirements are.

1          Based on what the judge told us, it is my

2     understanding that's the question before the Court.

3     Therefore I feel very confident that I could be impartial in

4     considering that question and listening to the arguments and

5     evidence.

6          **MR. CORCORAN:**  Okay.  Well, thank you very much.

7          **THE COURT:**  Thank you, ma'am.

8          Ma'am, one -- hold on one second.

9          (Discussion between Mr. Schoen and Mr. Corcoran

10    off the record.)

11         **MR. CORCORAN:**  Just one follow-up question for my

12    co-counsel.  Are you working on a dissertation now?

13         **PROSPECTIVE JUROR:**  Yes.

14         **MR. CORCORAN:**  And what's the topic?

15         **PROSPECTIVE JUROR:**  It's the "Transformation of

16    Work in Telephone Company Call Centers."

17         **MR. CORCORAN:**  I love it!  Thank you very much.

18         **THE COURT:**  Thank you, ma'am.

19       (Prospective juror steps down.)

20         **THE COURT:**  Mr. Corcoran?

21         **MR. CORCORAN:**  Your Honor, we're going to move to

22    strike.  This is one of those instances where a person has

23    indicated that they thought they could be fair at a trial.

24    We heard her say that.

25          But it's also an instance where she has, from

1    multiple sources, heard not just about January 6th but about

2    this case.  And in her reading, and then beyond that, she

3    saw a Select Committee hearing where she recognized a clip

4    that was played involving Mr. Bannon and that she found

5    suggested implying that on January 6, it was going to be an

6    exciting day.  She took that to mean, in my follow-up

7    questioning, that the Committee, at least, was suggesting

8    that Mr. Bannon was somehow involved in the planning of the

9    violence.

10            And in this case, one of the issues, as I

11   understand it that the government has presented is the

12   reason for the Select Committee questioning, the reason for

13   the issuance of the Select Committee subpoena to Mr. Bannon,

14   was statements that he made on January 5th, the same

15   podcast.

16            So the bottom line is this, I guess, Your Honor:

17   Here is a potential juror who's actually seen, in the

18   setting of the Select Committee, something that will be a

19   key piece of evidence in the case, and she saw it and

20   thought to herself, Well, I understand that they're saying

21   that he's involved in the planning.

22            We move to strike.  There are plenty of jurors to

23   go.

24            Thank you.

25            **THE COURT:**  Thank you, Mr. Corcoran.

1          Ms. Vaughn?

2          **MS. VAUGHN:**  Your Honor, the government doesn't

3    think that there's a reason to strike this juror for cause.

4    She said that she had not heard anything about the issues in

5    this case beyond what was also summarized for her.  She said

6    she views it as a completely separate question.  She served

7    on juries before, and she said she takes it seriously.

8          And she -- and she was asked sort of a -- she was

9    asked a question more about, Well, what was the rest of the

10   hearing about?  And she reported that.

11         And so the standard is not, Has someone not been

12   exposed to it at all.  It's whether they're going to be

13   prejudiced.  She's taken an oath to tell the truth, as all

14   the potential jurors have here.  She seemed very convinced

15   of her own abilities.  And I'm not sure if there's a basis

16   to question whether she's a sufficient judge of her own

17   abilities.

18         **THE COURT:**  Thank you.

19         I am going to not grant the Motion to Exclude.  I

20   am going to qualify Juror 1391.

21         In my view, yes, she does have, obviously,

22   external information, but her answers were quite clear that

23   as to this case, her knowledge is limited; that she hasn't

24   prejudged anything; she understands the difference between

25   what she knows about the Committee and what this case is

1     about.

2             And I thought her demeanor was particularly clear

3     regarding her ability to follow instructions, to act

4     impartially and to not allow anything that she has learned

5     outside of the courtroom to prejudice her judgment here and,

6     I think most importantly, nothing in my view suggested that

7     she would -- either is or would be impartial -- I'm sorry.

8     Would be partial.  So for that reason, we will seat -- not

9     seat.  We will qualify 1391.

10            Mr. Corcoran?

11            **MR. CORCORAN:**  Your Honor, I just want to make a

12    statement for the record.  Just a follow-up.

13            I'm not asking the Court to reverse its position.

14    I'm simply making a record, and that is, we filed maybe

15    three or four motions to continue the trial.

16            **THE COURT:**  Uh-huh.

17            **MR. CORCORAN:**  And the basis for the motions was

18    the deluge of coverage of the Select Committee hearings and

19    of this case, in fact.  And at each instance -- and we asked

20    for a short period, really, three months.  And that was

21    denied.  And we're moving forward with trial.

22            But part of the Court's rationale, as I understood

23    it, was that this issue of the saturation of the media and

24    the jury pool would be taken care of --

25            **THE COURT:**  Yes.  And as we've heard, there are a

1   number of jurors who have said they could not or at least

2   would risk being able to sit as an impartial juror in this

3   case.  And we've heard from those jurors, and we just had a

4   juror who said she could.

5          And, in my view, the mere fact of media coverage

6   is not enough -- knowledge of media coverage is not enough

7   to exclude someone as a juror.  The reason that we're going

8   through this process is to see whether that -- in my view,

9   whether that media saturation, among other things, makes it

10  so that we can't find jurors who would be impartial, as we

11  have confronted this morning to some extent.

12         **MR. CORCORAN:**  And I totally understand and

13  appreciate and will abide by the Court's ruling.  And I

14  simply want to make a point for the record --

15         **THE COURT:**  Yes.

16         **MR. CORCORAN:**  -- that with respect to this juror,

17  it wasn't just media saturation, but that she had actually

18  seen something and recalled it at the hearing that will be

19  part of the evidence in this case.

20         Thank you, Your Honor.

21         **THE COURT:**  Thank you.

22         Let's bring the next juror in, please.

23      (Prospective juror steps up.)

24         **THE COURT:**  Good morning.  One second, please.

25         **PROSPECTIVE JUROR:**  Good morning, Your Honor.

1          **THE COURT:**  Actually, no, good afternoon.

2          You can take your mask off if you'd like.  You

3     don't have to.  You are juror 0873.  Correct?

4          **PROSPECTIVE JUROR:**  Yes, Your Honor.

5          **THE COURT:**  And you answered questions -- and I'll

6     just state for the record, you answered "yes" to the

7     following questions:  5, 7, 10, 14, 16, 22 and 23.  I'm just

8     going to ask you a few questions about those "yes" answers,

9     and then counsel for the parties may have some follow-up

10    questions.

11         You answered "yes" to the question, Do you know or

12    recognize any other member of the prospective jury panel,

13    any member of the courtroom staff or me?

14         Can you explain your answer there?

15         **PROSPECTIVE JUROR:**  Yes, Your Honor.

16         I recognize you.  I'm an attorney and I am

17    currently working on a case that you are presiding over.

18         **THE COURT:**  Is that a civil case or a criminal

19    case?

20         **PROSPECTIVE JUROR:**  It is a civil case.

21         **THE COURT:**  Okay.  And that case is currently

22    pending?

23         **PROSPECTIVE JUROR:**  Yes, sir.

24         **THE COURT:**  Where do you work?

25         **PROSPECTIVE JUROR:**  Kirkland and Ellis.

1          **THE COURT:**  Is that case set for trial in a couple

2    weeks?

3          **PROSPECTIVE JUROR:**  Yes, sir.

4          **THE COURT:**  Do you have any reason to believe that

5    based on your work on that matter, that you will be unable

6    to be impartial in this case?

7          **PROSPECTIVE JUROR:**  No, Your Honor.

8          **THE COURT:**  You also mentioned, in response to

9    Question 7, that you had heard, seen or read things about

10   this case.  Can you explain what you have read, seen or

11   heard about this matter?

12         **PROSPECTIVE JUROR:**  I've been -- I follow the news

13   pretty closely.  I've been reading things in the news since

14   the indictment, essentially.

15         **THE COURT:**  And you also answered "yes" to

16   Questions 14 and 16, about the Select Committee's work and

17   the hearings.

18         Can you describe how you've learned about the

19   Select Committee and how much you've watched of the

20   hearings?

21         **PROSPECTIVE JUROR:**  Sure.

22         I guess similar answer.  I follow the news

23   closely.  I read the news pretty frequently, and I have not

24   watched much of the hearings live, but I have seen clips on

25   news channels.

1          **THE COURT:**  Have you seen anything in the hearings

2     where the defendant, here, Mr. Bannon, has been mentioned?

3          **PROSPECTIVE JUROR:**  Not that I recall.

4          **THE COURT:**  Is there anything about your knowledge

5     about this case or the Committee hearings that would lead

6     you to conclude you couldn't be impartial in this matter?

7          **PROSPECTIVE JUROR:**  No, Your Honor.

8          **THE COURT:**  You also answered "yes" to Questions

9     22 and 23.

10         Twenty-two, I think at a minimum, you're obviously

11    a practicing attorney right now.  Is there anyone else in

12    your orbit who also is?

13         **PROSPECTIVE JUROR:**  My father-in-law is.

14         **THE COURT:**  What does your father-in-law do?

15         **PROSPECTIVE JUROR:**  He is Deputy General Counsel

16    in the FDIC.

17         **THE COURT:**  How long has he been in that role?

18         **PROSPECTIVE JUROR:**  In that role specifically, I

19    think three or four years.

20         **THE COURT:**  Do you know what he did before that?

21         **PROSPECTIVE JUROR:**  He's been at the FDIC for

22    30-plus years.

23         **THE COURT:**  You also answered whether you, a

24    family member or anyone close to you has been the subject of

25    a criminal investigation or accused of a crime.  Can you

1   describe to us the nature of that answer?  And if there's

2   anything particularly sensitive that you would like to

3   discuss with the husher on, we could do that.

4           **PROSPECTIVE JUROR:**  I would prefer to do the

5   husher, if that's possible.

6           **THE COURT:**  So we are going to go under .

7           (Sidebar discussion.)



20          (Sidebar discussion concluded.)

21          **THE COURT:**  So we are back from under seal.  The

22   last answer that you answered -- or question you answered

23   "yes" to is number 10, which is about whether you or anyone

24   close to you has ever worked for the House, Senate or an

25   agency affiliated with the legislative branch.

1              Can you explain your answer there?

2              **PROSPECTIVE JUROR:**  Yes, Your Honor.  My

3    sister-in-law worked for the Senate five or six years ago.

4              **THE COURT:**  For whom or for what entity?

5              **PROSPECTIVE JUROR:**  She worked for Senator Tim

6    Kaine.

7              **THE COURT:**  And what does she do now?

8              **PROSPECTIVE JUROR:**  She is in the healthcare

9    industry.  She went and got an MBA and is in a different

10   industry.

11             **THE COURT:**  Okay.  Thank you.

12             Ms. Gaston?

13             A few questions from the lawyers probably.

14             **MS. GASTON:**  Good afternoon.

15             **PROSPECTIVE JUROR:**  Hi.  Good afternoon.

16             **MS. GASTON:**  You mentioned that you follow the

17   news and have seen Committee clips.  Where have you seen

18   those things or read that coverage?

19             **PROSPECTIVE JUROR:**  *New York Times*, CNN, MSNBC,

20   *Wall Street Journal*, law.com, *American Lawyer*.  I read a lot

21   of news cites.

22             **MS. GASTON:**  And your sister-in-law, what did she

23   do when she worked in the Senate?

24             **PROSPECTIVE JUROR:**  She was a legislative

25   assistant, I believe.

1    **MS. GASTON:**  Is there anything in the coverage you

2    have seen that gives you an idea of what this case is going

3    to be about?

4         **PROSPECTIVE JUROR:**  Yes.  I think I have a pretty

5    good understanding of what the case is going to be about.  I

6    wouldn't say that I formed an opinion either way, but I

7    think I understand the issue.

8         **MS. GASTON:**  Okay.  And where did you gain that

9    understanding?

10        **PROSPECTIVE JUROR:**  From reading news articles.  I

11   think specifically I read an article last week about rulings

12   the Court made on the defense -- the defenses that the

13   defendant would be able to present or not present.

14        **MS. GASTON:**  Do you think that you would be able

15   to put those things out of your mind if you were to serve on

16   this jury?

17        **PROSPECTIVE JUROR:**  Yes.  I think I could be

18   impartial.  Like I said, I don't think I've formed an

19   opinion either way.  I just think I know a lot of the

20   background.

21        **MS. GASTON:**  And do you think you would be able to

22   make decisions based on only the facts that you learn in the

23   courtroom?

24        **PROSPECTIVE JUROR:**  Yes.

25        **MS. GASTON:**  Thank you.

1          **THE COURT:**  Mr. Corcoran?

2          **MR. CORCORAN:**  Thank you, Your Honor.

3          Good afternoon.

4          **PROSPECTIVE JUROR:**  Good afternoon.

5          **MR. CORCORAN:**  Just following up on the last

6    couple of questions.

7          You just indicated that based on your following of

8    the news, different news sources, that you have a pretty

9    good understanding of what the issues are in the case.  What

10   is your understanding?

11         **PROSPECTIVE JUROR:**  My understanding is that there

12   was a subpoena issued for testimony and records; and that

13   there is a question of whether or not the subpoena return

14   date was supposed to be a firm date or up for further

15   negotiation.

16         **MR. CORCORAN:**  Okay.

17         And you also indicated that you read something

18   that provided some information about potential defenses that

19   were at one time available to the defendant in the case; is

20   that correct?

21         **PROSPECTIVE JUROR:**  Yes.  I read an article last

22   week.  I believe it was either in *American Lawyer* or

23   law.com, one of those entities.

24         **MR. CORCORAN:**  What do you remember about what was

25   discussed in the article?

1      **PROSPECTIVE JUROR:**  I don't remember specifically

2    the defenses that would be excluded.  I remember there may

3    have been a constitutional aspect and I remember a -- that

4    there was a quote from a member of the defense team saying

5    that they weren't sure there were going to be any defenses

6    left or something to that effect.

7      **MR. CORCORAN:**  Okay.

8      Let me ask you about the case that you got pending

9    in front of the court here.  You said that that's -- is that

10    a civil case?

11      **PROSPECTIVE JUROR:**  Yes, it's a civil case.

12      **MR. CORCORAN:**  Is there a trial date in that case?

13      **PROSPECTIVE JUROR:**  It's August 1st.

14      **SPEAKER6:**  Are there any outstanding motions?

15      **PROSPECTIVE JUROR:**  Yes, I believe there are

16    several Motions in Limine filed by the plaintiffs that are

17    outstanding.

18      **MR. CORCORAN:**  Thank you, Your Honor.

19      **PROSPECTIVE JUROR:**  Thank you.

20      **THE COURT:**  Thank you.

21      (Prospective juror steps down.)

22      **THE COURT:**  Mr. Corcoran?

23      **MR. CORCORAN:**  Nothing further from the defense,

24    Your Honor.

25      **THE COURT:**  Ms. Vaughn?  Ms. Gaston?

1          **MS. GASTON:**  Nothing from the government,

2     Your Honor.

3          **THE COURT:**  So the parties are in agreement that

4     we will seat -- I apologize I keep saying that.  We will not

5     strike Juror 0873 for cause and I agree.

6          (Discussion between Ms. Lesley and the Court off

7     the record.)

8          **THE COURT:**  Ms. Gaston?

9          **MS. GASTON:**  Your Honor, if we could actually move

10    to strike that juror.

11         **THE COURT:**  The government wishes to strike Juror

12    0873?

13         **MS. GASTON:**  Yes.

14         **THE COURT:**  On what ground?

15         **MS. GASTON:**  A couple grounds.  One, he read

16    newspaper articles about excluded evidence and so, even

17    though he said that he couldn't remember exactly the kinds

18    of things that were discussed in the article, I am concerned

19    that, as he's sitting in the jury and starting to hear the

20    evidence, he will realize what the evidence is that he read

21    about that is not coming in, that when the attorneys on

22    either side make objections, he will sort of know what the

23    objections are based on, in a way that is not appropriate

24    for a juror.  And while I'm sure he will do his best to sort

25    of cast those things out of his mind, I am concerned that

1  that's not really possible in this situation.

2         **THE COURT:**  Thank you, Ms. Gaston.

3         Mr. Corcoran, why, in light of your argument

4  earlier, do you think it's appropriate to seat this juror?

5  It seems pretty inconsistent you argued as to 1391 but not

6  as to 0873.

7         **MR. CORCORAN:**  It's interesting, Your Honor.  I

8  was just going to say the same with regard to the government

9  because --

10         **THE COURT:**  Yes.

11         **SPEAKER6:**  We learn, Your Honor, moment by moment.

12  What we learned from Juror 1391 is that she -- her demeanor

13  indicated she could be fair and this gentleman's demeanor

14  and his statements indicated that he could be fair, and

15  that's why, when both of us said we wouldn't strike them and

16  I know that -- I think your sense was he could be fair as

17  well.

18         I know that the government changed its position,

19  but they are the ones who are being inconsistent.  Here is

20  somebody who, like Juror 1391, made a clear statement that

21  whatever information was provided in advance is not going to

22  affect his ability to listen carefully to the facts and make

23  a judgment based on that.  There is simply no difference

24  between the jurors on that topic.

25         Thank you.

1        **THE COURT:**  For the record, I did not seat Juror

2    1391 merely based on demeanor.  It seems to me that her

3    knowledge of this matter is substantially less-informed than

4    Juror 0873, who is a practicing lawyer and who has read not

5    just what this case is about, which is what 1391 testified

6    about, but actual specific pretrial rulings I have made,

7    statements by counsel about what the case is or is not about

8    now.  It seems to me that there is a substantive difference

9    between the knowledge coming into this court that the two

10   jurors have and that, in my mind, is a meaningful

11   difference.

12        Because neither party had moved to strike that

13   juror, I wasn't going to do so sua sponte, because I thought

14   that for various reasons it would be appropriate to at least

15   see if a person -- excuse me, that for various reasons that

16   I wouldn't sua sponte strike someone if both parties thought

17   that 0873 could be qualified for cause.  But now that the

18   government has moved to disqualify that juror, I agree with

19   that.

20        I am concerned both about his level of knowledge,

21   which is substantially more than 1391 and, frankly, by the

22   fact that I now know that he has -- and he now has disclosed

23   to me that he has a case pending in front of me that's going

24   to trial in two weeks.  Actually, I'm a little surprised

25   that neither party raised that as an objection to his

1   serving here.  For that reason 0873 will be excluded for

2   cause, a party now having moved to do so.

3           Ms. Lesley, could we please bring in Juror Number

4   0122?

5       (Prospective juror steps up.)

6           **THE COURT:**  Good afternoon.

7           **PROSPECTIVE JUROR:**  Good afternoon.

8           **THE COURT:**  Feel free to take your mask off, if

9   you feel comfortable.

10          **PROSPECTIVE JUROR:**  All right.

11          **THE COURT:**  You are juror 0122.  Correct?

12          **PROSPECTIVE JUROR:**  Yes.

13          **THE COURT:**  I note that you've answered "yes" to

14  two questions, and I just want to ask you some follow-ups to

15  those.  Those questions are 7 and 24, for the record.

16          **PROSPECTIVE JUROR:**  Uh-huh.

17          **THE COURT:**  Question 7 asked:  Have you heard,

18  seen or read anything from any source about this case?  And

19  you said "yes."

20          Can you describe to me what you have heard, seen

21  or read from any source about this case?

22          **PROSPECTIVE JUROR:**  Little snippets from the news.

23          **THE COURT:**  What have you heard?

24          **PROSPECTIVE JUROR:**  Um, not too much.  Just -- I

25  wasn't really paying too much attention to it.  Just heard

1     about the riots and people that were caught on the -- and

2     caught.

3             THE COURT:  And did you hear about the case

4     against Mr. Bannon or did you hear more generally about

5     January 6th?

6             PROSPECTIVE JUROR:  More in general.

7             THE COURT:  More in general?

8             PROSPECTIVE JUROR:  Yes, sir.

9             THE COURT:  Does anything you heard about either

10    this case or January 6th more generally cause you to

11    question whether you could be impartial here?

12            PROSPECTIVE JUROR:  No, because I wasn't really

13    paying attention to it.  I don't even know the names of it.

14            THE COURT:  Okay.  You also answered "yes" to

15    Question 24.  And I'm going to ask you the question, but if

16    there's anything that you would like to discuss, essentially

17    in a more private setting, we can go on these phones.  That

18    question is:  Have you, a family member or anyone close to

19    you ever been the victim or a witness to a crime, regardless

20    of whether the crime was reported or testified in court or

21    before a grand jury as a witness to a crime?

22            Can you explain why you answered "yes" to that

23    question?

24            PROSPECTIVE JUROR:  Yes.  Back in 2017 me and my

25    wife were both gunshot victims.

1          **THE COURT:**  I'm very sorry to hear that.

2          Did you end up testifying in the case against your

3   assailant?

4          **PROSPECTIVE JUROR:**  No, they never --

5          **THE COURT:**  Did you report it to law enforcement?

6          **PROSPECTIVE JUROR:**  Yeah, they knew about it.

7          **THE COURT:**  Did your experience with law

8   enforcement and with being the victim of that crime, does

9   that cause you to worry about whether you can be impartial

10  in this case?

11         **PROSPECTIVE JUROR:**  No, I don't.

12         **THE COURT:**  I hope you're okay now.

13         **PROSPECTIVE JUROR:**  I'm fine.

14         **THE COURT:**  Is there anything else that you'd like

15  to tell us about your answers or the fact that you answered

16  "no" to most things about how it would affect your service

17  as a juror here?

18         **PROSPECTIVE JUROR:**  No.

19         **THE COURT:**  Thank you very much.

20         Ms. Vaughn?

21         **MS. VAUGHN:**  Good afternoon, sir.

22         **PROSPECTIVE JUROR:**  How are you doing?

23         **MS. VAUGHN:**  Good.  I hope you're doing well too.

24         I have a couple questions about what happened to

25  you and your wife.

1          **PROSPECTIVE JUROR:**  Okay.

2          **MS. VAUGHN:**  Did you have any interactions with

3    the U.S. Attorneys Office in relation to that?

4          **PROSPECTIVE JUROR:**  No.  Not that I know of.  No,

5    I haven't.  I don't know if my wife has or not.

6          **MS. VAUGHN:**  Okay.  How did you feel about the law

7    enforcement's response to it?

8          **PROSPECTIVE JUROR:**  I think they did the best they

9    could with the information they had.  We were sitting on the

10   porch and someone came from the back and shot us.  And we

11   had no idea how the person looked or anything.  So I guess

12   the law enforcement did the best they could with the

13   information they had.

14         **MS. VAUGHN:**  Yeah.  I'm sorry that that happened

15   to you.

16         My -- I just had one other question.  Are you

17   currently working?

18         **PROSPECTIVE JUROR:**  Yes.

19         **MS. VAUGHN:**  What do you do for a living?

20         **PROSPECTIVE JUROR:**  I work as a trash tech at

21   Georgetown University Hospital.

22         **MS. VAUGHN:**  Thank you very much.

23         **PROSPECTIVE JUROR:**  Uh-huh.

24         **MR. CORCORAN:**  No questions, Your Honor.  Thank

25   you very much.

1          **THE COURT:**  Thank you, sir.

2      (Prospective juror steps down.)

3          **THE COURT:**  Ms. Vaughn?

4          **MS. VAUGHN:**  We don't have a motion, Your Honor.

5          **THE COURT:**  Mr. Corcoran?

6          **MR. CORCORAN:**  Nothing here, Your Honor.

7          **THE COURT:**  Okay.  We'll qualify Juror 0122.

8          Ms. Lesley, 1312.

9      (Prospective juror steps up.)

10         **THE COURT:**  The podium here, sir.

11         Good afternoon.  Feel free to take off your mask

12  if you would like.

13         **PROSPECTIVE JUROR:**  Oh, thank you.

14         **THE COURT:**  You are Juror 1312.  Correct?

15         **PROSPECTIVE JUROR:**  Yes, sir.

16         **THE COURT:**  I'm just going to note for the record

17  that you answered "yes" to the following questions:  5, 7,

18  7(a), 16, 20, 21 and 39.

19         **PROSPECTIVE JUROR:**  Yes.

20         **THE COURT:**  I'm just going to ask you a few

21  follow-up questions, and then counsel for the parties may

22  have some follow-up.

23         You answered "yes" to Question 5, which is whether

24  you recognized anyone either in the venire or in the court

25  staff.  Can you describe why you answered "yes" to that

1   question.

2           **PROSPECTIVE JUROR:**  I simply recognized the face

3   of one of the jurors that you selected today.  Just in

4   spaces that I've been in Washington, oh, in the last 25,

5   30 years.  I don't even know his name, but I just recognize

6   his face.

7           **THE COURT:**  You just recognize --

8           **PROSPECTIVE JUROR:**  The face.

9           **THE COURT:**  -- that you've seen the face?

10          **PROSPECTIVE JUROR:**  Yes.

11          **THE COURT:**  Okay.  Thank you.

12          You also answered "yes" to Question 7 and 7(a),

13  and I'll just do them together.  The question was whether

14  you've heard, read or seen anything from any source about

15  this case.  And then you said, "yes," that you have formed

16  any opinions about this case based on what you've heard,

17  seen or read.

18          So can you describe what you know about this case,

19  where you learned of it, and what those opinions are that

20  you formed.

21          **PROSPECTIVE JUROR:**  Well, I saw the remark that

22  was in the news the other day about Mr. Bannon saying that

23  he would go "full medieval" during the course of this trial;

24  and that the judge was not taking that to heart.  And I felt

25  that that was a purely just preposterous statement.

1          **THE COURT:**  Which statement?

2          **PROSPECTIVE JUROR:**  To say that it would go

3    medieval.

4          **THE COURT:**  Okay.  As a result of that reaction,

5    do you think you would have a hard time being impartial in

6    this case?

7          **PROSPECTIVE JUROR:**  I would have a challenge.  I

8    would have a challenge, but you have to rise to your better

9    nature.

10          **THE COURT:**  Okay.

11          You also answered "yes" to Question 16, which is

12    about the Select Committee's hearings and whether you've

13    watched them.  And can up describe what you have watched and

14    how many, when, on what source.

15          **PROSPECTIVE JUROR:**  I've watched all of them.  I'm

16    a retiree so I have plenty of time to watch all of them.  On

17    my television, on MSNBC, every time that they've been on.

18          **THE COURT:**  And have you -- as a result of

19    watching those hearings, have you -- well, let me ask a

20    different question.  Have you seen, in those hearings, a

21    mention of Mr. Bannon?

22          **PROSPECTIVE JUROR:**  I believe so.

23          **THE COURT:**  Do you recall how many times?

24          **PROSPECTIVE JUROR:**  No.

25          **THE COURT:**  Do you recall what was said about

1    Mr. Bannon or what you saw about Mr. Bannon in those

2    hearings?

3              **PROSPECTIVE JUROR:**  I can't in this moment.

4              **THE COURT:**  Okay.

5              As a result of what you've seen about the

6    Committee hearings, are you worried that you would be unable

7    to be impartial in this case?

8              **PROSPECTIVE JUROR:**  Well, I think there's an

9    overwhelming amount of information that we've been

10   enlightened to that something went wrong; and that something

11   needs to be fixed in this country; and that we have a

12   political party that has members who have platformed

13   themselves and messaged to us predicated on the lie that the

14   election was stolen.

15             **THE COURT:**  Okay.

16             **PROSPECTIVE JUROR:**  And as an informed,

17   responsible individual, any time I hear anything out of

18   anyone who is on that -- who is in that park, I listen in my

19   most active way and with my most critical listening skills.

20             **THE COURT:**  You also answered "yes" to

21   Questions 20 and 21.  Twenty says:  Would you tend to

22   believe or not believe the testimony of a witness simply

23   because his or her political beliefs are the same or

24   different from your own?  Can you tell us what you mean by

25   that answer?

1          **PROSPECTIVE JUROR:**  Well, to build on what I said

2     before, I would have skepticism.

3          **THE COURT:**  You also said you do have an opinion,

4     sitting here today -- this is 21 -- about the defendant's

5     guilt or innocence in this case.  Can you describe to us --

6          **PROSPECTIVE JUROR:**  I do believe he's guilty.

7          **THE COURT:**  Okay.

8          Last, you also say that you are taking medications

9     or have a physical condition that could make it difficult

10    for you to sit as a juror.  If there's anything, you know,

11    highly sensitive that you'd like to --

12          **PROSPECTIVE JUROR:**  No, it's not at all.  I have

13    an artificial hip on one side and another side that is

14    starting to go bad.  I don't think -- sitting on these

15    chairs for a long period of time makes it kind of difficult

16    to get up and get loosened up again.  And I take an

17    anti-inflammatory medication for it that may make me a

18    little bit sleepy once in a while, but that's it.

19          **THE COURT:**  Okay.  Thank you so much.

20          Ms. Vaughn -- or Ms. Gaston.

21          **MS. GASTON:**  Nothing from the government.

22          **THE COURT:**  Thank you.

23          Mr. Corcoran.

24          **MR. CORCORAN:**  Good afternoon.  I really

25    appreciate your candor.

1            I just want to ask whether you, while you've been

2       here today, have had any chance to talk at all with any of

3       the other potential jurors about Stephen Bannon or what's

4       been in the news --

5                 PROSPECTIVE JUROR:  We've made remarks.

6                 MR. CORCORAN:  I'm sorry?

7                 PROSPECTIVE JUROR:  We've made remarks.

8                 MR. CORCORAN:  And do you remember which jurors

9       that -- obviously you've kind of been sitting next to each

10      other.  Which jurors have you made --

11                PROSPECTIVE JUROR:  I don't know their names.

12                MR. CORCORAN:  Well, I understand that.  But is it

13      somebody that's been in proximity to you, you know, sort of

14      sitting in line as you were in the courtroom?

15                PROSPECTIVE JUROR:  Yes.

16                MR. CORCORAN:  People -- within how many jurors of

17      you?

18                PROSPECTIVE JUROR:  Within my proximity.

19                MR. CORCORAN:  Within your proximity?  Two or

20      three jurors on either side; would that be --

21                PROSPECTIVE JUROR:  Well, there's only one juror

22      to your left and one to your right.

23                MR. CORCORAN:  So there have been remarks that

24      have been said to the jurors on either side of you; is that

25      accurate?

1        **PROSPECTIVE JUROR:**  I'm feeling kind of pinned

2   down.

3        **MR. CORCORAN:**  I don't know mean to make you

4   pinned down at all.

5        **PROSPECTIVE JUROR:**  Because I like to be accurate

6   and honest, I feel as though you're trying to push me into a

7   position to say something very concrete.

8        **MR. CORCORAN:**  Not at all.  This is an open-ended

9   question.  What was said by you or by any other juror about

10  Steve Bannon today?

11       **PROSPECTIVE JUROR:**  I can't remember anything we

12  said.

13       **MR. CORCORAN:**  But what was the nature?

14       **PROSPECTIVE JUROR:**  Mine was critical.  I can't

15  remember what other people said but mine was critical.

16       **MR. CORCORAN:**  When you say "critical," was it

17  consistent with what you just said very --

18       **PROSPECTIVE JUROR:**  Yes.

19       **MR. CORCORAN:**  -- candidly, which you said you

20  think he is guilty?

21       **PROSPECTIVE JUROR:**  Yes.

22       **MR. CORCORAN:**  Okay.  Thank you.

23       **THE COURT:**  Thank you, sir.

24       **PROSPECTIVE JUROR:**  Thank you.

25          (Prospective juror steps down.)

1          **THE COURT:**  Counsel.  Ms. Gaston?  Mr. Corcoran?

2          **MR. CORCORAN:**  Well, we move to exclude him for

3     cause.  And then I think, out of an abundance of caution, we

4     should probably recall the last juror, and then we can

5     handle the next juror.  I think he's only said it's within

6     arms' length, essentially.  And we didn't have any

7     foreknowledge to ask the last juror anything about that.

8          **THE COURT:**  Okay.

9          Ms. Gaston, what is the government's view on these

10    two points?  Start with, does the government agree to

11    exclude 1312?

