1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

2

    * * * * * * * * * * * * * * *   )
3   UNITED STATES OF AMERICA,       )      Criminal Action
                                    )       No. 21-00670
4                  Plaintiff,       )
                                    )
5    vs.                            )      **AFTERNOON SESSION**
                                    )
6   STEPHEN K. BANNON,              )      Washington, D.C.
                                    )      July 18, 2022
7                  Defendant.       )      2:06 p.m.
                                    )
8   * * * * * * * * * * * * * * *   )

9

10                  TRANSCRIPT OF JURY TRIAL
         BEFORE THE HONORABLE CARL J. NICHOLS,
11              UNITED STATES DISTRICT JUDGE

12


13  APPEARANCES:

14  FOR THE GOVERNMENT:      AMANDA R. VAUGHN, ESQ.
                            MOLLY G. GASTON, ESQ.
15                          UNITED STATES ATTORNEY'S OFFICE
                              FOR THE DISTRICT OF COLUMBIA
16                          555 Fourth Street, Northwest
                            Eleventh Floor
17                          Washington, D.C. 20530

18

    FOR THE DEFENDANT:      MATTHEW E. CORCORAN, ESQ.
19                          RIANE A. WHITE, ESQ.
                            SILVERMAN, THOMPSON, SLUTKIN, WHITE
20                          400 East Pratt Street
                            Suite 900
21                          Baltimore, Maryland 21202

22                          DAVID I. SCHOEN, ESQ.
                            LAW OFFICES OF DAVID I. SCHOEN
23                          2800 Zelda Road
                            Suite 100-6
24                          Montgomery, Alabama 36106

25

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              United States District Court for the
                                  District of Columbia
 3                              333 Constitution Avenue, Northwest
                                Room 6706
 4                              Washington, D.C. 20001
                                (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                THE COURTROOM DEPUTY:  Your Honor, we're now back
 2     on the record.
 3                THE COURT:  Thank you, Ms. Lesley.
 4                Counsel, anything that we need to address before
 5     we proceed with the next juror?
 6                MS. VAUGHN:  Not from the Government, your Honor.
 7                THE COURT:  Thank you.
 8                MR. CORCORAN:  No, your Honor.
 9                THE COURT:  Thank you.
10                Ms. Lesley, can we get -- I believe it's juror
11     1425.
12                THE COURTROOM DEPUTY:  Yes, sir.
13                (Thereupon, Prospective Juror No. 1425 entered the
14     courtroom and the following proceedings were had:)
15                THE COURT:  Good afternoon.
16                PROSPECTIVE JUROR:  Hello.
17                THE COURT:  You can take your mask off if you'd
18     like.
19                You are Juror 1425.  Correct?
20                PROSPECTIVE JUROR:  Yes.
21                THE COURT:  I've your note card here, and it
22     reflects that you answered yes to none of the questions I
23     asked earlier.  Correct?
24                PROSPECTIVE JUROR:  Correct.
25                THE COURT:  I just want to ask you a few followup
```

```
1    questions.  There may be a few from counsel.  I just want to
2    make sure that you answered correctly when I asked whether
3    you had heard anything about this case or Mr. Bannon.
4              PROSPECTIVE JUROR:  Okay.  I have not.
5              THE COURT:  You have not.
6              And what about the January 6 select -- what I
7    described as the Select Committee earlier today?  Have you
8    heard anything about that?
9              PROSPECTIVE JUROR:  No.
10             THE COURT:  Is there anything in either my
11   statement of the case earlier or the questions that you
12   heard that led you to worry that you couldn't be impartial
13   if you were selected as a juror here?
14             PROSPECTIVE JUROR:  No.
15             THE COURT:  Thank you.
16             Ms. Vaughn?
17             MS. VAUGHN:  Good afternoon.
18             PROSPECTIVE JUROR:  Good afternoon.
19             MS. VAUGHN:  I'm just wondering if you could tell
20   us what you do for a living.
21             PROSPECTIVE JUROR:  I'm a crew leader for River
22   Corps at Latin American Youth Center.
23             MS. VAUGHN:  What do you do there?
24             PROSPECTIVE JUROR:  It's essentially a supervisor
25   position for a job training program.
```

```
 1                 MS. VAUGHN:  Thank you.
 2                 THE COURT:  Mr. Corcoran?
 3                 MR. CORCORAN:  No questions, your Honor.  Thank
 4     you.
 5                 THE COURT:  Thank you.
 6                 Thank you, sir.  You may step out.
 7                 PROSPECTIVE JUROR:  Thank you.
 8                 (Thereupon, Prospective Juror No. 1425 retired
 9     from the courtroom and the following proceedings were had:)
10                 THE COURT:  Any motions to exclude 1425?
11                 MS. VAUGHN:  Not from the Government.
12                 MR. CORCORAN:  No, your Honor.
13                 THE COURT:  We will qualify 1425.
14                 Ms. Lesley, could you bring 257 in.
15                 (Thereupon, Prospective Juror No. 257 entered the
16     courtroom and the following proceedings were had:)
17                 THE COURT:  Please use the podium there.  Good
18     afternoon.
19                 PROSPECTIVE JUROR:  Good afternoon.
20                 THE COURT:  You're welcome to take your mask off
21     if you'd like.  You don't have to.
22                 You are Juror 257.  Correct?
23                 PROSPECTIVE JUROR:  Yes.
24                 THE COURT:  And I note here that you have not
25     answered yes to any of the questions on the card.  Correct?
```

```
1              PROSPECTIVE JUROR:  I have not.

2              THE COURT:  I just want to ask you a few followup

3      questions.  Just to confirm that you have not in fact heard

4      anything before today about this case.

5              PROSPECTIVE JUROR:  I have not.

6              THE COURT:  And you didn't have any information or

7      do not have any information before you appeared today about

8      the January 6 Special Commission?

9              PROSPECTIVE JUROR:  I do not.

10             THE COURT:  Is there anything in the statement of

11     case that I read earlier or the questions that I asked that

12     led you to conclude that you would not be able to be

13     impartial if you were selected as a juror?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Thank you.

16             Ms. Gaston?

17             MS. GASTON:  Good afternoon.

18             PROSPECTIVE JUROR:  Good afternoon.

19             MS. GASTON:  Could you tell us what you do for a

20     living?

21             PROSPECTIVE JUROR:  I manage a design show at the

22     design center.  I sell wallpaper and fabric.

23             MS. GASTON:  For interior design?

24             PROSPECTIVE JUROR:  Yes.  For interior design.

25             MS. GASTON:  Thank you.
```

```
1              THE COURT:  Mr. Corcoran?

2              MR. CORCORAN:  No questions.  Thank you very much.

3              THE COURT:  Thank you.

4              Thank you, sir.

5              (Thereupon, Prospective Juror No. 257 retired from

6     the courtroom and the following proceedings were had:)

7              THE COURT:  Any motions to exclude Juror 257?

8              MS. GASTON:  Not from the Government, your Honor.

9              MR. CORCORAN:  No, your Honor.

10             THE COURT:  We will qualify Juror 257.

11             Ms. Lesley, could you bring in Juror 1945.

12             (Thereupon, Prospective Juror No. 1945 entered the

13    courtroom and the following proceedings were had:)

14             THE COURT:  To the podium here.

15             Good afternoon.

16             PROSPECTIVE JUROR:  Good afternoon.

17             THE COURT:  You can take your mask off if you

18    would like.

19             You are Juror 1945.  Correct?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  I'm going to read into the record the

22    answers that -- the questions that you gave yes answers to

23    and then ask you some followup questions and then perhaps

24    the counsel for the parties will do so as well.

25             PROSPECTIVE JUROR:  Okay.
```

1          THE COURT:  So those questions to which you had

2     yes answers were 7-A, 8, 14, 16, 22, 23, 24.

3          Let's start with 8, which asks whether you have

4     written or said anything for public consumption about the

5     Defendant, the House Select Committee or the Committee's

6     investigation.  And it asks about blog posts, articles,

7     podcasts and the like.  So can you describe why you answered

8     yes to that question?

9          PROSPECTIVE JUROR:  I'm active on Twitter.  I

10    tweet about politics.  I'm sure I've said something.  I

11    don't remember anything specifically, but I think I have

12    said things on Twitter about it.

13          THE COURT:  What have you said?  Are you talking

14    about this case or the January 6 committee?

15          PROSPECTIVE JUROR:  I don't believe I've said

16    anything about this case.  I know that I was tweeting while

17    watching the hearing for the January 6 committee.

18          THE COURT:  Okay.

19          PROSPECTIVE JUROR:  So I know I've commented on

20    that.

21          THE COURT:  So you answered yes to 7-A also.  As a

22    reminder, that asks the question if you've heard, seen or

23    read anything about this case.  It asks:  Have you formed

24    any opinions about this case based on what you have heard,

25    seen or read?  You said yes.

```
1              PROSPECTIVE JUROR:  Yes.

2              THE COURT:  So can you tell us why you answered

3    yes to that question?

4              PROSPECTIVE JUROR:  I've kept up with the news.  I

5    have, you know, weak opinions based on what I've learned.

6              THE COURT:  What weak opinions do you have?

7              PROSPECTIVE JUROR:  My impression is that the

8    Committee subpoenaed information and it was not disclosed by

9    the Defendant.

10             THE COURT:  Do you have any other opinions about

11   this matter?

12             PROSPECTIVE JUROR:  No.  I mean, specific to this

13   case?

14             THE COURT:  About this case.

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  Do you believe in light of the

17   opinions either that you have expressed or that you hold

18   that you would be unable to be impartial in deciding this

19   case and hearing the evidence and my instructions?

20             PROSPECTIVE JUROR:  No.

21             THE COURT:  You also answered yes to Questions 14

22   and 16, which are to some extent related.  I'll ask about

23   them together.

24             14 is whether you've heard, seen or read anything

25   from any source about the Select Committee.  And then 16 is:
```

1    Have you watched or read coverage about the hearings?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Do you have anything to add to your

4    prior answers about what you've read or seen or what you've

5    written?

6              PROSPECTIVE JUROR:  Well, I watched the first

7    Committee hearing in prime time, the Committee hearing.  I

8    haven't watched anything since then, but I've read some

9    coverage of it, engaged in some Twitter discussion.  I guess

10   that's it.

11             THE COURT:  Do you recall in any of the hearings

12   or portions of the hearings that you've watched any mention

13   of the Defendant, Mr. Bannon, in the hearings?

14             PROSPECTIVE JUROR:  I don't recall.  I kind of

15   would be surprised if he wasn't mentioned, but I don't

16   recall anything specific.

17             THE COURT:  You don't have a specific recollection

18   of the hearing?

19             PROSPECTIVE JUROR:  No.

20             THE COURT:  As a result of your viewing of the

21   hearings and just generally knowing about the Committee,

22   does any of that knowledge lead you to be concerned about

23   your ability to be impartial if you were to be a juror?

24             PROSPECTIVE JUROR:  No.

25             THE COURT:  You answered yes to Question 22, which

```
 1   is sort of a different topic.  That's whether you or anyone

 2   in your family, a close family member or friend, has worked

 3   in the legal profession.  Can you describe why you answered

 4   yes to that question?

 5            PROSPECTIVE JUROR:  I went to law school.  I'm

 6   barred in Massachusetts.  I was practicing until 2020, late

 7   2020.  Now I'm a stay-at-home dad.

 8            THE COURT:  What kind of practice did you have?

 9            PROSPECTIVE JUROR:  Mostly contract law.  I was

10   doing in-house tech service agreement review.

11            THE COURT:  Did you do criminal law either as a

12   defense attorney or prosecutor?

13            PROSPECTIVE JUROR:  No.

14            THE COURT:  Anything about your service as a

15   lawyer in house or your legal training that would make you

16   concerned that you would be -- have a hard time being

17   impartial or at least following my instructions?

18            PROSPECTIVE JUROR:  No.

19            THE COURT:  You answered yes to the question

20   whether you or a family member or anyone else had been the

21   subject of a criminal investigation or a crime.  If

22   answering or describing your answer in more detail is

23   particularly personal, we have the ability to do a phone

24   call with a husher that would be more limited; but if you're

25   comfortable discussing it publicly, you can do so as well.
```

```
 1                    PROSPECTIVE JUROR:  I'm fine.
 2                    When I was, like, 19, 20, I was arrested for
 3      possession of a controlled substance.  Charges were
 4      dismissed.
 5                    THE COURT:  How many years ago was that?
 6                    PROSPECTIVE JUROR:  17.
 7                    THE COURT:  Is there anything about that
 8      experience that would cause you to have a concern or in your
 9      view that would influence how you would operate or approach
10      this case as a juror?
11                    PROSPECTIVE JUROR:  No.
12                    THE COURT:  Then last, the last question you
13      answered yes to is 24, which is whether you or a family
14      member or anyone close to you has ever been a victim or a
15      witness of a crime --
16                    PROSPECTIVE JUROR:  Yes.
17                    THE COURT:  -- whether it was reported to law
18      enforcement or testified in court before a grand jury.  So
19      can you describe why you answered yes there?
20                    PROSPECTIVE JUROR:  I had bikes stolen.  I've seen
21      fights.  Nothing specific.
22                    THE COURT:  When was the last incident along those
23      lines?
24                    PROSPECTIVE JUROR:  My bike was stolen 20 years
25      ago.  I saw a fight in the street in which a gun was
```

```
1    involved.  Nobody was shot or anything.  That was probably
2    ten years ago.
3              THE COURT:  Okay.
4              PROSPECTIVE JUROR:  That was probably it.
5              THE COURT:  Thank you.
6              Who's up?  Ms. Vaughn?  Ms. Gaston?  I'm not sure
7    I have the alternating --
8              MS. VAUGHN:  That's me, Judge.  Thank you.
9              THE COURT:  Ms. Vaughn.
10             MS. VAUGHN:  Good afternoon.
11             You said that you had some weak opinions about the
12   case.  So I just wanted to ask questions about that.  Have
13   you formed any opinions based on what you've read about the
14   Defendant's guilt or innocence in this case?
15             PROSPECTIVE JUROR:  Based on what I've read in the
16   news, I was under the impression that he was guilty.  But I
17   don't take the news reports to be a full, you know, set of
18   the evidence.  I don't know specifically other than the fact
19   that, you know, he was charged and it seems like pretty --
20   you know, pretty easy to ascertain whether or not there was
21   a subpoena, whether or not he responded to it.
22             MS. VAUGHN:  And you heard the question during
23   earlier questions when the whole venire was here that the
24   burden is with the Government to prove the case and it never
25   leaves the Government.  Would you be able to follow that
```

198

1    instruction and require us to meet our burden?

2              PROSPECTIVE JUROR:  Yes.

3              MS. VAUGHN:  And you said that you have commented

4    on the hearings and watched them.

5              Do you have any recollection of any comments

6    you've made with respect to the hearings that involve the

7    Defendant?

8              PROSPECTIVE JUROR:  I don't remember anything

9    specifically about the Defendant.  I know that I commented.

10   I expressed some shock and dismay at the hearings.  I don't

11   remember specifically.  It's on my Twitter feed if you want

12   to look.

13             MS. VAUGHN:  You know this trial is about a

14   subpoena.  Are you able to separate what the hearings are

15   about from what this trial is about?

16             PROSPECTIVE JUROR:  Yes.

17             MS. VAUGHN:  And your opinion based on reading

18   news articles, how firmly do you feel that you hold that

19   opinion?

20             PROSPECTIVE JUROR:  As I said, weakly.  I am wont

21   to change my mind.

22             MS. VAUGHN:  You would be willing to change your

23   mind depending on what the evidence shows?

24             PROSPECTIVE JUROR:  Yes.  Sorry.  I am known to

25   change my mind frequently.

```
 1                 MS. VAUGHN:  Would you be able to put aside any
 2      views that you have completely before the evidence begins?
 3                 PROSPECTIVE JUROR:  Yes.
 4                 MS. VAUGHN:  So you're not holding any opinion
 5      while you're judging the evidence in this case?
 6                 PROSPECTIVE JUROR:  Yes.
 7                 MS. VAUGHN:  And how sure are you that you can do
 8      that?
 9                 PROSPECTIVE JUROR:  Very.
10                 MS. VAUGHN:  Thank you.
11                 THE COURT:  Mr. Corcoran?
12                 MR. CORCORAN:  Good afternoon.
13                 PROSPECTIVE JUROR:  Good afternoon.
14                 MR. CORCORAN:  In terms of the Twitter commentary,
15      how many of the hearings did you watch and engage in
16      broadcasting your views to the public?
17                 PROSPECTIVE JUROR:  I only watched the first one.
18      I don't know if I commented on anything to come out of later
19      ones.  I know that I didn't watch them.  So if I did, it was
20      in passing and less well-informed.  But I was tweeting while
21      watching the first one.
22                 MR. CORCORAN:  And that hearing lasted -- I don't
23      know the exact amount of time, but how long did you watch
24      it?
25                 PROSPECTIVE JUROR:  I had it on the entire time.
```

1    I'd say that, you know, my attention waned as it went on.

2    So it sort of came and went.  I was sitting and talking to

3    my wife throughout, but I was sitting in front of the TV

4    watching it throughout the entire hearing.

5              MR. CORCORAN:  And what was the nature of the

6    commentary that you were broadcasting to the public about

7    the hearing?

8              PROSPECTIVE JUROR:  I thought that it was

9    well-presented, that the information was troubling.  I think

10   I said "damning."

11             MR. CORCORAN:  And when you used the word

12   "damning," what does that mean, that the information that

13   was presented by the Select Committee hearing is damning?

14   Who is it damning to?

15             PROSPECTIVE JUROR:  I'm not sure who I was

16   referring to specifically.  I thought that it did a good job

17   of laying out the case that there was something more going

18   on that is possibly criminal that should lead to some more

19   investigation.

20             MR. CORCORAN:  When you say "something more going

21   on," what are you speaking about?  Are you saying there's

22   something more -- beyond just the overrunning of the

23   Capitol?

24             PROSPECTIVE JUROR:  Yeah.

25             MR. CORCORAN:  What was that?  Are you talking

1    about planning or what -- I don't want to put words in your

2    mouth.

3              PROSPECTIVE JUROR:  Yeah.  That there was some --

4    I don't want to use the word "conspiracy," but, you know,

5    intentional stoking of popular sentiment that led to what

6    happened on January 6th.

7              MR. CORCORAN:  And do you have an opinion based on

8    what you saw as to who was stoking that?

9              PROSPECTIVE JUROR:  I mean, it seemed at the time

10   that Donald Trump was involved.  I know that there was a

11   future hearing that was going to go more into that.  I don't

12   know if the case was made specifically about him during that

13   hearing, but others that were mentioned in the hearing or

14   featured on the hearing as witnesses.

15             MR. CORCORAN:  Was there anybody else beyond

16   President Donald Trump who was in your mind part of this

17   stoking of the attack?

18             PROSPECTIVE JUROR:  None that I could say by name.

19   People in Trump's orbit.

20             MR. CORCORAN:  Who is the audience that you were

21   broadcasting to during the hearing?

22             PROSPECTIVE JUROR:  I don't know them.  I have,

23   like, 200 followers.  They're random people.  I may have

24   used hashtags for anybody that was interested in the

25   hearing.

```
1              MR. CORCORAN:  As best you can recall, what
2    hashtags did you use?
3              PROSPECTIVE JUROR:  I don't recall specifically.
4    I probably looked around for whatever the most popular one
5    was, something like January 6 committee or January 6 hearing
6    or something like that.
7              MR. CORCORAN:  Okay.  Now, you stated that you
8    would be kind of surprised if you didn't mention Mr. Bannon
9    in a tweet.  Why do you say that?
10             PROSPECTIVE JUROR:  I follow politics.  He's been
11   prominent in the news.  I tend to comment on a lot of
12   things, particularly around politics over the past few
13   years.  So I think he was prominent enough that I probably
14   would have said something at some point.
15             MR. CORCORAN:  What's your perception of
16   Mr. Bannon?
17             PROSPECTIVE JUROR:  I disagree with him
18   politically.  I don't like Breitbart.  Personally, I mean, I
19   think it makes -- it has made some decisions that I do
20   disagree with.
21             MR. CORCORAN:  Okay.  I think that's it, your
22   Honor.
23             THE COURT:  Thank you, counsel.
24             Thank you, sir.
25             PROSPECTIVE JUROR:  Thank you.
```

```
 1                    (Thereupon, Prospective Juror No. 1945 retired

 2          from the courtroom and the following proceedings were had:)

 3                    THE COURT:  Any motions to exclude 1945?

 4                    MR. CORCORAN:  Yes, your Honor.  We do have a

 5          motion to exclude him.  I think this is the first one that

 6          we've had who's essentially had a running commentary and

 7          made comments about the hearing.  He was obviously familiar

 8          with Mr. Bannon.

 9                    So again, if you think about it, just neutrally

10          going into a criminal trial, do you want somebody on the

11          jury who has already formed an opinion of the Defendant?

12          And that was clear from his comments.

13                    He also has already formed an opinion on

14          Mr. Bannon's guilt.  He said:  I was under the impression

15          that he was guilty.

16                    Now, he said he was willing to change his mind,

17          but we don't want to seat jurors who have in mind that

18          somebody's guilty just to try to change their mind.  That's

19          an uphill battle.  And we'd move to exclude him.

20                    THE COURT:  Thank you.

21                    Ms. Vaughn?

22                    MS. VAUGHN:  Your Honor, I think when I asked him

23          a followup from that, he did say that it was weakly held and

24          that he understands the Government has the burden and that

25          he could hold us to our burden and put aside whatever he
```

 1    viewed.  It sounds like his opinion was based on just like

 2    the basic facts of this case, which the Court has told all

 3    the jurors today; and he says he can set that aside to judge

 4    the evidence.

 5             So we think there's probably not a basis --

 6    there's not a basis to strike this juror.

 7             THE COURT:  I'll grant the motion.  1945 is

 8    excluded.  Unlike people who just have a lot of information,

 9    he does seem to have reached at least some tentative

10    conclusions about this case.  And I think that is over the

11    line or at least distinguishes him from the few people we

12    have qualified.

13             So we'll exclude 1945.

14             Ms. Lesley, 544, please.

15             (Thereupon, Prospective Juror No. 544 entered the

16    courtroom and the following proceedings were had:)

17             THE COURT:  And if you could come to the podium,

18    sir.

19             You can take your mask off if you would like.

20             You are Juror 544.  Correct?

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  You answered yes to just one question,

23    which is Question 15.  And that question said:  If you're

24    familiar with the Select Committee or its investigation, do

25    you have any beliefs or opinions about the Committee, the

1    investigation or Congress more generally that would make it

2    difficult for you to remain fair and impartial to both the

3    Government and the Defendant throughout the trial in this

4    case?

5              You answered yes to that question.

6              Can you describe why you answered yes to that

7    question?

8              PROSPECTIVE JUROR:  I guess I didn't really

9    understand the question thoroughly, how you just described

10   it.

11             THE COURT:  Okay.

12             PROSPECTIVE JUROR:  But yeah.  I don't know in

13   general information and stuff.

14             THE COURT:  Let me ask this:  Did you have any

15   knowledge about the case before you appeared here today?

16             PROSPECTIVE JUROR:  Not the case.  I've heard

17   about what happened.

18             THE COURT:  When you say "about what happened," do

19   you mean about January 6th?

20             PROSPECTIVE JUROR:  January 6.  Yes.

21             THE COURT:  So you haven't heard about this case

22   before you appeared here today?

23             PROSPECTIVE JUROR:  No.

24             THE COURT:  What had you heard or what opinion had

25   you formed about what happened on January 6?

```
 1              PROSPECTIVE JUROR:  I mean, it was a -- I mean, I
 2     don't have no opinion.  I just don't think it makes sense.
 3              THE COURT:  What doesn't make sense?  What
 4     happened?
 5              PROSPECTIVE JUROR:  What happened.  Yeah.  I
 6     really didn't look into why everything happened.  But I'm
 7     pretty sure it was like people protesting.  I don't really
 8     have an opinion.
 9              THE COURT:  Have you been paying any attention to
10     the Committee, what we're calling the January 6 committee or
11     the Select Committee in the House of Representatives and its
12     work?
13              PROSPECTIVE JUROR:  No.
14              THE COURT:  Have you watched any of the hearings
15     that the Committee has had?
16              PROSPECTIVE JUROR:  No.
17              THE COURT:  Based on what I said earlier today
18     about the case, what this case is about and the questions
19     that we asked earlier, do you have a concern that you would
20     be unable to be impartial if you were a juror?
21              PROSPECTIVE JUROR:  No.
22              THE COURT:  Thank you.
23              Ms. Gaston?
24              MS. GASTON:  Good afternoon, sir.
25              PROSPECTIVE JUROR:  How's it going?
```

1          MS. GASTON:  Do you have any familiarity with the

2     Defendant or know who he is or what he has done for a

3     living?

4          PROSPECTIVE JUROR:  No.

5          MS. GASTON:  And what do you do for a living?

6          PROSPECTIVE JUROR:  I work for parks and rec for

7     the D.C. government.

8          MS. GASTON:  What do you do there?

9          PROSPECTIVE JUROR:  I'm the maintenance manager

10    for the aquatics division.

11         MS. GASTON:  Thank you.

12         PROSPECTIVE JUROR:  Yeah.

13         THE COURT:  Mr. Corcoran?

14         MR. CORCORAN:  No questions.  Thank you very much.

15         THE COURT:  Thank you, sir.

16         PROSPECTIVE JUROR:  Welcome.  Thank you.

17         (Thereupon, Prospective Juror No. 544 retired from

18    the courtroom and the following proceedings were had:)

19         THE COURT:  Any motions to exclude Juror No. 544?

20         MS. GASTON:  Not from the Government, your Honor.

21         MR. CORCORAN:  No, your Honor.

22         THE COURT:  Juror 544 is qualified.

23         Juror 1798, Ms. Lesley.

24         (Thereupon, Prospective Juror No. 1798 entered the

25    courtroom and the following proceedings were had:)

```
 1                    THE COURT:  To the podium, please, sir.

 2                    PROSPECTIVE JUROR:  How are you?

 3                    THE COURT:  Well.  You may take off your mask if

 4          you would like.

 5                    PROSPECTIVE JUROR:  Sure.

 6                    THE COURT:  You don't have to.  Just if you would

 7          like.

 8                    You are Juror 1798.  Correct?

 9                    PROSPECTIVE JUROR:  That's right.

10                    THE COURT:  I have your note card here.  I'm just

11          going to let the record reflect that you answered yes to

12          three questions:  7, 15 and 16.

13                    Question 7 asks whether you have heard, seen or

14          read anything from any source about this case.  Can you

15          describe for us why you answered yes to that question?

16                    PROSPECTIVE JUROR:  I got the information from the

17          newspapers.  I subscribe, you know, to one of the

18          newspapers.

19                    THE COURT:  What newspaper?  Do you recall?

20                    PROSPECTIVE JUROR:  *The Washington Post*.  So they

21          just deliver it to my house.

22                    THE COURT:  What do you recall reading about this

23          case?

24                    PROSPECTIVE JUROR:  I recall reading that, you

25          know, he was subpoenaed by the January 6, you know,
```

```
1    committee.  And then he said he -- you know, the previous
2    president, he had given him -- what do they call it?  A
3    presidential what?  It's not a minute.
4              THE COURT:  It's okay if you don't recall.  I
5    can't help you.
6              So what else do you remember reading about or
7    learning about this matter?
8              PROSPECTIVE JUROR:  Yeah.  That was it.
9              THE COURT:  Do you remember approximately how many
10   news articles you've read about this matter?
11             PROSPECTIVE JUROR:  No.  It was just one.
12             THE COURT:  Did you form any opinions about this
13   case as a result of reading that --
14             PROSPECTIVE JUROR:  No, I didn't.
15             THE COURT:  -- article?
16             PROSPECTIVE JUROR:  No.
17             THE COURT:  Do you have any reason to be concerned
18   that as a result of reading the article that you would be
19   unable to be impartial?
20             PROSPECTIVE JUROR:  No.
21             THE COURT:  You also answered yes to Questions 15
22   and 16.  And they ask questions about the Select Committee
23   and the hearings the Select Committee has been holding.
24             So can you start by describing to us what you know
25   about the Select Committee, how you've learned of it and
```

1    what you've watched of the hearings?

2              PROSPECTIVE JUROR:  Yeah.  I know the Select

3    Committee was put together after the January 6 inside

4    action.  So they were put in there to investigate, you know,

5    what really happened.

6              And I'm sure what they are trying to do is to

7    figure out if they can fix, you know, the problem so that it

8    won't happen again.

9              THE COURT:  What about the hearings?  Have you

10   watched or -- first of all, let me ask, have you watched any

11   of the hearings?

12             PROSPECTIVE JUROR:  Yeah, I did.

13             THE COURT:  How many of them?

14             PROSPECTIVE JUROR:  Maybe two or three.

15             THE COURT:  Do you recall any mention of the

16   Defendant, Mr. Bannon, here in the hearings that you

17   watched?

18             PROSPECTIVE JUROR:  During the hearings?  Yeah.  I

19   remember there was -- there was a time where they had

20   particular names about individuals, who was subpoenaed.  And

21   then they ignored, you know, the subpoena.  Yeah.  And I

22   think Mr. Bannon was one of them.  I think they mentioned

23   him.

24             And then they mentioned, you know, the lawyer, the

25   White House lawyer.  But then I think subsequently he

```
 1    appeared, you know.

 2                THE COURT:  Okay.

 3                PROSPECTIVE JUROR:  Correct.

 4                THE COURT:  You also answered 15.  It says if you

 5    are familiar with the Select Committee, as you said you are,

 6    do you have any beliefs or opinions about the Committee, its

 7    investigation or Congress more generally that would make it

 8    difficult for you to remain fair and impartial to both the

 9    Government and the Defendant?

10                PROSPECTIVE JUROR:  No.

11                THE COURT:  So do you think that was just an

12    erroneous answer?

13                PROSPECTIVE JUROR:  Yeah.  I thought maybe the

14    question was:  Are you familiar with how they are

15    conducting, you know, the hearing?

16                THE COURT:  So let me ask you that question very

17    clearly:  Based on either your knowledge of this case or the

18    Committee and its hearings more generally, is there anything

19    about your knowledge that would make it hard for you to be

20    fair and impartial?

21                PROSPECTIVE JUROR:  No.

22                THE COURT:  Is there anything else that you heard

23    today or in the questions that were asked that would make it

24    hard, you think, for you to be fair and impartial?

25                PROSPECTIVE JUROR:  No.
```

```
 1                    THE COURT:  Thank you.

 2                    Ms. Vaughn?

 3                    MS. VAUGHN:  Good afternoon.

 4                    PROSPECTIVE JUROR:  Good afternoon.

 5                    MS. VAUGHN:  I think you mentioned that you had

 6      heard the Defendant's name before --

 7                    PROSPECTIVE JUROR:  Right.

 8                    MS. VAUGHN:  -- in the hearings.

 9                    Is there anything that you have heard about the

10      Defendant in the hearings that would prevent you from being

11      fair and impartial in this case?

12                    PROSPECTIVE JUROR:  No.

13                    MS. VAUGHN:  Thank you.

14                    THE COURT:  Mr. Corcoran?

15                    MR. CORCORAN:  Sir, good afternoon.

16                    PROSPECTIVE JUROR:  Good afternoon.

17                    MR. CORCORAN:  Do I understand that you drive for

18      a living?

19                    PROSPECTIVE JUROR:  Yes.

20                    MR. CORCORAN:  Tell me a little bit about that.

21                    PROSPECTIVE JUROR:  Yeah.  I transport special

22      needs, you know, children for all city.  That is D.C.

23      government.

24                    MR. CORCORAN:  Perfect.

25                    Let me just ask a followup question about the
```

213

```
1     Select Committee hearing that you saw.
2               I understand that you said that your perception
3     was the Committee is investigating and perhaps looking to
4     fix certain problems, but that watching at least one of the
5     hearings you said that you thought you heard Mr. Bannon's
6     name as somebody who was subpoenaed and ignored the
7     subpoena.  Is that your memory?
8               PROSPECTIVE JUROR:  Yeah.  I think so.  Yeah.
9               MR. CORCORAN:  And would you be open to listening
10    to the evidence in this case that might not show that he
11    ignored the subpoena?  Could you be fair and just listen
12    about that?
13              PROSPECTIVE JUROR:  Yeah.  Yes.
14              MR. CORCORAN:  Thank you, your Honor.
15              THE COURT:  Thank you.
16              Thank you, sir.
17              PROSPECTIVE JUROR:  Thank you.
18              (Thereupon, Prospective Juror No. 1798 retired
19    from the courtroom and the following proceedings were had:)
20              THE COURT:  Any motions to exclude Juror 1798?
21              MS. VAUGHN:  Not from the Government, your Honor.
22              MR. CORCORAN:  No, your Honor.
23              THE COURT:  Juror 1798 is qualified.
24              Ms. Lesley, let's bring in Juror 749.
25              (Thereupon, Prospective Juror No. 749 entered the
```

1    courtroom and the following proceedings were had:)

2              THE COURT:  Good afternoon.

3              PROSPECTIVE JUROR:  Good afternoon, sir.

4              THE COURT:  You can take your mask off if you

5    would like.

6              PROSPECTIVE JUROR:  Thank you.

7              THE COURT:  You're Juror 749.  Correct?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  I note for the record that your note

10   card contains no answers -- or no questions as to which your

11   answer was yes.  Correct.

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Let me just ask you a few followup

14   questions about that.

15             Have you heard anything about before today --

16   anything about this case?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  Were you familiar before today with

19   the Defendant?

20             PROSPECTIVE JUROR:  No.

21             THE COURT:  Have you heard anything before today

22   about the Select Committee that I described earlier?

23             PROSPECTIVE JUROR:  No.

24             THE COURT:  Is there anything that you heard in my

25   description of the statement of the case or the questions

1    that I asked that would cause you to worry that you could

2    not be impartial if you sat as a juror?

3              PROSPECTIVE JUROR:  No.

4              THE COURT:  Thank you.

5              Ms. Gaston?

6              MS. GASTON:  Good afternoon.

7              PROSPECTIVE JUROR:  Good afternoon.

8              MS. GASTON:  Could you tell us what you do for a

9    living?

10             PROSPECTIVE JUROR:  I work for D.C. government.

11             MS. GASTON:  And what do you do for the D.C.

12   government?

13             PROSPECTIVE JUROR:  I work for the office of the

14   healthcare ombudsman for the D.C. government.

15             MS. GASTON:  And what do you do for the ombudsman?

16             PROSPECTIVE JUROR:  I advocate for the beneficiary

17   of the District of Columbia when they have healthcare

18   issues.  So we deal with Medicare recipients, D.C. Medicaid

19   recipients.  When they have issues with their insurance,

20   they call our office so we can advocate for them on behalf

21   of them.

22             MS. GASTON:  Communicate with their insurance

23   companies?

24             PROSPECTIVE JUROR:  No.  We communicate with the

25   Medicaid recipient and the Medicaid office.

```
 1                MS. GASTON:  Understood.  Thank you.

 2                PROSPECTIVE JUROR:  You're welcome.

 3                THE COURT:  Mr. Corcoran?

 4                MR. CORCORAN:  No.  Thank you very much.

 5                THE COURT:  Thank you, ma'am.

 6                PROSPECTIVE JUROR:  Okay.

 7                (Thereupon, Prospective Juror No. 749 retired from

 8       the courtroom and the following proceedings were had:)

 9                THE COURT:  Any motions to exclude 749?

10                MS. GASTON:  Not from the Government, your Honor.

11                MR. CORCORAN:  No, your Honor.

12                THE COURT:  Juror 749 is qualified.

13                Ms. Lesley, 1053, please.

14                (Thereupon, Prospective Juror No. 1053 entered the

15       courtroom and the following proceedings were had:)

16                THE COURT:  Good afternoon.

17                PROSPECTIVE JUROR:  Hi.

18                THE COURT:  You can take your mask off if you

19       would like.

20                PROSPECTIVE JUROR:  Sure.

21                THE COURT:  You are Juror 1053.  Correct?

22                PROSPECTIVE JUROR:  Yes.

23                THE COURT:  I'm going to read for the record the

24       questions you answered yes to and then have some followup

25       questions, and the lawyers may as well.
```

1            You answered yes to Questions 10, 14, 16, 21, 22,

2    24.  Correct?

3            PROSPECTIVE JUROR:  Yes.

4            THE COURT:  10 asked whether you or a family

5    member or anyone close to you worked for the House, the

6    Senate or some other agency affiliated with the legislative

7    branch.  Can you describe why you answered yes to that

8    question?

9            PROSPECTIVE JUROR:  Yeah.  So I answered to be

10   cautious.  I have not worked directly, but I have submitted

11   reports to the Senate for internships.  And I also work for

12   a company that receives State Department grants and USAID

13   grants.

14           THE COURT:  What do you do?

15           PROSPECTIVE JUROR:  I am a senior program

16   associate at IRI.

17           THE COURT:  What is IRI?

18           PROSPECTIVE JUROR:  It's the International

19   Republican Institute.  It's a development agency.

20           THE COURT:  Is there anything about that work that

21   leads you to conclude that you could not be unbiased and

22   impartial in this case?

23           PROSPECTIVE JUROR:  No.  I don't believe so.  It's

24   mostly international -- it's all international.

25           THE COURT:  You answered yes to two questions that

218

1    are somewhat related.  I'll ask you some stuff about them

2    together --

3              PROSPECTIVE JUROR:  Sure.

4              THE COURT:  -- which is about the Select Committee

5    and the hearings of the Select Committee.  Can you describe

6    to us what you know about the work of the Select Committee,

7    how you have come to learn about that and how much you've

8    watched of the hearings?

9              PROSPECTIVE JUROR:  Sure.  My knowledge isn't

10   super in-depth.  It's just kind of general, in passing.  I

11   listen to, like, NPR in the morning, read BBC and listen to

12   BBC.

13             I've watched one hearing.  It was the hearing that

14   came up at the last minute after the session had already

15   closed.  And that is mostly the extent of my knowledge.  I

16   really -- I don't know much more than that.

17             THE COURT:  Do you recall whether in any of the

18   portion of the hearing or hearings that you watched whether

19   there was a discussion of Mr. Bannon, the Defendant here?

20             PROSPECTIVE JUROR:  I don't remember if his name

21   was brought up.  I don't recall.

22             THE COURT:  And have you formed an opinion about

23   this case as a result of your knowledge of the Select

24   Committee or its work or the hearings?

25             PROSPECTIVE JUROR:  I think it's impossible not to

1   have some kind of opinion, but I don't think I have a strong

2   opinion because I don't really know the facts of what's

3   going on.

4            THE COURT:  Recognizing what you just said, what

5   is your opinion?

6            PROSPECTIVE JUROR:  I mean, I guess in this

7   particular case, for me what's contempt seems

8   straightforward in that you just don't comply with the court

9   order.  And that is what happens in any case.

10            THE COURT:  So that's your general view.  Would

11   you be willing and able to listen to the evidence and the

12   arguments that both sides make and my instructions on the

13   law to determine whether in fact the Defendant committed the

14   crime that he's charged with?

15            PROSPECTIVE JUROR:  Yes.  Absolutely.

16            THE COURT:  You also answered yes to Question 21,

17   which I guess is in part what we just discussed, whether as

18   you sit here you have an opinion about the Defendant's guilt

19   or innocence in this case.  Is that what you were just

20   describing?

21            PROSPECTIVE JUROR:  Yes.  Exactly.  It would feel,

22   I think, dishonest if I said that -- you know, I said no

23   immediate.  But the reaction is, like, kind of came to mind

24   for that.  Yeah.

25            THE COURT:  Question 22 asks whether you or a

1    family member or anyone close to you works in the legal

2    profession generally.  Can you describe your yes answer

3    there?

4              PROSPECTIVE JUROR:  Absolutely.  For about two

5    years, I was a civil, criminal and immigration litigation

6    paralegal working on civil rights.  I worked briefly for a

7    retirement law firm as a library coordinator.  And I study

8    international law and constitutional law in the Middle East.

9              THE COURT:  When did you study those topics?

10             PROSPECTIVE JUROR:  During my master's program and

11   kind of ongoing.

12             THE COURT:  And when did the master's program

13   finish?

14             PROSPECTIVE JUROR:  2021.

15             THE COURT:  But you're still doing that now?

16             PROSPECTIVE JUROR:  I'm done with my master's.

17             THE COURT:  I'm sorry.  You're still studying

18   those topics now?

19             PROSPECTIVE JUROR:  They're relevant, I would say.

20   Mostly just constitutional law in the Middle East, though.

21   The civil, criminal and immigration side of things has

22   ended.

23             THE COURT:  When were you last a paralegal?

24             PROSPECTIVE JUROR:  2019.

25             THE COURT:  Okay.  Anything about those

1    experiences or your study of legal issues, including

2    constitutional law in the Middle East, that would lead you

3    to question whether you could be fair and impartial in this

4    matter?

5             PROSPECTIVE JUROR:  I don't think so.  I think it

6    instead heightens kind of my -- the importance I place in

7    justice in the legal process.

8             THE COURT:  You also answered yes to Question

9    24 --

10            PROSPECTIVE JUROR:  Yes.

11            THE COURT:  -- which is whether you or anyone has

12   been a victim or a witness to a crime.  If answering or

13   providing us with details about that is particularly

14   personal, we can get on the phone if you'd like to.  But

15   otherwise, you can just tell us --

16            PROSPECTIVE JUROR:  No.  It's okay.

17            THE COURT:  -- what the circumstances of that are.

18            PROSPECTIVE JUROR:  My best friend's father was

19   murdered in November.

20            THE COURT:  I'm very sorry to hear that.

21            PROSPECTIVE JUROR:  Thank you.

22            THE COURT:  Is there anything about that

23   experience that causes you to have a view of law enforcement

24   and/or perhaps not be impartial in this case?

25            PROSPECTIVE JUROR:  No.  It's unrelated.

```
 1                THE COURT:  Thank you for that.

 2                PROSPECTIVE JUROR:  Yes.

 3                THE COURT:  Ms. Vaughn?

 4                MS. VAUGHN:  Good afternoon.

 5                PROSPECTIVE JUROR:  Hi.

 6                MS. VAUGHN:  I just wanted to double-check.  Have

 7      you seen anything in the news or on television about this

 8      case in particular?

 9                PROSPECTIVE JUROR:  So the only thing I've seen,

10      on Saturday night I was like, Oh, I have jury duty in

11      District Court.  I'm going to Google, you know, District

12      Court D.C.  And I saw it was for a case regarding

13      Mr. Bannon.

14                MS. VAUGHN:  Did you read about what the case was

15      about?

16                PROSPECTIVE JUROR:  No.  I closed it once I

17      realized.

18                MS. VAUGHN:  And what led you to close it?

19                PROSPECTIVE JUROR:  I didn't want to, I guess,

20      corrupt what --

21                MS. VAUGHN:  Taint yourself?

22                PROSPECTIVE JUROR:  Yes.  Exactly.

23                MS. VAUGHN:  And so the opinion about the case

24      that you expressed, I think, was that contempt seems

25      straightforward to you.  Is that just based on the
```

1    description you got of the case today in court?

2              PROSPECTIVE JUROR:  I think it's more my

3    experience as a paralegal.  That was kind of -- you know,

4    I've dealt with jurors or witnesses who did not want to

5    appear in court.  And, like, that was kind of obvious.  If

6    you don't go as a witness, there will be the consequences.

7    And that's kind of where that opinion comes from.

8              MS. VAUGHN:  So it sounds like the opinion is not

9    based on the facts of this case or what you might know --

10             PROSPECTIVE JUROR:  Exactly.

11             MS. VAUGHN:  So would you be able to set aside

12   your prior experience as a paralegal and just judge the

13   evidence -- I mean, judge this case just based on the

14   evidence you get here?

15             PROSPECTIVE JUROR:  Yes.

16             MS. VAUGHN:  Do you have any concerns about your

17   ability to be fair and impartial?

18             PROSPECTIVE JUROR:  I don't think so.

19             MS. VAUGHN:  Thank you.

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Mr. Corcoran?

22             MR. CORCORAN:  Good afternoon.

23             PROSPECTIVE JUROR:  Hi.

24             MR. CORCORAN:  Just to follow up on your

25   experience as a paralegal, I think I understood you to say

1    that at certain times witnesses had not wanted to show up

2    and that, because of that, the concept of contempt was

3    something that you thought about or considered.  Could you

4    explain that a little more?

5            PROSPECTIVE JUROR:  Sure.  Without getting too

6    much in the details, there was just one particular witness

7    who was afraid to show up in court.  And it was an issue

8    that day as trial was going on.  One of our senior attorneys

9    and my boss had mentioned, like, we have to tell them if

10    they don't go it's contempt.

11            That was kind of what I think motivated that

12    person to go.  I think that's really the extent of my direct

13    interaction with that concept.

14            MR. CORCORAN:  Okay.  And would you be able to --

15    obviously, this is a contempt of Congress, not a contempt of

16    Court.

17            PROSPECTIVE JUROR:  Right.

18            MR. CORCORAN:  Would you be able to consider the

19    law and the rules that the judge gives you on that topic?

20            PROSPECTIVE JUROR:  Yeah.  I think with more

21    information and understanding the differences and the

22    specifics of it, I definitely could.

23            MR. CORCORAN:  And you expressed a general view,

24    it sounds like, based on your experience that contempt seems

25    straightforward.

```
 1              But would you be willing to consider all evidence

 2      that shows that contempt in this matter is not so

 3      straightforward?

 4              PROSPECTIVE JUROR:  Yes.  I'd be open to hearing

 5      the evidence for what it is.  Yes.

 6              MR. CORCORAN:  That's it, your Honor.  Thank you.

 7              THE COURT:  Thank you.

 8              Thank you, ma'am.

 9              PROSPECTIVE JUROR:  Thank you.

10              I left my mask.  I apologize.

11              THE COURT:  No problem.

12              (Thereupon, Prospective Juror No. 1053 retired

13      from the courtroom and the following proceedings were had:)

14              THE COURT:  Any motions to exclude 1053?

15              MS. VAUGHN:  Not from the Government, your Honor.

16      But we do object to the questions.

17              THE COURT:  I know.

18              MR. CORCORAN:  No, your Honor.

19              THE COURT:  So Juror 1053 is qualified.

20              Now, Ms. Vaughn, go ahead.  I assume you object to

21      Mr. Corcoran having essentially told the juror that the

22      issues here were actually not so clearcut or something like

23      that?

24              MS. VAUGHN:  Yes.  We object to the Defendant

25      characterizing evidence in this case.  And that was a
```

```
 1    characterization --

 2              THE COURT:  Mr. Corcoran, I'm fine with you asking

 3    whether they would be open to questions like that.  But you

 4    suggested that or stated it.  So let's stay on the line of,

 5    like, hypothetical questions rather than what seemed to me a

 6    clear statement that it just happened.

 7              With that, let's bring in the next juror,

 8    Ms. Lesley, 1995, please.

 9              (Thereupon, Prospective Juror No. 1995 entered the

10    courtroom and the following proceedings were had:)

11              THE COURT:  Good afternoon.  You can take your

12    mask off if you would like.

13              Are you Juror 1995?

14              PROSPECTIVE JUROR:  I am.  Yes.

15              THE COURT:  I'm going to read into the record the

16    various questions that you answered yes to and then have

17    some followup questions.

18              PROSPECTIVE JUROR:  Okay.

19              THE COURT:  Those questions were 6, 7-A, and B, at

20    least probably 7, 7-A, 7-B, 9, 14, 15, 16, 17, 18, 21, 22,

21    24, 28 and 45.

22              Let's start with what is sort of an umbrella

23    question, which is 45, but it gets to some of your other

24    answers.  45 was:  Would you have difficulty putting aside

25    what you've learned about the events on January 6, following
```

1      the law as I explain it to you and deciding the case in a

2      fair and impartial manner based solely on the evidence

3      presented in court?

4              And why did you answer that question yes?

5              PROSPECTIVE JUROR:  I think I was trying to be as

6      honest as possible.

7              THE COURT:  Which we appreciate very much.

8              PROSPECTIVE JUROR:  I would do my best to put

9      personal sort of feelings aside and everything that I've

10     learned.  But obviously, it was a very intense event.  And

11     I've watched a lot of news coverage sort of in the moment

12     and then read a lot about it ever since, you know.  And so I

13     think that it would -- that would make it difficult to be

14     impartial if I'm being entirely honest.

15             THE COURT:  To that end, there are questions about

16     this case in particular.  Those are Questions 6 and 7.

17             Is there anything about the nature of the charges

18     or the parties involved that would prevent you from deciding

19     the case fairly, whether you'd heard about this case and

20     whether you could -- whether you have formed opinions and

21     whether you could fairly and impartially decide this case?

22             Can you explain your answers about this case, what

23     you know about it and why you answered that you would --

24             PROSPECTIVE JUROR:  Sure.  I will say I know less

25     about this case than I do about the incident in January.

 1          My understanding is that it's sort of -- it's an

 2   obstruction of justice.  It's not complying with a request

 3   to provide information and to testify, just from my

 4   perspective.  The request was put out there and it seems

 5   like it's pretty straightforward.  It was not complied with.

 6   So that's sort of my understanding.

 7          But again, I would -- if I was selected, I would

 8   do my best to just listen to the evidence.

 9          THE COURT:  Where have you learned the information

10   about this case that you've mentioned?

11          PROSPECTIVE JUROR:  Probably primarily *The*

12   *Washington Post*.  That's my main news source.  I read *The*

13   *Atlantic* as well, but I don't think specifically about this

14   case.

15          THE COURT:  Have you learned anything about this

16   case other than it involves a subpoena from the Committee

17   and the question of whether Mr. Bannon acted lawfully in

18   connection with it?

19          PROSPECTIVE JUROR:  Nothing beyond that.

20          THE COURT:  Nothing else?

21          So one of the other questions that you answered

22   yes to is whether you would have trouble not watching,

23   reading or listening to news commentary, online postings

24   about this case while serving as a juror.

25          PROSPECTIVE JUROR:  So I work in digital

1    engagement as part of my job.  And one of my job

2    requirements, which I will need to continue sort of in off

3    hours while the trial is going on, is to post and engage

4    with our audience on social media, Twitter and Instagram

5    specifically.  So it's a little bit hard to not have things

6    pop up in your Twitter feed when you are actively on it.  So

7    that would be part of my job that I --

8              THE COURT:  So stuff would be popping up in your

9    Twitter feed.  But you could try to not read about this

10   case?

11             PROSPECTIVE JUROR:  Sure.  You know, tweets are so

12   small.  You can't always avoid seeing them.  So that would

13   be -- I couldn't stay off of it because that is part of my

14   job.

15             THE COURT:  So you also described -- you also

16   answered Questions 14 through 17, which are about your

17   knowledge about the hearings more generally, not just about

18   this case, but the January 6 committee hearings --

19             PROSPECTIVE JUROR:  Sure.

20             THE COURT:  -- and whether you could put aside

21   whatever you've learned and decide this case.

22             So can you first tell us, what have you seen about

23   the Committee, its work?  Where have you learned of it?

24   Maybe it's the same answer as you said before.  And whether

25   you've been watching hearings.

```
 1              PROSPECTIVE JUROR:  I haven't been watching them.

 2    I've watching some of the sort of synopsis videos at the end

 3    of the day.  Not every day.  You know, it's a big time

 4    commitment to focus on all of that.

 5              So just a few days, some of the testimony.  I've

 6    been reading some of the -- I would say sort of analysis of

 7    some of the Committee members.  And so cursory, a little bit

 8    of in-depth here and there, but not extensive.

 9              THE COURT:  In connection with your review of that

10    information, have you seen, read or I guess just seen in a

11    general sense anything about Mr. Bannon?

12              PROSPECTIVE JUROR:  Recently, no.  Not

13    specifically.

14              THE COURT:  You did answer yes to the question

15    whether you have any beliefs or opinions about Mr. Bannon or

16    anyone associated with him that would make it difficult for

17    you to remain fair and impartial to both the Government and

18    the Defendant here.

19              Can you explain that answer?

20              PROSPECTIVE JUROR:  Again, I would do my best to

21    not let my personal feelings impact my decision in the case.

22    I would do the best I could to just listen to the facts.

23              But Stephen Bannon is a very public figure.

24    There's a lot that's been -- I'm very familiar with a lot of

25    his beliefs and his feelings and the public statements that
```

1    he's made.  They are very different from my feelings about

2    the world.  So it would make it a little bit hard for me to

3    be an impartial juror.

4            THE COURT:  Do you think there's at least a risk

5    that you might not be able to set all these feelings aside?

6            PROSPECTIVE JUROR:  If I'm being 100 percent

7    honest, I believe that's a possibility.  Yes.

8            THE COURT:  Just a few more questions.

9            PROSPECTIVE JUROR:  Sure.

10           THE COURT:  21 asked:  As you sit here, do you

11   have an opinion about the Defendant's guilt or innocence in

12   this case?  You answered yes to that.

13           Is there anything that you want to add from your

14   prior statements?

15           PROSPECTIVE JUROR:  No.

16           THE COURT:  22 asks whether you or any family

17   member is in the legal profession generally speaking.  Can

18   you say why you answered yes to that?

19           PROSPECTIVE JUROR:  My best friend and her husband

20   work at DOJ.

21           THE COURT:  What part of DOJ?  Do you know?

22           PROSPECTIVE JUROR:  The environmental sort of

23   civil side.

24           THE COURT:  Neither of them is a prosecutor?

25           PROSPECTIVE JUROR:  No.

```
 1              THE COURT:  Anyone else that is --

 2              PROSPECTIVE JUROR:  No.

 3              THE COURT:  For this one, if you need, we can use

 4     a phone that basically goes under seal.  But this is the one

 5     that asks whether you or anyone close to you has been the

 6     victim of or witness to a crime.

 7              PROSPECTIVE JUROR:  Sure.

 8              THE COURT:  Would you like to go on the phone?

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  We're going off the record, under

11     seal.  I'll put the husher on.

12              (Whereupon, the following proceedings were had at

13     sidebar:)

14     ████████████████████████████████████████████████

15     ███████████████████████

16     ██████████████████████████

17     ██████████████████████████

18     ████████████████████████████████████████████████

19     ████████████████████

20     ████████████████████████████

21     ████████████████████████████████████████████████████

22     ████████████████████████

23     ████████████████████████████████████████████████████

24     ████████████████████████

25     ██████████████████████████████████████████
```



21          (Whereupon, the following proceedings were had in

22   open court:)

23          THE COURT:  Thank you.  So we're back from under

24   seal.

25          Last, you answered yes to Question 28 about

1    whether you, a family member or anyone else close to you has

2    been employed by law enforcement, generally speaking.

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  Who is that?

5              PROSPECTIVE JUROR:  It's a college roommate.

6              THE COURT:  And where does he or she work?

7              PROSPECTIVE JUROR:  Can I use the phone again?

8              THE COURT:  Is this person currently employed by

9    law enforcement?

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  I think that's adequate for our

12   purposes.

13             PROSPECTIVE JUROR:  Okay.

14             THE COURT:  Ms. Gaston?

15             MS. GASTON:  Good afternoon.

16             PROSPECTIVE JUROR:  Hi.

17             MS. GASTON:  You mentioned that going on Twitter

18   is part of your job and that you're not able to not go on

19   Twitter when you are working.

20             Is there any possibility that somebody else at

21   your office would be able to handle that duty this week?

22             PROSPECTIVE JUROR:  So we are actually down a

23   staff member in my department who typically handles the

24   social media.  It's a small team.  I work for a museum.  So

25   it would be a real, like, burden on my co-workers for me not

1    to be able to do that.  So it's Instagram and Twitter.  Part

2    of it is engaging with our audience and responding to

3    comments.  And I can't control the comments that they might

4    make, either.  Typically they wouldn't be related to this.

5    But it would be really difficult to put that on my

6    co-workers this week.

7            MS. GASTON:  And then you mentioned that the

8    Defendant is a public figure and he has different views from

9    your views.

10           In terms of being presented with facts from the

11   case that are sort of your focus, would you be able to

12   disregard what you know about him from outside of the

13   courtroom and just focus on what you learn in the case only?

14           PROSPECTIVE JUROR:  I would do my best to try to

15   do that.  I can't 100 percent guarantee that.  But I would

16   try my hardest.

17           MS. GASTON:  Thank you.

18           PROSPECTIVE JUROR:  You're welcome.

19           THE COURT:  Mr. Corcoran?

20           MR. CORCORAN:  No.  Thank you, your Honor.

21           THE COURT:  Thank you.

22           Thank you, ma'am.

23           PROSPECTIVE JUROR:  Thank you.

24           (Thereupon, Prospective Juror No. 1995 retired

25   from the courtroom and the following proceedings were had:)

```
 1                   THE COURT:  Any motion to exclude 1995?
 2                   MR. CORCORAN:  Yes, your Honor.
 3                   Part of --
 4                   THE COURT:  It's granted.
 5                   1995 is not qualified.
 6                   Let's bring in Juror 1957, Ms. Lesley.
 7                   (Thereupon, Prospective Juror No. 1957 entered the
 8          courtroom and the following proceedings were had:)
 9                   THE COURT:  Good afternoon.
10                   PROSPECTIVE JUROR:  Hi.
11                   THE COURT:  You can take your mask off if you
12          would like.
13                   You are Juror 1957.  Correct?
14                   PROSPECTIVE JUROR:  Yes.
15                   THE COURT:  I'm going to read into the record the
16          answers to which -- or the questions to which you answered
17          yes.  They are 5, 7, 10 with a question mark, 14, 15, 16,
18          17, 19, 24, 39 and 44.  I'm going to ask you some questions,
19          followup questions, and then counsel might have some
20          additional ones.
21                   So the first one is that you knew or recognized
22          any other member of the prospective jury panel, members of
23          the courtroom staff or me.  Can you explain why you answered
24          yes to that?
25                   PROSPECTIVE JUROR:  Just another potential juror
```

1    used to be my roommate.

2            THE COURT:  So you know that other potential juror

3    pretty well?

4            PROSPECTIVE JUROR:  Yes.

5            THE COURT:  Did you talk to that other potential

6    juror today?

7            PROSPECTIVE JUROR:  Yes.

8            THE COURT:  What did you guys talk about?

9            PROSPECTIVE JUROR:  Not this.  Just catching up

10   with other stuff.

11           THE COURT:  You also answered yes to having seen,

12   heard or read anything about this case.  Can you describe

13   what you know about this case or knew before you got here

14   today and where you learned of it?

15           PROSPECTIVE JUROR:  I mean, I think it's just that

16   it was happening.  I don't remember.  It would be really

17   hard for me to try to remember what I actually read at this

18   point.

19           THE COURT:  Do you actually -- before I instructed

20   you at the beginning about what the case was about

21   generally, did you have any idea about what this case was?

22           PROSPECTIVE JUROR:  No.

23           THE COURT:  You put a question mark next to No.

24   10, which is whether you or anyone close to you worked for

25   the House or the Senate or an agency affiliated with the

1    legislative branch.  What was your answer there for?

2              PROSPECTIVE JUROR:  Not directly affiliated, but I

3    work for NASA.

4              THE COURT:  You work for NASA?

5              PROSPECTIVE JUROR:  Not NASA, but I work for the

6    contractor, which has a headquarters.

7              THE COURT:  So you work for a NASA contractor

8    presently?

9              PROSPECTIVE JUROR:  Yes.

10             THE COURT:  How long have you been doing that for?

11             PROSPECTIVE JUROR:  Eight years, eight or nine.

12             THE COURT:  Is there anything about your work at

13   NASA that would in your view make it difficult to be

14   impartial in this case?

15             PROSPECTIVE JUROR:  I don't think so.  I mean, the

16   only reason I put the question mark was because we are on

17   the Hill a lot.  Yeah.

18             THE COURT:  Fair enough.  Thank you.

19             Then you answered yes to the four questions that

20   are about the Select Committee, your knowledge of the

21   Committee, the hearings the Committee has held and then the

22   question about whether you could follow the law and facts in

23   this case notwithstanding that.

24             Why don't we just start with, can you tell us how

25   you've come to learn about what the Committee is doing,

1    whether you've been watching hearings, how much you know

2    about it?

3              PROSPECTIVE JUROR:  I think my answer to that

4    question was mainly just by watching some of the hearings.

5              THE COURT:  Which hearings have you watched?

6              PROSPECTIVE JUROR:  I think it's probably just

7    stuff like clips that I've seen through different news

8    sources.

9              THE COURT:  So you haven't sat down and watched a

10   hearing from start to finish?  You've watched some of the

11   clips that have been played?

12             PROSPECTIVE JUROR:  Yeah.

13             THE COURT:  Of the portions of the hearings that

14   you've watched, have you seen any discussion about

15   Mr. Bannon?

16             PROSPECTIVE JUROR:  I don't think so.

17             THE COURT:  You did answer yes to Question 17,

18   which says:  If you've watched or read coverage of the

19   Committee, would you have any difficult putting aside any

20   opinion you've reached following the law and deciding this

21   case on the law and the facts?  Can you explain why you

22   answered yes to that question?

23             PROSPECTIVE JUROR:  I don't remember.

24             THE COURT:  Based on what you've seen about the

25   Committee and the hearings you've described and the like,

1    would you have difficulty putting aside your personal

2    opinions about what you've seen and deciding the facts in

3    this case and following the law as I describe it to you?

4             PROSPECTIVE JUROR:  I don't think so.  No.

5             THE COURT:  You also answered yes to Question 19,

6    that states:  Mr. Bannon is a former advisor to President

7    Trump.  Do you, your spouse or partner or your family have

8    any political beliefs that might prevent you from sitting in

9    judgment of another person because that person's political

10   beliefs are the same or different from your own?  You

11   answered yes to that.  Why did you answer yes to that

12   question?

13            PROSPECTIVE JUROR:  I think in general, my family

14   are pretty strong Democrats.  So -- but that's probably why

15   I answered that way.

16            THE COURT:  Do you think that you would have a

17   hard time being fair and impartial if someone who's being

18   prosecuted is a Republican?

19            PROSPECTIVE JUROR:  No.

20            THE COURT:  What about if the person's a Democrat?

21            PROSPECTIVE JUROR:  No.

22            THE COURT:  You answered yes to Question 24.  This

23   one is a bit more personal.  And if you want, we can pick up

24   these phones and a select few of us can hear you.

25            This is the one that asks if you or anyone close

1       to you has ever been a victim or witness to a crime.

2               PROSPECTIVE JUROR:  I just answered that because I

3       live in the District and I've seen plenty of crimes.

4               THE COURT:  Have you ever reported what you've

5       seen to law enforcement such that you had an experience with

6       the police or other people?

7               PROSPECTIVE JUROR:  No.  I don't think so.  Most

8       of the time, either the police were already on their way or

9       somebody else had already called them.  So I didn't have to.

10              THE COURT:  Anything about that experience --

11      those experiences that would cause you to question your

12      ability to be impartial?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  Then you answered yes to Question 39

15      about whether you're taking medications or have a physical

16      condition that can make it difficult for you to serve.

17      Again, the same offer about the phone; or you may feel very

18      comfortable talking about that.

19              PROSPECTIVE JUROR:  I'm currently about seven

20      months pregnant.  So that's why I said that.

21              THE COURT:  Obviously, anything could happen.

22      There's at least one other pregnant person in this

23      courtroom.  Recognizing that we will have some alternate

24      jurors, if this trial lasts two weeks or less, that's still

25      pretty far from your due date.  Correct?

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  And then finally, you answered yes to

3    Question 44, which is sort of a catch-all.  And it says:  No

4    matter what you've seen or heard about events at the Capitol

5    on January 6 and no matter what opinions you may have

6    formed, would you have difficulty setting that aside,

7    following the law and deciding the case in a fair and

8    impartial manner?  And you said yes, you would.

9           Is it the case that you would have a hard time

10   assessing the facts and applying the law as I instruct you

11   in light of what you know about January 6?

12          PROSPECTIVE JUROR:  I don't think so.  I mean, I

13   work at NASA as a contractor, like I said.  So we work under

14   all kinds of administrations.  So I'm used to being neutral

15   in that way and doing what's right.  So I don't think so.

16          But I said that probably because I live in the

17   city and I'm a photographer.  And a lot of my photographer

18   friends were in the Capitol when that happened.  So yeah.

19   It was a little scary.

20          THE COURT:  Knowing those people who were in the

21   Capitol and having talked to them about it and the events

22   there, would that knowledge, those discussions, cause you to

23   worry about whether you could be impartial in this case,

24   which is about the contempt-of-Congress charge?

25          PROSPECTIVE JUROR:  I don't think so.

```
 1                  THE COURT:  Thank you.

 2                  Ms. Vaughn?  I think I have it right.

 3                  MS. VAUGHN:  Good afternoon.

 4                  PROSPECTIVE JUROR:  Hi.

 5                  MS. VAUGHN:  Just to follow up on the Court's

 6       question at the end there, you understand that this case

 7       involves a contempt charge.  Are you able to separate that

 8       from the events of January 6 in your mind and to just judge

 9       what happened to the subpoena here?

10                  PROSPECTIVE JUROR:  Yes.

11                  MS. VAUGHN:  And then you answered some questions

12       about politics.  But are you able to set aside politics when

13       it comes to just judging a contempt charge here, the facts

14       and the law?

15                  PROSPECTIVE JUROR:  Yeah.  I believe so.

16                  MS. VAUGHN:  Thank you.

17                  PROSPECTIVE JUROR:  Thanks.

18                  THE COURT:  Mr. Corcoran?

19                  MR. CORCORAN:  Good afternoon.

20                  What type of -- specifically, what type of work do

21       you do as a contractor at NASA?

22                  PROSPECTIVE JUROR:  I'm a photographer and a photo

23       archivist for the photo office at NASA headquarters.

24                  MR. CORCORAN:  And when you say that NASA is on

25       the Hill frequently, do you go up to the Hill as well?
```

```
 1              PROSPECTIVE JUROR:  Yes.

 2              MR. CORCORAN:  What do you do?

 3              PROSPECTIVE JUROR:  I photograph usually our

 4     administrator or leadership testifying.  I was just there

 5     recently for a James Webb space telescope reception.  So...

 6              MR. CORCORAN:  Do you ever photograph those

 7     officials during the congressional hearings?

 8              PROSPECTIVE JUROR:  Yeah.  Usually, they're

 9     testifying during a hearing, our leadership.

10              MR. CORCORAN:  And do you have to interact at all

11     with the congressional committees to do your job as a

12     photographer?

13              PROSPECTIVE JUROR:  Not very much.  No.

14              MR. CORCORAN:  You said that your family are

15     strong Democrats.  And my question is:  Would you be more

16     inclined to believe somebody who is testifying who is

17     associated with the Democratic party?

18              PROSPECTIVE JUROR:  I don't think so.  I mean,

19     everybody's sworn in, so I would hope that everybody's

20     telling the truth.

21              MR. CORCORAN:  Okay.  The last question, then.

22     Hopefully, you'll understand that this is out of respect.

23     But my question is:  Would you prefer not to serve on a

24     criminal jury at seven months pregnant for any reason?

25              PROSPECTIVE JUROR:  I think it probably depends on
```

1    how long it lasts, mostly.  You know, I'm trying to conserve

2    my leave for after the baby gets here.  So that's my main

3    concern.

4                    MR. CORCORAN:  Okay.

5                    PROSPECTIVE JUROR:  Yeah.

6                    MR. CORCORAN:  Thank you, your Honor.

7                    THE COURT:  Thank you.

8                    PROSPECTIVE JUROR:  Thank you.

9                    (Thereupon, Prospective Juror No. 1957 retired

10   from the courtroom and the following proceedings were had:)

11                    THE COURT:  Any motions to exclude or strike Juror

12   1957?

13                    MS. VAUGHN:  Not from the Government, your Honor.

14                    MR. CORCORAN:  Although I'd like to help her save

15   her leave, no.  I don't think we can do that.

16                    THE COURT:  I agree.

17                    Juror 1957 is qualified.

18                    Juror 93, Ms. Lesley.

19                    (Thereupon, Prospective Juror No. 93 entered the

20   courtroom and the following proceedings were had:)

21                    THE COURT:  Good afternoon.

22                    PROSPECTIVE JUROR:  Good afternoon.

23                    THE COURT:  You can take your mask off if you

24   would like.

25                    You are Juror 93 or 0093.   Correct?

1      PROSPECTIVE JUROR:  Yes.

2      THE COURT:  I'm going to read for the record the

3  questions that you answered yes to and I'm going to ask you

4  some questions about your answers.

5      You answered yes to Questions 22 and 24 only.

6  Correct?

7      PROSPECTIVE JUROR:  Correct.

8      THE COURT:  Question 22 basically asks whether

9  you, a family member or anyone else in your close orbit

10  works in the legal profession.  Can you describe why you

11  answered yes to that?

12      PROSPECTIVE JUROR:  Yeah.  Both my parents are

13  lawyers.  My mother does corporate and real estate law.  My

14  father does elder law.

15      THE COURT:  Has either of them ever worked in the

16  criminal area as a prosecutor or defense attorney?

17      PROSPECTIVE JUROR:  Never.  No.

18      THE COURT:  Anything about your knowledge of their

19  work or being the child of lawyers that would cause you to

20  question whether you could be impartial here?

21      PROSPECTIVE JUROR:  No.  If anything, it would

22  make me more impartial.

23      THE COURT:  You also answered yes to Question 24.

24  On this one, if your further discussion or details are very

25  personal, we can pick up this phone and --

```
 1              PROSPECTIVE JUROR:  No.  It's okay.

 2              THE COURT:  This is the one that asks whether you,

 3    a family member or anyone close to you has been the victim

 4    or witness to a crime.  Can you describe your answer to

 5    that?

 6              PROSPECTIVE JUROR:  Yes.  I had an unlawful entry

 7    and misdemeanor death threats on me last year.

 8              THE COURT:  So you reported those?

 9              PROSPECTIVE JUROR:  Yes; and I went through the

10    court process and everything.

11              THE COURT:  And is there anything about that

12    experience that was problematic in your view and/or that

13    would lead you to be concerned about being impartial here?

14              PROSPECTIVE JUROR:  No.  Everything worked out.

15    Yeah.

16              THE COURT:  Is there anything about the statement

17    of the case that I read earlier and the questions more

18    generally that you heard that would make you think that you

19    could not be impartial in this matter if you were selected

20    as a juror?

21              PROSPECTIVE JUROR:  No.  I can be impartial.

22              THE COURT:  I just want to confirm that you had

23    not before today heard anything about this case.  Is that

24    correct?

25              PROSPECTIVE JUROR:  That is correct.
```

```
 1                   THE COURT:  Thank you.

 2                   Ms. Gaston?

 3                   MS. GASTON:  Good afternoon.

 4                   PROSPECTIVE JUROR:  Hello.

 5                   MS. GASTON:  I'm sorry to hear about the crime

 6      against you.

 7                   PROSPECTIVE JUROR:  That's okay.  Thank you.

 8                   MS. GASTON:  Was it here in the District?

 9                   PROSPECTIVE JUROR:  Yes, it was.

10                   MS. GASTON:  Was that -- did it go to a trial or

11      was --

12                   PROSPECTIVE JUROR:  Yes.

13                   THE COURT:  -- it prosecuted?

14                   PROSPECTIVE JUROR:  It was settled between the

15      U.S. attorney and the person.  So he pled guilty and got

16      parole and no jail time.  That's okay with me.

17                   MS. GASTON:  And did you feel that you were kept

18      up to date on things by the U.S. Attorney's Office?

19                   PROSPECTIVE JUROR:  Yeah.  They were great.

20                   MS. GASTON:  And then what do you do for a living?

21                   PROSPECTIVE JUROR:  I actually sell art.  So not

22      really anything to do with politics, but I deal with art.

23      Yeah.

24                   MS. GASTON:  Could you tell us more about that?

25                   PROSPECTIVE JUROR:  Yeah.  I mean, I run an online
```

1   art gallery.  I just travel a lot and collect a bunch of

2   different artists.  So I go to art shows and I do a bunch of

3   wholesale.  I work with the Van Gogh Museum, do wholesale in

4   America and just a bunch of imports of art and sales.

5                 MS. GASTON:  Thank you.

6                 PROSPECTIVE JUROR:  Of course.

7                 THE COURT:  Mr. Corcoran?

8                 MR. CORCORAN:  No questions, your Honor.  Thank

9   you.

10                 THE COURT:  Thank you, sir.

11                 PROSPECTIVE JUROR:  Yes, your Honor.

12                 THE COURTROOM DEPUTY:  (Confers with the Court

13   privately.)

14                 THE COURT:  Thank you, sir.

15                 PROSPECTIVE JUROR:  Thank you.

16                 (Thereupon, Prospective Juror No. 93 retired from

17   the courtroom and the following proceedings were had:)

18                 THE COURT:  Any motions to exclude 93?

19                 MS. GASTON:  Not from the Government, your Honor.

20                 MR. CORCORAN:  No, your Honor.

21                 THE COURT:  Ms. Lesley, we can bring in Juror

22   No. 540.

23                 (Thereupon, Prospective Juror No. 540 entered the

24   courtroom and the following proceedings were had:)

25                 THE COURT:  Good afternoon.

```
 1                    PROSPECTIVE JUROR:  Hi.

 2                    THE COURT:  You can take off your mask if you

 3       would like.  You don't have to.

 4                    You're juror 540.  Correct?

 5                    PROSPECTIVE JUROR:  That's correct.

 6                    THE COURT:  I'm going to read into the record the

 7       questions that you answered yes to.

 8                    PROSPECTIVE JUROR:  Sure.

 9                    THE COURT:  Then I'll ask you some followup

10       questions.  Those are Questions 7, 10, 14, 16, 22 and 39.

11                    Question 7 asks if you have heard, seen or read

12       anything from any source about this case.  Can you describe

13       what you had heard before today about this case?

14                    PROSPECTIVE JUROR:  I'm aware that there's

15       allegations against the Defendant and that there were plans

16       for an oncoming trial.

17                    THE COURT:  Do you know anything about the details

18       of the trial and the claims other than what you heard today?

19                    PROSPECTIVE JUROR:  Not further than what I heard

20       today.  No.

21                    THE COURT:  Have you formed any opinions about

22       this case?

23                    PROSPECTIVE JUROR:  No.

24                    THE COURT:  Is there anything about what you knew

25       before that would cause you to be concerned that you could
```

1    not be impartial?

2                 PROSPECTIVE JUROR:  No.

3                 THE COURT:  You also answered yes to Question

4    No. 10, which asks whether you or anyone in your close orbit

5    has worked for or provided services to the House, the Senate

6    or any agency affiliated with the legislative branch.  Can

7    you describe your answer to that question?

8                 PROSPECTIVE JUROR:  Yes.  My husband worked as a

9    legal intern for Representative Etheridge in 2009 to 2010.

10                THE COURT:  And has your husband worked on the

11   Hill so to speak since 2010?

12                PROSPECTIVE JUROR:  No.

13                THE COURT:  What does he do now?

14                PROSPECTIVE JUROR:  He's a lawyer for the SEC.

15                THE COURT:  For the SEC?

16                PROSPECTIVE JUROR:  Yes.

17                THE COURT:  Does he do criminal or civil?

18                PROSPECTIVE JUROR:  He's legal counsel for TM and

19   in the commissioner's office.

20                THE COURT:  How long has he been at the SEC?

21                PROSPECTIVE JUROR:  Since 2014.

22                THE COURT:  Are you a lawyer?

23                PROSPECTIVE JUROR:  No.

24                THE COURT:  So is that -- you answered yes to

25   Question 22 about whether any family member is in the legal

1    profession.  And you answered that way because of your

2    husband?

3              PROSPECTIVE JUROR:  Yes.  My husband.

4              THE COURT:  You also answered yes to Questions 14

5    and 16 about the Select Committee investigation and the

6    hearings.  So can you describe to us how you've learned

7    about the Committee and its work, how much you've read about

8    it and seen on the news, et cetera?  And then sort of

9    similar question about the hearings specifically.

10             PROSPECTIVE JUROR:  I'm aware that the Select

11   Committee was formed and that there currently are ongoing

12   hearings.  I've seen headlines and maybe read the first

13   couple paragraphs of a couple articles updating on who has

14   been called for hearings and some of the basics of their

15   testimony.

16             THE COURT:  Have you watched any of the hearings

17   themselves --

18             PROSPECTIVE JUROR:  I'm --

19             THE COURT:  -- or portions of them?

20             PROSPECTIVE JUROR:  I'm a physician, so I have

21   occasionally seen snippets of it.  I work in a hospital, so

22   often the TV is on.  I've seen snippets of it in that

23   manner.  But it's -- mostly when I've been outside of work,

24   it's mostly been reading.  I haven't been watching the

25   hearings.

1          THE COURT:  Either in connection with what you

2     read about the hearings or the hearings -- the snippets that

3     you watched, have you heard any discussion or read about a

4     discussion of Mr. Bannon during those hearings?

5          PROSPECTIVE JUROR:  No.

6          THE COURT:  Is there anything about your

7     knowledge, reading, learning about the hearings or the

8     Committee's work more generally that in your view would

9     cause you to be potentially biased in this case?

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  You also answered Question 39 about

12     whether you're taking any medications or have a physical

13     condition that would make it difficult for you to serve as a

14     juror.  This obviously could be a pretty personal question.

15     If you'd like, we can go on the phone and only a small group

16     of us could hear.

17          PROSPECTIVE JUROR:  (Indicates.)

18          THE COURT:  So we'll just have Ms. Lesley come up

19     here.  We're going to go under seal.  Then what you'll have

20     to do is pull the button down as soon as you hear the husher

21     on.

22          (Whereupon, the following proceedings were had at

23     sidebar:)

24     ███████████████████████████████████████

25     ███████████████████████████████████

254



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15          THE COURT:  We're back from under seal.

16          Ms. Vaughn?

17          MS. VAUGHN:  Good afternoon.

18          PROSPECTIVE JUROR:  Good afternoon.

19          MS. VAUGHN:  I was just wondering what kind of

20     physician you are.

21          PROSPECTIVE JUROR:  Internal medicine and

22     pediatrics.

23          MS. VAUGHN:  What hospital do you work for?

24          PROSPECTIVE JUROR:  Sibley Hospital.

25          MS. VAUGHN:  Thank you.

1                    THE COURT:  Mr. Corcoran?

2                    MR. CORCORAN:  Thank you.

3                    Good afternoon.  One of the questions -- one of

4       the things that you said was that you were aware that there

5       were allegations against Mr. Bannon.  What's the source of

6       your knowledge?

7                    PROSPECTIVE JUROR:  So because I work at a

8       hospital and I go from room to room, I often see headlines

9       like on the television when I'm in patient rooms.  So it's

10      been a variety of sources, anywhere from Fox News to CNN.

11      But at home I typically read *The Washington Post* and the *New*

12      *York Times*.

13                   MR. CORCORAN:  What exactly -- what's your best

14      recollection about what you've learned about Mr. Bannon?

15                   PROSPECTIVE JUROR:  Identical to what the neutral

16      statement made at the beginning of this selection process

17      was, that the allegation is that Mr. Bannon was summoned to

18      provide testimony and failed to do so in an intentional

19      manner.  Additionally, there was a request for documents

20      or -- I'm forgetting the word for it, but yeah, something

21      along of lines of documents that were requested that were

22      also not provided.

23                   MR. CORCORAN:  So before coming to court today, if

24      I understand you, you had received information that led you

25      to believe that Mr. Bannon received the subpoena and

1    intentionally decided not to comply with it.  Is that

2    accurate?

3              PROSPECTIVE JUROR:  No.  That's the allegation

4    being made.  I don't -- I haven't received any information

5    to give me knowledge of the truth of the situation.

6              MR. CORCORAN:  Okay.  And you'd be open to

7    listening to all the evidence in the case on whether the

8    Government's proved its case beyond a reasonable doubt?

9              PROSPECTIVE JUROR:  Yes.

10             MR. CORCORAN:  Thank you.

11             THE COURT:  Thank you.  Thank you very much.

12             PROSPECTIVE JUROR:  Thanks.

13             (Thereupon, Prospective Juror No. 540 retired from

14   the courtroom and the following proceedings were had:)

15             THE COURT:  Any motions to exclude Juror No. 540?

16             MS. VAUGHN:  Not from the Government, your Honor.

17             MR. CORCORAN:  No, your Honor.

18             THE COURT:  Thank you.

19             Juror 540 is qualified.

20             I just want to -- before we bring the next juror

21   in, do the parties agree that we have now qualified 17

22   jurors?

23             MS. VAUGHN:  That's the Government's

24   understanding.

25             MR. CORCORAN:  Yes, your Honor.

1    THE COURT:  Why don't we take a brief recess.  It

2   may be that we can get the next five before we close for the

3   day.  We'll see.  Ten minutes.

4           It is 3:28.  Let's go back on the record at 3:40.

5           (Thereupon a recess was taken, after which the

6   following proceedings were had:)

7           THE COURTROOM DEPUTY:  Your Honor, we're back on

8   the record.

9           THE COURT:  Thank you.

10           Anything to discuss, counsel, before we start with

11   Juror 300?

12           MS. VAUGHN:  Not from the Government, your Honor.

13           MR. CORCORAN:  No, your Honor.

14           THE COURT:  Thank you.

15           Ms. Lesley, let's bring in Juror 300.

16           (Thereupon, Prospective Juror No. 300 entered the

17   courtroom and the following proceedings were had:)

18           THE COURT:  Good afternoon.

19           PROSPECTIVE JUROR:  Hello.

20           THE COURT:  Feel free to take off your mask if you

21   would like to.  You don't have to, but you're welcome to.

22           You're Juror 300.  Correct?

23           PROSPECTIVE JUROR:  Yes.

24           THE COURT:  I'm just going to read into the record

25   the questions that you answered yes to.  Those are Questions

1    7, 10, 14, 16 and 25.  Why don't we start in reverse order.

2    You answered yes to the question whether you've ever served

3    on a grand jury.  Can you describe when that was and where,

4    if you recall?

5            PROSPECTIVE JUROR:  It was in D.C. maybe six,

6    seven years ago.

7            THE COURT:  Do you recall if it was in federal

8    court or D.C. Superior Court?

9            PROSPECTIVE JUROR:  It was over at the -- I think

10   it was Superior.

11           THE COURT:  And do you remember how long your

12   service was?

13           PROSPECTIVE JUROR:  It was like three months.

14           THE COURT:  And is there anything about that

15   experience that would affect your ability to be impartial in

16   this case?

17           PROSPECTIVE JUROR:  No.

18           THE COURT:  You answered yes to Question 7, which

19   is whether you had heard, seen or read anything from any

20   source about this case before you arrived here today.  Can

21   you describe what you knew about this case and your source

22   for that knowledge?

23           PROSPECTIVE JUROR:  I think I literally heard

24   something about it on the radio on my way over here this

25   morning.

```
1                    THE COURT:  Okay.

2                    PROSPECTIVE JUROR:  Otherwise, just, you know, in

3         the news here and there.

4                    THE COURT:  Describe for us, if you could, what

5         you heard as a result of that radio show and anything else

6         that you had heard, so what you knew about the case before

7         you got here today.

8                    PROSPECTIVE JUROR:  Oh, I knew that Mr. Bannon

9         didn't come before the congressional committee.  That's

10        essentially what I know about it.

11                   THE COURT:  Had you formed any conclusions before

12        you arrived today about -- or had an opinion about this

13        case?

14                   PROSPECTIVE JUROR:  No.

15                   THE COURT:  Are you worried about having learned

16        at least a little bit before you appeared here today about

17        your ability to be impartial in looking at the facts and

18        listening to my instructions?

19                   PROSPECTIVE JUROR:  No.

20                   THE COURT:  You also answered yes to Question 10,

21        which asks whether you, a family member or anyone else close

22        to you ever worked for or provided services to the House or

23        the Senate or any agency affiliated with the legislative

24        branch.  Can you tell us who that was and what their job

25        was?
```

```
1              PROSPECTIVE JUROR:  My mom works for a
2     representative.
3              THE COURT:  Right now?
4              PROSPECTIVE JUROR:  Yes.
5              THE COURT:  For whom?  Which representative?
6              PROSPECTIVE JUROR:  Representative Frankel,
7     Florida.
8              THE COURT:  Was your mom at the Capitol on January
9     6th?
10             PROSPECTIVE JUROR:  No.
11             THE COURT:  Have you discussed this case with your
12    mom?
13             PROSPECTIVE JUROR:  This case?
14             THE COURT:  Yes.
15             PROSPECTIVE JUROR:  No.  I have not discussed this
16    case.
17             THE COURT:  You also answered yes to Questions 14
18    and 16, which are really about the Select Committee.  And
19    one question was whether you had heard, seen or read
20    anything from any source about the Select Committee.  And
21    then it asks a similar question, but it asks whether you've
22    watched or read coverage of the hearings.
23             Let me just start generally.  Can you describe how
24    you've learned about the Select Committee and what it's up
25    to and then how much of the hearings or snippets thereof
```

1    you've watched?

2          PROSPECTIVE JUROR:  I feel like I have learned

3    most about the Committee from the news, just like the

4    evening news.

5          THE COURT:  Which evening news do you typically

6    watch?

7          PROSPECTIVE JUROR:  Like ABC.

8          THE COURT:  Okay.

9          PROSPECTIVE JUROR:  I haven't been able to really,

10   like, watch the hearings because I'm usually at work during

11   the day.  But from what I've learned, they're investigating

12   what happened that day, on January 6th, essentially.

13         THE COURT:  And what you've watched and learned

14   about the Committee or the hearings, have you seen or heard

15   a discussion of Mr. Bannon?

16         PROSPECTIVE JUROR:  Not that I can recall.

17         THE COURT:  Is there anything in my description of

18   the statement of the case, the neutral statement of the case

19   earlier today or the questions that I asked you that would

20   lead you to be concerned about your ability to be impartial

21   if you were to serve as a juror?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Thank you.

24         Ms. Gaston?

25         MS. GASTON:  Good afternoon.

```
1              PROSPECTIVE JUROR:  Hi.
2              MS. GASTON:  Are you familiar with the Defendant
3    outside of this case or what you heard on the radio this
4    morning?
5              PROSPECTIVE JUROR:  Yes.
6              MS. GASTON:  And are you able to set aside
7    anything that you may know about him from outside the
8    courtroom and just focus on the facts that you learn in the
9    courtroom?
10             PROSPECTIVE JUROR:  Yes.
11             MS. GASTON:  And do you think you're able to
12   follow the Court's instructions about what the law is and
13   what you should and should not consider?
14             PROSPECTIVE JUROR:  Yes.
15             MS. GASTON:  What do you do for a living?
16             PROSPECTIVE JUROR:  I work in an art museum.  I'm
17   in public engagement.
18             MS. GASTON:  I'm sorry.  I didn't hear that.
19             PROSPECTIVE JUROR:  I'm in public engagement at an
20   art museum.
21             MS. GASTON:  What kind of art museum?
22             PROSPECTIVE JUROR:  Contemporary, fine and
23   contemporary art.
24             MS. GASTON:  Thank you.
25             THE COURT:  Thank you.
```

```
 1                    Mr. Corcoran?

 2                    MR. CORCORAN:  Good afternoon.

 3                    PROSPECTIVE JUROR:  Hi.

 4                    MR. CORCORAN:  Tell me what you remember about

 5     what you heard on the radio on the way to court today.

 6                    PROSPECTIVE JUROR:  That Mr. Bannon's trial was

 7     beginning today.  To be honest, I didn't put two and two

 8     together until I got here.  But yeah.  It was just a brief,

 9     like, NPR, like, more than briefing, what's happening today

10     kind of thing.

11                    MR. CORCORAN:  And in response to the prosecutor's

12     questions, you said that you're familiar with the Defendant.

13     What do you know about Steve Bannon?

14                    PROSPECTIVE JUROR:  I know that he was an advisor

15     to President Trump.  I know that he was involved in -- what

16     was that? -- like InfoWars, that news company, that he's

17     very involved with kind of right-wing politics.

18                    MR. CORCORAN:  And what's the source of that

19     information?  Where did you learn that background about

20     Mr. Bannon?

21                    PROSPECTIVE JUROR:  I guess just from the news,

22     the media, you know.  I guess social media.

23                    MR. CORCORAN:  Okay.

24                    PROSPECTIVE JUROR:  Just kind of --

25                    MR. CORCORAN:  Based upon what you've heard,
```

1      what's your perception of Mr. Bannon?

2              PROSPECTIVE JUROR:  My perception of him?  I don't

3      really know.  I guess my perception of him is that he is

4      like a player in, like, right-wing political circles.

5              MR. CORCORAN:  Okay.  Now, you mentioned that a

6      family member works for -- is it a Democratic member of

7      Congress?

8              PROSPECTIVE JUROR:  Yes.

9              MR. CORCORAN:  And is it your -- did I hear

10     correctly that your mom is the one who works there?

11             PROSPECTIVE JUROR:  Yes.

12             MR. CORCORAN:  For Representative Frankel?

13             PROSPECTIVE JUROR:  Yes.

14             MR. CORCORAN:  Of Florida?

15             PROSPECTIVE JUROR:  Yes.

16             MR. CORCORAN:  How long has your mother worked for

17     Representative Frankel?

18             PROSPECTIVE JUROR:  Maybe ten years.

19             MR. CORCORAN:  Ten years?

20             PROSPECTIVE JUROR:  Maybe less.  Eight years.

21     Eight to ten years.

22             MR. CORCORAN:  Okay.

23             PROSPECTIVE JUROR:  I don't know exactly.

24             MR. CORCORAN:  Just so you know, the reason I'm

25     asking is there's a little muffling from your mask, so I

1    may not catch what you're saying.

2            PROSPECTIVE JUROR:  Sorry.  I can enunciate more.

3    I apologize.

4            MR. CORCORAN:  No problem.

5            So your mom's worked for Representative Frankel

6    for about eight years?

7            PROSPECTIVE JUROR:  Yes.

8            MR. CORCORAN:  What does she do?

9            PROSPECTIVE JUROR:  She is -- I believe her title

10   is the director of operations.  She's like her scheduler in

11   the office.

12           MR. CORCORAN:  And since January 6th, have you

13   talked to your mom at all about that event?

14           PROSPECTIVE JUROR:  About January 6th?

15           MR. CORCORAN:  Yes.

16           PROSPECTIVE JUROR:  Yes.

17           MR. CORCORAN:  Tell me about that.

18           PROSPECTIVE JUROR:  I guess our conversations

19   about that day -- I mean, she obviously worked on the

20   Capitol for the congresswoman.  So about the impact that day

21   had just on her workplace, I guess, but also, you know,

22   living in D.C., you know, the impact that it had here in the

23   city as well, mostly.

24           MR. CORCORAN:  And what impact did it have on your

25   mom and her workplace?

1           PROSPECTIVE JUROR:  I don't know the specifics of

2     that, to be honest.  She's been working remotely a lot.

3     But, you know, just being on the Capitol, for anyone who

4     works there or lives in D.C., you know, it impacted them

5     that day.  At least for me.  I'll speak for myself.

6           MR. CORCORAN:  Tell me about your own feelings

7     about being someone who lives in D.C. when the events of

8     January 6th happened.  How did that affect your thinking?

9           PROSPECTIVE JUROR:  My thinking?

10          MR. CORCORAN:  How did it affect you?

11          PROSPECTIVE JUROR:  That day?  I mean, I guess I

12    was at work, working from home that day.  And I didn't

13    really know that it was even happening until, like, friends

14    who don't live in the city were, like, texting me to make

15    sure that I was okay, because the museum I work at is very

16    close to the Capitol Building.

17          But I guess aside from that day just, you know,

18    the fence up around the Capitol, you know, just -- it was a

19    different at least feeling than it was before that day,

20    afterwards, being down there.

21          MR. CORCORAN:  And you said that the museum at

22    which you work is close to the Capitol Building?

23          PROSPECTIVE JUROR:  Yes.

24          MR. CORCORAN:  How close?

25          PROSPECTIVE JUROR:  It's on 7th and Independence.

```
1    So it's like --
2              MR. CORCORAN:  Seven blocks?
3              PROSPECTIVE JUROR:  Seven blocks.  Yes.
4              MR. CORCORAN:  How did it affect your thinking?
5    I'm trying to get a sense of -- is fear involved, basically,
6    for you?
7              PROSPECTIVE JUROR:  I wouldn't describe it as
8    fear, no.
9              MR. CORCORAN:  How would you describe it?
10             PROSPECTIVE JUROR:  Like sad, I guess.  Sad.
11             MR. CORCORAN:  In your conversations with your
12   mother, did she ever say anything about how January 6th
13   affected her employer, Representative Frankel?
14             PROSPECTIVE JUROR:  No.
15             MR. CORCORAN:  Okay.  Did you talk at all about
16   how it affected members of Congress?
17             PROSPECTIVE JUROR:  No.
18             MR. CORCORAN:  Okay.
19             PROSPECTIVE JUROR:  No.  We didn't talk about
20   this.
21             MR. CORCORAN:  Thank you, your Honor.
22             THE COURT:  Thank you.
23             Thank you, ma'am.
24             MS. GASTON:  Your Honor, can I ask one brief
25   question?
```

1            THE COURT:  Sure.

2            Apologies.  Ms. Gaston.

3            MS. GASTON:  Very quickly, you understand that in

4    this case we're not talking about an event that occurred on

5    January 6th.  Right?

6            PROSPECTIVE JUROR:  Yes.

7            MS. GASTON:  And will you be able to set aside any

8    feelings you have about the events on January 6th from the

9    facts that you would be looking at as part of this jury?

10           PROSPECTIVE JUROR:  Yeah.

11           MS. GASTON:  Thank you.

12           THE COURT:  Thank you.

13           (Thereupon, Prospective Juror No. 300 retired from

14    the courtroom and the following proceedings were had:)

15           THE COURT:  Any motions to exclude Juror 300?

16           MR. CORCORAN:  Yes, your Honor.

17           So prior to today, Juror 300 was familiar with the

18    Defendant.  She associated him with right-wing politics,

19    something called InfoWars, and essentially considered him a

20    Republican player, I guess, to use her words.

21           On the way, she was directly affected by the

22    events of January 6th in the sense that she felt

23    something -- it was hard to capture exactly what -- because

24    her work is very close to the Capitol.

25           But most importantly, she had -- her mother works

1    for a Democratic member of Congress and has done so for

2    eight years.  So she's got a family member, her mother,

3    who's directly impacted by the events of January 6th.

4            She said, you know, even on the radio over here

5    she heard something to the effect that Mr. Bannon did not

6    show up for a congressional committee and had that prior

7    knowledge.

8            I think the sum of all that, given that we've got

9    a whole page of jurors who don't have any preexisting

10   knowledge, whose mother does not work for a Democratic

11   member of Congress, we'd ask that she be stricken.

12           THE COURT:  Thank you, Mr. Corcoran.

13           Ms. Gaston?

14           MS. GASTON:  Thank you, your Honor.

15           There's no cause for this potential juror to be

16   struck.  So first of all, her awareness that Mr. Bannon has

17   been involved in politics in the past has no bearing.  She

18   didn't say it in a derogatory way or display any feelings

19   one way or another about which political party he was

20   aligned with.  And I don't think we know what her politics

21   are.

22           We know that her mother works for a member of

23   Congress, but that member is not on this Committee.

24           With respect to feelings about January 6th, we're

25   not showing images or questioning on the actual events of

1    January 6th.  And this particular potential juror said very

2    specifically that she would be able to separate her feelings

3    about January 6 from the facts in this trial, which are

4    separate.

5              And as to the radio report that she heard this

6    morning, I heard the same one.  It was a fairly neutral

7    factual recitation.

8              THE COURT:  Thank you.

9              I find this is not an obvious exclude.  But

10   because we have so many additional jurors available to us,

11   for the reasons that Mr. Corcoran stated, I'm going to

12   exclude Juror 300.

13             Ms. Lesley, let's bring in Juror 1117, please.

14             (Thereupon, Prospective Juror No. 300 entered the

15   courtroom and the following proceedings were had:)

16             THE COURT:  Good afternoon.

17             PROSPECTIVE JUROR:  Good afternoon.

18             THE COURT:  You can take your mask off if you

19   would like.  You don't have to.

20             PROSPECTIVE JUROR:  Thank you.

21             THE COURT:  Of course.

22             Your Juror 1117.  Correct?

23             PROSPECTIVE JUROR:  Correct.

24             THE COURT:  I'm going to state for the record, you

25   answered yes to four questions:  Nos. 7, 14, 16 and 26.  I'm

 1    going to ask you some followup questions about those

 2    answers.

 3             Question 7 asks whether you had heard, seen or

 4    read anything about this case before you came here today.

 5    Can you describe why you answered yes to that question?

 6             PROSPECTIVE JUROR:  Yes.  I heard about it in, I

 7    guess, last year when it was -- when the subpoena was issued

 8    and there was not follow-through on the subpoena.  So I

 9    heard the beginning news.

10             And then nothing much until -- I guess it was a

11    little bit in the January 6th commissions, which I followed

12    most of those.

13             THE COURT:  So can you describe to us, then, that

14    gets to your answer to Questions 14 and 16.  I'll ask

15    additional questions about 7.  So Question 14 asks about

16    whether you've seen anything, read anything about the

17    Committee.  And No. 16 asks whether you've read or

18    watched -- read coverage about or watched the hearings.  So

19    can you describe to us how you've been involved in reading

20    about, learning about and watching the Committee and its

21    hearings?

22             PROSPECTIVE JUROR:  Certainly.

23             Reading about it in the news feed, just what comes

24    up.  I follow most topics in -- it's no long print, but

25    whatever the iPad is.

1           And news media, in the video, it's mostly through

2     CBS News on the iPad.  I rarely watch cable.

3           And then -- I'm sorry.  More --

4           THE COURT:  Then you mentioned earlier that you

5     had -- in connection with your either watching the hearings

6     or reading about the hearings that you had seen a mention of

7     Mr. Bannon and the subpoena.  What do you recall about that?

8           PROSPECTIVE JUROR:  I recall that there were

9     several subpoenas issued to various people.  Mr. Bannon's

10    name was one of them.  And that he did not honor that

11    subpoena, along with a few others, too, which I can't quite

12    recall their names.

13          THE COURT:  Have you -- do you have any view about

14    this case as a result, any of the issues in it?  Have you

15    reached any conclusions or do you have any opinions about

16    whether -- what the outcome in this matter should be?

17          PROSPECTIVE JUROR:  No.  I think it's -- I think

18    there's information I don't know because those are the facts

19    that I know:  Issued, not followed through, then loss of

20    interest for months and months until it's come up again

21    in --

22          THE COURT:  Do you have any concern that you would

23    be unable to follow my instructions about the law or unable

24    to look at the facts that you learn in the courtroom in

25    light of what you already know from the Committee?

1           PROSPECTIVE JUROR:  I do not see any problem

2   following your orders or direction.  Yes.

3           THE COURT:  You also answered yes to No. 26, which

4   asked whether you had served as a juror in a civil or

5   criminal trial.  Can you describe to us when you served as a

6   juror?

7           PROSPECTIVE JUROR:  I don't have the exact year,

8   but four to five years ago.  It was in the next building

9   over.  It was a case of a younger -- I don't know if it's an

10  underaged person and drug-related.  The case -- I got on the

11  jury, and within 20 minutes the judge, you know, just told

12  us to go in the other room and then we were dismissed.  So I

13  do not -- I never know what happened to it.

14          THE COURT:  You never ended up hearing evidence or

15  deliberating?

16          PROSPECTIVE JUROR:  It was one or two speakers

17  that had come up.  Yes.

18          THE COURT:  But you didn't end up deliberating and

19  reaching a verdict there?

20          PROSPECTIVE JUROR:  Not in that case.

21          THE COURT:  Okay.

22          PROSPECTIVE JUROR:  Just to be clear, there was

23  another case when I lived in New York City, going back 25

24  years, that I did follow the entire case.  And we reached a

25  decision.  Yes.

```
1                    THE COURT:  Was that a criminal case?

2                    PROSPECTIVE JUROR:  It was a purse-snatching case.

3       Yes.

4                    THE COURT:  Do you recall what the outcome of that

5       case was?  Did you find the Defendant guilty?

6                    PROSPECTIVE JUROR:  I think we did.  And it's so

7       long ago.  I'm not quite sure, but I think we did.

8                    THE COURT:  Anything that you recall about either

9       of those experiences serving as a juror that was problematic

10      enough that you would have a hard time serving as a juror

11      here?

12                   PROSPECTIVE JUROR:  No.  Not at all.

13                   THE COURT:  Thank you.

14                   Ms. Vaughn?

15                   MS. VAUGHN:  Good afternoon.

16                   PROSPECTIVE JUROR:  Good afternoon.

17                   MS. VAUGHN:  Do you remember way back on that

18      purse-snatching jury whether you were the foreperson?

19                   PROSPECTIVE JUROR:  I was not.

20                   MS. VAUGHN:  And do you currently work?

21                   PROSPECTIVE JUROR:  I am working part-time for a

22      film festival.

23                   MS. VAUGHN:  A film what?

24                   PROSPECTIVE JUROR:  Film festival.

25                   MS. VAUGHN:  Oh, okay.  And what kind of work do
```

```
1      you do for the film festival?
2              PROSPECTIVE JUROR:  Assistant to the director.  I
3      help write FilmFreeway, like, what eligibility
4      qualifications are.  I'm a juror.  I review all the films
5      that come in.  I sort of help out where needed.
6              MS. VAUGHN:  Thank you.
7              THE COURT:  Mr. Corcoran?
8              MR. CORCORAN:  Sir, good afternoon.
9              PROSPECTIVE JUROR:  Good afternoon.
10             MR. CORCORAN:  In your current work with the film
11     festival, is that following up on work that you did in a
12     career in the film or media business?
13             PROSPECTIVE JUROR:  Yes.  The director and I went
14     to college together and art school.  And since then, I've
15     been involved in video editing, TV commercials and special
16     effects.
17             MR. CORCORAN:  What kind of -- are they
18     essentially product-related TV commercials or something
19     different?
20             PROSPECTIVE JUROR:  Yeah.  Diet Coke and that sort
21     of regular TV.  Regular corporations.
22             MR. CORCORAN:  And through some of the questions
23     from the Court, it's apparent that you heard some
24     information about this case before coming to court today.
25     Would you be able to put aside what you've heard from
```

1    outside of the courtroom and just base your decision on the

2    evidence that you hear in the courtroom if you sit on the

3    jury?

4              PROSPECTIVE JUROR:  Yes.  I certainly would.

5              MR. CORCORAN:  Thank you very much.

6              PROSPECTIVE JUROR:  Thank you.

7              THE COURT:  Thank you very much, sir.

8              PROSPECTIVE JUROR:  Thank you, your Honor.

9              (Thereupon, Prospective Juror No. 1117 retired

10   from the courtroom and the following proceedings were had:)

11             THE COURT:  Any motions to exclude Juror 1117?

12             MS. VAUGHN:  Not from the Government, your Honor.

13             MR. CORCORAN:  No, your Honor.

14             THE COURT:  Juror 1117 is qualified.

15             Ms. Lesley, 1913, please.

16             (Thereupon, Prospective Juror No. 1913 entered the

17   courtroom and the following proceedings were had:)

18             THE COURT:  Good afternoon, ma'am.

19             PROSPECTIVE JUROR:  Good afternoon.

20             THE COURT:  You can take off your mask if you

21   would like.

22             Ma'am, I'm going to -- first of all, you are

23   Juror 1913.  Correct?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  I'm going to read into the record the

277

1    three questions that you answered yes to and then ask you a

2    few followup questions.   The lawyers may have some questions

3    after that.

4              Those questions were Nos. 24, 28 and 44.   Now,

5    Question 24 asked you about whether you or a family member

6    had been a victim or a witness to a crime, whether you

7    reported it or not.   That's a personal question, I know.   If

8    you're comfortable answering it in open court, that's great.

9    If not, we can also go on the phone and the discussion will

10   be under seal.   So would you rather do that?

11             PROSPECTIVE JUROR:   Yes.

12             THE COURT:   Ms. Lesley, can we put the husher on?

13   It will now be under seal.

14             (Whereupon, the following proceedings were had at

15   sidebar:)

16   ██████████████████████████████████

17   ████████████████████████████

18   ████████████████████████████████████

19   ██████████████████████████████████

20   ██████████████████████████████████████

21   ███████████████████████████████████████

22   █████████████████████████

23   ████████████████████████████████████████

24   ██████

25   ████████████████████



1

2

3

4

5        THE COURT:  We'll go back from under seal now.

6        Thank you, ma'am.

7        And then, ma'am, you also answered yes to Question

8   44, which asked almost a catch-all question, which is:  No

9   matter what you've heard or seen about events at the U.S.

10  Capitol from any source and no matter what opinions you may

11  have formed, will you have any difficulty putting that aside

12  and following the law as I explain it to you and deciding

13  the case in a fair and impartial manner based solely on the

14  evidence presented in court?

15       And you said yes.  Can you tell us why you would

16  have that difficulty?

17       PROSPECTIVE JUROR:  Oh, no.  I didn't mean to

18  answer that way.

19       MS. GASTON:  Your Honor, I believe 44 was --

20       THE COURT:  Oh, I'm really sorry.  I just read the

21  wrong question.  My apologies.

22       PROSPECTIVE JUROR:  That's okay.

23       THE COURT:  44.  So you got it right; I got it

24  wrong.

25       44 is:  It's possible the trial could continue for

1    more than a week.  Would jury service on a matter of that

2    length cause a severe and unavoidable hardship to you?  My

3    apologies for getting that question wrong.  Can you explain

4    your answer there?

5              PROSPECTIVE JUROR:  Yes, it would.  I take care of

6    my grandmother, which lives in New Jersey.  So I would have

7    to travel in case of an emergency.  So it would.  $57 a day

8    would put a hardship on me.

9              THE COURT:  Do you take care of your grandmother

10   who's in New Jersey from here?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Do you have plans to go up to

13   New Jersey in the next week?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  When do you plan to go up?

16             PROSPECTIVE JUROR:  Next Tuesday.

17             THE COURT:  Next Tuesday.

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  And beyond that, if for example either

20   the trial is going to be done by next Tuesday -- well, I

21   guess that's the real question.  If the trial were done by

22   next Tuesday, possibly, would that issue with your

23   grandmother be a problem?

24             PROSPECTIVE JUROR:  No.

25             THE COURT:  Thank you.

```
 1                    Ms. Gaston?

 2                    MS. GASTON:  Good afternoon, ma'am.

 3                    THE COURT:  Good afternoon.

 4                    MS. GASTON:  What do you do for a living?

 5                    PROSPECTIVE JUROR:  I'm a program support

 6     assistant with the District Department of Transportation.

 7                    MS. GASTON:  What do you do there?

 8                    PROSPECTIVE JUROR:  Administrative support.

 9                    MS. GASTON:  And with respect to the issue with

10     your grandmother and your plan to go visit her on Tuesday,

11     is that something that is sort of -- is that something that

12     you're concerned about or is that something that you would

13     be able to make other arrangements for if it did look like

14     the trial was going past this week?

15                    PROSPECTIVE JUROR:  I would not want to make other

16     arrangements, as I haven't seen her in the last month.

17                    MS. GASTON:  Thank you.

18                    THE COURT:  Mr. Corcoran?

19                    MR. CORCORAN:  Good afternoon.

20                    PROSPECTIVE JUROR:  Good afternoon.

21                    MR. CORCORAN:  I just want to make sure I

22     understand the answer.  Without getting into the details of

23     what we talked about on the phone, was that experience

24     something that's going to make it hard for you, difficult

25     for you to be a juror in this case?
```

1          PROSPECTIVE JUROR:  Yes.

2          MR. CORCORAN:  It is?

3          PROSPECTIVE JUROR:  Yes.

4          MR. CORCORAN:  Okay.  And would it make it

5    difficult for -- again, without getting into the details,

6    would it make it difficult for you to listen to the evidence

7    presented in this case and, you know, weigh the evidence in

8    this case?

9          PROSPECTIVE JUROR:  No.

10          MR. CORCORAN:  It won't?

11          PROSPECTIVE JUROR:  No.

12          MR. CORCORAN:  Okay.

13          THE COURT:  Maybe I can ask a followup.  Given

14    what you described on the under-seal, is it that you would

15    find it personally hard to sit as juror?

16          PROSPECTIVE JUROR:  Yes.

17          THE COURT:  But you would still be able to if

18    you're selected to be fair and impartial and to look at the

19    facts --

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  -- and --

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  -- and follow my instructions on the

24    law?

25          PROSPECTIVE JUROR:  Yes.  Yes.

```
1                    THE COURT:  Thank you.
2                    Ms. Gaston?
3                    MS. GASTON:  Would it be possible to go to the
4         husher again and ask a followup question?
5                    THE COURT:  Yes.  Let's go back under seal.
6                    (Whereupon, the following proceedings were had at
7         sidebar:)
```





```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
```

15          THE COURT:  We're now back from under seal.

16          Any further questions, Mr. Corcoran?  Ms. Gaston?

17          Thank you, ma'am.

18          PROSPECTIVE JUROR:  Thank you.

19          (Thereupon, Prospective Juror No. 1913 retired

20   from the courtroom and the following proceedings were had:)

21          THE COURT:  Motions to exclude Juror 1913?

22          MS. GASTON:  Your Honor, the Government moves to

23   strike this juror for two reasons.  One is, we don't want

24   her to be anxious in deliberations if it looks like the

25   trial is going to last past this week.  The Government

1    doesn't think that it will; but in the event that it does,

2    we don't want her to feel pressured to make a decision

3    before the jury is ready.

4           And then the Government is concerned by the

5    conversation on the husher and the particular feelings she

6    expressed under seal.

7           THE COURT:  Thank you, Ms. Gaston.

8           Mr. Corcoran?

9           MR. CORCORAN:  We think she can be a fair juror

10   and we think that she can -- we can deal with the Tuesday

11   event if it comes up.  But I think it's highly unlikely that

12   she'll be inconvenienced in that way.

13          THE COURT:  Ms. Gaston, are you concerned at all

14   that those might be reasons not to serve?  I mean, the kind

15   of thing that one might say to try to get out of jury duty?

16          MS. GASTON:  With respect to the conversation

17   under seal, your Honor, because it took some followup

18   questions to sort of understand what was being said there,

19   it doesn't seem to me that it is a pretense.  Rather, it

20   seems sort of a deeply held belief.

21          And the Government is a little bit concerned

22   because there's a possibility of bias there.  I don't want

23   to say more.

24          THE COURT:  Yes.  I understand.

25          MR. CORCORAN:  Your Honor, could I say one thing?

1          THE COURT:  Yes.  Mr. Corcoran.

2          MR. CORCORAN:  I'd only say it's 1998, which was

3     24 years ago.

4          THE COURT:  Yes.

5          I am not going to exclude this juror.  I don't

6     think the two reasons are sufficient to exclude someone who

7     is otherwise basically not burdened by any preexisting

8     information or bias.  And I do think that the concern about

9     the grandmother -- we can work through that.

10          So I'm not going to exclude Juror 1913.  1913 is

11     qualified.

12          32, please, Ms. Lesley.

13          (Thereupon, Prospective Juror No. 32 entered the

14     courtroom and the following proceedings were had:)

15          THE COURT:  Good afternoon.

16          PROSPECTIVE JUROR:  Good afternoon.

17          THE COURT:  You can take off your mask if you

18     would like.

19          Am I right that you are Juror 32?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  I'm going to read into the record the

22     questions that you answered yes to and then ask you some

23     followup questions about that.

24          PROSPECTIVE JUROR:  Sure.

25          THE COURT:  Those are Nos. 5, 7, 9/13, 16, 17, 18,

1    19, 22, 28, 29, 40, 44.

2              PROSPECTIVE JUROR:  Uh-huh.  That dash 13 was just

3    when someone re-asked the question.  I just put that in

4    there.

5              THE COURT:  So 5 asks whether you recognized

6    anybody in the jury pool or in court, the courtroom staff or

7    me.

8              PROSPECTIVE JUROR:  Yeah.  I'm not sure if he's

9    still here.  There is somebody that was in the corner over

10   here that -- I work at a barber shop.  He's a client of my

11   boss's.

12             THE COURT:  Was that someone in that section?

13             PROSPECTIVE JUROR:  Yeah.  The back right.

14             THE COURT:  That's the area for the media.

15             PROSPECTIVE JUROR:  Oh, okay.  I didn't know which

16   was which.  I saw the face.

17             THE COURT:  Thank you for noting it.  I don't

18   think that technically actually fits within -- not that you

19   knew that, of course.  But the area in that corner over

20   there is not -- does not fall within that question.

21             You also answered yes to Question 7 about whether

22   you had heard, seen or read anything in any source about

23   this case.  Can you describe to us what you knew about this

24   case before you showed up here this morning and where you

25   learned that information?

1              PROSPECTIVE JUROR:  I mean, like I said, I work at

2       a barber shop.  I have the news on.  We talk politics.  I

3       knew Steve Bannon was on trial.  Court was coming up.  I

4       knew he was in contempt of Congress on two counts.  We just

5       talk back and forth between clients.

6              And I don't really know, I mean, the most about

7       it, but I'm just aware of what it is.  And then when I

8       showed up here this morning and I saw the news crew, I kind

9       of put everything together.

10             THE COURT:  As a result of those conversations at

11      your workplace or watching things on TV, have you formed any

12      opinions about this case?

13             PROSPECTIVE JUROR:  Directly for Steve Bannon or

14      for the January 6th?

15             THE COURT:  For this case.  I'll ask you questions

16      about January 6 later.  But about this case.

17             PROSPECTIVE JUROR:  I mean, I'm aware of who he is

18      and I'm aware of everything that went down on the 6th.  I

19      guess I would say yeah, I formed some opinions.

20             THE COURT:  What opinions are those?

21             PROSPECTIVE JUROR:  It didn't look good on him, I

22      guess, other than just the fact of that being, like -- what

23      can I say?  More or less that I'm just more aware of it and

24      I just didn't think it was -- I just didn't like it.

25             THE COURT:  You answered Question 9 yes, which is

1      that I'm going to tell you not to watch, read or listen to

2      any news commentary, et cetera, during the trial.  Would you

3      have trouble following that instruction?

4                PROSPECTIVE JUROR:  Yeah.  I also run a social

5      media from my barbershop, too, so I'm constantly on, like,

6      Instagram and Twitter at work and posting about stuff.  But,

7      you know, I guess that would be the only way that I would --

8      other than that I watch the news daily.

9                THE COURT:  But would you follow my instruction to

10     not read about or otherwise engage on this case at all on

11     social media or otherwise?

12               PROSPECTIVE JUROR:  Yes.

13               THE COURT:  I guess you answered yes to -- or I'll

14     just ask you.  Question 13 was about whether any member of

15     your family or a close friend was present at the Capitol on

16     January 6th.

17               PROSPECTIVE JUROR:  Yes.

18               THE COURT:  Who's that?

19               PROSPECTIVE JUROR:  I have some friends who do,

20     like, photography stuff and they were just basically -- I

21     wouldn't say they were, like, in the grounds or in the

22     Capitol or anything like that, but they were downtown on the

23     6th.  So I have photos and just different Instagram and

24     whatnot.

25               THE COURT:  As a result of your interactions with

1    those friends who were there, have you formed any opinions

2    about Mr. Bannon?

3            PROSPECTIVE JUROR:  Not directly, no.  It was

4    mainly about the January 6th and what went down at the

5    Capitol.

6            THE COURT:  What opinions have you formed about

7    January 6th?

8            PROSPECTIVE JUROR:  It was a really bad day in

9    American history.

10            THE COURT:  And Questions 16, 17, 18 and 19 --

11    well, sorry.  Questions 16 and 17 ask about your -- whether

12    you've either read or seen the hearings that the Committee

13    has held.

14            PROSPECTIVE JUROR:  Yes.

15            THE COURT:  So you have?

16            PROSPECTIVE JUROR:  Oh, yeah.  On Twitter, I

17    listen to it while I'm at work.  I guess I missed a day or

18    two, but I'm pretty much -- I watched last week, I mean.

19            THE COURT:  And then in the hearings you watched,

20    have you heard or seen mention of Mr. Bannon in the

21    committee?

22            PROSPECTIVE JUROR:  No.  I think the ones I

23    watched was the Proud Boys one that was recent.  Like I

24    said, I'm in and out of it.  I'm not -- I've got other

25    things going on.  I wasn't directly spending all my time

1       watching or listening.

2                   THE COURT:  So you answered yes to the question:

3       If you've watched or read coverage of the hearings, would

4       you have difficulty putting aside any opinions you may have

5       formed about the people involved and following the law and

6       deciding the case here in a fair and impartial manner?

7                   So what did you mean by that answer?

8                   PROSPECTIVE JUROR:  Just --

9                   THE COURT:  The question was:  If you have

10      watched -- sorry.  If you have watched or read coverage of

11      the hearings, will you have any difficulty putting aside any

12      opinions you may have formed about the people involved in

13      those events, following the law as I explain it to you and

14      deciding the case in a fair and impartial manner based

15      solely on the evidence presented in court?  And you said

16      yes, you would.

17                  PROSPECTIVE JUROR:  I think so.  Yes, I would.

18                  THE COURT:  You would?

19                  PROSPECTIVE JUROR:  Yes.  I mean, I have some

20      opinions about most of the stuff here.

21                  THE COURT:  And describe to us some of the

22      opinions about this stuff here, as you just said.

23                  PROSPECTIVE JUROR:  You mean like for the January

24      6th or Bannon?

25                  THE COURT:  Sure.  Both.

```
 1              PROSPECTIVE JUROR:  Like I said, it was a very

 2    dark day in American history.  I didn't agree with anything.

 3    I thought -- I just thought it was a bad look on the other

 4    side.

 5              THE COURT:  And in your view, that at least runs

 6    the risk that you would not be able to put some of those

 7    opinions to the side and decide this case based solely on

 8    what you see in the courtroom?

 9              PROSPECTIVE JUROR:  Yes, sir.

10              THE COURT:  I'll just ask a couple more questions.

11              You were asked about anybody in your family who's

12    connected with the legal profession.  Can you describe what

13    you're talking about when you answered yes to that one?

14              PROSPECTIVE JUROR:  I may have misheard.  My

15    girlfriend used to work for the FBI and the DIA.

16              THE COURT:  Is she a lawyer or --

17              PROSPECTIVE JUROR:  No.  I think she's -- I don't

18    know directly what she did in the FBI.  I know she does HR

19    for the DIA at one point.

20              THE COURT:  She does now?

21              PROSPECTIVE JUROR:  No.  Now she works for GDIT,

22    for General Dynamics.  But the question was if I had anyone

23    that was legal.  So the FBI.

24              THE COURT:  Fair enough.

25              And this question asked sort of -- it goes to the
```

1    effect of that.  It says:  Do you have any beliefs or

2    opinions about law enforcement officers that would affect

3    your ability to fairly and impartially evaluate the

4    credibility of the law enforcement officer like any other

5    witness simply because he or she is a law enforcement

6    officer?  You said yes.  So can you explain that answer?

7           PROSPECTIVE JUROR:  I have dealt with cops in my

8    past that I've had bad incidents with.  I don't know if this

9    goes to anything, but I have a tattoo that isn't very fond

10   of the police.

11          THE COURT:  And so you think there's at least a

12   chance that you might think less favorably of law

13   enforcement officer testimony than other testimony?

14          PROSPECTIVE JUROR:  Correct.

15          THE COURT:  The last two questions.  One was:  Do

16   you feel so uncomfortable being in the room in light of

17   COVID that it would be difficult for you to pay attention or

18   otherwise serve as a juror in this case?

19          PROSPECTIVE JUROR:  Yes.  And the only reason I

20   took my mask off is because no one is around me.

21          And I work in an environment where it's heavily

22   populated with people who don't really follow the rules much

23   in this city, I guess.  A lot of people who come from out of

24   town.  Like I said, I work at a barber shop, so I'm

25   constantly around.

1             THE COURT:  You're around a lot of people?

2             PROSPECTIVE JUROR:  Oh, at least 100-plus a day.

3             THE COURT:  And then the question was -- the last

4     question, 44, was -- I'll ask you about it at least -- was

5     the possibility that the trial could go into next week.

6     Would that be a severe and unavoidable hardship to you?

7             PROSPECTIVE JUROR:  Yes.  I mean, we're all

8     independent contractors.  If I don't work, I don't get paid.

9     And also, like I said, if I don't work, I have the

10    opportunity of losing, you know, the chance to pay my rent,

11    things like that, food.

12            THE COURT:  Thank you.

13            Ms. Vaughn?

14            MS. VAUGHN:  Your Honor, I don't have any

15    questions.

16            THE COURT:  Mr. Corcoran?

17            MR. CORCORAN:  No questions, your Honor.

18            THE COURT:  Thank you.

19            Thank you very much.

20            PROSPECTIVE JUROR:  Thank you, your Honor.

21            THE COURTROOM DEPUTY:  (Confers with the Court

22    privately.)

23            THE COURT:  Thank you, sir.

24            PROSPECTIVE JUROR:  Thank you.

25            (Thereupon, Prospective Juror No. 32 retired from

```
 1        the courtroom and the following proceedings were had:)

 2                    THE COURT:  Motions to exclude Juror 32?

 3                    MR. CORCORAN:  Do you want to hear my argument,

 4        your Honor?

 5                    THE COURT:  No.  Granted.

 6                    Juror 764, please.

 7                    (Thereupon, Prospective Juror No. 764 entered the

 8        courtroom and the following proceedings were had:)

 9                    THE COURT:  Good afternoon, sir.

10                    PROSPECTIVE JUROR:  Good afternoon.

11                    THE COURT:  Feel free to take your mask off if you

12        would like.  You don't have to.

13                    PROSPECTIVE JUROR:  Okay.

14                    THE COURT:  You're Juror 764.  Correct?

15                    PROSPECTIVE JUROR:  Yes.

16                    THE COURT:  I'm going to read into the record the

17        answers that you answered yes to -- the questions you

18        answered yes to and then ask you some followup questions

19        about them.  Those answers are 7, 14, 16, 22, 28 and 25.

20                    Question 7 asked whether you had heard, seen or

21        read anything from any sources about this case.  Obviously,

22        that's before you came here today.  Can you describe to us

23        what you had learned and from where about this case?

24                    PROSPECTIVE JUROR:  I just knew this was

25        happening.  I didn't realize it was today.  But I saw it on
```

1    the TV, TV news.

2              THE COURT:  Did you learn anything about the

3    substance of this case from watching the news?

4              PROSPECTIVE JUROR:  Yes.  I knew why it was

5    happening.

6              THE COURT:  What did you understand the "why" to

7    be?

8              PROSPECTIVE JUROR:  That he was being held in

9    contempt of Court or Congress.

10             THE COURT:  Do you recall what station you watched

11   the news on?

12             PROSPECTIVE JUROR:  Channel 4.  NBC News.

13             THE COURT:  Is there anything about your -- what

14   you reviewed or saw on Channel 4 that would lead you to

15   conclude that you could not be an impartial juror in this

16   case?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  You also answered yes to Questions 14

19   and 16, which are both questions about the Committee, the

20   Select Committee's work.  14 is whether you've read or seen

21   anything about the Committee and then 16 is about the

22   hearings.

23             So can you just describe to us generally how you

24   know about what the Committee is doing, where you get that

25   information from, what you know and then how many of the

1    hearings or portions of the hearings you've watched?

2              PROSPECTIVE JUROR:  Most of it, again, I saw on

3    the news, same station.  I don't know a ton about what the

4    Committee has done.  Just whatever they've shown on the

5    news.  And I watched one partial hearing.

6              THE COURT:  Which hearing was that?  Do you

7    recall?

8              PROSPECTIVE JUROR:  I don't.  It was probably like

9    the third one.

10             THE COURT:  Do you recall hearing anything about

11   the Committee's discussion of or even seeing in the video

12   about the hearing the Committee's discussion of anything

13   relating to Mr. Bannon?

14             PROSPECTIVE JUROR:  No.

15             THE COURT:  Anything about your knowledge, what

16   you've learned about the Committee, that would lead you to

17   conclude you could not be a fair and impartial juror here?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  You answered yes to Question 22, which

20   is basically about whether anyone in your close orbit is in

21   the legal profession.

22             PROSPECTIVE JUROR:  Yes.

23             THE COURT:  Can you describe to us why you

24   answered yes to that?

25             PROSPECTIVE JUROR:  Yeah.  I have a first cousin

1    that I'm very close with who's a defense attorney.

2              THE COURT:  Where?

3              PROSPECTIVE JUROR:  In Maryland.

4              THE COURT:  So criminal defense or civil?

5              PROSPECTIVE JUROR:  Criminal.  I think that's

6    right.  We don't talk shop much.  But I know he's a defense

7    attorney.

8              THE COURT:  You know you have a defense attorney

9    who's a first cousin with whom you're close in Maryland, but

10   you don't talk much about his work?

11             PROSPECTIVE JUROR:  Correct.

12             THE COURT:  I take it, then, that there isn't much

13   about his job as an attorney that would -- or anything that

14   would cause you to be concerned about your ability to be

15   impartial here?

16             PROSPECTIVE JUROR:  No.

17             THE COURT:  You also answered yes to Question 25,

18   which is whether you had served on a grand jury.

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Can you describe to us the

21   circumstances of your service?

22             PROSPECTIVE JUROR:  Sure.  I received a summons

23   similar to the one I received to come here today.  I was

24   selected as part of the jury pool and I spent six weeks

25   listening to felony plea hearings.

1          THE COURT:  Do you recall what court that was in?

2          PROSPECTIVE JUROR:  It was in D.C. court.  But I

3    can't tell you if I remember -- it wasn't federal.  To say

4    that might not be true.  We didn't hear -- we heard mostly

5    guns and drug cases, but we did hear one, because they

6    needed a grand jury.  We did hear one federal.  And that's

7    it.

8          THE COURT:  Do you recall approximately how long

9    ago that service was?

10          PROSPECTIVE JUROR:  It was pre-pandemic, so I want

11    to say three, three and a half years ago.

12          THE COURT:  The last question that you answered

13    yes to is about whether you or a family member or anyone

14    close to you had been employed in law enforcement.  Can you

15    describe your answer there?

16          PROSPECTIVE JUROR:  Maybe I misunderstood the

17    question, because I have not been --

18          THE COURT:  I'll read it again just in case.  The

19    question was:  Have you, a family member or anyone close to

20    you ever been employed by any local, state or federal law

21    enforcement agency or private security company?  Then I

22    listed a number of agencies that are considered law

23    enforcement.

24          PROSPECTIVE JUROR:  Yeah.  I should not have

25    answered that question yes.

```
 1                    THE COURT:  Thank you.

 2                    Ms. Gaston?

 3                    MS. GASTON:  Good afternoon.

 4                    PROSPECTIVE JUROR:  Good afternoon.

 5                    MS. GASTON:  So in terms of the news reports you

 6      saw on Channel 4, is it fair to say that because of those

 7      reports you know what the allegations are here?

 8                    PROSPECTIVE JUROR:  Yes.

 9                    MS. GASTON:  But you will listen to the judge's

10      instructions?

11                    PROSPECTIVE JUROR:  Yes.

12                    MS. GASTON:  And you heard when he told you that

13      the United States has the burden of proof and we have to

14      prove the case to you?

15                    PROSPECTIVE JUROR:  Yes.

16                    MS. GASTON:  And you will be able to be fair?

17                    PROSPECTIVE JUROR:  Yes.

18                    MS. GASTON:  Do you know what firm or organization

19      your cousin works with?

20                    PROSPECTIVE JUROR:  He's a sole proprietor.  He

21      runs his own firm.  But I couldn't tell you the name.

22                    MS. GASTON:  Understood.

23                    I know this is difficult, but do you think there

24      was another question that you may have meant to answer?

25                    PROSPECTIVE JUROR:  I answered one thinking it
```

1    was the -- have I been a victim of crime.

2              MS. GASTON:  I will let the Court inquire about

3    that.

4              THE COURT:  Yes.  So that was Question 24.  So

5    that asks whether you, a family member or anyone close to

6    you was ever the victim of or witness to a crime.  If you're

7    comfortable describing why you answered yes to that, you can

8    do so on the public record or we could go on the phone.

9              PROSPECTIVE JUROR:  That's fine.

10             THE COURT:  Please.

11             PROSPECTIVE JUROR:  I was two different times held

12   up at gunpoint, one time in Upper Northwest and then a

13   couple years after that in Northeast.

14             THE COURT:  How long ago were those two incidents?

15             PROSPECTIVE JUROR:  More than 20 years ago.

16             THE COURT:  Did you have involvement or engagement

17   with law enforcement, the police?

18             PROSPECTIVE JUROR:  We called the police

19   afterwards.  That was it.  Nothing ever happened.  No one

20   was caught.

21             THE COURT:  Is there anything about that

22   experience that would make you worry that you couldn't sit

23   impartially in this case?

24             PROSPECTIVE JUROR:  No.

25             THE COURT:  Thank you.

```
1              Ms. Gaston, anything else?

2              MS. GASTON:  Very briefly.

3              I'm sorry to hear about those incidents.  Did the

4    Metropolitan Police Department investigate?

5              PROSPECTIVE JUROR:  I mean, they took my

6    information.  They thought on the second incident that they

7    caught somebody.  And they put us in the car, drove us to

8    where the person was, you know, being held and asked if that

9    was the person, which I replied no.

10             MS. GASTON:  Did you hear from the police after

11   those initial reports?

12             PROSPECTIVE JUROR:  I did not.

13             MS. GASTON:  How do you feel about not having

14   heard more from them?

15             PROSPECTIVE JUROR:  I mean, it's -- I mean, sure.

16   I would like to have heard more about it.  But, you know,

17   that kind of thing happens in the city all the time, and

18   it's not the most important thing going on.  So it is what

19   it is.

20             MS. GASTON:  Thank you.

21             THE COURT:  Mr. Corcoran?

22             MR. CORCORAN:  Good afternoon.

23             PROSPECTIVE JUROR:  Hello.

24             MR. CORCORAN:  Just a followup question.

25             You said that you had seen on Channel 4 some
```

1     background information about this case.

2              Are you going to be able to put that outside of

3     your mind and decide the case just based on the evidence

4     that you hear at trial?

5              PROSPECTIVE JUROR:  Sure.  Yes.

6              MR. CORCORAN:  And the last thing is, the

7     information we have indicates that you are an architect.

8     What kind of architecture do you practice?

9              PROSPECTIVE JUROR:  Mostly residential.

10             MR. CORCORAN:  Okay.

11             PROSPECTIVE JUROR:  Commercial residential,

12    apartment buildings, that kind of thing.

13             MR. CORCORAN:  Thank you very much.

14             Thank you, your Honor.

15             THE COURT:  Thank you.

16             PROSPECTIVE JUROR:  Thank you.

17             (Thereupon, Prospective Juror No. 764 retired from

18    the courtroom and the following proceedings were had:)

19             THE COURT:  Motions to strike 764?

20             MS. GASTON:  Not from the Government, your Honor.

21             MR. CORCORAN:  No, your Honor.

22             THE COURT:  We will qualify Juror 764.

23             Ms. Lesley, could you bring 797 in?

24             (Thereupon, Prospective Juror No. 797 entered the

25    courtroom and the following proceedings were had:)

```
1              THE COURT:  Good afternoon.

2              PROSPECTIVE JUROR:  Good afternoon.

3              THE COURT:  You can take your mask off if you

4     would like to, although you don't need to.

5              PROSPECTIVE JUROR:  Yes, please.

6              THE COURT:  You are Juror 797.  Correct?

7              PROSPECTIVE JUROR:  Correct.

8              THE COURT:  I'm going to read into the record the

9     questions that you answered yes to and ask you a few

10    followup questions, and then the lawyers may have followup

11    questions.

12             So those were Questions 7, 7-A, 14, 16, 18, 21 and

13    26.

14             Question 7 asks about whether before today you had

15    read, seen or heard anything about this case.  And then 7-A

16    was:  Have you formed any opinions about this case as a

17    result of what you've read, seen or heard?

18             So can you describe to us why you answered yes to

19    those two questions?

20             PROSPECTIVE JUROR:  Yes.  Based upon what I've

21    read and seen in the news, I formed an opinion about the

22    case.

23             THE COURT:  What is that opinion?

24             PROSPECTIVE JUROR:  The opinion is that Bannon is

25    guilty.
```

```
 1                THE COURT:  Thank you, sir.

 2                (Thereupon, Prospective Juror No. 797 retired from

 3     the courtroom and the following proceedings were had:)

 4                MR. CORCORAN:  I think he is undecided, your

 5     Honor.

 6                THE COURT:  Yes.

 7                MR. CORCORAN:  We'll make a motion.

 8                THE COURT:  He's undecided and the motion is

 9     granted.

10                Ms. Lesley, can you bring in -- so Juror 797 is

11     excluded.

12                We'll bring in Juror 1571, please.

13                (Thereupon, Prospective Juror No. 1571 entered the

14     courtroom and the following proceedings were had:)

15                THE COURT:  Good afternoon.

16                PROSPECTIVE JUROR:  Good afternoon.

17                THE COURT:  Feel free to take off your mask if you

18     would like.

19                You are Juror 1571.  Correct?

20                PROSPECTIVE JUROR:  Yes, your Honor.

21                THE COURT:  I'm going to read into the record the

22     questions that you answered yes to and then ask you some

23     followup questions.  Those questions are 7, 7-A, 14, 16, 18,

24     22, 23, 24.

25                Question 7 asks if you had read, seen or heard
```

1    anything from any sources about this case.  And then 7-A

2    said:  As a result of what you had read, seen or heard, have

3    you formed any opinions about it?  Can you describe to us

4    why you answered yes to those questions?

5              PROSPECTIVE JUROR:  I had read the news reports

6    about the moving forward of the criminal case and had -- and

7    I had heard some commentary about it.

8              THE COURT:  You had in fact then as a result of

9    that formed some opinions about this matter?

10             PROSPECTIVE JUROR:  I wouldn't say necessarily

11   formed opinions, but had thoughts about it.

12             THE COURT:  What were those thoughts?

13             PROSPECTIVE JUROR:  Just how that it's -- I think

14   it's important to get to the bottom of the work that's

15   going -- that is related to the charges here.  And that's

16   about it.  Yeah.

17             THE COURT:  Can you say what you mean by that

18   exactly?

19             PROSPECTIVE JUROR:  Well, so the charges related

20   to the work that the congressional committee is doing.  And

21   I just think it's important that that work continue.

22             THE COURT:  So you answered yes to Questions 14

23   and 16, which are about the Committee, both about whether

24   you've heard about what the Committee is doing and if you've

25   watched some of the hearings.  Can you describe to us what

```
1    you know about the Committee's work and where you get that

2    information?

3              PROSPECTIVE JUROR:  Sure.  I see from national

4    news media and also some independent sources the work of the

5    Committee.  I oftentimes just get a notification on my phone

6    that there's been an update, and I just follow up with what

7    I see as well.

8              THE COURT:  You've watched hearings themselves or

9    at least portions of them?

10             PROSPECTIVE JUROR:  I have watched and listened to

11   them.  Yes.

12             THE COURT:  And as a result of those hearings, do

13   you have an opinion about this case?

14             PROSPECTIVE JUROR:  Not about this particular

15   case, but about the work in general.

16             THE COURT:  The work -- what's your opinion about

17   the work in general of the Committee?

18             PROSPECTIVE JUROR:  I think it's important that it

19   continue and that it gets to the bottom of what it set out

20   to investigate.

21             THE COURT:  You were also asked and answered

22   Question 18 yes; and that question was whether you had any

23   beliefs or opinions about the Defendant, Steve Bannon, or

24   anyone associated with him that would make it difficult for

25   you to remain fair and impartial to both the Government and
```

1    the Defendant throughout the trial.  Can you describe to us

2    why you answered yes to that question?

3              PROSPECTIVE JUROR:  I just was not a fan of the --

4    of his former employer, the president.  But I just wanted to

5    be truthful about it.  That's about it.

6              THE COURT:  And based on your opinion about former

7    President Trump, are you concerned that you would not be a

8    fair and impartial juror in this case?

9              PROSPECTIVE JUROR:  I'm not concerned.  No.

10             THE COURT:  You're not concerned.  Do you think

11   you could set aside any personal opinions you have about

12   President Trump or frankly anyone from a political

13   perspective and decide this case based on the facts and the

14   law?

15             PROSPECTIVE JUROR:  Yes, I could.

16             THE COURT:  You also answered yes to Questions 23

17   through 24 -- sorry -- 22 through 24.  22 is whether you or

18   anyone in your family is really associated with the legal

19   profession.  Do you remember who you had in mind when you

20   answered yes to that question?

21             PROSPECTIVE JUROR:  My mom and my aunt are both --

22   were both retired paralegals.

23             THE COURT:  When did they roughly retire?

24             PROSPECTIVE JUROR:  My mother, just this past

25   year.  My aunt, probably about ten years ago.

1          THE COURT:  What kind of cases did your mom work

2     on?

3          PROSPECTIVE JUROR:  My mother worked primarily on

4     real estate.

5          THE COURT:  So not in litigation and not criminal

6     defense?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  You also answered yes to whether you,

9     a family member or anyone else close to you had been the

10    subject of a criminal investigation or charged with crime.

11    This can be a personal question for some people.  If you

12    want, we can have a conversation that's hushed and only

13    available to certain people in the courtroom.

14          PROSPECTIVE JUROR:  Sure.

15          THE COURT:  Let's go under seal, please.

16          All you'll have to do is just touch the button to

17    talk.

18          (Whereupon, the following proceedings were had at

19    sidebar:)

20    ███████████████████████

21    ████████████████████████████████████

22    ████████████████████████████████████████████

23    █████████████████████████████████████████████

24    ██████████████

25        █████████████████████████████



9    THE COURT:  We're back from under seal.

10    The last question was whether you, a family member

11    or anyone close to you had been the victim of or a witness

12    to a crime.  Again, victim of or a witness to a crime.  Can

13    you tell us what that was about?  Again, if it's very

14    personal, we can go on the phone.

15    PROSPECTIVE JUROR:  My cousin was murdered in

16    2006.  Personally, two years ago, right before Christmas of

17    2020, I was attacked in my vehicle outside my building here

18    in Washington, where I live.

19    THE COURT:  I'm sorry about both of those

20    incidents.

21    PROSPECTIVE JUROR:  Thank you.

22    THE COURT:  Would either of them and your

23    experience with what happened and perhaps even your

24    experience with law enforcement, with the episode that

25    happened to you, would that affect your ability to serve as

```
1    a juror in this case?

2              PROSPECTIVE JUROR:  It would not.

3              THE COURT:  Thank you.

4              Ms. Gaston?

5              MS. GASTON:  Your Honor, could we start on that?

6              THE COURT:  Sure.  Let's do that.  We're going to

7    go back under seal.

8              (Whereupon, the following proceedings were had at

9    sidebar:)
```

1        ██████████████████████████████████████

2        ████████████

3        THE COURT:  We'll go back out from under seal.

4        MS. GASTON:  All right.  So I'm very sorry about

5 the incident in which you were attacked.  Are you all right

6 now?

7        PROSPECTIVE JUROR:  I am.  Thank you.

8        MS. GASTON:  That was here in the District?

9        PROSPECTIVE JUROR:  It was.

10        MS. GASTON:  Was that investigated by law

11 enforcement?

12        PROSPECTIVE JUROR:  It was.

13        MS. GASTON:  Did it lead to charges or a trial of

14 any sort?

15        PROSPECTIVE JUROR:  It did not.

16        MS. GASTON:  Was the perpetrator identified?

17        PROSPECTIVE JUROR:  He was identified through some

18 police work.  I could not identify him when asked to pick

19 him out of a photo array.

20        MS. GASTON:  How did you -- was it investigated by

21 the Metropolitan Police Department?

22        PROSPECTIVE JUROR:  It was.

23        MS. GASTON:  How did you feel about their

24 investigation?

25        PROSPECTIVE JUROR:  I think that they did the best

1    they could.  I'm upset that, you know, nothing was done

2    about it.  It was a pretty upsetting thing.

3            MS. GASTON:  I'm sure it was.

4            Was there ever at any point a prosecutor assigned

5    that you talked to?

6            PROSPECTIVE JUROR:  I don't -- no.  I think I have

7    on the police report that it said "Declined to prosecute,"

8    was the box that was checked, I believe.  That's how I knew

9    that the case was not moving forward.

10           MS. GASTON:  How did you feel about that?

11           PROSPECTIVE JUROR:  I was upset.

12           MS. GASTON:  Did you think there was something

13   more that the Government could have done?

14           PROSPECTIVE JUROR:  I'm not sure.  I think they

15   looked into what was -- what had happened.  And I think one

16   of the big sticking points was that I couldn't properly

17   identify who it was that had attacked me.

18           But I reported it right away.  I called 911 as it

19   was happening.

20           MS. GASTON:  I'm sorry.

21           And then you talked about how you've read some

22   things about this case.  Where have you read them?

23           PROSPECTIVE JUROR:  Honestly, just through

24   whatever has come up on my phone, you know.  I can't think

25   of specific sources.  I just knew that this case was

1    referred for prosecution and that I had seen a couple

2    followup stories.  I honestly cannot remember where -- who

3    wrote the stories or where I heard them from.  But I had

4    general knowledge of it.

5              MS. GASTON:  Understood.

6              And do you know any of the details of this case?

7              PROSPECTIVE JUROR:  I believe I was refreshed when

8    it was -- my memory was refreshed when the judge explained

9    the charges, that there were specific dates that was -- that

10   the Defendant's presence was requested and that that

11   presence was not met.  So that's my understanding.

12             MS. GASTON:  That's your understanding of the

13   allegations?

14             PROSPECTIVE JUROR:  Yes.

15             MS. GASTON:  Did you read anything that is more

16   detailed than what the Court read this morning?

17             PROSPECTIVE JUROR:  I can't remember having read

18   anything specific.  But that's about it.

19             MS. GASTON:  And knowing that those are the

20   allegations, are you confident that you could keep an open

21   mind and listen to the evidence at trial and make a decision

22   and set apart what you might have heard outside of court?

23             PROSPECTIVE JUROR:  I could.

24             MS. GASTON:  You also mentioned that you think the

25   Committee's work is important.

```
1              PROSPECTIVE JUROR:  Yes.

2              MS. GASTON:  But do you understand that with

3      respect to this case it's sort of separate and apart from

4      the hearings that the Committee has been conducting?  Would

5      you be able to just focus on this case without thinking

6      about what you've seen in the hearings and your feelings

7      about their work?

8              PROSPECTIVE JUROR:  I could.

9              MS. GASTON:  And then you mentioned that you have

10     certain feelings about former President Trump.  Are you able

11     to separate your feelings about him from your feelings about

12     the Defendant?

13             PROSPECTIVE JUROR:  Yes.

14             MS. GASTON:  And then Ms. Vaughn and I work in the

15     same office as the prosecutor who would have checked that

16     box on the form for the matter that we were talking about

17     earlier.

18             Does that make you have any particular feelings

19     about Ms. Vaughn and me?

20             PROSPECTIVE JUROR:  I'm sorry.  Which box?

21             MS. GASTON:  Sorry.  The "Decline to prosecute"

22     box.

23             PROSPECTIVE JUROR:  Okay.  No, it does not.

24             MS. GASTON:  Thank you.

25             THE COURT:  Mr. Corcoran?
```

```
 1                    MR. CORCORAN:  Thank you, your Honor.

 2              Good afternoon.

 3              PROSPECTIVE JUROR:  Good afternoon.

 4                    MR. CORCORAN:  I just wanted to follow up with a

 5      couple questions.  You said that you're not a fan of

 6      Mr. Bannon's former employer, President Trump.  Describe

 7      that for me.

 8              PROSPECTIVE JUROR:  I was very upset by his

 9      mandate in office.  And it was something that I thought

10      about constantly and it was -- it was upsetting.

11                    MR. CORCORAN:  And would you be able to put out of

12      your mind completely the fact that Mr. Bannon worked for

13      Mr. Trump as a top advisor?

14              PROSPECTIVE JUROR:  For the purposes of the job

15      here, yes.  I would do that.

16                    MR. CORCORAN:  What about with regard to January

17      6th?  Do you have anything in your mind that connects the

18      events of January 6th with President Donald Trump?

19              PROSPECTIVE JUROR:  I do.  I saw kind of the

20      coverage of the day and everything leading up to it and the

21      statements that he had made.  And again, it was all pretty

22      upsetting.

23                    MR. CORCORAN:  Why were you upset?

24              PROSPECTIVE JUROR:  I thought it was -- I just

25      thought it was very upsetting.  I had never experienced
```

1    anything like this before.  It happened, you know, a few

2    miles from where I live here in the District.  It was just

3    really -- it seemed -- it just doesn't make any sense.

4              MR. CORCORAN:  So by living close, you feel like

5    you were almost personally violated by the event?

6              PROSPECTIVE JUROR:  I was scared.  I wouldn't say

7    scared for my safety.  I was in my apartment that day.  But

8    I felt very upset and very uneasy, you know, just thinking

9    about everything that was going on.  I was unable to focus

10   on work.

11             MR. CORCORAN:  And because of that, now you've

12   said that you have an interest in what the January 6

13   Committee is doing.  Is that fair to say?

14             PROSPECTIVE JUROR:  I'm sorry.  Say your question

15   again.  Interested in the work it's doing and the stories

16   that are written about it?

17             MR. CORCORAN:  You tell me.  I want to understand

18   why you're following the work of the January 6 Committee so

19   closely.

20             PROSPECTIVE JUROR:  Again, I think it was -- as

21   somebody, you know, who follows these events closely, I

22   follow the news.  I try to follow current events.  I'm very

23   interested in the law, government, all that.  And I think

24   it's just important to understand what's going on there.

25             MR. CORCORAN:  And specifically with regard to the

318

1    January 6th Select Committee hearings, how many of those

2    hearings did you follow?

3              PROSPECTIVE JUROR:  I don't know how many

4    specifically.  I could say probably -- I know probably on

5    one hand the times that I've actually sat down and watched

6    testimony.  I've seen readouts from things that people have

7    said or listened to them.  But I do remember -- I do

8    remember listening to these -- to at least a handful of

9    particular witnesses or Committee sessions.

10             MR. CORCORAN:  Beyond the listenings and the

11   handful of sessions of the Committee itself, did you listen

12   to -- did you read any of the coverage or see any of the

13   coverage of the hearings?

14             PROSPECTIVE JUROR:  I have.  Yes.

15             MR. CORCORAN:  Tell me about that.

16             PROSPECTIVE JUROR:  I've -- what would be your

17   question?  Like which stories have I read or which days?  Or

18   was that your question?

19             MR. CORCORAN:  I'm interested to know how much

20   exposure that you've had to the January 6th committee or any

21   coverage that followed the January 6th committee.

22             PROSPECTIVE JUROR:  Okay.  I recall specifically

23   the testimony given by -- I forget her name -- that was

24   the -- she worked in the west wing.  She testified about a

25   week and a half ago.  And I remember this past weekend I do

1      recall listening to two members, one of whom was involved in

2      an extremist group and the other one was involved in -- was

3      at the Capitol and I think is facing charges.  And they both

4      offered testimony.  And I was listening to the weekend

5      coverage of it this past weekend.

6                  I think that there have been others, but I cannot

7      remember specifically.  I know those were two examples.

8                  MR. CORCORAN:  And you said that you got updates

9      on your phone about news related to the hearings or

10     Mr. Bannon.  Tell me about those updates.

11                 PROSPECTIVE JUROR:  I just remember getting a

12     notification that the case had been referred for

13     prosecution.  And I remember -- but that's about it.  It was

14     the specific incident.  I do know that with the Committee

15     itself I get, you know -- if there's been a witness or

16     something like that, I usually just see it on my phone that

17     so-and-so had testified.

18                 MR. CORCORAN:  And I'm just trying to understand

19     that process.  Why is it that you receive notifications from

20     the Committee about what's happening from the Committee?

21                 PROSPECTIVE JUROR:  So I use an iPhone.  And the

22     Apple News app is usually -- picks up news stories related

23     to that.  Those are some of the ones that I remember.  I get

24     other notifications as well.  But I just remember those ones

25     stand out particularly.

1          MR. CORCORAN:  And is that -- do you think that's

2     because you've read the stories before that the algorithm or

3     logarithm or whatever it is would send you stories about the

4     Select Committee because it's something that you've read

5     before?

6          PROSPECTIVE JUROR:  That's a good question.  I'm

7     not really tech savvy on how that works.  I know I get a

8     bunch of stories, but I can recall specifically some sort

9     of -- a notification about some sort of -- yeah -- what the

10    Committee has done.  Yeah.

11         MR. CORCORAN:  You've said two different times

12    that it's important that the Select Committee get to the

13    bottom of what it sets out to do.  Is that an accurate

14    capturing of what your thinking it?

15         PROSPECTIVE JUROR:  Yeah.  Yeah.

16         MR. CORCORAN:  And you understand that this case

17    involves a subpoena and compliance with a subpoena.  Right?

18         PROSPECTIVE JUROR:  Uh-huh.

19         THE COURT REPORTER:  Is that yes?

20         PROSPECTIVE JUROR:  Yes.

21         MR. CORCORAN:  And my question is this:  If you

22    are interested in the Committee getting to the bottom of

23    what it set out to do, what's the interplay with that in a

24    criminal case that involves compliance or noncompliance with

25    a subpoena?  What does it mean -- what's the intersection

1    between those two thoughts?

2              PROSPECTIVE JUROR:  That's a good question.  I

3    would say that it would be -- it would mean that something

4    wasn't complied with and that it makes that Committee's job

5    harder to -- work harder.

6              MR. CORCORAN:  So is it fair to say that you've

7    come to this case feeling like the Committee should get to

8    the bottom of what it's investigating and yet the case

9    involves some positions on whether or not a subpoena was

10   complied with?

11             PROSPECTIVE JUROR:  Say it one more time.

12             MR. CORCORAN:  Let me put it this way:  I'm trying

13   to get a sense of whether you come in here as a blank slate

14   or you come in with a predisposition that if the Committee

15   wants to subpoena somebody it should be able to get to the

16   bottom of what it's looking for.

17             PROSPECTIVE JUROR:  Okay.

18             MR. CORCORAN:  What's your answer?

19             PROSPECTIVE JUROR:  Yeah.  It seems as though, you

20   know, something like a congressional subpoena would be

21   pretty serious and something that should be taken seriously,

22   at least in my own mind.

23             MR. CORCORAN:  Okay.

24             PROSPECTIVE JUROR:  Yeah.

25             MR. CORCORAN:  Thank you, your Honor.

1           THE COURT:  Thank you, sir.

2           PROSPECTIVE JUROR:  All set?  Okay.

3           (Thereupon, Prospective Juror No. 1571 retired

4     from the courtroom and the following proceedings were had:)

5           THE COURT:  Motions to strike 1571?

6           MR. CORCORAN:  Yes, your Honor.  Just on the last

7     point.  I mean, the issue is this:  Obviously, he's got

8     information on January 6.  He has pre-information about this

9     case and the criminal referral of this case.

10          And importantly, he said two different times that

11    he believes it's important for the Select Committee to get

12    to the bottom of what it set out to do.

13          This is a case about compliance or noncompliance

14    with a subpoena.  So it's the very issue that's going to be

15    decided by the jury.  And he comes into it with a frame of

16    mind where he's highly focused on January 6.  He couldn't

17    even go to work after it happened.  He's highly focused on

18    receiving news about and updates about the January 6

19    Committee.

20          And I think it's very difficult for him to be

21    fair, especially compared with the many jurors that we have

22    that don't have this manic focus on the Select Committee on

23    January 6 and trying to help the Committee get to the bottom

24    of what it set out to do.  I don't think he can be fair.

25    And that's why I move to strike him.

323

```
 1              THE COURT:  Thank you.
 2          Ms. Gaston?
 3              MS. GASTON:  Thank you, your Honor.
 4          I don't think it's a fair characterization to say
 5      that he has a manic focus on January 6.  He gets alerts on
 6      his phone, like lots of people get alerts on their phone.
 7      He gets Apple News, and he doesn't have any say in what
 8      kinds of alerts he gets.
 9              He was -- he did not hesitate at all when asked if
10      he could separate what he knows from outside the courtroom
11      from inside and he did not hesitate in saying that he could
12      be fair.
13              And I think, you know, we should not be
14      disqualifying people just because they think that the work
15      of the Committee is important and that the functions of
16      government are important.  So we don't think there's a basis
17      to strike him.
18              THE COURT:  I think this is -- thank you.
19              I think this is a close one again.  It seems to me
20      that his answers were a little bit all over the place.  And
21      I am -- if we were at the end of the list, I might conclude
22      he could be seated.  But I think, again, this is one of
23      those close calls that it makes sense to err on the side of
24      not having someone serve on the jury who may have a
25      preconceived view of either the Committee's work or the case
```

1    here.  And I just think it's smarter to be cautious on that

2    question.  Therefore, I will strike 1571.

3            Counsel, I want to -- before we bring in everyone

4    else, the goal, as you probably can imagine, is I'm trying

5    to get to 22 so then we can let everyone else who will

6    either become struck or who would be at the end of the list

7    to go.  And we can talk about whether or not we can get from

8    22 to 14 tonight or whether it happens tomorrow.  But we

9    could at least let a good portion of the venire go.

10           So I'd like to go a little bit longer.  I know

11   it's after 5:00.  With any luck, we can get two more fairly

12   soon and take it with that.

13           With that, 713, please.

14           (Thereupon, Prospective Juror No. 713 entered the

15   courtroom and the following proceedings were had:)

16           THE COURT:  Good afternoon.  Thank you for being

17   here.  You can take off your mask if you would like.  You

18   don't need to.

19           You are Juror 713.  Correct?

20           PROSPECTIVE JUROR:  Correct.

21           THE COURT:  You answered Questions 7 -- yes to

22   Questions 7, 9, 10, 14, 16, 18, 24?

23           PROSPECTIVE JUROR:  Correct.

24           THE COURT:  I'm going to follow up with some

25   questions for you.  Let me ask you Question 18 first.  That

1    asks whether you have any beliefs or opinions about the

2    Defendant or anyone associated with him that would make it

3    difficult for you to remain fair and impartial to both the

4    Government and the Defendant throughout the trial.  Can you

5    explain why you answered yes to that question?

6              PROSPECTIVE JUROR:  I follow the news very

7    closely.  So I -- a lot about the Defendant in this case in

8    this particular.  So I definitely have some established

9    opinions about the case.

10             THE COURT:  What are those opinions?

11             PROSPECTIVE JUROR:  About the case or the

12   Defendant?

13             THE COURT:  Both.

14             PROSPECTIVE JUROR:  Okay.  I mean, from what I've

15   read in this case, the details are that he was subpoenaed,

16   did not comply with the subpoena.  So from my limited

17   knowledge of the law, that seems pretty clear.

18             I guess I'm not sure what we're finding on here is

19   whether or not he did or did not comply with the subpoena.

20   It seems, like, pretty clear from the facts of what I'm

21   aware.

22             THE COURT:  Would you be able to consider the

23   facts as they're presented in this courtroom and follow my

24   instructions on the law?

25             PROSPECTIVE JUROR:  I don't think I'd be unable to

1    consider the facts and follow instructions.

2        THE COURT:  Do you think that the preexisting

3    knowledge from your following either the Committee's work or

4    this case would risk that you would bring that information

5    and knowledge into your deliberations about the case?

6        PROSPECTIVE JUROR:  I mean, I can't say for sure.

7    But I don't think so.

8        THE COURT:  Okay.  One of your answers -- I guess

9    we've already addressed to some extent Question 7, which is

10    whether you had heard about this case.

11        I then asked whether during the pendency of the

12    trial it would be difficult for you to not listen to, watch,

13    read about this case on the internet or otherwise.  And I

14    would instruct the jury to basically not do so.  And you

15    answered yes, that you would have trouble following that

16    instruction.  Why is that?

17        PROSPECTIVE JUROR:  It would depend on what you

18    consider difficult.  I am a pretty close follower of the

19    news.  So like I've listened to it, watched it, read it

20    pretty consistently.

21        So if I continued those habits during the trial --

22    and it would be pretty much impossible to avoid hearing

23    about this case, since I get the sense it's going to be

24    covered very closely.  If I was instructed to avoid those

25    things, I would do my best to comply with the instructions.

```
1              THE COURT:  You answered yes to Question 10, which

2      is:  Have you or a member of your family or anyone close to

3      you ever worked for the House, the Senate or any government

4      agency affiliated with the legislative branch?  Can you

5      explain to us what that answer was yes for?

6              PROSPECTIVE JUROR:  Yeah.  I was -- I interned for

7      the House of Representatives back in 2010.

8              THE COURT:  For who or for which committee did you

9      intern?

10             PROSPECTIVE JUROR:  It was a congressmen.  He's no

11     longer there.  His name was Todd Platts.  He was from

12     Pennsylvania.  I think it would have been the 13th District.

13     But they've been renumbered a couple times since then, so I

14     don't know if that's the right number anymore.

15             THE COURT:  What do you do now?

16             PROSPECTIVE JUROR:  I am a project manager for a

17     healthcare company.

18             THE COURT:  You also answered yes to Question 24.

19     And this gets potentially into personal information that you

20     might not want to share with the world, so to speak.  But it

21     asks whether you've been a victim or anyone -- someone close

22     to you has been a victim or a witness to a crime.  Can you

23     describe your yes answer there?  Or, if not, we can go on

24     the husher, which is --

25             PROSPECTIVE JUROR:  No.  It's fine.  I interpreted
```

1     it pretty broadly.  The victim of a crime, I've had my car

2     broken into several times.  I've had my bike stolen.  But

3     that's the most serious thing.

4           THE COURT:  Anything about that experience or

5     experiences that would cause you to be worried that you

6     couldn't be impartial in this case?

7           PROSPECTIVE JUROR:  No.

8           THE COURT:  Thank you.

9           Ms. Vaughn?

10          MS. VAUGHN:  Good afternoon.

11          PROSPECTIVE JUROR:  Hi.

12          MS. VAUGHN:  Is your opinion -- I think you said

13    that it seems pretty clear, this case.  Is that opinion just

14    based on that you generally know what a subpoena is or is it

15    based on, like, your consideration of the specific facts

16    that will be at issue here?

17          PROSPECTIVE JUROR:  Just very vaguely based on

18    what I think a subpoena is.  I'm not aware.  I don't have a

19    strong legal background.

20          MS. VAUGHN:  So your opinion is not based on the

21    specific facts of what happened with this person's subpoena

22    or what he may have known or what people may have been

23    saying back and forth with respect to this one?

24          PROSPECTIVE JUROR:  No.  It doesn't -- again, I'm

25    not aware.  It doesn't really matter what he knew or didn't

1    know.  Right?  It's just the fact of the subpoena.

2              MS. VAUGHN:  Well, the Court will instruct you on

3    what the law is.  Would you be able to follow those

4    instructions and put aside your preconceived notion about

5    what a subpoena is?

6              PROSPECTIVE JUROR:  I think so.

7              MS. VAUGHN:  How sure are you that you could do

8    that?

9              PROSPECTIVE JUROR:  Very sure.

10             MS. VAUGHN:  And you mentioned that you've had

11   your car broken into and your bike stolen.  I guess that's

12   part of living in the city?

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Did you report those?

15             PROSPECTIVE JUROR:  It was a pretty long time ago.

16   I'm pretty sure I reported my car getting broken into.

17             THE COURT:  Was there any followup by law

18   enforcement or the U.S. Attorney's Office, by the

19   prosecutor?

20             PROSPECTIVE JUROR:  No.  I think I talked to

21   someone over the phone a long time ago.  But that was like

22   the end of it.

23             MS. VAUGHN:  Did you feel there should have been

24   more followup?  Were you disappointed in law enforcement's

25   response?

```
 1              PROSPECTIVE JUROR:  It met my expectations,

 2     considering the crime you might experience in D.C.

 3              MS. VAUGHN:  So were your expectations low?

 4              PROSPECTIVE JUROR:  I guess, yeah, given -- you

 5     could say that.  Sure.

 6              MS. VAUGHN:  Do you have any negative feelings

 7     about law enforcement based on that experience?

 8              PROSPECTIVE JUROR:  No.

 9              MS. VAUGHN:  That's all.  Thank you.

10              PROSPECTIVE JUROR:  Sure.

11              THE COURT:  Mr. Corcoran?

12              MR. CORCORAN:  Good afternoon.

13              PROSPECTIVE JUROR:  Hi.

14              MR. CORCORAN:  Do you have established opinions

15     about Steve Bannon as well?  If so, what are they?

16              PROSPECTIVE JUROR:  I do.  Yes.  I mean, I know

17     from a political perspective I certainly don't agree with

18     him or a lot of the things that he has done.  Yeah.

19              MR. CORCORAN:  Thank you.

20              MS. VAUGHN:  Your Honor, could I ask a followup on

21     that?

22              THE COURT:  Sure.

23              MS. VAUGHN:  When you say you have established

24     opinions about the Defendant, do you mean you have

25     established opinions on his viewpoints or him as a person?
```

```
 1                    PROSPECTIVE JUROR:  Both.

 2                    MS. VAUGHN:  Okay.  Thank you.

 3                    PROSPECTIVE JUROR:  Yeah.

 4                    THE COURT:  Thank you.  Thank you, sir.

 5                    PROSPECTIVE JUROR:  Sure.

 6                    THE COURT:  You may step outside.

 7                    (Thereupon, Prospective Juror No. 713 retired from

 8       the courtroom and the following proceedings were had:)

 9                    THE COURT:  Motions to strike 713?

10                    MR. CORCORAN:  I'm happy to argue if you need it,

11       your Honor.

12                    THE COURT:  I don't really need it.

13                    Ms. Vaughn, are you opposed, given the question

14       you just asked?

15                    MS. VAUGHN:  No.  That's fine, your Honor.

16                    THE COURT:  We will exclude 713.

17                    Juror 365.

18                    (Thereupon, Prospective Juror No. 365 entered the

19       courtroom and the following proceedings were had:)

20                    THE COURT:  Good afternoon.

21                    PROSPECTIVE JUROR:  Hey.

22                    THE COURT:  You're Juror 365.  Correct?

23                    PROSPECTIVE JUROR:  Correct.

24                    THE COURT:  I'm going to read into the record the

25       questions you indicated yes answers to.  I'll have some
```

1    followup questions for you and counsel may have some

2    questions, too.  Those are Questions 3, 7, 8, 9, 10, 13, 14,

3    16 and 7-A.

4            PROSPECTIVE JUROR:  As I remembered, there was a

5    question about:  Do you or, like, somebody you're associated

6    with, have they ever been called to testify before Congress

7    or provide documents?  And I need to say yes to that.

8            THE COURT:  Can you explain why?

9            PROSPECTIVE JUROR:  My partner was called before.

10           THE COURT:  Who?

11           PROSPECTIVE JUROR:  My partner was called before

12   the House Ethics Committee.

13           THE COURT:  When was that?

14           PROSPECTIVE JUROR:  Within the last couple of

15   years, perhaps.  '19, '20.

16           THE COURT:  Did your partner testify?

17           PROSPECTIVE JUROR:  Yeah.

18           THE COURT:  Was that pursuant to a subpoena or was

19   that a request for a voluntary appearance?

20           PROSPECTIVE JUROR:  It was a request for documents

21   about, like, internal documents about their relationship

22   with the Interior Department.  The House Appropriations

23   Committee.

24           THE COURT:  Was there anything about that

25   experience that in your view would cause you to be concerned

1    about your ability to be impartial in this case in light of

2    what you understand the case to be about?

3             PROSPECTIVE JUROR:  No.

4             THE COURT:  You answered Question 3 yes.  And that

5    question asked whether you are personally acquainted with or

6    have any connection to or association with or had any

7    contact with Mr. Bannon.  Can you describe your answer there

8    for us?

9             PROSPECTIVE JUROR:  I'm a reporter for politics.

10   And I reached out to him at least twice within the last

11   couple years for stories I was working on.

12            THE COURT:  Did you speak with Mr. Bannon?

13            PROSPECTIVE JUROR:  We emailed.

14            THE COURT:  Did your work there have anything to

15   do with this case?

16            PROSPECTIVE JUROR:  Not about records requests

17   from Congress.  No.

18            THE COURT:  You also answered yes to Question 7

19   and 7-A.  7 was about whether you were aware of this case,

20   had become aware.  And 7-A is whether you had formed an

21   opinion about this case.

22            Can you just describe to us what you knew about

23   this case before today and what opinions you had about this

24   case before today?

25            PROSPECTIVE JUROR:  Well, I know a lot about this

1    case, just covering it.  I'm a reporter.  We did a

2    newsletter every day.  So I've seen a lot of stories about

3    this case.

4            One of the stories I saw was last week that came

5    out about some of the arguments that are going to be allowed

6    to be -- for inclusion in this matter.  And so that sort of

7    swayed my view that perhaps this case may not be as

8    competitive as one might think it is.

9            THE COURT:  Did you reach any other opinions or

10   conclusions about this case based on your prior reading

11   before -- knowledge before you came in today?

12           PROSPECTIVE JUROR:  I don't think so.  I feel like

13   I have read a lot about the facts that are at play here.

14   But I don't have many more opinions on the specific case

15   than what I just read last week.

16           THE COURT:  Question 8 asks whether you've written

17   or said anything for public consumption about the Defendant,

18   the Select Committee or the Committee's investigation.  You

19   answered yes.  I could see why now.

20           PROSPECTIVE JUROR:  Yeah.

21           THE COURT:  Approximately how many articles have

22   you written about Mr. Bannon?

23           PROSPECTIVE JUROR:  Well, I looked up Mr. Bannon

24   in our archive today.  It was 28.  I've written a lot more

25   about the Select Committee and Donald Trump and the relation

1    of all of these things together in the meantime since

2    January 6.

3            THE COURT:  Do you have a personal view of

4    Mr. Bannon?

5            PROSPECTIVE JUROR:  Oh, I don't have a -- I have a

6    professional view of Mr. Bannon.  I like to think I'm pretty

7    objective as a reporter, so I understand him to be a pretty

8    big player in American politics.

9            THE COURT:  Question 9 asks whether there's

10   anything about serving -- excuse me -- well, I can instruct

11   the jurors that they can't read anything relating to this

12   case at all.  And I asked whether you would have trouble

13   following that instruction.  You said yes.

14           PROSPECTIVE JUROR:  Yes.

15           THE COURT:  Can you explain why?

16           PROSPECTIVE JUROR:  Yeah.  So every morning we

17   write a newsletter.  And I see just about every headline

18   that's written.  I did it this morning at 7:30 before coming

19   here.  So I saw the story was happening here today.  Not on

20   personal necessity, but it comes across my radar in my line

21   of work.

22           THE COURT:  Also the question -- I think it's

23   really the next, maybe the only, relevant question to ask,

24   given what you've said:  Were you or any of them members of

25   your family --

1              PROSPECTIVE JUROR:  I have many close friends

2     there.

3              THE COURT:  And as a result of those close friends

4     of yours being at the Capitol or around the Capitol on

5     January 6, are you concerned about your ability to be

6     impartial in this matter?

7              PROSPECTIVE JUROR:  I think I'm pretty good at

8     being impartial, just given my work.

9              THE COURT:  Would that answer apply to not just

10    the fact that you knew people that were at the Capitol on

11    June 6, but your prior engagement with Mr. Bannon, your

12    articles, what you knew about the case?  Do you feel that

13    you could be fair and impartial here?

14             PROSPECTIVE JUROR:  I think I know a lot about a

15    lot of the circumstances that are on --

16             THE COURT:  Do you think you could set aside that

17    prior knowledge --

18             PROSPECTIVE JUROR:  Sure.

19             THE COURT:  -- and follow my instructions to

20    consider only the evidence that's presented in the courtroom

21    and the law as I articulate it to you?

22             PROSPECTIVE JUROR:  Yeah.  For sure.

23             THE COURT:  Thank you.

24             Ms. Gaston?

25             MS. GASTON:  Good afternoon.

1          PROSPECTIVE JUROR:  Hey.

2          MS. GASTON:  I'm sorry.  I didn't really catch

3     what you were describing with respect to the matter that

4     your partner testified to.  Could you --

5          PROSPECTIVE JUROR:  I mean, it was an issue that

6     the Interior Department had with the House Appropriations

7     Committee and his capacity as communications director for

8     the Democrats on the Committee, where he was called before

9     the House Ethics Committee about what he had said about an

10    employee of the Interior Department.  Does that make sense?

11         MS. GASTON:  I'm sorry.  What position did your

12    partner hold?

13         PROSPECTIVE JUROR:  Communications director for

14    the House Appropriations Committee under the Democrats.

15         MS. GASTON:  And then you said you know a lot

16    about this case, and that's including arguments last week.

17         PROSPECTIVE JUROR:  About the arguments that would

18    be available.  Yeah.

19         MS. GASTON:  So you know about some of the

20    evidence, including evidence that is excluded from trial?

21         PROSPECTIVE JUROR:  Yes.

22         MS. GASTON:  And then have you talked to your

23    close friends who were at the Capitol about January 6th?

24         PROSPECTIVE JUROR:  Yes.

25         MS. GASTON:  What are your feelings about January

1      6th?

2               PROSPECTIVE JUROR:  It's not great.

3               MS. GASTON:  And then you also mentioned that you

4      have reached out to and spoken to Mr. Bannon in the past?

5               PROSPECTIVE JUROR:  In the past.

6               MS. GASTON:  So he has been a source for you in

7      the past?

8               PROSPECTIVE JUROR:  Yeah.  At least once.  Yes.

9               MS. GASTON:  At least once.

10              And since you cover politics, theoretically he

11     could be a source for you in the future?

12              PROSPECTIVE JUROR:  Probably should be.  Yes.

13              MS. GASTON:  So might it be uncomfortable to serve

14     as a juror in a trial with somebody who has been and might

15     in the future be a source for you?

16              PROSPECTIVE JUROR:  It could be very

17     uncomfortable.  Yes.

18              MS. GASTON:  Thank you.

19              THE COURT:  Mr. Corcoran?

20              MR. CORCORAN:  No questions, your Honor.  Thank

21     you very much.

22              THE COURT:  Thank you, sir.

23              PROSPECTIVE JUROR:  Thank you.

24              (Thereupon, Prospective Juror No. 365 retired from

25     the courtroom and the following proceedings were had:)

```
1              THE COURT:  Motions to strike 365?

2              MR. CORCORAN:  We'll move to strike, your Honor.

3              MS. GASTON:  We will, too.

4              THE COURT:  Cross-motions are granted.  365 is

5     excluded.

6              Can we bring in 33, please.

7              (Thereupon, Prospective Juror No. 33 entered the

8     courtroom and the following proceedings were had:)

9              THE COURT:  Good afternoon, ma'am.

10             PROSPECTIVE JUROR:  Good afternoon.

11             THE COURT:  Thank you for still being here.

12             You're welcome to take your mask off if you would

13    like.  You need not if you don't want to.

14             You are Juror 33.  Correct?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  I'm going to read into the record the

17    one question that you answered yes to.  That was

18    Question 22.  Do I have that right?  You had no answer to

19    everything else?

20             PROSPECTIVE JUROR:  Correct.

21             THE COURT:  Can you describe to me who the family

22    member or close person in your orbit is who worked in the

23    legal profession in some capacity?

24             PROSPECTIVE JUROR:  My brother works at a patent

25    law firm.  He does technical drawings.
```

```
1            THE COURT:  Has he ever done criminal work?

2            PROSPECTIVE JUROR:  No.

3            THE COURT:  Obviously, you answered no to a lot of

4    questions.  I just want to make sure that in fact you have

5    not heard, read or seen anything about this case before you

6    came in here today.

7            PROSPECTIVE JUROR:  Nothing that I have formed a

8    deep opinion upon.

9            THE COURT:  What had you heard?

10           PROSPECTIVE JUROR:  Just incidents from the news

11   or, like, news articles.  But truthfully, I'm not very

12   politically motivated or interested.  So --

13           THE COURT:  Had you formed any opinion at all?  I

14   think you just said no.  But had you formed any opinion at

15   all about this case before you came in here?

16           PROSPECTIVE JUROR:  Not really, no.

17           THE COURT:  What do you mean by "not really"?

18           PROSPECTIVE JUROR:  No.

19           THE COURT:  And what, if anything, did you know

20   about the work of the Select Committee, what people are

21   calling the January 6 committee?

22           PROSPECTIVE JUROR:  Nothing.

23           THE COURT:  Thank you.

24           Ms. Vaughn?

25           MS. VAUGHN:  Good afternoon.  I just want to ask
```

```
 1          you what you do for a living.

 2                  PROSPECTIVE JUROR:  I'm a physical therapist in a

 3          hospital.

 4                  MS. VAUGHN:  Which hospital do you work in?

 5                  PROSPECTIVE JUROR:  MedStar National Rehab

 6          Hospital.

 7                  MS. VAUGHN:  That's here in D.C.?

 8                  PROSPECTIVE JUROR:  Yes.  In Northwest.

 9                  MS. VAUGHN:  Thank you very much.

10                  THE COURT:  Mr. Corcoran?

11                  MR. CORCORAN:  No.  Thank you very much.  Thank

12          you.

13                  THE COURT:  Thank you, ma'am.

14                  PROSPECTIVE JUROR:  Thank you.

15                  (Thereupon, Prospective Juror No. 33 retired from

16          the courtroom and the following proceedings were had:)

17                  THE COURT:  Any motions to strike Juror 33?

18                  MS. VAUGHN:  Not from the Government.

19                  MR. CORCORAN:  No, your Honor.

20                  THE COURT:  Thank you.

21                  Ms. Lesley, Juror 1058, please.

22                  (Thereupon, Prospective Juror No. 1058 entered the

23          courtroom and the following proceedings were had:)

24                  THE COURT:  Good afternoon.

25                  PROSPECTIVE JUROR:  Good afternoon, Judge.
```

1          THE COURT:  You may take your mask off if you

2    would like.

3          You are Juror 1058.  Correct?

4          PROSPECTIVE JUROR:  That is correct, sir.

5          THE COURT:  I'm going to read into the record the

6    questions that you answered yes to and then ask you some

7    followup questions.  You answered yes to Questions 6, 7,

8    7-A, 7-B, 10, 11, 14, 15, 16, 17, 18 and 19.

9          PROSPECTIVE JUROR:  Yes, sir.

10          THE COURT:  Let me just start with Question 6,

11    which is if there's anything about the nature of the charges

12    in this case or the parties involved that would prevent you

13    from deciding this case fairly.  Can you tell us why you

14    answered yes to that?

15          PROSPECTIVE JUROR:  Yes.  There's been a lot of --

16    yes.  First of all, I'm a retired federal law enforcement

17    manager.  I was also a manager for the Office of Integrity

18    and Ethics for the District of Columbia for five years.  I

19    was also a fraud investigator.

20          I felt that the nation on January 6 was impacted

21    greatly.  A lot of my brethren were killed.  A lot were

22    injured.  My profession, my training and my personal opinion

23    and my moral compass is what made me answer yes.

24          THE COURT:  And is that true also or at least in

25    part about your answers to Question 7-A and B, which is:

1    Have you heard, seen or read anything about this case and,

2    if so, have you formed opinions that would make it hard for

3    you to be objective, essentially?

4              PROSPECTIVE JUROR:  Definitively, your Honor.

5              THE COURT:  Tell us just a little bit more about

6    that, if you could.

7              PROSPECTIVE JUROR:  Your Honor, I think that I

8    shouldn't say this for the sake of jurisprudence, but I'll

9    say that I think that even though we know in practice it

10   doesn't work, I think all Americans are bound by federal,

11   state and local law.  And I think people should abide by the

12   law.  And if they don't, I think they should suffer the

13   consequences thereof.

14             And I don't think storming the Capitol, like

15   Donald Trump's staff members and, you know, trashing the

16   Capitol, trashing Senator Pelosi, trashing -- my next-door

17   neighbor was there, stole stuff out of the White House, you

18   know, assaulting police officers, federal officers.  I don't

19   think it's appropriate.  And living in the District of

20   Columbia, being a retired law enforcement officer, being

21   family, no.  No.

22             THE COURT:  Is that true here even though this

23   case really isn't about the January 6th -- the day of

24   January 6th, the attack and the like, but it's about

25   Mr. Bannon and the subpoena he received and it's about that?

1  You still think that --

2          PROSPECTIVE JUROR:  Yes, because I think there's a

3  direct correlation, your Honor, because regarding the

4  documents that were requested, I hear a lot of "The

5  Defendant didn't have to produce those under his executive

6  privilege."

7          Okay.  You're talking about the subpoena.  You get

8  a congressional subpoena.  I would have to abide by

9  congressional subpoena, and you in your personal capacity

10  would have to abide by a congressional subpoena.  So I don't

11  understand the preferential treatment.

12          THE COURT:  And you also answered yes to a number

13  of questions about the Committee, the hearings, but also,

14  whether you had beliefs or opinions about the Defendant,

15  Mr. Bannon, that would make it difficult for you to remain

16  fair and impartial in this case.  Can you say just a little

17  bit more about that?

18          PROSPECTIVE JUROR:  To be brutally frank with you,

19  your Honor, I have somewhat closely followed some of the

20  media, not really, really closely, because of my saturation

21  point.  But when you lump everything together and you read

22  certain things in the media as relates to Mr. Bannon's

23  affiliation with Mr. Trump and certain other entities and

24  email messages and money and whatever, I don't know.  I'm

25  not saying any of that is true or not.

```
1              The question was:  Do you have any familiarity?
2      Or have you heard about it?  And -- or seen any media?  Yes,
3      I have.  I don't think anybody in America hasn't seen an
4      awful lot about it.
5              THE COURT:  And given what you've seen, do you
6      think that you would have a hard time being fair and
7      impartial in this case?
8              PROSPECTIVE JUROR:  Yes, I do.
9              THE COURT:  Thank you.
10             Ms. Gaston?
11             MS. GASTON:  Nothing from the Government, your
12     Honor.
13             THE COURT:  Thank you.
14             MR. CORCORAN:  Just a quick question.  I
15     appreciate your candor very much.  We've been here all day.
16             PROSPECTIVE JUROR:  Sure.
17             MR. CORCORAN:  Did you have a chance to talk to
18     any of the other jurors about anything?
19             PROSPECTIVE JUROR:  Absolutely not.  I just told
20     you my background.  I don't do that.
21             MR. CORCORAN:  Understood.
22             PROSPECTIVE JUROR:  I'm very familiar with
23     ex parte orders and I've been a foreman in criminal jury
24     trials before.  So I had no conversation with any juror
25     about Mr. Bannon's case.
```

```
 1              MR. CORCORAN:  Great.  Thank you.

 2              PROSPECTIVE JUROR:  We're welcome.

 3              THE COURT:  Thank you, ma'am.

 4              PROSPECTIVE JUROR:  Sure.  Thank you.

 5              THE COURT:  You may be excused.

 6              PROSPECTIVE JUROR:  Thank you, Judge.

 7              (Thereupon, Prospective Juror No. 1058 retired

 8     from the courtroom and the following proceedings were had:)

 9              THE COURT:  Motions to strike 1058?

10              MR. CORCORAN:  Yes, your Honor.

11              MS. GASTON:  No opposition.

12              THE COURT:  We will strike 1058.

13              She will not be qualified.

14              1427.

15              (Thereupon, Prospective Juror No. 1427 entered the

16     courtroom and the following proceedings were had:)

17              THE COURT:  Good afternoon, sir.

18              PROSPECTIVE JUROR:  Good afternoon.

19              THE COURT:  You can take your mask off if you

20     want.

21              You're Juror 1427.  Correct?

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  I'm going to read into the record two

24     questions that you answered yes to and then ask you some

25     followups.  So you answered yes to Questions 16 and 22.
```

```
 1              Let's start with 22, which is the question about

 2      whether you or anyone in your family, close personal friend,

 3      et cetera, worked in law or in the legal profession in any

 4      way.  What was the reason for your answer there?

 5              PROSPECTIVE JUROR:  I'm an attorney.

 6              THE COURT:  Where do you work?

 7              PROSPECTIVE JUROR:  I work for the U.S. Office of

 8      Special Counsel.

 9              THE COURT:  And is that --

10              PROSPECTIVE JUROR:  It's an independent federal

11      agency.  We receive whistleblower complaints from other

12      executive departments.

13              THE COURT:  What did you do before that?

14              PROSPECTIVE JUROR:  I worked for the New Jersey

15      Attorney General's Office.  I did consumer fraud

16      prosecutions.

17              THE COURT:  Criminal prosecutions?

18              PROSPECTIVE JUROR:  Civil prosecutions.

19              THE COURT:  When did you move from New Jersey to

20      OSC?

21              PROSPECTIVE JUROR:  2018.  I did about five years

22      with the New Jersey Attorney General's Office.  I've been at

23      OSC now for almost four years.

24              THE COURT:  What had you done before New Jersey?

25              PROSPECTIVE JUROR:  I did about six months of
```

1    workers' compensation law, and then before that I graduated

2    from law school.

3              THE COURT:  You also answered yes to Question 16,

4    which is whether you've watched or read coverage of the

5    hearings.  Can you describe to us which hearings you've

6    watched, how many of them, how much, basically the basics

7    around your yes answer?

8              PROSPECTIVE JUROR:  I haven't watched any of the

9    hearings, but I have read about them.  And specifically I

10   read about the Casey Hutchinson testimony about President

11   Trump lunging for the wheel and stuff like that.  But other

12   than that, I have not really been paying attention to the

13   hearings.

14             THE COURT:  You answered no to any knowledge about

15   this case before you appeared here today.  Is that correct?

16             PROSPECTIVE JUROR:  That's correct.

17             THE COURT:  Based on what you've read about the

18   Committee hearings, is there anything that you learned that

19   would cause you to question your impartiality in this

20   matter?

21             PROSPECTIVE JUROR:  No.

22             THE COURT:  You were also asked whether there's

23   anything that would cause you to have an opinion about the

24   Defendant and certainly one that would cause you to be

25   unable to be fair and impartial.  Is there anything there?

```
1              PROSPECTIVE JUROR:  Nothing.  No.

2              THE COURT:  Thank you.

3              Ms. Vaughn?

4              MS. VAUGHN:  No questions, your Honor.

5              THE COURT:  Mr. Corcoran?

6              MR. CORCORAN:  Good afternoon.

7              PROSPECTIVE JUROR:  Good afternoon.

8              MR. CORCORAN:  Does any of your work deal with,

9      now or in New Jersey -- is it New Jersey or New York?

10             PROSPECTIVE JUROR:  New Jersey.

11             MR. CORCORAN:  Does any of your work deal with

12     subpoena enforcement?

13             PROSPECTIVE JUROR:  Yes.  It's part of my work

14     with the New Jersey Attorney General's Office.  We served

15     subpoenas on businesses frequently and often we would bring

16     enforcement actions to enforce subpoenas.

17             MR. CORCORAN:  And tell me how that worked, how it

18     played out in the process.  What would you do and how would

19     it play out?

20             PROSPECTIVE JUROR:  Right.  We would file -- so we

21     would enforce administrative subpoenas, and so we would file

22     motions to compel the company to produce documents.

23     Usually, these are like documents related to consumer fraud

24     cases, so, like, business documents.

25             Oftentimes the other side would feel, you know,
```

```
 1        this is a business that had a reputation to save.  So they
 2        would come to the table and ultimately work out some sort of
 3        exchange of documents.
 4                MR. CORCORAN:  Thank you, your Honor.
 5                THE COURT:  Thank you.
 6                Thank you, sir.
 7                PROSPECTIVE JUROR:  Thank you.
 8                MS. VAUGHN:  I'm sorry.  Could I follow up?
 9                THE COURT:  Yes.
10                MS. VAUGHN:  I'm sorry.
11                THE COURT:  Ms. Vaughn.
12                MS. VAUGHN:  You said that it was administrative
13        subpoenas that you were working with?
14                PROSPECTIVE JUROR:  Yes.
15                MS. VAUGHN:  Have you ever worked with other types
16        of subpoenas?
17                PROSPECTIVE JUROR:  No.
18                MS. VAUGHN:  And so you understand that this is a
19        congressional subpoena, different from an administrative
20        subpoena where you were going to court to compel documents?
21                PROSPECTIVE JUROR:  I'm not familiar with the
22        facts of that case, but I understand that there are
23        different types of subpoenas.  Yes.
24                MS. VAUGHN:  Would you be able to put aside your
25        experience and knowledge of how administrative subpoenas
```

```
1     work to just consider the subpoena at issue in this case?

2               PROSPECTIVE JUROR:  Absolutely.

3               MS. VAUGHN:  Thank you.

4               THE COURT:  Thank you, sir.

5               PROSPECTIVE JUROR:  Thank you.

6               (Thereupon, Prospective Juror No. 1427 retired

7     from the courtroom and the following proceedings were had:)

8               THE COURT:  Motions to strike Juror 1427?

9               MS. VAUGHN:  Not from the Government, your Honor.

10              MR. CORCORAN:  No, your Honor.

11              THE COURT:  We will seat or qualify Juror 1427.

12              By my count, that gets us to 22.

13              Before we excuse anyone, I want to go through and

14    confirm that we have the following list of qualified jurors

15    in the following order.  Then we can talk about whether I

16    have it right.  So in order, we have Juror 1104, 1371, 0014,

17    1061, 1391, 122, 1041, 475, 1425, 257, 544, 1798, 749, 1053,

18    1957, 93, 540, 1117, 1913, 764, 33.

19              MS. VAUGHN:  The Government agrees that that's

20    correct.

21              THE COURT:  Mr. Corcoran?

22              MR. CORCORAN:  Yes, your Honor.

23              THE COURT:  So here's how I intend to proceed.  I

24    just wonder how quickly it can be done.

25              That's the order of the jurors.  I consider those
```

1     to essentially be Jurors 1 through 22 in the counting sense.

2              Each side has three peremptories to exercise, six

3     peremptories to get to what would be the 14 jurors that

4     would be 1 through 14 after doing so, which would include

5     the two alternates possibility discussed before.

6              We then of course have two peremptories left over

7     because we have alternate jurors.

8              I intend to have the parties basically do

9     peremptories, as I said, sequentially rather than

10    consecutively.  If the parties believe that this can be done

11    fairly quickly, then we could do all of this and be left

12    with our 14 jurors and excuse everyone else.  If the parties

13    don't believe we can do it quickly, then I would excuse

14    everyone but the 22 that we just discussed and basically

15    have them come back tomorrow, do the peremptories in the

16    morning and then start.

17             Do you have a view, Mr. Corcoran?

18             MR. CORCORAN:  Your Honor, I would go with Option

19    B.

20             THE COURT:  To allow you to reflect on the

21    peremptories and to not do this on the fly --

22             MR. CORCORAN:  Yes, your Honor.

23             THE COURT:  -- and the like?

24             Ms. Vaughn, any objection?

25             MS. VAUGHN:  No.  The Government agrees with that.

1              THE COURT:   The Government agrees with that.

2      Okay.

3              So this is what we're going to do, then:   We will

4      excuse all jurors other than the 22 I just described.   Those

5      22 must appear tomorrow for continued voir dire.   First

6      thing in the morning, in my courtroom, because I don't think

7      we need to do this here, outside the presence of those 22,

8      we will do the peremptories.   And we will then have our 14

9      jurors to include the two alternates in the seats that we

10     discussed earlier.

11             And then that really shouldn't take that long, I

12     would hope, so we could begin with openings.

13             We're going to bring the 22 jurors who have been

14     qualified and will be appearing tomorrow come back into the

15     courtroom for various reasons.   Everyone else will be

16     excused and Ms. Lesley will have the opportunity to talk to

17     them perhaps behind the courtroom or something like that.

18     But yes.   Please do that.

19             THE COURTROOM DEPUTY:   Your Honor, should I have

20     them sit here?

21             THE COURT:   Yes.   That's great.

22             THE COURTROOM DEPUTY:   Thank you.

23             (Whereupon, the selected members of the

24     prospective jury panel entered the courtroom at 4:49 p.m.

25     and the following proceedings were had:)

354

1          THE COURT:  Ladies and gentlemen, first of all,
2     thank you for your time today and your patience.  I know
3     it's been a long day.  It's been a long day for everyone.  I
4     wanted to give you an update as to where we are.
5          There are 22 of you here.  You are not selected
6     for the jury yet.  You may be.  There is one more step that
7     we together with the lawyers -- that I together with the
8     lawyers have to do in the morning.
9          But rather than keep everyone here tonight to
10    complete this next step, we released everyone else who will
11    definitely not be serving on the jury and we have kept the
12    22 of you who may potentially serve on the jury.
13         And so again, we will be seating only 14 jurors.
14    So it is not at all guaranteed that any particular one of
15    you will be serving tomorrow.  But we have to take this next
16    step.  We will do that at 9:00 a.m. tomorrow.  I will be
17    doing that with just the counsel.  And then we will arrive
18    at our 14 jurors for this matter.
19         And when we do that, we will basically do as
20    Ms. Lesley just did with the full group, which is to say:
21    Okay.  Of the 22 of you, 14 of you please come into the
22    courtroom.
23         But in light of the discussion today, frankly in
24    light of the attention this case is getting, I do want to
25    instruct you about how I expect you will behave tonight.

1           These would be instructions I would normally give

2       to the actual jury, but I think it's warranted here.

3               You're not permitted to discuss this case with

4       anyone until this case is submitted to the actual jury at

5       the end of your decision unless you are one of the eight who

6       is excused tomorrow.  But between now and tomorrow morning,

7       you're not permitted to discuss this case with anyone.

8               It's because if you are in fact seated on this

9       jury, we don't want you making decisions until you've heard

10      all the evidence and the instructions of law.  You're not

11      supposed to talk about this case with anyone else.  You're

12      not to write about the case electronically, do blog-posting

13      or other communication, including social networking sites

14      like Facebook or Twitter until, again, we've concluded the

15      final selection process tomorrow morning.  And then if you

16      are part of the jury, I will give you this instruction

17      again.

18              I would also very much stress especially in this

19      age of electronic communications that you must not use

20      electronic devices or computers to talk about this case,

21      including tweeting, texting, blogging, emailing, posting

22      information or any other means at all.  Don't send or accept

23      messages or talk to other people, including through email

24      and texts about your potential jury service.

25              You must not disclose your thoughts about your

1      potential jury service, what happened today or ask for

2      advice on how to decide this or any case.

3              And also, I think it was very much implied during

4      the discussion, but you should very much avoid reading

5      anything whatsoever overnight about this case.  The key is

6      that we -- it's going to be very, very, very important that

7      you decide this case based only on the facts and evidence

8      presented to you during the trial, that together with the

9      law as I instruct you.

10             So what does that mean?  I think you should feel

11     free to tell people you are called for potential jury

12     service today.  Do not tell anyone it was for this matter.

13     Do not talk to your spouse, partner, friend, mom, daughter.

14     Assuming that you are called for service in this matter,

15     don't tell anyone what we discussed here today.  Don't read

16     about this case.

17             Basically, for the next 15 hours, I want you to

18     disclose none of this information to other people.  I don't

19     want you to respond to other people about it.  I don't want

20     you reading about the case.  I want you to treat yourselves

21     as if you will be jurors even though because of this

22     procedural step we still have to consider there's the

23     possibility that some of you may not.

24             I apologize that we weren't able by the end of the

25     day to just get to 14.  This next step we will take in the

1    morning is very important.  And obviously, eight of you will

2    not be serving.  But at this point, we have the 22 of you as

3    potential jurors.  And I very much expect you all to follow

4    my instructions about not talking to other people, not

5    reading about this case and the like.

6              Are there any questions?

7              Yes, ma'am.

8              PROSPECTIVE JUROR:  Thank you.

9              What time should we could come tomorrow?

10             THE COURT:  You should be here at 9:00 a.m.  Thank

11   you.  I'll be here at 9:00 a.m., but we will take some time

12   with the lawyers.  And that'll give you a chance to get

13   settled.

14             (Confers with the courtroom deputy privately.)

15             Just to make the details very clear -- and thank

16   you, Ms. Lesley -- 9:00 at the jury office.

17             Sir?

18             PROSPECTIVE JUROR:  Are we expected to go late

19   tomorrow or any other future night?

20             THE COURT:  No.  I believe that once we are --

21   first of all, of course, some of you may not be here after

22   tomorrow morning.  But in the future, I think we're going to

23   be finishing by approximately 5:00, with a little bit of

24   wiggle room there.

25             The reason we went as late as we did today -- and

1     again, I apologize to everyone -- is so that we could

2     essentially excuse 38 people rather than having all 60 come

3     tomorrow.  So in the effort to pare out almost two-thirds of

4     the group, I went until 5:45 tonight.  But thank you.

5                    Any other questions?

6                    Thank you all.  You're all excused.  Please be at

7     the jury room -- the jury office at 9:00 a.m. tomorrow.

8     That's where you began.  I can't remember the exact number

9     of the office.

10                    THE COURTROOM DEPUTY:  It's on the fourth floor.

11    If you all could go to the jury office at 9:00 a.m. to let

12    them know that you are here, and they will instruct you

13    further.  You all can sit out in the chairs in the hallway.

14                    THE COURT:  Thank you all.  Thank you all very

15    much.

16                    (Whereupon, the jury exited the courtroom at 6:04

17    p.m. and the following proceedings were had:)

18                    THE COURT:  Let the record reflect the

19    winnowed-down venire has left the courtroom.  Obviously, the

20    plan is to have them in the jury office at 9:00 a.m.  They

21    understand that.  My intent is to again start tomorrow

22    morning at 9:00 a.m. in my courtroom, where we will do

23    peremptories.  I don't think we need to have the jurors

24    there for that.  In fact, I think it will go faster.  We'll

25    do peremptories.  We will then have our 14 jurors and then

```
 1    we'll bring them in to begin.
 2             Is there anything we should discuss about that
 3    process tomorrow morning?
 4             MS. VAUGHN:  Your Honor, we just have some
 5    questions about the rules for peremptories.
 6             THE COURT:  Sure.
 7             MS. VAUGHN:  We're assuming that if one side
 8    passes on a round that we've spent that strike and, once
 9    both parties pass, we're done?
10             THE COURT:  Mr. Corcoran, do you have a view of
11    how you'd like it to proceed?
12             MR. CORCORAN:  I don't think that passing -- I
13    mean, there are only three peremptories on each side.  So I
14    don't think we should have a rule that -- where you give up
15    a peremptory by passing.  It doesn't then necessarily mean
16    the other party is satisfied with the entire jury as
17    constituted.
18             Our position would be where we each have three,
19    let's use them back and forth and then --
20             THE COURT:  And in your view, you can pass at
21    least so long as you still have a peremptory and until the
22    other side has used up all of its peremptories?  Obviously,
23    you don't keep passing after that.
24             MR. CORCORAN:  Correct.  Correct.
25             THE COURT:  Ms. Vaughn?
```

```
1              MS. VAUGHN:  And if both sides pass at the same

2         time?

3              THE COURT:  Mr. Corcoran?

4              MR. CORCORAN:  Well, what I'm saying is --

5              THE COURT:  Imagine the Government does a strike.

6         Then you do a strike.  Then the Government passes and you

7         pass.  Even though the Government has passed, should that be

8         the end of the matter or does it go back to the Government

9         again to strike?

10             MR. CORCORAN:  I think it goes back to both sides

11        to exhaust the peremptories.

12             THE COURT:  At some point, the parties should

13        indicate they're not intending to use any more.

14             Why don't we do this:  I'm not going to -- it

15        seems to me in the circumstances I just described where both

16        parties pass, I'm going to ask whether you intend to use any

17        more.  I'm not going to say you're foreclosed.  But if you

18        say, "I'm not going to use any more," then you're not going

19        to use any more.

20             MR. CORCORAN:  Very well, your Honor.

21             THE COURT:  Okay?

22             MS. VAUGHN:  One other thing.

23             THE COURT:  Yes.

24             MS. VAUGHN:  Can we strike from the entire pool at

25        any time or can we only strike from -- in the box?
```

1          THE COURT:  So here's how -- my view is, this is

2     how it should work.  But I'm happy to hear from you.  We

3     have 22 potential jurors.  My view is, you can strike anyone

4     in the 22 you would like.  Okay?  With the initial six.  As

5     a result, we will then have 16 jurors.  Again, that will be

6     1 through 16.

7          1 through 14 would be the jury that we would be

8     seating, including with two people sitting in the seats that

9     we discussed under seal earlier.  At that point, the parties

10     would have the opportunity to exercise their alternate

11     peremptories to strike an alternate.

12          And if you strike the alternate sitting in one of

13     those seats, that person is substituted by the person

14     sitting effectively in Seat 15, if you follow what I'm

15     saying.

16          MS. VAUGHN:  Yes.

17          THE COURT:  If that happens, and the other side

18     strikes the other alternate, that would be filled with the

19     person sitting in effectively Seat 16.

20          MS. VAUGHN:  Got it, your Honor.  Thank you.

21          THE COURT:  Does that make sense?

22          MS. VAUGHN:  Yes.  Thank you.

23          MR. CORCORAN:  For the alternate strike, can we

24     strike 15?

25          THE COURT:  To prevent the person from filling --

1    Ms. Vaughn?  I've never confronted that question.  So in

2    other words, what you're saying is:  We have 14.  Rather

3    than strike one of the two alternates who are actually

4    alternates, you would strike Juror 15, who is a potential

5    alternate substitute if the other side strikes an alternate.

6              MR. CORCORAN:  Correct.

7              THE COURT:  Correct?

8              MR. CORCORAN:  Correct.

9              MS. VAUGHN:  I'm not sure how it works.  It seems

10   like then the parties are satisfied with the seats.

11             THE COURT:  Whoever does it first would be

12   blocking the other side from having the person in Seat 15

13   becoming an alternate.  Let me try again.

14             The Government wants to strike the first alternate

15   sitting in seat whatever.  It strikes that alternate.  It

16   knows it gets Juror No. 15 as its alternate.

17             What Mr. Corcoran, I believe, is proposing is that

18   Mr. Bannon could before that happens strike Juror 15, so

19   then the Government wouldn't have that juror available to it

20   to become one of the alternates should it exercise its

21   alternate peremptory.

22             MS. VAUGHN:  So if we can strike from the entire

23   pool in the first round and then for the alternates we can

24   strike from the entire alternate pool, I think that's --

25             THE COURT:  No.  I think from -- yes.  Yes.  I'm

1    sorry.  You said it correctly.  From the original 22, you

2    can exercise your strikes as to any of the 22.

3           Once we are down to 16, we actually have a pool of

4    four alternates in a way.  We have two seated alternates, so

5    to speak, and two alternate alternates.  And the

6    peremptories can be exercised as to the seated alternates or

7    the alternate alternates.

8           MS. VAUGHN:  That's fine with the Government.

9           THE COURT:  That's how we'll do it.

10           Any other questions?

11           MS. VAUGHN:  Not about jury selection.

12           THE COURT:  Okay.

13           MS. VAUGHN:  We were wondering how the Court

14    wanted to resolve the outstanding issue with respect to the

15    letters from the Committee to the Defendant, because we

16    expect that to be an issue with the very first witness.

17           So if the Court preferred to resolve it now or in

18    the morning --

19           THE COURT:  I haven't read the papers, to be

20    honest.  I know they were filed today.

21           MS. VAUGHN:  Okay.

22           THE COURT:  I need to read them overnight and I'll

23    just address them first thing in the morning.

24           MS. VAUGHN:  All right.

25           THE COURT:  Probably at 9:00.

1          MS. VAUGHN:   Thank you, your Honor.

2          THE COURT:   That'll be after we do the

3    peremptories.

4          MS. VAUGHN:   Thank you.   That's it from the

5    Government.

6          THE COURT:   Anything else, counsel?

7          MR. CORCORAN:   No.   Thank you very much, your

8    Honor.

9          THE COURT:   Thank you all for your professionalism

10   today.   I know it was a long day.   But it was a lot to do.

11          Thank you all.   See you in the morning.

12          (Proceedings concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4        certify that the foregoing constitutes a true and accurate

5        transcript of my stenographic notes, and is a full, true,

6        and complete transcript of the proceedings produced to the

7        best of my ability.

8

9

10                    Dated this 19th day of July, 2022.

11

12                <u>/s/ Lisa Edwards, RDR, CRR</u>
                  Official Court Reporter
13                United States District Court for the
                    District of Columbia
14                333 Constitution Avenue, Northwest
                  Washington, D.C. 20001
15                (202) 354-3269

16

17

18

19

20

21

22

23

24

25

| **$** | |
| --- | --- |

**$57** [1] - 281:7

| **'** | |
| --- | --- |

**'19** [1] - 333:15
**'20** [1] - 333:15

| **/** | |
| --- | --- |

**/s** [1] - 366:12

| **0** | |
| --- | --- |

**0014** [1] - 352:16
**0093** [1] - 246:25

| **1** | |
| --- | --- |

**1** [4] - 353:1, 353:4, 362:6, 362:7
**10** [12] - 218:1, 218:4, 237:17, 238:24, 251:10, 252:4, 259:1, 260:20, 325:22, 328:1, 333:2, 343:8
**100** [2] - 232:6, 236:15
**100-6** [1] - 186:23
**100-plus** [1] - 295:2
**1041** [1] - 352:17
**1053** [7] - 217:13, 217:14, 217:21, 226:12, 226:14, 226:19, 352:17
**1058** [6] - 342:21, 342:22, 343:3, 347:7, 347:9, 347:12
**1061** [1] - 352:17
**11** [1] - 343:8
**1104** [1] - 352:16
**1117** [6] - 271:13, 271:22, 277:9, 277:11, 277:14, 352:18
**122** [1] - 352:17
**13** [3] - 288:2, 290:14, 333:2
**1371** [1] - 352:16
**1391** [1] - 352:17
**13th** [1] - 328:12
**14** [35] - 193:2, 194:21, 194:24, 218:1, 227:20,

230:16, 237:17, 251:10, 253:4, 259:1, 261:17, 271:25, 272:14, 272:15, 296:19, 297:18, 297:20, 305:12, 306:23, 307:22, 325:8, 325:22, 333:2, 343:8, 353:3, 353:4, 353:12, 354:8, 355:13, 355:18, 355:21, 357:25, 359:25, 362:7, 363:2
**1425** [7] - 188:11, 188:13, 188:19, 190:8, 190:10, 190:13, 352:17
**1427** [6] - 347:14, 347:15, 347:21, 352:6, 352:8, 352:11
**15** [14] - 205:23, 209:12, 210:21, 212:4, 227:20, 237:17, 343:8, 357:17, 362:14, 362:24, 363:4, 363:12, 363:16, 363:18
**1571** [6] - 306:12, 306:13, 306:19, 323:3, 323:5, 325:2
**16** [33] - 193:2, 194:22, 194:25, 209:12, 210:22, 218:1, 227:20, 237:17, 251:10, 253:5, 259:1, 261:18, 271:25, 272:14, 272:17, 287:25, 291:10, 291:11, 296:19, 297:19, 297:21, 305:12, 306:23, 307:23, 325:22, 333:3, 343:8, 347:25, 349:3, 362:5, 362:6, 362:19, 364:3
**17** [10] - 197:6, 227:20, 230:16, 237:18, 240:17, 257:21, 287:25, 291:10, 291:11, 343:8
**1798** [7] - 208:23, 208:24, 209:8, 214:18, 214:20, 214:23, 352:17
**18** [9] - 227:20, 287:25, 291:10, 305:12, 306:23, 308:22, 325:22, 325:25, 343:8

**19** [7] - 186:6, 197:2, 237:18, 241:5, 288:1, 291:10, 343:8
**1913** [8] - 277:15, 277:16, 277:23, 285:19, 285:21, 287:10, 352:18
**1945** [7] - 192:11, 192:12, 192:19, 204:1, 204:3, 205:7, 205:13
**1957** [7] - 237:6, 237:7, 237:13, 246:9, 246:12, 246:17, 352:18
**1995** [6] - 227:8, 227:9, 227:13, 236:24, 237:1, 237:5
**1998** [1] - 287:2
**19th** [1] - 366:10

| **2** | |
| --- | --- |

**20** [4] - 197:2, 197:24, 274:11, 302:15
**200** [1] - 202:23
**20001** [2] - 187:4, 366:14
**2006** [1] - 311:16
**2009** [1] - 252:9
**2010** [3] - 252:9, 252:11, 328:7
**2014** [1] - 252:21
**2018** [1] - 348:21
**2019** [1] - 221:24
**202** [2] - 187:4, 366:15
**2020** [3] - 196:6, 196:7, 311:17
**2021** [1] - 221:14
**2022** [2] - 186:6, 366:10
**20530** [1] - 186:17
**21** [5] - 218:1, 220:16, 227:20, 232:10, 305:12
**21-00670** [1] - 186:3
**21202** [1] - 186:21
**22** [36] - 193:2, 195:25, 218:1, 220:25, 227:20, 232:16, 247:5, 247:8, 251:10, 252:25, 288:1, 296:19, 298:19, 306:24, 309:17, 325:5, 325:8, 340:18, 347:25, 348:1, 352:12, 353:1,

353:14, 354:4, 354:5, 354:7, 354:13, 355:5, 355:12, 355:21, 358:2, 362:3, 362:4, 364:1, 364:2
**23** [3] - 193:2, 306:24, 309:16
**24** [18] - 193:2, 197:13, 218:2, 222:9, 227:21, 237:18, 241:22, 247:5, 247:23, 278:4, 278:5, 287:3, 302:4, 306:24, 309:17, 325:22, 328:18
**25** [4] - 259:1, 274:23, 296:19, 299:17
**257** [7] - 190:14, 190:15, 190:22, 192:5, 192:7, 192:10, 352:17
**26** [3] - 271:25, 274:3, 305:13
**28** [6] - 227:21, 234:25, 278:4, 288:1, 296:19, 335:24
**2800** [1] - 186:23
**29** [1] - 288:1
**2:06** [1] - 186:7

| **3** | |
| --- | --- |

**3** [2] - 333:2, 334:4
**300** [9] - 258:11, 258:15, 258:16, 258:22, 269:13, 269:15, 269:17, 271:12, 271:14
**32** [5] - 287:12, 287:13, 287:19, 295:25, 296:2
**33** [6] - 340:6, 340:7, 340:14, 342:15, 342:17, 352:18
**333** [2] - 187:3, 366:14
**354-3269** [2] - 187:4, 366:15
**36106** [1] - 186:24
**365** [6] - 332:17, 332:18, 332:22, 339:24, 340:1, 340:4
**38** [1] - 359:2
**39** [4] - 237:18, 242:14, 251:10, 254:11
**3:28** [1] - 258:4
**3:40** [1] - 258:4

| **4** | |
| --- | --- |

**4** [4] - 297:12, 297:14, 301:6, 303:25
**40** [1] - 288:1
**400** [1] - 186:20
**44** [9] - 237:18, 243:3, 278:4, 280:8, 280:19, 280:23, 280:25, 288:1, 295:4
**45** [3] - 227:21, 227:23, 227:24
**475** [1] - 352:17
**4:49** [1] - 354:24

| **5** | |
| --- | --- |

**5** [3] - 237:17, 287:25, 288:5
**540** [7] - 250:22, 250:23, 251:4, 257:13, 257:15, 257:19, 352:18
**544** [7] - 205:14, 205:15, 205:20, 208:17, 208:19, 208:22, 352:17
**555** [1] - 186:16
**5:00** [2] - 325:11, 358:23
**5:45** [1] - 359:4

| **6** | |
| --- | --- |

**6** [34] - 189:6, 191:8, 193:14, 193:17, 203:5, 206:20, 206:25, 207:10, 209:25, 211:3, 227:19, 227:25, 228:16, 230:18, 243:5, 243:11, 244:8, 271:3, 289:16, 318:12, 318:18, 323:8, 323:16, 324:5, 336:2, 337:5, 337:11, 341:21, 343:7, 343:10, 343:20
**60** [1] - 359:2
**6706** [1] - 187:3
**6:04** [1] - 359:16
**6th** [31] - 202:6, 206:19, 261:9, 262:12, 266:12, 266:14, 267:8, 268:12, 269:5, 269:8, 269:22, 270:3,

270:24, 271:1,
272:11, 289:14,
289:18, 290:16,
290:23, 291:4, 291:7,
292:24, 317:17,
317:18, 319:1,
319:20, 319:21,
338:23, 339:1,
344:23, 344:24

## 7

**7** [27] - 209:12,
209:13, 227:20,
228:16, 237:17,
251:10, 251:11,
259:1, 259:18,
271:25, 272:3,
272:15, 287:25,
288:21, 296:19,
296:20, 305:12,
305:14, 306:23,
306:25, 325:21,
325:22, 327:9, 333:2,
334:18, 334:19, 343:7
**7-A** [13] - 193:2,
193:21, 227:19,
227:20, 305:12,
305:15, 306:23,
307:1, 333:3, 334:19,
334:20, 343:8, 343:25
**7-B** [2] - 227:20,
343:8
**713** [6] - 325:13,
325:14, 325:19,
332:7, 332:9, 332:16
**749** [7] - 214:24,
214:25, 215:7, 217:7,
217:9, 217:12, 352:17
**764** [7] - 296:6,
296:7, 296:14,
304:17, 304:19,
304:22, 352:18
**797** [5] - 304:23,
304:24, 305:6, 306:2,
306:10
**7:30** [1] - 336:18
**7th** [1] - 267:25

## 8

**8** [4] - 193:2, 193:3,
333:2, 335:16

## 9

**9** [5] - 227:20,
289:25, 325:22,

333:2, 336:9
**9/13** [1] - 287:25
**900** [1] - 186:20
**911** [1] - 314:18
**93** [6] - 246:18,
246:19, 246:25,
250:16, 250:18,
352:18
**9:00** [9] - 355:16,
358:10, 358:11,
358:16, 359:7,
359:11, 359:20,
359:22, 364:25

## A

**a.m** [7] - 355:16,
358:10, 358:11,
359:7, 359:11,
359:20, 359:22
**ABC** [1] - 262:7
**abide** [3] - 344:11,
345:8, 345:10
**ability** [13] - 195:23,
196:23, 224:17,
242:12, 259:15,
260:17, 262:20,
294:3, 299:14,
311:25, 334:1, 337:5,
366:7
**able** [34] - 191:12,
198:25, 199:14,
200:1, 220:11,
224:11, 225:14,
225:18, 232:5,
235:18, 235:21,
236:1, 236:11, 244:7,
244:12, 262:9, 263:6,
263:11, 269:7, 271:2,
276:25, 282:13,
283:17, 293:6,
301:16, 304:2, 316:5,
316:10, 317:11,
322:15, 326:22,
330:3, 351:24, 357:24
**absolutely** [4] -
220:15, 221:4,
346:19, 352:2
**accept** [1] - 356:22
**accurate** [3] - 257:2,
321:13, 366:4
**acquainted** [1] -
334:5
**acted** [1] - 229:17
**action** [1] - 211:4
**Action** [1] - 186:3
**actions** [1] - 350:16
**active** [1] - 193:9
**actively** [1] - 230:6

**actual** [3] - 270:25,
356:2, 356:4
**add** [2] - 195:3,
232:13
**additional** [3] -
237:20, 271:10,
272:15
**additionally** [1] -
256:19
**address** [2] - 188:4,
364:23
**addressed** [1] -
327:9
**adequate** [1] -
235:11
**administrations** [1] -
243:14
**administrative** [5] -
282:8, 350:21,
351:12, 351:19,
351:25
**administrator** [1] -
245:4
**advice** [1] - 357:2
**advisor** [3] - 241:6,
264:14, 317:13
**advocate** [2] -
216:16, 216:20
**affect** [6] - 259:15,
267:8, 267:10, 268:4,
294:2, 311:25
**affected** [3] - 268:13,
268:16, 269:21
**affiliated** [6] - 218:6,
238:25, 239:2, 252:6,
260:23, 328:4
**affiliation** [1] -
345:23
**afraid** [1] - 225:7
**afternoon** [78] -
188:15, 189:17,
189:18, 190:18,
190:19, 191:17,
191:18, 192:15,
192:16, 198:10,
200:12, 200:13,
207:24, 213:3, 213:4,
213:15, 213:16,
215:2, 215:3, 216:6,
216:7, 217:16, 223:4,
224:22, 227:11,
235:15, 237:9, 244:3,
244:19, 246:21,
246:22, 249:3,
250:25, 255:17,
255:18, 256:3,
258:18, 262:25,
264:2, 271:16,
271:17, 275:15,
275:16, 276:8, 276:9,

277:18, 277:19,
282:2, 282:3, 282:19,
282:20, 287:15,
287:16, 296:9,
296:10, 301:3, 301:4,
303:22, 305:1, 305:2,
306:15, 306:16,
317:2, 317:3, 325:16,
329:10, 331:12,
332:20, 337:25,
340:9, 340:10,
341:25, 342:24,
342:25, 347:17,
347:18, 350:6, 350:7
**AFTERNOON** [1] -
186:5
**afterwards** [2] -
267:20, 302:19
**age** [1] - 356:19
**agencies** [1] -
300:22
**agency** [8] - 218:6,
218:19, 238:25,
252:6, 260:23,
300:21, 328:4, 348:11
**ago** [16] - 197:5,
197:25, 198:2, 259:6,
274:8, 275:7, 287:3,
300:9, 300:11,
302:14, 302:15,
309:25, 311:16,
319:25, 330:15,
330:21
**agree** [4] - 246:16,
257:21, 293:2, 331:17
**agreement** [1] -
196:10
**agrees** [3] - 352:19,
353:25, 354:1
**ahead** [1] - 226:20
**Alabama** [1] - 186:24
**alerts** [3] - 324:5,
324:6, 324:8
**algorithm** [1] - 321:2
**aligned** [1] - 270:20
**allegation** [2] -
256:17, 257:3
**allegations** [5] -
251:15, 256:5, 301:7,
315:13, 315:20
**allow** [1] - 353:20
**allowed** [1] - 335:5
**almost** [4] - 280:8,
318:5, 348:23, 359:3
**alternate** [17] -
242:23, 353:7,
362:10, 362:11,
362:12, 362:18,
362:23, 363:5,
363:13, 363:14,

363:15, 363:16,
363:21, 363:24,
364:5, 364:7
**alternates** [11] -
353:5, 354:9, 363:3,
363:4, 363:20,
363:23, 364:4, 364:5,
364:6, 364:7
**alternating** [1] -
198:7
**AMANDA** [1] -
186:14
**America** [2] - 250:4,
346:3
**AMERICA** [1] - 186:3
**American** [4] -
189:22, 291:9, 293:2,
336:8
**Americans** [1] -
344:10
**amount** [1] - 200:23
**analysis** [1] - 231:6
**answer** [31] - 196:22,
212:12, 215:11,
221:2, 228:4, 230:24,
231:14, 231:19,
239:1, 240:3, 240:17,
241:11, 248:4, 252:7,
272:14, 280:18,
281:4, 282:22, 292:7,
294:6, 300:15,
301:24, 322:18,
328:5, 328:23, 334:7,
337:9, 340:18,
343:23, 348:4, 349:7
**answered** [110] -
188:22, 189:2,
190:25, 193:7,
193:21, 194:2,
194:21, 195:25,
196:3, 196:19,
197:13, 197:19,
205:22, 206:5, 206:6,
209:11, 209:15,
210:21, 212:4,
217:24, 218:1, 218:7,
218:9, 218:25,
220:16, 222:8,
227:16, 228:23,
229:21, 230:16,
232:12, 232:18,
234:25, 237:16,
237:23, 238:11,
239:19, 240:22,
241:5, 241:11,
241:15, 241:22,
242:2, 242:14, 243:2,
244:11, 247:3, 247:5,
247:11, 247:23,
251:7, 252:3, 252:24,

253:1, 253:4, 254:11, 258:25, 259:2, 259:18, 260:20, 261:17, 271:25, 272:5, 274:3, 278:1, 280:7, 287:22, 288:21, 289:25, 290:13, 292:2, 293:13, 296:17, 296:18, 297:18, 298:19, 298:24, 299:17, 300:12, 300:25, 301:25, 302:7, 305:9, 305:18, 306:22, 307:4, 307:22, 308:21, 309:2, 309:16, 309:20, 310:8, 325:21, 326:5, 327:15, 328:1, 328:18, 334:4, 334:18, 335:19, 340:17, 341:3, 343:6, 343:7, 343:14, 345:12, 347:24, 347:25, 349:3, 349:14
**answering** [3] - 196:22, 222:12, 278:8
**answers** [16] - 192:22, 193:2, 195:4, 215:10, 227:24, 228:22, 237:16, 247:4, 272:2, 296:17, 296:19, 324:20, 327:8, 332:25, 343:25
**anxious** [1] - 285:24
**apart** [2] - 315:22, 316:3
**apartment** [2] - 304:12, 318:7
**apologies** [3] - 269:2, 280:21, 281:3
**apologize** [4] - 226:10, 266:3, 357:24, 359:1
**app** [1] - 320:22
**apparent** [1] - 276:23
**appear** [2] - 224:5, 354:5
**appearance** [1] - 333:19
**aPPEARANCES** [1] - 186:13
**appeared** [6] - 191:7, 206:15, 206:22, 212:1, 260:16, 349:15
**appearing** [1] - 354:14
**Apple** [2] - 320:22, 324:7

**apply** [1] - 337:9
**applying** [1] - 243:10
**appreciate** [2] - 228:7, 346:15
**approach** [1] - 197:9
**appropriate** [1] - 344:19
**Appropriations** [3] - 333:22, 338:6, 338:14
**aquatics** [1] - 208:10
**architect** [1] - 304:7
**architecture** [1] - 304:8
**archive** [1] - 335:24
**archivist** [1] - 244:23
**area** [3] - 247:16, 288:14, 288:19
**argue** [1] - 332:10
**argument** [1] - 296:3
**arguments** [4] - 220:12, 335:5, 338:16, 338:17
**arrangements** [2] - 282:13, 282:16
**array** [1] - 313:19
**arrested** [1] - 197:2
**arrive** [1] - 355:17
**arrived** [2] - 259:20, 260:12
**art** [10] - 249:21, 249:22, 250:1, 250:2, 250:4, 263:16, 263:20, 263:21, 263:23, 276:14
**article** [2] - 210:15, 210:18
**articles** [7] - 193:6, 199:18, 210:10, 253:13, 335:21, 337:12, 341:11
**articulate** [1] - 337:21
**artists** [1] - 250:2
**ascertain** [1] - 198:20
**aside** [23] - 200:1, 204:25, 205:3, 224:11, 227:24, 228:9, 230:20, 232:5, 240:19, 241:1, 243:6, 244:12, 263:6, 267:17, 269:7, 276:25, 280:11, 292:4, 292:11, 309:11, 330:4, 337:16, 351:24
**assaulting** [1] - 344:18
**assessing** [1] - 243:10

**assigned** [1] - 314:4
**assistant** [2] - 276:2, 282:6
**associate** [1] - 218:16
**associated** [7] - 231:16, 245:17, 269:18, 308:24, 309:18, 326:2, 333:5
**association** [1] - 334:6
**assume** [1] - 226:20
**assuming** [2] - 357:14, 360:7
**Atlantic** [1] - 229:13
**attack** [2] - 202:17, 344:24
**attacked** [6] - 311:17, 313:5, 314:17
**attention** [5] - 201:1, 207:9, 294:17, 349:12, 355:24
**attorney** [8] - 196:12, 247:16, 249:15, 299:1, 299:7, 299:8, 299:13, 348:5
**Attorney** [3] - 348:15, 348:22, 350:14
**Attorney's** [2] - 249:18, 330:18
**ATTORNEYS** [1] - 186:15
**attorneys** [1] - 225:8
**audience** [3] - 202:20, 230:4, 236:2
**aunt** [2] - 309:21, 309:25
**available** [4] - 271:10, 310:13, 338:18, 363:19
**Avenue** [2] - 187:3, 366:14
**avoid** [4] - 230:12, 327:22, 327:24, 357:4
**aware** [12] - 251:14, 253:10, 256:4, 289:7, 289:17, 289:18, 289:23, 326:21, 329:18, 329:25, 334:19, 334:20
**awareness** [1] - 270:16
**awful** [1] - 346:4

# B

**baby** [1] - 246:2
**background** [4] -

264:19, 304:1, 329:19, 346:20
**bad** [3] - 291:8, 293:3, 294:8
**Baltimore** [1] - 186:21
**Bannon** [50] - 189:3, 195:13, 203:8, 203:16, 204:8, 211:16, 211:22, 219:19, 223:13, 229:17, 231:11, 231:15, 231:23, 240:15, 241:6, 254:4, 256:5, 256:14, 256:17, 256:25, 260:8, 262:15, 264:13, 264:20, 265:1, 270:5, 270:16, 273:7, 289:3, 289:13, 291:2, 291:20, 292:24, 298:13, 305:24, 308:23, 317:12, 320:10, 331:15, 334:7, 334:12, 335:22, 335:23, 336:4, 336:6, 337:11, 339:4, 344:25, 345:15, 363:18
**BANNON** [1] - 186:6
**Bannon's** [7] - 204:14, 214:5, 264:6, 273:9, 317:6, 345:22, 346:25
**barber** [3] - 288:10, 289:2, 294:24
**barbershop** [1] - 290:5
**barred** [1] - 196:6
**base** [1] - 277:1
**based** [31] - 193:24, 194:5, 198:13, 198:15, 199:17, 202:7, 205:1, 207:17, 212:17, 223:25, 224:9, 224:13, 225:24, 228:2, 240:24, 264:25, 280:13, 292:14, 293:7, 304:3, 305:20, 309:6, 309:13, 329:14, 329:15, 329:17, 329:20, 331:7, 335:10, 349:17, 357:7
**basic** [1] - 205:2
**basics** [2] - 253:14, 349:6
**basis** [3] - 205:5,

205:6, 324:16
**battle** [1] - 204:19
**BBC** [2] - 219:11, 219:12
**bearing** [1] - 270:17
**become** [3] - 325:6, 334:20, 363:20
**becoming** [1] - 363:13
**BEFORE** [1] - 186:10
**began** [1] - 359:8
**begin** [2] - 354:12, 360:1
**beginning** [4] - 238:20, 256:16, 264:7, 272:9
**begins** [1] - 200:2
**behalf** [1] - 216:20
**behave** [1] - 355:25
**behind** [1] - 354:17
**belief** [1] - 286:20
**beliefs** [10] - 205:25, 212:6, 231:15, 231:25, 241:8, 241:10, 294:1, 308:23, 326:1, 345:14
**believes** [1] - 323:11
**beneficiary** [1] - 216:16
**best** [12] - 203:1, 222:18, 228:8, 229:8, 231:20, 231:22, 232:19, 236:14, 256:13, 313:25, 327:25, 366:7
**between** [4] - 249:14, 289:5, 322:1, 356:6
**beyond** [6] - 201:22, 202:15, 229:19, 257:8, 281:19, 319:10
**bias** [2] - 286:22, 287:8
**biased** [1] - 254:9
**big** [3] - 231:3, 314:16, 336:8
**bike** [3] - 197:24, 329:2, 330:11
**bikes** [1] - 197:20
**bit** [13] - 213:20, 230:5, 231:7, 232:2, 241:23, 260:16, 272:11, 286:21, 324:20, 325:10, 344:5, 345:17, 358:23
**blank** [1] - 322:13
**blocking** [1] - 363:12
**blocks** [2] - 268:2, 268:3
**blog** [2] - 193:6,

356:12
  **blog-posting** [1] - 356:12
  **blogging** [1] - 356:21
  **boss** [1] - 225:9
  **boss's** [1] - 288:11
  **bottom** [8] - 307:14, 308:19, 321:13, 321:22, 322:8, 322:16, 323:12, 323:23
  **bound** [1] - 344:10
  **box** [5] - 314:8, 316:16, 316:20, 316:22, 361:25
  **Boys** [1] - 291:23
  **branch** [5] - 218:7, 239:1, 252:6, 260:24, 328:4
  **Breitbart** [1] - 203:18
  **brethren** [1] - 343:21
  **brief** [3] - 258:1, 264:8, 268:24
  **briefing** [1] - 264:9
  **briefly** [2] - 221:6, 303:2
  **bring** [18] - 190:14, 192:11, 214:24, 227:7, 237:6, 250:21, 257:20, 258:15, 271:13, 304:23, 306:10, 306:12, 325:3, 327:4, 340:6, 350:15, 354:13, 360:1
  **broadcasting** [3] - 200:16, 201:6, 202:21
  **broadly** [1] - 329:1
  **broken** [3] - 329:2, 330:11, 330:16
  **brother** [1] - 340:24
  **brought** [1] - 219:21
  **brutally** [1] - 345:18
  **building** [2] - 274:8, 311:17
  **Building** [2] - 267:16, 267:22
  **buildings** [1] - 304:12
  **bunch** [4] - 250:1, 250:2, 250:4, 321:8
  **burden** [6] - 198:24, 199:1, 204:24, 204:25, 235:25, 301:13
  **burdened** [1] - 287:7
  **business** [3] - 276:12, 350:24, 351:1
  **businesses** [1] - 350:15
  **button** [1] - 254:20,

310:16
  **BY** [1] - 187:1

**C**

  **cable** [1] - 273:2
  **candor** [1] - 346:15
  **cannot** [2] - 315:2, 320:6
  **capacity** [3] - 338:7, 340:23, 345:9
  **Capitol** [22] - 201:23, 243:4, 243:18, 243:21, 261:8, 266:20, 267:3, 267:16, 267:18, 267:22, 269:24, 280:10, 290:15, 290:22, 291:5, 320:3, 337:4, 337:10, 338:23, 344:14, 344:16
  **capture** [1] - 269:23
  **capturing** [1] - 321:14
  **car** [4] - 303:7, 329:1, 330:11, 330:16
  **card** [4] - 188:21, 190:25, 209:10, 215:10
  **care** [2] - 281:5, 281:9
  **career** [1] - 276:12
  **CARL** [1] - 186:10
  **case** [209] - 189:3, 189:11, 191:4, 191:11, 193:14, 193:16, 193:23, 193:24, 194:13, 194:14, 194:19, 197:10, 198:12, 198:14, 198:24, 200:5, 201:17, 202:12, 205:2, 205:10, 206:4, 206:15, 206:16, 206:21, 207:18, 209:14, 209:23, 210:13, 212:17, 213:11, 214:10, 215:16, 215:25, 218:22, 219:23, 220:7, 220:9, 220:19, 222:24, 223:8, 223:12, 223:14, 223:23, 224:1, 224:9, 224:13, 226:25, 228:1, 228:16, 228:19, 228:21, 228:22, 228:25,

229:10, 229:14, 229:16, 229:24, 230:10, 230:18, 230:21, 231:21, 232:12, 236:11, 236:13, 238:12, 238:13, 238:20, 238:21, 239:14, 239:23, 240:21, 241:3, 243:7, 243:9, 243:23, 244:6, 248:17, 248:23, 251:12, 251:13, 251:22, 254:9, 257:7, 257:8, 259:16, 259:20, 259:21, 260:6, 260:13, 261:11, 261:13, 261:16, 262:18, 263:3, 269:4, 272:4, 273:14, 274:9, 274:10, 274:20, 274:23, 274:24, 275:1, 275:2, 275:5, 276:24, 280:13, 281:7, 282:25, 283:7, 283:8, 288:23, 288:24, 289:12, 289:15, 289:16, 290:10, 292:6, 292:14, 293:7, 294:18, 296:21, 296:23, 297:3, 297:16, 300:18, 301:14, 302:23, 304:1, 304:3, 305:15, 305:16, 305:22, 307:1, 307:6, 308:13, 308:15, 309:8, 309:13, 312:1, 314:9, 314:22, 314:25, 315:6, 316:3, 316:5, 320:12, 321:16, 321:24, 322:7, 322:8, 323:9, 323:13, 324:25, 326:7, 326:9, 326:11, 326:15, 327:4, 327:5, 327:10, 327:13, 327:23, 329:6, 329:13, 334:1, 334:2, 334:15, 334:19, 334:21, 334:23, 334:24, 335:1, 335:3, 335:7, 335:10, 335:14, 336:12, 337:12, 336:16, 341:5, 341:15, 343:12, 343:13, 344:1, 344:23, 345:16, 346:7, 346:25,

349:15, 351:22, 352:1, 355:24, 356:3, 356:4, 356:7, 356:11, 356:12, 356:20, 357:2, 357:5, 357:7, 357:16, 357:20, 358:5
  **cases** [3] - 300:5, 310:1, 350:24
  **Casey** [1] - 349:10
  **catch** [4] - 243:3, 266:1, 280:8, 358:12
  **catch-all** [2] - 243:3, 280:8
  **catching** [1] - 238:9
  **caught** [2] - 302:20, 303:7
  **causes** [1] - 222:23
  **cautious** [2] - 218:10, 325:1
  **CBS** [1] - 273:2
  **Center** [1] - 189:22
  **center** [1] - 191:22
  **certain** [4] - 214:4, 225:1, 310:13, 316:10, 345:22, 345:23
  **certainly** [4] - 272:22, 277:4, 331:17, 349:24
  **CERTIFICATE** [1] - 366:1
  **certify** [1] - 366:4
  **cetera** [3] - 253:8, 290:2, 348:3
  **chairs** [1] - 359:13
  **chance** [4] - 294:12, 295:10, 346:17, 358:12
  **change** [5] - 199:21, 199:22, 199:25, 204:16, 204:18
  **Channel** [4] - 297:12, 297:14, 301:6, 303:25
  **characterization** [1] - 227:1, 324:4
  **characterizing** [1] - 226:25
  **charge** [3] - 243:24, 244:7, 244:13
  **charged** [3] - 198:19, 220:14, 310:10
  **charges** [8] - 197:3, 228:17, 307:15, 307:19, 313:13, 315:9, 320:3, 343:11
  **check** [1] - 223:6
  **checked** [2] - 314:8, 316:15
  **child** [1] - 247:19
  **children** [1] - 213:22

**Christmas** [1] - 311:16
  **circles** [1] - 265:4
  **circumstances** [4] - 222:17, 299:21, 337:15, 361:15
  **City** [1] - 274:23
  **city** [7] - 213:22, 243:17, 266:23, 267:14, 294:23, 303:17, 330:12
  **civil** [8] - 221:5, 221:6, 221:21, 232:23, 252:17, 274:4, 299:4, 348:18
  **claims** [1] - 251:18
  **clear** [7] - 204:12, 227:6, 274:22, 326:17, 326:20, 329:13, 358:15
  **clearcut** [1] - 226:22
  **clearly** [1] - 212:17
  **client** [1] - 288:10
  **clients** [1] - 289:5
  **clips** [2] - 240:7, 240:11
  **close** [38] - 196:2, 197:14, 218:5, 221:1, 223:18, 233:5, 235:1, 238:24, 241:25, 247:9, 248:3, 252:4, 258:2, 260:21, 267:16, 267:22, 267:24, 269:24, 290:15, 298:20, 299:1, 299:9, 300:14, 300:19, 302:5, 310:9, 311:11, 318:4, 324:19, 324:23, 327:18, 328:2, 328:21, 337:1, 337:3, 338:23, 340:22, 348:2
  **closed** [2] - 219:15, 223:16
  **closely** [6] - 318:19, 318:21, 326:7, 327:24, 345:19, 345:20
  **CNN** [1] - 256:10
  **co** [2] - 235:25, 236:6
  **co-workers** [2] - 235:25, 236:6
  **Coke** [1] - 276:20
  **collect** [1] - 250:1
  **college** [2] - 235:5, 276:14
  **COLUMBIA** [2] - 186:1, 186:15
  **Columbia** [5] - 187:2, 216:17,

343:18, 344:20,
366:13

**comfortable** [4] -
196:25, 242:18,
278:8, 302:7

**coming** [4] - 256:23,
276:24, 289:3, 336:18

**comment** [1] -
203:11

**commentary** [6] -
200:14, 201:6, 204:6,
229:23, 290:2, 307:7

**commented** [4] -
193:19, 199:3, 199:9,
200:18

**comments** [5] -
199:5, 204:7, 204:12,
236:3

**commercial** [1] -
304:11

**commercials** [2] -
276:15, 276:18

**Commission** [1] -
191:8

**commissioner's** [1] -
252:19

**commissions** [1] -
272:11

**commitment** [1] -
231:4

**committed** [1] -
220:13

**committee** [14] -
193:14, 193:17,
203:5, 207:10, 210:1,
230:18, 260:9, 270:6,
291:21, 307:20,
319:20, 319:21,
328:8, 341:21

**Committee** [90] -
189:7, 193:5, 194:8,
194:25, 195:7,
195:21, 201:13,
205:24, 205:25,
207:10, 207:11,
207:15, 210:22,
210:23, 210:25,
211:3, 212:5, 212:6,
212:18, 214:1, 214:3,
215:22, 219:4, 219:5,
219:6, 219:24,
229:16, 230:23,
231:7, 239:20,
239:21, 239:25,
240:19, 240:25,
253:5, 253:7, 253:11,
261:18, 261:20,
261:24, 262:3,
262:14, 270:23,
272:17, 272:20,

273:25, 291:12,
297:19, 297:21,
297:24, 298:4,
298:16, 307:23,
307:24, 308:5,
308:17, 316:4,
318:13, 318:18,
319:1, 319:9, 319:11,
320:14, 320:20,
321:4, 321:10,
321:12, 321:22,
322:7, 322:14,
323:11, 323:19,
323:22, 323:23,
324:15, 333:12,
333:23, 335:18,
335:25, 338:7, 338:8,
338:9, 338:14,
341:20, 345:13,
349:18, 364:15

**Committee's** [11] -
193:5, 254:8, 297:20,
298:11, 298:12,
308:1, 315:25, 322:4,
324:25, 327:3, 335:18

**committees** [1] -
245:11

**communicate** [2] -
216:22, 216:24

**communication** [1] -
356:13

**communications** [3]
- 338:7, 338:13,
356:19

**companies** [1] -
216:23

**company** [5] -
218:12, 264:16,
300:21, 328:17,
350:22

**compared** [1] -
323:21

**compass** [1] -
343:23

**compel** [2] - 350:22,
351:20

**compensation** [1] -
349:1

**competitive** [1] -
335:8

**complaints** [1] -
348:11

**complete** [2] -
355:10, 366:6

**completely** [2] -
200:2, 317:12

**compliance** [3] -
321:17, 321:24,
323:13

**complied** [3] - 229:5,

322:4, 322:10

**comply** [5] - 220:8,
257:1, 326:16,
326:19, 327:25

**complying** [1] -
229:2

**computers** [1] -
356:20

**concept** [2] - 225:2,
225:13

**concern** [5] - 197:8,
207:19, 246:3,
273:22, 287:8

**concerned** [16] -
195:22, 196:16,
210:17, 248:13,
251:25, 262:20,
282:12, 286:4,
286:13, 286:21,
299:14, 309:7, 309:9,
309:10, 333:25, 337:5

**concerns** [1] -
224:16

**conclude** [5] -
191:12, 218:21,
297:15, 298:17,
324:21

**concluded** [2] -
356:14, 365:12

**conclusions** [4] -
205:10, 260:11,
273:15, 335:10

**condition** [2] -
242:16, 254:13

**conducting** [2] -
212:15, 316:4

**confers** [3] - 250:12,
295:21, 358:14

**confident** [1] -
315:20

**confirm** [3] - 191:3,
248:22, 352:14

**confronted** [1] -
363:1

**Congress** [13] -
206:1, 212:7, 225:15,
243:24, 265:7,
268:16, 270:1,
270:11, 270:23,
289:4, 297:9, 333:6,
334:17

**congressional** [10] -
245:7, 245:11, 260:9,
270:6, 307:20,
322:20, 345:8, 345:9,
345:10, 351:19

**congressmen** [1] -
328:10

**congresswoman** [1]
- 266:20

**connected** [1] -
293:12

**connection** [5] -
229:18, 231:9, 254:1,
273:5, 334:6

**connects** [1] -
317:17

**consecutively** [1] -
353:10

**consequences** [2] -
224:6, 344:13

**conserve** [1] - 246:1

**consider** [10] -
225:18, 226:1,
263:13, 326:22,
327:1, 327:18,
337:20, 352:1,
352:25, 357:22

**consideration** [1] -
329:15

**considered** [3] -
225:3, 269:19, 300:22

**considering** [1] -
331:2

**consistently** [1] -
327:20

**conspiracy** [1] -
202:4

**constantly** [3] -
290:5, 294:25, 317:10

**constituted** [1] -
360:17

**constitutes** [1] -
366:4

**Constitution** [2] -
187:3, 366:14

**constitutional** [3] -
221:8, 221:20, 222:2

**consumer** [2] -
348:15, 350:23

**consumption** [2] -
193:4, 335:17

**contact** [1] - 334:7

**contains** [1] - 215:10

**contemporary** [2] -
263:22, 263:23

**contempt** [13] -
220:7, 223:24, 225:2,
225:10, 225:15,
225:24, 226:2,
243:24, 244:7,
244:13, 289:4, 297:9

**contempt-of-
Congress** [1] - 243:24

**continue** [4] - 230:2,
280:25, 307:21,
308:19

**continued** [2] -
327:21, 354:5

**contract** [1] - 196:9

**contractor** [4] -
239:6, 239:7, 243:13,
244:21

**contractors** [1] -
295:8

**control** [1] - 236:3

**controlled** [1] -
197:3

**conversation** [4] -
286:5, 286:16,
310:12, 346:24

**conversations** [3] -
266:18, 268:11,
289:10

**coordinator** [1] -
221:7

**cops** [1] - 294:7

**Corcoran** [33] -
190:2, 192:1, 200:11,
208:13, 213:14,
217:3, 224:21,
226:21, 227:2,
236:19, 244:18,
250:7, 256:1, 264:1,
270:12, 271:11,
276:7, 282:18,
285:16, 286:8, 287:1,
295:16, 303:21,
316:25, 331:11,
339:19, 342:10,
350:5, 352:21,
353:17, 360:10,
361:3, 363:17

**CORCORAN** [173] -
186:18, 188:8, 190:3,
190:12, 192:2, 192:9,
200:12, 200:14,
200:22, 201:5,
201:11, 201:20,
201:25, 202:7,
202:15, 202:20,
203:1, 203:7, 203:15,
203:21, 204:4,
208:14, 208:21,
213:15, 213:17,
213:20, 213:24,
214:9, 214:14,
214:22, 217:4,
217:11, 224:22,
224:24, 225:14,
225:18, 225:23,
226:6, 226:18,
236:20, 237:2,
244:19, 244:24,
245:2, 245:6, 245:10,
245:14, 245:21,
246:4, 246:6, 246:14,
250:8, 250:20, 256:2,
256:13, 256:23,
257:6, 257:10,

371

257:17, 257:25,
258:13, 264:2, 264:4,
264:11, 264:18,
264:23, 264:25,
265:5, 265:9, 265:12,
265:14, 265:16,
265:19, 265:22,
265:24, 266:4, 266:8,
266:12, 266:15,
266:17, 266:24,
267:6, 267:10,
267:21, 267:24,
268:2, 268:4, 268:9,
268:11, 268:15,
268:18, 268:21,
269:16, 276:8,
276:10, 276:17,
276:22, 277:5,
277:13, 282:19,
282:21, 283:2, 283:4,
283:10, 283:12,
286:9, 286:25, 287:2,
295:17, 296:3,
303:22, 303:24,
304:6, 304:10,
304:13, 304:21,
306:4, 306:7, 317:1,
317:4, 317:11,
317:16, 317:23,
318:4, 318:11,
318:17, 318:25,
319:10, 319:15,
319:19, 320:8,
320:18, 321:1,
321:11, 321:16,
321:21, 322:6,
322:12, 322:18,
322:23, 322:25,
323:6, 331:12,
331:14, 331:19,
332:10, 339:20,
340:2, 342:11,
342:19, 346:14,
346:17, 346:21,
347:1, 347:10, 350:6,
350:8, 350:11,
350:17, 351:4,
352:10, 352:22,
353:18, 353:22,
360:12, 360:24,
361:4, 361:10,
361:20, 362:23,
363:6, 363:8, 365:7
   **corner** [2] - 288:9,
288:19
   **corporate** [1] -
247:13
   **corporations** [1] -
276:21
   **Corps** [1] - 189:22

**correct** [50] - 188:19,
188:23, 188:24,
190:22, 190:25,
192:19, 205:20,
209:8, 212:3, 215:7,
215:11, 217:21,
218:2, 237:13,
242:25, 246:25,
247:6, 247:7, 248:24,
248:25, 251:4, 251:5,
258:22, 271:22,
271:23, 277:23,
294:14, 296:14,
299:11, 305:6, 305:7,
306:19, 325:19,
325:20, 325:23,
332:22, 332:23,
340:14, 340:20,
343:3, 343:4, 347:21,
349:15, 349:16,
352:20, 360:24,
363:6, 363:7, 363:8
   **correctly** [3] - 189:2,
265:10, 364:1
   **correlation** [1] -
345:3
   **corrupt** [1] - 223:20
   **counsel** [11] - 188:4,
189:1, 192:24,
203:23, 237:19,
252:18, 258:10,
325:3, 333:1, 355:17,
365:6
   **Counsel** [1] - 348:8
   **count** [1] - 352:12
   **counting** [1] - 353:1
   **counts** [1] - 289:4
   **couple** [9] - 253:13,
293:10, 302:13,
315:1, 317:5, 328:13,
333:14, 334:11
   **course** [5] - 250:6,
271:21, 288:19,
353:6, 358:21
   **court** [21] - 197:18,
220:8, 224:1, 224:5,
225:7, 228:3, 234:22,
248:10, 256:23,
259:8, 264:5, 276:24,
278:8, 280:14, 288:6,
289:3, 292:15, 300:1,
300:2, 315:22, 351:20
   **COURT** [597] - 186:1,
188:3, 188:7, 188:9,
188:15, 188:17,
188:21, 188:25,
189:5, 189:10,
189:15, 190:2, 190:5,
190:10, 190:13,
190:17, 190:20,

190:24, 191:2, 191:6,
191:10, 191:15,
192:1, 192:3, 192:7,
192:10, 192:14,
192:17, 192:21,
193:1, 193:13,
193:18, 193:21,
194:2, 194:6, 194:10,
194:14, 194:16,
194:21, 195:3,
195:11, 195:17,
195:20, 195:25,
196:8, 196:11,
196:14, 196:19,
197:5, 197:7, 197:12,
197:17, 197:22,
198:3, 198:5, 198:9,
200:11, 203:23,
204:3, 204:20, 205:7,
205:17, 205:22,
206:11, 206:14,
206:18, 206:21,
206:24, 207:3, 207:9,
207:14, 207:17,
207:22, 208:13,
208:15, 208:19,
208:22, 209:1, 209:3,
209:6, 209:10,
209:19, 209:22,
210:4, 210:9, 210:12,
210:15, 210:17,
210:21, 211:9,
211:13, 211:15,
212:2, 212:4, 212:11,
212:16, 212:22,
213:1, 213:14,
214:15, 214:20,
214:23, 215:2, 215:4,
215:7, 215:9, 215:13,
215:18, 215:21,
215:24, 216:4, 217:3,
217:5, 217:9, 217:12,
217:16, 217:18,
217:21, 217:23,
218:4, 218:14,
218:17, 218:20,
218:25, 219:4,
219:17, 219:22,
220:4, 220:10,
220:16, 220:25,
221:9, 221:12,
221:15, 221:17,
221:23, 221:25,
222:8, 222:11,
222:17, 222:20,
222:22, 223:1, 223:3,
224:21, 226:7,
226:11, 226:14,
226:17, 226:19,
227:2, 227:11,
227:15, 227:19,

228:7, 228:15, 229:9,
229:15, 229:20,
230:8, 230:15,
230:20, 231:9,
231:14, 232:4, 232:8,
232:10, 232:16,
232:21, 232:24,
233:1, 233:3, 233:8,
233:10, 234:23,
235:4, 235:6, 235:8,
235:11, 235:14,
236:19, 236:21,
237:1, 237:4, 237:9,
237:11, 237:15,
238:2, 238:5, 238:8,
238:11, 238:19,
238:23, 239:4, 239:7,
239:10, 239:12,
239:18, 240:5, 240:9,
240:13, 240:17,
240:24, 241:5,
241:16, 241:20,
241:22, 242:4,
242:10, 242:14,
242:21, 243:2,
243:20, 244:1,
244:18, 246:7,
246:11, 246:16,
246:21, 246:23,
247:2, 247:8, 247:15,
247:18, 247:23,
248:2, 248:8, 248:11,
248:16, 248:22,
249:1, 249:13, 250:7,
250:10, 250:14,
250:18, 250:21,
250:25, 251:2, 251:6,
251:9, 251:17,
251:21, 251:24,
252:3, 252:10,
252:13, 252:15,
252:17, 252:20,
252:22, 252:24,
253:4, 253:16,
253:19, 254:1, 254:6,
254:11, 254:18,
255:15, 256:1,
257:11, 257:15,
257:18, 258:1, 258:9,
258:14, 258:18,
258:20, 258:24,
259:7, 259:11,
259:14, 259:18,
260:1, 260:4, 260:11,
260:15, 260:20,
261:3, 261:5, 261:8,
261:11, 261:14,
261:17, 262:5, 262:8,
262:13, 262:17,
262:23, 263:25,
268:22, 269:1,

269:12, 269:15,
270:12, 271:8,
271:16, 271:18,
271:21, 271:24,
272:13, 273:4,
273:13, 273:22,
274:3, 274:14,
274:18, 274:21,
275:1, 275:4, 275:8,
275:13, 276:7, 277:7,
277:11, 277:14,
277:18, 277:20,
277:25, 278:12,
280:5, 280:20,
280:23, 281:9,
281:12, 281:15,
281:17, 281:19,
281:25, 282:3,
282:18, 283:13,
283:17, 283:21,
283:23, 284:1, 284:5,
285:15, 285:21,
286:7, 286:13,
286:24, 287:1, 287:4,
287:15, 287:17,
287:21, 287:25,
288:5, 288:12,
288:14, 288:17,
289:10, 289:15,
289:20, 289:25,
290:9, 290:13,
290:18, 290:25,
291:6, 291:10,
291:15, 291:19,
292:2, 292:9, 292:18,
292:21, 292:25,
293:5, 293:10,
293:16, 293:20,
293:24, 294:11,
294:15, 295:1, 295:3,
295:12, 295:16,
295:18, 295:23,
296:2, 296:5, 296:9,
296:11, 296:14,
296:16, 297:2, 297:6,
297:10, 297:13,
297:18, 298:6,
298:10, 298:15,
298:19, 298:23,
299:2, 299:4, 299:8,
299:12, 299:17,
299:20, 300:1, 300:8,
300:12, 300:18,
301:1, 302:4, 302:10,
302:14, 302:16,
302:21, 302:25,
303:21, 304:15,
304:19, 304:22,
305:1, 305:3, 305:6,
305:8, 305:23, 306:1,
306:6, 306:8, 306:15,

306:17, 306:21,
307:8, 307:12,
307:17, 307:22,
308:8, 308:12,
308:16, 308:21,
309:6, 309:10,
309:16, 309:23,
310:1, 310:5, 310:8,
310:15, 311:9,
311:19, 311:22,
312:3, 312:6, 313:3,
316:25, 321:19,
323:1, 323:5, 324:1,
324:18, 325:16,
325:21, 325:24,
326:10, 326:13,
326:22, 327:2, 327:8,
328:1, 328:8, 328:15,
328:18, 329:4, 329:8,
330:14, 330:17,
331:11, 331:22,
332:4, 332:6, 332:9,
332:12, 332:16,
332:20, 332:22,
332:24, 333:8,
333:10, 333:13,
333:16, 333:18,
333:24, 334:4,
334:12, 334:14,
334:18, 335:9,
335:16, 335:21,
336:3, 336:9, 336:15,
336:22, 337:3, 337:9,
337:16, 337:19,
337:23, 339:19,
339:22, 340:1, 340:4,
340:9, 340:11,
340:16, 340:21,
341:1, 341:3, 341:9,
341:13, 341:17,
341:19, 341:23,
342:10, 342:13,
342:17, 342:20,
342:24, 343:1, 343:5,
343:10, 343:24,
344:5, 344:22,
345:12, 346:5, 346:9,
346:13, 347:3, 347:5,
347:9, 347:12,
347:17, 347:19,
347:23, 348:6, 348:9,
348:13, 348:17,
348:19, 348:24,
349:3, 349:14,
349:17, 349:22,
350:2, 350:5, 351:5,
351:9, 351:11, 352:4,
352:8, 352:11,
352:21, 352:23,
353:20, 353:23,
354:1, 354:21, 355:1,

358:10, 358:20,
359:14, 359:18,
360:6, 360:10,
360:20, 360:25,
361:3, 361:5, 361:12,
361:21, 361:23,
362:1, 362:17,
362:21, 362:25,
363:7, 363:11,
363:25, 364:9,
364:12, 364:19,
364:22, 364:25,
365:2, 365:6, 365:9
   **Court** [18] - 187:1,
187:2, 205:2, 223:11,
223:12, 225:16,
250:12, 259:8,
276:23, 295:21,
297:9, 302:2, 315:16,
330:2, 364:13,
364:17, 366:12,
366:13
   **Court's** [2] - 244:5,
263:12
   **COURTROOM** [8] -
188:1, 188:12,
250:12, 258:7,
295:21, 354:19,
354:22, 359:10
   **courtroom** [69] -
188:14, 190:9,
190:16, 192:6,
192:13, 204:2,
205:16, 208:18,
208:25, 214:19,
215:1, 217:8, 217:15,
226:13, 227:10,
236:13, 236:25,
237:8, 237:23,
242:23, 246:10,
246:20, 250:17,
250:24, 257:14,
258:17, 263:8, 263:9,
269:14, 271:15,
273:24, 277:1, 277:2,
277:10, 277:17,
285:20, 287:14,
288:6, 293:8, 296:1,
296:8, 304:18,
304:25, 306:3,
306:14, 310:13,
323:4, 324:10,
325:15, 326:23,
332:8, 332:19,
337:20, 339:25,
340:8, 342:16,
342:23, 347:8,
347:16, 352:7, 354:6,
354:15, 354:17,
354:24, 355:22,
358:14, 359:16,

359:19, 359:22
   **cousin** [4] - 298:25,
299:9, 301:19, 311:15
   **cover** [1] - 339:10
   **coverage** [14] -
195:1, 195:9, 228:11,
240:18, 261:22,
272:18, 292:3,
292:10, 317:20,
319:12, 319:13,
319:21, 320:5, 349:4
   **covered** [1] - 327:24
   **covering** [1] - 335:1
   **COVID** [1] - 294:17
   **credibility** [1] - 294:4
   **crew** [2] - 189:21,
289:8
   **crime** [19] - 196:21,
197:15, 220:14,
222:12, 233:6, 242:1,
248:4, 249:5, 278:6,
302:1, 302:6, 310:10,
311:12, 328:22,
329:1, 331:2
   **crimes** [1] - 242:3
   **Criminal** [1] - 186:3
   **criminal** [21] -
196:11, 196:21,
201:18, 204:10,
221:5, 221:21,
245:24, 247:16,
252:17, 274:5, 275:1,
299:4, 299:5, 307:6,
310:5, 310:10,
321:24, 323:9, 341:1,
346:23, 348:17
   **cross** [1] - 340:4
   **cross-motions** [1] -
340:4
   **CRR** [3] - 187:1,
366:3, 366:12
   **current** [2] - 276:10,
318:22
   **cursory** [1] - 231:7

---

# D

   **D.C** [19] - 186:6,
186:17, 187:4, 208:7,
213:22, 216:10,
216:11, 216:14,
216:18, 223:12,
259:5, 259:8, 266:22,
267:4, 267:7, 300:2,
331:2, 342:7, 366:14
   **dad** [1] - 196:7
   **daily** [1] - 290:8
   **damning** [4] -
201:10, 201:12,

201:13, 201:14
   **dark** [1] - 293:2
   **dash** [1] - 288:2
   **date** [2] - 242:25,
249:18
   **Dated** [1] - 366:10
   **dates** [1] - 315:9
   **daughter** [1] -
357:13
   **DAVID** [2] - 186:22,
186:22
   **days** [2] - 231:5,
319:17
   **deal** [5] - 216:18,
249:22, 286:10,
350:8, 350:11
   **dealt** [2] - 224:4,
294:7
   **death** [1] - 248:7
   **decide** [7] - 228:21,
230:21, 293:7, 304:3,
309:13, 357:2, 357:7
   **decided** [2] - 257:1,
323:15
   **deciding** [10] -
194:18, 228:1,
228:18, 240:20,
241:2, 243:7, 280:12,
292:6, 292:14, 343:13
   **decision** [6] -
231:21, 274:25,
277:1, 286:2, 315:21,
356:5
   **decisions** [2] -
203:19, 356:9
   **decline** [1] - 316:21
   **declined** [1] - 314:7
   **deep** [1] - 341:8
   **deeply** [1] - 286:20
   **Defendant** [36] -
186:7, 193:5, 194:9,
195:13, 199:7, 199:9,
204:11, 206:3, 208:2,
211:16, 212:9,
213:10, 215:19,
219:19, 220:13,
226:24, 231:18,
236:8, 251:15, 263:2,
264:12, 269:18,
275:5, 308:23, 309:1,
316:12, 326:2, 326:4,
326:7, 326:12,
331:24, 335:17,
345:5, 345:14,
349:24, 364:15
   **DEFENDANT** [1] -
186:18
   **Defendant's** [5] -
198:14, 213:6,
220:18, 232:11,

315:10
   **defense** [7] - 196:12,
247:16, 299:1, 299:4,
299:6, 299:8, 310:6
   **definitely** [3] -
225:22, 326:8, 355:11
   **definitively** [1] -
344:4
   **deliberating** [2] -
274:15, 274:18
   **deliberations** [2] -
285:24, 327:5
   **deliver** [1] - 209:21
   **Democrat** [1] -
241:20
   **Democratic** [4] -
245:17, 265:6, 270:1,
270:10
   **Democrats** [4] -
241:14, 245:15,
338:8, 338:14
   **department** [1] -
235:23
   **Department** [7] -
218:12, 282:6, 303:4,
313:21, 333:22,
338:6, 338:10
   **departments** [1] -
348:12
   **depth** [2] - 219:10,
231:8
   **deputy** [1] - 358:14
   **DEPUTY** [8] - 188:1,
188:12, 250:12,
258:7, 295:21,
354:19, 354:22,
359:10
   **derogatory** [1] -
270:18
   **describe** [43] - 193:7,
196:3, 197:19, 206:6,
209:15, 218:7, 219:5,
221:2, 238:12, 241:3,
247:10, 248:4,
251:12, 252:7, 253:6,
259:3, 259:21, 260:4,
261:23, 268:7, 268:9,
272:5, 272:13,
272:19, 274:5,
288:23, 292:21,
293:12, 296:22,
297:23, 298:23,
299:20, 300:15,
305:18, 307:3,
307:25, 309:1, 317:6,
328:23, 334:7,
334:22, 340:21, 349:5
   **described** [8] -
189:7, 206:9, 215:22,
230:15, 240:25,

283:14, 354:4, 361:15
  **describing** [5] -
196:22, 210:24,
220:20, 302:7, 338:3
  **description** [3] -
215:25, 224:1, 262:17
  **design** [4] - 191:21,
191:22, 191:23,
191:24
  **detail** [1] - 196:22
  **detailed** [1] - 315:16
  **details** [9] - 222:13,
225:6, 247:24,
251:17, 282:22,
283:5, 315:6, 326:15,
358:15
  **determine** [1] -
220:13
  **development** [1] -
218:19
  **devices** [1] - 356:20
  **DIA** [2] - 293:15,
293:19
  **Diet** [1] - 276:20
  **differences** [1] -
225:21
  **different** [14] - 196:1,
232:1, 236:8, 240:7,
241:10, 250:2,
267:19, 276:19,
290:23, 302:11,
321:11, 323:10,
351:19, 351:23
  **difficult** [20] - 206:2,
212:8, 228:13,
231:16, 236:5,
239:13, 240:19,
242:16, 254:13,
282:24, 283:5, 283:6,
294:17, 301:23,
308:24, 323:20,
326:3, 327:12,
327:18, 345:15
  **difficulty** [7] -
227:24, 241:1, 243:6,
280:11, 280:16,
292:4, 292:11
  **digital** [1] - 229:25
  **dire** [1] - 354:5
  **direct** [2] - 225:12,
345:3
  **direction** [1] - 274:2
  **directly** [8] - 218:10,
239:2, 269:21, 270:3,
289:13, 291:3,
291:25, 293:18
  **director** [5] - 266:10,
276:2, 276:13, 338:7,
338:13
  **disagree** [2] -

203:17, 203:20
  **disappointed** [1] -
330:24
  **disclose** [2] -
356:25, 357:18
  **disclosed** [1] - 194:8
  **discuss** [4] - 258:10,
356:3, 356:7, 360:2
  **discussed** [8] -
220:17, 261:11,
261:15, 353:5,
353:14, 354:10,
357:15, 362:9
  **discussing** [1] -
196:25
  **discussion** [12] -
195:9, 219:19,
240:14, 247:24,
254:3, 254:4, 262:15,
278:9, 298:11,
298:12, 355:23, 357:4
  **discussions** [1] -
243:22
  **dishonest** [1] -
220:22
  **dismay** [1] - 199:10
  **dismissed** [2] -
197:4, 274:12
  **display** [1] - 270:18
  **disqualifying** [1] -
324:14
  **disregard** [1] -
236:12
  **distinguishes** [1] -
205:11
  **DISTRICT** [4] -
186:1, 186:1, 186:11,
186:15
  **District** [14] - 187:2,
187:2, 216:17,
223:11, 242:3, 249:8,
282:6, 313:8, 318:2,
328:12, 343:18,
344:19, 366:13
  **district** [1] - 366:13
  **division** [1] - 208:10
  **documents** [11] -
256:19, 256:21,
333:7, 333:20,
333:21, 345:4,
350:22, 350:23,
350:24, 351:3, 351:20
  **DOJ** [2] - 232:20,
232:21
  **Donald** [5] - 202:10,
202:16, 317:18,
335:25, 344:15
  **done** [15] - 208:2,
221:16, 270:1,
281:20, 281:21,

298:4, 314:1, 314:13,
321:10, 331:18,
341:1, 348:24,
352:24, 353:10, 360:9
  **door** [1] - 344:16
  **double** [1] - 223:6
  **double-check** [1] -
223:6
  **doubt** [1] - 257:8
  **down** [9] - 235:22,
240:9, 254:20,
267:20, 289:18,
291:4, 319:5, 359:19,
364:3
  **downtown** [1] -
290:22
  **drawings** [1] -
340:25
  **drive** [1] - 213:17
  **drove** [1] - 303:7
  **drug** [2] - 274:10,
300:5
  **drug-related** [1] -
274:10
  **due** [1] - 242:25
  **during** [14] - 198:22,
202:12, 202:21,
211:18, 221:10,
245:7, 245:9, 254:4,
262:10, 290:2,
327:11, 327:21,
357:3, 357:8
  **duty** [3] - 223:10,
235:21, 286:15
  **Dynamics** [1] -
293:22

**E**

  **East** [4] - 186:20,
221:8, 221:20, 222:2
  **easy** [1] - 198:20
  **editing** [1] - 276:15
  **Edwards** [1] - 366:12
  **EDWARDS** [2] -
187:1, 366:3
  **effect** [2] - 270:5,
294:1
  **effectively** [1] -
362:14, 362:19
  **effects** [1] - 276:16
  **effort** [1] - 359:3
  **eight** [8] - 239:11,
265:20, 265:21,
266:6, 270:2, 356:5,
358:1
  **either** [16] - 189:10,
194:17, 196:11,
212:17, 236:4, 242:8,

247:15, 254:1, 273:5,
275:8, 281:19,
291:12, 311:22,
324:25, 325:6, 327:3
  **elder** [1] - 247:14
  **electronic** [2] -
356:19, 356:20
  **electronically** [1] -
356:12
  **Eleventh** [1] - 186:16
  **eligibility** [1] - 276:3
  **email** [2] - 345:24,
356:23
  **emailed** [1] - 334:13
  **emailing** [1] - 356:21
  **emergency** [1] -
281:7
  **employed** [4] -
235:2, 235:8, 300:14,
300:20
  **employee** [1] -
338:10
  **employer** [3] -
268:13, 309:4, 317:6
  **end** [10] - 228:15,
231:2, 244:6, 274:18,
324:21, 325:6,
330:22, 356:5,
357:24, 361:8
  **ended** [2] - 221:22,
274:14
  **enforce** [2] - 350:16,
350:21
  **enforcement** [21] -
197:18, 222:23,
235:2, 235:9, 242:5,
294:2, 294:4, 294:5,
294:13, 300:14,
300:21, 300:23,
302:17, 311:24,
313:11, 330:18,
331:7, 343:16,
344:20, 350:12,
350:16
  **enforcement's** [1] -
330:24
  **engage** [3] - 200:15,
230:3, 290:10
  **engaged** [1] - 195:9
  **engagement** [5] -
230:1, 263:17,
263:19, 302:16,
337:11
  **engaging** [1] - 236:2
  **entered** [24] -
188:13, 190:15,
192:12, 205:15,
208:24, 214:25,
217:14, 227:9, 237:7,
246:19, 250:23,

258:16, 271:14,
277:16, 287:13,
296:7, 304:24,
306:13, 325:14,
332:18, 340:7,
342:22, 347:15,
354:24
  **entire** [7] - 200:25,
201:4, 274:24,
360:16, 361:24,
363:22, 363:24
  **entirely** [1] - 228:14
  **entities** [1] - 345:23
  **entry** [1] - 248:6
  **enunciate** [1] - 266:2
  **environment** [1] -
294:21
  **environmental** [1] -
232:22
  **episode** [1] - 311:24
  **err** [1] - 324:23
  **erroneous** [1] -
212:12
  **especially** [2] -
323:21, 356:18
  **ESQ** [5] - 186:14,
186:14, 186:18,
186:19, 186:22
  **essentially** [10] -
189:24, 204:6,
226:21, 260:10,
262:12, 269:19,
276:18, 344:3, 353:1,
359:2
  **established** [4] -
326:8, 331:14,
331:23, 331:25
  **estate** [2] - 247:13,
310:4
  **et** [3] - 253:8, 290:2,
348:3
  **Etheridge** [1] - 252:9
  **Ethics** [3] - 333:12,
338:9, 343:18
  **evaluate** [1] - 294:3
  **evening** [2] - 262:4,
262:5
  **event** [6] - 228:10,
266:13, 269:4, 286:1,
286:11, 318:5
  **events** [14] - 227:25,
243:4, 243:21, 244:8,
267:7, 269:8, 269:22,
270:3, 270:25, 280:9,
292:13, 317:18,
318:21, 318:22
  **evidence** [29] -
194:19, 198:18,
199:23, 200:2, 200:5,
205:4, 214:10,

220:11, 224:13,
224:14, 226:1, 226:5,
226:25, 228:2, 229:8,
257:7, 274:14, 277:2,
280:14, 283:6, 283:7,
292:15, 304:3,
315:21, 337:20,
338:20, 356:10, 357:7
**ex** [1] - 346:23
**exact** [3] - 200:23,
274:7, 359:8
**exactly** [7] - 220:21,
223:22, 224:10,
256:13, 265:23,
269:23, 307:18
**example** [1] - 281:19
**examples** [1] - 320:7
**exchange** [1] - 351:3
**exclude** [24] -
190:10, 192:7, 204:3,
204:5, 204:19,
205:13, 208:19,
214:20, 217:9,
226:14, 237:1,
246:11, 250:18,
257:15, 269:15,
271:9, 271:12,
277:11, 285:21,
287:5, 287:6, 287:10,
296:2, 332:16
**excluded** [4] - 205:8,
306:11, 338:20, 340:5
**excuse** [6] - 336:10,
352:13, 353:12,
353:13, 354:4, 359:2
**excused** [4] - 347:5,
354:16, 356:6, 359:6
**executive** [2] -
345:5, 348:12
**exercise** [4] - 353:2,
362:10, 363:20, 364:2
**exercised** [1] - 364:6
**exhaust** [1] - 361:11
**exited** [1] - 359:16
**expect** [3] - 355:25,
358:3, 364:16
**expectations** [2] -
331:1, 331:3
**expected** [1] -
358:18
**experience** [19] -
197:8, 222:23, 224:3,
224:12, 224:25,
225:24, 242:5,
242:10, 248:12,
259:15, 282:23,
302:22, 311:23,
311:24, 329:4, 331:2,
331:7, 333:25, 351:25
**experienced** [1] -

317:25
**experiences** [4] -
222:1, 242:11, 275:9,
329:5
**explain** [14] - 225:4,
228:1, 228:22,
231:19, 237:23,
240:21, 280:12,
281:3, 292:13, 294:6,
326:5, 328:5, 333:8,
336:15
**explained** [1] - 315:8
**exposure** [1] -
319:20
**expressed** [5] -
194:17, 199:10,
223:24, 225:23, 286:6
**extensive** [1] - 231:8
**extent** [4] - 194:22,
219:15, 225:12, 327:9
**extremist** [1] - 320:2

## F

**fabric** [1] - 191:22
**face** [1] - 288:16
**Facebook** [1] -
356:14
**facing** [1] - 320:3
**fact** [11] - 191:3,
198:18, 220:13,
289:22, 307:8,
317:12, 330:1,
337:10, 341:4, 356:8,
359:24
**facts** [26] - 205:2,
220:2, 224:9, 231:22,
236:10, 239:22,
240:21, 241:2,
243:10, 244:13,
260:17, 263:8, 269:9,
271:3, 273:18,
273:24, 283:19,
309:13, 326:20,
326:23, 327:1,
329:15, 329:21,
335:13, 351:22, 357:7
**factual** [1] - 271:7
**failed** [1] - 256:18
**fair** [35] - 206:2,
212:8, 212:20,
212:24, 213:11,
214:11, 223:3,
224:17, 228:2,
231:17, 239:18,
241:17, 243:7,
280:13, 283:18,
286:9, 292:6, 292:14,
293:24, 298:17,

301:6, 301:16,
308:25, 309:8,
318:13, 322:6,
323:21, 323:24,
324:4, 324:12, 326:3,
337:13, 345:16,
346:6, 349:25
**fairly** [7] - 228:19,
228:21, 271:6, 294:3,
325:11, 343:13,
353:11
**fall** [1] - 288:20
**familiar** [11] - 204:7,
205:24, 212:5,
212:14, 215:18,
231:24, 263:2,
264:12, 269:17,
346:22, 351:21
**familiarity** [2] -
208:1, 346:1
**family** [31] - 196:2,
196:20, 197:13,
218:4, 221:1, 232:16,
235:1, 241:7, 241:13,
245:14, 247:9, 248:3,
252:25, 260:21,
265:6, 270:2, 278:5,
290:15, 293:11,
300:13, 300:19,
302:5, 309:18, 310:9,
311:10, 328:2,
336:25, 340:21,
344:21, 348:12
**fan** [2] - 309:3, 317:5
**far** [1] - 242:25
**faster** [1] - 359:24
**father** [2] - 222:18,
247:14
**favorably** [1] -
294:12
**FBI** [3] - 293:15,
293:18, 293:23
**fear** [2] - 268:5,
268:8
**featured** [1] - 202:14
**federal** [8] - 259:7,
300:3, 300:6, 300:20,
343:16, 344:10,
344:18, 348:10
**feed** [4] - 199:11,
230:6, 230:9, 272:23
**feelings** [18] - 228:9,
231:21, 231:25,
232:1, 232:5, 267:6,
269:8, 270:18,
270:24, 271:2, 286:5,
316:6, 316:10,
316:11, 316:18,
331:6, 338:25
**felony** [1] - 299:25

**felt** [3] - 269:22,
318:8, 343:20
**fence** [1] - 267:18
**festival** [4] - 275:22,
275:24, 276:1, 276:11
**few** [13] - 188:25,
189:1, 191:2, 203:12,
205:11, 215:13,
231:5, 232:8, 241:24,
273:11, 278:2, 305:9,
318:1
**fight** [1] - 197:25
**fights** [1] - 197:21
**figure** [3] - 211:7,
231:23, 236:8
**file** [2] - 350:20,
350:21
**filed** [1] - 364:20
**filled** [1] - 362:18
**filling** [1] - 362:25
**film** [6] - 275:22,
275:23, 275:24,
276:1, 276:10, 276:12
**FilmFreeway** [1] -
276:3
**films** [1] - 276:4
**final** [1] - 356:15
**finally** [1] - 243:2
**fine** [7] - 197:1,
227:2, 263:22, 302:9,
328:25, 332:15, 364:8
**finish** [2] - 221:13,
240:10
**finishing** [1] - 358:23
**firm** [4] - 221:7,
301:18, 301:21,
340:25
**firmly** [1] - 199:18
**first** [22] - 195:6,
200:17, 200:21,
204:5, 211:10,
230:22, 237:21,
253:12, 270:16,
277:22, 298:25,
299:9, 325:25,
343:16, 354:5, 355:1,
358:21, 363:11,
363:14, 363:23,
364:16, 364:23
**fits** [1] - 288:18
**five** [4] - 258:2,
274:8, 343:18, 348:21
**fix** [2] - 211:7, 214:4
**floor** [1] - 359:10
**Floor** [1] - 186:16
**Florida** [2] - 261:7,
265:14
**fly** [1] - 353:21
**focus** [8] - 231:4,
236:11, 236:13,

263:8, 316:5, 318:9,
323:22, 324:5
**focused** [2] - 323:16,
323:17
**follow** [27] - 198:25,
203:10, 224:24,
239:22, 244:5,
263:12, 272:8,
272:24, 273:23,
274:24, 283:23,
290:9, 294:22, 308:6,
317:4, 318:22, 319:2,
325:24, 326:6,
326:23, 327:1, 330:3,
337:19, 351:8, 358:3,
362:14
**follow-through** [1] -
272:8
**followed** [4] -
272:11, 273:19,
319:21, 345:19
**follower** [1] - 327:18
**followers** [1] -
202:23
**following** [73] -
188:14, 190:9,
190:16, 192:6,
192:13, 196:17,
204:2, 205:16,
208:18, 208:25,
214:19, 215:1, 217:8,
217:15, 226:13,
227:10, 227:25,
233:12, 234:21,
236:25, 237:8,
240:20, 241:3, 243:7,
246:10, 246:20,
250:17, 250:24,
254:22, 257:14,
258:6, 258:17,
269:14, 271:15,
274:2, 276:11,
277:10, 277:17,
278:14, 280:12,
284:6, 285:20,
287:14, 290:3, 292:5,
292:13, 296:1, 296:8,
304:18, 304:25,
306:3, 306:14,
310:18, 312:8,
318:18, 323:4,
325:15, 327:3,
327:15, 332:8,
332:19, 336:13,
339:25, 340:8,
342:16, 342:23,
347:8, 347:16, 352:7,
352:14, 352:15,
354:25, 359:17
**follows** [1] - 318:21

375

**followup** [27] -
188:25, 191:2,
192:23, 204:23,
213:25, 215:13,
217:24, 227:17,
237:19, 251:9, 272:1,
278:2, 283:13, 284:4,
286:17, 287:23,
296:18, 303:24,
305:10, 306:23,
315:2, 330:17,
330:24, 331:20,
333:1, 343:7
**followups** [1] -
347:25
**fond** [1] - 294:9
**food** [1] - 295:11
**FOR** [4] - 186:1,
186:14, 186:15,
186:18
**foreclosed** [1] -
361:17
**foregoing** [1] - 366:4
**foreman** [1] - 346:23
**foreperson** [1] -
275:18
**forget** [1] - 319:23
**forgetting** [1] -
256:20
**form** [2] - 210:12,
316:16
**formed** [28] - 193:23,
198:13, 204:11,
204:13, 206:25,
219:22, 228:20,
243:6, 251:21,
253:11, 260:11,
280:11, 289:11,
289:19, 291:1, 291:6,
292:5, 292:12,
305:16, 305:21,
307:3, 307:9, 307:11,
334:20, 341:7,
341:13, 341:14, 344:2
**former** [5] - 241:6,
309:4, 309:6, 316:10,
317:6
**forth** [3] - 289:5,
329:23, 360:19
**forward** [2] - 307:6,
314:9
**four** [5] - 239:19,
271:25, 274:8,
348:23, 364:4
**Fourth** [1] - 186:16
**fourth** [1] - 359:10
**Fox** [1] - 256:10
**frame** [1] - 323:15
**frank** [1] - 345:18
**Frankel** [5] - 261:6,

265:12, 265:17,
266:5, 268:13
**frankly** [2] - 309:12,
355:23
**fraud** [3] - 343:19,
348:15, 350:23
**free** [4] - 258:20,
296:11, 306:17,
357:11
**frequently** [3] -
199:25, 244:25,
350:15
**friend** [5] - 196:2,
232:19, 290:15,
348:2, 357:13
**friend's** [1] - 222:18
**friends** [7] - 243:18,
267:13, 290:19,
291:1, 337:1, 337:3,
338:23
**front** [1] - 201:3
**full** [3] - 198:17,
355:20, 366:5
**functions** [1] -
324:15
**future** [5] - 202:11,
339:11, 339:15,
358:19, 358:22

## G

**gallery** [1] - 250:1
**Gaston** [20] - 191:16,
198:6, 207:23, 216:5,
235:14, 249:2,
262:24, 269:2,
270:13, 282:1, 284:2,
285:16, 286:7,
286:13, 301:2, 303:1,
312:4, 324:2, 337:24,
346:10
**GASTON** [105] -
186:14, 191:17,
191:19, 191:23,
191:25, 192:8,
207:24, 208:1, 208:5,
208:8, 208:11,
208:20, 216:6, 216:8,
216:11, 216:15,
216:22, 217:1,
217:10, 235:15,
235:17, 236:7,
236:17, 249:3, 249:5,
249:8, 249:10,
249:17, 249:20,
249:24, 250:5,
250:19, 262:25,
263:2, 263:6, 263:11,
263:15, 263:18,
263:21, 263:24,

268:24, 269:3, 269:7,
269:11, 270:14,
280:19, 282:2, 282:4,
282:7, 282:9, 282:17,
284:3, 285:22,
286:16, 301:3, 301:5,
301:9, 301:12,
301:16, 301:18,
301:22, 302:2, 303:2,
303:10, 303:13,
303:20, 304:20,
312:5, 313:4, 313:8,
313:10, 313:13,
313:16, 313:20,
313:23, 314:3,
314:10, 314:12,
314:20, 315:5,
315:12, 315:15,
315:19, 315:24,
316:2, 316:9, 316:14,
316:21, 316:24,
324:3, 337:25, 338:2,
338:11, 338:15,
338:19, 338:22,
338:25, 339:3, 339:6,
339:9, 339:13,
339:18, 340:3,
346:11, 347:11
**GDIT** [1] - 293:21
**general** [9] - 206:13,
219:10, 220:10,
225:23, 231:11,
241:13, 308:15,
308:17, 315:4
**General** [1] - 293:22
**General's** [3] -
348:15, 348:22,
350:14
**generally** [14] -
195:21, 206:1, 212:7,
212:18, 221:2,
230:17, 232:17,
235:2, 238:21,
248:18, 254:8,
261:23, 297:23,
329:14
**gentlemen** [1] -
355:1
**girlfriend** [1] -
293:15
**given** [9] - 210:2,
270:8, 283:13,
319:23, 331:4,
332:13, 336:24,
337:8, 346:5
**goal** [1] - 325:4
**Gogh** [1] - 250:3
**Google** [1] - 223:11
**Government** [40] -
188:6, 190:11, 192:8,

198:24, 198:25,
204:24, 206:3,
208:20, 212:9,
214:21, 217:10,
226:15, 231:17,
246:13, 250:19,
257:16, 258:12,
277:12, 285:22,
285:25, 286:4,
286:21, 304:20,
308:25, 314:13,
326:4, 342:18,
346:11, 352:9,
352:19, 353:25,
354:1, 361:5, 361:6,
361:7, 361:8, 363:14,
363:19, 364:8, 365:5
**GOVERNMENT** [1] -
186:14
**government** [8] -
208:7, 213:23,
216:10, 216:12,
216:14, 318:23,
324:16, 328:3
**Government's** [2] -
257:8, 257:23
**graduated** [1] -
349:1
**grand** [4] - 197:18,
259:3, 299:18, 300:6
**grandmother** [5] -
281:6, 281:9, 281:23,
282:10, 287:9
**grant** [1] - 205:7
**granted** [4] - 237:4,
296:5, 306:9, 340:4
**grants** [2] - 218:12,
218:13
**great** [5] - 249:19,
278:8, 339:2, 347:1,
354:21
**greatly** [1] - 343:21
**grounds** [1] - 290:21
**group** [4] - 254:15,
320:2, 355:20, 359:4
**guarantee** [1] -
236:15
**guaranteed** [1] -
355:14
**guess** [28] - 195:9,
206:8, 220:6, 220:17,
223:19, 231:10,
264:21, 264:22,
265:3, 266:18,
266:21, 267:11,
267:17, 268:10,
269:20, 272:7,
272:10, 281:21,
289:19, 289:22,
290:7, 290:13,

291:17, 294:23,
326:18, 327:8,
330:11, 331:4
**guilt** [4] - 198:14,
204:14, 220:18,
232:11
**guilty** [6] - 198:16,
204:15, 204:18,
249:15, 275:5, 305:25
**gun** [1] - 197:25
**gunpoint** [1] -
302:12
**guns** [1] - 300:5
**guys** [1] - 238:8

## H

**habits** [1] - 327:21
**half** [2] - 300:11,
319:25
**hallway** [1] - 359:13
**hand** [1] - 319:5
**handful** [2] - 319:8,
319:11
**handle** [1] - 235:21
**handles** [1] - 235:23
**happy** [2] - 332:10,
362:2
**hard** [14] - 196:16,
212:19, 212:24,
230:5, 232:2, 238:17,
241:17, 243:9,
269:23, 275:10,
282:24, 283:15,
344:2, 346:6
**harder** [2] - 322:5
**hardest** [1] - 236:16
**hardship** [3] - 281:2,
281:8, 295:6
**hashtags** [2] -
202:24, 203:2
**headline** [1] - 336:17
**headlines** [2] -
253:12, 256:8
**headquarters** [2] -
239:6, 244:23
**healthcare** [3] -
216:14, 216:17,
328:17
**hear** [17] - 222:20,
241:24, 249:5,
254:16, 254:20,
263:18, 265:9, 277:2,
296:3, 300:4, 300:5,
300:6, 303:3, 303:10,
304:4, 345:4, 362:2
**heard** [68] - 189:3,
189:8, 189:12, 191:3,
193:22, 193:24,

376

194:24, 198:22,
206:16, 206:21,
206:24, 209:13,
212:22, 213:6, 213:9,
214:5, 215:15,
215:21, 215:24,
228:19, 238:12,
243:4, 248:18,
248:23, 251:11,
251:13, 251:18,
251:19, 254:3,
259:19, 259:23,
260:5, 260:6, 261:19,
262:14, 263:3, 264:5,
264:25, 270:5, 271:5,
271:6, 272:3, 272:6,
272:9, 276:23,
276:25, 280:9,
288:22, 291:20,
296:20, 300:4,
301:12, 303:14,
303:16, 305:15,
305:17, 306:25,
307:2, 307:7, 307:24,
315:3, 315:22,
327:10, 341:5, 341:9,
344:1, 346:2, 356:9

**hearing** [31] -
193:17, 194:19,
195:7, 195:18,
200:22, 201:4, 201:7,
201:13, 202:11,
202:13, 202:14,
202:21, 202:25,
203:5, 204:7, 212:15,
214:1, 219:13,
219:18, 226:4,
240:10, 245:9,
274:14, 298:5, 298:6,
298:10, 298:12,
327:22

**hearings** [76] -
195:1, 195:11,
195:12, 195:13,
195:21, 199:4, 199:6,
199:10, 199:14,
200:15, 207:14,
210:23, 211:1, 211:9,
211:11, 211:16,
211:18, 212:18,
213:8, 213:10, 214:5,
219:5, 219:8, 219:18,
219:24, 230:17,
230:18, 230:25,
239:21, 240:1, 240:4,
240:5, 240:13,
240:25, 245:7, 253:6,
253:9, 253:12,
253:14, 253:16,
253:25, 254:2, 254:4,
254:7, 261:22,

261:25, 262:10,
262:14, 272:18,
272:21, 273:5, 273:6,
291:12, 291:19,
292:3, 292:11,
297:22, 298:1,
299:25, 307:25,
308:8, 308:12, 316:4,
316:6, 319:1, 319:2,
319:13, 320:9,
345:13, 349:5, 349:9,
349:13, 349:18

**heavily** [1] - 294:21

**heightens** [1] - 222:6

**held** [7] - 204:23,
239:21, 286:20,
291:13, 297:8,
302:11, 303:8

**hello** [4] - 188:16,
249:4, 258:19, 303:23

**help** [5] - 210:5,
246:14, 276:3, 276:5,
323:23

**hereby** [1] - 366:3

**hesitate** [2] - 324:9,
324:11

**hi** [11] - 217:17,
223:5, 224:23,
235:16, 237:10,
244:4, 251:1, 263:1,
264:3, 329:11, 331:13

**highly** [3] - 286:11,
323:16, 323:17

**Hill** [4] - 239:17,
244:25, 252:11

**history** [2] - 291:9,
293:2

**hold** [4] - 194:17,
199:18, 204:25,
338:12

**holding** [2] - 200:4,
210:23

**home** [3] - 196:7,
256:11, 267:12

**honest** [6] - 228:6,
228:14, 232:7, 264:7,
267:2, 364:20

**honestly** [2] -
314:23, 315:2

**Honor** [84] - 188:1,
188:6, 188:8, 190:3,
190:12, 192:8, 192:9,
203:22, 204:4,
204:22, 208:20,
208:21, 214:14,
214:21, 214:22,
217:10, 217:11,
226:6, 226:15,
226:18, 236:20,
237:2, 246:6, 246:13,

250:8, 250:11,
250:19, 250:20,
257:16, 257:17,
257:25, 258:7,
258:12, 258:13,
268:21, 268:24,
269:16, 270:14,
277:8, 277:12,
277:13, 280:19,
285:22, 286:17,
286:25, 295:14,
295:17, 295:20,
296:4, 304:14,
304:20, 304:21,
306:5, 306:20, 312:5,
317:1, 322:25, 323:6,
324:3, 331:20,
332:11, 332:15,
339:20, 340:2,
342:19, 344:4, 344:7,
345:3, 345:19,
346:12, 347:10,
350:4, 351:4, 352:9,
352:10, 352:22,
353:18, 353:22,
354:19, 360:4,
361:20, 362:20,
365:1, 365:8

**honor** [1] - 273:10

**HONORABLE** [1] -
186:10

**hope** [2] - 245:19,
354:12

**hopefully** [1] -
245:22

**hospital** [1] - 253:21,
255:23, 256:8, 342:3,
342:4

**Hospital** [1] - 255:24,
342:6

**hours** [2] - 230:3,
357:17

**House** [15] - 193:5,
207:11, 211:25,
218:5, 238:25, 252:5,
260:22, 328:3, 328:7,
333:12, 333:22,
338:6, 338:9, 338:14,
344:17

**house** [3] - 196:10,
196:15, 209:21

**HR** [1] - 293:18

**husband** [5] -
232:19, 252:8,
252:10, 253:2, 253:3

**hushed** [1] - 310:12

**husher** [1] - 196:24,
233:11, 254:20,
278:12, 284:4, 286:5,
328:24

**Hutchinson** [1] -
349:10

**hypothetical** [1] -
227:5

---

**I**

---

**idea** [1] - 238:21

**identical** [1] - 256:15

**identified** [2] -
313:16, 313:17

**identify** [2] - 313:18,
314:17

**ignored** [3] - 211:21,
214:6, 214:11

**images** [1] - 270:25

**imagine** [2] - 325:4,
361:5

**immediate** [1] -
220:23

**immigration** [1] -
221:5, 221:21

**impact** [4] - 231:21,
266:20, 266:22,
266:24

**impacted** [3] - 267:4,
270:3, 343:20

**impartial** [53] -
189:12, 191:13,
194:18, 195:23,
196:17, 206:2,
207:20, 210:19,
212:8, 212:20,
212:24, 213:11,
216:2, 218:22, 222:3,
222:24, 224:17,
228:2, 228:14,
231:17, 232:3,
239:14, 241:17,
242:12, 243:8,
243:23, 247:20,
247:22, 248:13,
248:19, 248:21,
252:1, 259:15,
260:17, 262:20,
280:13, 283:18,
292:6, 292:14,
297:15, 298:17,
299:15, 308:25,
309:8, 326:3, 326:6,
334:1, 337:6, 337:8,
337:13, 345:16,
346:7, 349:25

**impartiality** [1] -
349:19

**impartially** [3] -
228:21, 294:3, 302:23

**implied** [1] - 357:3

**importance** [1] -

222:6

**important** [12] -
303:18, 307:14,
307:21, 308:18,
315:25, 318:24,
321:12, 323:11,
324:15, 324:16,
357:6, 358:1

**importantly** [2] -
269:25, 323:10

**imports** [1] - 250:4

**impossible** [2] -
219:25, 327:22

**impression** [3] -
194:7, 198:16, 204:14

**in-depth** [2] - 219:10,
231:8

**in-house** [1] - 196:10

**incident** [5] - 197:22,
228:25, 303:6, 313:5,
320:14

**incidents** [5] - 294:8,
302:14, 303:3,
311:20, 341:10

**inclined** [1] - 245:16

**include** [2] - 353:4,
354:9

**including** [7] - 222:1,
338:16, 338:20,
356:13, 356:21,
356:23, 362:8

**inclusion** [1] - 335:6

**inconvenienced** [1] -
286:12

**Independence** [1] -
267:25

**independent** [3] -
295:8, 308:4, 348:10

**indicate** [1] - 361:13

**indicated** [1] -
332:25

**indicates** [1] - 304:7

**Indicates** [1] -
254:17

**individuals** [1] -
211:20

**influence** [1] - 197:9

**information** [30] -
191:6, 191:7, 194:8,
201:9, 201:12, 205:8,
206:13, 209:16,
225:21, 229:3, 229:9,
231:10, 256:24,
257:4, 264:19,
273:18, 276:24,
287:8, 288:25,
297:25, 303:6, 304:1,
304:7, 308:2, 323:8,
327:4, 328:19,
356:22, 357:18

**informed** [1] - 200:20
**InfoWars** [2] - 264:16, 269:19
**initial** [2] - 303:11, 362:4
**injured** [1] - 343:22
**innocence** [3] - 198:14, 220:19, 232:11
**inquire** [1] - 302:2
**inside** [2] - 211:3, 324:11
**Instagram** [4] - 230:4, 236:1, 290:6, 290:23
**instead** [1] - 222:6
**Institute** [1] - 218:19
**instruct** [7] - 243:10, 327:14, 330:2, 336:10, 355:25, 357:9, 359:12
**instructed** [2] - 238:19, 327:24
**instruction** [6] - 199:1, 290:3, 290:9, 327:16, 336:13, 356:16
**instructions** [16] - 194:19, 196:17, 220:12, 260:18, 263:12, 273:23, 283:23, 301:10, 326:24, 327:1, 327:25, 330:4, 337:19, 356:1, 356:10, 358:4
**insurance** [2] - 216:19, 216:22
**Integrity** [1] - 343:17
**intend** [3] - 352:23, 353:8, 361:16
**intending** [1] - 361:13
**intense** [1] - 228:10
**intent** [1] - 359:21
**intentional** [2] - 202:5, 256:18
**intentionally** [1] - 257:1
**interact** [1] - 245:10
**interaction** [1] - 225:13
**interactions** [1] - 290:25
**interest** [2] - 273:20, 318:12
**interested** [6] - 202:24, 318:15, 318:23, 319:19,

321:22, 341:12
**Interior** [3] - 333:22, 338:6, 338:10
**interior** [2] - 191:23, 191:24
**intern** [1] - 252:9, 328:9
**internal** [2] - 255:21, 328:1
**International** [1] - 218:18
**international** [3] - 218:24, 221:8
**interned** [1] - 328:6
**internet** [1] - 327:13
**internships** [1] - 218:11
**interplay** [1] - 321:23
**interpreted** [1] - 328:25
**intersection** [1] - 321:25
**investigate** [3] - 211:4, 303:4, 308:20
**investigated** [2] - 313:10, 313:20
**investigating** [3] - 214:3, 262:11, 322:8
**investigation** [10] - 193:6, 196:21, 201:19, 205:24, 206:1, 212:7, 253:5, 310:10, 313:24, 335:18
**investigator** [1] - 343:19
**involve** [1] - 199:6
**involved** [14] - 198:1, 202:10, 228:18, 264:15, 264:17, 268:5, 270:17, 272:19, 276:15, 292:5, 292:12, 320:1, 320:2, 343:12
**involvement** [1] - 302:16
**involves** [5] - 229:16, 244:7, 321:17, 321:24, 322:9
**iPad** [2] - 272:25, 273:2
**iPhone** [1] - 320:21
**IRI** [2] - 218:16, 218:17
**issue** [10] - 225:7, 281:22, 282:9, 323:7, 323:14, 329:16, 338:5, 352:1, 364:14, 364:16
**issued** [3] - 272:7,

273:9, 273:19
**issues** [5] - 216:18, 216:19, 222:1, 226:22, 273:14
**itself** [2] - 319:11, 320:15

---

# J

**jail** [1] - 249:16
**James** [1] - 245:5
**January** [59] - 189:6, 191:8, 193:14, 193:17, 202:6, 203:5, 206:19, 206:20, 206:25, 207:10, 209:25, 211:3, 227:25, 228:25, 230:18, 243:5, 243:11, 244:8, 261:8, 262:12, 266:12, 266:14, 267:8, 268:12, 269:5, 269:8, 269:22, 270:3, 270:24, 271:1, 271:3, 272:11, 289:14, 289:16, 290:16, 291:4, 291:7, 292:23, 317:16, 317:18, 318:12, 318:18, 319:1, 319:20, 319:21, 323:8, 323:16, 323:18, 323:23, 324:5, 336:2, 337:5, 338:23, 338:25, 341:21, 343:20, 344:23, 344:24
**Jersey** [11] - 281:6, 281:10, 281:13, 348:14, 348:19, 348:22, 348:24, 350:9, 350:10, 350:14
**job** [12] - 189:25, 201:16, 230:1, 230:7, 230:14, 235:18, 245:11, 260:24, 299:13, 317:14, 322:4
**JUDGE** [1] - 186:11
**judge** [7] - 205:3, 224:12, 224:13, 225:19, 244:8, 274:11, 315:8
**Judge** [3] - 198:8, 342:25, 347:6
**judge's** [1] - 301:9
**judging** [2] - 200:5, 244:13
**judgment** [1] - 241:9
**July** [2] - 186:6,

366:10
**June** [1] - 337:11
**jurisprudence** [1] - 344:8
**juror** [45] - 188:5, 188:10, 189:13, 191:13, 195:23, 197:10, 205:6, 207:20, 208:22, 216:2, 226:21, 227:7, 229:24, 232:3, 237:25, 238:2, 238:6, 246:18, 248:20, 251:4, 254:14, 257:19, 257:20, 262:21, 270:15, 271:1, 274:4, 274:6, 275:9, 275:10, 276:4, 282:25, 283:15, 285:23, 286:9, 287:5, 294:18, 297:15, 298:17, 309:8, 312:1, 332:17, 339:14, 346:24, 363:19
**Juror** [106] - 188:13, 188:19, 190:8, 190:15, 190:22, 192:5, 192:7, 192:10, 192:11, 192:12, 192:19, 204:1, 205:15, 205:20, 208:17, 208:19, 208:23, 208:24, 209:8, 214:18, 214:20, 214:23, 214:24, 214:25, 215:7, 217:7, 217:12, 217:14, 217:21, 226:12, 226:19, 227:9, 227:13, 236:24, 237:6, 237:7, 237:13, 246:9, 246:11, 246:17, 246:19, 246:25, 250:16, 250:21, 250:23, 257:13, 257:15, 258:11, 258:15, 258:16, 258:22, 269:13, 269:15, 269:17, 271:12, 271:13, 271:14, 271:22, 277:9, 277:11, 277:14, 277:16, 277:23, 285:19, 285:21, 287:10, 287:13, 287:19, 295:25, 296:2, 296:6, 296:7, 296:14, 304:17, 304:22, 304:24, 305:6, 306:2,

306:10, 306:12, 306:13, 306:19, 323:3, 325:14, 325:19, 332:7, 332:18, 332:22, 339:24, 340:7, 340:14, 342:15, 342:17, 342:21, 342:22, 343:3, 347:7, 347:15, 347:21, 352:6, 352:8, 352:11, 352:16, 363:4, 363:16, 363:18
**JUROR** [682] - 188:16, 188:20, 188:24, 189:4, 189:9, 189:14, 189:18, 189:21, 189:24, 190:7, 190:19, 190:23, 191:1, 191:5, 191:9, 191:14, 191:18, 191:21, 191:24, 192:16, 192:20, 192:25, 193:9, 193:15, 193:19, 194:1, 194:4, 194:7, 194:12, 194:15, 194:20, 195:2, 195:6, 195:14, 195:19, 195:24, 196:5, 196:9, 196:13, 196:18, 197:1, 197:6, 197:11, 197:16, 197:20, 197:24, 198:4, 198:15, 199:2, 199:8, 199:16, 199:20, 199:24, 200:3, 200:6, 200:9, 200:13, 200:17, 200:25, 201:8, 201:15, 201:24, 202:3, 202:9, 202:18, 202:22, 203:3, 203:10, 203:17, 203:25, 205:21, 206:8, 206:12, 206:16, 206:20, 206:23, 207:1, 207:5, 207:13, 207:16, 207:21, 207:25, 208:4, 208:6, 208:9, 208:12, 208:16, 209:2, 209:5, 209:9, 209:16, 209:20, 209:24, 210:8, 210:11, 210:14, 210:16, 210:20, 211:2, 211:12, 211:14, 211:18, 212:3, 212:10, 212:13, 212:21,

212:25, 213:4, 213:7,
213:12, 213:16,
213:19, 213:21,
214:8, 214:13,
214:17, 215:3, 215:6,
215:8, 215:12,
215:17, 215:20,
215:23, 216:3, 216:7,
216:10, 216:13,
216:16, 216:24,
217:2, 217:6, 217:17,
217:20, 217:22,
218:3, 218:9, 218:15,
218:18, 218:23,
219:3, 219:9, 219:20,
219:25, 220:6,
220:15, 220:21,
221:4, 221:10,
221:14, 221:16,
221:19, 221:24,
222:5, 222:10,
222:16, 222:18,
222:21, 222:25,
223:2, 223:5, 223:9,
223:16, 223:19,
223:22, 224:2,
224:10, 224:15,
224:18, 224:20,
224:23, 225:5,
225:17, 225:20,
226:4, 226:9, 227:14,
227:18, 228:5, 228:8,
228:24, 229:11,
229:19, 229:25,
230:11, 230:19,
231:1, 231:12,
231:20, 232:6, 232:9,
232:15, 232:19,
232:22, 232:25,
233:2, 233:7, 233:9,
235:3, 235:5, 235:7,
235:10, 235:13,
235:16, 235:22,
236:14, 236:18,
236:23, 237:10,
237:14, 237:25,
238:4, 238:7, 238:9,
238:15, 238:22,
239:2, 239:5, 239:9,
239:11, 239:15,
240:3, 240:6, 240:12,
240:16, 240:23,
241:4, 241:13,
241:19, 241:21,
242:2, 242:7, 242:13,
242:19, 243:1,
243:12, 243:25,
244:4, 244:10,
244:15, 244:17,
244:22, 245:1, 245:3,
245:8, 245:13,

245:18, 245:25,
246:5, 246:8, 246:22,
247:1, 247:7, 247:12,
247:17, 247:21,
248:1, 248:6, 248:9,
248:14, 248:21,
248:25, 249:4, 249:7,
249:9, 249:12,
249:14, 249:19,
249:21, 249:25,
250:6, 250:11,
250:15, 251:1, 251:5,
251:8, 251:14,
251:19, 251:23,
252:2, 252:8, 252:12,
252:14, 252:16,
252:18, 252:21,
252:23, 253:3,
253:10, 253:18,
253:20, 254:5,
254:10, 254:17,
255:18, 255:21,
255:24, 256:7,
256:15, 257:3, 257:9,
257:12, 258:19,
258:23, 259:5, 259:9,
259:13, 259:17,
259:23, 260:2, 260:8,
260:14, 260:19,
261:1, 261:4, 261:6,
261:10, 261:13,
261:15, 262:2, 262:7,
262:9, 262:16,
262:22, 263:1, 263:5,
263:10, 263:14,
263:16, 263:19,
263:22, 264:3, 264:6,
264:14, 264:21,
264:24, 265:2, 265:8,
265:11, 265:13,
265:15, 265:18,
265:20, 265:23,
266:2, 266:7, 266:9,
266:14, 266:16,
266:18, 267:1, 267:9,
267:11, 267:23,
267:25, 268:3, 268:7,
268:10, 268:14,
268:17, 268:19,
269:6, 269:10,
271:17, 271:20,
271:23, 272:6,
272:22, 273:8,
273:17, 274:1, 274:7,
274:16, 274:20,
274:22, 275:2, 275:6,
275:12, 275:16,
275:19, 275:21,
275:24, 276:2, 276:9,
276:13, 276:20,
277:4, 277:6, 277:8,

277:19, 277:24,
278:11, 280:17,
280:22, 281:5,
281:11, 281:14,
281:16, 281:18,
281:24, 282:5, 282:8,
282:15, 282:20,
283:1, 283:3, 283:9,
283:11, 283:16,
283:20, 283:22,
283:25, 285:18,
287:16, 287:20,
287:24, 288:2, 288:8,
288:13, 288:15,
289:1, 289:13,
289:17, 289:21,
290:4, 290:12,
290:17, 290:19,
291:3, 291:8, 291:14,
291:16, 291:22,
292:8, 292:17,
292:19, 292:23,
293:1, 293:9, 293:14,
293:17, 293:21,
294:7, 294:14,
294:19, 295:2, 295:7,
295:20, 295:24,
296:10, 296:13,
296:15, 296:24,
297:4, 297:8, 297:12,
297:17, 298:2, 298:8,
298:14, 298:18,
298:22, 298:25,
299:3, 299:5, 299:11,
299:16, 299:19,
299:22, 300:2,
300:10, 300:16,
300:24, 301:4, 301:8,
301:11, 301:15,
301:17, 301:20,
301:25, 302:9,
302:11, 302:15,
302:18, 302:24,
303:5, 303:12,
303:15, 303:23,
304:5, 304:9, 304:11,
304:16, 305:2, 305:5,
305:7, 305:20,
305:24, 306:16,
306:20, 307:5,
307:10, 307:13,
307:19, 308:3,
308:10, 308:14,
308:18, 309:3, 309:9,
309:15, 309:21,
309:24, 310:3, 310:7,
310:14, 311:15,
311:21, 312:2, 313:7,
313:9, 313:12,
313:15, 313:17,
313:22, 313:25,

314:6, 314:11,
314:14, 314:23,
315:7, 315:14,
315:17, 315:23,
316:1, 316:8, 316:13,
316:20, 316:23,
317:3, 317:8, 317:14,
317:19, 317:24,
318:6, 318:14,
318:20, 319:3,
319:14, 319:16,
319:22, 320:11,
320:21, 321:6,
321:15, 321:18,
321:20, 322:2,
322:11, 322:17,
322:19, 322:24,
323:2, 325:20,
325:23, 326:6,
326:11, 326:14,
326:25, 327:6,
327:17, 328:6,
328:10, 328:16,
328:25, 329:7,
329:11, 329:17,
329:24, 330:6, 330:9,
330:13, 330:15,
330:20, 331:1, 331:4,
331:8, 331:10,
331:13, 331:16,
332:1, 332:3, 332:5,
332:21, 332:23,
333:4, 333:9, 333:11,
333:14, 333:17,
333:20, 334:3, 334:9,
334:13, 334:16,
334:25, 335:12,
335:20, 335:23,
336:5, 336:14,
336:16, 337:1, 337:7,
337:14, 337:18,
337:22, 338:1, 338:5,
338:13, 338:17,
338:21, 338:24,
339:2, 339:5, 339:8,
339:12, 339:16,
339:23, 340:10,
340:15, 340:20,
340:24, 341:2, 341:7,
341:10, 341:16,
341:18, 341:22,
342:2, 342:5, 342:8,
342:14, 342:25,
343:4, 343:9, 343:15,
344:4, 344:7, 345:2,
345:18, 346:8,
346:16, 346:19,
346:22, 347:2, 347:4,
347:6, 347:18,
347:22, 348:5, 348:7,
348:10, 348:14,

348:18, 348:21,
348:25, 349:8,
349:16, 349:21,
350:1, 350:7, 350:10,
350:13, 350:20,
351:7, 351:14,
351:17, 351:21,
352:2, 352:5, 358:8,
358:18
  **Jurors** [1] - 353:1
  **jurors** [26] - 204:17,
205:3, 224:4, 242:24,
257:22, 270:9,
271:10, 323:21,
336:11, 346:18,
352:14, 352:25,
353:3, 353:7, 353:12,
354:4, 354:9, 354:13,
355:13, 355:18,
357:21, 358:3,
359:23, 359:25,
362:3, 362:5
  **JURY** [1] - 186:10
  **jury** [41] - 197:18,
204:11, 223:10,
237:22, 245:24,
259:3, 269:9, 274:11,
275:18, 277:3, 281:1,
286:3, 286:15, 288:6,
299:18, 299:24,
300:6, 323:15,
324:24, 327:14,
346:23, 354:24,
355:6, 355:11,
355:12, 356:2, 356:4,
356:9, 356:16,
356:24, 357:1,
357:11, 358:16,
359:7, 359:11,
359:16, 359:20,
360:16, 362:7, 364:11
  **justice** [2] - 222:7,
229:2

# K

  **keep** [3] - 315:20,
355:9, 360:23
  **kept** [3] - 194:4,
249:17, 355:11
  **key** [1] - 357:5
  **killed** [1] - 343:21
  **kind** [26] - 195:14,
196:8, 203:8, 219:10,
220:1, 220:23,
221:11, 222:6, 224:3,
224:5, 224:7, 225:11,
255:19, 263:21,
264:10, 264:17,
264:24, 275:25,

276:17, 286:14, 289:8, 303:17, 304:8, 304:12, 310:1, 317:19
**kinds** [2] - 243:14, 324:8
**knowing** [3] - 195:21, 243:20, 315:19
**knowledge** [26] - 195:22, 206:15, 212:17, 212:19, 219:9, 219:15, 219:23, 230:17, 239:20, 243:22, 247:18, 254:7, 256:6, 257:5, 259:22, 270:7, 270:10, 298:15, 315:4, 326:17, 327:3, 327:5, 335:11, 337:17, 349:14, 351:25
**known** [2] - 199:24, 329:22
**knows** [2] - 324:10, 363:16

## L

**ladies** [1] - 355:1
**last** [23] - 197:12, 197:22, 219:14, 221:23, 234:25, 245:21, 248:7, 272:7, 282:16, 285:25, 291:18, 294:15, 295:3, 300:12, 304:6, 311:10, 323:6, 333:14, 334:10, 335:4, 335:15, 338:16
**lasted** [1] - 200:22
**lasts** [2] - 242:24, 246:1
**late** [3] - 196:6, 358:18, 358:25
**Latin** [1] - 189:22
**LAW** [1] - 186:22
**law** [60] - 196:5, 196:9, 196:11, 197:17, 220:13, 221:7, 221:8, 221:20, 222:2, 222:23, 225:19, 228:1, 235:2, 235:9, 239:22, 240:20, 240:21, 241:3, 242:5, 243:7, 243:10, 244:14, 247:13, 247:14, 263:12, 273:23, 280:12, 283:24, 292:5, 292:13, 294:2,

294:4, 294:5, 294:12, 300:14, 300:20, 300:22, 302:17, 309:14, 311:24, 313:10, 318:23, 326:17, 326:24, 330:3, 330:17, 330:24, 331:7, 337:21, 340:25, 343:16, 344:11, 344:12, 344:20, 348:3, 349:1, 349:2, 356:10, 357:9
**lawfully** [1] - 229:17
**lawyer** [6] - 196:15, 211:24, 211:25, 252:14, 252:22, 293:16
**lawyers** [8] - 217:25, 247:13, 247:19, 278:2, 305:10, 355:7, 355:8, 358:12
**laying** [1] - 201:17
**lead** [8] - 195:22, 201:18, 222:2, 248:13, 262:20, 297:14, 298:16, 313:13
**leader** [1] - 189:21
**leadership** [2] - 245:4, 245:9
**leading** [1] - 317:20
**leads** [1] - 218:21
**learn** [7] - 219:7, 236:13, 239:25, 263:8, 264:19, 273:24, 297:2
**learned** [20] - 194:5, 210:25, 227:25, 228:10, 229:9, 229:15, 230:21, 230:23, 238:14, 253:6, 256:14, 260:15, 261:24, 262:2, 262:11, 262:13, 288:25, 296:23, 298:16, 349:18
**learning** [3] - 210:7, 254:7, 272:20
**least** [23] - 196:17, 205:9, 205:11, 214:4, 227:20, 232:4, 242:22, 260:16, 267:5, 267:19, 293:5, 294:11, 295:2, 295:4, 308:9, 319:8, 322:22, 325:9, 334:10, 339:8, 339:9, 343:24, 360:21
**leave** [2] - 246:2,

246:15
**leaves** [1] - 198:25
**led** [5] - 189:12, 191:12, 202:5, 223:18, 256:24
**left** [4] - 226:10, 353:6, 353:11, 359:19
**legal** [17] - 196:3, 196:15, 221:1, 222:1, 222:7, 232:17, 247:10, 252:9, 252:18, 252:25, 293:12, 293:23, 298:21, 309:18, 329:19, 340:23, 348:3
**legislative** [5] - 218:6, 239:1, 252:6, 260:23, 328:4
**length** [1] - 281:2
**Lesley** [24] - 188:3, 188:10, 190:14, 192:11, 205:14, 208:23, 214:24, 217:13, 227:8, 237:6, 246:18, 250:21, 254:18, 258:15, 271:13, 277:15, 278:12, 287:12, 304:23, 306:10, 342:21, 354:16, 355:20, 358:16
**less** [6] - 200:20, 228:24, 242:24, 265:20, 289:23, 294:12
**letters** [1] - 364:15
**library** [1] - 221:7
**light** [7] - 194:16, 243:11, 273:25, 294:16, 334:1, 355:23, 355:24
**limited** [2] - 196:24, 326:16
**line** [3] - 205:11, 227:4, 336:20
**lines** [2] - 197:23, 256:21
**LISA** [2] - 187:1, 366:3
**Lisa** [1] - 366:12
**list** [3] - 324:21, 325:6, 352:14
**listed** [1] - 300:22
**listen** [13] - 214:11, 219:11, 220:11, 229:8, 231:22, 283:6, 290:1, 291:17, 301:9, 315:21, 319:11, 327:12
**listened** [3] - 308:10,

319:7, 327:19
**listening** [9] - 214:9, 229:23, 257:7, 260:18, 292:1, 299:25, 319:8, 320:1, 320:4
**listenings** [1] - 319:10
**literally** [1] - 259:23
**litigation** [2] - 221:5, 310:5
**live** [5] - 242:3, 243:16, 267:14, 311:18, 318:2
**lived** [1] - 274:23
**lives** [3] - 267:4, 267:7, 281:6
**living** [14] - 189:20, 191:20, 208:3, 208:5, 213:18, 216:9, 249:20, 263:15, 266:22, 282:4, 318:4, 330:12, 342:1, 344:19
**local** [2] - 300:20, 344:11
**logarithm** [1] - 321:3
**look** [7] - 199:12, 207:6, 273:24, 282:13, 283:18, 289:21, 293:3
**looked** [3] - 203:4, 314:15, 335:23
**looking** [4] - 214:3, 260:17, 269:9, 322:16
**looks** [1] - 285:24
**losing** [1] - 295:10
**loss** [1] - 273:19
**low** [1] - 331:3
**luck** [1] - 325:11
**lump** [1] - 345:21
**lunging** [1] - 349:11

## M

**Ma'am** [1] - 277:22
**ma'am** [17] - 217:5, 226:8, 236:22, 268:23, 277:18, 280:6, 280:7, 282:2, 285:17, 340:9, 342:13, 347:3, 358:7
**main** [2] - 229:12, 246:2
**maintenance** [1] - 208:9
**manage** [1] - 191:21
**manager** [4] - 208:9, 328:16, 343:17
**mandate** [1] - 317:9

**manic** [2] - 323:22, 324:5
**manner** [7] - 228:2, 243:8, 253:23, 256:19, 280:13, 292:6, 292:14
**mark** [3] - 237:17, 238:23, 239:16
**Maryland** [3] - 186:21, 299:3, 299:9
**mask** [25] - 188:17, 190:20, 192:17, 205:19, 209:3, 215:4, 217:18, 226:10, 227:12, 237:11, 246:23, 251:2, 258:20, 265:25, 271:18, 277:20, 287:17, 294:20, 296:11, 305:3, 306:17, 325:17, 340:12, 343:1, 347:19
**Massachusetts** [1] - 196:6
**master's** [3] - 221:10, 221:12, 221:16
**matter** [23] - 194:11, 210:7, 210:10, 222:4, 226:2, 243:4, 243:5, 248:19, 273:16, 280:9, 280:10, 281:1, 307:9, 316:16, 329:25, 335:6, 337:6, 338:3, 349:20, 355:18, 357:12, 357:14, 361:8
**MATTHEW** [1] - 186:18
**mean** [42] - 194:12, 201:12, 202:9, 203:18, 206:19, 207:1, 220:6, 224:13, 238:15, 239:15, 243:12, 245:18, 249:25, 266:19, 267:11, 280:17, 286:14, 289:1, 289:6, 289:17, 291:18, 292:7, 292:19, 292:23, 295:7, 303:5, 303:15, 307:17, 321:25, 322:3, 323:7, 326:14, 327:6, 331:16, 331:24, 338:5, 341:17, 357:10, 360:13, 360:15
**means** [1] - 356:22
**meant** [1] - 301:24

**meantime** [1] - 336:1
**media** [13] - 230:4, 235:24, 264:22, 273:1, 276:12, 288:14, 290:5, 290:11, 308:4, 345:20, 345:22, 346:2
**Medicaid** [3] - 216:18, 216:25
**Medicare** [1] - 216:18
**medications** [2] - 242:15, 254:12
**medicine** [1] - 255:21
**MedStar** [1] - 342:5
**meet** [1] - 199:1
**member** [29] - 196:2, 196:20, 197:14, 218:5, 221:1, 232:17, 235:1, 235:23, 237:22, 247:9, 248:3, 252:25, 260:21, 265:6, 270:1, 270:2, 270:11, 270:22, 270:23, 278:5, 290:14, 300:13, 300:19, 302:5, 310:9, 311:10, 328:2, 340:22
**members** [7] - 231:7, 237:22, 268:16, 320:1, 336:24, 344:15, 354:23
**memory** [2] - 214:7, 315:8
**mention** [5] - 195:12, 203:8, 211:15, 273:6, 291:20
**mentioned** [15] - 195:15, 202:13, 211:22, 211:24, 213:5, 225:9, 229:10, 235:17, 236:7, 265:5, 273:4, 315:24, 316:9, 330:10, 339:3
**messages** [2] - 345:24, 356:23
**met** [2] - 315:11, 331:1
**Metropolitan** [2] - 303:4, 313:21
**Middle** [3] - 221:8, 221:20, 222:2
**might** [17] - 214:10, 224:9, 232:5, 236:3, 237:19, 241:8, 286:14, 286:15, 294:12, 300:4, 315:22, 324:21, 328:20, 331:2, 335:8,

339:13, 339:14
**miles** [1] - 318:2
**mind** [16] - 199:21, 199:23, 199:25, 202:16, 204:16, 204:17, 204:18, 220:23, 244:8, 304:3, 309:19, 315:21, 317:12, 317:17, 322:22, 323:16
**minute** [2] - 210:3, 219:14
**minutes** [2] - 258:3, 274:11
**misdemeanor** [1] - 248:7
**misheard** [1] - 293:14
**missed** [1] - 291:17
**misunderstood** [1] - 300:16
**MOLLY** [1] - 186:14
**mom** [9] - 261:1, 261:8, 261:12, 265:10, 266:13, 266:25, 309:21, 310:1, 357:13
**mom's** [1] - 266:5
**moment** [1] - 228:11
**money** [1] - 345:24
**Montgomery** [1] - 186:24
**month** [1] - 282:16
**months** [6] - 242:20, 245:24, 259:13, 273:20, 348:25
**moral** [1] - 343:23
**morning** [21] - 219:11, 259:25, 263:4, 271:6, 288:24, 289:8, 315:16, 336:16, 336:18, 353:16, 354:6, 355:8, 356:6, 356:15, 358:1, 358:22, 359:22, 360:3, 364:18, 364:23, 365:11
**most** [11] - 203:4, 242:7, 262:3, 269:25, 272:12, 272:24, 289:6, 292:20, 298:2, 303:18, 329:3
**mostly** [11] - 196:9, 218:24, 219:15, 221:20, 246:1, 253:23, 253:24, 266:23, 273:1, 300:4, 304:9
**mother** [9] - 247:13, 265:16, 268:12,

269:25, 270:2, 270:10, 270:22, 309:24, 310:3
**motion** [5] - 204:5, 205:7, 237:1, 306:7, 306:8
**motions** [23] - 190:10, 192:7, 204:3, 208:19, 214:20, 217:9, 226:14, 246:11, 250:18, 257:15, 269:15, 277:11, 285:21, 296:2, 304:19, 323:5, 332:9, 340:1, 340:4, 342:17, 347:9, 350:22, 352:8
**motivated** [2] - 225:11, 341:12
**mouth** [1] - 202:2
**move** [4] - 204:19, 323:25, 340:2, 348:19
**moves** [1] - 285:22
**moving** [2] - 307:6, 314:9
**MR** [172] - 188:8, 190:3, 190:12, 192:2, 192:9, 200:12, 200:14, 200:22, 201:5, 201:11, 201:20, 201:25, 202:7, 202:15, 202:20, 203:1, 203:7, 203:15, 203:21, 204:4, 208:14, 208:21, 213:15, 213:17, 213:20, 213:24, 214:9, 214:14, 214:22, 217:4, 217:11, 224:22, 224:24, 225:14, 225:18, 225:23, 226:6, 226:18, 236:20, 237:2, 244:19, 244:24, 245:2, 245:6, 245:10, 245:14, 245:21, 246:4, 246:6, 246:14, 250:8, 250:20, 256:2, 256:13, 256:23, 257:6, 257:10, 257:17, 257:25, 258:13, 264:2, 264:4, 264:11, 264:18, 264:23, 264:25, 265:5, 265:9, 265:12, 265:14, 265:16, 265:19, 265:22, 265:24, 266:4, 266:8,

266:12, 266:15, 266:17, 266:24, 267:6, 267:10, 267:21, 267:24, 268:2, 268:4, 268:9, 268:11, 268:15, 268:18, 268:21, 269:16, 276:8, 276:10, 276:17, 276:22, 277:5, 277:13, 282:19, 282:21, 283:2, 283:4, 283:10, 283:12, 286:9, 286:25, 287:2, 295:17, 296:3, 303:22, 303:24, 304:6, 304:10, 304:13, 304:21, 306:4, 306:7, 317:1, 317:4, 317:11, 317:16, 317:23, 318:4, 318:11, 318:17, 318:25, 319:10, 319:15, 319:19, 320:8, 320:18, 321:1, 321:11, 321:16, 321:21, 322:6, 322:12, 322:18, 322:23, 322:25, 323:6, 331:12, 331:14, 331:19, 332:10, 339:20, 340:2, 342:11, 342:19, 346:14, 346:17, 346:21, 347:1, 347:10, 350:6, 350:8, 350:11, 350:17, 351:4, 352:10, 352:22, 353:18, 353:22, 360:12, 360:24, 361:4, 361:10, 361:20, 362:23, 363:6, 363:8, 365:7
**MS** [206] - 188:6, 189:17, 189:19, 189:23, 190:1, 190:11, 191:17, 191:19, 191:23, 191:25, 192:8, 198:8, 198:10, 198:22, 199:3, 199:13, 199:17, 199:22, 200:1, 200:4, 200:7, 200:10, 204:22, 207:24, 208:1, 208:5, 208:8, 208:11, 208:20, 213:3, 213:5, 213:8, 213:13, 214:21, 216:6, 216:8,

216:11, 216:15, 216:22, 217:1, 217:10, 223:4, 223:6, 223:14, 223:18, 223:21, 223:23, 224:8, 224:11, 224:16, 224:19, 226:15, 226:24, 235:15, 235:17, 236:7, 236:17, 244:3, 244:5, 244:11, 244:16, 246:13, 249:3, 249:5, 249:8, 249:10, 249:17, 249:20, 249:24, 250:5, 250:19, 255:17, 255:19, 255:23, 255:25, 257:16, 257:23, 258:12, 262:25, 263:2, 263:6, 263:11, 263:15, 263:18, 263:21, 263:24, 268:24, 269:3, 269:7, 269:11, 270:14, 275:15, 275:17, 275:20, 275:23, 275:25, 276:6, 277:12, 280:19, 282:2, 282:4, 282:7, 282:9, 282:17, 284:3, 285:22, 286:16, 295:14, 301:3, 301:5, 301:9, 301:12, 301:16, 301:18, 301:22, 302:2, 303:2, 303:10, 303:13, 303:20, 304:20, 312:5, 313:4, 313:8, 313:10, 313:13, 313:16, 313:20, 313:23, 314:3, 314:10, 314:12, 314:20, 315:5, 315:12, 315:15, 315:19, 315:24, 316:2, 316:9, 316:14, 316:21, 316:24, 324:3, 329:10, 329:12, 329:20, 330:2, 330:7, 330:10, 330:23, 331:3, 331:6, 331:9, 331:20, 331:23, 332:2, 332:15, 337:25, 338:2, 338:11, 338:15, 338:19, 338:22, 338:25, 339:3, 339:6, 339:9, 339:13, 339:18, 340:3, 341:25, 342:4,

381

342:7, 342:9, 342:18,
346:11, 347:11,
350:4, 351:8, 351:10,
351:12, 351:15,
351:18, 351:24,
352:3, 352:9, 352:19,
353:25, 360:4, 360:7,
361:1, 361:22,
361:24, 362:16,
362:20, 362:22,
363:9, 363:22, 364:8,
364:11, 364:13,
364:21, 364:24,
365:1, 365:4
  **muffling** [1] - 265:25
  **murdered** [2] -
222:19, 311:15
  **Museum** [1] - 250:3
  **museum** [6] -
235:24, 263:16,
263:20, 263:21,
267:15, 267:21
  **must** [3] - 354:5,
356:19, 356:25

## N

  **name** [8] - 202:18,
213:6, 214:6, 219:20,
273:10, 301:21,
319:23, 328:11
  **names** [2] - 211:20,
273:12
  **NASA** [9] - 239:3,
239:4, 239:5, 239:7,
239:13, 243:13,
244:21, 244:23,
244:24
  **nation** [1] - 343:20
  **national** [1] - 308:3
  **National** [1] - 342:5
  **nature** [3] - 201:5,
228:17, 343:11
  **NBC** [1] - 297:12
  **necessarily** [2] -
307:10, 360:15
  **necessity** [1] -
336:20
  **need** [12] - 188:4,
230:2, 233:3, 305:4,
325:18, 332:10,
332:12, 333:7,
340:13, 354:7,
359:23, 364:22
  **needed** [2] - 276:5,
300:6
  **needs** [1] - 213:22
  **negative** [1] - 331:6
  **neighbor** [1] -

344:17
  **networking** [1] -
356:13
  **neutral** [4] - 243:14,
256:15, 262:18, 271:6
  **neutrally** [1] - 204:9
  **never** [6] - 198:24,
247:17, 274:13,
274:14, 317:25, 363:1
  **New** [14] - 256:11,
274:23, 281:6,
281:10, 281:13,
348:14, 348:19,
348:22, 348:24,
350:9, 350:10, 350:14
  **news** [42] - 194:4,
198:16, 198:17,
199:18, 203:11,
210:10, 223:7,
228:11, 229:12,
229:23, 240:7, 253:8,
260:3, 262:3, 262:4,
262:5, 264:16,
264:21, 272:9,
272:23, 273:1, 289:2,
289:8, 290:2, 290:8,
297:1, 297:3, 297:11,
298:3, 298:5, 301:5,
305:21, 307:5, 308:4,
318:22, 320:9,
320:22, 323:18,
326:6, 327:19,
341:10, 341:11
  **News** [5] - 256:10,
273:2, 297:12,
320:22, 324:7
  **newsletter** [2] -
335:2, 336:17
  **newspaper** [1] -
209:19
  **newspapers** [2] -
209:17, 209:18
  **next** [18] - 188:5,
227:7, 238:23,
257:20, 258:2, 274:8,
281:13, 281:16,
281:17, 281:20,
281:22, 295:5,
336:23, 344:16,
355:10, 355:15,
357:17, 357:25
  **next-door** [1] -
344:16
  **NICHOLS** [1] -
186:10
  **night** [2] - 223:10,
358:19
  **nine** [1] - 239:11
  **nobody** [1] - 198:1
  **noncompliance** [2] -

321:24, 323:13
  **none** [3] - 188:22,
202:18, 357:18
  **normally** [1] - 356:1
  **Northeast** [1] -
302:13
  **Northwest** [5] -
186:16, 187:3,
302:12, 342:8, 366:14
  **Nos** [3] - 271:25,
278:4, 287:25
  **note** [5] - 188:21,
190:24, 209:10, 215:9
  **notes** [1] - 366:5
  **nothing** [10] -
197:21, 229:19,
229:20, 272:10,
302:19, 314:1, 341:7,
341:22, 346:11, 350:1
  **notification** [3] -
308:5, 320:12, 321:9
  **notifications** [2] -
320:19, 320:24
  **noting** [1] - 288:17
  **notion** [1] - 330:4
  **notwithstanding** [1]
- 239:23
  **November** [1] -
222:19
  **NPR** [2] - 219:11,
264:9
  **number** [4] - 300:22,
328:14, 345:12, 359:8

## O

  **object** [3] - 226:16,
226:20, 226:24
  **objection** [1] -
353:24
  **objective** [2] - 336:7,
344:3
  **obstruction** [1] -
229:2
  **obvious** [2] - 224:5,
271:9
  **obviously** [12] -
204:7, 225:15,
228:10, 242:21,
254:14, 266:19,
296:21, 323:7, 341:3,
358:1, 359:19, 360:22
  **occasionally** [1] -
253:21
  **occurred** [1] - 269:4
  **OF** [5] - 186:1, 186:3,
186:10, 186:15,
186:22
  **offer** [1] - 242:17

  **offered** [1] - 320:4
  **office** [14] - 216:13,
216:20, 216:25,
235:21, 244:23,
252:19, 266:11,
316:15, 317:9,
358:16, 359:7, 359:9,
359:11, 359:20
  **OFFICE** [1] - 186:15
  **Office** [7] - 249:18,
330:18, 343:17,
348:7, 348:15,
348:22, 350:14
  **officer** [4] - 294:4,
294:6, 294:13, 344:20
  **officers** [3] - 294:2,
344:18
  **OFFICES** [1] -
186:22
  **official** [1] - 366:12
  **Official** [1] - 187:1
  **officials** [1] - 245:7
  **often** [3] - 253:22,
256:8, 350:15
  **oftentimes** [2] -
308:5, 350:25
  **ombudsman** [2] -
216:14, 216:15
  **once** [6] - 223:16,
339:8, 339:9, 358:20,
360:8, 364:3
  **oncoming** [1] -
251:16
  **one** [68] - 200:17,
200:21, 203:4, 204:5,
205:22, 209:17,
210:11, 211:22,
214:4, 219:13, 225:6,
225:8, 229:21, 230:1,
233:3, 233:4, 237:21,
241:23, 241:25,
242:22, 247:24,
248:2, 256:3, 261:19,
265:10, 268:24,
270:19, 271:6,
273:10, 274:16,
285:23, 286:15,
286:25, 291:23,
293:13, 293:19,
294:15, 294:20,
298:5, 298:9, 299:23,
300:5, 300:6, 301:25,
302:12, 302:19,
314:15, 319:5, 320:1,
320:2, 322:11,
324:19, 324:22,
327:8, 329:23, 335:4,
335:8, 340:17,
349:24, 355:6,
355:14, 356:5, 360:7,

361:22, 362:12,
363:3, 363:20
  **ones** [5] - 200:19,
237:20, 291:22,
320:23, 320:24
  **ongoing** [2] - 221:11,
253:11
  **online** [1] - 229:23,
249:25
  **open** [7] - 214:9,
226:4, 227:3, 234:22,
257:6, 278:8, 315:20
  **openings** [1] -
354:12
  **operate** [1] - 197:9
  **operations** [1] -
266:10
  **opinion** [36] -
199:17, 199:19,
200:4, 202:7, 204:11,
204:13, 205:1,
206:24, 207:2, 207:8,
219:22, 220:1, 220:2,
220:5, 220:18,
223:23, 224:7, 224:8,
232:11, 240:20,
260:12, 305:21,
305:23, 305:24,
308:13, 308:16,
309:6, 329:12,
329:13, 329:20,
334:21, 341:8,
341:13, 341:14,
343:22, 349:23
  **opinions** [45] -
193:24, 194:5, 194:6,
194:10, 194:17,
198:11, 198:13,
205:25, 210:12,
212:6, 228:20,
231:15, 241:2, 243:5,
251:21, 273:15,
280:10, 289:12,
289:19, 289:20,
291:1, 291:6, 292:4,
292:12, 292:20,
292:22, 293:7, 294:2,
305:16, 307:3, 307:9,
307:11, 308:23,
309:11, 326:1, 326:9,
326:10, 331:14,
331:24, 331:25,
334:23, 335:9,
335:14, 344:2, 345:14
  **opportunity** [3] -
295:10, 354:16,
362:10
  **opposed** [1] - 332:13
  **opposition** [1] -
347:11

382

**Option** [1] - 353:18
**orbit** [5] - 202:19, 247:9, 252:4, 298:20, 340:22
**order** [5] - 220:9, 259:1, 352:15, 352:16, 352:25
**orders** [2] - 274:2, 346:23
**organization** [1] - 301:18
**original** [1] - 364:1
**OSC** [2] - 348:20, 348:23
**otherwise** [7] - 222:15, 260:2, 287:7, 290:10, 290:11, 294:18, 327:13
**outcome** [2] - 273:16, 275:4
**outside** [11] - 236:12, 253:23, 263:3, 263:7, 277:1, 304:2, 311:17, 315:22, 324:10, 332:6, 354:7
**outstanding** [1] - 364:14
**overnight** [2] - 357:5, 364:22
**overrunning** [1] - 201:22
**own** [4] - 241:10, 267:6, 301:21, 322:22

**P**

**p.m** [3] - 186:7, 354:24, 359:17
**page** [1] - 270:9
**paid** [1] - 295:8
**pandemic** [1] - 300:10
**panel** [2] - 237:22, 354:24
**papers** [1] - 364:19
**paragraphs** [1] - 253:13
**paralegal** [5] - 221:6, 221:23, 224:3, 224:12, 224:25
**paralegals** [1] - 309:22
**pare** [1] - 359:3
**parents** [1] - 247:12
**parks** [1] - 208:6
**parole** [1] - 249:16
**Part** [1] - 237:3
**part** [15] - 202:16,

220:17, 230:1, 230:7, 230:13, 232:21, 235:18, 236:1, 269:9, 275:21, 299:24, 330:12, 343:25, 350:13, 356:16
**part-time** [1] - 275:21
**parte** [1] - 346:23
**partial** [1] - 298:5
**particular** [12] - 211:20, 220:7, 223:8, 225:6, 228:16, 271:1, 286:5, 308:14, 316:18, 319:9, 326:8, 355:14
**particularly** [4] - 196:23, 203:12, 222:13, 320:25
**parties** [12] - 192:24, 228:18, 257:21, 343:12, 353:8, 353:10, 353:12, 360:9, 361:12, 361:16, 362:9, 363:10
**partner** [7] - 241:7, 333:9, 333:11, 333:16, 338:4, 338:12, 357:13
**party** [3] - 245:17, 270:19, 360:16
**pass** [5] - 360:9, 360:20, 361:1, 361:7, 361:16
**passed** [1] - 361:7
**passes** [2] - 360:8, 361:6
**passing** [5] - 200:20, 219:10, 360:12, 360:15, 360:23
**past** [11] - 203:12, 270:17, 282:14, 285:25, 294:8, 309:24, 319:25, 320:5, 339:4, 339:5, 339:7
**patent** [1] - 340:24
**patience** [1] - 355:2
**patient** [1] - 256:9
**pay** [2] - 294:17, 295:10
**paying** [2] - 207:9, 349:12
**pediatrics** [1] - 255:22
**Pelosi** [1] - 344:16
**pendency** [1] - 327:11
**Pennsylvania** [1] - 328:12

**people** [29] - 202:19, 202:23, 205:8, 205:11, 207:7, 242:6, 243:20, 273:9, 292:5, 292:12, 294:22, 294:23, 295:1, 310:11, 310:13, 319:6, 324:6, 324:14, 329:22, 337:10, 341:20, 344:11, 356:23, 357:11, 357:18, 357:19, 358:4, 359:2, 362:8
**percent** [2] - 232:6, 236:15
**perception** [5] - 203:15, 214:2, 265:1, 265:2, 265:3
**peremptories** [16] - 353:2, 353:3, 353:6, 353:9, 353:15, 353:21, 354:8, 359:23, 359:25, 360:5, 360:13, 360:22, 361:11, 362:11, 364:6, 365:3
**peremptory** [3] - 360:15, 360:21, 363:21
**perfect** [1] - 213:24
**perhaps** [7] - 192:23, 214:3, 222:24, 311:23, 333:15, 335:7, 354:17
**permitted** [2] - 356:3, 356:7
**perpetrator** [1] - 313:16
**person** [15] - 225:12, 235:8, 241:9, 242:22, 249:15, 274:10, 303:8, 303:9, 331:25, 340:22, 362:13, 362:19, 362:25, 363:12
**person's** [3] - 241:9, 241:20, 329:21
**personal** [18] - 196:23, 222:14, 228:9, 231:21, 241:1, 241:23, 247:25, 254:14, 278:7, 309:11, 310:11, 311:14, 328:19, 336:3, 336:20, 343:22, 345:9, 348:2
**personally** [5] - 203:18, 283:15, 311:16, 318:5, 334:5
**perspective** [3] -

229:4, 309:13, 331:17
**phone** [19] - 196:23, 222:14, 233:4, 233:8, 235:7, 242:17, 247:25, 254:15, 278:9, 282:23, 302:8, 308:5, 311:14, 314:24, 320:9, 320:16, 324:6, 330:21
**phones** [1] - 241:24
**photo** [3] - 244:22, 244:23, 313:19
**photograph** [2] - 245:3, 245:6
**photographer** [4] - 243:17, 244:22, 245:12
**photography** [1] - 290:20
**photos** [1] - 290:23
**physical** [3] - 242:15, 254:12, 342:2
**physician** [2] - 253:20, 255:20
**pick** [3] - 241:23, 247:25, 313:18
**picks** [1] - 320:22
**place** [2] - 222:6, 324:20
**Plaintiff** [1] - 186:4
**plan** [3] - 281:15, 282:10, 359:20
**planning** [1] - 202:1
**plans** [2] - 251:15, 281:12
**Platts** [1] - 328:11
**play** [2] - 335:13, 350:19
**played** [2] - 240:11, 350:18
**player** [3] - 265:4, 269:20, 336:8
**plea** [1] - 299:25
**pled** [1] - 249:15
**plenty** [1] - 242:3
**podcasts** [1] - 193:7
**podium** [4] - 190:17, 192:14, 205:17, 209:1
**point** [9] - 203:14, 238:18, 293:19, 314:4, 323:7, 345:21, 358:2, 361:12, 362:9
**points** [1] - 314:16
**Police** [2] - 303:4, 313:21
**police** [9] - 242:6, 242:8, 294:10, 302:17, 302:18, 303:10, 313:18, 314:7, 344:18

**political** [6] - 241:8, 241:9, 265:4, 270:19, 309:12, 331:17
**politically** [2] - 203:18, 341:12
**politics** [14] - 193:10, 203:10, 203:12, 244:12, 249:22, 264:17, 269:18, 270:17, 270:20, 289:2, 334:9, 336:8, 339:10
**pool** [6] - 288:6, 299:24, 361:24, 363:23, 363:24, 364:3
**pop** [1] - 230:6
**popping** [1] - 230:8
**popular** [2] - 202:5, 203:4
**populated** [1] - 294:22
**portion** [2] - 219:18, 325:9
**portions** [5] - 195:12, 240:13, 253:19, 298:1, 308:9
**position** [3] - 189:25, 338:11, 360:18
**positions** [1] - 322:9
**possession** [1] - 197:3
**possibility** [6] - 232:7, 235:20, 286:22, 295:5, 353:5, 357:23
**possible** [3] - 228:6, 280:25, 284:3
**possibly** [2] - 201:18, 281:22
**post** [1] - 230:3
**Post** [3] - 209:20, 229:12, 256:11
**posting** [2] - 290:6, 356:12, 356:21
**postings** [1] - 229:23
**posts** [1] - 193:6
**potential** [11] - 237:25, 238:2, 238:5, 270:15, 271:1, 356:24, 357:1, 357:11, 358:3, 362:3, 363:4
**potentially** [3] - 254:9, 328:19, 355:12
**practice** [3] - 196:8, 304:8, 344:9
**practicing** [1] - 196:6
**Pratt** [1] - 186:20
**pre** [2] - 300:10, 323:8

**pre-information** [1] - 323:8

**pre-pandemic** [1] - 300:10

**preconceived** [2] - 324:25, 330:4

**predisposition** [1] - 322:14

**preexisting** [3] - 270:9, 287:7, 327:2

**prefer** [1] - 245:23

**preferential** [1] - 345:11

**preferred** [1] - 364:17

**pregnant** [3] - 242:20, 242:22, 245:24

**presence** [3] - 315:10, 315:11, 354:7

**present** [1] - 290:15

**presented** [10] - 201:9, 201:13, 228:3, 236:10, 280:14, 283:7, 292:15, 326:23, 337:20, 357:8

**presently** [1] - 239:8

**President** [9] - 202:16, 241:6, 264:15, 309:7, 309:12, 316:10, 317:6, 317:18, 349:10

**president** [2] - 210:2, 309:4

**presidential** [1] - 210:3

**pressured** [1] - 286:2

**pretense** [1] - 286:19

**pretty** [24] - 198:19, 198:20, 207:7, 229:5, 238:3, 241:14, 242:25, 254:14, 291:18, 314:2, 317:21, 322:21, 326:17, 326:20, 327:18, 327:20, 327:22, 329:1, 329:13, 330:15, 330:16, 336:6, 336:7, 337:7

**prevent** [5] - 213:10, 228:18, 241:8, 343:12, 362:25

**previous** [1] - 210:17

**primarily** [2] - 229:11, 310:3

**prime** [1] - 195:7

**print** [1] - 272:24

**private** [1] - 300:21

**privately** [3] - 250:13, 295:22, 358:14

**privilege** [1] - 345:6

**problem** [5] - 211:7, 226:11, 266:4, 274:1, 281:23

**problematic** [2] - 248:12, 275:9

**problems** [1] - 214:4

**procedural** [1] - 357:22

**proceed** [3] - 188:5, 352:23, 360:11

**Proceedings** [1] - 365:12

**proceedings** [57] - 188:14, 190:9, 190:16, 192:6, 192:13, 204:2, 205:16, 208:18, 208:25, 214:19, 215:1, 217:8, 217:15, 226:13, 227:10, 233:12, 234:21, 236:25, 237:8, 246:10, 246:20, 250:17, 250:24, 254:22, 257:14, 258:6, 258:17, 269:14, 271:15, 277:10, 277:17, 278:14, 284:6, 285:20, 287:14, 296:1, 296:8, 304:18, 304:25, 306:3, 306:14, 310:18, 312:8, 323:4, 325:15, 332:8, 332:19, 339:25, 340:8, 342:16, 342:23, 347:8, 347:16, 352:7, 354:25, 359:17, 366:6

**process** [7] - 222:7, 248:10, 256:16, 320:19, 350:18, 356:15, 360:3

**produce** [2] - 345:5, 350:22

**produced** [1] - 366:6

**product** [1] - 276:18

**product-related** [1] - 276:18

**profession** [11] - 196:3, 221:2, 232:17, 247:10, 253:1, 293:12, 298:21, 309:19, 340:23, 343:22, 348:3

**professional** [1] -

336:6

**professionalism** [1] - 365:9

**program** [5] - 189:25, 218:15, 221:10, 221:12, 282:5

**project** [1] - 328:16

**prominent** [2] - 203:11, 203:13

**proof** [1] - 301:13

**properly** [1] - 314:16

**proposing** [1] - 363:17

**proprietor** [1] - 301:20

**prosecute** [2] - 314:7, 316:21

**prosecuted** [2] - 241:18, 249:13

**prosecution** [2] - 315:1, 320:13

**prosecutions** [3] - 348:16, 348:17, 348:18

**prosecutor** [6] - 196:12, 232:24, 247:16, 314:4, 316:15, 330:19

**prosecutor's** [1] - 264:11

**Prospective** [46] - 188:13, 190:8, 190:15, 192:5, 192:12, 204:1, 205:15, 208:17, 208:24, 214:18, 214:25, 217:7, 217:14, 226:12, 227:9, 236:24, 237:7, 246:9, 246:19, 250:16, 250:23, 257:13, 258:16, 269:13, 271:14, 277:9, 277:16, 285:19, 287:13, 295:25, 296:7, 304:17, 304:24, 306:2, 306:13, 323:3, 325:14, 332:7, 332:18, 339:24, 340:7, 342:15, 342:22, 347:7, 347:15, 352:6

**prospective** [2] - 237:22, 354:24

**PROSPECTIVE** [682] - 188:16, 188:20, 188:24, 189:4, 189:9, 189:14, 189:18, 189:21, 189:24,

190:7, 190:19, 190:23, 191:1, 191:5, 191:9, 191:14, 191:18, 191:21, 191:24, 192:16, 192:20, 192:25, 193:9, 193:15, 193:19, 194:1, 194:4, 194:7, 194:12, 194:15, 194:20, 195:2, 195:6, 195:14, 195:19, 195:24, 196:5, 196:9, 196:13, 196:18, 197:1, 197:6, 197:11, 197:16, 197:20, 197:24, 198:4, 198:15, 199:2, 199:8, 199:16, 199:20, 199:24, 200:3, 200:6, 200:9, 200:13, 200:17, 200:25, 201:8, 201:15, 201:24, 202:3, 202:9, 202:18, 202:22, 203:3, 203:10, 203:17, 203:25, 205:21, 206:8, 206:12, 206:16, 206:20, 206:23, 207:1, 207:5, 207:13, 207:16, 207:21, 207:25, 208:4, 208:6, 208:9, 208:12, 208:16, 209:2, 209:5, 209:9, 209:16, 209:20, 209:24, 210:8, 210:11, 210:14, 210:16, 210:20, 211:2, 211:12, 211:14, 211:18, 212:3, 212:10, 212:13, 212:21, 212:25, 213:4, 213:7, 213:12, 213:16, 213:19, 213:21, 214:8, 214:13, 214:17, 215:3, 215:6, 215:8, 215:12, 215:17, 215:20, 215:23, 216:3, 216:7, 216:10, 216:13, 216:16, 216:24, 217:2, 217:6, 217:17, 217:20, 217:22, 218:3, 218:9, 218:15, 218:18, 218:23, 219:3, 219:9, 219:20, 219:25, 220:6, 220:15, 220:21, 221:4, 221:10,

221:14, 221:16, 221:19, 221:24, 222:5, 222:10, 222:16, 222:18, 222:21, 222:25, 223:2, 223:5, 223:9, 223:16, 223:19, 223:22, 224:2, 224:10, 224:15, 224:18, 224:20, 224:23, 225:5, 225:17, 225:20, 226:4, 226:9, 227:14, 227:18, 228:5, 228:8, 228:24, 229:11, 229:19, 229:25, 230:11, 230:19, 231:1, 231:12, 231:20, 232:6, 232:9, 232:15, 232:19, 232:22, 232:25, 233:2, 233:7, 233:9, 235:3, 235:5, 235:7, 235:10, 235:13, 235:16, 236:2, 236:14, 236:18, 236:23, 237:10, 237:14, 237:25, 238:4, 238:7, 238:9, 238:15, 238:22, 239:2, 239:5, 239:9, 239:11, 239:15, 240:3, 240:6, 240:12, 240:16, 240:23, 241:4, 241:13, 241:19, 241:21, 242:2, 242:7, 242:13, 242:19, 243:1, 243:12, 243:25, 244:4, 244:10, 244:15, 244:17, 244:22, 245:1, 245:3, 245:8, 245:13, 245:18, 245:25, 246:5, 246:8, 246:22, 247:1, 247:7, 247:12, 247:17, 247:21, 248:1, 248:6, 248:9, 248:25, 249:4, 249:7, 249:9, 249:12, 249:14, 249:19, 249:21, 249:25, 250:6, 250:11, 250:15, 251:1, 251:5, 251:8, 251:14, 251:19, 251:23, 252:2, 252:8, 252:12, 252:14, 252:16, 252:18, 252:21, 252:23, 253:3,

253:10, 253:18,
253:20, 254:5,
254:10, 254:17,
255:18, 255:21,
255:24, 256:7,
256:15, 257:3, 257:9,
257:12, 258:19,
258:23, 259:5, 259:9,
259:13, 259:17,
259:23, 260:2, 260:8,
260:14, 260:19,
261:1, 261:4, 261:6,
261:10, 261:13,
261:15, 262:2, 262:7,
262:9, 262:16,
262:22, 263:1, 263:5,
263:10, 263:14,
263:16, 263:19,
263:22, 264:3, 264:6,
264:14, 264:21,
264:24, 265:2, 265:8,
265:11, 265:13,
265:15, 265:18,
265:20, 265:23,
266:2, 266:7, 266:9,
266:14, 266:16,
266:18, 267:1, 267:9,
267:11, 267:23,
267:25, 268:3, 268:7,
268:10, 268:14,
268:17, 268:19,
269:6, 269:10,
271:17, 271:20,
271:23, 272:6,
272:22, 273:8,
273:17, 274:1, 274:7,
274:16, 274:20,
274:22, 275:2, 275:6,
275:12, 275:16,
275:19, 275:21,
275:24, 276:2, 276:9,
276:13, 276:20,
277:4, 277:6, 277:8,
277:19, 277:24,
278:11, 280:17,
280:22, 281:5,
281:11, 281:14,
281:16, 281:18,
281:24, 282:5, 282:8,
282:15, 282:20,
283:1, 283:3, 283:9,
283:11, 283:16,
283:20, 283:22,
283:25, 285:18,
287:16, 287:20,
287:24, 288:2, 288:8,
288:13, 288:15,
289:1, 289:13,
289:17, 289:21,
290:4, 290:12,
290:17, 290:19,

291:3, 291:8, 291:14,
291:16, 291:22,
292:8, 292:17,
292:19, 292:23,
293:1, 293:9, 293:14,
293:17, 293:21,
294:7, 294:14,
294:19, 295:2, 295:7,
295:20, 295:24,
296:10, 296:13,
296:15, 296:24,
297:4, 297:8, 297:12,
297:17, 298:2, 298:8,
298:14, 298:18,
298:22, 298:25,
299:3, 299:5, 299:11,
299:16, 299:19,
299:22, 300:2,
300:10, 300:16,
300:24, 301:4, 301:8,
301:11, 301:15,
301:17, 301:20,
301:25, 302:9,
302:11, 302:15,
302:18, 302:24,
303:5, 303:12,
303:15, 303:23,
304:5, 304:9, 304:11,
304:16, 305:2, 305:5,
305:7, 305:20,
305:24, 306:16,
306:20, 307:5,
307:10, 307:13,
307:19, 308:3,
308:10, 308:14,
308:18, 309:3, 309:9,
309:15, 309:21,
309:24, 310:3, 310:7,
310:14, 311:15,
311:21, 312:2, 313:7,
313:9, 313:12,
313:15, 313:17,
313:22, 313:25,
314:6, 314:11,
314:14, 314:23,
315:7, 315:14,
315:17, 315:23,
316:1, 316:8, 316:13,
316:20, 316:23,
317:3, 317:8, 317:14,
317:19, 317:24,
318:6, 318:14,
318:20, 319:3,
319:14, 319:16,
319:22, 320:11,
320:21, 321:6,
321:15, 321:18,
321:20, 322:2,
322:11, 322:17,
322:19, 322:24,
323:2, 325:20,

325:23, 326:6,
326:11, 326:14,
326:25, 327:6,
327:17, 328:6,
328:10, 328:16,
328:25, 329:7,
329:11, 329:17,
329:24, 330:6, 330:9,
330:13, 330:15,
330:20, 331:1, 331:4,
331:8, 331:10,
331:13, 331:16,
332:1, 332:3, 332:5,
332:21, 332:23,
333:4, 333:9, 333:11,
333:14, 333:17,
333:20, 334:3, 334:9,
334:13, 334:16,
334:25, 335:12,
335:20, 335:23,
336:5, 336:14,
336:16, 337:1, 337:7,
337:14, 337:18,
337:22, 338:1, 338:5,
338:13, 338:17,
338:21, 338:24,
339:2, 339:5, 339:8,
339:12, 339:16,
339:23, 340:10,
340:15, 340:20,
340:24, 341:2, 341:7,
341:10, 341:16,
341:18, 341:22,
342:2, 342:5, 342:8,
342:14, 342:25,
343:4, 343:9, 343:15,
344:4, 344:7, 345:2,
345:18, 346:8,
346:16, 346:19,
346:22, 347:2, 347:4,
347:6, 347:18,
347:22, 348:5, 348:7,
348:10, 348:14,
348:18, 348:21,
348:25, 349:8,
349:16, 349:21,
350:1, 350:7, 350:10,
350:13, 350:20,
351:7, 351:14,
351:17, 351:21,
352:2, 352:5, 358:8,
358:18
  **protesting** [1] -
207:12
  **Proud** [1] - 291:23
  **prove** [2] - 198:24,
301:14
  **proved** [1] - 257:8
  **provide** [3] - 229:3,
256:18, 333:7

  **provided** [3] - 252:5,
256:22, 260:22
  **providing** [1] -
222:13
  **public** [10] - 193:4,
200:16, 201:6,
231:23, 231:25,
236:8, 263:17,
263:19, 302:8, 335:17
  **publicly** [1] - 196:25
  **pull** [1] - 254:20
  **purposes** [2] -
235:12, 317:14
  **purse** [2] - 275:2,
275:18
  **purse-snatching** [2]
- 275:2, 275:18
  **pursuant** [1] -
333:18
  **put** [25] - 200:1,
202:1, 204:25, 211:3,
211:4, 228:8, 229:4,
230:20, 233:11,
236:5, 238:23,
239:16, 264:7,
276:25, 278:12,
281:8, 288:3, 289:9,
293:6, 303:7, 304:2,
317:11, 322:12,
330:4, 351:24
  **putting** [6] - 227:24,
240:19, 241:1,
280:11, 292:4, 292:11

## Q

  **qualifications** [1] -
276:4
  **qualified** [14] -
205:12, 208:22,
214:23, 217:12,
226:19, 237:5,
246:17, 257:19,
257:21, 277:14,
287:11, 347:13,
352:14, 354:14
  **qualify** [4] - 190:13,
192:10, 304:22,
352:11
  **questioning** [1] -
270:25
  **questions** [92] -
188:22, 189:1,
189:11, 190:3,
190:25, 191:3,
191:11, 192:2,
192:22, 192:23,
193:1, 198:12,
198:23, 207:18,
208:14, 209:12,

210:22, 212:23,
215:10, 215:14,
215:25, 217:24,
217:25, 218:25,
226:16, 227:3, 227:5,
227:16, 227:17,
227:19, 228:15,
229:21, 232:8,
237:16, 237:18,
237:19, 239:19,
244:11, 247:3, 247:4,
248:17, 250:8, 251:7,
251:10, 256:3,
258:25, 262:19,
264:12, 271:25,
272:1, 272:15,
276:22, 278:1, 278:2,
278:4, 285:16,
286:18, 287:22,
287:23, 289:15,
293:10, 294:15,
295:15, 295:17,
296:17, 296:18,
297:19, 305:9,
305:10, 305:11,
305:19, 306:22,
306:23, 307:4, 317:5,
325:25, 332:25,
333:1, 333:2, 339:20,
341:4, 343:6, 343:7,
345:13, 347:24,
350:4, 358:6, 359:5,
360:5, 364:10
  **Questions** [22] -
194:21, 210:21,
218:1, 228:16,
230:16, 247:5,
251:10, 253:4,
258:25, 261:17,
272:14, 291:10,
291:11, 297:18,
305:12, 307:22,
309:16, 325:21,
325:22, 333:2, 343:7,
347:25
  **quick** [1] - 346:14
  **quickly** [4] - 269:3,
352:24, 353:11,
353:13
  **quite** [2] - 273:11,
275:7

## R

  **radar** [1] - 336:20
  **radio** [6] - 259:24,
260:5, 263:3, 264:5,
270:4, 271:5
  **random** [1] - 202:23
  **rarely** [1] - 273:2

**rather** [7] - 227:5, 278:10, 286:19, 353:9, 355:9, 359:2, 363:2
**RDR** [3] - 187:1, 366:3, 366:12
**re** [1] - 288:3
**re-asked** [1] - 288:3
**reach** [1] - 335:9
**reached** [6] - 205:9, 240:20, 273:15, 274:24, 334:10, 339:4
**reaching** [1] - 274:19
**reaction** [1] - 220:23
**read** [91] - 191:11, 192:21, 193:23, 193:25, 194:24, 195:1, 195:4, 195:8, 198:13, 198:15, 209:14, 210:10, 217:23, 219:11, 223:14, 227:15, 228:12, 229:12, 230:9, 231:10, 237:15, 238:12, 238:17, 240:18, 247:2, 248:17, 251:6, 251:11, 253:7, 253:12, 254:2, 254:3, 256:11, 258:24, 259:19, 261:19, 261:22, 272:4, 272:16, 272:17, 272:18, 277:25, 280:20, 287:21, 288:22, 290:1, 290:10, 291:12, 292:3, 292:10, 296:16, 296:21, 297:20, 300:18, 305:8, 305:15, 305:17, 305:21, 306:21, 306:25, 307:2, 307:5, 314:21, 314:22, 315:15, 315:16, 315:17, 319:12, 319:17, 321:2, 321:4, 326:15, 327:13, 327:19, 332:24, 335:13, 335:15, 336:11, 340:16, 341:5, 343:5, 344:1, 345:21, 347:23, 349:4, 349:9, 349:10, 349:17, 357:15, 364:19, 364:22
**reading** [17] - 199:17, 209:22, 209:24, 210:6,

210:13, 210:18, 229:23, 231:6, 253:24, 254:7, 272:19, 272:23, 273:6, 335:10, 357:4, 357:20, 358:5
**readouts** [1] - 319:6
**ready** [1] - 286:3
**real** [4] - 235:25, 247:13, 281:21, 310:4
**realize** [1] - 296:25
**realized** [1] - 223:17
**really** [32] - 206:8, 207:6, 207:7, 211:5, 219:16, 220:2, 225:12, 236:5, 238:16, 249:22, 261:18, 262:9, 265:3, 267:13, 280:20, 289:6, 291:8, 294:22, 309:18, 318:3, 321:7, 329:25, 332:12, 336:23, 338:2, 341:16, 341:17, 344:23, 345:20, 349:12, 354:11
**reason** [7] - 210:17, 239:16, 245:24, 265:24, 294:19, 348:4, 358:25
**reasonable** [1] - 257:8
**reasons** [5] - 271:11, 285:23, 286:14, 287:6, 354:15
**rec** [1] - 208:6
**receive** [2] - 320:19, 348:11
**received** [6] - 256:24, 256:25, 257:4, 299:22, 299:23, 344:25
**receives** [1] - 218:12
**receiving** [1] - 323:18
**recent** [1] - 291:23
**recently** [2] - 231:12, 245:5
**reception** [1] - 245:5
**recess** [2] - 258:1, 258:5
**recipient** [1] - 216:25
**recipients** [2] - 216:18, 216:19
**recitation** [1] - 271:7
**recognized** [2] - 237:21, 288:5
**recognizing** [2] - 220:4, 242:23
**recollection** [3] -

195:17, 199:5, 256:14
**record** [25] - 188:2, 192:21, 209:11, 215:9, 217:23, 227:15, 233:10, 237:15, 247:2, 251:6, 258:4, 258:8, 258:24, 271:24, 277:25, 287:21, 296:16, 302:8, 305:8, 306:21, 332:24, 340:16, 343:5, 347:23, 359:18
**records** [1] - 334:16
**referral** [1] - 323:9
**referred** [2] - 315:1, 320:12
**referring** [1] - 201:16
**reflect** [3] - 209:11, 353:20, 359:18
**reflects** [1] - 188:22
**refreshed** [2] - 315:7, 315:8
**regard** [2] - 317:16, 318:25
**regarding** [2] - 223:12, 345:3
**regular** [2] - 276:21
**Rehab** [1] - 342:5
**related** [10] - 194:22, 219:1, 236:4, 274:10, 276:18, 307:15, 307:19, 320:9, 320:22, 350:23
**relates** [1] - 345:22
**relating** [2] - 298:13, 336:11
**relation** [1] - 335:25
**relationship** [1] - 333:21
**released** [1] - 355:10
**relevant** [2] - 221:19, 336:23
**remain** [6] - 206:2, 212:8, 231:17, 308:25, 326:3, 345:15
**remember** [26] - 193:11, 199:8, 199:11, 210:6, 210:9, 211:19, 219:20, 238:16, 238:17, 240:23, 259:11, 264:4, 275:17, 300:3, 309:19, 315:2, 315:17, 319:7, 319:8, 319:25, 320:7, 320:11, 320:13, 320:23, 320:24, 359:8
**remembered** [1] - 333:4
**reminder** [1] -

193:22
**remotely** [1] - 267:2
**rent** [1] - 295:10
**renumbered** [1] - 328:13
**replied** [1] - 303:9
**report** [3] - 271:5, 314:7, 330:14
**reported** [6] - 197:17, 242:4, 248:8, 278:7, 314:18, 330:16
**REPORTED** [1] - 187:1
**reporter** [3] - 334:9, 335:1, 336:7
**REPORTER** [1] - 321:19
**Reporter** [2] - 187:1, 366:12
**reports** [6] - 198:17, 218:11, 301:5, 301:7, 303:11, 307:5
**Representative** [5] - 252:9, 265:12, 265:17, 266:5, 268:13
**representative** [1] - 261:2, 261:5, 261:6
**Representatives** [2] - 207:11, 328:7
**Republican** [3] - 218:19, 241:18, 269:20
**reputation** [1] - 351:1
**request** [5] - 229:2, 229:4, 256:19, 333:19, 333:20
**requested** [3] - 256:21, 315:10, 345:4
**requests** [1] - 334:16
**require** [1] - 199:1
**requirements** [1] - 230:2
**residential** [2] - 304:9, 304:11
**resolve** [2] - 364:14, 364:17
**respect** [9] - 199:6, 245:22, 270:24, 282:9, 286:16, 316:3, 329:23, 338:3, 364:14
**respond** [1] - 357:19
**responded** [1] - 198:21
**responding** [1] - 236:2
**response** [2] - 264:11, 330:25
**result** [14] - 195:20, 210:13, 210:18,

219:23, 260:5, 273:14, 289:10, 290:25, 305:17, 307:2, 307:8, 308:12, 337:3, 362:5
**retire** [1] - 309:23
**retired** [26] - 190:8, 192:5, 204:1, 208:17, 214:18, 217:7, 226:12, 236:24, 246:9, 250:16, 257:13, 269:13, 277:9, 285:19, 295:25, 304:17, 306:2, 309:22, 323:3, 332:7, 339:24, 342:15, 343:16, 344:20, 347:7, 352:6
**retirement** [1] - 221:7
**reverse** [1] - 259:1
**review** [3] - 196:10, 231:9, 276:4
**reviewed** [1] - 297:14
**RIANE** [1] - 186:19
**right-wing** [3] - 264:17, 265:4, 269:18
**rights** [1] - 221:6
**risk** [3] - 232:4, 293:6, 327:4
**River** [1] - 189:21
**Road** [1] - 186:23
**room** [6] - 256:8, 274:12, 294:16, 358:24, 359:7
**Room** [1] - 187:3
**roommate** [2] - 235:5, 238:1
**rooms** [1] - 256:9
**roughly** [1] - 309:23
**round** [2] - 360:8, 363:23
**rule** [1] - 360:14
**rules** [3] - 225:19, 294:22, 360:5
**run** [2] - 249:25, 290:4
**running** [1] - 204:6
**runs** [2] - 293:5, 301:21

# S

**sad** [2] - 268:10
**safety** [1] - 318:7
**sake** [1] - 344:8
**sales** [1] - 250:4
**sat** [3] - 216:2, 240:9,

386

319:5
**satisfied** [2] - 360:16, 363:10
**saturation** [1] - 345:20
**Saturday** [1] - 223:10
**save** [2] - 246:14, 351:1
**savvy** [1] - 321:7
**saw** [13] - 197:25, 202:8, 214:1, 223:12, 288:16, 289:8, 296:25, 297:14, 298:2, 301:6, 317:19, 335:4, 336:19
**scared** [2] - 318:6, 318:7
**scary** [1] - 243:19
**scheduler** [1] - 266:10
**SCHOEN** [2] - 186:22, 186:22
**school** [3] - 196:5, 276:14, 349:2
**seal** [18] - 233:4, 233:11, 234:24, 254:19, 255:15, 278:10, 278:13, 280:5, 283:14, 284:5, 285:15, 286:6, 286:17, 310:15, 311:9, 312:7, 313:3, 362:9
**Seat** [3] - 362:14, 362:19, 363:12
**seat** [3] - 204:17, 352:11, 363:15
**seated** [4] - 324:22, 356:8, 364:4, 364:6
**seating** [2] - 355:13, 362:8
**seats** [4] - 354:9, 362:8, 362:13, 363:10
**SEC** [3] - 252:14, 252:15, 252:20
**second** [1] - 303:6
**section** [1] - 288:12
**security** [1] - 300:21
**see** [11] - 256:8, 258:3, 274:1, 293:8, 308:3, 308:7, 319:12, 320:16, 335:19, 336:17, 365:11
**seeing** [2] - 230:12, 298:11
**seem** [2] - 205:9, 286:19
**select** [2] - 189:6, 241:24
**Select** [32] - 189:7,

193:5, 194:25, 201:13, 205:24, 207:11, 210:22, 210:23, 210:25, 211:2, 212:5, 214:1, 215:22, 219:4, 219:5, 219:6, 219:23, 239:20, 253:5, 253:10, 261:18, 261:20, 261:24, 297:20, 319:1, 321:4, 321:12, 323:11, 323:22, 335:18, 335:25, 341:20
**selected** [8] - 189:13, 191:13, 229:7, 248:19, 283:18, 299:24, 354:23, 355:5
**selection** [3] - 256:16, 356:15, 364:11
**sell** [2] - 191:22, 249:21
**Senate** [6] - 218:6, 218:11, 238:25, 252:5, 260:23, 328:3
**Senator** [1] - 344:16
**send** [2] - 321:3, 356:22
**senior** [2] - 218:15, 225:8
**sense** [12] - 207:2, 207:3, 231:11, 268:5, 269:22, 318:3, 322:13, 324:23, 327:23, 338:10, 353:1, 362:21
**sentiment** [1] - 202:5
**separate** [7] - 199:14, 244:7, 271:2, 271:4, 316:3, 316:11, 324:10
**sequentially** [1] - 353:9
**serious** [2] - 322:21, 329:3
**seriously** [1] - 322:21
**serve** [10] - 242:16, 245:23, 254:13, 262:21, 286:14, 294:18, 311:25, 324:24, 339:13, 355:12
**served** [5] - 259:2, 274:4, 274:5, 299:18, 350:14
**service** [10] - 196:10, 196:14, 259:12,

281:1, 299:21, 300:9, 356:24, 357:1, 357:12, 357:14
**services** [2] - 252:5, 260:22
**serving** [7] - 229:24, 275:9, 275:10, 336:10, 355:11, 355:15, 358:2
**SESSION** [1] - 186:5
**session** [1] - 219:14
**sessions** [2] - 319:9, 319:11
**set** [15] - 198:17, 205:3, 224:11, 232:5, 244:12, 263:6, 269:7, 308:19, 309:11, 315:22, 321:23, 323:2, 323:12, 323:24, 337:16
**sets** [1] - 321:13
**setting** [1] - 243:6
**settled** [2] - 249:14, 358:13
**seven** [5] - 242:19, 245:24, 259:6, 268:2, 268:3
**several** [2] - 273:9, 329:2
**severe** [2] - 281:2, 295:6
**share** [1] - 328:20
**shock** [1] - 199:10
**shop** [4] - 288:10, 289:2, 294:24, 299:6
**shot** [1] - 198:1
**show** [6] - 191:21, 214:10, 225:1, 225:7, 260:5, 270:6
**showed** [2] - 288:24, 289:8
**showing** [1] - 270:25
**shown** [1] - 298:4
**shows** [3] - 199:23, 226:2, 250:2
**Sibley** [1] - 255:24
**side** [13] - 221:21, 232:23, 293:4, 293:7, 324:23, 350:25, 353:2, 360:7, 360:13, 360:22, 362:17, 363:5, 363:12
**sidebar** [6] - 233:13, 254:23, 278:15, 284:7, 310:19, 312:9
**sides** [3] - 220:12, 361:1, 361:10
**SILVERMAN** [1] - 186:19
**similar** [3] - 253:9,

261:21, 299:23
**simply** [1] - 294:5
**sit** [7] - 220:18, 232:10, 277:2, 283:15, 302:22, 354:20, 359:13
**sites** [1] - 356:13
**sitting** [8] - 201:2, 201:3, 241:8, 362:8, 362:12, 362:14, 362:19, 363:15
**situation** [1] - 257:5
**six** [5] - 259:5, 299:24, 348:25, 353:2, 362:4
**slate** [1] - 322:13
**SLUTKIN** [1] - 186:19
**small** [3] - 230:12, 235:24, 254:15
**smarter** [1] - 325:1
**snatching** [2] - 275:2, 275:18
**snippets** [4] - 253:21, 253:22, 254:2, 261:25
**so-and-so** [1] - 320:17
**so..** [1] - 245:5
**social** [6] - 230:4, 235:24, 264:22, 290:4, 290:11, 356:13
**sole** [1] - 301:20
**solely** [4] - 228:2, 280:13, 292:15, 293:7
**someone** [8] - 241:17, 267:7, 287:6, 288:3, 288:12, 324:24, 328:21, 330:21
**somewhat** [2] - 219:1, 345:19
**soon** [2] - 254:20, 325:12
**sorry** [23] - 199:24, 221:17, 222:20, 249:5, 263:18, 266:2, 273:3, 280:20, 291:11, 292:10, 303:3, 309:17, 311:19, 313:4, 314:20, 316:20, 316:21, 318:14, 338:2, 338:11, 351:8, 351:10, 364:1
**sort** [26] - 196:1, 201:2, 227:22, 228:9, 228:11, 229:1, 229:6, 230:2, 231:2, 231:6, 232:22, 236:11,

243:3, 253:8, 276:5, 276:20, 282:11, 286:18, 286:20, 293:25, 313:14, 316:3, 321:8, 321:9, 335:6, 351:2
**sounds** [3] - 205:1, 224:8, 225:24
**source** [14] - 194:25, 209:14, 229:12, 251:12, 256:5, 259:20, 259:21, 261:20, 264:18, 280:10, 288:22, 339:6, 339:11, 339:15
**sources** [6] - 240:8, 256:10, 296:21, 307:1, 308:4, 314:25
**space** [1] - 245:5
**speakers** [1] - 274:16
**speaking** [3] - 201:21, 232:17, 235:2
**special** [2] - 213:21, 276:15
**Special** [2] - 191:8, 348:8
**specific** [11] - 194:12, 195:16, 195:17, 197:21, 314:25, 315:9, 315:18, 320:14, 329:15, 329:21, 335:14
**specifically** [19] - 193:11, 198:18, 199:9, 199:11, 201:16, 202:12, 203:3, 229:13, 230:5, 231:13, 244:20, 253:9, 271:2, 318:25, 319:4, 319:22, 320:7, 321:8, 349:9
**specifics** [2] - 225:22, 267:1
**spending** [1] - 291:25
**spent** [2] - 299:24, 360:8
**spoken** [1] - 339:4
**spouse** [2] - 241:7, 357:13
**staff** [4] - 235:23, 237:23, 288:6, 344:15
**stand** [1] - 320:25
**start** [13] - 193:3, 210:24, 227:22, 239:24, 240:10, 258:10, 259:1, 261:23, 312:5,

343:10, 348:1,
353:16, 359:21
**state** [3] - 271:24,
300:20, 344:11
**State** [1] - 218:12
**statement** [8] -
189:11, 191:10,
215:25, 227:6,
248:16, 256:16,
262:18
**statements** [3] -
231:25, 232:14,
317:21
**STATES** [4] - 186:1,
186:3, 186:11, 186:15
**States** [3] - 187:2,
301:13, 366:13
**states** [1] - 241:6
**station** [2] - 297:10,
298:3
**stay** [3] - 196:7,
227:4, 230:13
**stay-at-home** [1] -
196:7
**stenographic** [1] -
366:5
**step** [7] - 190:6,
332:6, 355:6, 355:10,
355:16, 357:22,
357:25
**Stephen** [1] - 231:23
**STEPHEN** [1] - 186:6
**Steve** [5] - 264:13,
289:3, 289:13,
308:23, 331:15
**sticking** [1] - 314:16
**still** [9] - 221:15,
221:17, 242:24,
283:17, 288:9,
340:11, 345:1,
357:22, 360:21
**stoking** [3] - 202:5,
202:8, 202:17
**stole** [1] - 344:17
**stolen** [4] - 197:20,
197:24, 329:2, 330:11
**stories** [11] - 315:2,
315:3, 318:15,
319:17, 320:22,
321:2, 321:3, 321:8,
334:11, 335:2, 335:4
**storming** [1] -
344:14
**story** [1] - 336:19
**straightforward** [5] -
220:8, 223:25,
225:25, 226:3, 229:5
**Street** [2] - 186:16,
186:20
**street** [1] - 197:25

**stress** [1] - 356:18
**stricken** [1] - 270:11
**strike** [32] - 205:6,
246:11, 285:23,
304:19, 323:5,
323:25, 324:17,
325:2, 332:9, 340:1,
340:2, 342:17, 347:9,
347:12, 352:8, 360:8,
361:5, 361:6, 361:9,
361:24, 361:25,
362:3, 362:11,
362:12, 362:23,
362:24, 363:3, 363:4,
363:14, 363:18,
363:22, 363:24
**strikes** [4] - 362:18,
363:5, 363:15, 364:2
**strong** [4] - 220:1,
241:14, 245:15,
329:19
**struck** [2] - 270:16,
325:6
**study** [3] - 221:7,
221:9, 222:1
**studying** [1] - 221:17
**stuff** [11] - 206:13,
219:1, 230:8, 238:10,
240:7, 290:6, 290:20,
292:20, 292:22,
344:17, 349:11
**subject** [2] - 196:21,
310:10
**submitted** [2] -
218:10, 356:4
**subpoena** [36] -
198:21, 199:14,
211:21, 214:7,
214:11, 229:16,
244:9, 256:25, 272:7,
272:8, 273:7, 273:11,
321:17, 321:25,
322:9, 322:15,
322:20, 323:14,
326:16, 326:19,
329:14, 329:18,
329:21, 330:1, 330:5,
333:18, 344:25,
345:7, 345:8, 345:9,
345:10, 350:12,
351:19, 351:20, 352:1
**subpoenaed** [5] -
194:8, 209:25,
211:20, 214:6, 326:15
**subpoenas** [8] -
273:9, 350:15,
350:16, 350:21,
351:13, 351:16,
351:23, 351:25
**subscribe** [1] -

209:17
**subsequently** [1] -
211:25
**substance** [2] -
197:3, 297:3
**substitute** [1] - 363:5
**substituted** [1] -
362:13
**suffer** [1] - 344:12
**sufficient** [1] - 287:6
**suggested** [1] -
227:4
**Suite** [2] - 186:20,
186:23
**sum** [1] - 270:8
**summoned** [1] -
256:17
**summons** [1] -
299:22
**super** [1] - 219:10
**Superior** [2] - 259:8,
259:10
**supervisor** [1] -
189:24
**support** [2] - 282:5,
282:8
**supposed** [1] -
356:11
**surprised** [2] -
195:15, 203:8
**swayed** [1] - 335:7
**sworn** [1] - 245:19
**synopsis** [1] - 231:2

## T

**table** [1] - 351:2
**taint** [1] - 223:21
**tattoo** [1] - 294:9
**team** [1] - 235:24
**tech** [2] - 196:10,
321:7
**technical** [1] -
340:25
**technically** [1] -
288:18
**telescope** [1] - 245:5
**television** [2] -
223:7, 256:9
**ten** [6] - 198:2,
258:3, 265:18,
265:19, 265:21,
309:25
**tend** [1] - 203:11
**tentative** [1] - 205:9
**terms** [3] - 200:14,
236:10, 301:5
**testified** [4] - 197:18,
319:24, 320:17, 338:4

**testify** [3] - 229:3,
333:6, 333:16
**testifying** [2] - 245:4,
245:9, 245:16
**testimony** [9] -
231:5, 253:15,
256:18, 294:13,
319:6, 319:23, 320:4,
349:10
**texting** [2] - 267:14,
356:21
**texts** [1] - 356:24
**that'll** [2] - 358:12,
365:2
**THE** [609] - 186:1,
186:10, 186:14,
186:15, 186:18,
188:1, 188:3, 188:7,
188:9, 188:12,
188:15, 188:17,
188:21, 188:25,
189:5, 189:10,
189:15, 190:2, 190:5,
190:10, 190:13,
190:17, 190:20,
190:24, 191:2, 191:6,
191:10, 191:15,
192:1, 192:3, 192:7,
192:10, 192:14,
192:17, 192:21,
193:1, 193:13,
193:18, 193:21,
194:2, 194:6, 194:10,
194:14, 194:16,
194:21, 195:3,
195:11, 195:17,
195:20, 195:25,
196:8, 196:11,
196:14, 196:19,
197:5, 197:7, 197:12,
197:17, 197:22,
198:3, 198:5, 198:9,
200:11, 203:23,
204:3, 204:20, 205:7,
205:17, 205:22,
206:11, 206:14,
206:18, 206:21,
206:24, 207:3, 207:9,
207:14, 207:17,
207:22, 208:13,
208:15, 208:19,
208:22, 209:1, 209:3,
209:6, 209:10,
209:19, 209:22,
210:4, 210:9, 210:12,
210:15, 210:17,
210:21, 211:9,
211:13, 211:15,
212:2, 212:4, 212:11,
212:16, 212:22,

213:1, 213:14,
214:15, 214:20,
214:23, 215:2, 215:4,
215:7, 215:9, 215:13,
215:18, 215:21,
215:24, 216:4, 217:3,
217:5, 217:9, 217:12,
217:16, 217:18,
217:21, 217:23,
218:4, 218:14,
218:17, 218:20,
218:25, 219:4,
219:17, 219:22,
220:4, 220:10,
220:16, 220:25,
221:9, 221:12,
221:15, 221:17,
221:23, 221:25,
222:8, 222:11,
222:17, 222:20,
222:22, 223:1, 223:3,
224:21, 226:7,
226:11, 226:14,
226:17, 226:19,
227:2, 227:11,
227:15, 227:19,
228:7, 228:15, 229:9,
229:15, 229:20,
230:8, 230:15,
230:20, 231:9,
231:14, 232:4, 232:8,
232:10, 232:16,
232:21, 232:24,
233:1, 233:3, 233:8,
233:10, 234:23,
235:4, 235:6, 235:8,
235:11, 235:14,
236:19, 236:21,
237:1, 237:4, 237:9,
237:11, 237:15,
238:2, 238:5, 238:8,
238:11, 238:19,
238:23, 239:4, 239:7,
239:10, 239:12,
239:18, 240:5, 240:9,
240:13, 240:17,
240:24, 241:5,
241:16, 241:20,
241:22, 242:4,
242:10, 242:14,
242:21, 243:2,
243:20, 244:1,
244:18, 246:7,
246:11, 246:16,
246:21, 246:23,
247:2, 247:8, 247:15,
247:18, 247:23,
248:2, 248:8, 248:11,
248:16, 248:22,
249:1, 249:13, 250:7,
250:10, 250:12,

250:14, 250:18,
250:21, 250:25,
251:2, 251:6, 251:9,
251:17, 251:21,
251:24, 252:3,
252:10, 252:13,
252:15, 252:17,
252:20, 252:22,
252:24, 253:4,
253:16, 253:19,
254:1, 254:6, 254:11,
254:18, 255:15,
256:1, 257:11,
257:15, 257:18,
258:1, 258:7, 258:9,
258:14, 258:18,
258:20, 258:24,
259:7, 259:11,
259:14, 259:18,
260:1, 260:4, 260:11,
260:15, 260:20,
261:3, 261:5, 261:8,
261:11, 261:14,
261:17, 262:5, 262:8,
262:13, 262:17,
262:23, 263:25,
268:22, 269:1,
269:12, 269:15,
270:12, 271:8,
271:16, 271:18,
271:21, 271:24,
272:13, 273:4,
273:13, 273:22,
274:3, 274:14,
274:18, 274:21,
275:1, 275:4, 275:8,
275:13, 276:7, 277:7,
277:11, 277:14,
277:18, 277:20,
277:25, 278:12,
280:5, 280:20,
280:23, 281:9,
281:12, 281:15,
281:17, 281:19,
281:25, 282:3,
282:18, 283:13,
283:17, 283:21,
283:23, 284:1, 284:5,
285:15, 285:21,
286:7, 286:13,
286:24, 287:1, 287:4,
287:15, 287:17,
287:21, 287:25,
288:5, 288:12,
288:14, 288:17,
289:10, 289:15,
289:20, 289:25,
290:9, 290:13,
290:18, 290:25,
291:6, 291:10,
291:15, 291:19,

292:2, 292:9, 292:18,
292:21, 292:25,
293:5, 293:10,
293:16, 293:20,
293:24, 294:11,
294:15, 295:1, 295:3,
295:12, 295:16,
295:18, 295:21,
295:23, 296:2, 296:5,
296:9, 296:11,
296:14, 296:16,
297:2, 297:6, 297:10,
297:13, 297:18,
298:6, 298:10,
298:15, 298:19,
298:23, 299:2, 299:4,
299:8, 299:12,
299:17, 299:20,
300:1, 300:8, 300:12,
300:18, 301:1, 302:4,
302:10, 302:14,
302:16, 302:21,
302:25, 303:21,
304:15, 304:19,
304:22, 305:1, 305:3,
305:6, 305:8, 305:23,
306:1, 306:6, 306:8,
306:15, 306:17,
306:21, 307:8,
307:12, 307:17,
307:22, 308:8,
308:12, 308:16,
308:21, 309:6,
309:10, 309:16,
309:23, 310:1, 310:5,
310:8, 310:15, 311:9,
311:19, 311:22,
312:3, 312:6, 313:3,
316:25, 321:19,
323:1, 323:5, 324:1,
324:18, 325:16,
325:21, 325:24,
326:10, 326:13,
326:22, 327:2, 327:8,
328:1, 328:8, 328:15,
328:18, 329:4, 329:8,
330:14, 330:17,
331:11, 331:22,
332:4, 332:6, 332:9,
332:12, 332:16,
332:20, 332:22,
332:24, 333:8,
333:10, 333:13,
333:16, 333:18,
333:24, 334:4,
334:12, 334:14,
334:18, 335:9,
335:16, 335:21,
336:3, 336:9, 336:15,
336:22, 337:3, 337:9,
337:16, 337:19,

337:23, 339:19,
339:22, 340:1, 340:4,
340:9, 340:11,
340:16, 340:21,
341:1, 341:3, 341:9,
341:13, 341:17,
341:19, 341:23,
342:10, 342:13,
342:17, 342:20,
342:24, 343:1, 343:5,
343:10, 343:24,
344:5, 344:22,
345:12, 346:5, 346:9,
346:13, 347:3, 347:5,
347:9, 347:12,
347:17, 347:19,
347:23, 348:6, 348:9,
348:13, 348:17,
348:19, 348:24,
349:3, 349:14,
349:17, 349:22,
350:2, 350:5, 351:5,
351:9, 351:11, 352:4,
352:8, 352:11,
352:21, 352:23,
353:20, 353:23,
354:1, 354:19,
354:21, 354:22,
355:1, 358:10,
358:20, 359:10,
359:14, 359:18,
360:6, 360:10,
360:20, 360:25,
361:3, 361:5, 361:12,
361:21, 361:23,
362:1, 362:17,
362:21, 362:25,
363:7, 363:11,
363:25, 364:9,
364:12, 364:19,
364:22, 364:25,
365:2, 365:6, 365:9
  themselves [2] -
253:17, 308:8
  theoretically [1] -
339:10
  therapist [1] - 342:2
  therefore [1] - 325:2
  thereof [2] - 261:25,
344:13
  Thereupon [47] -
188:13, 190:8,
190:15, 192:5,
192:12, 204:1,
205:15, 208:17,
208:24, 214:18,
214:25, 217:7,
217:14, 226:12,
227:9, 236:24, 237:7,
246:9, 246:19,

250:16, 250:23,
257:13, 258:5,
258:16, 269:13,
271:14, 277:9,
277:16, 285:19,
287:13, 295:25,
296:7, 304:17,
304:24, 306:2,
306:13, 323:3,
325:14, 332:7,
332:18, 339:24,
340:7, 342:15,
342:22, 347:7,
347:15, 352:6
  they've [2] - 298:4,
328:13
  thinking [7] - 267:8,
267:9, 268:4, 301:25,
316:5, 318:8, 321:14
  third [1] - 298:9
  thirds [1] - 359:3
  THOMPSON [1] -
186:19
  thoroughly [1] -
206:9
  thoughts [4] -
307:11, 307:12,
322:1, 356:25
  threats [1] - 248:7
  three [9] - 209:12,
211:14, 259:13,
278:1, 300:11, 353:2,
360:13, 360:18
  throughout [5] -
201:3, 201:4, 206:3,
309:1, 326:4
  title [1] - 266:9
  TM [1] - 252:18
  today [49] - 189:7,
191:4, 191:7, 205:3,
206:15, 206:22,
207:17, 212:23,
215:15, 215:18,
215:21, 224:1, 238:6,
238:14, 248:23,
251:13, 251:18,
251:20, 256:23,
259:20, 260:7,
260:12, 260:16,
262:19, 264:5, 264:7,
264:9, 269:17, 272:4,
276:24, 296:22,
296:25, 299:23,
305:14, 334:23,
334:24, 335:11,
335:24, 336:19,
341:6, 349:15, 355:2,
355:23, 357:1,
357:12, 357:15,
358:25, 364:20,

365:10
  Todd [1] - 328:11
  together [11] -
194:23, 211:3, 219:2,
264:8, 276:14, 289:9,
336:1, 345:21, 355:7,
357:8
  tomorrow [16] -
325:8, 353:15, 354:5,
354:14, 355:15,
355:16, 356:6,
356:15, 358:9,
358:19, 358:22,
359:3, 359:7, 359:21,
360:3
  ton [1] - 298:3
  tonight [4] - 325:8,
355:9, 355:25, 359:4
  took [3] - 286:17,
294:20, 303:5
  top [1] - 317:13
  topic [2] - 196:1,
225:19
  topics [3] - 221:9,
221:18, 272:24
  touch [1] - 310:16
  town [1] - 294:24
  training [3] - 189:25,
196:15, 343:22
  transcript [2] -
366:5, 366:6
  TRANSCRIPT [1] -
186:10
  transport [1] -
213:21
  Transportation [1] -
282:6
  trashing [3] - 344:15,
344:16
  travel [2] - 250:1,
281:7
  treat [1] - 357:20
  treatment [1] -
345:11
  trial [31] - 199:13,
199:15, 204:10,
206:3, 225:8, 230:3,
242:24, 249:10,
251:16, 251:18,
264:6, 271:3, 274:5,
280:25, 281:20,
281:21, 282:14,
285:25, 289:3, 290:2,
295:5, 304:4, 309:1,
313:13, 315:21,
326:4, 327:12,
327:21, 338:20,
339:14, 357:8
  TRIAL [1] - 186:10
  trials [1] - 346:24

**trouble** [4] - 229:22, 290:3, 327:15, 336:12
**troubling** [1] - 201:9
**true** [6] - 300:4, 343:24, 344:22, 345:25, 366:4, 366:5
**trump** [2] - 317:13, 345:23
**Trump** [11] - 202:10, 202:16, 241:7, 264:15, 309:7, 309:12, 316:10, 317:6, 317:18, 335:25, 349:11
**Trump's** [2] - 202:19, 344:15
**truth** [2] - 245:20, 257:5
**truthful** [1] - 309:5
**truthfully** [1] - 341:11
**try** [8] - 204:18, 230:9, 236:14, 236:16, 238:17, 286:15, 318:22, 363:13
**trying** [8] - 211:6, 228:5, 246:1, 268:5, 320:18, 322:12, 323:23, 325:4
**Tuesday** [6] - 281:16, 281:17, 281:20, 281:22, 282:10, 286:10
**TV** [8] - 201:3, 253:22, 276:15, 276:18, 276:21, 289:11, 297:1
**tweet** [2] - 193:10, 203:9
**tweeting** [3] - 193:16, 200:20, 356:21
**tweets** [1] - 230:11
**twice** [1] - 334:10
**Twitter** [14] - 193:9, 193:12, 195:9, 199:11, 200:14, 230:4, 230:6, 230:9, 235:17, 235:19, 236:1, 290:6, 291:16, 356:14
**two** [31] - 211:14, 218:25, 221:4, 242:24, 264:7, 274:16, 285:23, 287:6, 289:4, 291:18, 294:15, 302:11, 302:14, 305:19, 311:16, 320:1, 320:7,

321:11, 322:1, 323:10, 325:11, 347:23, 353:5, 353:6, 354:9, 359:3, 362:8, 363:3, 364:4, 364:5
**two-thirds** [1] - 359:3
**type** [2] - 244:20
**types** [2] - 351:15, 351:23

---

**U**

---

**U.S** [5] - 249:15, 249:18, 280:9, 330:18, 348:7
**ultimately** [1] - 351:22
**umbrella** [1] - 227:22
**unable** [8] - 194:18, 207:20, 210:19, 273:23, 318:9, 326:25, 349:25
**unavoidable** [2] - 281:2, 295:6
**unbiased** [1] - 218:21
**uncomfortable** [3] - 294:16, 339:13, 339:17
**undecided** [2] - 306:4, 306:8
**under** [23] - 198:16, 204:14, 233:4, 233:10, 234:23, 243:13, 254:19, 255:15, 278:10, 278:13, 280:5, 283:14, 284:5, 285:15, 286:6, 286:17, 310:15, 311:9, 312:7, 313:3, 338:14, 345:5, 362:9
**under-seal** [1] - 283:14
**underaged** [1] - 274:10
**understood** [5] - 217:1, 224:25, 301:22, 315:5, 346:21
**uneasy** [1] - 318:8
**united** [1] - 187:2
**UNITED** [4] - 186:1, 186:3, 186:11, 186:15
**United** [2] - 301:13, 366:13
**unlawful** [1] - 248:6
**unless** [1] - 356:5

**unlike** [1] - 205:8
**unlikely** [1] - 286:11
**unrelated** [1] - 222:25
**up** [42] - 194:4, 198:6, 219:14, 219:21, 224:24, 225:1, 225:7, 230:6, 230:8, 238:9, 241:23, 244:5, 244:25, 247:25, 249:18, 254:18, 261:24, 267:18, 270:6, 272:24, 273:20, 274:14, 274:17, 274:18, 276:11, 281:12, 281:15, 286:11, 288:24, 289:3, 289:8, 302:12, 308:6, 314:24, 317:4, 317:20, 320:22, 325:24, 335:23, 351:8, 360:14, 360:22
**update** [2] - 308:6, 355:4
**updates** [3] - 320:8, 320:10, 323:18
**updating** [1] - 253:13
**uphill** [1] - 204:19
**Upper** [1] - 302:12
**upset** [2] - 314:1, 314:11, 317:8, 317:23, 318:8
**upsetting** [4] - 314:2, 317:10, 317:22, 317:25
**USAID** [1] - 218:12

---

**V**

---

**vaguely** [1] - 329:17
**Van** [1] - 250:3
**variety** [1] - 256:10
**various** [3] - 227:16, 273:9, 354:15
**Vaughn** [21] - 189:16, 198:6, 198:9, 204:21, 213:2, 223:3, 226:20, 244:2, 255:16, 275:14, 295:13, 316:14, 316:19, 329:9, 332:13, 341:24, 350:3, 351:11, 353:24, 360:25, 363:1
**VAUGHN** [103] - 186:14, 188:6, 189:17, 189:19, 189:23, 190:1,

190:11, 198:8, 198:10, 198:22, 199:3, 199:13, 199:17, 199:22, 200:1, 200:4, 200:7, 200:10, 204:22, 213:3, 213:5, 213:8, 213:13, 214:21, 223:4, 223:6, 223:14, 223:18, 223:21, 223:23, 224:8, 224:11, 224:16, 224:19, 226:15, 226:24, 244:3, 244:5, 244:11, 244:16, 246:13, 255:17, 255:19, 255:23, 255:25, 257:16, 257:23, 258:12, 275:15, 275:17, 275:20, 275:23, 275:25, 276:6, 277:12, 295:14, 329:10, 329:12, 329:20, 330:2, 330:7, 330:10, 330:23, 331:3, 331:6, 331:9, 331:20, 331:23, 332:2, 332:15, 341:25, 342:4, 342:7, 342:9, 342:18, 350:4, 351:8, 351:10, 351:12, 351:15, 351:18, 351:24, 352:3, 352:9, 352:19, 353:25, 360:4, 360:7, 361:1, 361:22, 361:24, 362:16, 362:20, 362:22, 363:9, 363:22, 364:8, 364:11, 364:13, 364:21, 364:24, 365:1, 365:4
**vehicle** [1] - 311:17
**venire** [3] - 198:23, 325:9, 359:19
**verdict** [1] - 274:19
**victim** [13] - 197:14, 222:12, 233:6, 242:1, 248:3, 278:6, 302:1, 302:6, 311:11, 311:12, 328:21, 328:22, 329:1
**video** [3] - 273:1, 276:15, 298:11
**videos** [1] - 231:2
**view** [19] - 197:9, 220:10, 222:23, 225:23, 239:13, 248:12, 254:8,

273:13, 293:5, 324:25, 333:25, 335:7, 336:3, 336:6, 353:17, 360:10, 360:20, 362:1, 362:3
**viewed** [1] - 205:1
**viewing** [1] - 195:20
**viewpoints** [1] - 331:25
**views** [4] - 200:2, 200:16, 236:8, 236:9
**violated** [1] - 318:5
**visit** [1] - 282:10
**voir** [1] - 354:5
**voluntary** [1] - 333:19
**vs** [1] - 186:5

---

**W**

---

**wallpaper** [1] - 191:22
**waned** [1] - 201:1
**wants** [2] - 322:15, 363:14
**warranted** [1] - 356:2
**Washington** [8] - 186:6, 186:17, 187:4, 209:20, 229:12, 256:11, 311:18, 366:14
**watch** [9] - 200:15, 200:19, 200:23, 262:6, 262:10, 273:2, 290:1, 290:8, 327:12
**watched** [44] - 195:1, 195:6, 195:8, 195:12, 199:4, 200:17, 207:14, 211:1, 211:10, 211:17, 219:8, 219:13, 219:18, 228:11, 240:5, 240:9, 240:10, 240:14, 240:18, 253:16, 254:3, 261:22, 262:1, 262:13, 272:18, 291:18, 291:19, 291:23, 292:3, 292:10, 297:10, 298:1, 298:5, 307:25, 308:8, 308:10, 319:5, 327:19, 349:4, 349:6, 349:8
**watching** [16] - 193:17, 200:21, 201:4, 214:4, 229:22, 230:25, 231:1, 231:2, 240:1, 240:4, 253:24,

272:20, 273:5, 289:11, 292:1, 297:3

**weak** [3] - 194:5, 194:6, 198:11

**weakly** [2] - 199:20, 204:23

**Webb** [1] - 245:5

**week** [12] - 235:21, 236:6, 281:1, 281:13, 282:14, 285:25, 291:18, 295:5, 319:25, 335:4, 335:15, 338:16

**weekend** [3] - 319:25, 320:4, 320:5

**weeks** [2] - 242:24, 299:24

**weigh** [1] - 283:7

**welcome** [7] - 190:20, 208:16, 217:2, 236:18, 258:21, 340:12, 347:2

**well-informed** [1] - 200:20

**well-presented** [1] - 201:9

**west** [1] - 319:24

**whatnot** [1] - 290:24

**whatsoever** [1] - 357:5

**wheel** [1] - 349:11

**whistleblower** [1] - 348:11

**White** [2] - 211:25, 344:17

**WHITE** [2] - 186:19, 186:19

**whole** [2] - 198:23, 270:9

**wholesale** [2] - 250:3

**wife** [1] - 201:3

**wiggle** [1] - 358:24

**willing** [4] - 199:22, 204:16, 220:11, 226:1

**wing** [4] - 264:17, 265:4, 269:18, 319:24

**winnowed** [1] - 359:19

**winnowed-down** [1] - 359:19

**witness** [15] - 197:15, 222:12, 224:6, 225:6, 233:6, 242:1, 248:4, 278:6, 294:5, 302:6, 311:11, 311:12, 320:15, 328:22, 364:16

**witnesses** [4] - 202:14, 224:4, 225:1, 319:9

**wonder** [1] - 352:24

**wondering** [3] - 189:19, 255:19, 364:13

**word** [3] - 201:11, 202:4, 256:20

**words** [3] - 202:1, 269:20, 363:2

**workers** [2] - 235:25, 236:6

**workers'** [1] - 349:1

**workplace** [3] - 266:21, 266:25, 289:11

**works** [13] - 221:1, 247:10, 261:1, 265:6, 265:10, 267:4, 269:25, 270:22, 293:21, 301:19, 321:7, 340:24, 363:9

**world** [2] - 232:2, 328:20

**worried** [2] - 260:15, 329:5

**worry** [4] - 189:12, 216:1, 243:23, 302:22

**write** [3] - 276:3, 336:17, 356:12

**written** [7] - 193:4, 195:5, 318:16, 335:16, 335:22, 335:24, 336:18

**wrote** [1] - 315:3

## Y

**year** [4] - 248:7, 272:7, 274:7, 309:25

**years** [26] - 197:5, 197:24, 198:2, 203:13, 221:5, 239:11, 259:6, 265:18, 265:19, 265:20, 265:21, 266:6, 270:2, 274:8, 274:24, 287:3, 300:11, 302:13, 302:15, 309:25, 311:16, 333:15, 334:11, 343:18, 348:21, 348:23

**York** [3] - 256:12, 274:23, 350:9

**younger** [1] - 274:9

**yourself** [1] - 223:21

**yourselves** [1] - 357:20

**Youth** [1] - 189:22

## Z

**Zelda** [1] - 186:23