12         **MS. GASTON:**  Yes, the government agrees.  The

13    government doesn't think we have to recall the last juror

14    because he was pretty clear that he doesn't know anything

15    about the defendant.  But I think it would be fine to ask

16    the next juror about any remark.

17         **THE COURT:**  Let's -- for prudence sake,

18    Ms. Lesley, let's bring in Juror 0122 briefly.  Juror 0122.

19         (Prospective juror steps up.)

20         **THE COURT:**  Welcome back, sir.  You can take your

21    mask off again.  Just a quick follow-up question.  Did you

22    discuss with any other potential juror this case and

23    whether, Mr. Bannon, for example, is guilty?

24         **PROSPECTIVE JUROR:**  No, sir.

25         **THE COURT:**  Did someone say that to you?

125

1          **PROSPECTIVE JUROR:**  No.

2          **THE COURT:**  Did you say that to someone?

3          **PROSPECTIVE JUROR:**  No, sir.

4          **THE COURT:**  Thank you.

5          Mr. Corcoran?

6          **MR. CORCORAN:**  No questions, Your Honor.

7          Thank you very much.

8          **THE COURT:**  Thank you, sir.

9          **PROSPECTIVE JUROR:**  All right.

10     (Prospective juror steps down.)

11          **THE COURT:**  In light of that, Mr. Corcoran, any

12     objection to qualifying 0122?

13          **MR. CORCORAN:**  No, Your Honor.

14          **THE COURT:**  Okay.  Thank you.

15          Now, let's bring 0331 in, please.

16     (Prospective juror steps up.)

17          **THE COURT:**  Good afternoon.  Feel free to take

18     your mask off, if you would like.

19          You are Juror 0331.  Correct?

20          **PROSPECTIVE JUROR:**  Yes.

21          **THE COURT:**  I note -- I have your note card here.

22     You answered "yes" to three questions.  And for the record,

23     those are Questions 14, 16 and 22.  I'll ask you a few

24     questions about those answers, and then counsel may have

25     some follow-up questions.

1          Fourteen asks whether you've heard, seen or read

2     anything from any source about the Select Committee or its

3     investigation, and then 16 asks whether you've watched or

4     read coverage of the Committee's hearings.  You answered

5     "yes" to those questions.

6          So can you just explain to us what you've learned

7     about the Committee and what hearings or portions of the

8     hearings you've watched?

9          **PROSPECTIVE JUROR:**  I have watched on television

10    all -- I believe all of the televised sessions that the

11    January 6th Committee has broadcasted.

12         **THE COURT:**  Do you recall whether, in the sessions

13    that you've watched, there was a discussion of Mr. Bannon?

14         **PROSPECTIVE JUROR:**  I do not recall specifically,

15    no.

16         **THE COURT:**  Is there anything about your watching

17    of those Committee hearings that has caused you to have a

18    view about this case?

19         **PROSPECTIVE JUROR:**  My view is that anybody

20    requested or required to testify in front of that Committee

21    should do so.

22         **THE COURT:**  In light of that, do you think, if a

23    case involves someone who didn't, that you would have a hard

24    time being impartial in considering the case about that

25    person?

1          **PROSPECTIVE JUROR:**  I do not think I would have a

2     problem being impartial.  I would want to know the full

3     background, the evidence and the nature of the allegations.

4     I don't think I would have a problem approaching that

5     impartially.

6          **THE COURT:**  Okay.  You answered "yes" to 22, as I

7     indicated, which is whether anyone in your family or you or

8     someone close to you has worked in the legal field

9     generally.  Can you describe why you answered "yes" to that

10    question?

11         **PROSPECTIVE JUROR:**  I'm sorry.  Can you repeat the

12    question again?

13         **THE COURT:**  So Question 22 was, Have you, a family

14    member or anyone close to you studied law or worked in the

15    legal field, whether as a lawyer or a paralegal or anything

16    like that?  You answered "yes" to that.  Can you tell us

17    why?

18         **PROSPECTIVE JUROR:**  Yes.  I am an attorney.  I

19    work, in D.C as an attorney.  I practice tax law for KPMG

20    here in the District.  I am also qualified as a lawyer in

21    England, where I originally lived and worked.

22         **THE COURT:**  How long have you worked at KPMG?

23         **PROSPECTIVE JUROR:**  Twenty years.

24         **THE COURT:**  Always doing tax?

25         **PROSPECTIVE JUROR:**  Always in tax.

1      **THE COURT:**  Is there anything in connection with

2    your work as an attorney that would cause you, in your view,

3    to be not impartial in this case?

4      **PROSPECTIVE JUROR:**  I do not believe so.  No, sir.

5    No.

6      **THE COURT:**  Okay.  Thank you.  Ms. Vaughn?

7      **MS. VAUGHN:**  Good afternoon.

8      I think I heard you say your view of the Committee

9    is that people should cooperate with it; did I hear that

10   right?

11     **PROSPECTIVE JUROR:**  Yes.

12     **MS. VAUGHN:**  Would you have any issue -- once the

13   Court instructs you on the elements and the law in this

14   case, would you have any issue putting that view aside and

15   just deciding this case based on the facts and the law as

16   the Court gives it to you?

17     **PROSPECTIVE JUROR:**  I do not believe I have an

18   issue with that.  I generally -- at present I do not know

19   what the elements of that alleged offense are, so I wouldn't

20   [sic] need to be instructed on that and would take that

21   instruction.

22     **MS. VAUGHN:**  Do you have any concerns about your

23   ability to be impartial and in doing that and taking that

24   instruction and applying it to the facts that you hear in

25   trial?

1          **PROSPECTIVE JUROR:**  I do not believe so, no.

2          **MS. VAUGHN:**  Thank you.

3          **THE COURT:**  Mr. Corcoran?

4          **MR. CORCORAN:**  Thank you, Your Honor.

5          Good afternoon, sir.  While you were here today,

6    did you hear -- did you overhear any other prospective juror

7    make any comment about Steve Bannon?

8          **PROSPECTIVE JUROR:**  No, sir.  No.

9          **MR. CORCORAN:**  Let me follow up on some of the

10   questions about you've watched the hearings.  You said you

11   watched all of them; is that correct?

12         **PROSPECTIVE JUROR:**  Yes; that's correct.

13         **MR. CORCORAN:**  Have you also watched any news

14   coverage of the hearings that followed?

15         **PROSPECTIVE JUROR:**  Some, yes.  Yes.

16         **MR. CORCORAN:**  Okay.  Describe that.

17         **PROSPECTIVE JUROR:**  I've watched the various

18   hearings.  Some on -- part of the PBS coverage of it and

19   some on the CNN coverage.  I tended to sort of turn off

20   when -- and not pay close attention to the commentary that

21   follows each session of the evidentiary hearing before the

22   Committee.  So I have, of course, seen and heard some of

23   that.

24         But when I am watching television, that is when I

25   will tend to go get dinner or something like that, because I

1    would much rather watch the hearing itself.  I am somewhat

2    impatient with watching the commentators, if that makes

3    sense.

4              **MR. CORCORAN:**  It does.

5              And in terms of the hearing, what's your -- what

6    are your overall feelings and perceptions about what's being

7    presented to the public?

8              **PROSPECTIVE JUROR:**  I've been disturbed by it.

9    I've had a very negative reaction to what I've learned about

10   what happened on January 6.  The more details that I've

11   learned in the course of listening to the hearings, the more

12   horrified, frankly, I've been at the events that occurred

13   that day.

14             **MR. CORCORAN:**  And one of the things that you

15   said, I think I got it right, is that your view is that

16   anybody who is requested to testify by the January 6th

17   Committee should do so; is that a fair statement?

18             **PROSPECTIVE JUROR:**  Excuse me.  Could you repeat

19   the question?

20             **MR. CORCORAN:**  I just wanted to try to capture

21   something you said earlier.  As I understand it, they were

22   words to the effect of, that your view is that anybody who

23   is requested to testify before the January 6th Committee

24   should do so.  Is that an accurate statement of your belief?

25             **PROSPECTIVE JUROR:**  That's an accurate statement

1      for the reason that all views, all -- anyone with any source

2      of information about it should present what they know or the

3      greatest possible range of inputs should be provided to the

4      Committee; that's my opinion.

5                  **MR. CORCORAN:**  And what led you to that belief?

6                  **PROSPECTIVE JUROR:**  Probably my training as a

7      lawyer; that any civil or criminal tribunal should have

8      access to the greatest range of relevant evidence.

9                  **MR. CORCORAN:**  Okay.

10                 And you understand that, from the neutral

11     statement of the case that was read this morning, that one

12     of the issues in this trial is whether there was compliance

13     with a subpoena by Mr. Bannon.

14                 And my question is this:  Do you think that you

15     come into court today with a blank slate, in order to hear

16     the evidence on that topic?  Or that you're predisposed,

17     based on your training, based on what you've seen about the

18     Select Committee, that anybody who's requested to testify

19     should do so?

20                 **PROSPECTIVE JUROR:**  Right.  My understanding is

21     that the offense of contempt of court or refusing to

22     cooperate is a relatively narrow technical issue that does

23     not relate directly to participation in any other greater,

24     more wide-ranging illegal activity, is my understanding.

25                 What is incomplete, I will admit, is that it's a

1   relatively narrow technical question to be resolved, whether

2   the individual has validly or not validly agreed to

3   cooperate or has refused to cooperate and what reasons lie

4   behind that.

5        **MR. CORCORAN:**  And have you heard or read anything

6   about the potential defenses in this case?

7        **PROSPECTIVE JUROR:**  Potential offenses

8   specifically for this case?

9        **MR. CORCORAN:**  Yes.

10        **PROSPECTIVE JUROR:**  I have read in the newspaper

11   that these charges are being brought and that this trial was

12   pending for this offense against this individual.

13        **MR. CORCORAN:**  But in terms of your reading, did

14   any of the articles reference the availability or

15   unavailability of defenses to the charge?

16        **PROSPECTIVE JUROR:**  They made reference to

17   possible defenses that would be advanced on behalf of the

18   accused, yes, sir.

19        **MR. CORCORAN:**  Okay.  Thank you.

20        **MS. VAUGHN:**  Your Honor, may I?

21        **THE COURT:**  Yes.

22        **MS. VAUGHN:**  Do you mind just explaining a little

23   more about what you read about the availability of potential

24   defenses?

25        **PROSPECTIVE JUROR:**  Yes.  I believe I read an

1  article in *The Washington Post* that I -- that said that

2  various defenses had already been advanced or would be

3  advanced, had been advanced at some pretrial hearing or

4  would be advanced at trial, to the effect that the defendant

5  had a reasonable excuse or did not understand the nature of

6  what was being requested or otherwise had some reasonable

7  excuse for noncompliance.

8       **MS. VAUGHN:**  And do you remember about how long

9  ago you read this?

10      **PROSPECTIVE JUROR:**  It was yesterday.

11      **MS. VAUGHN:**  Yesterday.  Thank you.

12      **THE COURT:**  Thank you, sir.  You can be excused.

13      (Prospective juror steps down.)

14      **THE COURT:**  Mr. Corcoran?

15      **MR. CORCORAN:**  Thank you, Your Honor.

16      We would move to strike this juror for cause.  And

17  I'm not going to repeat all of the normal things.  I think

18  that the key additional point here, which we've dealt with

19  with one of the other jurors, that he's had, as recently as

20  yesterday, specific knowledge about the availability of

21  legal defenses in the case.  So we'd move to strike him.

22      **THE COURT:**  Thank you, Mr. Corcoran.

23      Ms. Vaughn?

24      **MS. VAUGHN:**  (indiscernible.)

25      **THE COURT:**  I agree that Juror 0331 should be

1    excluded for cause.

2         Counsel, just so you know, my plan was to go to

3    around 1:00.  So for another 10 or 15 minutes.  Just see

4    where we get to.  Not like a hard and fast break.  It may be

5    that we go a little bit longer or shorter than that.

6         Anyway, Ms. Lesley.

7         At the podium, ma'am.  Feel free to take your mask

8    off if you would like.

9       (Prospective juror steps up.)

10         **THE COURT:**  You are juror 1041.  Correct?

11         **PROSPECTIVE JUROR:**  Yes.

12         **THE COURT:**  You answered "yes" to four questions,

13   which I will just state for the record.  Questions 7, 14,

14   16, and 22.

15         Question 7 was and is:  Have you heard, seen or

16   read or heard anything from any source about this case?  Can

17   you describe what you have read, seen or heard about this

18   case and where.

19         **PROSPECTIVE JUROR:**  I've seen headlines in *The*

20   *Washington Post* talking about executive privilege.  I'm not

21   really clear.  I know that there's some debate on whether

22   there's executive privilege over whether Steve Bannon was

23   supposed to testify.

24         **THE COURT:**  What else have you heard about this

25   case or read?

1          **PROSPECTIVE JUROR:**  Nothing specific.

2          **THE COURT:**  And are you getting that information

3     entirely from *The Post* or do you have other news sources,

4     whether print or online or TV?

5          **PROSPECTIVE JUROR:**  Primarily *Washington Post*.

6     Sometimes *New York Times*.

7          **THE COURT:**  Okay.

8          **PROSPECTIVE JUROR:**  I have kind of a vague,

9     general idea of it, but I haven't seen anything specific.

10          **THE COURT:**  Do you have an understanding of what

11     the issues in this case are other than those that I read to

12     the jury earlier?

13          **PROSPECTIVE JUROR:**  No.

14          **THE COURT:**  Have you formed any opinions about

15     this case?

16          **PROSPECTIVE JUROR:**  No.

17          **THE COURT:**  You also answered "yes" to

18     two somewhat-related questions about whether you've heard,

19     seen or read anything about the Select Committee, and then

20     if you've watched some or read coverage about the hearings.

21     Can you describe to us what you know and what you've

22     watched?

23          **PROSPECTIVE JUROR:**  Again, mostly headlines.  I

24     think I watched part of the video in *The Washington Post*

25     where a police officer, a female, was testifying about what

1       happened, the events on January 6th, and what it was like,

2       the crowd surging and --

3               THE COURT:  Any other things that you've watched

4       or recall here today?

5               PROSPECTIVE JUROR:  I mean, I feel like it's just

6       a thing I'm generally aware of but, again, not a whole lot

7       of specifics.

8               THE COURT:  Do you recall, either in connection

9       with news about the Committee or the hearings that you've

10      watched or the portions of hearings, seeing anything

11      mentioned in the Committee about Mr. Bannon?

12              PROSPECTIVE JUROR:  Not specifically, no.

13              THE COURT:  Okay.  Based on either what you know

14      about this case or the Committee and its hearings more

15      generally, is there anything that would lead you to conclude

16      you would have a hard time being impartial in this matter?

17              PROSPECTIVE JUROR:  I don't think so.

18              THE COURT:  Then you also answered "yes" to

19      Question 22, which is whether you, a family member or anyone

20      close to you ever studied law or worked in the legal

21      profession.  Can you describe to us why you answered "yes"

22      to that question?

23              PROSPECTIVE JUROR:  I'm a lawyer.

24              THE COURT:  You're a lawyer.  Where do you work?

25              PROSPECTIVE JUROR:  I haven't practiced law in

1    about 10 years.

2         **THE COURT:**  Okay.  You're a lawyer by training?

3         **PROSPECTIVE JUROR:**  I'm a lawyer by training.

4    Recovering attorney.

5         **THE COURT:**  Yeah.  What did you do before --

6         **PROSPECTIVE JUROR:**  I did doc review.  I moved to

7    D.C. after law school looking for a job and I never found

8    one in the legal field.  So I haven't been practicing for

9    about 10 years.  So I just did -- working with various temp

10   agencies.

11        **THE COURT:**  Okay.  And what did you do now?

12        **PROSPECTIVE JUROR:**  I'm at the State Department.

13        **THE COURT:**  Obviously not as a lawyer.

14        **PROSPECTIVE JUROR:**  Right.  Not as a lawyer.  I

15   run a team at the Religious Freedom Office.

16        **THE COURT:**  Is there anything about your

17   background as a lawyer, including your work 10 years ago,

18   that you think would affect your ability to be impartial

19   here?

20        **PROSPECTIVE JUROR:**  I don't think so.  Also, my

21   dad was a judge.

22        **THE COURT:**  He was a judge?  Where was he a judge?

23        **PROSPECTIVE JUROR:**  In Southern Illinois.

24        **THE COURT:**  Federal or state?

25        **PROSPECTIVE JUROR:**  State.  District Court.

1           **THE COURT:**  So District of something county?

2           **PROSPECTIVE JUROR:**  Marion County, Southern

3   Illinois.  Yeah.

4           **THE COURT:**  Anything about his experience as a

5   judge, and your experience in the house, that would cause

6   you to be concerned about your ability to be impartial here?

7           **PROSPECTIVE JUROR:**  I don't think so.

8           **THE COURT:**  Did he have both criminal and civil

9   cases?

10          **PROSPECTIVE JUROR:**  Just civil cases.

11          **THE COURT:**  And that was true the whole time that

12  he was a judge?

13          **PROSPECTIVE JUROR:**  I was a kid.  I didn't really

14  follow his career.

15          **THE COURT:**  Okay.  Thank you very much.

16          Ms. Gaston.

17          **MS. GASTON:**  Good afternoon.

18          I think you mentioned seeing headlines about

19  executive privilege in this case.  Did you actually read

20  those articles or did you just move on to the next thing?

21          **PROSPECTIVE JUROR:**  I didn't read the articles.

22          **MS. GASTON:**  That's okay.

23          And do you know much about executive privilege?

24          **PROSPECTIVE JUROR:**  That the executive doesn't

25  have to testify if it has something to do with national

1   security.

2   **MS. GASTON:**  And if the Court were to instruct you

3   not to consider whether executive privilege applied in this

4   case, would you be able to follow that instruction?

5   **PROSPECTIVE JUROR:**  To not consider it?

6   **MS. GASTON:**  Yeah.

7   **PROSPECTIVE JUROR:**  I think so, yeah.

8   **MS. GASTON:**  I think those are all the questions.

9   **THE COURT:**  Mr. Corcoran?

10   **MR. CORCORAN:**  Good afternoon.

11   You mentioned, based on the coverage and the

12   headlines, that you had a vague, general idea of what this

13   case is about.  What's your general idea?

14   **PROSPECTIVE JUROR:**  Just that there's a question

15   of whether Steve Bannon should testify before the Committee.

16   Well, I guess whether executive privilege applies.  I guess

17   that's not what the case is about but that's -- my

18   interpretation is whether or not he has the executive

19   privilege to not have to testify.

20   **MR. CORCORAN:**  Okay.  Okay.

21   Thank you, Your Honor.

22   Thank you.

23   **THE COURT:**  Thank you.

24   (Prospective juror steps down.)

25   **THE COURT:**  Why don't we start with you,

1   Ms. Gaston.  What is the government's view on Juror 1041?

2          **MS. GASTON:**  The government has no motion,

3   Your Honor.

4          **THE COURT:**  Okay.

5          Mr. Corcoran?

6          **MR. CORCORAN:**  We'd move to strike, Your Honor.

7   Just based on her thinking that -- of a defense in the case

8   is executive privilege and her understanding of that from

9   the case law.

10          We're concerned that an issue that's already been

11   dealt with by a lot of briefing might somehow, by an

12   attorney in the jury room, be something that's discussed,

13   which at this point in the case, is not something to be

14   discussed.

15          **THE COURT:**  Ms. Gaston?

16          **MS. GASTON:**  Your Honor, the juror said that she

17   didn't actually read the articles that covered these issues;

18   and that she would be able to take your directions and

19   instructions on how to follow the facts.  And so the Court

20   doesn't think -- or the government doesn't think there's any

21   basis to this --

22          **MR. CORCORAN:**  Just to put a fine point on --

23          **THE COURT:**  Yeah.

24          **MR. CORCORAN:**  -- what we see as a potential

25   problem is, it's still uncertain whether the content of

1    certain letters will come in based on rulings and so forth.

2    But it's entirely possible that the jury will, through the

3    course of trial, hear the words "executive privilege".

4            And for somebody who is a lawyer, who believes the

5    case in some way turns on executive privilege, and that

6    somehow it's not being presented to the jury in the jury

7    room, it may just cause confusion and problems.

8            We've got a very large number of jurors that are

9    still available, and we'd ask that this juror be excluded

10   for cause.

11           **THE COURT:**  Thank you.

12           I'm going to deny that motion and qualify Juror

13   1041.  I think her knowledge is quite limited.  She's a

14   lawyer.  I have every confidence, based on her answers, her

15   demeanor, that she will follow my instructions to a T.  And

16   I don't think that her knowledge begins to approach the

17   level of knowledge of other jurors who we have excluded.

18   And unlike some jurors we've excluded, she doesn't -- didn't

19   suggest that she had any preconceived answer about either

20   the case or any of the parties and the like.  So we will

21   qualify 1041.

22           Why don't we do one more juror if we can, 0475.

23       (Prospective juror steps up.)

24           **THE COURT:**  Good afternoon.  Feel free to take

25   your mask off, if you would like.

1          You are juror 0475.  Correct?

2          **PROSPECTIVE JUROR:**  Yes.

3          **THE COURT:**  And I note on your note card, you

4     answered "yes" to the following questions, for the record:

5     7, 14, 16, 22, 23, 24 and 26.  I'm just going to ask you

6     some questions about those answers, and then counsel will

7     likely have some follow-up.

8          So Question 7 is the one that was three parts, and

9     it asked whether you heard, seen or read anything from any

10    source about this case.

11         **PROSPECTIVE JUROR:**  Yes.

12         **THE COURT:**  Can you describe to us what you have

13    read, heard, seen from any source about it?

14         **PROSPECTIVE JUROR:**  Sure.  Just at a very high

15    level, aware that there is -- there are the hearings, that

16    there have been subpoenas, that not everyone has responded

17    to them.  So very broadly.  I don't have much more

18    specifics, but I thought to answer "yes" --

19         **THE COURT:**  Do you know anything about the

20    specific issues that we will be considering and either the

21    facts or the law that we will be considering in this case?

22         **PROSPECTIVE JUROR:**  I guess I assumed that if the

23    subpoena was issued, people are supposed to issue it -- or

24    supposed to respond, and I --

25         **THE COURT:**  Does that view, in your mind, cause

1    you to be concerned that you couldn't be impartial here when

2    you hear the facts and the law as I would instruct you?

3           **PROSPECTIVE JUROR:**  I don't think so.  I mean, on

4    the one hand, you read the indictment in a neutral way that

5    seems like straightforward facts, but there's a whole side

6    to the story we haven't heard yet and --

7           **THE COURT:**  Do you think you could consider all

8    those things fairly?

9           **PROSPECTIVE JUROR:**  Yes.

10          **THE COURT:**  You answered "yes" to Questions 14 and

11   16, which are related to some extent.  They're about the

12   Select Committee.  Fourteen was about whether you have

13   heard, seen or read anything from any source about the

14   Committee and its investigation.  And the second question

15   was about whether you've watched or read coverage of the

16   hearings.

17          Please describe to us what you've heard or read or

18   seen about the Committee and the hearings.

19          **PROSPECTIVE JUROR:**  Okay.  I've watched a few

20   excerpts of the hearings.  I don't remember everyone's name,

21   but some of the direct questioning, I believe, with the

22   Chief of Staff's assistant and some of the exchanges they

23   had and her testimony.

24          **THE COURT:**  Do you recall in the hearings, the

25   portions of the hearings that you've watched, any mention of

1   Mr. Bannon?

2          **PROSPECTIVE JUROR:**  Not that I recall.

3          **THE COURT:**  Do you read about the hearings in the

4   paper?

5          **PROSPECTIVE JUROR:**  Headlines on Twitter/social

6   media but not in a lot of depth.

7          **THE COURT:**  Okay.  Anything about your -- that the

8   information that you've watched or read about the Committee,

9   any concern, given what you've read, that you would be

10  unable to be impartial in this case?

11         **PROSPECTIVE JUROR:**  I don't think so.

12         **THE COURT:**  You also answered "yes" to Question

13  22, which is about whether you or anyone close to you has

14  ever worked in the legal field generally.  Can you explain

15  what the basis for what your "yes" answer there was?

16         **PROSPECTIVE JUROR:**  Yes, sir.  I was a paralegal

17  myself in the State of Georgia for about three years 15

18  years ago.  Now, I'm not an attorney or paralegal, but I

19  lead a small nonprofit that provides legal services in civil

20  legal aid cases.

21         **THE COURT:**  It's civil legal aid?

22         **PROSPECTIVE JUROR:**  Yes, sir.

23         **THE COURT:**  What kind of cases?

24         **PROSPECTIVE JUROR:**  Probate, estate planning,

25  Social Security, criminal record sealing and housing cases.

1          **THE COURT:**  How long have you been doing that?

2          **PROSPECTIVE JUROR:**  Just a little over two years.

3          **THE COURT:**  Is there anything about your current

4   employment that would cause you to have a bias or partiality

5   in any way?

6          **PROSPECTIVE JUROR:**  No, I don't think so.  We are

7   focused on District-specific cases.

8          **THE COURT:**  Okay.  In Questions 23 and 24, these

9   were about whether you or anyone has either been charged

10  with a crime, basically, or the victim of a crime.  And I

11  want to ask you questions about that, but if you are not

12  comfortable doing so on the public record, we can also

13  basically go under seal, and you can describe the basis for

14  those answers, if you would like that.

15         **PROSPECTIVE JUROR:**  Okay.

16         **THE COURT:**  Do you want to do that or are you

17  comfortable describing --

18         **PROSPECTIVE JUROR:**  It depends how specific you

19  want me to be.

20         **THE COURT:**  Why don't we start with general and

21  then --

22         **PROSPECTIVE JUROR:**  Sure, and if I'm not

23  comfortable, use the phone?

24         **THE COURT:**  Sure.  Let's talk about, first, the

25  question -- this is 23 -- whether you, a family member or

1    anyone close to you has ever been the subject of a criminal

2    investigation or charged with a crime, basically?

3              **PROSPECTIVE JUROR:**  I have not but I have family

4    members who have.

5              **THE COURT:**  How close are those family members?

6              **PROSPECTIVE JUROR:**  Immediate family.

7              **THE COURT:**  Immediate family.  When was the most

8    recent run-in with --

9              **PROSPECTIVE JUROR:**  The most recent issue would

10   have been -- I think the charge they were arrested for was

11   within the last couple years but, because of COVID, the

12   hearing itself was in another state within the last two

13   months.

14             **THE COURT:**  What state?

15             **PROSPECTIVE JUROR:**  Georgia.

16             **THE COURT:**  And what was the charge there or what

17   is the charge?

18             **PROSPECTIVE JUROR:**  It was related to a DUI.

19             **THE COURT:**  Okay.  In light of that or other

20   involvements that your family, your immediate family or

21   other family members have had with the criminal justice in

22   that sense, have you reached any conclusions or would those

23   experiences cause you to be partial or not be able to be

24   impartial in this case?

25             **PROSPECTIVE JUROR:**  I don't think so.

1              **THE COURT:**  Okay.

2              You also answered "yes" to whether you or anyone

3    close to you was the victim of crime and whether you

4    interacted with law enforcement relating to that.  Can you

5    describe that for us?

6              **PROSPECTIVE JUROR:**  I apologize if I

7    misunderstood.  I think that question also included victim

8    or witness of a crime --

9              **THE COURT:**  Yes, you're right.  Victim or a

10   witness.  Correct.  Thank you.

11             **PROSPECTIVE JUROR:**  I was responding -- in D.C. a

12   couple years ago I was witness to, I guess, an assault.  So

13   that's why I answered "yes".

14             **THE COURT:**  Did you testify in that case?

15             **PROSPECTIVE JUROR:**  No.

16             **THE COURT:**  Do you know whether the person who

17   committed the assault was prosecuted?

18             **PROSPECTIVE JUROR:**  I don't know.  I gave a

19   statement on the scene to police officers, and I was never

20   contacted about it.

21             **THE COURT:**  Did anything about that experience

22   cause you to have a particularly negative or positive view

23   about law enforcement that you think would affect your

24   service as a juror?

25             **PROSPECTIVE JUROR:**  No.

1    **THE COURT:**  Okay.

2    And last, you were asked and you said "yes" to

3    having served as a juror before.

4    **PROSPECTIVE JUROR:**  Yes, sir.

5    **THE COURT:**  Can you describe your prior jury

6    service?

7    **PROSPECTIVE JUROR:**  Yes.  Last spring I was on a

8    jury, I guess, at D.C. Superior Court, so on a criminal

9    charge there.

10    **THE COURT:**  And do you recall what the charge was

11    for, the conduct?

12    **PROSPECTIVE JUROR:**  It was related to possession

13    of a firearm, and there were other charges to that single

14    incident.  I don't recall the specifics.

15    **THE COURT:**  Did the jury reach a verdict?

16    **PROSPECTIVE JUROR:**  We did.

17    **THE COURT:**  And was there anything about that

18    experience that would cause you to be concerned about

19    serving here?

20    **PROSPECTIVE JUROR:**  It was very grave and

21    unpleasant.  I take it very seriously.  So I -- I don't

22    really want to participate, because it's a lot of weight to

23    make those decisions.  But I think it was -- you know, my

24    fellow jurors I thought deliberated thoughtfully, and I

25    think -- I don't know.  I don't think the system went badly,

1    but it was not a pleasant experience.

2          **THE COURT:**  Thank you.

3          Ms. Vaughn?

4          **MS. VAUGHN:**  Good afternoon.

5          **PROSPECTIVE JUROR:**  Hi.

6          **MS. VAUGHN:**  With respect to the case involving

7    your immediate family member, how do you feel that they have

8    been treated by the court system or the government or law

9    enforcement?

10         **PROSPECTIVE JUROR:**  I think in the specific --

11   that specific case, as far as I know, I think they were

12   treated fairly.  I don't know -- I don't know all of the ins

13   and outs of everything, but I think my family has had fair

14   experiences with the court system.

15         **MS. VAUGHN:**  When your -- if you were to be seated

16   as a juror in this case, would you have any trouble sort of

17   not putting your family in the place of the parties here?

18         **PROSPECTIVE JUROR:**  Yeah, I think those are pretty

19   unrelated.  I don't think that would be a problem.

20         **MS. VAUGHN:**  When you were a paralegal, what kind

21   of -- did you work for a law firm or --

22         **PROSPECTIVE JUROR:**  A small firm for a couple

23   years and a couple private practitioners, mostly family law,

24   with a little experience in minor criminal defense cases.

25         **MS. VAUGHN:**  You sat on the criminal jury in D.C.

1    Superior Court.  Were you the foreperson?

2            **PROSPECTIVE JUROR:**  No.

3            **MS. VAUGHN:**  You said that -- you said that your

4    experience in Superior Court was unpleasant.

5            **PROSPECTIVE JUROR:**  I mean, I think it was as fine

6    as it could have been.  I just meant to express that it's a

7    weighty thing to do, and it's not something that I would

8    care to repeat if I didn't need to.

9            **MS. VAUGHN:**  Are you concerned that you might have

10   trouble sitting in judgment here again and making a

11   decision?

12           **PROSPECTIVE JUROR:**  I mean not -- I don't think

13   trouble.  In my past experience, the instructions were made

14   clear.  I think we deliberated the evidence, and it does not

15   feel good to make difficult decisions, but I think I was

16   able to do it so...

17           I don't think I would be any less able to

18   participate, but I do take it seriously and that was my past

19   experience.

20           **MS. VAUGHN:**  Can you just explain what you mean

21   when you say "You take it seriously"?

22           **PROSPECTIVE JUROR:**  I mean -- I don't know.  You

23   are listening carefully.  You are given clear instructions.

24   Even though we have to -- there is a high standard of proof,

25   you know.  I don't think anyone is ever walking around with

1     a hundred percent certainty, so I think it's a serious

2     thing, not just your personal conscience, but you're having

3     conversations in the jury room.  So you have to think

4     carefully about what you say, because you are influencing

5     one another as well.  So that's what I mean by "take it

6     seriously".

7                **MS. VAUGHN:**  And do you think you would have any

8     difficulty sharing your own views with the other jurors back

9     in the jury room or --

10                **PROSPECTIVE JUROR:**  No.  I try to be thoughtful

11    about what I say.  Part of taking it seriously is not

12    letting serious concerns go unmentioned.

13                **MS. VAUGHN:**  Thank you.

14                **THE COURT:**  Mr. Corcoran?

15                **MR. CORCORAN:**  Thank you.

16                You mentioned that you have a general perception

17    that, if a subpoena is issued, people are supposed to

18    respond.  But my question is, Would you be open at a trial

19    to considering evidence if it's presented that Mr. Bannon

20    did not have to appear on the subpoena date?  Would you be

21    able to consider that?

22                **PROSPECTIVE JUROR:**  Yes.  I'm assuming that,

23    collectively, you all will explain the law to us and then

24    present evidence as to what did or didn't happen.

25                **MR. CORCORAN:**  Okay.  Thank you.

1          THE COURT:  Thank you.  Thank you, ma'am.

2          PROSPECTIVE JUROR:  Okay.

3      (Prospective juror steps down.)

4          THE COURT:  Any motions to exclude this juror?

5          MS. VAUGHN:  No objection, Your Honor.  But I just

6  want to raise the government's concern that the last

7  question from counsel seemed to suggest a defense to the

8  witness.  And we don't think that that's appropriate to

9  frame questions that way to see if they're receptive to it.

10         THE COURT:  I understand the concern.  It seemed

11  to me that it was not over the line and it was an okay

12  question.

13         Mr. Corcoran, do you have any motion to exclude

14  that witness?

15         MR. CORCORAN:  No, Your Honor.

16         THE COURT:  Okay.  We will qualify Juror 0475.

17         We are a little bit later than I hoped to do lunch

18  break, but that is what it is.  Let's recess for lunch.  I'd

19  like to try to be back on the record by 2, if possible,

20  absent objection.

21         MS. VAUGHN:  That's fine for the government,

22  Your Honor.

23         THE COURT:  Is that okay?  2:00, Mr. Corcoran?

24         MR. CORCORAN:  Yes, Your Honor.

25         THE COURT:  That clock is a little fast, so we

1    have a little bit more time than that.

2              We will be on the record at 2 or as close to 2 as

3    possible.  Thank you, all.

4              **DEPUTY CLERK:**  All rise.

5              (Lunch recess at 1:12 p.m.)

1                    **C E R T I F I C A T E**

2

3         I, **Lorraine T. Herman, Official Court Reporter,**

4    certify that the foregoing is a true and correct transcript

5    of the record of proceedings in the above-entitled matter.

6

7

8

9

10    ___July 18, 2022___          /s/_____
                **DATE**                    **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEPUTY CLERK:
**[8]** 2/2 7/13 9/15
9/19 11/16 25/21
26/3 153/4
MR.
CORCORAN:
**[142]** 2/12 3/6
3/16 4/9 7/10 28/9
28/16 33/22 34/5
34/14 34/23 35/16
35/25 36/7 36/9
36/13 45/12 45/15
45/25 46/9 46/14
46/17 46/21 47/2
47/5 47/12 47/17
49/24 54/20 54/22
55/2 55/5 55/11
55/14 55/16 55/19
55/22 56/7 59/6
59/8 59/12 59/15
59/17 59/23 60/3
60/11 65/23 65/25
66/9 66/14 66/18
67/5 67/8 70/12
70/15 70/18 71/7
75/1 75/8 75/12
81/15 81/21 86/16
86/18 86/24 87/8
87/18 87/21 87/24
88/5 88/9 88/10
93/15 93/22 94/2
94/8 94/17 94/22
95/2 95/7 95/14
96/12 96/21 97/6
97/11 97/14 97/17
97/21 100/11
100/17 101/12
101/16 108/2
108/5 108/16
108/24 109/7
109/12 109/18
109/23 111/7
116/24 117/6
121/24 122/6
122/8 122/12
122/16 122/19
122/23 123/3
123/8 123/13
123/16 123/19
123/22 124/2
125/6 125/13
129/4 129/9
129/13 129/16

130/20 131/5
131/9 132/5 132/9
132/13 132/19
133/15 139/10
139/20 140/6
140/22 140/24
151/15 151/25
152/15 152/24
**MS. GASTON:**
**[57]** 33/8 33/11
33/16 33/19 37/13
53/25 54/2 54/9
54/12 54/15 54/17
56/4 64/13 64/15
64/18 64/21 64/25
65/6 65/11 65/14
65/16 65/18 65/21
68/1 74/23 75/15
85/6 85/8 85/14
85/18 85/21 86/1
86/5 86/11 86/14
88/15 106/14
106/16 106/22
107/1 107/8
107/14 107/21
107/25 110/1
110/9 110/13
110/15 121/21
124/12 138/17
138/22 139/2
139/6 139/8 140/2
140/16
**MS. VAUGHN:**
**[72]** 2/7 3/4 3/14
4/7 7/7 28/1 28/6
28/15 47/21 47/24
48/4 48/12 48/16
48/21 49/3 49/17
49/23 58/16 58/18
58/21 58/24 59/3
59/5 60/9 70/9
71/4 79/24 80/1
80/6 80/8 80/17
80/20 81/1 81/6
81/8 81/12 92/20
92/22 92/25 93/4
93/9 93/12 99/2
115/21 115/23
116/2 116/6
116/14 116/19
116/22 117/4
128/7 128/12
128/22 129/2

133/8 133/11
133/24 149/4
149/6 149/15
149/20 149/25
150/3 150/9
150/20 151/7
151/13 152/5
152/21
**PROSPECTIVE
JUROR: [530]**
**PROSPECTIVE
JURORS: [2]** 9/18
11/13
**SPEAKER6: [3]**
95/20 109/14
111/11
**THE COURT:
[479]**
**'**
**'90s [1]** 61/20
**'yes [1]** 56/19

**/**
**/s [1]** 154/10

**0**
**0014 [3]** 56/14
60/12 60/13
**0122 [6]** 113/4
113/11 117/7
124/18 124/18
125/12
**0331 [3]** 125/15
125/19 133/25
**0342 [3]** 82/4
88/23 89/1
**0351 [1]** 75/22
**0475 [3]** 141/22
142/1 152/16
**0873 [7]** 102/3
110/5 110/12
111/6 112/4
112/17 113/1

**1**
**10 [16]** 15/6 24/6
24/7 24/9 39/4
40/11 61/3 61/11
71/18 82/7 102/7
105/23 134/3
137/1 137/9
137/17
**100 percent [1]**

**100-6 [1]** 1/15
**1041 [4]** 134/10
140/1 141/13
141/21
**1058 [1]** 7/13
**1061 [2]** 69/8 71/8
**11 [2]** 15/10 60/15
**1104 [1]** 26/12
**1178 [3]** 60/19
60/24 68/23
**1198 [2]** 28/22
38/19
**11:05 [1]** 69/4
**11:20 [1]** 69/3
**11:24 [1]** 69/4
**11th [1]** 5/25
**12 [2]** 2/21 15/13
**13 [2]** 8/8 15/17
**1312 [3]** 117/8
117/14 124/11
**1371 [2]** 50/10
56/8
**1391 [9]** 89/6
99/20 100/9 111/5
111/12 111/20
112/2 112/5
112/21
**14 [21]** 2/22 3/19
9/24 12/15 12/18
16/1 16/4 28/25
29/25 39/4 41/3
71/18 73/9 89/9
90/15 102/7
103/16 125/23
134/13 142/5
143/10
**14-sided [1]** 3/19
**1422 [2]** 39/1
49/25
**15 [8]** 16/5 69/1
71/18 73/9 76/1
77/21 134/3
144/17
**15 years [1]** 79/8
**16 [23]** 16/11
28/25 39/4 41/3
41/7 56/19 61/3
62/4 71/18 73/9
76/1 89/9 90/15
90/17 102/7
103/16 117/18
119/11 125/23
126/3 134/14

**17 [5]** 16/15 71/18
73/9 76/1 76/1
**1703 [2]** 71/14
75/16
**1793 [1]** 1/13
**18 [9]** 1/5 4/24
12/19 16/22 71/18
73/9 76/1 77/21
154/10
**18th [1]** 5/3
**19 [8]** 8/3 8/6 17/2
22/10 22/14 71/18
73/9 76/2
**1:00 [1]** 134/3
**1:12 [1]** 153/5
**1:21-670 [1]** 1/3
**1st [1]** 109/13

**2**
**2.108 [2]** 5/8 5/11
**20 [3]** 17/8 117/18
120/21
**20001 [2]** 1/12
1/23
**2000s [1]** 51/5
**2008 [1]** 64/5
**201 [1]** 1/18
**2010 [1]** 43/12
**2014 [3]** 42/25
83/5 83/6
**2016 [1]** 83/4
**2017 [1]** 114/24
**2018 [2]** 82/16
83/3
**202-252-1793 [1]**
1/13
**2021 [14]** 4/23
4/24 12/7 12/10
12/12 12/14 12/15
12/18 12/19 15/19
16/13 23/3 25/10
30/9
**2021-670 [1]** 2/3
**2022 [2]** 1/5
154/10
**21 [6]** 17/14 71/18
76/2 117/18
120/21 121/4
**21201 [1]** 1/19
**22 [25]** 3/2 17/18
23/20 23/22 23/23
24/3 28/25 39/5
41/24 57/17 61/3

**2**

**22... [14]** 63/2
71/18 76/2 82/7
83/14 102/7 104/9
125/23 127/6
127/13 134/14
136/19 142/5
144/13
**2225 [1]** 1/19
**23 [11]** 12/11
17/23 39/5 41/24
42/9 61/3 102/7
104/9 142/5 145/8
145/25
**24 [5]** 18/2 113/15
114/15 142/5
145/8
**25 [6]** 18/7 19/4
19/5 26/19 50/13
118/4
**25th [1]** 1/18
**26 [9]** 18/9 18/12
19/6 28/25 50/13
51/14 89/10 91/24
142/5
**27 [4]** 18/21 18/22
19/1 19/9
**28 [4]** 18/17 19/13
39/5 43/18
**2800 [1]** 1/15
**28th [3]** 41/13
47/4 47/5
**29 [1]** 19/22
**2:00 [1]** 152/23

**3**

**30 [1]** 20/2
**30 years [1]** 118/5
**30-plus [1]**
104/22
**31 [1]** 20/5
**32 [1]** 20/13
**33 [2]** 20/21 21/2
**333 [1]** 1/22
**334-395-6611 [1]**
1/16
**34 [1]** 21/3
**35 [2]** 21/8 21/16
**36 [1]** 21/17
**36106 [1]** 1/16
**37 [1]** 21/21
**38 [1]** 22/1
**39 [4]** 22/4 28/25
31/11 117/18

**4**

**40 [1]** 22/8
**41 [2]** 22/12 22/16
**410-385-2225 [1]**
1/19
**42 [1]** 22/17
**43 [1]** 22/20
**44 [4]** 22/23 23/1
39/5 44/13
**45 [4]** 23/2 23/8
71/18 74/15
**46 [5]** 10/14 11/2
23/9 23/14 28/25
**4700-C [1]** 1/23
**4th [1]** 1/12

**5**

**500 [1]** 46/5
**555 [1]** 1/12
**5th [1]** 98/14

**6**

**6611 [1]** 1/16
**670 [2]** 1/3 2/3
**6:30 [1]** 94/6
**6th [28]** 12/7
14/18 15/23 23/3
30/3 30/9 33/12
36/5 37/19 37/21
46/24 54/13 62/6
64/19 66/6 68/9
68/10 69/19 74/17
85/9 95/14 98/1
114/5 114/10
126/11 130/16
130/23 136/1

**7**

**70s [1]** 83/24

**9**

**9:26 [1]** 1/6

**A**

**a.m [3]** 1/6 69/4
69/4
**abide [1]** 101/13
**abilities [2]** 99/15
99/17
**ability [29]** 18/15
18/25 19/11 19/24
23/10 23/11 27/13
32/1 32/2 32/19
35/23 35/24 44/10

48/18 48/25 51/14
52/12 61/8 68/21
81/9 88/4 88/13
91/21 91/23 100/3
111/22 128/23
137/18 138/6
**able [21]** 6/3
10/18 26/16 47/13
48/13 55/2 63/18
80/17 80/23 81/3
93/6 101/2 107/13
107/14 107/21
139/4 140/18
146/23 150/16
150/17 151/21
**about [308]**
**above [1]** 154/5
**above-entitled [1]**
154/5
**absent [1]** 152/20
**Absolutely [2]**
47/15 55/1
**abundance [1]**
124/3
**accept [1]** 6/1
**accepting [2]**
21/1 21/6
**access [1]** 131/8
**accessible [1]**
14/22
**According [1]**
12/11
**accordingly [1]**
5/13
**accounts [2]**
72/12 72/13
**accurate [5]**
34/20 122/25
123/5 130/24
130/25
**accused [3]**
17/25 104/25
132/18
**acquainted [4]**
13/1 13/7 13/11
13/17
**act [1]** 100/3
**action [2]** 1/3
6/13
**actions [1]** 78/12
**active [1]** 120/19
**activity [1]** 131/24
**actual [1]** 112/6
**actually [8]** 93/20

102/1 110/9
112/24 138/19
140/17
**add [1]** 90/22
**added [1]** 93/21
**adding [1]** 5/16
**addition [2]** 10/25
63/7
**additional [3]**
9/11 80/23 133/18
**address [2]** 8/2
50/24
**Administration
[1]** 19/19
**admit [1]** 131/25
**admittedly [1]**
87/6
**ADU [2]** 59/10
59/12
**advance [1]**
111/21
**advanced [5]**
132/17 133/2
133/3 133/3 134/4
**advisement [1]**
6/14
**advisor [6]** 17/2
73/12 78/5 85/22
87/2 87/25
**affect [8]** 18/14
18/24 19/11 19/23
111/22 115/16
137/18 147/23
**affiliated [6]** 15/9
24/12 72/25 74/1
82/12 105/25
**affiliations [1]**
21/22
**affirm [1]** 9/16
**afraid [1]** 31/19
**after [7]** 6/5 11/2
37/1 60/15 95/2
95/10 137/7
**afternoon [17]**
102/1 106/14
106/15 108/3
108/4 113/6 113/7
115/21 117/11
121/24 125/17
128/7 129/5
138/17 139/10
141/24 149/4
**again [21]** 10/22

11/5 12/21 14/14
19/2 23/15 29/15
42/11 45/20 56/20
64/8 70/2 74/15
78/17 88/24
121/16 124/21
127/12 135/23
136/6 150/10
**against [4]** 20/23
114/4 115/2
132/12
**agencies [2]**
19/17 137/10
**agency [13]** 15/9
15/14 19/15 20/9
24/12 43/20 55/13
55/14 55/16 61/13
72/25 82/12
105/25
**Agent [1]** 2/9
**ago [17]** 27/3
51/3 51/22 52/20
57/7 57/8 64/2
64/4 64/4 73/7
83/3 83/6 106/3
133/9 137/17
144/18 147/12
**agree [10]** 3/3
4/21 5/12 5/15
21/9 88/21 110/5
112/18 124/10
133/25
**agreed [2]** 3/16
132/2
**agreement [2]**
2/19 110/3
**agrees [2]** 75/14
124/12
**ahead [1]** 58/15
**aid [2]** 144/20
144/21
**air [1]** 8/11
**AL [1]** 1/16
**Alcohol [1]** 19/20
**all [60]** 4/13 8/3
8/7 8/24 8/25 9/7
9/13 9/17 10/1
11/4 25/17 25/22
27/18 36/4 36/7
37/3 39/17 45/6
45/22 47/13 47/13
49/3 51/23 52/24
55/22 58/3 58/24
59/3 62/9 70/1

**A**

**all... [30]** 71/8
75/2 84/19 85/19
93/12 96/2 96/16
96/18 99/12 99/13
113/10 119/15
119/16 121/12
122/2 123/4 123/8
125/9 126/10
126/10 129/11
131/1 131/1
133/17 139/8
143/7 149/12
151/23 153/3
153/4
**allegation [1]** 5/3
**allegations [1]**
127/3
**allege [1]** 4/25
**alleged [1]**
128/19
**alleges [2]** 12/16
12/19
**allow [1]** 100/4
**along [1]** 95/4
**already [7]** 77/10
77/13 78/22 90/21
94/19 133/2
140/10
**also [57]** 2/9 2/14
5/7 6/23 11/10
21/12 25/19 29/24
30/7 30/21 31/10
38/15 41/17 43/17
46/14 51/13 57/17
63/1 63/7 63/20
72/23 73/8 73/11
73/20 76/2 76/5
77/4 77/6 78/19
83/13 83/19 87/14
90/14 91/24 97/25
99/5 103/8 103/15
104/8 104/12
104/23 108/17
114/14 118/12
119/11 120/20
121/3 121/8
127/20 129/13
135/17 136/18
137/20 144/12
145/12 147/2
147/7
**alternate [4]** 3/18
3/21 3/23 3/25

**alternates [2]**
2/22 3/1
**although [5]**
30/25 38/16 41/25
42/8 48/24
**always [3]** 49/11
127/24 127/25
**am [43]** 3/22 4/1
4/1 6/2 6/13 6/25
7/3 7/23 29/20
29/22 32/8 32/8
34/17 35/2 35/2
35/11 43/25 44/21
45/4 45/22 48/8
48/15 55/10 64/24
65/4 65/15 68/15
71/14 83/24 85/24
87/7 87/17 96/22
99/19 99/20
102/16 110/18
110/25 112/20
127/18 127/20
129/24 130/1
**AMANDA [3]** 1/10
2/8 12/24
**AMERICA [4]** 1/2
2/3 93/3 93/4
**American [2]**
106/20 108/22
**Amerling [1]**
13/16
**among [1]** 101/9
**amount [1]** 120/9
**analyst [1]** 42/22
**another [11]** 2/23
2/25 17/5 22/22
66/11 74/3 78/7
121/13 134/3
146/12 151/5
**answer [43]** 9/17
10/17 10/18 10/19
10/21 10/22 10/23
11/1 11/4 11/21
11/24 12/1 12/22
23/18 27/15 29/14
33/1 35/23 38/5
39/21 42/5 53/8
55/7 61/14 63/4
63/25 76/12 77/6
77/20 78/10 78/22
83/17 84/17 90/10
102/14 103/22
105/1 105/22
106/1 120/25

**answered [95]**
23/16 26/18 26/23
27/18 28/25 29/2
29/4 29/24 30/7
30/21 30/24 31/10
31/24 32/4 32/5
32/23 39/4 39/10
40/14 41/3 41/9
41/10 41/24 42/6
43/17 50/13 50/18
51/13 56/16 56/19
57/17 61/3 62/4
63/1 63/20 66/4
69/11 71/17 72/6
72/23 73/8 73/14
73/20 73/24 74/14
75/25 76/11 77/4
77/5 78/4 78/19
78/24 79/2 82/6
82/13 83/13 84/19
89/9 89/14 89/16
90/6 90/14 91/24
102/5 102/6
102/11 103/15
104/8 104/23
105/22 105/22
113/13 114/14
114/22 115/15
117/17 117/23
117/25 118/12
119/11 120/20
125/22 126/4
127/6 127/9
127/16 134/12
135/17 136/18
136/21 142/4
143/10 144/12
147/2 147/13
**answering [3]**
37/25 40/2 86/22
**answers [14]**
11/7 26/9 30/11
32/22 36/24 38/18
74/18 99/22 102/8
115/15 125/24
141/14 142/6
145/14
**anti [1]** 121/17
**anti-inflammatory
[1]** 121/17
**any [162]**
**anybody [4]**

141/19 142/10
144/15
**anyone [40]** 10/8
11/11 15/6 15/10
15/13 16/23 17/18
17/23 18/2 19/14
23/23 24/10 40/11
42/3 43/19 48/12
57/19 61/12 62/1
63/2 63/21 72/23
74/4 82/11 83/14
104/11 104/24
105/23 114/18
117/24 120/18
127/7 127/14
131/1 136/19
144/13 145/9
146/1 147/2
150/25
**anything [100]**
7/4 13/23 14/3
14/6 14/10 14/10
14/17 15/3 15/24
18/14 18/24 19/11
21/19 21/21 24/20
24/22 25/1 25/2
27/11 29/3 30/5
31/5 33/17 35/18
36/20 39/11 39/23
41/6 41/15 41/20
43/13 44/8 51/9
53/10 53/14 53/17
53/19 54/4 57/12
57/19 62/21 63/16
64/6 69/23 70/2
71/23 72/1 72/2
74/2 76/4 76/9
77/7 84/11 84/12
84/17 84/20 84/22
86/1 89/15 89/18
90/16 91/18 92/13
99/4 99/24 100/4
104/1 104/4 105/2
107/1 113/18
114/9 114/16
115/14 116/11
118/14 120/17
121/10 123/11
124/7 124/14
126/2 126/16
127/15 128/1
132/5 134/16
135/9 135/19
136/10 136/15

137/16 138/4
142/9 142/19
143/13 144/7
145/3 147/21
148/17
**Anyway [1]** 134/6
**apologize [4]**
17/15 18/21 110/4
147/6
**appear [3]** 12/14
37/20 151/20
**APPEARANCES
[1]** 1/9
**appliance [3]**
59/13 59/14 59/14
**applied [1]** 139/3
**applies [1]**
139/16
**apply [2]** 77/6
81/4
**applying [3]** 21/1
21/6 128/24
**appointment [1]**
31/21
**appreciate [3]**
75/2 101/13
121/25
**approach [2]**
96/15 141/16
**approaching [1]**
127/4
**appropriate [4]**
110/23 111/4
112/14 152/8
**approximately [6]**
39/19 52/17 57/6
62/13 64/3 73/6
**are [131]** 3/25
4/13 5/23 6/3 6/7
6/8 7/5 7/13 7/19
9/24 11/18 11/20
13/1 13/6 13/11
13/17 14/7 14/15 14/22
16/5 17/6 17/12
19/4 20/14 22/4
22/12 23/14 24/4
26/7 28/22 29/9
30/10 31/11 34/15
34/21 35/11 37/4
39/22 41/4 41/25
46/23 46/25 48/1
48/23 49/9 50/2
50/8 50/10 54/12
55/11 60/1 60/17

**A**

**are... [80]** 65/14 66/23 67/9 67/13 68/12 68/24 69/8 70/23 72/18 73/22 75/5 75/22 76/6 78/8 79/1 80/6 80/16 81/2 82/4 82/7 82/18 85/12 85/18 87/4 88/11 89/5 89/6 90/15 91/15 92/23 96/25 97/12 98/22 100/25 102/3 102/17 105/6 105/21 108/9 109/14 109/15 109/16 110/3 110/23 111/19 111/19 113/11 113/15 115/22 116/16 117/14 118/19 120/6 120/23 121/8 125/19 125/23 128/19 130/6 132/11 134/10 135/2 135/11 139/8 141/8 142/1 142/15 142/23 143/11 145/6 145/11 145/16 146/5 149/18 150/9 150/23 150/23 151/4 151/17 152/17

**area [1]** 79/16
**areas [1]** 8/11
**aren't [1]** 54/24
**arena [1]** 72/24
**Argentina [2]** 31/1 31/6
**argued [1]** 111/5
**arguing [1]** 6/16
**argument [1]** 111/3
**arguments [3]** 6/17 6/17 97/4
**Arms [1]** 73/5
**arms' [1]** 124/6
**Army [1]** 83/24
**around [6]** 6/18 13/20 71/21 82/14 134/3 150/25

**arrested [2]** 17/25 146/10
**article [5]** 107/11 108/21 108/25 110/18 133/1
**articles [12]** 14/21 29/9 39/19 72/11 87/20 87/21 107/10 110/16 132/14 138/20 138/21 140/17
**articulated [2]** 5/24 38/9
**artificial [1]** 121/13
**as [126]** 2/24 3/23 5/22 6/5 8/8 8/17 11/3 12/18 16/19 17/14 17/15 17/20 18/5 18/9 18/13 18/15 18/23 18/25 19/6 19/10 19/12 21/19 21/23 22/6 22/11 22/16 23/6 23/11 23/25 25/17 27/16 31/5 31/12 32/1 32/16 35/9 35/13 35/21 35/22 37/9 43/15 44/5 44/6 44/9 46/18 48/1 48/11 50/3 51/14 51/21 52/2 52/10 52/20 54/25 63/5 65/19 68/3 69/15 69/16 69/25 70/5 73/12 73/18 76/4 76/8 80/3 80/6 80/12 86/19 90/5 91/25 92/13 93/9 93/21 96/7 98/10 99/6 99/13 99/23 100/22 100/25 101/2 101/7 101/10 110/19 111/5 111/6 111/16 112/25 114/21 115/17 116/20 119/4 119/18 120/5 120/16 121/10 122/14 123/6 127/6 127/15 127/19 127/20 128/2

128/15 131/6 133/19 133/19 137/13 137/14 137/17 138/4 140/24 143/2 147/24 148/3 149/11 149/11 149/16 150/5 150/6 151/5 151/24 153/2 153/2
**aside [11]** 16/17 23/5 35/6 47/13 74/16 77/13 78/14 80/11 80/17 81/9 128/14
**ask [42]** 9/11 10/14 10/15 11/4 11/7 25/18 35/5 36/13 37/5 37/10 39/7 41/25 48/17 49/4 49/7 49/12 50/15 53/4 56/18 61/4 68/11 68/12 68/12 70/1 71/20 76/3 77/19 82/7 89/12 102/8 109/8 113/14 114/15 117/20 119/19 122/1 124/7 124/15 125/23 141/9 142/5 145/11
**asked [19]** 4/18 5/7 5/9 11/2 15/11 29/1 35/1 53/20 59/2 69/25 73/10 84/15 86/25 99/8 99/9 100/19 113/17 142/19 148/2
**asking [12]** 11/9 27/25 34/5 34/17 35/25 36/24 38/2 41/21 56/20 95/21 95/25 100/13
**asks [13]** 9/3 40/11 41/5 41/7 42/3 44/13 50/17 57/18 71/25 74/3 74/4 126/1 126/3
**aspect [1]** 109/3
**assailant [1]** 115/3

**assault [2]** 147/12 147/17
**assistant [5]** 12/24 17/21 24/1 106/25 143/22
**assisted [1]** 12/25
**associated [2]** 16/23 54/23
**association [5]** 13/2 13/8 13/12 13/18 37/21
**assume [2]** 49/8 75/14
**assumed [1]** 142/22
**assuming [1]** 151/22
**attack [5]** 12/8 12/10 14/19 15/23 30/3
**attempted [1]** 8/19
**attempting [1]** 2/20
**attention [8]** 22/6 22/11 22/15 49/18 68/7 113/25 114/13 129/20
**attorney [13]** 1/15 29/19 31/1 31/6 35/12 102/16 104/11 127/18 127/19 128/2 137/4 140/12 144/18
**attorney's [2]** 17/22 24/2
**attorneys [6]** 1/11 12/24 20/6 20/7 110/21 116/3
**August [1]** 109/13
**aunt [3]** 57/21 57/21 58/18
**availability [3]** 132/14 132/23 133/20
**available [3]** 8/24 108/19 141/9
**Avenue [1]** 1/22
**aware [6]** 35/2 35/2 64/23 64/24 136/6 142/15
**awareness [1]**

**away [1]** 45/18
**awoken [1]** 94/5

**B**

**baby [1]** 65/19
**baby-sitter [1]** 65/19
**back [13]** 11/5 32/21 36/20 68/12 69/3 94/10 94/10 105/21 114/24 116/10 124/20 151/8 152/19
**background [5]** 76/14 85/24 107/20 127/3 137/17
**bad [1]** 121/14
**badge [3]** 10/2 10/3 10/5
**badly [1]** 148/25
**Baltimore [1]** 1/19
**Bankruptcy [1]** 1/22
**BANNON [48]** 1/5 2/4 2/13 5/17 6/10 6/15 7/10 12/6 13/10 13/13 16/23 17/2 33/17 37/3 57/10 73/11 75/6 78/5 87/1 87/5 88/1 88/3 91/2 91/10 94/15 94/24 95/8 96/9 98/4 98/8 98/13 104/2 114/4 118/22 119/21 120/1 120/1 122/3 123/10 124/23 126/13 129/7 131/13 134/22 136/11 139/15 144/1 151/19
**Bannon's [3]** 5/14 54/23 62/18
**barred [3]** 42/7 42/17 43/3
**based [36]** 14/7 14/12 16/20 21/24 23/7 23/12 24/24 25/4 32/2 35/5 59/15 72/4 72/19

**B**

**based... [23]** 76/19 77/8 77/13 87/24 89/19 90/9 96/9 97/1 103/5 107/22 108/7 110/23 111/23 112/2 118/16 128/15 131/17 131/17 136/13 139/11 140/7 141/1 141/14

**basically [12]** 14/5 39/17 44/21 52/2 57/18 61/9 63/3 74/15 74/18 145/10 145/13 146/2

**basis [6]** 39/17 99/15 100/17 140/21 144/15 145/13

**be [173]**

**bearing [2]** 23/10 32/1

**because [36]** 2/23 2/25 17/5 17/11 19/2 20/1 20/16 32/6 34/6 35/11 36/16 38/11 50/20 55/7 60/14 66/5 67/17 68/21 69/23 73/22 76/13 76/17 78/8 85/14 93/19 111/9 112/12 112/13 114/12 120/23 123/5 124/14 129/25 146/11 148/22 151/4

**become [1]** 67/12

**been [65]** 7/24 15/11 15/14 16/11 17/24 18/3 19/14 22/13 26/7 30/8 33/24 34/18 35/4 42/24 43/19 44/5 46/25 51/22 56/22 61/6 61/17 65/7 69/23 74/1 74/5 74/12 75/3 79/6 79/7 79/14 82/19 92/4 92/4 92/7 99/11 103/12

103/13 104/2 104/17 104/21 104/24 109/3 114/19 118/4 119/17 120/9 122/1 122/4 122/9 122/13 122/23 122/24 130/8 130/12 133/2 133/3 137/8 140/10 142/16 145/1 145/9 146/1 146/10 149/8 150/6

**before [33]** 1/8 2/16 8/1 11/9 11/11 18/5 23/18 25/21 25/21 33/24 35/7 43/5 47/1 52/15 69/14 73/18 74/19 79/8 79/11 83/24 92/4 93/1 95/2 97/2 99/7 104/20 114/21 121/2 129/21 130/23 137/5 139/15 148/3

**begin [3]** 9/14 11/9 26/12

**beginning [3]** 2/5 4/17 25/18

**begins [1]** 141/16

**behalf [2]** 7/10 132/17

**behind [1]** 132/4

**being [22]** 22/8 33/4 35/1 37/8 37/19 45/18 57/14 63/8 87/25 90/12 91/5 101/2 111/19 115/8 119/5 126/24 127/2 130/6 132/11 133/6 136/16 141/6

**belief [2]** 130/24 131/5

**beliefs [14]** 16/6 16/22 17/4 17/6 17/10 17/12 19/22 20/5 21/22 22/21 73/22 78/6 78/8 120/23

**believe [30]** 5/20

5/21 17/20 17/21 20/15 20/15 69/23 73/21 73/21 74/2 77/15 78/17 80/2 86/8 87/9 91/8 103/4 106/25 108/22 109/15 119/22 120/22 120/22 121/6 126/10 128/4 128/17 129/1 132/25 143/21

**believes [1]** 141/4

**Bench [2]** 4/5 4/12

**best [7]** 35/23 35/24 49/20 67/19 110/24 116/8 116/12

**better [6]** 33/23 34/1 34/3 38/3 38/12 119/8

**between [8]** 36/23 37/21 68/9 97/9 99/24 110/6 111/24 112/9

**beyond [5]** 20/24 83/25 87/17 98/2 99/5

**bias [1]** 145/4

**bit [7]** 27/1 36/23 60/16 121/18 134/5 152/17 153/1

**blank [1]** 131/15

**blog [1]** 14/21

**blood [1]** 67/20

**boss [2]** 44/20 45/20

**both [13]** 6/6 16/9 16/25 20/10 41/9 85/12 92/10 93/5 111/15 112/16 112/20 114/25 138/8

**bottom [1]** 98/16

**box [1]** 67/20

**branch [5]** 15/9 24/13 40/12 40/14 73/1 82/12 105/25

**break [4]** 69/2 84/25 134/4 152/18

**breaks [1]** 8/23

**brief [3]** 2/4 60/16 68/25

**briefing [1]** 140/11

**briefly [3]** 2/18 8/2 124/18

**bring [10]** 2/17 7/5 7/12 38/20 56/9 60/18 101/22 113/3 124/18 125/15

**brings [1]** 9/10

**broadcasted [1]** 126/11

**broadly [1]** 142/17

**brother [4]** 43/24 44/3 44/4 49/1

**brought [1]** 132/11

**build [1]** 121/1

**building [8]** 8/3 8/7 8/25 9/2 9/7 9/9 46/7 52/2

**building-wide [1]** 8/7

**built [1]** 87/15

**burden [1]** 20/21

**Bureau [4]** 19/18 19/20 20/8 42/23

**business [2]** 45/5 45/17

**businesses [1]** 46/5

**busy [2]** 69/24 70/23

**C**

**cable [1]** 46/19

**calculation [1]** 3/3

**call [8]** 11/5 25/18 50/2 51/17 52/20 68/16 68/20 97/16

**called [2]** 7/24 92/4

**calls [1]** 86/23

**came [5]** 38/1 61/7 69/16 94/19 116/10

**can [91]** 7/20 8/18 9/12 9/13 23/9 23/20 26/15 27/1 29/4 29/17 29/22

30/12 30/23 31/12 31/14 31/15 31/25 32/3 34/15 38/20 39/14 39/17 40/14 41/9 42/5 43/22 44/15 46/7 47/12 48/17 49/8 50/18 51/16 56/24 61/13 62/8 63/3 63/25 65/2 69/21 70/23 72/6 73/2 73/14 73/23 74/5 76/5 78/10 79/1 82/3 82/13 83/16 89/21 89/21 90/19 92/1 92/3 96/1 102/2 102/14 103/10 103/18 104/25 106/1 113/20 114/17 114/22 115/9 117/25 118/18 119/13 120/24 121/5 124/14 124/20 126/6 127/9 127/11 127/16 133/12 134/16 135/21 136/21 141/22 142/12 144/14 145/12 145/13 147/4 148/5 150/20

**can't [10]** 51/19 52/23 52/23 61/25 66/7 95/19 101/10 120/3 123/11 123/14

**candidly [2]** 10/19 123/19

**candor [2]** 75/2 121/25

**cannot [1]** 20/22

**capacity [2]** 40/21 85/12

**Capitol [17]** 12/8 12/10 14/19 15/18 15/24 16/12 19/21 23/3 25/10 30/4 30/9 64/18 72/13 85/16 86/22 96/7 96/11

**capture [1]** 130/20

**card [14]** 10/1

**C**

card... **[13]** 10/4
10/13 10/22 10/23
25/23 25/24 25/25
26/18 69/10 89/8
90/6 125/21 142/3
cards **[6]** 11/7
23/15 23/18 25/19
25/22 69/1
care **[2]** 100/24
150/8
career **[1]** 138/14
carefully **[3]**
111/22 150/23
151/4
caring **[1]** 22/12
CARL **[2]** 1/8 7/23
case **[206]**
cases **[12]** 46/4
51/19 52/18 79/18
92/10 138/9
138/10 144/20
144/23 144/25
145/7 149/24
cast **[1]** 110/25
catch **[1]** 70/1
catch-all **[1]** 70/1
category **[1]** 55/9
caught **[2]** 114/1
114/2
cause **[39]** 22/25
27/12 31/6 32/18
36/14 38/7 38/19
39/24 44/10 44/14
51/10 52/11 60/13
62/22 66/19 68/2
75/12 75/17 81/22
86/2 91/20 99/3
110/5 112/17
113/2 114/10
115/9 124/3 128/2
133/16 134/1
138/5 141/7
141/10 142/25
145/4 146/23
147/22 148/18
caused **[1]**
126/17
caution **[2]** 37/6
124/3
Centers **[1]** 97/16
ceremonial **[1]**
7/24
certain **[1]** 141/1

certainly **[2]** 7/1
36/25
certainty **[1]**
151/1
certify **[1]** 154/4
Chairman **[1]**
6/21
Chairman
Thompson's **[1]**
6/21
chairs **[1]** 121/15
challenge **[2]**
119/7 119/8
challenges **[1]**
2/24
chamber **[1]** 68/3
chance **[4]** 33/2
48/8 94/7 122/2
change **[1]** 9/4
changed **[1]**
111/18
channels **[2]** 90/2
103/25
charge **[9]** 5/2
21/9 45/21 132/15
146/10 146/16
146/17 148/9
148/10
charged **[6]** 17/25
20/25 42/5 63/23
145/9 146/2
charges **[7]** 6/5
12/5 13/24 71/24
76/9 132/11
148/13
Charles **[1]** 1/18
check **[1]** 69/22
checked **[1]**
69/22
Chief **[2]** 47/11
143/22
child **[2]** 64/5
65/4
Chinese **[1]** 87/16
circumstances **[1]**
34/11
cites **[1]** 106/21
civic **[1]** 92/17
civil **[18]** 18/10
18/13 18/23 19/7
19/10 51/15 51/19
91/25 92/6 102/18
102/20 109/10
109/11 131/7

certainly **[2]** 7/1
144/19 144/21
clarified **[1]** 37/16
clear **[8]** 37/14
99/22 100/2
111/20 124/14
134/21 150/14
150/23
cleared **[1]** 8/15
client **[2]** 46/8
48/6
client's **[1]** 45/3
clients **[4]** 46/2
46/7 48/14 49/5
clip **[1]** 98/3
clips **[2]** 103/24
106/17
clock **[1]** 152/25
close **[40]** 8/19
15/7 15/11 15/14
15/18 17/19 17/24
18/3 19/14 22/13
23/24 24/10 25/9
40/11 40/22 42/3
50/1 61/12 63/22
67/8 68/16 68/22
73/4 74/4 82/11
82/18 83/14 88/24
104/24 105/24
114/18 127/8
127/14 129/20
136/20 144/13
146/1 146/5 147/3
153/2
closely **[3]** 62/12
103/13 103/23
closer **[1]** 82/17
CNN **[3]** 37/2
106/19 129/19
co **[1]** 97/12
co-counsel **[1]**
97/12
collect **[3]** 23/18
25/19 26/2
collectively **[1]**
151/23
college **[2]** 82/20
83/9
COLUMBIA **[8]**
1/1 28/4 28/5
51/24 63/14 66/21
67/17 92/11
come **[10]** 2/4
11/5 32/25 34/7

160/8 138/15 34/16 35/19 67/15
67/15 131/15
141/1
comes **[4]** 6/25
37/7 87/3 88/1
comfort **[1]** 9/10
comfortable **[6]**
50/8 89/6 113/9
145/12 145/17
145/23
coming **[4]** 47/25
94/6 110/21 112/9
comment **[2]**
35/17 129/7
commentary **[3]**
15/1 95/16 129/20
commentators **[1]**
130/2
comments **[2]**
4/19 5/10
commitment **[1]**
92/6
committed **[2]**
67/2 147/17
committee **[81]**
12/7 12/8 12/12
14/18 15/12 15/22
15/25 16/6 16/7
16/11 30/3 30/5
30/8 30/14 35/19
36/5 37/8 41/6
41/14 46/11 46/22
54/13 56/21 59/18
59/24 62/6 62/14
66/1 66/3 66/10
68/4 68/4 68/7
69/18 69/19 69/19
72/13 72/14 73/10
76/23 77/2 77/23
82/17 84/16 85/9
90/17 90/20 94/24
95/16 96/5 98/3
98/7 98/12 98/13
98/18 99/25
100/18 103/19
104/5 106/17
120/6 126/2 126/7
126/11 126/17
126/20 128/8
129/22 130/17
130/23 131/4
131/18 135/19
136/9 136/11
136/14 139/15

143/12 143/14
143/18 144/8
Committee's **[10]**
14/19 16/16 41/8
53/20 68/8 84/23
91/19 103/16
119/12 126/4
common **[1]**
29/20
commonly **[1]**
5/11
communication
**[3]** 8/20 93/3 93/4
companies **[1]**
46/5
company **[7]**
19/16 32/7 36/18
48/11 59/13 59/15
97/16
Complainants **[1]**
66/24
complete **[1]** 45/3
completely **[1]**
99/6
compliance **[1]**
131/12
complicate **[1]**
78/15
complicated **[3]**
29/14 29/16 29/18
comply **[2]** 12/20
29/23
component **[1]**
79/19
computational **[1]**
8/9
concern **[6]** 8/12
78/16 86/2 144/9
152/6 152/10
concerned **[15]**
32/18 49/17 51/10
62/23 63/17 72/18
77/12 110/18
110/25 112/20
138/6 140/10
143/1 148/18
150/9
concerning **[2]**
16/12 30/8
concerns **[5]**
49/19 68/10 81/8
128/22 151/12
conclude **[6]**
43/14 70/4 84/13

**C**

**conclude...** [3]
92/14 104/6
136/15
**concluded** [3]
4/12 76/16 105/20
**conclusions** [2]
73/19 146/22
**concrete** [1]
123/7
**condition** [4]  9/5
22/5 31/11 121/9
**conduct** [2]  72/16
148/11
**conducting** [1]
12/9
**conference** [2]
4/5 4/12
**confidence** [1]
141/14
**confident** [2]
85/24 97/3
**confirm** [3]  27/18
69/13 90/5
**confronted** [1]
101/11
**confusion** [1]
141/7
**Congratulations**
[2]  55/19 59/4
**Congress** [7]
6/12 12/6 15/11
16/8 66/23 67/5
68/4
**congressional** [1]
15/12
**connected** [1]
37/20
**connection** [9]
13/2 13/7 13/12
13/18 31/3 68/9
88/20 128/1 136/8
**conscience** [2]
21/12 151/2
**consider** [5]
21/11 139/3 139/5
143/7 151/21
**considering** [5]
97/4 126/24
142/20 142/21
151/19
**consistent** [4]  5/6
10/19 74/18
123/17

**Constitution** [1]
1/22
**constitutional** [1]
109/3
**consultant** [2]
45/3 46/3
**consumer** [1]
79/17
**consumption** [2]
14/17 14/21
**contact** [6]  8/19
13/3 13/8 13/13
13/19 45/23
**contacted** [1]
147/20
**contempt** [4]  12/6
54/7 54/23 131/21
**content** [1]
140/25
**context** [2]  95/18
95/23
**continue** [3]
22/24 46/7 100/15
**contract** [2]  32/7
70/22
**contractor** [1]
70/20
**contrary** [1]  92/16
**conversation** [1]
31/15
**conversations** [2]
84/11 151/3
**convict** [1]  52/25
**convicted** [3]
42/9 42/13 42/15
**conviction** [1]
43/7
**convinced** [1]
99/14
**cooperate** [4]
128/9 131/22
132/3 132/3
**cooperating** [1]
72/14
**CORCORAN** [50]
1/17 2/13 3/5 3/15
13/6 13/9 28/8
33/21 35/15 36/12
37/11 38/2 38/15
45/10 54/19 56/6
58/13 60/10 65/22
67/24 68/10 70/11
71/6 74/25 75/11
81/14 81/20 86/15

86/9 93/4 97/9
97/20 98/25
100/10 108/1
109/22 111/3
117/5 121/23
124/1 125/5
125/11 129/3
133/14 133/22
139/9 140/5
151/14 152/13
152/23
**corner** [2]  10/4
10/13
**corporate** [1]
83/23
**Corporation** [3]
55/13 55/21 55/23
**correct** [37]  26/19
26/21 26/24 28/22
32/12 35/11 39/1
42/13 42/18 50/10
56/14 60/25 69/8
69/9 69/15 71/14
75/22 78/23 82/4
82/5 89/6 89/11
90/7 90/8 90/13
93/20 102/3
108/20 113/11
117/14 125/19
129/11 129/12
134/10 142/1
147/10 154/4
**Costello** [1]  13/16
**could** [41]  3/18
4/3 6/18 6/21 7/12
11/24 11/24 22/5
22/23 25/24 29/21
32/24 40/8 43/14
49/7 49/11 60/18
77/12 77/17 79/19
86/3 94/9 97/3
97/23 101/1 101/4
105/3 107/17
110/9 111/13
111/14 111/16
112/17 113/3
114/11 116/9
116/12 121/9
130/18 143/7
150/6
**couldn't** [5]  84/13
92/14 104/6
110/17 143/1
**counsel** [18]  2/4

2/9 2/14 29/5 5/16
27/24 85/4 89/13
97/12 102/9
104/15 112/7
117/21 124/1
125/24 134/2
142/6 152/7
**count** [2]  3/1
82/15
**country** [1]
120/11
**counts** [1]  12/6
**county** [3]  46/4
138/1 138/2
**couple** [20]  4/13
4/15 40/24 47/24
51/19 54/2 75/4
85/1 85/4 86/21
92/22 93/17 103/1
108/6 110/15
115/24 146/11
147/12 149/22
149/23
**course** [11]  3/9
6/8 23/21 36/19
45/9 69/14 87/8
118/23 129/22
130/11 141/3
**court** [50]  1/1
1/21 5/11 8/2 8/5
9/3 9/3 14/12
15/15 16/21 18/5
18/11 19/8 23/8
27/8 36/13 37/6
38/1 48/18 51/1
51/15 52/2 54/25
55/3 72/20 74/9
80/22 81/1 94/19
97/2 100/13
107/12 109/9
110/6 112/9
114/20 117/24
128/13 128/16
131/15 131/21
137/25 139/2
140/19 148/8
149/8 149/14
150/1 150/4 154/3
**Court's** [6]  25/3
37/17 80/4 80/21
100/22 101/13
**courthouse** [3]
17/22 24/2 66/6
**courtroom** [17]

7/16 7/25
8/13 8/23 9/1 9/9
9/24 11/6 13/22
26/5 35/18 38/12
100/5 102/13
107/23 122/14
**courtrooms** [3]
8/10 8/14 8/17
**Courts** [1]  1/22
**coverage** [28]
16/13 16/15 30/10
30/12 30/16 33/12
33/13 33/16 37/18
37/22 41/8 46/18
56/21 62/5 66/10
90/18 100/18
101/5 101/6
106/18 107/1
126/4 129/14
129/18 129/19
135/20 139/11
143/15
**covered** [2]  9/12
140/17
**COVID** [8]  8/3 8/6
8/15 22/10 22/14
48/24 70/16
146/11
**COVID-19** [4]  8/3
8/6 22/10 22/14
**CR** [1]  1/3
**cracked** [1]  31/19
**CRC** [1]  1/21
**credibility** [1]
19/24
**crime** [21]  18/1
18/3 18/4 18/6
20/25 42/5 42/9
42/13 42/16 63/23
67/2 104/25
114/19 114/20
114/21 115/8
145/10 145/10
146/2 147/3 147/8
**criminal** [35]  2/3
7/25 17/24 18/10
18/13 18/23 19/7
19/10 20/7 21/3
22/22 42/4 51/15
52/14 63/22 64/7
64/22 79/9 79/16
79/19 84/6 86/6
88/11 92/1 92/8
102/18 104/25

**C**

criminal... [8] 131/7 138/8 144/25 146/1 146/21 148/8 149/24 149/25
critical [5] 32/8 120/19 123/14 123/15 123/16
crowd [1] 136/2
crowns [1] 31/19
cumulative [1] 5/21
current [2] 46/7 145/3
currently [8] 22/12 44/20 46/5 55/8 55/10 102/17 102/21 116/17
cut [14] 29/21 32/24 33/25 34/7 34/10 34/20 35/9 35/17 36/2 36/3 36/19 37/10 37/14 38/10

**D**

D'Amico [2] 2/10 13/17
D.C [17] 1/11 19/18 50/25 55/16 58/6 58/7 61/16 64/16 70/16 70/19 70/21 85/12 127/19 137/7 147/11 148/8 149/25
dad [1] 137/21
daily [2] 39/16 46/12
data [1] 69/22
date [7] 6/19 30/18 108/14 108/14 109/12 151/20 154/10
daughter [1] 67/21
DAVID [4] 1/14 1/15 2/13 13/5
day [17] 1/7 48/22 57/2 57/3 85/15 85/17 91/14 91/15 95/10 95/11 95/13 95/14 95/15 95/22

98/6 118/22 130/13
DC [3] 1/4 1/12 1/23
dcd.uscourts.gov [1] 1/24
deadline [3] 4/23 5/1 48/10
deadlines [3] 47/25 48/7 49/7
dealing [1] 6/2
dealings [1] 20/2
dealt [2] 133/18 140/11
debate [1] 134/21
decide [3] 6/7 9/23 77/13
deciding [5] 13/25 16/19 23/6 76/10 128/15
deciphering [1] 53/13
decision [4] 6/11 34/16 47/14 150/11
decisions [5] 35/24 45/21 107/22 148/23 150/15
deep [1] 86/23
deeply [1] 85/1
default [1] 6/19
defaulted [1] 12/17
defaulting [1] 5/2
defendant [39] 1/6 1/14 5/2 12/5 12/13 12/16 13/5 13/10 14/17 15/21 16/10 16/23 16/25 20/11 20/23 20/24 21/3 27/17 30/1 33/17 37/20 37/21 41/16 41/20 53/1 53/10 62/17 68/16 72/14 77/2 85/19 88/12 88/19 91/2 104/2 107/13 108/19 124/15 133/4
defendant's [5] 5/22 17/16 54/3 78/20 121/4
defense [12]

76/15 76/17 86/10 107/12 109/4 109/23 140/7 149/24 152/7
defenses [10] 107/12 108/18 109/2 109/5 132/6 132/15 132/17 132/24 133/2 133/21
defining [1] 5/8
Definitely [1] 80/7
deliberate [1] 12/20
deliberated [2] 148/24 150/14
deliberation [1] 8/23
deliberations [1] 21/10
deluge [1] 100/18
demeanor [5] 100/2 111/12 111/13 112/2 141/15
denied [1] 100/21
dentist [2] 31/20 31/22
deny [1] 141/12
denying [1] 6/25
department [7] 19/18 20/7 42/9 42/21 43/25 55/12 137/12
depend [1] 6/24
depends [2] 48/5 145/18
deployment [1] 8/20
deposition [1] 12/15
depth [1] 144/6
Deputy [1] 104/15
describe [35] 29/4 30/12 30/23 32/4 41/9 43/22 44/1 50/18 51/16 62/8 72/6 73/2 73/14 74/5 79/2 82/13 87/12 90/19 103/18 105/1 113/20 117/25 118/18 119/13

17/12 20/7 24/2 129/16 134/17 135/21 136/21 142/12 143/17 145/13 147/5 148/5
describing [1] 145/17
description [3] 35/6 35/7 70/3
details [3] 54/10 82/14 130/10
determine [2] 48/7 67/2
Development [3] 55/12 55/21 55/23
did [65] 20/4 27/20 34/10 39/18 39/21 47/3 48/17 51/3 51/21 52/14 52/25 53/3 58/4 58/18 58/24 65/2 65/6 73/2 76/12 76/19 83/21 84/6 84/8 84/9 88/18 88/19 92/1 92/25 93/9 94/6 104/20 106/22 107/8 112/1 114/3 114/4 115/2 115/5 115/7 116/2 116/6 116/8 116/12 124/21 124/25 125/2 128/9 129/6 129/6 132/13 133/5 137/5 137/6 137/9 137/11 138/8 138/19 138/20 147/14 147/21 148/15 148/16 149/21 151/20 151/24
didn't [16] 18/21 27/15 50/3 53/8 65/4 68/7 84/17 86/11 124/6 126/23 138/13 138/21 140/17 141/18 150/8 151/24
die [2] 3/19 4/1
difference [4] 99/24 111/23 112/8 112/11

differences [1] 78/11
different [16] 8/5 17/6 17/9 17/12 29/7 30/16 34/21 35/25 41/25 68/3 73/23 78/9 106/9 108/8 119/20 120/24
differently [1] 96/16
difficult [16] 16/8 16/24 20/10 22/2 22/5 22/10 22/15 29/14 31/7 31/12 33/3 36/21 88/22 121/9 121/15 150/15
difficulty [9] 16/17 20/25 21/6 21/15 22/1 22/17 23/5 74/16 151/8
digit [2] 10/12 10/12
digits [3] 10/3 10/4 10/5
dinner [1] 129/25
Diplomatic [1] 42/23
dire [3] 3/11 4/19 5/15
direct [4] 8/20 34/25 67/20 143/21
directing [1] 12/13
direction [3] 44/24 44/25 77/17
directions [2] 37/17 140/18
directly [1] 131/23
director [1] 93/2
disclosed [1] 112/22
disconnect [2] 36/23 38/1
discretion [1] 38/12
discuss [8] 2/16 2/18 7/4 61/8 86/11 105/3 114/16 124/22
discussed [5]

**D**

**discussed... [5]**
40/25 108/25
110/18 140/12
140/14
**discussing [2]**
26/8 76/5
**discussion [5]**
97/9 105/7 105/20
110/6 126/13
**discussions [2]**
25/20 65/6
**dispute [1]** 52/7
**disqualify [1]**
112/18
**dissertation [1]**
97/12
**Distributors [1]**
59/14
**district [17]** 1/1
1/1 1/8 1/22 5/11
28/3 28/5 51/23
63/13 66/20 67/17
74/9 92/11 127/20
137/25 138/1
145/7
**District-specific
[1]** 145/7
**disturbed [1]**
130/8
**diversity [1]** 46/3
**do [179]**
**doc [1]** 137/6
**documents [3]**
4/23 5/1 96/24
**does [23]** 4/25
5/2 10/8 11/11
42/18 42/20 54/4
57/25 63/7 63/10
67/6 79/4 79/9
99/21 104/14
106/7 114/9 115/8
124/10 130/4
131/22 142/25
150/14
**doesn't [10]**
37/19 37/20 74/23
99/2 124/13
124/14 138/24
140/20 140/20
141/18
**doing [14]** 46/22
46/23 54/15 59/24
66/3 66/10 68/7

39/3 15/22
115/23 127/24
128/23 145/1
145/12
**DOJ [2]** 79/10
79/11
**don't [72]** 5/19
5/20 11/23 27/4
27/10 29/19 35/3
35/12 36/15 38/16
40/20 41/19 45/3
46/19 49/8 49/10
49/11 55/7 60/24
65/3 66/7 68/20
68/22 69/1 69/23
76/13 76/14 76/17
80/15 83/22 87/11
93/6 94/4 95/6
102/3 107/18
109/1 114/13
115/11 116/5
117/4 118/5
121/14 122/11
123/3 127/4
136/17 137/20
138/7 139/25
141/16 141/22
142/17 143/3
143/20 144/11
145/6 145/20
146/25 147/18
148/14 148/21
148/25 148/25
149/12 149/12
149/19 150/12
150/17 150/22
150/25 152/8
**Donald [1]** 17/3
**done [2]** 4/21
86/5
**doubt [2]** 5/8
20/24
**down [30]** 4/1
10/24 11/3 11/18
11/20 12/21 25/22
25/23 25/24 28/12
36/11 49/15 56/2
60/7 66/17 71/2
75/10 75/18 81/19
88/8 97/19 109/21
117/2 123/2 123/4
123/25 125/10
133/13 139/24
152/3

**drawn [1]** 73/19
**dried [12]** 32/24
34/8 34/10 34/20
35/9 35/17 36/2
36/3 36/19 37/10
37/15 38/10
**drug [3]** 19/19
52/19 52/25
**dry [2]** 29/21
33/25
**due [1]** 22/9
**DUI [3]** 64/2 64/25
146/18
**Dunn [2]** 13/1
13/4
**Dunn-Gordon [1]**
13/1
**during [13]** 3/11
5/25 14/13 14/24
21/24 25/5 41/20
57/10 89/20 91/2
91/11 91/12
118/23
**duty [2]** 92/4
92/17
**dynamics [1]** 8/9

**E**

**each [8]** 2/24 9/16
10/15 10/18 61/6
100/19 122/9
129/21
**earlier [5]** 77/24
78/22 111/4
130/21 135/12
**early [1]** 51/5
**easier [1]** 38/25
**edit [1]** 5/5
**edits [4]** 4/22
5/14 5/16 6/1
**effect [4]** 32/10
109/6 130/22
133/4
**efficient [1]** 25/16
**efforts [1]** 9/7
**eight [2]** 27/3
83/6
**either [19]** 18/10
19/7 30/13 83/5
95/17 100/7 107/6
107/19 108/22
110/22 114/9
117/24 122/20
122/24 136/8

136/13 141/13
142/20 145/9
**elected [5]** 17/8
20/14 20/16 20/18
61/24
**election [1]**
120/14
**elements [3]** 81/2
128/13 128/19
**Ellis [1]** 102/25
**else [12]** 15/3
42/2 43/19 48/2
48/12 53/17 57/19
62/1 63/21 104/11
115/14 134/24
**employed [8]**
8/21 19/14 43/20
55/8 55/10 55/11
65/14 65/15
**employee [1]**
68/18
**employing [1]** 8/5
**employment [3]**
55/6 59/9 145/4
**end [4]** 44/20
45/20 48/9 115/2
**ended [1]** 123/8
**enforcement [16]**
15/15 18/5 19/15
19/17 19/19 19/23
19/25 20/1 20/8
43/20 115/5 115/8
116/12 147/4
147/23 149/9
**enforcement's [1]**
116/7
**England [1]**
127/21
**English [1]** 22/18
**enlightened [1]**
120/10
**enough [6]** 27/7
49/13 67/8 85/24
101/6 101/6
**ensure [1]** 39/25
**entails [1]** 61/22
**enter [1]** 7/16
**entire [1]** 7/20
**entirely [3]** 72/20
135/3 141/2
**entities [2]** 62/2
108/23
**entitled [1]** 154/5
**entity [2]** 15/15

**EPA [1]** 8/8
**equity [1]** 46/3
**err [1]** 37/6
**especially [1]**
7/19
**essential [1]**
26/10
**essentially [11]**
31/14 40/12 43/3
67/13 72/24 77/9
77/23 78/21
103/14 114/16
124/6
**estate [2]** 63/12
144/24
**ethical [1]** 22/21
**Europe [2]** 87/11
87/13
**evaluate [1]** 19/24
**EVAN [3]** 1/17
2/12 13/6
**even [10]** 6/7 6/20
32/17 68/22 70/21
80/8 110/16
114/13 118/5
150/24
**evening [1]** 30/15
**events [7]** 16/12
16/18 23/3 30/8
74/16 130/12
136/1
**ever [35]** 14/16
15/7 15/11 15/14
17/19 17/24 18/3
18/7 18/9 18/12
18/22 19/5 19/6
19/9 19/14 23/24
24/10 26/22 42/4
50/17 51/21 52/1
52/14 61/12 64/22
65/6 79/14 83/15
93/9 105/24
114/19 136/20
144/14 146/1
150/25
**every [7]** 21/3
21/9 39/16 51/17
52/20 119/17
141/14
**everybody [1]**
69/2
**everyone [8]** 7/17
10/15 25/21 26/16

# E

**everyone... [4]**
38/25 59/25 69/3
142/16

**everyone's [1]**
143/20

**everything [1]**
149/13

**evidence [34]**
6/24 14/13 15/20
16/20 21/5 21/24
22/3 22/7 23/8
23/12 25/5 27/6
29/25 32/3 34/16
55/3 67/1 72/5
72/20 74/17 78/15
89/20 97/5 98/19
101/19 110/16
110/20 110/20
127/3 131/8
131/16 150/14
151/14 151/24

**evidentiary [1]**
129/21

**exact [1]** 76/15

**exactly [2]** 94/2
110/17

**example [5]** 6/20
8/7 19/17 53/9
124/23

**excerpts [1]**
143/20

**exchanges [1]**
143/22

**exciting [5]** 91/4
95/11 95/15 95/22
98/6

**exclude [10]**
49/21 68/15 68/23
89/1 99/19 101/7
124/2 124/11
152/4 152/13

**excluded [10]** 5/4
38/19 49/25 109/2
110/16 113/1
134/1 141/9
141/17 141/18

**excluding [1]**
38/13

**excuse [6]** 25/17
79/11 112/15
130/18 133/5
133/7

**excused [3]** 26/7

**execute [1]** 45/2

**executive [12]**
36/17 134/20
134/22 138/19
138/23 138/24
139/3 139/16
139/18 140/8
141/3 141/5

**executives [1]**
32/6

**exist [1]** 8/12

**exited [1]** 26/5

**expect [1]** 3/8

**experience [20]**
43/14 44/9 44/9
51/10 51/16 63/16
64/7 64/7 67/16
92/17 115/7 138/4
138/5 147/21
148/18 149/1
149/24 150/4
150/13 150/19

**experiences [4]**
52/10 92/13
146/23 149/14

**explain [20]**
10/25 16/19 23/6
29/17 31/13 34/23
44/15 61/13 63/4
63/25 78/10 89/21
102/14 103/10
106/1 114/22
126/6 144/14
150/20 151/23

**explaining [1]**
132/22

**explanation [1]**
38/9

**Explosives [1]**
19/20

**exposed [4]**
22/14 33/24 34/18
99/12

**express [1]** 150/6

**expressing [1]**
21/15

**extend [1]** 44/15

**extended [1]** 32/9

**extent [7]** 30/11
32/16 38/11 54/7
73/19 101/11
143/11

**external [1]** 99/22

**extremely [1]**
38/1

# F

**face [4]** 118/2
118/6 118/8 118/9

**fact [11]** 27/18
35/12 37/3 40/8
69/13 84/18 88/23
100/19 101/5
112/22 115/15

**facts [15]** 9/23
67/21 80/9 80/11
80/13 80/16 81/4
107/22 111/22
128/15 128/24
140/19 142/21
143/2 143/5

**failure [1]** 12/20

**fair [25]** 9/21 16/9
16/19 16/24 20/4
20/10 23/7 23/11
32/2 34/2 37/24
49/13 65/13 77/16
78/18 80/2 81/9
86/3 88/18 97/23
111/13 111/14
111/16 130/17
149/13

**fairer [2]** 34/9
34/11

**fairly [12]** 13/25
18/15 18/25 19/12
19/24 48/18 65/7
65/12 71/25 76/11
143/8 149/12

**fall [4]** 55/9 83/1
83/3 83/8

**familiar [4]** 16/5
54/12 85/18 96/22

**family [49]** 15/6
15/10 15/13 15/17
17/4 17/18 17/23
18/2 18/17 19/13
23/23 24/9 25/9
30/22 31/3 42/1
42/3 57/19 58/9
58/20 58/21 61/11
62/1 63/2 63/21
65/20 67/20 74/4
78/6 78/25 82/10
83/14 104/24
114/18 127/7
127/13 136/19

**familiar... [1]**
145/25 146/3
146/5 146/6 146/7
146/20 146/20
146/21 149/7
149/13 149/17
149/23

**fan [2]** 88/2 88/12

**far [2]** 69/16
149/11

**farm [1]** 87/14

**fast [2]** 134/4
152/25

**father [14]** 61/15
63/5 64/1 64/15
64/22 65/2 65/7
66/19 67/16 67/21
68/5 68/9 104/13
104/14

**father's [1]** 64/7

**father/daughter
[1]** 67/21

**FBI [1]** 2/10

**FDIC [2]** 104/16
104/21

**federal [10]** 5/11
18/10 19/7 19/15
19/18 20/8 51/15
52/2 74/10 137/24

**feel [30]** 7/18 20/3
22/8 27/24 28/21
31/16 33/25 34/1
38/24 48/18 50/8
56/13 60/23 69/7
71/12 75/21 76/4
82/3 97/3 113/8
113/9 116/6
117/11 123/6
125/17 134/7
136/5 141/24
149/7 150/15

**feeling [2]** 59/23
123/1

**feelings [4]** 65/11
68/8 68/12 130/6

**fellow [3]** 21/11
21/16 148/24

**felt [3]** 36/22 65/7
118/24

**female [1]** 135/25

**few [13]** 2/16 64/2
64/4 69/13 76/7
82/8 85/23 87/3
102/8 106/13
117/20 125/23

**field [5]** 63/3
127/8 127/15
137/8 144/14

**figure [2]** 60/1
68/11

**filed [3]** 37/1
100/14 109/16

**filters [1]** 8/8

**finally [4]** 3/17
23/9 65/14 74/14

**finance [4]** 55/13
55/21 55/23 83/12

**financial [1]**
45/16

**find [4]** 60/2
68/22 101/10

**finding [1]** 88/22

**fine [6]** 65/5
115/13 124/15
140/22 150/5
152/21

**finished [1]** 96/1

**firearm [1]** 148/13

**Firearms [1]**
19/20

**firm [3]** 108/14
149/21 149/22

**first [19]** 2/18
29/2 32/22 41/25
45/10 45/15 50/17
57/2 57/5 58/14
59/18 59/21 75/2
78/17 80/2 80/16
89/21 90/16
145/24

**five [2]** 62/15
106/3

**fixed [1]** 120/11

**floor [2]** 1/18 8/15

**flow [1]** 8/11

**fluid [1]** 8/9

**focus [2]** 80/13
80/18

**focused [1]** 145/7

**follow [44]** 11/7
14/5 21/12 21/18
22/2 27/23 37/17
39/8 39/22 39/24
40/8 46/10 70/15
71/20 76/3 77/16
80/4 80/21 80/23
81/3 82/9 85/4
89/13 92/15 93/17

# F

**follow... [19]**
97/11 98/6 100/3
100/12 102/9
103/12 103/22
106/16 113/14
117/21 117/22
124/21 125/25
129/9 138/14
139/4 140/19
141/15 142/7
**follow-up [17]**
11/7 14/5 39/8
39/22 71/20 76/3
82/9 85/4 97/11
98/6 100/12 102/9
117/21 117/22
124/21 125/25
142/7
**follow-ups [2]**
89/13 113/14
**followed [1]**
129/14
**following [25]**
13/14 14/11 15/5
16/18 21/19 21/23
23/6 25/3 31/24
33/3 34/13 39/4
71/17 72/3 74/17
75/25 78/4 89/9
89/18 90/11 102/7
108/5 108/7
117/17 142/4
**follows [1]**
129/21
**footage [1]** 66/5
**foregoing [1]**
154/4
**foreknowledge**
**[1]** 124/7
**foremost [3]**
78/17 80/2 80/16
**foreperson [2]**
93/10 150/1
**form [1]** 76/19
**formed [18]** 14/7
16/17 23/5 24/23
29/11 39/22 40/4
72/2 72/9 72/15
77/8 89/17 90/6
107/6 107/18
118/15 118/20
135/14
**former [5]** 17/2

93/12 73/12 78/5
87/1
**forth [2]** 36/20
141/1
**forthcoming [1]**
88/17
**Fortune [1]** 46/5
**forward [3]** 2/4
50/7 100/21
**found [4]** 5/4
92/16 98/4 137/7
**four [11]** 10/4
10/5 10/12 10/12
44/23 61/3 72/7
83/3 100/15
104/19 134/12
**four-digit [2]**
10/12 10/12
**Fourteen [3]** 41/5
126/1 143/12
**Fox [3]** 90/4
93/21 93/22
**frame [1]** 152/9
**Frank [2]** 2/9
13/16
**frankly [3]** 38/16
112/21 130/12
**free [18]** 7/18
27/24 28/21 38/24
50/8 56/13 60/23
69/7 71/12 75/21
77/16 78/18 82/3
113/8 117/11
125/17 134/7
141/24
**Freedom [1]**
137/15
**frequently [3]**
51/18 57/1 103/23
**friend [13]** 15/18
22/13 25/9 40/16
40/22 41/2 65/20
73/4 74/4 82/18
85/8 85/10 85/15
**friends [3]** 78/25
82/17 82/20
**front [4]** 25/25
109/9 112/23
126/20
**FTC [1]** 79/5
**full [4]** 22/6 67/18
118/23 127/2
**function [1]** 44/23
**further [7]** 8/1

33/19 37/14 54/17
86/14 108/14
109/23

# G

**gain [1]** 107/8
**GASTON [24]**
1/11 2/8 12/25
13/3 33/7 37/12
38/6 53/24 56/3
64/12 67/25 74/22
79/23 85/3 106/12
109/25 110/8
111/2 121/20
124/1 124/9
138/16 140/1
140/15
**gave [5]** 38/18
74/18 77/5 78/22
147/18
**general [14]**
14/23 37/18 37/21
38/2 63/11 69/15
104/15 114/6
114/7 135/9
139/12 139/13
145/20 151/16
**generally [18]**
11/8 16/8 20/9
42/2 42/21 48/19
53/4 63/3 72/10
79/1 91/19 114/4
114/10 127/9
128/18 136/6
136/15 144/14
**generate [1]**
87/16
**gentleman's [1]**
111/13
**gentlemen [3]**
7/22 9/20 23/14
**Georgetown [1]**
116/21
**Georgia [2]**
144/17 146/15
**get [16]** 2/20 8/22
25/23 31/20 48/25
49/1 50/24 55/6
68/22 88/24 90/22
93/18 121/16
121/16 129/25
134/4
**gets [3]** 2/24 45/5
48/9

**getting [3]** 48/4
53/4 135/2
**give [6]** 12/15
20/4 20/17 22/6
77/20 86/22
**given [7]** 49/18
68/16 68/16 80/11
80/20 144/9
150/23
**gives [3]** 94/11
107/2 128/16
**glance [1]** 53/12
**go [25]** 6/5 19/2
27/7 31/14 32/21
45/10 45/17 49/20
58/14 58/15 60/16
68/25 76/5 96/10
98/23 105/6
114/17 118/23
119/2 121/14
129/25 134/2
134/5 145/13
151/12
**going [54]** 3/22
3/22 4/1 6/13 6/14
7/1 9/24 10/14
10/15 23/21 25/13
25/14 25/14 25/17
32/7 36/15 38/7
50/2 50/4 54/10
60/1 61/4 68/15
68/23 68/25 89/12
91/14 94/12 95/4
95/11 95/14 95/22
96/7 97/21 98/5
99/12 99/19 99/20
101/7 102/8 105/6
107/2 107/5 109/5
111/8 111/21
112/13 112/23
114/15 117/16
117/20 133/17
141/12 142/5
**good [80]** 2/2 2/7
2/11 2/12 2/15
7/17 7/22 25/15
28/2 28/19 28/20
33/9 33/10 38/22
38/23 45/13 45/14
47/22 47/23 53/25
54/1 54/20 54/21
56/11 56/12 58/16
58/17 59/6 59/7
60/21 60/22 64/13

64/14 65/23 65/24
69/5 69/6 70/13
70/14 71/10 71/11
75/19 75/20 79/24
79/25 82/1 82/2
82/19 85/6 85/7
86/16 86/17 89/3
89/4 92/20 92/21
93/16 101/24
101/25 102/1
106/14 106/15
107/5 108/3 108/4
108/9 113/6 113/7
115/21 115/23
117/11 121/24
125/17 128/7
129/5 138/17
139/10 141/24
149/4 150/15
**Gordon [2]** 13/1
13/4
**got [10]** 11/22
36/14 43/3 43/6
67/20 94/5 106/9
109/8 130/15
141/8
**government [47]**
2/6 5/7 7/7 15/9
15/14 16/9 16/25
17/9 20/3 20/3
20/9 20/11 20/14
20/17 20/19 24/12
28/15 48/19 55/13
55/14 55/16 56/4
60/9 66/22 70/8
70/19 71/4 74/23
75/14 82/12 88/15
88/21 98/11 99/2
110/1 110/11
111/8 111/18
112/18 121/21
124/10 124/12
124/13 140/2
140/20 149/8
152/21
**government's [5]**
4/22 68/1 124/9
140/1 152/6
**governments [1]**
46/4
**grand [15]** 18/5
18/7 18/13 18/23
19/5 19/9 26/23
27/2 27/12 45/1

**G**

grand... [5] 50/18 50/20 50/22 51/4 114/21
grandparents [2] 83/18 83/20
grant [1] 99/19
Granted [1] 81/23
granting [1] 7/1
grassroots [1] 87/12
grave [1] 148/20
gray [1] 92/3
Great [1] 7/21
greater [1] 131/23
greatest [2] 131/3 131/8
greatly [1] 9/8
ground [1] 110/14
grounds [1] 110/15
group [1] 77/21
guess [15] 35/16 35/21 47/2 47/9 59/25 95/20 96/13 98/16 103/22 116/11 139/16 139/16 142/22 147/12 148/8
guidance [1] 8/16
guilt [3] 17/16 78/20 121/5
guilty [5] 20/22 20/25 121/6 123/20 124/23
GULLAND [1] 1/11
gunshot [1] 114/25

**H**

had [49] 4/18 13/3 13/8 13/12 13/18 20/2 27/6 30/14 33/17 33/24 34/9 34/25 35/1 36/21 55/8 57/19 59/3 64/1 65/7 69/16 71/25 72/2 75/4 87/15 89/16 92/22 95/3 96/10 99/4 101/3 101/17 103/9 112/12

116/13 116/16 122/2 130/9 133/2 133/3 133/5 133/6 133/19 139/12 141/19 143/23 146/21 149/13
hadn't [1] 96/17
hair [1] 92/3
halfway [1] 36/16
hall [1] 11/4
hand [6] 9/6 9/15 10/3 10/13 11/16 143/4
handful [1] 39/20
handle [2] 48/13 124/5
handset [1] 8/20
happen [2] 94/12 151/24
happened [7] 46/24 47/8 60/2 115/24 116/14 130/10 136/1
happening [2] 94/1 95/4
happy [5] 7/3 44/1 46/7 58/13 69/2
hard [9] 34/12 53/3 78/13 80/10 80/12 119/5 126/23 134/4 136/16
hardship [6] 22/25 32/16 36/18 44/14 45/1 45/16
Hart [1] 13/15
has [59] 5/7 8/2 10/8 16/11 20/21 20/23 21/4 22/13 26/7 30/8 30/14 31/3 37/18 38/15 42/24 44/5 48/24 56/22 61/12 61/17 64/22 66/10 66/22 67/20 68/10 72/24 74/4 74/12 79/6 79/14 97/22 97/25 98/11 99/11 100/4 104/2 104/17 104/24 105/24 112/4 112/18 112/22 112/22

120/12 126/11 126/17 127/8 132/2 132/3 138/25 139/18 140/2 142/16 144/13 145/9 146/1 149/13
hasn't [6] 35/4 43/1 43/4 66/12 68/6 99/23
have [321]
haven't [14] 40/24 53/9 53/12 62/12 69/22 84/19 84/24 85/1 86/9 116/5 135/9 136/25 137/8 143/6
having [10] 8/13 34/12 41/19 76/20 78/25 88/22 96/16 113/2 148/3 151/2
he [83] 20/1 20/16 37/14 37/14 37/15 37/16 37/16 37/18 37/18 37/19 37/24 37/24 38/9 38/15 40/17 42/8 42/8 42/20 42/24 43/1 43/3 43/4 43/4 44/5 48/18 54/4 54/5 61/17 61/24 61/25 63/7 63/10 64/18 64/22 65/7 65/7 65/12 74/2 83/23 84/2 84/6 84/8 84/9 85/15 85/16 85/22 86/6 86/10 87/1 87/10 87/15 87/15 88/16 88/17 88/19 91/11 91/13 96/10 98/14 104/15 104/17 104/20 110/15 110/17 110/17 110/20 110/20 110/22 110/24 111/14 111/16 112/22 112/22 112/23 118/23 123/20 124/14 124/14 137/22 137/22 138/8

he's [16] 6/16 36/14 36/17 36/17 38/11 42/22 48/23 61/23 73/25 74/1 98/21 104/21 110/19 121/6 124/5 133/19
head [4] 24/8 24/18 53/22 78/2
headlines [6] 85/1 134/19 135/23 138/18 139/12 144/5
Health [1] 70/21
healthcare [1] 106/8
hear [20] 7/3 15/20 17/8 20/13 26/16 29/25 54/25 76/6 87/4 110/19 114/3 114/4 115/1 120/17 128/9 128/24 129/6 131/15 141/3 143/2
heard [71] 14/3 14/6 14/8 14/9 15/24 23/2 24/20 24/22 24/24 25/1 27/6 29/3 29/5 30/4 35/7 39/11 41/5 53/10 53/11 54/3 54/6 54/6 54/10 57/9 62/17 70/2 71/25 72/1 72/9 74/16 77/7 77/9 84/19 84/22 84/24 89/15 89/22 89/25 90/16 90/19 93/20 94/18 95/3 97/24 98/1 99/4 100/25 101/3 103/9 103/11 103/9 103/11 113/17 113/20 113/23 113/25 114/9 118/14 118/16 126/1 128/8 129/22 132/5 134/15 134/16 134/17 134/24 135/18 142/9 142/13 143/6 143/13

he's [16] (duplicate)

hearing [29] 5/25 22/2 41/13 41/15 41/20 47/6 53/15 54/22 57/10 57/13 59/18 62/10 91/8 91/12 94/24 95/23 96/1 96/2 96/3 96/4 96/6 98/3 99/10 101/18 129/21 130/1 130/5 133/3 146/12
hearings [63] 16/12 16/14 16/16 30/8 30/10 30/13 30/16 33/12 37/19 41/8 46/15 46/18 47/3 56/21 56/25 62/6 62/8 62/14 62/18 62/22 66/2 69/20 73/11 76/22 76/24 77/2 77/22 77/23 90/18 90/20 90/24 91/3 91/19 100/18 103/17 103/20 103/24 104/1 104/5 119/12 119/19 119/20 120/2 120/6 126/4 126/7 126/8 126/17 129/10 129/14 129/18 130/11 135/20 136/9 136/10 136/14 142/15 143/16 143/18 143/20 143/24 143/25 144/3
heart [1] 118/24
helped [1] 87/10
helpful [1] 26/16
her [40] 17/12 31/5 44/24 47/10 49/1 49/18 49/19 49/20 49/21 58/24 66/19 66/19 67/16 67/16 68/5 68/9 68/11 68/12 73/22 82/21 97/24 98/2 99/5 99/15 99/16 99/22 99/23 100/2 100/3 100/5

**H**

**her... [10]** 111/12 112/2 120/23 140/7 140/8 141/13 141/14 141/14 141/16 143/23

**here [60]** 7/20 9/24 10/15 11/15 17/14 17/16 23/19 26/10 27/17 29/22 29/22 32/8 32/25 35/8 38/13 41/16 41/19 44/11 50/4 52/12 56/7 57/16 62/17 63/18 64/9 67/12 69/1 69/3 71/24 73/19 75/4 78/15 84/13 91/2 92/10 94/6 98/17 99/14 100/5 104/2 109/9 111/19 113/1 114/11 115/17 116/6 117/10 121/4 122/2 125/21 127/20 129/5 133/18 136/4 137/19 138/6 143/1 148/19 149/17 150/10

**here's [2]** 4/20 23/22

**herman [4]** 1/21 1/24 154/3 154/10

**herself [1]** 98/20

**hesitate [1]** 9/11

**Hi [2]** 106/15 149/5

**high [3]** 9/2 142/14 150/24

**high-quality [1]** 9/2

**highly [2]** 44/17 121/11

**him [23]** 12/13 16/24 36/18 36/21 38/2 38/5 38/13 44/6 44/9 48/22 54/4 82/21 84/12 85/21 86/2 86/3 86/12 87/16 87/25 88/16 91/6 124/2 133/21

**himself [1]** 38/4

**hip [1]** 121/13

**his [30]** 6/20 17/11 36/14 37/25 38/16 38/17 43/3 44/9 63/16 63/17 73/12 73/12 73/22 78/12 84/12 85/23 86/11 88/18 91/10 110/24 110/25 111/14 111/22 112/20 112/25 118/5 118/6 120/23 138/4 138/14

**hold [2]** 7/1 98/8

**holding [3]** 16/12 30/8 56/22

**holidays [1]** 48/24

**home [1]** 9/4

**honest [2]** 84/24 123/6

**honestly [1]** 86/8

**Honor [79]** 2/2 2/7 2/12 3/4 3/14 3/16 7/8 28/1 28/7 28/9 28/15 28/16 29/6 30/25 31/9 31/18 32/20 33/5 33/8 33/22 37/13 47/21 49/17 49/23 49/24 54/17 56/5 56/7 60/4 60/11 66/18 67/9 68/1 68/3 70/9 70/25 71/5 71/7 75/13 81/15 81/21 88/6 88/10 88/15 93/15 97/21 98/16 99/2 100/11 101/20 101/25 102/4 102/15 103/7 104/7 106/2 108/2 109/18 109/24 110/2 110/9 111/7 111/11 116/24 117/4 117/6 125/6 125/13 129/4 132/20 133/15 139/21 140/3 140/6 140/16 152/5 152/15 152/22 152/24

**HONORABLE [1]** 1/8

**hope [3]** 9/9 115/12 115/23

**hoped [1]** 152/17

**hopefully [1]** 50/4

**horrified [1]** 130/12

**Hospital [1]** 116/21

**hour [2]** 37/2 60/17

**hours [3]** 9/25 62/14 75/4

**house [17]** 12/9 14/18 15/8 15/22 24/11 30/2 40/13 40/17 40/18 46/20 47/11 61/12 68/4 72/25 82/11 105/24 138/5

**housing [1]** 144/25

**how [44]** 6/24 29/20 39/19 40/22 42/24 49/5 51/3 51/6 56/25 56/25 57/6 61/17 62/8 62/13 64/3 65/2 68/6 74/12 77/14 79/6 82/18 82/21 82/24 87/12 90/19 95/18 96/15 103/18 103/19 104/17 115/16 115/22 116/6 116/11 119/14 119/23 122/16 127/22 133/8 140/19 145/1 145/18 146/5 149/7

**however [1]** 5/18

**huh [11]** 26/14 61/10 62/3 62/7 63/24 64/17 77/3 79/13 100/16 113/16 116/23

**Huh-uh [1]** 62/3

**hundred [1]** 151/1

**husband [3]** 42/7 42/17 43/23

**I**

**I'd [4]** 36/13 67/10 87/22 152/18

**I'll [10]** 11/6 41/24 43/18 53/4 71/21 76/3 82/7 102/5 118/13 125/23

**I'm [71]** 3/22 6/14 6/25 7/1 10/14 10/15 23/21 29/19 31/19 32/6 32/23 34/5 34/12 35/20 35/21 35/22 35/25 38/7 41/21 42/11 42/12 44/24 45/2 45/21 46/3 49/17 50/23 52/9 53/13 55/8 58/13 58/22 59/12 61/3 68/23 70/20 83/5 88/2 89/12 91/7 95/20 95/25 99/15 100/7 100/13 100/14 102/7 102/16 110/24 112/24 114/15 115/1 115/13 116/14 117/16 117/20 119/15 122/6 123/1 127/11 133/17 134/20 136/6 136/23 137/3 137/12 141/12 142/5 144/18 145/22 151/22

**I've [29]** 5/4 5/24 11/2 53/11 54/7 62/11 66/5 66/5 66/7 72/8 76/15 76/16 84/25 90/21 92/4 92/4 103/12 103/13 107/18 118/4 119/15 129/17 130/8 130/9 130/9 130/10 130/12 134/19 143/19

**idea [8]** 36/3 36/19 69/17 107/2 116/11 135/9

**husher [4]** 39/4 65/2 105/3 105/5

**identifies [1]** 8/11

**ignoring [1]** 80/12

**illegal [1]** 131/24

**Illinois [4]** 84/3 84/4 137/23 138/3

**immediate [4]** 146/6 146/7 146/20 149/7

**impact [3]** 45/17 88/4 88/18

**impacts [2]** 45/5 45/8

**impartial [50]** 9/22 16/9 16/20 16/25 20/10 23/7 23/11 27/13 31/7 32/2 32/19 33/4 43/15 44/11 51/11 52/12 57/14 62/24 63/18 64/9 70/5 72/19 77/17 80/3 81/10 90/12 91/21 91/23 92/15 97/3 100/7 101/2 101/10 103/6 104/6 107/18 114/11 115/9 119/5 120/7 126/24 127/2 128/3 128/23 136/16 137/18 138/6 143/1 144/10 146/24

**impartially [6]** 18/15 18/25 19/12 19/24 100/4 127/5

**impatient [1]** 130/2

**implications [1]** 6/10

**implying [2]** 91/13 98/5

**importance [1]** 96/3

**important [7]** 19/3 36/17 80/4 80/16 80/21 92/17 96/20

**importantly [1]** 100/6

**impossible [1]** 38/4

**herman... [4]** 139/12 139/13

# I

**incident [2]** 64/25 148/14
**include [4]** 5/19 14/21 19/17 38/8
**included [1]** 147/7
**including [10]** 8/4 8/10 8/18 15/2 17/20 17/21 23/25 24/1 96/17 137/17
**inclusion [1]** 46/3
**incomplete [1]** 131/25
**inconsistent [2]** 111/5 111/19
**increased [1]** 8/12
**index [6]** 10/1 10/4 10/13 10/22 10/23 11/6
**indicate [2]** 96/6 96/8
**indicated [11]** 36/17 46/11 68/24 87/1 93/18 97/23 108/7 108/17 111/13 111/14 127/7
**indictment [8]** 4/25 5/4 12/5 12/11 12/16 12/19 103/14 143/4
**indiscernible [2]** 11/13 133/24
**individual [4]** 26/9 120/17 132/2 132/12
**individually [1]** 25/18
**individuals [3]** 13/15 13/19 96/6
**industry [2]** 106/9 106/10
**infected [3]** 22/13 22/14 31/20
**infection [2]** 36/14 36/16
**inflammatory [1]** 121/17
**influencing [1]** 151/4
**infor [1]** 96/9
**information [28]**

9/10 9/11 33/24 34/9 34/19 36/4 37/17 55/6 87/19 87/24 93/23 94/11 94/16 95/23 96/6 96/10 96/14 96/16 96/24 99/22 108/18 111/21 116/9 116/13 120/9 131/2 135/2 144/8
**informed [2]** 112/3 120/16
**initial [2]** 4/25 8/15
**innocence [3]** 17/17 78/21 121/5
**innocent [1]** 21/4
**inputs [1]** 131/3
**ins [1]** 149/12
**inside [1]** 66/6
**installed [1]** 8/17
**instance [2]** 97/25 100/19
**instances [1]** 97/22
**instead [2]** 5/9 8/23
**instruct [7]** 14/25 21/17 21/20 21/23 77/14 139/2 143/2
**instructed [1]** 128/20
**instruction [11]** 5/8 5/9 5/10 5/10 5/12 15/5 21/1 21/7 128/21 128/24 139/4
**instructions [22]** 4/20 5/23 6/3 14/12 23/12 25/4 32/3 33/3 39/25 40/8 72/4 80/4 80/22 81/3 89/19 90/11 92/15 100/3 140/19 141/15 150/13 150/23
**instructs [3]** 80/22 81/1 128/13
**insurance [1]** 92/5
**insurrection [1]** 47/9
**Intelligence [2]**

82/1 85/9
**intent [2]** 3/17 3/23
**intentional [1]** 12/20
**intentionally [2]** 40/1 84/18
**interacted [1]** 147/4
**interaction [1]** 92/17
**interactions [3]** 8/19 47/10 116/2
**interesting [1]** 111/7
**intern [1]** 86/19
**interned [1]** 82/16
**internet [2]** 14/22 15/3
**internship [3]** 82/24 83/8 86/20
**internships [1]** 82/15
**interpretation [1]** 139/18
**introduce [1]** 2/5
**Investigate [4]** 12/7 14/18 15/23 30/3
**investigated [1]** 79/17
**investigation [19]** 12/9 12/14 14/19 15/25 16/6 16/7 17/25 19/19 20/8 30/6 30/13 41/7 42/4 46/24 63/22 104/25 126/3 143/14 146/2
**investigator [2]** 17/21 24/1
**involved [9]** 13/24 16/18 30/23 58/9 59/10 76/10 95/24 98/8 98/21
**involvements [1]** 146/20
**involves [1]** 126/23
**involving [2]** 98/4 149/6
**is [322]**
**issuance [1]** 98/13

**Issue [13]** 35/8 38/17 72/16 94/17 100/23 107/7 128/12 128/14 128/18 131/22 140/10 142/23 146/9
**issued [4]** 12/12 108/12 142/23 151/17
**issues [9]** 27/17 38/15 98/10 99/4 108/9 131/12 135/11 140/17 142/20
**it [202]**
**it's [61]** 14/2 29/14 29/15 29/16 29/17 31/14 33/25 34/7 36/7 39/17 41/11 44/4 44/17 44/19 44/21 44/23 45/1 49/1 51/22 55/13 55/17 55/17 55/20 55/20 59/13 60/14 65/5 67/5 67/5 67/8 67/10 67/19 68/18 78/16 80/3 80/21 82/1 85/12 94/14 95/22 96/19 97/15 97/25 99/12 109/11 109/13 111/4 111/7 121/12 124/5 131/25 136/5 140/25 141/2 141/6 144/21 148/22 150/6 150/7 151/1 151/19
**its [12]** 12/14 15/25 16/6 16/7 30/5 41/6 73/10 100/13 111/18 126/2 136/14 143/14
**itself [2]** 130/1 146/12

# J

**January [39]** 12/7 12/10 14/18 15/18 15/23 16/13 23/3 25/10 30/3 30/9

33/12 36/5 37/19 37/21 46/24 54/13 62/6 64/19 66/6 68/9 68/10 69/19 74/17 85/9 91/16 95/11 95/13 95/14 95/21 98/1 98/5 98/14 114/5 114/10 126/11 130/10 130/16 130/23 136/1
**January 6 [7]** 15/18 16/13 95/11 95/13 95/21 98/5 130/10
**January 6th [24]** 14/18 15/23 23/3 30/3 30/9 33/12 36/5 37/19 37/21 54/13 62/6 64/19 68/9 68/10 69/19 74/17 95/14 98/1 114/5 114/10 126/11 130/16 130/23 136/1
**Jersey [3]** 42/16 43/10 43/25
**job [5]** 38/17 44/9 55/18 70/15 137/7
**jobs [1]** 55/8
**Journal [1]** 106/20
**journey [1]** 48/6
**judge [14]** 1/8 7/23 35/13 74/7 74/8 74/12 97/1 99/16 118/24 137/21 137/22 137/22 138/5 138/12
**judges [1]** 9/3
**judgment [10]** 17/5 22/22 25/15 67/21 72/19 78/7 88/4 100/5 111/23 150/10
**Judiciary [1]** 50/24
**July [3]** 1/5 5/25 154/10
**June [3]** 41/13 47/4 47/5
**juries [2]** 93/5 99/7

**J**

**juror [157]**
**Juror 1198 [1]**
38/19
**jurors [40]** 2/19
2/21 2/23 2/25 3/2
3/9 7/16 8/25 9/3
9/24 21/11 21/16
22/9 26/5 26/9
38/3 50/4 68/22
75/5 88/23 98/22
99/14 101/1 101/3
101/10 111/24
112/10 118/3
122/3 122/8
122/10 122/16
122/20 122/24
133/19 141/8
141/17 141/18
148/24 151/8
**jury [57]** 1/7 4/20
5/22 6/2 6/4 6/5
7/6 8/4 8/24 9/14
9/21 9/21 13/21
18/5 18/8 18/13
18/23 19/5 19/10
20/22 22/24 26/23
27/2 27/12 28/3
28/14 44/13 49/6
50/18 50/21 50/22
51/4 51/7 51/18
52/14 52/25 67/20
77/16 92/4 92/5
93/5 100/24
102/12 107/16
110/19 114/21
135/12 140/12
141/2 141/6 141/6
148/5 148/8
148/15 149/25
151/3 151/9
**just [126]** 2/16
2/18 4/13 4/15 8/2
11/25 19/2 26/8
26/19 27/17 28/2
34/5 34/16 35/16
36/1 36/2 38/16
38/17 39/7 39/16
39/25 41/9 41/21
41/24 44/7 45/15
46/10 47/9 47/24
49/4 49/7 53/9
54/2 55/2 55/9
55/18 56/18 57/1

60/14 61/4 61/24
62/11 62/15 63/11
65/25 66/2 67/18
68/17 69/1 69/13
70/1 70/12 70/15
71/20 73/2 73/14
75/1 75/3 76/16
77/5 79/1 80/13
80/18 80/20 82/8
83/1 83/16 86/19
89/12 90/5 92/1
92/22 93/17 94/10
97/11 98/1 100/11
100/12 101/3
101/17 102/6
102/7 107/19
108/5 108/7 111/8
112/5 113/14
113/24 113/25
116/16 117/16
117/20 118/3
118/5 118/7
118/13 118/25
122/1 123/17
124/21 126/6
128/15 130/20
132/22 134/2
134/3 134/13
136/5 137/9
138/10 138/20
139/14 140/7
140/22 141/7
142/5 142/14
145/2 150/6
150/20 151/2
152/5
**justice [3]** 20/7
64/7 146/21

**K**

**Kaine [1]** 106/6
**keep [4]** 9/22 46/6
46/6 110/4
**keeping [1]** 45/21
**kept [1]** 30/18
**key [2]** 98/19
133/18
**kid [1]** 138/13
**kind [15]** 45/25
46/1 48/10 52/18
58/18 62/11 70/18
83/21 86/23
121/15 122/9

144/23 149/20
**kinds [1]** 110/17
**Kirkland [1]**
102/25
**knew [2]** 87/1
115/6
**know [89]** 9/1
13/20 25/23 29/20
30/22 32/24 33/2
35/3 35/12 36/1
36/2 39/18 40/19
45/24 48/9 49/10
49/11 53/12 54/4
54/15 59/2 60/1
61/23 61/24 62/16
64/4 65/3 65/4
65/5 66/2 66/7
68/22 69/25 72/24
76/14 76/14 76/14
76/17 77/5 77/13
83/20 83/22 83/22
84/6 85/21 85/23
85/24 86/1 86/6
87/3 87/7 87/12
88/19 90/9 102/11
104/20 107/19
110/22 111/16
111/18 112/22
114/13 116/4
116/5 118/5
118/18 121/10
122/11 122/13
123/3 124/14
127/2 128/18
131/2 134/2
134/21 135/21
136/13 138/23
142/19 147/16
147/18 148/23
148/25 149/11
149/12 149/12
150/22 150/25
**knowingly [1]**
84/18
**knowledge [23]**
14/11 25/2 27/16
27/19 32/22 39/23
44/9 63/17 69/19
72/3 84/12 84/16
86/25 99/23 101/6
104/4 112/3 112/9
112/20 133/20
141/13 141/16

**known [2]** 3/24
44/6
**knows [1]** 99/25
**KPMG [2]** 127/19
127/22
**Kristen [1]** 13/16

**L**

**ladies [3]** 7/22
9/20 23/14
**language [2]** 5/19
22/19
**laptop [1]** 69/22
**large [3]** 46/5
68/21 141/8
**last [23]** 5/21 6/9
6/10 10/3 10/4
37/2 55/18 78/24
91/8 105/22
107/11 108/5
108/21 118/4
121/8 124/4 124/7
124/13 146/11
146/12 148/2
148/7 152/6
**later [2]** 4/23
152/17
**law [61]** 1/15 9/23
15/15 16/18 17/19
18/4 19/15 19/17
19/23 19/25 20/1
20/8 21/17 21/19
21/23 23/6 23/13
23/24 32/3 42/18
43/1 43/20 43/24
44/3 44/4 57/20
58/10 58/18 58/21
63/11 64/22 74/6
74/17 81/2 83/15
84/6 86/6 104/13
104/14 106/3
106/22 115/5
115/7 116/6
116/12 127/14
127/19 128/13
128/15 136/20
136/25 137/7
140/9 142/21
143/2 147/4
147/23 149/8
149/21 149/23
151/23
**law.com [2]**

**lawyer [29]** 17/20
23/25 40/18 42/7
42/18 57/22 57/23
63/5 64/22 79/3
83/19 83/23 83/23
84/2 106/20
108/22 112/4
127/15 127/20
131/7 136/23
136/24 137/2
137/3 137/13
137/14 137/17
141/4 141/14
**lawyers [6]** 39/8
61/5 76/4 76/7
83/19 106/13
**lead [8]** 43/14
57/13 70/4 84/13
92/14 104/5
136/15 144/19
**leading [2]** 35/21
47/9
**learn [2]** 107/22
111/11
**learned [11]**
80/13 80/13 80/18
93/23 100/4
103/18 111/12
118/19 126/6
130/9 130/11
**least [14]** 4/17
6/24 7/2 7/5 8/18
43/2 57/14 73/19
78/14 79/20 88/25
98/7 101/1 112/14
**leave [3]** 25/15
36/15 68/25
**led [2]** 35/8 131/5
**left [3]** 66/12
109/6 122/22
**legal [23]** 17/19
21/1 21/6 23/24
30/23 31/3 42/2
63/3 74/5 79/1
83/15 94/17 96/23
96/25 127/8
127/15 133/21
136/20 137/8
144/14 144/19
144/20 144/21
**legally [1]** 94/15
**legislative [10]**
15/9 24/12 40/12

# L

**legislative... [7]** 40/13 61/13 72/24 73/1 82/12 105/25 106/24
**length [2]** 22/25 124/6
**Lesley [14]** 7/12 9/13 25/13 25/14 25/19 26/1 38/20 56/9 60/18 110/6 113/3 117/8 124/18 134/6
**less [3]** 39/20 112/13 150/17
**less-informed [1]** 112/3
**lesser [1]** 20/18
**let [21]** 9/1 17/15 18/20 19/2 26/6 28/24 29/1 35/5 39/3 49/4 49/20 61/2 67/10 69/10 70/1 71/16 75/24 77/19 109/8 119/19 129/9
**let's [6]** 101/22 124/17 124/18 125/15 145/24 152/18
**letters [1]** 141/1
**letting [1]** 151/12
**level [3]** 112/20 141/17 142/15
**lie [2]** 120/13 132/3
**life [1]** 67/16
**light [6]** 33/1 33/1 111/3 125/11 126/22 146/19
**like [71]** 6/8 6/12 7/4 7/21 8/1 9/10 11/14 19/25 24/5 24/14 25/11 27/4 27/23 28/22 31/17 36/22 36/25 37/7 37/24 38/25 41/11 48/19 53/13 56/14 57/4 59/2 59/2 60/14 60/24 61/8 61/20 63/11 63/12 68/15 68/17 69/2 71/13 73/13 75/22 76/16 76/16 78/25

82/4 82/22 84/12 87/11 87/14 87/15 87/23 92/15 102/2 105/2 107/18 111/20 114/16 115/14 117/12 121/11 123/5 125/18 127/16 129/25 134/4 134/8 136/1 136/5 141/20 141/25 143/5 145/14 152/19
**likelihood [1]** 9/8
**likely [1]** 142/7
**Limine [1]** 109/16
**limited [2]** 99/23 141/13
**line [6]** 44/21 68/22 88/25 98/16 122/14 152/11
**lines [1]** 95/4
**list [3]** 5/16 5/17 13/14
**listen [7]** 14/25 55/2 67/1 89/24 90/3 111/22 120/18
**listened [1]** 54/8
**listening [5]** 53/13 97/4 120/19 130/11 150/23
**lists [2]** 59/9 83/16
**little [15]** 27/1 36/23 49/17 56/24 60/16 112/24 113/22 121/18 132/22 134/5 145/2 149/24 152/17 152/25 153/1
**live [2]** 58/4 103/24
**lived [1]** 127/21
**living [1]** 116/19
**local [6]** 18/10 19/8 19/14 51/15 83/25 84/2
**logistical [1]** 4/14
**long [20]** 42/24 43/18 44/6 51/3 51/6 57/6 57/18 58/2 61/17 61/19

67/19 64/3 74/12 79/6 82/24 104/17 121/15 127/22 133/8 145/1
**longer [2]** 60/16 134/5
**look [2]** 10/2 13/20
**looked [1]** 116/11
**looking [3]** 34/15 45/4 137/7
**Looks [1]** 11/14
**loosened [1]** 121/16
**lorraine [4]** 1/21 1/24 154/3 154/10
**lot [12]** 58/24 63/11 72/8 72/9 86/22 94/4 106/20 107/19 136/6 140/11 144/6 148/22
**Louisiana [1]** 74/9
**love [1]** 97/17
**lunch [4]** 60/17 152/17 152/18 153/5

# M

**ma'am [11]** 11/17 53/25 54/20 55/25 66/15 93/16 97/7 97/8 97/18 134/7 152/1
**made [14]** 4/16 5/5 8/24 37/14 66/11 98/14 107/12 111/20 112/6 122/5 122/7 122/10 132/16 150/13
**main [3]** 45/22 66/19 88/11
**maintain [1]** 48/21
**make [26]** 2/18 16/8 16/24 20/9 22/2 22/5 34/16 35/24 44/22 45/24 53/9 63/17 70/1 84/17 88/4 100/11 101/14 107/22 110/22 111/22

123/3 129/7 148/23 150/15
**makes [6]** 34/19 37/24 38/13 101/9 121/15 130/2
**making [5]** 6/16 45/21 47/14 100/14 150/10
**man [1]** 29/20
**manner [2]** 16/20 23/7
**many [11]** 32/7 39/19 50/2 52/20 56/25 62/8 62/13 73/16 119/14 119/23 122/16
**Marion [1]** 138/2
**mark [2]** 76/1 76/2
**Maryland [1]** 59/16
**mask [19]** 9/2 26/15 28/21 38/25 50/8 56/13 60/23 69/7 71/12 75/21 82/4 89/5 102/2 113/8 117/11 124/21 125/18 134/7 141/25
**masking [1]** 8/25
**masks [2]** 8/24 27/24
**materials [1]** 4/16
**matter [18]** 7/24 11/8 15/16 22/24 23/2 23/4 23/10 29/14 29/16 31/25 70/5 77/13 103/5 103/11 104/6 112/3 136/16 154/5
**MATTHEW [1]** 1/17
**may [31]** 8/21 11/7 11/23 13/15 16/17 17/8 20/13 23/4 26/10 36/18 36/21 36/22 38/24 39/8 61/5 76/4 82/8 85/23 86/5 89/5 89/13 95/23 96/10 102/9 109/2 117/21 121/17

125/24 132/20 134/4 141/7
**maybe [11]** 14/2 39/20 57/8 58/2 58/2 59/22 62/15 64/5 79/7 83/2 100/14
**MBA [1]** 106/9
**MC [1]** 1/19
**McCaskill [2]** 82/16 82/25
**me [45]** 5/7 6/15 11/12 13/22 17/15 18/20 19/2 25/11 29/1 29/8 30/12 31/13 34/4 35/1 35/5 38/18 44/22 45/8 49/4 50/3 51/17 52/20 67/11 70/1 76/18 77/19 79/11 88/24 93/7 102/13 109/8 112/2 112/8 112/15 112/23 112/23 113/20 114/24 119/19 121/17 123/6 129/9 130/18 145/19 152/11
**mean [18]** 41/17 48/4 48/25 77/15 82/19 85/11 85/12 95/20 98/6 120/24 123/3 136/5 143/3 150/5 150/12 150/20 150/22 151/5
**meaningful [1]** 112/10
**means [3]** 20/22 40/4 40/7
**meant [3]** 37/15 38/9 150/6
**media [9]** 15/3 80/9 89/24 100/23 101/5 101/6 101/9 101/17 144/6
**medication [1]** 121/17
**medications [3]** 22/4 31/11 121/8
**medieval [2]** 118/23 119/3
**meeting [1]** 48/8

**M**

**meetings [3]**
45/23 48/7 48/25
**member [32]**
13/21 13/22 15/6
15/10 15/13 15/17
17/18 17/23 18/2
18/17 19/13 23/23
24/10 25/9 42/1
42/3 61/12 63/21
66/25 67/10 67/11
82/10 83/14
102/12 102/13
104/24 109/4
114/18 127/14
136/19 145/25
149/7
**members [10]**
6/12 9/21 58/9
66/23 78/25 95/17
120/12 146/4
146/5 146/21
**memory [2]** 87/7
94/10
**mens [1]** 6/20
**mention [7]** 3/10
3/24 57/10 91/1
91/2 119/21
143/25
**mentioned [16]**
33/11 41/20 54/3
62/18 64/15 64/21
65/1 77/2 90/2
103/8 104/2
106/16 136/11
138/18 139/11
151/16
**mentioning [1]**
41/16
**mere [1]** 101/5
**merely [1]** 112/2
**MERV [1]** 8/8
**messaged [1]**
120/13
**Metropolitan [1]**
19/18
**middle [1]** 7/20
**might [25]** 9/25
17/4 18/14 18/18
18/24 19/11 23/10
31/19 32/1 32/24
34/19 35/9 36/3
37/9 38/25 49/5
49/18 49/19 77/6

78/7 78/14 80/9
88/23 140/11
150/9
**mind [14]** 9/22
25/23 36/3 57/13
64/8 87/3 87/4
88/1 96/15 107/15
110/25 112/10
132/22 142/25
**mine [2]** 123/14
123/15
**minimum [3]** 2/22
6/15 104/10
**minor [1]** 149/24
**minutes [4]** 62/13
62/15 69/1 134/3
**Miscellaneous [1]**
6/13
**misdemeanor [1]**
2/23
**misheard [1]**
18/19
**mistaken [1]** 52/9
**misunderstood**
**[1]** 147/7
**mitigation [1]** 8/5
**modifications [2]**
4/16 6/8
**modified [1]** 5/18
**modify [1]** 5/7
**MOLLY [3]** 1/11
2/8 12/25
**Molly Gaston [1]**
2/8
**mom's [1]** 49/1
**moment [4]** 10/14
111/11 111/11
120/3
**money [1]** 87/16
**monitor [1]** 9/4
**Montgomery [1]**
1/16
**month [4]** 44/21
45/21 51/8 55/18
**months [5]** 27/4
40/24 83/2 100/20
146/13
**moral [1]** 22/20
**more [28]** 6/23
11/8 16/8 20/18
27/1 36/20 56/24
60/15 68/12 83/25
86/10 91/19 95/23
99/9 112/21 114/4

114/10 114/17
130/10 130/11
131/24 132/23
136/14 141/22
142/17 153/1
**morning [64]** 1/7
2/2 2/7 2/11 2/12
2/15 7/17 7/22
28/2 28/19 28/20
33/9 33/10 38/22
38/23 39/16 45/13
45/14 47/8 47/22
47/23 53/25 54/1
54/20 54/21 56/11
56/12 58/16 58/17
59/6 59/7 60/21
60/22 64/13 64/14
65/23 65/24 69/5
69/6 70/13 70/14
71/10 71/11 75/19
75/20 79/24 79/25
82/1 82/1 82/2
85/6 85/7 86/16
86/17 89/3 89/4
92/20 92/21 93/16
94/6 101/11
101/24 101/25
131/11
**most [10]** 25/15
41/12 50/3 80/16
100/6 115/16
120/19 120/19
146/7 146/9
**mostly [2]** 135/23
149/23
**motion [11]** 6/10
6/11 6/13 6/25
37/1 37/1 99/19
117/4 140/2
141/12 152/13
**motions [7]** 5/25
68/17 100/15
100/17 109/14
109/16 152/4
**move [13]** 25/22
66/18 75/12 81/21
88/10 97/21 98/22
110/9 124/2
133/16 133/21
138/20 140/6
**moved [5]** 4/24
112/12 112/18
113/2 137/6

**movement [1]**
87/13
**moves [1]** 48/10
**moving [3]** 14/15
49/21 100/21
**Mr [5]** 3/15 28/8
56/6 81/20 98/13
**Mr. [81]** 2/13 3/5
5/14 5/17 6/10
6/15 7/10 13/9
13/9 13/13 17/2
33/17 33/21 35/15
36/12 37/3 37/11
38/2 38/15 45/10
54/19 54/23 57/10
58/10 60/10 62/18
65/22 67/24 68/10
70/11 71/6 73/11
74/25 75/6 75/11
78/5 81/14 86/15
88/9 91/2 91/10
93/14 94/15 94/24
95/8 96/9 97/9
97/9 97/20 98/4
98/8 98/25 100/10
104/2 108/1
109/22 111/3
114/4 117/5
118/22 119/21
120/1 120/1
121/23 124/1
124/23 125/5
125/11 126/13
129/3 131/13
133/14 133/22
136/11 139/9
140/5 144/1
151/14 151/19
152/13 152/23
**Mr. Bannon [33]**
2/13 5/17 6/10
6/15 7/10 13/13
17/2 33/17 37/3
57/10 73/11 75/6
78/5 91/2 91/10
94/15 94/24 95/8
96/9 98/4 98/8
104/2 114/4
118/22 119/21
120/1 120/1
124/23 126/13
131/13 136/11
144/1 151/19
**Mr. Bannon's [3]**

5/14 54/12 62/18
**Mr. Corcoran [43]**
3/5 13/9 33/21
35/15 36/12 37/11
38/2 38/15 45/10
54/19 58/13 60/10
65/22 67/24 68/10
70/11 71/6 74/25
75/11 81/14 86/15
88/9 93/14 97/9
97/20 98/25
100/10 108/1
109/22 111/3
117/5 121/23
124/1 125/5
125/11 129/3
133/14 133/22
139/9 140/5
151/14 152/13
152/23
**Mr. Schoen [2]**
13/9 97/9
**Ms [19]** 3/3 3/13
7/9 13/3 13/9 26/1
27/22 37/12 56/3
58/14 58/15 60/18
74/22 92/19
106/12 117/8
121/20 133/23
149/3
**Ms. [42]** 5/16 7/12
9/13 13/3 13/4
25/13 25/14 25/19
33/7 33/7 38/6
38/20 47/20 49/16
53/24 56/9 58/13
60/8 64/12 67/25
71/3 79/23 79/23
85/3 99/1 109/25
109/25 110/6
110/8 111/2 113/3
115/20 117/3
121/20 124/1
124/9 124/18
128/6 134/6
138/16 140/1
140/15
**Ms. Dunn-Gordon**
**[1]** 13/4
**Ms. Gaston [16]**
33/7 38/6 53/24
64/12 67/25 79/23
85/3 109/25 110/8
111/2 121/20

**M**

**Ms. Gaston... [5]**
124/1 124/9
138/16 140/1
140/15
**Ms. Lesley [11]**
7/12 9/13 25/13
25/14 25/19 38/20
56/9 110/6 113/3
124/18 134/6
**Ms. Vaughn [13]**
13/3 33/7 47/20
49/16 58/13 60/8
71/3 79/23 99/1
109/25 115/20
117/3 128/6
**Ms. White [1]**
5/16
**MSNBC [2]**
106/19 119/17
**much [26]** 3/8
28/10 49/13 55/23
66/16 75/8 84/25
86/9 88/7 92/18
94/13 97/6 97/17
103/19 103/24
113/24 113/25
115/19 116/22
116/25 121/19
125/7 130/1
138/15 138/23
142/17
**multiple [3]** 11/14
40/23 98/1
**must [6]** 10/19
21/9 21/10 21/10
21/12 21/17
**my [93]** 2/20 2/21
3/1 3/17 3/23 4/19
6/10 7/5 7/23
23/12 31/1 31/19
31/20 32/3 32/12
33/3 34/8 35/5
35/7 35/20 35/23
35/24 39/24 40/8
42/7 43/23 43/23
44/4 44/20 44/22
44/22 45/3 45/20
46/19 47/2 48/23
49/1 49/2 50/1
57/21 57/21 61/15
63/5 64/1 69/22
69/22 70/2 72/4
79/3 82/16 83/18

83/19 87/6 88/4
89/18 90/11 91/23
92/3 92/15 96/13
97/1 97/11 98/6
99/21 100/6 101/5
101/8 104/13
106/2 108/11
112/10 114/24
116/5 116/16
119/17 120/18
120/19 122/18
126/19 131/4
131/6 131/14
131/20 131/24
134/2 137/20
139/17 141/15
148/23 149/13
150/13 150/18
151/18
**myself [3]** 76/6
76/16 144/17

**N**

**name [10]** 7/23
29/8 53/16 54/3
54/6 54/23 62/18
87/5 118/5 143/20
**named [1]** 37/3
**names [4]** 3/9
3/10 114/13
122/11
**narrow [2]** 131/22
132/1
**national [1]**
138/25
**nature [8]** 13/23
71/24 76/9 105/1
119/9 123/13
127/3 133/5
**near [1]** 64/10
**necessary [3]**
5/20 6/7 6/8
**need [9]** 2/21
2/22 3/1 9/2 11/14
31/20 44/22
128/20 150/8
**needs [1]** 120/11
**negative [4]**
32/10 72/9 130/9
147/22
**negotiation [1]**
108/15
**negotiations [1]**
32/7

**neither [2]** 11/21
112/25
**neutral [6]** 11/10
12/4 37/15 94/18
131/10 143/4
**never [6]** 25/23
65/9 92/7 115/4
137/7 147/19
**New [10]** 39/15
42/16 43/9 43/24
46/11 87/22 90/4
93/18 106/19
135/6
**news [42]** 14/25
29/9 39/16 41/11
41/12 46/17 53/12
54/4 54/8 54/9
54/10 54/24 69/16
69/20 72/10 84/25
87/20 87/21 89/24
89/25 90/4 90/22
93/18 93/21 93/22
95/3 103/12
103/13 103/22
103/23 103/25
106/17 106/21
107/10 108/8
108/8 113/22
118/22 122/4
129/13 135/3
136/9
**newspaper [4]**
89/23 89/25
110/16 132/10
**newspapers [2]**
15/2 30/16
**next [14]** 22/24
25/25 38/20 44/15
44/21 45/17 45/24
56/9 81/24 101/22
122/9 124/5
124/16 138/20
**NICHOLS [2]** 1/8
7/23
**night [3]** 37/2
57/5 59/21
**no [124]** 1/3 3/10
7/15 10/10 10/16
10/16 10/18 10/24
10/25 11/9 21/4
23/2 23/4 25/12
27/10 27/14 28/9
28/16 31/9 31/18
31/23 32/20 33/5

40/6 41/1 41/17
43/3 43/16 44/2
44/12 44/24 48/3
48/15 49/14 49/24
51/12 52/13 53/6
53/18 54/11 55/17
57/11 57/15 57/24
58/11 59/1 60/9
60/11 62/11 62/20
62/25 64/10 64/20
65/9 65/9 65/9
65/13 68/2 69/14
69/16 69/21 70/6
70/9 71/4 71/7
75/7 75/15 79/15
83/4 83/4 84/14
84/19 84/21 86/4
86/13 88/16 88/20
88/24 89/16 89/17
92/9 93/11 95/13
96/24 102/1 103/7
104/7 111/23
114/12 115/4
115/11 115/16
115/18 116/4
116/4 116/11
116/24 119/24
121/12 124/24
125/1 125/3 125/6
125/13 126/15
128/4 128/5 129/1
129/8 129/8
135/13 135/16
136/12 140/2
145/6 147/15
147/25 150/2
151/10 152/5
152/15
**no-question [1]**
10/16
**Nodded [3]** 24/8
24/18 78/2
**noncompliance
[1]** 133/7
**none [2]** 69/11
81/15
**nonprofit [1]**
144/19
**nonprofits [1]**
46/4
**nonvoting [1]**
61/24
**Nope [2]** 41/22

**normal [1]** 133/17
**not [156]**
**not-very-well-arti
culated [1]** 38/9
**note [14]** 4/15
5/23 23/15 25/19
26/18 50/12 68/25
89/8 113/13
117/16 125/21
125/21 142/3
142/3
**noted [3]** 9/5
38/16 68/3
**nothing [18]** 7/7
7/10 33/19 37/23
53/12 54/17 56/4
56/7 86/14 86/23
90/10 91/22 100/6
109/23 110/1
117/6 121/21
135/1
**notice [2]** 29/22
92/23
**noting [1]** 61/6
**now [29]** 3/18 4/3
4/3 5/4 6/14 10/1
10/20 12/21 14/15
25/24 31/21 32/8
58/1 65/5 77/5
83/11 94/23 97/12
104/11 106/7
112/8 112/17
112/22 112/22
113/2 115/12
125/15 137/11
144/18
**NPR [2]** 90/22
93/19
**number [30]** 2/19
6/17 7/13 8/19
10/8 10/12 10/13
10/21 10/24 11/25
11/25 12/22 13/5
16/3 18/19 23/15
23/16 24/6 24/7
24/16 26/13 27/17
39/1 56/14 71/14
75/16 101/1
105/23 113/3
141/8
**numbers [2]** 3/12
11/20
**NW [2]** 1/12 1/22

# O

**oath [5]** 10/20 35/20 35/22 37/25 99/13
**objection [13]** 28/13 49/24 60/9 60/11 67/13 68/16 71/4 71/7 75/15 112/25 125/12 152/5 152/20
**objections [4]** 4/18 5/22 110/22 110/23
**obligation [1]** 21/4
**obligations [3]** 37/25 49/19 50/2
**obvious [1]** 68/20
**obviously [13]** 2/20 2/22 5/23 6/6 26/7 27/15 45/2 45/5 88/2 99/21 104/10 122/9 137/13
**occasion [1]** 75/4
**occasions [1]** 66/23
**occupants [1]** 8/4
**occurred [1]** 130/12
**October [8]** 4/23 4/24 5/1 5/3 12/14 12/15 12/18 12/19
**October 14 [2]** 12/15 12/18
**OFC [1]** 1/11
**off [24]** 26/15 27/24 28/21 38/24 49/7 50/8 50/24 56/13 60/23 69/7 71/12 75/21 82/3 89/5 97/10 102/2 110/6 113/8 117/11 124/21 125/18 129/19 134/8 141/25
**offense [4]** 81/2 128/19 131/21 132/12
**offenses [1]** 132/7
**office [7]** 17/22 20/6 24/2 45/18 48/13 116/3

**officer [6]** 19/25 20/1 43/24 44/5 44/10 135/25
**officers [2]** 19/23 147/19
**official [4]** 1/21 20/16 20/19 154/3
**officials [2]** 17/9 20/14
**often [1]** 82/21
**oh [4]** 59/1 83/6 117/13 118/4
**okay [134]** 3/7 3/12 4/2 10/11 11/15 11/17 12/2 12/3 25/13 26/3 27/5 27/11 27/21 28/6 28/17 29/17 30/17 30/20 31/2 31/18 32/21 33/6 34/16 34/23 35/14 39/21 40/10 41/3 41/23 43/1 43/6 44/2 44/8 45/7 46/9 47/2 47/17 48/16 49/25 50/23 52/8 53/3 53/7 53/23 54/9 56/23 57/12 57/17 58/12 59/3 59/4 60/3 60/3 60/6 60/17 64/6 64/11 66/14 70/18 72/22 74/3 74/14 75/8 76/23 77/4 77/19 78/3 79/22 81/12 83/13 85/3 85/18 86/24 88/5 90/23 91/1 91/24 92/18 93/22 94/8 94/17 94/22 94/23 95/7 95/20 96/12 96/21 97/6 102/21 106/11 107/8 108/16 109/7 114/14 115/12 116/1 116/6 117/7 118/11 119/4 119/10 120/4 120/15 121/7 121/19 123/22 124/8 125/14 127/6 128/6

132/19 135/7 136/13 137/2 137/11 138/15 138/22 139/20 139/20 140/4 143/19 144/7 145/8 145/15 146/19 147/1 148/1 151/25 152/2 152/11 152/16 152/23
**once [5]** 82/22 92/5 92/6 121/18 128/12
**one [67]** 3/10 6/9 6/17 8/10 8/13 8/14 8/18 10/18 11/5 11/5 11/15 11/24 23/22 25/25 26/19 28/2 30/15 31/19 32/6 34/15 34/25 35/1 36/14 36/25 37/2 37/7 42/1 42/3 49/4 55/5 57/5 59/8 59/21 59/22 60/15 65/25 66/11 66/25 70/12 75/1 75/3 82/16 83/23 88/12 95/22 97/8 97/8 97/11 97/22 98/10 101/24 108/19 108/23 110/15 116/16 118/3 121/13 122/21 122/22 130/14 131/11 133/19 137/8 141/22 142/8 143/4 151/5
**one-hour [1]** 37/2
**ones [3]** 19/4 50/3 111/19
**online [4]** 15/1 29/7 29/9 135/4
**only [20]** 3/11 3/24 6/2 11/18 11/20 12/22 31/2 37/4 44/23 55/5 59/22 72/20 75/3 76/6 81/3 81/4 91/8 107/22 122/21 124/5
**open [3]** 9/22

**open-ended [1]** 123/8
**opinion [12]** 17/15 17/16 29/11 66/8 72/15 76/19 78/20 88/17 107/6 107/19 121/3 131/4
**opinions [22]** 14/7 16/7 16/17 16/22 19/22 20/5 21/11 21/15 23/4 24/23 39/23 40/5 72/2 72/9 77/8 77/18 78/11 89/17 90/6 118/16 118/19 135/14
**opposed [1]** 48/1
**orbit [1]** 104/12
**order [3]** 29/1 44/22 131/15
**organization [2]** 66/25 87/10
**originally [2]** 8/14 127/21
**other [54]** 5/5 7/18 9/9 13/21 19/25 20/8 20/17 20/19 22/9 23/9 24/4 24/14 25/11 26/9 31/25 32/17 38/3 38/15 38/18 42/3 47/10 53/8 55/5 58/9 61/6 75/5 76/7 77/19 78/25 83/25 85/23 87/3 87/4 87/25 101/9 102/12 116/16 118/22 122/3 122/10 123/9 123/15 124/22 129/6 131/23 133/19 135/3 135/11 136/3 141/17 146/19 146/21 148/13 151/18
**otherwise [6]** 7/4 22/11 22/15 88/23 90/12 133/6
**otherwise-qualified [1]** 88/23
**our [7]** 8/15 9/7

44/22 46/5 46/7 46/8 48/6
**out [9]** 7/18 60/1 65/2 68/11 94/5 107/15 110/25 120/17 124/3
**outs [1]** 149/13
**outside [4]** 9/1 11/4 35/18 100/5
**outstanding [2]** 109/14 109/17
**over [11]** 7/24 11/15 23/19 43/3 94/5 94/15 94/16 102/17 134/22 145/2 152/11
**overall [1]** 130/6
**overhear [1]** 129/6
**overwhelming [1]** 120/9
**own [11]** 17/7 17/10 17/13 21/12 21/15 73/23 78/9 99/15 99/16 120/24 151/8

# P

**p.m [1]** 153/5
**paid [3]** 45/5 48/11 68/6
**pandemic [1]** 22/10
**panel [3]** 13/21 67/18 102/12
**paper [4]** 10/7 10/9 10/11 144/4
**papers [2]** 90/1 94/7
**paralegal [6]** 17/20 23/25 127/15 144/16 144/18 149/20
**paraphrase [1]** 43/18
**paraphrasing [1]** 32/23
**parents [1]** 49/2
**park [2]** 59/16 120/18
**part [12]** 6/24 14/1 14/2 24/19 38/13 73/9 80/3 100/22 101/19

**P**

part... [3] 129/18 135/24 151/11
partial [2] 100/8 146/23
partiality [1] 145/4
participants [1] 22/9
participate [2] 148/22 150/18
participation [1] 131/23
particular [3] 4/18 21/8 91/20
particularly [7] 5/25 47/11 61/7 67/18 100/2 105/2 147/22
particulars [1] 35/3
parties [11] 3/24 4/3 7/3 13/24 76/10 102/9 110/3 112/16 117/21 141/20 149/17
partner [2] 17/3 78/6
parts [1] 142/8
party [4] 112/12 112/25 113/2 120/12
pass [3] 25/22 25/22 25/24
past [3] 55/8 150/13 150/18
patterns [1] 8/11
pause [2] 26/4 38/18
pay [4] 22/11 22/15 49/18 129/20
paying [2] 113/25 114/13
PBS [3] 90/3 93/19 129/18
pen [1] 10/1
pencil [2] 10/2 11/13
pencils [1] 11/14
pendency [1] 14/24
pending [4] 102/22 109/8

pens [1] 11/15
people [18] 9/23 16/18 24/4 46/1 47/10 49/9 50/2 55/7 61/24 74/1 76/6 76/7 114/1 122/16 123/15 128/9 142/23 151/17
per [1] 48/8
percent [2] 58/23 151/1
perception [4] 46/21 59/23 66/2 151/16
perceptions [2] 75/6 130/6
peremptory [2] 2/24 37/5
Perfect [1] 70/23
perform [1] 8/10
perhaps [2] 6/20 73/3
period [3] 32/9 100/20 121/15
person [12] 17/5 22/14 22/22 31/2 73/2 78/8 95/21 97/22 112/15 116/11 126/25 147/16
person's [4] 17/6 23/22 77/16 78/8
personal [4] 31/14 44/17 61/8 151/2
personally [6] 13/1 13/6 13/11 13/17 21/12 88/3
perspective [1] 7/5
pews [1] 7/19
phone [4] 61/9 69/22 86/23 145/23
phones [2] 76/6 114/17
phrase [1] 35/10
physical [4] 9/5 22/5 31/11 121/9
pick [3] 3/18 9/21 9/24
piece [4] 10/7

pieces [1] 55/6
pinned [2] 123/1 123/4
place [1] 149/17
places [1] 5/6
plaintiffs [1] 109/16
plan [2] 96/10 134/2
planning [4] 96/7 98/8 98/21 144/24
platformed [1] 120/12
played [1] 98/4
pleasant [1] 149/1
please [23] 2/4 7/12 9/1 9/11 9/13 9/15 9/19 10/2 10/12 10/21 11/16 13/20 24/6 25/23 25/24 50/7 56/9 60/18 101/22 101/24 113/3 125/15 143/17
plenty [3] 50/4 98/22 119/16
plexiglass [1] 8/17
plus [1] 104/22
podcast [1] 98/15
podcasts [2] 14/21 15/2
podium [4] 27/25 50/7 117/10 134/7
point [7] 5/20 45/22 88/22 101/14 133/18 140/13 140/22
points [2] 21/11 124/10
police [8] 19/18 19/21 43/24 43/25 44/5 44/10 135/25 147/19
policy [1] 42/22
political [13] 17/4 17/6 17/10 17/12 21/22 68/18 73/22 78/6 78/8 87/10 87/12 120/12 120/23
pool [3] 7/6 68/21

porch [1] 116/10
portions [3] 126/7 136/10 143/25
pose [1] 36/18
position [7] 34/2 49/22 68/1 68/19 100/13 111/18 123/7
positive [1] 147/22
possession [1] 148/12
possible [10] 7/25 8/12 22/23 105/5 111/1 131/3 132/17 141/2 152/19 153/3
Post [8] 87/23 90/4 93/19 133/1 134/20 135/3 135/5 135/24
postings [1] 15/1
posts [2] 14/21 14/22
potential [12] 5/17 45/16 60/15 98/17 99/14 108/18 122/3 124/22 132/6 132/7 132/23 140/24
potentially [1] 85/5
practice [9] 42/18 58/19 63/7 83/21 84/7 84/12 86/9 86/12 127/19
practiced [5] 43/1 43/4 58/2 64/22 136/25
practicing [5] 42/8 58/5 104/11 112/4 137/8
practitioners [1] 149/23
precise [1] 5/3
precisely [1] 68/21
preconceived [1] 141/19
predicated [1] 120/13

predisposed [1] 131/16
prefer [1] 105/4
prejudged [1] 99/24
prejudice [1] 100/5
prejudiced [1] 99/13
prepared [1] 7/5
preposterous [1] 118/25
present [9] 2/13 15/18 21/5 25/9 107/13 107/13 128/18 131/2 151/24
presentation [1] 94/24
presented [16] 14/13 16/20 22/3 23/8 25/5 35/4 38/12 72/20 80/11 89/20 96/2 96/16 98/11 130/7 141/6 151/19
preserved [1] 5/24
preside [1] 7/23
President [5] 17/3 73/13 78/5 85/23 87/2
President Trump [3] 73/13 85/23 87/2
presiding [1] 102/17
press [3] 76/20 80/18 80/23
presumed [1] 21/4
pretrial [6] 4/20 6/2 37/1 68/17 112/6 133/3
pretty [9] 50/1 76/18 103/13 103/23 107/4 108/8 111/5 124/14 149/18
prevent [13] 13/25 14/11 17/4 21/19 21/22 22/21 25/3 71/24 72/3 76/10 78/7 89/18

# P

prevent... [1] 90/11
prevented [1] 48/24
previous [1] 78/12
previously [1] 5/24
Primarily [1] 135/5
print [1] 135/4
prints [1] 54/24
prior [2] 94/9 148/5
private [4] 19/15 70/19 114/17 149/23
privilege [10] 134/20 134/22 138/19 138/23 139/3 139/16 139/19 140/8 141/3 141/5
probably [4] 50/25 106/13 124/4 131/6
Probate [1] 144/24
problem [5] 50/5 127/2 127/4 140/25 149/19
problems [1] 141/7
proceed [2] 8/1 9/12
proceedings [3] 72/13 73/17 154/5
process [5] 9/14 9/25 53/4 65/8 101/8
producing [3] 4/23 5/1 12/18
profession [9] 17/20 23/25 30/23 31/3 42/2 74/5 79/1 83/15 136/21
professional [1] 8/9
progress [1] 6/6
projects [2] 45/4 86/22
prolongs [1] 48/11

promise [1] 10/20
prompted [1] 37/9
proof [2] 20/22 150/24
proposal [1] 5/12
proposed [6] 4/19 4/22 5/8 5/14 5/15 6/1
propounded [1] 9/17
prosecuted [1] 147/17
prosecution [2] 20/21 20/23
prosecutor [2] 31/1 79/14
prosecutor's [2] 17/21 24/1
prospective [40] 7/16 13/21 26/5 26/11 28/12 28/18 36/11 38/21 49/15 50/6 56/2 56/10 60/7 60/20 66/17 71/2 71/9 75/10 75/18 81/19 81/25 88/8 89/2 97/19 101/23 102/12 109/21 113/5 117/2 117/9 123/25 124/19 125/10 125/16 129/6 133/13 134/9 139/24 141/23 152/3
protection [1] 79/18
proven [1] 20/24
provide [3] 12/13 15/12 15/15
provided [6] 15/7 24/10 62/2 108/18 111/21 131/3
provider [1] 44/25
provides [1] 144/19
providing [4] 12/17 96/5 96/23 96/24
proximity [3] 122/13 122/18 122/19

prudence [1] 124/17
public [12] 3/11 3/25 8/25 14/17 14/21 14/23 26/7 31/16 96/5 96/5 130/7 145/12
publicity [1] 37/1
purely [1] 118/25
purpose [1] 9/20
purposes [1] 14/20
push [1] 123/6
pushed [1] 48/9
put [12] 4/3 25/24 35/6 47/13 49/7 67/11 67/19 80/17 81/9 95/18 107/15 140/22
putting [6] 16/17 23/5 74/16 80/10 128/14 149/17

# Q

qualified [8] 2/19 2/23 2/25 70/5 71/8 88/23 112/17 127/20
qualify [10] 3/1 56/8 60/12 60/13 99/20 100/9 117/7 141/12 141/21 152/16
qualifying [2] 28/13 125/12
quality [1] 9/2
quarter [1] 59/22
Quash [1] 6/11
question [195]
questioning [4] 37/14 98/7 98/12 143/21
questions [120] 4/20 5/16 6/22 9/17 10/15 10/17 10/19 11/2 11/3 11/7 11/10 11/12 11/21 12/21 12/22 23/14 23/16 23/19 24/4 24/14 25/11 25/19 26/9 27/16 27/19 27/22 27/25 28/9 28/25 32/22 33/7 36/23 37/25

39/9 39/22 40/1 41/3 41/24 45/11 47/24 50/13 50/13 50/15 53/8 53/2 54/2 56/16 56/18 59/8 61/3 61/4 61/5 68/11 68/13 69/12 70/3 70/9 71/17 71/21 71/21 72/7 73/9 73/10 73/11 73/15 74/24 75/25 76/3 76/8 77/20 77/21 77/21 82/6 82/7 82/8 82/9 84/15 84/19 85/4 89/9 89/13 90/15 90/15 92/22 93/17 102/5 102/7 102/8 102/10 103/16 104/8 106/13 108/6 113/14 113/15 115/24 116/24 117/17 117/21 120/21 125/16 125/22 125/23 125/24 125/25 126/5 129/10 134/12 134/13 135/18 139/8 142/4 142/6 143/10 145/8 145/11 152/9
Questions 14 [1] 73/9
Questions 20 [1] 120/21
Quiana [1] 13/1
quick [3] 75/1 92/22 124/21
quite [2] 99/22 141/13
quote [1] 109/4

# R

radio [2] 15/2 91/10
raise [3] 9/15 11/16 152/6
raised [1] 112/25
range [2] 131/3 131/8
ranging [1]

rather [3] 26/1 38/3 130/1
rationale [1] 100/22
rea [1] 6/20
reach [3] 21/8 93/6 148/15
reached [1] 146/22
reaching [5] 14/12 21/23 25/4 72/4 89/19
react [1] 49/6
reaction [2] 119/4 130/9
read [93] 11/10 14/3 14/6 14/8 14/10 14/25 15/24 16/13 16/15 24/20 24/22 24/24 25/1 29/3 29/5 29/7 29/8 30/4 30/10 30/13 30/16 35/2 39/11 39/15 39/19 41/5 41/7 41/12 46/11 47/13 54/9 56/21 69/20 72/8 72/10 76/15 76/20 77/7 77/9 85/1 87/25 89/15 89/22 89/23 90/3 90/16 90/18 90/20 93/25 94/1 94/7 94/11 103/9 103/10 103/23 106/18 106/20 107/11 108/17 108/21 110/15 110/20 112/4 113/18 113/21 118/14 118/17 126/1 126/4 131/11 132/5 132/10 132/23 132/25 133/9 134/16 134/17 134/25 135/11 135/19 135/20 138/19 138/21 140/17 142/9 142/13 143/4 143/13 143/15 143/17 144/3 144/8 144/9

**R**

reading [10]
22/18 39/16 62/5
76/21 87/10 94/3
98/2 103/13
107/10 132/13
ready [1] 58/15
real [1] 63/12
realize [1] 110/20
really [27] 6/2
14/1 34/17 44/24
48/5 54/16 62/16
65/4 65/5 68/6
72/16 75/2 83/22
83/24 85/1 86/11
86/23 95/25 96/20
100/20 111/1
113/25 114/12
121/24 134/21
138/13 148/22
reason [14] 32/5
66/19 68/2 88/11
88/16 88/24 98/12
98/12 99/3 100/8
101/7 103/4 113/1
131/1
reasonable [5]
5/8 20/24 49/9
133/5 133/6
reasons [8] 5/24
38/8 41/10 68/24
74/19 112/14
112/15 132/3
recall [39] 27/8
28/3 33/16 41/15
41/19 41/21 51/6
51/19 52/1 52/4
52/17 53/1 53/14
53/19 57/3 57/7
57/9 64/3 77/1
90/1 91/1 91/5
91/11 95/1 95/19
96/8 104/3 119/23
119/25 124/4
124/13 126/12
126/14 136/4
136/8 143/24
144/2 148/10
148/14
recalled [1]
101/18
receipt [1] 33/25
receive [3] 21/24
22/3 29/21

received [2]
29/22 32/25
receiving [1]
36/24
recent [4] 41/13
41/13 146/8 146/9
recently [2] 69/24
133/19
receptive [1]
152/9
recess [5] 60/16
68/25 69/4 152/18
153/5
recognize [6]
6/16 13/21 102/12
102/16 118/5
118/7
recognized [3]
98/3 117/24 118/2
recommended [1]
8/8
record [31] 2/5
3/11 3/25 4/15
26/6 26/8 28/24
39/3 50/12 61/2
69/11 71/16 75/24
82/7 97/10 100/12
100/14 101/14
102/6 110/7 112/1
113/15 117/16
125/22 134/13
142/4 144/25
145/12 152/19
153/2 154/5
records [7] 12/13
12/18 15/12 15/15
15/21 30/2 108/12
recount [1] 80/9
Recovering [1]
137/4
Redbook [1] 5/10
reduce [4] 8/3 8/6
8/19 9/8
reduced [1] 8/18
reference [4] 91/8
91/9 132/14
132/16
referenced [1]
91/12
referring [1]
91/15
reflect [7] 26/6
28/24 39/3 61/2
69/11 71/16 75/24

reflects [2] 26/18
89/8
refused [1] 132/3
refusing [1]
131/21
regard [3] 5/14
54/22 111/8
regarding [2]
6/10 100/3
regardless [2]
18/4 114/19
regards [1] 66/6
regular [2] 48/25
49/1
regularly [2]
41/12 47/16
relate [1] 131/23
related [11] 6/12
15/1 30/10 36/4
36/7 41/4 90/15
135/18 143/11
146/18 148/12
relates [1] 35/17
relating [2] 12/13
147/4
relation [2] 67/21
116/3
relationship [1]
48/21
relative [1] 22/13
relatively [2]
131/22 132/1
relevant [5] 6/18
6/21 26/10 80/10
131/8
religious [2]
22/20 137/15
remain [4] 6/6
16/9 16/24 20/10
remark [2] 118/21
124/16
remarks [3] 122/5
122/7 122/23
remember [21]
27/4 37/19 47/5
52/23 52/24 87/9
91/7 94/2 94/4
95/6 95/17 108/24
109/1 109/2 109/3
110/17 122/8
123/11 123/15
133/8 143/20
render [3] 23/11
32/2 72/19

rendering [1]
21/18
reopening [1]
8/16
repeat [6] 23/20
23/21 127/11
130/18 133/17
150/8
repeated [1] 24/5
repeatedly [1]
88/17
rephrase [1]
17/15
report [1] 115/5
reported [4] 1/21
18/4 99/10 114/20
Reporter [1] 1/21
154/3
reporting [1] 8/4
Representatives
[7] 12/9 15/8
15/22 24/11 30/2
40/13 40/17
represented [2]
12/23 13/5
request [1] 23/22
requested [6]
94/16 126/20
130/16 130/23
131/18 133/6
required [5]
12/18 15/14 32/17
94/15 126/20
requirements [2]
96/23 96/25
requires [1] 8/25
reread [2] 24/14
25/11
research [2]
86/21 93/2
resolve [1] 6/13
resolved [1]
132/1
respect [5] 48/17
67/3 78/12 101/16
149/6
respond [2]
142/24 151/18
responded [1]
142/16
responding [1]
147/11
response [6] 7/15
10/10 25/12 37/16

116/7
responsibilities
[1] 86/20
responsible [2]
48/1 120/17
rest [1] 99/9
result [5] 2/25
32/16 119/4
119/18 120/5
retired [2] 58/1
92/23
retiree [1] 119/16
return [3] 6/19
20/22 108/13
reverse [1]
100/13
review [2] 80/22
137/6
Riane [2] 2/14
13/6
Riane White [2]
2/14 13/6
right [35] 3/18
4/13 6/14 9/15
10/3 10/13 10/16
31/21 32/8 33/14
33/15 42/10 43/11
46/12 49/3 55/22
59/11 59/19 69/1
71/8 77/16 78/18
80/2 83/5 94/20
94/25 104/11
113/10 122/22
125/9 128/10
130/15 131/20
137/14 147/9
right-hand [1]
10/13
riot [1] 72/12
riots [1] 114/1
rise [2] 119/8
153/4
risk [2] 64/8
101/2
Road [1] 1/15
Robert [1] 13/16
role [2] 61/22
67/6 104/17
104/18
roll [2] 3/20 4/1
rolling [1] 3/19
room [6] 1/23
22/9 140/12 141/7
151/3 151/9

# R

**rooms [1]** 8/24
**ROSE [1]** 1/10
**roster [2]** 46/6
46/8
**row [1]** 7/20
**RPR [1]** 1/21
**ruling [1]** 101/13
**rulings [3]** 107/11
112/6 141/1
**run [3]** 64/8
137/15 146/8
**run-in [1]** 146/8

# S

**said [59]** 14/16
18/20 25/17 34/5
34/18 34/22 37/14
37/18 37/23 41/12
42/17 59/17 64/4
66/1 73/18 73/25
74/2 74/15 77/6
77/10 77/24 80/1
80/20 87/2 88/17
91/5 91/11 93/18
94/23 96/9 99/4
99/5 99/7 101/1
101/4 107/18
109/9 110/17
111/15 113/19
118/15 119/25
121/1 121/3
122/24 123/9
123/12 123/15
123/17 123/19
124/5 129/10
130/15 130/21
133/1 140/16
148/2 150/3 150/3
**sake [1]** 124/17
**same [15]** 17/6
17/9 17/12 29/21
54/25 67/10 67/12
73/23 77/20 77/24
78/8 78/21 98/14
111/8 120/23
**sanitizer [1]** 9/6
**sat [1]** 149/25
**satisfied [1]**
21/13
**saturation [3]**
100/23 101/9
101/17
**saw [8]** 59/18

98/3 98/19 118/21
120/1
**say [28]** 6/9 29/15
42/11 50/1 52/3
52/6 62/16 66/7
77/23 85/24 87/14
87/22 88/3 94/5
94/6 97/24 107/6
111/8 119/2 121/8
123/7 123/16
124/25 125/2
128/8 150/21
151/4 151/11
**saying [7]** 34/24
87/7 95/21 98/20
109/4 110/4
118/22
**says [3]** 37/8 59/9
120/21
**scene [1]** 147/19
**scheduled [1]**
45/23
**SCHOEN [6]** 1/14
1/15 2/13 13/6
13/9 97/9
**school [1]** 137/7
**scope [1]** 86/20
**seal [5]** 3/24
31/15 61/9 105/21
145/13
**sealing [1]**
144/25
**Sean [1]** 13/16
**seat [7]** 6/4 88/23
100/8 100/9 110/4
111/4 112/1
**seated [3]** 9/19
67/11 149/15
**seating [1]** 3/1
**seats [5]** 3/18
3/21 3/23 3/25 4/2
**second [10]** 3/8
8/22 11/15 35/1
36/16 46/10 59/17
97/8 101/24
143/14
**sector [1]** 70/19
**security [4]** 19/15
42/23 139/1
144/25
**see [18]** 8/18 8/21
15/20 29/25 31/20
31/22 47/3 48/12

60/1 68/3 69/10
70/23 81/4 101/8
112/15 134/3
140/24 152/9
**seeing [3]** 22/1
136/10 138/18
**seem [5]** 29/21
34/17 37/24 68/8
88/19
**seemed [3]** 99/14
152/7 152/10
**seems [10]** 6/15
37/24 68/15 76/16
76/18 88/24 111/5
112/2 112/8 143/5
**seen [71]** 14/3
14/6 14/8 14/9
15/24 23/3 24/20
24/22 24/24 25/1
29/3 29/5 30/4
30/12 33/11 33/12
33/13 34/6 34/9
35/18 36/4 38/11
39/11 41/5 41/19
46/25 62/11 62/22
66/5 66/5 66/7
66/10 77/7 77/9
80/8 81/9 84/25
89/15 89/22 90/2
90/16 90/19 96/18
98/17 101/18
103/9 103/10
103/24 104/1
106/17 106/17
107/2 113/18
113/20 118/9
118/14 118/17
119/20 120/5
126/1 129/22
131/17 134/15
134/17 134/19
135/9 135/19
142/9 142/13
143/13 143/18
**Select [47]** 12/7
12/12 14/18 15/22
15/25 16/5 16/7
16/11 16/16 30/2
30/5 30/8 35/19
36/5 37/8 41/6
41/8 41/14 46/11
46/22 53/20 56/21
59/18 59/24 62/6
62/14 66/1 66/3

84/16 84/23 90/17
94/24 98/3 98/12
98/13 98/18
100/18 103/16
103/19 119/12
126/2 131/18
135/19 143/12
**selected [5]**
35/21 35/22 48/8
80/6 118/3
**selection [4]** 4/14
7/25 9/14 9/21
**self [1]** 9/4
**self-monitor [1]**
9/4
**semester [1]** 83/1
**Senate [18]** 15/8
24/11 40/13 61/13
67/4 67/6 67/10
67/11 68/3 72/25
73/5 82/11 82/17
85/8 86/19 105/24
106/3 106/23
**Senator [12]**
61/16 61/18 63/8
64/16 66/20 66/20
67/17 68/5 68/18
82/16 82/25 106/5
**sense [6]** 38/14
45/1 49/5 111/16
130/3 146/22
**sensitive [2]**
105/2 121/11
**sentence [3]** 4/22
5/3 5/21
**separate [1]** 99/6
**September [1]**
12/11
**Sergeant [1]** 73/5
**series [4]** 10/14
11/9 48/9 48/14
**serious [4]** 50/3
85/12 151/1
151/12
**seriously [7]** 38/1
99/7 148/21
150/18 150/21
151/6 151/11
**serve [18]** 18/15
18/25 19/12 22/11
22/16 23/10 31/12
32/1 32/17 46/1
46/2 46/3 51/3

51/18 51/21 52/14
93/9 107/15
**served [18]** 18/7
18/9 18/12 18/22
19/5 19/6 19/9
26/23 50/17 50/20
51/6 51/14 51/18
52/1 91/25 93/6
99/6 148/3
**service [17]** 8/4
18/14 18/24 19/11
22/24 26/10 27/2
27/8 27/12 28/3
28/14 32/16 44/13
93/5 115/16
147/24 148/6
**services [4]** 15/7
24/11 62/2 144/19
**serving [4]** 49/6
52/10 113/1
148/19
**session [2]** 1/7
129/21
**sessions [2]**
126/10 126/12
**set [5]** 9/6 32/22
45/4 77/13 103/1
**setting [4]** 76/5
78/13 98/18
114/17
**seven [4]** 24/17
24/19 24/20 73/7
**several [4]** 8/5
9/25 66/22 109/16
**severe [2]** 22/25
44/14
**sexual [1]** 42/16
**shadow [7]** 61/15
61/17 63/8 64/16
66/20 67/17 68/18
**sharing [1]** 151/8
**she [63]** 20/1
20/16 47/9 49/18
57/21 57/23 57/25
58/1 58/4 58/4
68/4 68/6 68/6
68/7 74/8 74/12
79/4 79/5 79/6
79/9 79/11 79/14
85/15 97/25 98/2
98/3 98/4 98/6
98/19 99/4 99/4
99/5 99/6 99/6
99/7 99/7 99/8

S

she... **[26]** 99/8
99/8 99/10 99/14
99/21 99/23 99/24
99/25 100/4 100/7
101/4 101/17
106/5 106/7 106/8
106/9 106/22
106/23 106/24
111/12 111/13
140/16 140/18
141/15 141/18
141/19

**she's [6]** 58/1
79/7 79/17 99/13
99/16 141/13

**shoes [1]** 67/13

**Shook [1]** 53/22

**short [4]** 11/10
19/4 46/6 100/20

**shorter [1]** 134/5

**shot [1]** 116/10

**should [22]** 2/21
7/18 10/1 10/7
10/17 18/20 23/15
27/24 61/6 68/12
88/13 124/4
126/21 128/9
130/17 130/24
131/2 131/3 131/7
131/19 133/25
139/15

**show [4]** 37/2
37/2 46/25 91/10

**sic [4]** 18/12
43/19 82/10
128/20

**side [11]** 2/24
37/6 86/6 86/10
95/17 110/22
121/13 121/13
122/20 122/24
143/5

**Sidebar [2]** 105/7
105/20

**sided [1]** 3/19

**SILVERMAN [1]**
1/18

**similar [1]** 103/22

**simply [9]** 17/11
19/25 20/16 73/22
100/14 101/14
111/23 118/2
120/22

**since [5]** 42/22
43/2 61/19 82/20
103/13

**single [1]** 148/13

**sir [41]** 11/12
24/15 25/6 26/15
28/2 28/11 31/4
31/23 33/9 36/10
56/11 58/16 59/6
60/5 70/13 71/15
71/19 75/7 75/9
81/17 86/16
102/23 103/3
114/8 115/21
117/1 117/10
117/15 123/23
124/20 124/24
125/3 125/8 128/4
129/5 129/8
132/18 133/12
144/16 144/22
148/4

**sister [4]** 31/1
74/6 106/3 106/22

**sister's [1]** 43/23

**sit [5]** 17/14 17/15
22/6 101/2 121/10

**sites [1]** 14/22

**sitter [1]** 65/19

**sitting [13]** 17/5
22/21 53/13 67/21
78/7 86/7 110/19
116/9 121/4
121/14 122/9
122/14 150/10

**situation [3]**
66/24 66/25 111/1

**six [3]** 2/23 73/7
106/3

**skepticism [1]**
121/2

**skills [1]** 120/19

**slate [1]** 131/15

**sleepy [1]** 121/18

**slightly [1]** 35/25

**SLUTKIN [1]** 1/18

**small [5]** 32/6
36/17 44/23
144/19 149/22

**smaller [1]** 8/24

**smoke [2]** 8/10
8/11

**snippet [1]** 91/19

**snippets [1]**

**so [143]** 3/22 3/25
4/3 6/3 6/25 7/3
9/13 11/25 12/21
12/23 14/2 14/14
22/8 24/19 24/20
25/13 25/19 26/12
29/1 31/20 32/21
33/24 34/14 35/12
35/20 35/22 37/23
39/16 40/4 41/9
41/18 42/5 42/17
43/4 44/2 44/21
44/24 45/1 45/3
45/16 45/21 45/23
46/6 46/7 46/20
47/16 48/6 48/8
48/10 49/1 49/9
49/13 49/19 50/25
51/18 52/21 55/20
55/20 56/24 58/22
60/18 61/11 61/25
62/8 66/16 66/24
69/3 72/6 73/17
76/8 76/23 77/12
77/20 80/15 80/17
82/20 83/1 83/3
83/6 83/16 83/18
84/15 89/6 89/14
89/21 90/19 92/7
94/6 94/17 98/16
99/11 100/8
101/10 105/6
105/21 110/3
110/16 112/13
113/2 116/11
118/18 119/16
119/22 121/19
122/23 126/6
126/21 127/13
128/4 128/19
129/1 129/22
130/17 130/24
131/19 133/21
134/2 134/3
136/17 137/8
137/9 137/20
138/1 138/7 139/7
140/19 141/1
141/20 142/8
142/17 143/3
144/11 145/6
145/12 146/25
147/12 148/8

151/1 151/3 151/5
152/25

**social [4]** 15/3
89/24 144/5
144/25

**solely [9]** 14/13
16/20 21/24 23/7
23/12 25/4 32/3
72/4 89/19

**solemnly [1]** 9/16

**some [60]** 6/7
6/23 8/2 9/10
23/10 30/11 32/1
32/16 33/11 33/12
33/13 34/18 37/7
39/7 39/8 46/4
46/14 49/7 50/15
53/20 56/18 61/4
61/5 66/1 66/5
71/20 73/19 76/3
77/19 82/8 84/15
86/5 89/12 89/13
94/11 95/9 95/10
96/10 101/11
102/9 108/18
113/14 117/22
125/25 129/9
129/15 129/18
129/19 129/22
133/3 133/6
134/21 135/20
141/5 141/18
142/6 142/7
143/11 143/21
143/22

**somebody [9]**
30/22 34/1 34/9
34/15 67/20 96/17
111/20 122/13
141/4

**somehow [3]**
98/8 140/11 141/6

**someone [13]**
30/22 42/1 42/9
42/13 48/1 99/11
101/7 112/16
116/10 124/25
125/2 126/23
127/8

**someone's [1]**
78/17

**something [24]**
31/16 34/3 34/18

148/21 150/16
36/3 38/11 44/17
53/11 61/7 82/22
94/19 98/18
101/18 108/17
109/6 120/10
120/10 123/7
129/25 130/21
138/1 138/25
140/12 140/13
150/7

**sometimes [3]**
54/24 55/7 135/6

**somewhat [2]**
130/1 135/18

**somewhere [1]**
87/11

**sorry [11]** 10/4
35/15 42/11 42/12
83/4 83/5 100/7
115/1 116/14
122/6 127/11

**sort [16]** 38/2
38/4 38/7 57/1
59/25 69/25 83/16
87/11 87/12 95/12
99/8 110/22
110/24 122/13
129/14 149/16

**source [20]** 14/3
15/25 23/4 24/21
29/3 30/5 39/11
41/6 87/18 89/15
113/18 113/21
118/14 119/14
126/2 131/1
134/16 142/10
142/13 143/13

**sources [10]** 29/7
29/8 90/22 93/23
94/9 95/3 96/14
98/1 108/8 135/3

**Southern [2]**
137/23 138/2

**spaces [2]** 9/1
118/4

**speak [4]** 36/22
48/10 49/2 82/21

**speaking [2]**
22/18 47/10

**Special [1]** 2/9

**specific [12]**
43/25 47/25 86/9
112/6 133/20
135/1 135/9

**S**

**specific... [5]** 142/20 145/7 145/18 149/10 149/11
**specifically [12]** 33/18 51/19 66/7 70/21 83/21 90/7 104/18 107/11 109/1 126/14 132/8 136/12
**specifics [3]** 136/7 142/18 148/14
**spoken [1]** 40/24
**sponte [2]** 112/13 112/16
**spouse [2]** 17/3 78/6
**spread [2]** 7/18 8/6
**spring [1]** 148/7
**Square [1]** 50/24
**staff [9]** 9/3 13/22 17/9 20/14 20/17 20/19 47/11 102/13 117/25
**Staff's [1]** 143/22
**stand [3]** 9/13 27/25 90/10
**standard [2]** 99/11 150/24
**start [6]** 71/21 87/10 89/21 124/10 139/25 145/20
**started [1]** 55/18
**starting [3]** 88/11 110/19 121/14
**state [21]** 18/10 19/7 19/14 42/8 42/16 42/20 42/24 43/9 43/24 46/4 51/15 74/10 74/11 102/6 134/13 137/12 137/24 137/25 144/17 146/12 146/14
**stated [1]** 66/23
**statement [22]** 4/19 4/21 5/5 5/18 11/10 12/3 12/4 35/6 35/7 37/15 94/18 95/5 95/10

**statement... [24]** 100/12 111/20 118/25 119/1 130/17 130/24 130/25 131/11 147/19
**statements [5]** 14/20 15/16 98/14 111/14 112/7
**STATES [17]** 1/1 1/2 1/8 2/3 2/9 12/8 12/23 12/24 15/8 15/23 19/21 20/3 20/6 30/4 55/18 55/21 55/22
**stations [1]** 9/6
**statute [1]** 5/19
**statutory [1]** 5/19
**stay [1]** 9/4
**step [1]** 50/7
**STEPHEN [7]** 1/5 2/4 12/6 13/10 13/15 16/23 122/3
**steps [36]** 8/2 26/11 28/12 28/18 36/11 38/21 49/15 50/6 56/2 56/10 60/7 60/20 66/17 71/2 71/9 75/10 75/18 81/19 81/25 88/8 89/2 97/19 101/23 109/21 113/5 117/2 117/9 123/25 124/19 125/10 125/16 133/13 134/9 139/24 141/23 152/3
**Steve [8]** 87/1 87/5 88/1 88/3 123/10 129/7 134/22 139/15
**still [5]** 26/7 57/23 82/1 140/25 141/9
**stolen [1]** 120/14
**stories [2]** 54/9 54/10
**story [1]** 143/6
**straightforward [2]** 76/18 143/5
**strategies [2]** 8/5 9/12
**Street [3]** 1/12 1/18 106/20
**stricken [1]** 75/16

**strike [24]** 36/13 38/7 50/3 66/19 68/2 75/12 81/21 88/10 88/16 97/22 98/22 99/3 110/5 110/10 110/11 111/15 112/12 112/16 133/16 133/21 140/6
**strikes [3]** 37/5 37/5 67/19
**striking [2]** 4/22 5/17
**strong [1]** 68/8
**struck [1]** 88/13
**studied [6]** 17/19 23/24 43/4 83/15 127/14 136/20
**stuff [1]** 63/12
**sua [2]** 112/13 112/16
**subject [5]** 17/24 42/4 63/22 104/24 146/1
**submit [1]** 88/16
**subpoena [10]** 6/11 12/12 34/1 98/13 108/12 108/13 131/13 142/23 151/17 151/20
**subpoenaed [3]** 15/11 15/21 30/1
**subpoenas [2]** 6/19 142/16
**substantially [2]** 112/3 112/21
**substantive [1]** 112/8
**such [1]** 22/14
**sufficient [2]** 38/17 99/16
**suggest [2]** 141/19 152/7
**suggested [3]** 36/21 98/5 100/6
**suggesting [2]** 95/10 98/7
**suggestion [1]** 95/9
**suggests [1]** 34/6
**suite [2]** 1/15 77/21
**summarized [1]**

**summary [2]** 94/14 95/9
**summons [1]** 32/25
**Superior [4]** 50/25 148/8 150/1 150/4
**support [1]** 44/22
**supposed [5]** 108/14 134/23 142/23 142/24 151/17
**sure [21]** 2/19 45/24 47/12 50/23 52/22 53/9 58/23 65/5 70/1 83/25 84/18 85/13 85/25 87/17 99/15 103/21 109/5 110/24 142/14 145/22 145/24
**surging [1]** 136/2
**surprised [1]** 112/24
**suspect [1]** 69/2
**swear [2]** 9/13 9/16
**symptoms [1]** 9/4
**system [5]** 48/18 64/8 148/25 149/8 149/14
**systems [2]** 8/8 8/21

**T**

**table [3]** 2/9 2/14 86/6
**take [34]** 6/14 9/25 11/6 26/15 27/24 28/21 29/1 37/24 38/24 50/8 56/13 60/16 60/23 69/1 69/7 71/12 75/21 82/3 89/5 95/17 102/2 113/8 117/11 121/16 124/20 125/17 128/20 134/7 140/18 141/24 148/21 150/18 150/21 151/5
**taken [5]** 8/2 11/6 84/25 99/13

**takes [1]** 99/7
**taking [6]** 22/4 31/11 118/24 121/8 128/23 151/11
**Takoma [1]** 59/16
**talk [8]** 40/23 58/24 61/9 65/1 75/4 85/13 122/2 145/24
**talked [6]** 65/9 68/6 85/9 85/14 86/9 96/13
**talking [3]** 47/8 67/9 134/20
**tax [3]** 127/19 127/24 127/25
**team [5]** 44/22 44/23 48/2 109/4 137/15
**tech [1]** 116/20
**technical [2]** 131/22 132/1
**technically [1]** 70/20
**Telephone [1]** 97/16
**televised [3]** 57/5 59/21 126/10
**television [4]** 15/2 119/17 126/9 129/24
**tell [17]** 10/20 27/1 35/23 39/14 39/17 40/14 42/5 56/24 73/23 83/17 92/1 92/3 93/6 99/13 115/15 120/24 127/16
**temp [1]** 137/9
**tenants [1]** 63/12
**tend [7]** 17/10 20/15 20/17 73/21 74/1 120/21 129/25
**tended [1]** 129/19
**terms [6]** 46/1 48/6 64/25 66/9 130/5 132/13
**Test [1]** 70/16
**tested [1]** 8/14
**testified [3]** 18/5 112/5 114/20

**T**

**testify [13]** 13/15
15/12 21/5 94/16
126/20 130/16
130/23 131/18
134/23 138/25
139/15 139/19
147/14

**testifying [3]**
71/25 115/2
135/25

**testimony [19]**
6/18 6/21 12/15
12/17 15/16 15/21
17/8 17/11 20/13
20/15 20/18 20/19
30/1 47/8 73/21
96/23 108/12
120/22 143/23

**testing [3]** 8/10
8/11 70/16

**than [12]** 20/19
34/3 36/20 38/3
39/20 96/17 112/3
112/21 134/5
135/11 152/17
153/1

**thank [125]** 3/7
7/9 7/11 9/19 12/2
16/4 27/21 28/1
28/6 28/7 28/8
28/9 28/11 28/11
33/6 33/8 33/20
33/22 35/14 36/9
36/10 37/11 37/13
38/6 45/9 47/17
47/18 47/19 47/21
49/3 49/13 53/23
54/18 55/20 55/23
55/25 56/1 56/11
58/12 59/3 59/5
60/3 60/5 60/5
64/11 65/21 66/14
66/15 66/16 67/23
67/24 68/14 70/7
70/10 70/24 70/25
71/1 74/21 75/9
79/22 81/12 81/13
81/16 81/17 81/18
88/6 88/7 88/14
92/18 93/12 93/13
93/15 97/6 97/7
97/17 97/18 98/24
98/25 99/18

101/20 101/21
106/11 107/25
108/2 109/18
109/19 109/20
111/2 111/25
115/19 116/22
116/24 117/1
117/13 118/11
121/19 121/22
123/22 123/23
123/24 125/4
125/7 125/8
125/14 128/6
129/2 129/4
132/19 133/11
133/12 133/15
133/22 138/15
139/21 139/22
139/23 141/11
147/10 149/2
151/13 151/15
151/25 152/1
152/1 153/3

**Thanks [2]** 66/18
75/8

**that [735]**

**that's [41]** 2/22
23/8 24/21 24/24
25/5 29/13 31/16
31/18 33/15 35/12
39/17 44/2 44/2
48/13 49/21 54/7
59/1 59/3 83/5
93/12 95/4 97/2
105/5 109/9 111/1
111/15 112/23
121/18 122/13
129/12 130/25
131/4 138/22
139/17 139/17
140/10 140/12
147/13 151/5
152/8 152/21

**their [4]** 25/15
26/9 66/11 122/11

**them [23]** 6/3 6/7
11/24 19/2 25/20
25/24 26/2 29/1
30/19 37/10 39/8
41/25 49/6 52/24
62/9 83/23 111/15
118/13 119/13
119/15 119/16
129/11 142/17

themselves [1]
120/13

**then [49]** 2/22 6/7
9/14 11/5 14/9
19/9 19/13 27/7
30/7 34/24 36/18
37/8 37/15 42/2
42/9 43/2 45/5
45/8 46/14 48/8
54/12 60/15 61/4
64/21 65/14 71/25
72/16 73/11 73/12
74/14 82/16 87/2
87/14 89/13 89/16
90/17 98/2 102/9
117/21 118/15
124/3 124/4
125/24 126/3
135/19 136/18
142/6 145/21
151/23

**theory [1]** 79/20

**there [100]** 2/21
6/16 6/19 7/4
10/11 10/16 13/23
14/10 18/14 18/24
19/10 21/18 21/21
24/4 25/2 27/11
31/5 33/2 34/11
36/22 37/2 37/4
37/23 39/23 43/4
43/13 43/14 44/5
44/8 44/24 45/16
48/12 48/23 51/9
53/13 57/12 62/21
63/16 64/6 68/2
70/2 71/23 74/12
76/8 79/2 79/6
79/7 80/11 82/8
84/17 86/1 87/14
88/16 88/24 91/8
91/9 91/9 91/18
91/22 95/3 95/9
95/23 96/6 96/8
96/10 98/22
100/25 102/14
104/4 104/11
106/1 107/1
108/11 108/13
109/2 109/4 109/5
109/12 109/14
109/15 111/23
112/8 115/14
122/23 126/13

126/16 129/1
131/12 136/15
137/16 142/15
142/15 142/16
144/15 145/3
146/16 148/9
148/13 148/17
150/24

**there's [20]** 2/19
61/7 72/2 76/4
76/17 77/20 89/18
90/10 99/3 99/15
105/1 114/16
120/8 121/10
122/21 134/21
134/22 139/14
140/20 143/5

**therefore [5]** 21/4
38/18 72/18 88/25
97/3

**these [17]** 5/23
6/1 9/7 10/17 19/4
29/9 29/20 76/6
78/14 87/7 95/3
114/17 121/14
124/9 132/11
140/17 145/8

**they [38]** 7/4
12/25 27/6 37/9
37/9 39/22 41/25
46/23 46/25 49/9
51/17 51/20 52/20
57/5 60/1 67/13
67/15 88/13 95/18
97/23 97/23 101/1
109/5 111/19
115/4 115/6 116/8
116/8 116/9
116/12 116/13
130/21 131/2
132/16 143/22
146/10 149/7
149/11

**they're [6]** 54/15
55/7 98/20 99/12
143/11 152/9

**they've [3]** 5/9
55/8 119/17

**thing [14]** 3/8 6/9
36/14 46/10 55/5
59/17 77/24 80/16
86/23 95/22 136/6
138/20 150/7
151/2

**things [36]** 2/16
4/14 25/14 29/20
29/23 34/15 34/21
42/6 46/25 48/19
54/24 63/12 69/13
69/15 73/25 80/9
80/9 85/23 87/3
87/4 87/7 87/23
87/25 88/19 101/9
103/9 103/13
106/18 107/15
110/18 110/25
115/16 130/14
133/17 136/3
143/8

**think [128]** 3/17
6/23 6/24 18/18
23/9 26/16 29/7
30/11 31/6 31/19
31/25 32/24 33/2
33/23 34/8 34/19
36/12 36/20 37/4
37/5 37/9 37/13
38/1 38/12 38/16
45/12 46/23 57/4
58/20 58/22 59/8
59/20 64/1 65/3
65/13 66/4 66/11
67/8 67/9 67/19
68/20 76/13 77/17
78/17 80/1 80/3
80/15 80/15 86/10
87/2 87/3 88/1
88/13 88/18 92/5
94/10 94/10 95/8
96/1 96/19 99/3
100/6 104/10
104/19 107/4
107/7 107/11
107/14 107/17
107/18 107/19
107/21 111/4
111/16 116/8
119/5 120/8
121/14 123/20
124/3 124/5
124/13 124/15
126/22 127/1
127/4 128/8
130/15 131/14
133/17 135/24
136/17 137/18
137/20 138/7
138/18 139/7

**T**

think... **[31]** 139/8 140/20 140/20 141/13 141/16 143/3 143/7 144/11 145/6 146/10 146/25 147/7 147/23 148/23 148/25 148/25 149/10 149/11 149/13 149/18 149/19 150/5 150/12 150/14 150/15 150/17 150/25 151/1 151/3 151/7 152/8

**thinking [4]** 34/7 34/10 38/10 140/7

**third [1]** 36/19

**Thirteen [3]** 25/7 25/8 25/8

**this [235]**

**THOMPSON [1]** 1/18

**Thompson's [1]** 6/21

**thorough [1]** 46/24

**those [76]** 3/19 3/20 3/23 3/25 4/13 6/6 6/21 7/19 8/4 9/12 11/3 13/19 16/13 16/18 23/14 23/16 25/20 29/1 29/23 30/10 30/10 34/11 34/21 40/1 40/2 41/9 41/10 42/6 48/7 48/13 50/3 50/16 51/23 52/11 56/19 61/4 62/2 71/21 72/7 73/9 73/15 78/1 81/3 84/19 90/18 92/10 92/13 93/23 96/24 97/22 101/3 102/8 106/18 107/15 108/23 110/25 113/15 113/15 118/19 119/19 119/20 120/1 125/23 125/24 126/5 126/17

135/11 138/20 139/8 142/6 143/8 145/14 146/5 146/22 148/23 149/18

**though [9]** 6/2 32/17 49/12 70/21 76/1 80/8 110/17 123/6 150/24

**thought [8]** 34/6 97/23 98/20 100/2 112/13 112/16 142/18 148/24

**thoughtful [1]** 151/10

**thoughtfully [1]** 148/24

**thoughts [2]** 21/15 75/5

**three [18]** 2/24 8/14 10/3 14/2 24/19 27/4 37/5 42/12 57/8 67/19 83/2 100/15 100/20 104/19 122/20 125/22 142/8 144/17

**three-part [2]** 14/2 24/19

**through [6]** 19/2 36/16 44/20 77/21 101/8 141/2

**throughout [4]** 9/6 16/10 17/1 20/11

**Thursday [1]** 57/5

**Tim [1]** 106/5

**time [24]** 6/1 7/1 32/9 33/3 34/12 38/13 43/4 53/3 61/19 78/13 80/10 80/12 88/11 88/22 108/19 119/5 119/16 119/17 120/17 121/15 126/24 136/16 138/11 153/1

**timeline [1]** 45/4

**timeliness [1]** 45/6

**times [10]** 3/19 39/15 40/23 46/12 87/22 90/4 93/19 106/19 119/23

**Tobacco [1]** 19/20

**today [16]** 3/11 4/17 29/22 32/25 34/7 69/14 94/7 94/18 94/19 118/3 121/4 122/2 123/10 129/5 131/15 136/4

**together [3]** 41/25 48/6 118/13

**told [4]** 49/6 90/21 94/14 97/1

**Tonolli [1]** 13/16

**too [6]** 86/9 86/23 87/17 113/24 113/25 115/23

**took [1]** 98/6

**tooth [2]** 36/14 38/17

**top [1]** 87/1

**topic [5]** 47/6 85/13 97/14 111/24 131/16

**topics [2]** 26/10 83/16

**totally [1]** 101/12

**tours [1]** 86/22

**town [1]** 94/5

**track [1]** 45/22

**training [4]** 131/6 131/17 137/2 137/3

**transcript [2]** 1/7 154/4

**Transformation [1]** 97/15

**transmission [4]** 8/3 8/6 8/12 9/8

**trash [1]** 116/20

**treated [5]** 48/18 65/7 65/12 149/8 149/12

**treatment [1]** 20/4

**trial [56]** 1/7 4/17 6/6 6/25 8/13 8/15 8/22 13/1 14/13 14/24 16/10 17/1 18/10 18/13 18/16 18/23 19/1 19/7 19/10 19/12 20/11 21/3 21/25 22/7

22/8 22/22 22/22 23/1 25/5 27/7 33/24 34/2 34/7 34/9 34/11 36/16 51/15 78/18 80/3 81/4 88/12 88/20 89/20 92/1 97/23 100/15 100/21 103/1 109/12 112/24 118/23 128/25 131/12 132/11 133/4 141/3 151/18

**trials [1]** 52/11

**tribunal [1]** 131/7

**trouble [4]** 15/5 149/16 150/10 150/13

**true [3]** 67/3 138/11 154/4

**truly [1]** 9/17

**Trump [5]** 17/3 73/13 78/5 85/23 87/2

**truth [4]** 10/20 35/23 60/2 99/13

**truthfully [1]** 27/19

**try [4]** 46/6 130/20 151/10 152/19

**trying [5]** 46/6 46/25 60/1 91/7 123/6

**turn [4]** 65/2 94/15 94/16 129/19

**turned [1]** 96/1

**turns [1]** 141/5

**TV [5]** 62/12 89/25 90/2 90/25 135/4

**Twenty [4]** 42/12 104/10 120/21 127/23

**Twenty-three [1]** 42/12

**Twenty-two [1]** 104/10

**twice [2]** 4/1 92/5

**Twitter [1]** 144/5

**Twitter/social [1]** 144/5

**two [34]** 2/21 2/25

25/3 27/23 29/23 31/3 43/18 3/19 3/20 3/20 3/23 5/15 11/24 12/6 14/1 25/14 34/21 50/13 51/17 52/20 56/16 57/8 58/2 59/8 74/13 82/6 83/18 83/25 104/10 112/9 112/24 113/14 122/19 124/10 135/18 145/2 146/12

**two somewhat-related [1]** 135/18

**two-part [1]** 14/1

**type [1]** 52/4

**U**

**U.S [14]** 1/10 1/11 1/22 12/8 12/10 14/18 14/19 15/8 15/22 24/11 24/11 30/2 30/9 55/17

**U.S. [6]** 15/18 16/12 20/7 23/3 25/10 116/3

**U.S. Attorneys [1]** 116/3

**U.S. Capitol [4]** 15/18 16/12 23/3 25/10

**U.S. Department [1]** 20/7

**uh [11]** 26/14 61/10 62/3 62/7 63/24 64/17 77/3 79/13 100/16 113/16 116/23

**Uh-huh [10]** 26/14 61/10 62/7 63/24 64/17 77/3 79/13 100/16 113/16 116/23

**Um [5]** 29/13 48/3 61/23 66/4 113/24

**unable [8]** 39/24 62/23 64/9 70/4 72/19 103/5 120/6 144/10

**unanimous [2]** 21/10 53/5

**unavailability [1]** 132/15

## U

**unavoidable [2]** 22/25 44/14
**unbiased [1]** 84/13
**uncertain [1]** 140/25
**uncle [7]** 42/15 43/7 48/17 48/23 83/19 84/1 86/5
**uncle's [1]** 43/13
**uncomfortable [2]** 22/8 76/5
**under [15]** 3/24 6/14 8/15 10/20 31/15 34/11 35/20 35/22 37/13 37/25 61/9 70/21 105/6 105/21 145/13
**understand [16]** 32/15 35/16 39/25 54/24 86/18 86/19 96/19 98/11 98/20 101/12 107/7 122/12 130/21 131/10 133/5 152/10
**understanding [13]** 22/18 61/21 94/19 97/2 107/5 107/9 108/9 108/10 108/11 131/20 131/24 135/10 140/8
**understands [1]** 99/24
**understood [2]** 3/13 100/22
**unfortunately [1]** 69/21
**union [1]** 52/6
**UNITED [17]** 1/1 1/2 1/8 2/3 2/8 12/8 12/23 12/24 15/8 15/23 19/21 20/3 20/6 30/4 55/17 55/21 55/22
**University [1]** 116/21
**unless [1]** 20/23
**unlike [3]** 66/24 66/25 141/18
**Unlimited [1]** 59/14

**unmentioned [1]** 151/12
**unpleasant [2]** 148/21 150/4
**unrelated [1]** 149/19
**until [3]** 45/20 48/9 60/16
**up [52]** 9/6 11/7 14/5 25/15 26/11 27/23 28/18 30/18 38/21 39/8 39/22 46/10 47/9 47/25 50/6 56/10 60/20 70/15 71/9 71/20 76/3 81/25 82/9 85/4 86/18 89/2 93/17 96/7 96/11 97/11 98/6 100/12 101/23 102/9 108/5 108/14 113/5 115/2 117/9 117/21 117/22 119/13 121/16 121/16 124/19 124/21 125/16 125/25 129/9 134/9 141/23 142/7
**updated [1]** 5/12
**updates [2]** 48/25 49/1
**upgraded [1]** 8/7
**upper [2]** 10/3 10/13
**upper-right [1]** 10/3
**ups [2]** 89/13 113/14
**us [37]** 2/14 9/1 27/1 39/14 40/14 42/5 44/23 48/11 48/24 50/18 51/16 56/24 72/6 73/2 73/23 74/5 76/6 79/2 83/17 90/19 92/1 97/1 105/1 111/15 115/15 116/10 120/13 120/24 121/5 126/6 127/16 135/21 136/21 142/12 143/17 147/5 151/23

## V

**vacation [2]** 44/20 45/20
**vague [2]** 135/8 139/12
**validly [2]** 132/2 132/2
**valor [1]** 38/13
**variety [1]** 46/2
**various [9]** 6/11 12/13 38/8 96/14 112/14 112/15 129/17 133/2 137/9
**VAUGHN [26]** 1/10 2/8 3/3 3/13 7/9 12/25 13/3 27/22 33/7 47/20 49/16 58/13 58/14 58/15 60/8 71/3 79/23 92/19 99/1 109/25 115/20 117/3 121/20 128/6 133/23 149/3
**venire [4]** 2/17 7/12 26/6 117/24
**verdict [17]** 14/12 20/23 21/8 21/9 21/10 21/13 21/18 21/24 23/12 25/4 32/2 53/5 72/4 89/19 93/6 93/7 148/15
**versus [1]** 2/3
**very [42]** 3/8 5/23 8/14 28/10 31/14 38/4 38/9 53/4 55/23 62/12 67/12 69/23 72/9 73/4 75/8 88/7 88/16 91/14 92/17 92/18 94/13 95/11 95/15 95/22 97/3 97/6 97/17 99/14 115/1 115/19 116/22

**use [10]** 3/1 4/18 5/9 7/20 8/15 8/20 8/22 9/7 35/9 145/23
**used [2]** 5/11 36/1
**using [1]** 5/9

## V

**vacation [2]**

**victim** 123/17 125/7 130/9 138/15 141/8 142/14 142/17 148/20 148/21
**victim [9]** 18/3 67/1 67/14 114/19 115/8 145/10 147/3 147/7 147/9
**victims [1]** 114/25
**video [3]** 91/12 94/23 135/24
**videotape [6]** 91/9 95/8 95/21 96/8 96/9 96/17
**view [26]** 2/20 2/21 9/8 32/11 37/9 40/7 50/1 66/12 78/15 80/21 91/20 99/21 100/6 101/5 101/8 124/9 126/18 126/19 128/2 128/8 128/14 130/15 130/22 140/1 142/25 147/22
**viewed [1]** 37/18
**views [5]** 78/12 78/14 99/6 131/1 151/8
**violence [2]** 42/16 98/9
**virus [1]** 8/12
**visual [1]** 91/9
**voir [3]** 3/11 4/19 5/15
**vote [2]** 27/7 61/25
**vs [1]** 1/4

## W

**wait [1]** 11/4
**waiting [1]** 75/5
**walking [1]** 150/25
**Wall [1]** 106/20
**want [36]** 4/15 6/23 23/18 27/18 29/8 32/21 35/16 36/1 36/2 36/15 39/7 39/25 43/25 45/10 50/15 52/3 52/6 53/9 56/18

**60/15** 65/1 66/2 69/13 71/20 87/14 90/5 100/11 101/14 113/14 122/1 127/2 145/11 145/16 145/19 148/22 152/6
**wanted [4]** 2/16 46/10 84/17 130/20
**wants [2]** 59/25 68/11
**warcraft [1]** 87/15
**was [236]**
**Washington [11]** 1/4 1/12 1/23 61/16 87/23 90/4 118/4 133/1 134/20 135/5 135/24
**wasn't [4]** 101/17 112/13 113/25 114/12
**watch [4]** 14/25 90/4 119/16 130/1
**watched [48]** 16/13 16/15 30/9 30/15 41/7 41/12 46/14 46/17 47/14 56/20 56/25 59/22 59/22 62/9 62/9 62/12 62/14 62/16 62/19 69/20 73/16 76/23 77/2 90/18 90/24 91/3 103/19 103/24 119/13 119/13 119/15 126/3 126/8 126/9 126/13 129/10 129/11 129/13 129/17 135/20 135/22 135/24 136/13 136/10 143/15 143/19 143/25 144/8
**watching [9]** 57/13 62/5 76/21 96/1 96/17 119/19 126/16 129/24 130/2
**way [21]** 14/6 17/20 23/25 25/16 29/21 31/15 35/17

**W**

way... **[14]** 36/22
41/4 45/5 66/11
67/11 83/16 107/6
107/19 110/23
120/19 141/5
143/4 145/5 152/9
**we [129]** 2/16
2/21 2/22 3/1 3/9
3/9 3/11 3/17 3/24
4/3 4/16 6/3 6/3
7/5 8/1 8/13 8/22
8/22 9/12 9/14
9/24 11/14 11/18
14/14 23/18 25/18
26/7 26/8 26/8
26/12 27/6 27/7
31/14 31/15 32/7
34/8 34/15 36/15
36/25 37/5 37/10
40/23 44/17 46/6
46/7 46/19 54/25
55/6 56/8 60/12
60/13 60/17 61/8
65/1 65/2 65/9
66/18 67/1 67/9
67/18 67/18 67/19
68/12 68/21 68/24
69/1 69/3 70/21
75/12 76/5 81/21
84/15 85/12 88/10
88/22 94/13 97/24
98/22 100/8 100/9
100/14 100/19
101/3 101/10
101/10 105/3
105/6 105/21
110/4 110/4 110/9
111/11 111/12
111/15 113/3
114/17 116/9
116/10 117/4
120/11 123/11
124/2 124/3 124/4
124/6 124/13
133/16 134/4
134/5 139/25
140/24 141/17
141/20 141/22
141/22 142/20
142/21 143/6
145/6 145/12
145/20 148/16
150/14 150/24

152/8 152/16
152/17 152/25
153/2
**we'd [3]** 133/21
140/6 141/9
**we'll [3]** 11/6
60/16 117/7
**we're [12]** 2/20
2/25 25/13 25/14
25/17 44/23 46/6
50/4 97/21 100/21
101/7 140/10
**we've [16]** 8/7 8/8
8/17 8/18 8/24 9/6
75/3 82/19 100/25
101/3 120/9 122/5
122/7 133/18
141/8 141/18
**week [9]** 22/24
44/15 45/17 45/23
47/25 48/7 82/22
107/11 108/22
**weekend [1]** 94/5
**weeks [3]** 57/8
103/2 112/24
**weight [2]** 20/18
148/22
**weighty [1]** 150/7
**welcome [3]** 7/22
55/24 124/20
**well [33]** 3/23
5/23 8/14 9/17
34/5 34/14 34/23
36/13 38/9 46/18
51/17 52/20 63/6
67/5 76/4 87/6
90/21 93/21 94/13
97/6 98/20 99/9
111/17 115/23
118/21 119/19
120/8 121/1
122/12 122/21
124/2 139/16
151/5
**went [3]** 106/9
120/10 148/25
**were [42]** 15/17
25/8 32/17 40/1
40/1 44/15 49/6
51/20 51/23 70/5
83/8 83/18 83/25
86/25 88/22 91/9
92/10 93/5 94/14
96/6 96/7 99/22

107/15 108/19
109/5 110/18
114/1 114/25
116/9 122/14
129/5 130/21
139/2 145/9
146/10 148/2
148/13 149/11
149/15 149/20
150/1 150/13
**weren't [1]** 109/5
**what [197]**
**what's [11]** 35/8
45/3 46/21 59/23
61/21 66/2 97/14
122/3 130/5 130/6
139/13
**whatever [3]**
59/21 77/17
111/21
**whatsoever [1]**
67/7
**when [39]** 6/3
8/22 25/22 27/2
27/25 37/14 43/7
47/14 50/24 52/17
57/5 58/4 59/1
59/9 67/18 69/16
73/6 80/22 81/1
86/25 87/3 87/4
88/1 92/1 92/25
95/25 106/23
110/21 111/15
119/14 123/16
129/20 129/24
129/24 143/1
146/7 149/15
149/20 150/21
**whenever [1]**
49/2
**where [32]** 8/11
10/6 35/12 36/25
37/4 37/6 43/8
48/5 50/22 55/11
57/25 58/4 59/15
60/17 66/25 74/8
79/4 92/1 97/22
97/25 98/3 102/24
104/2 106/17
107/8 118/19
127/21 134/4
134/18 135/25
136/24 137/22
**whether [85]** 6/7

6/8 6/19 6/20 18/4
27/16 30/22 35/9
38/3 39/22 40/11
41/5 41/7 41/21
41/21 42/1 42/3
44/13 50/17 51/14
52/1 56/20 57/9
57/18 61/11 63/2
63/21 65/7 65/12
67/2 67/9 72/1
72/23 74/4 77/1
85/15 86/2 89/14
89/16 89/17 90/16
90/17 91/25 94/15
99/12 99/16 101/8
101/9 104/23
105/23 108/13
114/11 114/20
115/9 117/23
118/13 119/12
122/1 124/23
126/1 126/3
126/12 127/7
127/15 131/12
132/1 134/21
134/22 135/4
135/18 136/19
139/3 139/15
139/16 139/18
140/25 142/9
143/12 143/15
144/13 145/9
145/25 147/2
147/3 147/16
**which [45]** 5/11
8/21 11/3 12/22
14/5 20/3 26/19
31/25 32/8 36/15
38/4 38/4 41/4
43/18 45/8 47/3
48/10 51/14 57/18
62/5 63/2 67/16
73/9 82/7 86/6
90/15 90/15 91/25
96/4 105/23 112/5
112/21 117/23
119/1 119/11
122/8 122/10
123/19 127/7
133/18 134/13
136/19 140/13
143/11 144/13
**while [12]** 3/9
4/25 5/1 7/2 9/2

9/8 31/22 83/8
110/24 121/18
122/1 129/5
**WHITE [6]** 1/18
2/14 5/16 13/6
13/9 47/11
**who [48]** 2/13
7/19 7/23 9/22
9/22 13/15 20/14
22/13 31/3 33/24
34/2 34/9 34/15
40/16 42/2 54/4
61/7 67/20 68/22
73/4 74/1 74/6
75/5 76/6 79/1
85/8 86/5 96/7
96/17 101/1 101/4
101/10 104/12
111/19 111/20
112/4 112/4
120/12 120/18
120/18 126/23
130/16 130/22
141/4 141/4
141/17 146/4
147/16
**who's [4]** 36/15
88/12 98/17
131/18
**whole [4]** 62/9
136/6 138/11
143/5
**whom [1]** 106/4
**whose [1]** 9/21
**why [30]** 29/17
30/23 32/4 40/14
41/10 42/5 50/18
59/1 69/1 70/23
72/6 73/14 73/23
76/12 79/2 82/13
83/17 95/20 96/2
111/3 111/15
114/22 117/25
127/9 127/17
136/21 139/25
141/22 145/20
147/13
**wide [2]** 8/7
131/24
**wide-ranging [1]**
131/24
**wife [4]** 79/3
114/25 115/25
116/5

**W**

**will [81]** 3/10 3/10 3/11 3/20 3/20 3/20 3/24 4/16 5/25 6/5 6/9 6/24 7/23 8/13 8/22 9/14 9/16 9/21 9/22 9/22 11/4 11/5 11/10 12/25 14/25 15/20 16/16 21/17 25/15 25/18 25/19 25/23 26/8 26/12 29/25 35/22 37/24 38/19 47/12 48/7 50/1 54/25 56/8 60/12 60/13 67/15 67/15 68/25 69/2 69/3 75/16 80/11 80/12 85/4 88/25 94/5 98/18 100/8 100/9 101/13 101/18 103/5 110/4 110/4 110/20 110/22 110/24 113/1 129/25 131/25 134/13 141/1 141/2 141/15 141/20 142/6 142/20 142/21 151/23 152/16 153/2
**willfully [2]** 5/2 12/17
**wishes [1]** 110/11
**within [7]** 51/23 122/16 122/18 122/19 124/5 146/11 146/12
**without [2]** 37/8 44/24
**witness [14]** 17/11 18/3 18/6 19/25 20/16 73/22 114/19 114/21 120/22 147/8 147/10 147/12 152/8 152/14
**witnesses [4]** 5/17 20/14 20/20 73/17
**woman [1]** 67/15
**woman's [1]** 47/8
**won't [1]** 50/5

**wondering [3]** 55/9 59/12 92/25
**word [2]** 45/4 54/23
**words [6]** 7/19 20/17 32/17 36/2 130/22 141/3
**work [48]** 6/6 29/20 31/5 32/11 32/12 32/18 44/23 45/1 45/22 45/25 46/21 47/16 48/1 48/9 49/5 49/18 50/2 53/20 57/25 58/24 59/24 63/17 65/19 66/3 66/9 66/11 68/8 70/16 70/18 70/21 70/22 73/10 73/12 79/4 79/9 83/12 84/23 85/15 97/16 102/24 103/5 103/16 116/20 127/19 128/2 136/24 137/17 149/21
**worked [26]** 8/9 15/7 17/19 23/24 24/10 40/12 40/17 61/12 62/1 72/24 73/5 79/16 82/11 83/15 86/18 93/1 105/24 106/3 106/5 106/23 127/8 127/14 127/21 127/22 136/20 144/14
**workers [3]** 87/16 93/3 93/4
**working [8]** 41/18 43/4 48/15 87/16 97/12 102/17 116/17 137/9
**works [7]** 40/12 40/17 42/8 63/3 79/5 82/17 85/8
**world [1]** 87/15
**worried [2]** 78/14 120/6
**worries [1]** 49/14
**worry [4]** 27/12 52/11 57/14 115/9
**would [176]**
**wouldn't [8]**

37/16 38/11 62/16 88/3 107/6 111/15 112/16 128/19
**write [6]** 10/2 10/12 10/21 10/23 10/24 12/21
**writing [5]** 4/1 11/1 11/18 11/20 22/18
**writings [1]** 14/20
**written [2]** 11/3 14/16
**wrong [2]** 10/17 120/10

**Y**

**yeah [23]** 32/14 44/7 48/25 58/22 59/2 59/20 61/15 63/5 64/1 66/13 76/25 77/11 77/25 84/10 85/11 115/6 116/14 137/5 138/3 139/6 139/7 140/23 149/18
**year [2]** 2/3 40/23
**years [26]** 27/3 51/18 52/20 52/20 58/2 64/2 64/4 73/7 74/13 79/8 83/3 83/6 104/19 104/22 106/3 118/5 127/23 137/1 137/9 137/17 144/17 144/18 145/2 146/11 147/12 149/23
**Yep [3]** 48/20 83/4 84/5
**yes [234]**
**yeses [1]** 11/19
**yesterday [3]** 133/10 133/11 133/20
**yet [2]** 88/25 143/6
**York [7]** 39/15 46/12 87/22 90/4 93/18 106/19 135/6
**you [1075]**
**you'd [7]** 7/20 9/10 56/14 80/17

102/2 115/14 121/11
**you'll [1]** 55/2
**you're [23]** 27/25 34/24 39/1 47/14 49/21 55/24 56/14 58/15 59/9 60/24 64/23 71/14 77/12 78/14 104/10 115/12 115/23 123/6 131/16 136/24 137/2 147/9 151/2
**you've [60]** 34/6 34/18 35/18 36/1 36/4 39/19 41/7 44/6 46/14 47/13 50/17 54/3 62/9 62/19 62/22 72/1 73/18 73/18 74/16 77/10 80/8 80/13 81/9 87/25 89/15 90/2 90/17 90/19 91/3 92/7 93/19 94/10 96/13 103/18 103/19 113/13 118/9 118/14 118/16 119/12 120/5 122/1 122/9 126/1 126/3 126/6 126/8 126/13 129/10 131/17 135/18 135/20 135/21 136/3 136/9 143/15 143/17 143/25 144/8 144/9
**young [2]** 47/7 67/15
**your [304]**
**Your Honor [75]** 2/2 2/7 2/12 3/4 3/14 3/16 7/8 28/1 28/7 28/9 28/15 29/6 31/9 31/18 32/20 33/5 33/8 33/22 37/13 47/21 49/17 49/23 49/24 54/17 56/5 56/7 60/4 60/11 66/18 67/9 68/1 68/3 70/9 70/25 71/5 71/7 81/15 81/21

88/6 88/10 88/15 93/15 97/21 98/10 99/2 100/11 101/20 101/25 102/4 102/15 103/7 104/7 106/2 108/2 109/18 109/24 110/2 110/9 111/11 116/24 117/4 117/6 125/6 125/13 129/4 132/20 133/15 139/21 140/3 140/6 140/16 152/5 152/15 152/22 152/24
**Your Honor's [1]** 37/16
**Yourself [1]** 70/16
**yourselves [1]** 2/5

**Z**

**Zelda [1]** 1/15