**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

                                        CR Action
                                        No. 1:21-670

        vs.                             Washington, DC
                                        July 20, 2022
STEPHEN K. BANNON,
                                        9:02 a.m.
            Defendant.

        TRANSCRIPT OF JURY TRIAL - DAY 3 - **MORNING SESSION**
            BEFORE THE HONORABLE CARL J. NICHOLS
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the U.S.:**          **AMANDA ROSE VAUGHN**
                       **MOLLY GULLAND GASTON**
                       U.S. ATTORNEYS OFC. FOR D.C.
                       555 4th Street NW
                       Washington, DC  20001
                       202-252-1793


**For the Defendant:**     **DAVID I. SCHOEN**
                       DAVID I. SCHOEN, ATTORNEY AT LAW
                       2800 Zelda Road, Suite 100-6
                       Montgomery, AL  36106
                       334-395-6611

                       **MATTHEW EVAN CORCORAN**
                       SILVERMAN THOMPSON SLUTKIN WHITE
                       201 N. Charles Street, 25th Floor
                       Baltimore, MC  21201
                       410-385-2225


**Reported By:**           **LORRAINE T. HERMAN, RPR, CRC**
                       Official Court Reporter
                       U.S. District & Bankruptcy Courts
                       333 Constitution Avenue, NW
                       Washington, DC 20001
                       lorraine_herman@dcd.uscourts.gov

# I N D E X

**WITNESS**                                                    **PAGE**

KRISTIN AMERLING

    Direct Examination by Ms. Vaughn                    620
    Cross-Examination by Mr. Corcoran                  684

# E X H I B I T S

**EXHIBIT**                                                    **PAGE**

Government's No. 3  Admitted into Evidence              643
Government's No. 4  Admitted into Evidence              651
Government's No. 6  Admitted into Evidence              666
Government's No. 7  Admitted into Evidence              670
Government's No. 8  Admitted into Evidence              676

1

2                          **P R O C E E D I N G S**

3          **DEPUTY CLERK:**  Good morning, Your Honor.  This is

4    criminal case year 2021-0670, United States of America

5    versus Stephen K. Bannon.

6          Counsel, please come forward to introduce

7    yourselves for the record beginning with the government.

8          **MS. VAUGHN:**  Good morning, Your Honor.

9          Amanda Vaughn and Molly Gaston for the United

10   States, and at counsel table is paralegal specialist Quiana

11   Dunn-Gordon and FBI Special Agent Frank D'Amico.

12         **THE COURT:**  Good morning.

13         **MR. CORCORAN:**  Good morning, Your Honor.

14   Evan Corcoran, David Schoen and Riane White on behalf of

15   defendant Stephen Bannon, who is present this morning.

16         **THE COURT:**  Good morning, everyone.

17         I understand there is an issue the government

18   would like to raise outside of the presence of the jury.

19         **MS. VAUGHN:**  Yes, Your Honor.

20         The government noted multiple news reports last

21   night that reported the defendant's opening as an argument

22   that this was a politically-motivated prosecution.  And if

23   lay people in the media understood it that way, then

24   certainly some of the lay people on the jury did.

25         So this effort to turn this case into a political

1    circus and a case about politics is why the government moved

2    in limine to exclude these arguments.  The Court granted it.

3    But it seems the defendant is trying to find ways around it.

4              And the reason we want to bring it up this morning

5    is because we think it's going to come up with both

6    witnesses today, and we're not sure there's going to be a

7    break before the defendant begins to question the first

8    witness.  So we want to make sure that there are protections

9    in place, because the first question shouldn't even be

10   allowed to be asked.

11             So there are two ways that we foresee the

12   defendant trying to claim that he can ask about political

13   motivations here.  One is bias.  A claim that an individual

14   member of Congress' motives to subpoena the defendant or

15   refer him for contempt is somehow relevant or somehow goes

16   to bias.  It does not.

17             As we have briefed extensively, as SCOTUS has made

18   clear, bias is only relevant as to the individual testifying

19   witness's motive or reason to testify inaccurately because

20   they favor one side or the other.

21             So when Ms. Amerling is testifying, there

22   shouldn't be one question about the personal motivations of

23   Representative Thompson in subpoenaing the defendant.  There

24   shouldn't be one question about why one person or another

25   voted for contempt.

1          I mean, the Supreme Court slammed the door on that

2   50 years ago in *Barenblatt* and *Watkins*, and it doesn't go to

3   Ms. Amerling's bias.  There shouldn't be one question about

4   whether the House of Representatives is a body concerned

5   with politics.

6          They need to articulate a good faith basis to ask

7   the specific witness about that specific witness's potential

8   for bias.

9          **THE COURT:**  So just let me understand this.  You

10  agree that Mr. Bannon can attempt to show that a particular

11  witness is biased.  And then the question is just, What is

12  fair game for the particular witness?

13         So as to Ms. Amerling, what, in your view, is or

14  is not fair game as to her bias?

15         **MS. VAUGHN:**  If she -- if they have a good-faith

16  basis to ask her about her favor about one side or the other

17  in this case, they can do that.  They cannot ask her --

18         **THE COURT:**  It seems to me that is consistent with

19  where I was on your Motion in Limine where I said -- or

20  something to the effect of -- Government asked me to

21  preclude Mr. Bannon from making improper arguments that

22  politicalize the case.  I agree that such arguments would be

23  inappropriate.  This is not a forum for partisan politics,

24  and I will not allow it to become one.  But I will not

25  prevent the defendant from attempting to show bias when

1    cross-examining witnesses.  There's a fine line to be drawn

2    here, and I expect the parties to respect it.

3           So there are some questions, in your view, that

4    would be appropriate as to Ms. Amerling but not others?

5           **MS. VAUGHN:**  Yes, Your Honor.

6           And given the opening yesterday and the clear

7    implications that it made, there are processes that this

8    Court can use to make sure that not even the first

9    inappropriate question gets out.

10          I think there is a clear record here now that the

11   defendant plans to try to skirt this Court's order.  And the

12   government thinks it would be appropriate and warranted

13   under the rules.

14          Rule 103 provides explicitly for this situation to

15   require the defendant to proffer the specific questions he

16   plans to ask on this, outside the presence of the jury, so

17   the jury doesn't hear one more word about this case being a

18   political prosecution.

19          **THE COURT:**  ,Okay.  That's bias.

20          **MS. VAUGHN:**  The second way the government thinks

21   that this is going to come up is this idea of testing the

22   thoroughness of the investigation.

23          Yesterday defense counsel claimed that asking an

24   FBI agent about the vote count of the referral and whether

25   they interviewed people who voted against it is somehow

1   about testing the thoroughness of investigation; that is a

2   half statement of the law.

3          Defendants are allowed to ask questions about

4   investigative steps that law enforcement took when they have

5   a good faith basis to believe there is an exculpatory piece

6   of evidence that the investigators either knew about or

7   should have known about and didn't follow up on.  This comes

8   up in murder cases where investigators have information that

9   someone else committed the offense and they didn't follow up

10  on it.

11         They are not allowed to just ask law enforcement

12  about what they did and did not do to suggest there is some

13  mystery piece of exculpatory information that no one knows

14  about.  So what piece of exculpatory information does some

15  random member of Congress that voted against referral have

16  about whether the defendant got a subpoena, whether he

17  defied the deadlines and whether his defiance was willful?

18         What they actually want to do here is to suggest

19  to the jury that it is somehow persuasive evidence that

20  members of Congress, which they have now characterized as a

21  solely-political body, did not vote to refer the defendant

22  for contempt.

23         The vote count of that referral is irrelevant.  It

24  goes just to the political biases and motives of potential

25  members, which is irrelevant to the facts and the elements

1   that the jury is being asked to decide.

2           In fact, I don't even think they have a good faith

3   basis to ask why or whether the law enforcement interviewed

4   Bennie Thompson.  They haven't identified a piece of

5   exculpatory information that he might have.  So they can't

6   use these principles of cross-examination to cover their

7   effort to inject politics and suggest that this is

8   politically motivated.

9           So we think, again, that before the defendant is

10  allowed to ask a single question on that issue, he should be

11  required to proffer the questions outside of the jury's

12  presence.

13          **THE COURT:**  Thank you, Ms. Vaughn.

14          Mr. Corcoran, let's start with bias.

15          I've already decided -- I mean, I issued my ruling

16  such that it was because it was fairly acontextual about

17  politicizing this case, but I did recognize that you asked

18  questions about bias.  But don't you agree that it has to be

19  limited to the bias of the particular witness?

20          **MR. CORCORAN:**  Well --

21          **THE COURT:**  I got a witness testifying.  Bias

22  cross-examination is about whether the witness is biased.

23          **MR. CORCORAN:**  I understand, Your Honor, yeah.

24          I mean, the answer is, the witness is on the

25  stand, and our cross-examination will depend on the

1    testimony of the witness.  I know government counsel would

2    love a script of our cross-examination, which can't be

3    produced until the witness testifies.

4            In terms of bias, we are certainly able to ask her

5    about anything that we find would bear on her credibility.

6    And the jury instruction sets out, in terms of adjudicating

7    the credibility of the witnesses, the bounds of that.  And

8    that's what we're going to stick within.  I know counsel

9    seems to be worried about us turning this into a political

10   circus.  That's not our intention and that was not done in

11   opening.

12           I stand by the opening.  And I think it was

13   clearly on the line, and there was nothing to say that

14   anything other than the evidence that they're going to hear

15   in this case, that they have to listen to it carefully to

16   determine whether there's bias.

17           **THE COURT:**  Okay.

18           So here, as to both witnesses, at least the two

19   the government has said it will call, you're limited to

20   asking questions about why that witness might be biased.

21   And to the extent that you start to ask questions that veer

22   into whether someone else, who is not the witness, might be

23   biased, either as a body or as an individual, will in my

24   view be inappropriate.

25           And to the extent that I think the questions are

1    getting into that, I will stop you and I will require you to

2    proffer before completing the question, why you think that

3    the question, rather than going to the -- why it goes to the

4    specific witness's bias rather than something else.

5            **MR. CORCORAN:**  I don't -- I understand the Court's

6    ruling, and I don't envision this to be a stop-and-go

7    cross-examination based on what's been said this morning.

8            I do want to identify one other issue to keep in

9    mind -- so if there is some objection, and if there is some

10   follow-up -- and that is, part of our Sixth Amendment right

11   to confrontation involves questioning and eliciting

12   information about a witness against Mr. Bannon.

13           And in this case, the witness who is on the stand

14   is staff, but she is testifying about things that were done,

15   actions that were taken by members of Congress, including

16   Chairman Thompson.  And we're about to hear, I know, a

17   discussion about a series of letters that will represent

18   actions taken by Chairman Thompson.  I know, because of the

19   Court's ruling, that we're not talking about the content of

20   the letter, and they're not being introduced for that

21   purpose.

22           But he's taken actions.  And to the extent that

23   our cross-examination can get at the actions that are taken

24   by anyone involved with the Committee, that are being

25   presented through this witness, we need to have the ability

610

1      to do that.  And I think it can be done without crossing the

2      line of fair examination.

3              **THE COURT:**  So I just want to -- I understood the

4      point, but what I couldn't quite get at the end is, and

5      therefore what?

6              Are you saying that you believe that you are

7      allowed to ask the witness testifying about the bias or

8      potential bias of anyone on the Committee?

9              **MR. CORCORAN:**  Yes.

10             Let's say she says, Chairman Thompson did X.  I'm

11     allowed to ask her if she knows, Did Chairman Thompson do X

12     because of this issue?  And she can answer yes or no.

13             But I certainly, through this witness, I can get

14     at whether she knows whether any action was taken by

15     Chairman Thompson.

16             **THE COURT:**  What about members of the Committee

17     other than Chairman Thompson?

18             **MR. CORCORAN:**  I don't plan to ask about any other

19     members at this stage.

20             **THE COURT:**  So I'll hear from Ms. Vaughn on that

21     question.

22             So now let's turn to the -- no, no, no.  Hold on a

23     second.  I apologize.  What I meant was I want to hear from

24     her on that, the bias question.  But she also raised the

25     question whether and to what extent you can ask questions of

1    the agent witness about the thoroughness of the

2    investigation.

3            **MR. CORCORAN:**  Yeah, it's totally fair game.  I

4    know she mentioned something in the murder context where

5    there's some suggestion that we're -- that the defendant is

6    talking about a mystery culprit or something like that.

7    That's not it at all.

8            What we said yesterday when the husher was on and

9    what we stand by, which is, if there's an agent on the stand

10   who says, I took these steps in this investigation.  I'm

11   investigating whether a crime took place, and I interviewed

12   this person, A, B and C.  I'm allowed to ask them, Why

13   didn't you?  If you didn't, why didn't you interview person

14   D, who was present, who had knowledge and who, you know, for

15   instance, expressed on the House floor a view of what

16   happened?  Totally fair game.

17           And, you know, it's not telling the jury that --

18   it's telling the jury that, when they're evaluating an

19   investigator's decision-making about whether a crime was

20   committed, that they interviewed and considered all

21   available evidence that might be exculpatory.

22           **THE COURT:**  Thank you.

23           **MR. CORCORAN:**  Thank you, Your Honor.

24           **THE COURT:**  So, Ms. Vaughn, let's start with the

25   bias point.

1          **MS. VAUGHN:**  Your Honor, I think Mr. Corcoran just

2     admitted that they want to ask whether issuing the subpoena

3     or requiring him to comply was politically motivated.

4          I don't know how much more clearly the Supreme

5     Court could have said in *Watkins* and *Barenblatt* that that is

6     irrelevant.  They can ask questions about, is this category

7     of records that you're seeking pertinent to the

8     investigation?  They can do that all they want.

9          **THE COURT:**  They can ask -- it's clear that they

10     can ask questions that go to whether the particular witness

11     and her testimony is biased.

12          **MS. VAUGHN:**  Yes.

13          **THE COURT:**  Now, the question is -- because

14     Chairman Thompson is not here and is at least the signatory

15     of the letters and is  the Chairman of the Committee and is

16     the one who had the authority, as she testified yesterday,

17     to have signed the subpoenas -- they can ask about when he

18     did those things that he's not here himself to testify

19     about, whether he was biased in doing so.  And your view is

20     that is out of bounds because bias cross-examination goes to

21     testimony.

22          **MS. VAUGHN:**  Yes.

23          What they are trying to argue about instead is

24     that somehow the subpoena itself was illegitimate and

25     politically motivated or that --

1        **THE COURT:**   Okay.   I have that.

2            So here's my ruling on this question:   The

3    defendant may ask questions that go to whether the witness

4    we have here is biased in her testimony but may not ask

5    questions whether someone else was biased in an action that

6    they took outside of this courtroom.

7            Even as to her bias, I get that there are some --

8    that there may be some questions that cross the line, and I

9    will police that line the best that I can.   Okay?

10           So now let's talk about the investigation, the

11   completeness of the investigation.

12       **MS. VAUGHN:**   Yes.

13           So I heard Mr. Corcoran say --

14       **THE COURT:**   Why wouldn't that go to, for example,

15   pertinency?

16           You know, one of the elements here is that the

17   subpoena has to be pertinent to the investigation, the

18   information sought has to be pertinent.   Did you, Agent, in

19   deciding and investigating whether it was, in fact,

20   pertinent, who did you talk to?   Did you talk to these

21   people who might have had a different view?

22       **MS. VAUGHN:**   So that line of questioning, and what

23   I heard Mr. Corcoran say is that somehow it is relevant.   He

24   said, The jury is going to be asked to evaluate

25   investigators' decisions about whether a crime had been

1    committed.  That's inappropriate.

2          We would never suggest to the jury that they

3    should find a crime has been committed because a police

4    officer thinks one has been.  And this is exactly, sort of,

5    the cover that the government thinks the defendant is trying

6    to use to say, Well, you didn't interview Representative

7    McCarthy, who didn't think that these facts met the elements

8    of the crime.

9          Whether Representative McCarthy thought the facts

10   met the elements of the crime is irrelevant.  The question

11   is, Did the investigators ignore some exculpatory evidence?

12         And with respect to attorneys' questions across

13   the board, we always have to have a good faith basis to ask

14   about a fact.  We have to have a good faith basis to believe

15   that there is a fact there and just to ask --

16         **THE COURT:**  Okay.

17         Here's where I am on this one.  I'm going to take

18   it under advisement.  It seems to me that we are not at the

19   cross-examination of the agent stage yet.  I want to reflect

20   on this.  I understand the government's position.  I

21   understand your position, Mr. Corcoran, Mr. Bannon.

22         I, at a minimum, will reserve until we finish with

23   Ms. Amerling and perhaps until we finish with the direct of

24   the agent witness.  Okay?  But I understand the positions.

25         **MS. VAUGHN:**  And one other thing I wanted to note

1       is also the questions about the vote count of the referral.

2       We think should that be precluded entirely because the

3       body -- the House is a body.  It acts as a body.

4               The specific vote count is irrelevant.  And it

5       suggests -- it improperly suggests to the jury that because

6       certain members of Congress didn't want this to be

7       investigated, it's somehow persuasive evidence that a crime

8       didn't occur.

9               **THE COURT:**  Right.  I understand.

10              I think to think through that, I need to see the

11      rest of Ms. Amerling's testimony and, to the extent that

12      it's not relevant in her cross, the agent's testimony.  So

13      I'll treat that as -- I understand the point.

14              I, again, do not intend for this to become a

15      political case, a political circus, forum for partisan

16      politics.  You have acknowledged, and I have as well, that

17      bias of a witness is relevant, but it has to be about the

18      witness testifying.

19              This question, it's not even clear to me that it's

20      going to be within the scope of the direct of either

21      witness, so I understand the point.  I'm going to take that

22      under advisement as well and police as I feel appropriate.

23      Okay?

24              Thank you.

25              **MS. VAUGHN:**  Thank you.

1          **THE COURT:**  Mr. Schoen, good morning.

2          **MR. SCHOEN:**  I'm sorry.  I just think there's one

3    other issue that ought to be raised so we don't run into

4    problems on cross and so that I can preserve the record.

5          The government yesterday -- we've been told since

6    the start of this case, of course, that the reason

7    Mr. Bannon didn't comply with the subpoena is irrelevant.

8    He got a valid subpoena.  Didn't show up.  Unless it was an

9    accident, it's not irrelevant.

10         Yesterday the government opened and told the jury

11   that Mr. Bannon got the subpoena, and he decided he's above

12   the law.  That's a reason.  He decided he's above the law.

13   And it's not a reason that comports with the facts as we

14   know them to be.  That is, Mr. Bannon, according to the

15   Costello affidavit and so on -- declaration and so on,

16   believed he was fully complying with the law; that he wasn't

17   permitted to comply with the subpoena; that his lawyer told

18   him, You can't comply with the subpoena.  He thought he was

19   complying with the law, not above the law.

20         As I understand it, at least, we will not be able

21   to go into, on cross-examination, the reasons that

22   Mr. Bannon gave to the Committee as to why he didn't comply;

23   that is, he relied on his advice of counsel --

24         **THE COURT:**  I understand the reasons.

25         **MR. SCHOEN:**  Yes, Your Honor.

1          And, therefore, I think that raises now a right of

2     confrontation violation because the jury has been told his

3     reason was he decided he was above the law.  I don't think

4     you can have it both ways, say reason is irrelevant and the

5     defense is barred from showing what their reason was.

6          So questions to Ms. Amerling would be along these

7     lines that, you know, Mr. Bannon clearly told you through

8     Costello that he relied on the advice of counsel that he

9     wasn't complying because executive privilege barred him from

10    complying.

11         All of those kinds of things we talked about,

12    those are all barred as defenses.

13              **THE COURT:**  I understand the point.

14              **MR. SCHOEN:**  Thank you, Your Honor.

15              **THE COURT:**  Ms. Vaughn, what is your response to

16    this?

17              **MS. VAUGHN:**  Your Honor, again, as we've said many

18    times, we have to show that there was not some lingering

19    objection that hadn't been resolved.  That's the point.

20         The argument about the defendant being -- deciding

21    he's above the law, we have to prove that his violation of

22    the subpoena was deliberate.  A choice not to comply, in our

23    view, is a decision that you are above the authority of

24    Congress.

25              **THE COURT:**  Yeah, it may have not been, in light

1    of all of the rulings I've made, the most artful choice.

2    But it seemed to me that you were very likely making the

3    point that the defendant did not comply with the subpoena in

4    the way that the government alleges he was required to do,

5    and in that sense was acting as if he was above the law.

6    And for that reason, I do not believe, as I said yesterday,

7    that we opened the door to all issues that heretofore have

8    been excluded.

9         So I am not -- so the point is preserved for the

10   record, Mr. Schoen.  To the extent this is a motion to

11   reconsider those prior rulings or to permit evidence that

12   was previously excluded because of the opening, it's denied.

13   Okay?

14        **MS. VAUGHN:**  And I'll note too if the defense

15   would like to go back to us redacting the letters, we can do

16   that.  We're just trying to establish that there wasn't an

17   outstanding objection that has to be resolved.

18        **MR. SCHOEN:**  Your Honor, let me make clear then

19   for the record, this has nothing to do with redacting the

20   letters.  The defense in this case --

21        **THE COURT:**  I'm on it.  I got it.

22        **MR. SCHOEN:**  I have to say this, Judge, if I may.

23   The defense was:  I complied with the law.  I followed the

24   law.  I did what the law required me to do.

25        **THE COURT:**  Mr. Schoen, your point is very well

1    articulated already.  It's on the record.  Just because the

2    government has a view of it doesn't mean you haven't made

3    the point.  I understand the point.

4              **MR. SCHOEN:**  Thank you, Your Honor.

5              **THE COURT:**  Ms. Lesley, could you please bring the

6    jury in?

7              **DEPUTY CLERK:**  Should we bring the witness in,

8    Your Honor, or do you want us to wait?

9              **THE COURT:**  Bring the witness in.  Thank you for

10   asking.

11             Good morning, ma'am.

12             **THE WITNESS:**  Good morning, Your Honor.

13             **THE COURT:**  We are just going to bring the jury

14   in.

15       (Jury entered the courtroom at 9:26 a.m.)

16             **DEPUTY CLERK:**  Your Honor, we are now back on the

17   record.

18             **THE COURT:**  Good morning, everyone.  Thanks for

19   being here again this morning.

20             I wanted to make just one housekeeping notice,

21   which relates to the wearing of masks in this courtroom and

22   as you retire to the break room and then deliberate.

23             My view is that in the break room, essentially in

24   the courtroom that you are in, you are free to wear masks or

25   not as you would choose.  If you want to have a conversation

1    about it, that's fine too.  But in my view, people should

2    feel free -- you 14 should feel free to essentially decide

3    as a group however you would like to behave there.

4           As for the courtroom, now that we have a jury, now

5    that we are up and running, my view is that no one inside

6    the well, so basically the front row, which includes members

7    of my staff, counsel table, the jury in the courtroom here,

8    is required to wear a mask.

9           So people inside the well, anyone inside the well

10   may, if he or she likes, take off your mask, but you are not

11   required to.

12          I would ask that everyone else -- I will not even

13   ask -- I would require everyone else who's not inside the

14   well, partly because those people are coming in and out and

15   the like, to keep your masks on.

16          So with that, Ms. Vaughn.

17        **MS. VAUGHN:**  Thank you, Your Honor.

18        **DIRECT EXAMINATION OF KRISTIN AMERLING (CONTINUED)**

19   BY MS. VAUGHN:

20   **Q.**   Good morning, Ms. Amerling.

21   **A.**   Good morning.

22   **Q.**   Yesterday when you were testifying, we left off --

23   we were talking about the subpoena that the Select Committee

24   had issued to the defendant.  So I would like to pick up

25   there.

1          **MS. VAUGHN:**  Ms. Dunn-Gordon, if we could bring up

2    Government's Exhibit 2, which is already in evidence.

3    **BY MS. VAUGHN:**

4       **Q.**   And, Ms. Amerling, just to remind us all where we

5    are, we had talked about this page yesterday, the actual

6    subpoena.  And can you just remind us when and at what --

7    what day and what time the subpoena required the defendant

8    to provide documents relating to his involvement in

9    January 6th?

10      **A.**   Yes.  The document production deadline was

11   October 7th, 2021, at 10:00 a.m.

12      **Q.**   And can you remind us when the defendant was

13   supposed to appear for his deposition to answer questions

14   about his involvement in January 6th?

15      **A.**   The time for his deposition was October 14th,

16   2021, at 10:00 a.m.

17         **MS. VAUGHN:**  I'd like to go to Page 3 of

18   Government's Exhibit 2.

19   **BY MS. VAUGHN:**

20      **Q.**   Ms. Amerling, is this another document or page

21   that was included with the subpoena that went to the

22   defendant?

23      **A.**   Yes, it was.

24      **Q.**   And can you just explain for the jury what purpose

25   this page serves within the subpoena document that's sent to

1     the defendant?

2          **A.**    This is a letter that informs the recipient of the

3     subpoena about the purpose and authority for the

4     investigation that the Select Committee is conducting and

5     gives the recipient a sense of the kinds of information that

6     the Select Committee is seeking.

7          **Q.**    And is this letter sent on behalf of the

8     Committee?

9          **A.**    Yes, it is.

10         **Q.**    And in your role as the Deputy Staff Director and

11    Chief Counsel, did you participate in putting this entire

12    10-page document together for the defendant?

13         **A.**    I did.

14         **Q.**    So who is this letter from or who signs on behalf

15    of the Committee?

16         **A.**    The Chairman signs the letter, Chairman Bennie

17    Thompson.

18         **Q.**    We see at the top that the letter is to

19    Mr. Bannon, care of his counsel, which you discussed

20    yesterday.  So let's look at some of what the Committee told

21    the defendant about the subpoena?

22              **MS. VAUGHN:**  Ms. Dunn-Gordon, could we zoom in on

23    the first two paragraphs, please?

24    **BY MS. VAUGHN:**

25         **Q.**    All right.  So after the greeting it says,

1    "Pursuant to the authorities set forth in House Resolution

2    503 and the rules of the House of Representatives."  House

3    Resolution 503, is that what we were looking at earlier

4    yesterday, the resolution that authorized the Committee?

5        A.    That's correct.

6        Q.    And then it says that "The Select Committee hereby

7    transmits a subpoena compelling you to produce the documents

8    set forth in the accompanying schedule by October 7th and to

9    appear for a deposition on October 14th."

10            Can you just explain briefly what is meant by

11   "compelling"?

12       A.    That's a reference to the fact that the letter

13   accompanies a subpoena that requires the recipient to

14   produce the documents by that deadline and appear for a

15   deposition by the deadline stated under the potential threat

16   of criminal liability for refusing to comply.

17       Q.    And the second paragraph there, can you please

18   read that paragraph?

19       A.    It says, "The Select Committee is investigating

20   the facts, circumstances, and causes of the January 6th

21   attack and issues relating to the peaceful transfer of

22   power, in order to identify and evaluate lessons learned and

23   to recommend to the House and its relevant committees,

24   corrective laws, policies, procedures, rules or regulations.

25   This inquiry includes examination of how various individuals

1    and entities coordinated their activities leading up to the

2    events of January 6, 2021."

3        Q.   Ms. Amerling, there's a reference there -- we

4    talked yesterday about the January 6th attack.  But there's

5    a reference there to the investigation into the "peaceful

6    transfer of power".  What is that referring to?

7        A.   That is the part of our democratic process that

8    involves the transfer of power when an incumbent President

9    loses an election and transfers power to the incoming

10   President who is elected.

11       Q.   And so was the transfer of power between the

12   former President and the new President an issue that the

13   Committee was focused on?

14       A.   That's correct.  One of the events of January 6

15   was the joint session of Congress where the House and Senate

16   certify the vote that the American public has cast in the

17   presidential election.

18           MS. VAUGHN:  Ms. Dunn-Gordon, can we zoom in on

19   the bottom part of this letter?

20   BY MS. VAUGHN:

21       Q.   So the next paragraph starts with "The Select

22   Committee has reason to believe that you have information

23   relevant to understanding important activities that led to

24   and informed the events of the Capitol on January 6th,

25   2021."

1    Does the paragraph then go on to list some of the

2  reasons the Committee had a reason to believe the defendant

3  might have information relevant to its investigation?

4    **A.**   That's correct.

5    **Q.**   And what is the purpose of informing the defendant

6  the reasons that the Committee thinks he might have relevant

7  information?

8    **A.**   So the individual can have a sense of the type of

9  the information that the Committee was seeking from him or

10  her.

11    **Q.**   What is the first reason that the letter told the

12  defendant the Committee had --

13    **MR. CORCORAN:**   Your Honor, we ask for a limiting

14  instruction again.

15    **THE COURT:**   Yes.

16    So, as I said yesterday, this page, as you may

17  recall, ladies and gentlemen of the jury, is admitted for

18  the purpose of demonstrating that it was provided -- it was

19  the Committee's position and was provided to Mr. Bannon.

20  But it is not -- I am not admitting it for the proof -- to

21  prove, for example in this paragraph, whether it is in fact

22  true, the assertions that are in here.

23    This is being admitted to show that this was the

24  Committee's position, not what the Committee was saying

25  about these subjects in this paragraph are, in fact, true.

1          **MS. VAUGHN:**   Thank you, Your Honor.

2    **BY MS. VAUGHN:**

3          **Q.**   Ms. Amerling, what is the first reason that the

4    letter told the defendant the Committee believed he had

5    relevant information?

6          **A.**   The letter says, "You have been identified as

7    being present at the Willard Hotel on January 5th during an

8    effort to persuade members of Congress to block the

9    certification of the election the next day and in relation

10   to other activities on January 6th."

11         **Q.**   All right.  And January 5th, the day before the

12   attack -- what is the Willard hotel?

13         **A.**   The Willard Hotel is a hotel in Washington, D.C.,

14   where it had been reported at that time that numerous

15   individuals who were involved in discussing potential plans

16   and strategies relating to the events of January 6th were

17   staying or were meeting.

18         **Q.**   And the reference to block the certification of

19   the election, is that the same thing that you were talking

20   about earlier about the joint meeting of Congress to

21   finalize the transfer of power?

22         **A.**   That's correct.

23         **Q.**   What is the next thing that the letter explains to

24   the defendant about why the Committee believed he had

25   relevant information?

1      **A.**    The next sentence says, "You are also described as

2   communicating with then-President Trump on December 30,

3   2020, and potentially other occasions, urging him to plan

4   for and focus his efforts on January 6th."

5      **Q.**    Then, finally, it says, "Moreover, you are quoted

6   as stating on January 5th that all hell is going to break

7   loose tomorrow."

8            Now, the paragraph ends with "Accordingly, the

9   Select Committee seeks both documents and/or deposition

10   testimony regarding these and multiple other matters that

11   are within the scope of the Select Committee's inquiry."

12            So the three things that are listed here, were

13   those the only things that gave the Committee a reason to

14   believe the defendant might have information relevant to

15   this investigation?

16      **A.**    No, they were intended to be a representative

17   sample.

18      **Q.**    All right.

19            Yesterday when we were looking at the subpoena

20   itself, we saw a reference to a schedule of things that the

21   subpoena required the defendant to provide by October 7th.

22   So I want to take a look at that now.

23            **MS. VAUGHN:**    Ms. Dunn-Gordon, if we could go to

24   Page 4 of Government's Exhibit 2.

25

BY MS. VAUGHN:

Q.   Ms. Amerling, this document is titled "Schedule" and is this the list of items that the subpoena required the defendant to provide?

A.   That's correct.

Q.   All right.  And does it actually continue on to the next page as well?

A.   It does.

Q.   All right.  There is an introductory paragraph there.  I want to start by looking at that.

MS. VAUGHN:  Ms. Dunn-Gordon, if we could zoom in to that.

BY MS. VAUGHN:

Q.   And, Ms. Amerling, could you please read this paragraph for us?

A.   It says, "In accordance with the attached Definitions and Instructions, you, Stephen K. Bannon, are hereby required to produce all documents and communications in your possession, custody, and control, including any such documents or communications stored or located on personal devices (e.g., personal computers, cellular phones, tablets, etc.), in personal or campaign accounts and/or on personal or campaign applications (e.g. email accounts, contact lists, calendar entries, etc.) referring or relating to the following items.  If no date range is specified below, the

1    applicable dates are for the time period April 1, 2020

2    through the present."

3         Q.   It says, "documents or communications stored in

4    personal or campaign accounts or on personal or campaign

5    applications."  Can you explain what is meant there by a

6    reference to a personal or a campaign account?

7         A.   Yes.  Mr. Bannon and others who we have subpoenaed

8    as part of this investigation, some of them have played

9    roles in campaigns.  So to the extent that there is

10   information relevant to the subpoena that's in a

11   campaign-related account, that's what that's referring to.

12   Personal accounts are personal emails and other documents

13   that might be in an individual's personal possession.

14        Q.   Then let's look at the rest of this schedule.  So

15   how many categories of documents did the subpoena require

16   the defendant to provide to the Committee?

17        A.   Seventeen categories.

18        Q.   And, generally, how did the Committee identify

19   each of these categories of documents as items that the

20   defendant might have information about?

21        A.   These categories cover activities that the Select

22   Committee had reviewed and researched that related to the

23   events that took place on January 6th.

24        Q.   And in your role, did you participate in putting

25   this list together?

1      A.    I did, yes.

2      Q.    And did each of the categories of records listed

3  here relate to the investigation in some way?

4      A.    They did.

5      Q.    All right.  Let's look at a few examples.

6           MS. VAUGHN:  So, Ms. Dunn-Gordon, could we just

7  zoom in on the first two, please?

8  BY MS. VAUGHN:

9      Q.    Ms. Amerling, what is the first category that the

10  defendant was required to produce documents relating to?

11      A.    It reads:  "The January 6th, 2021, rally on the

12  mall and Capitol grounds in Washington, D.C. in support of

13  President Donald J. Trump and opposition to certification of

14  the results of the 2020 presidential election, including any

15  permitting, planning, objectives, financing and conduct, as

16  well as any communications to or from any person or group

17  involved in organizing or planning for the January 6th,

18  2021, rally."

19      Q.    Ms. Amerling, you mentioned yesterday the actual

20  breach of the Capitol, but what is the reference there to a

21  rally on the mall?

22      A.    There was a rally in the area of the White House

23  that took place immediately preceding the attack on the

24  United States Capitol.

25      Q.    And so how did the permitting or the planning or

1    things like that related to that rally relate to the

2    Committee's investigation into January 6th?

3        A.    Many of the individuals who participated in the

4    attack on the Capitol said that they were motivated by a

5    belief that the election had been stolen.  Many of those

6    individuals also had attended the rally that immediately

7    preceded the attack on the Capitol where numerous speakers

8    at the rally had reiterated the claim that the election had

9    been stolen and directed participants to march on the

10   Capitol.  The Select Committee is reviewing the extent to

11   which there is a connection between these events.

12       Q.    Let's turn to item 2.  Can you please read that

13   item?

14       A.    It says, "Then-President Trump's participation in

15   the January 6, 2021 rally, including any communications with

16   President Trump or any paid or unpaid attorney, advisor, aid

17   or assistant to President Trump, relating to the nature,

18   context or content of President Trump's intended or actual

19   remarks to those attending the January 6, 2021, rally."

20       Q.    Can you explain how the defendant's potential

21   communications relating to the former President's remarks at

22   the rally were relevant to the Committee's investigation?

23       A.    Yes.  The former President was among those at the

24   rally who reiterated the claims that the election had been

25   stolen and directed participants to march the Capitol.

1          We understood that Mr. Bannon had been in

2    communication with the President in the weeks leading up to

3    the January 6th events, and we wanted to understand what he

4    could tell us about the connection between any of these

5    events.

6        Q.    And was it the Committee's understanding that the

7    defendant had a formal role in the former President's White

8    House or with respect to his campaign?

9        A.    The Committee's understanding was that Mr. Bannon

10   was a private citizen.

11       Q.    So what information did the Committee have that

12   led it to believe that he might have records relating to

13   ongoing communications with the former President?

14       A.    There had been a number of public reports stating

15   that Mr. Bannon had been in communication with White House

16   officials, including former President Trump, in the weeks

17   leading up to the January 6th events.

18       Q.    Let's look at a couple of other examples from this

19   list.

20           MS. VAUGHN:    Ms. Dunn-Gordon, if we could zoom in

21   on 5 and 6, please.

22   BY MS. VAUGHN:

23       Q.    Ms. Amerling, Number 5 relates to records relating

24   to the "The War Room podcast."  Can you explain what "The

25   War Room podcast" is a reference to?

1      **A.**   That is a reference to the podcast run by

2   Mr. Bannon.

3      **Q.**   And how did records relating to the War Room

4   podcast relate to the Committee's investigation?

5      **A.**   On the War Room podcast, Mr. Bannon had, in the

6   weeks leading up to the January 6th attack, made repeated

7   claims that the election had been stolen.  And the day

8   before the attack had made statements including, "All hell

9   is going to break loose tomorrow," and other statements that

10  suggested that he might have had advanced knowledge of the

11  events that were going to take place on January 6th.

12     **Q.**   And Item 6 there asks for records relating to

13  "March for Trump".  What is that referring to, "March for

14  Trump"?

15     **A.**   That is one of the organizations that we

16  understood was involved with publicizing the rally and

17  helping encourage people to come to D.C. for the events of

18  January 6th.

19     **Q.**   Let's look at a few more examples on the next

20  page.

21         **MS. VAUGHN:**  Ms. Dunn-Gordon, if we could go to

22  the next page and zoom in on Items 11 and 12, please.

23  **BY MS. VAUGHN:**

24     **Q.**   All right.  Ms. Amerling, Number 11 asks for

25  "Records relating to anyone with whom you communicated by

1    any means with respect to efforts, plans or proposals to

2    contest the 2020 presidential election results or delay,

3    influence or impede the electoral count, including but not

4    limited to communications with Boris Epshteyn, Kashyap

5    Patel, and Ezra Cohen-Watnick."

6         First, this reference to the electoral count, what

7    is that a reference to?

8    **A.**   That's what -- the count of the electors that took

9    place in a Joint Session on January 6th.

10   **Q.**   And the names that are listed here, who are they?

11   **A.**   Based on public accounts, we had understood that

12   Boris Epshteyn was an outside advisor to the President and

13   his associates, and he had been engaged in helping promote

14   claims that the election had been stolen.

15        Kashyap Patel and Ezra Cohen-Watnick were both

16   high-ranking officials in the Defense Department, and one of

17   the responsibilities of the Select Committee was to

18   investigate the role of federal agencies, including the

19   Defense Department, in preparing for and defending against

20   the attack on the Capitol.

21   **Q.**   So with that, how -- if the defendant had had any

22   communications with these individuals, how would that have

23   related to the Committee's investigation?

24   **A.**   The Committee was charged and is charged with

25   investigating the facts, circumstances and causes of the

1   January 6th attack on the Capitol and interference with the

2   peaceful transfer of power.

3           Information we were seeking from this subpoena and

4   from other efforts to obtain information informs the

5   Committee's understanding of the attack.

6   **Q.**   Item 12 says -- or requires "Records relating to

7   all public relations, advertising or other communications

8   efforts to persuade Americans that the election was stolen

9   or to attend the rally on January 6th."

10          How were records relating to that relevant to the

11  Committee's investigation?

12  **A.**   Committee's investigation was looking at the facts

13  and circumstances leading to the attack, including

14  statements and activities that might have motivated or

15  influenced the attack.

16          As I described earlier, many of the individuals

17  who participated in the attack said they were motivated by a

18  belief that the election had been stolen.

19  **Q.**   And what was it the Committee thought the

20  defendant might have related to this item?

21  **A.**   We were looking for information that may have been

22  able to shine a light on why he was making statements that

23  the election was stolen.

24  **Q.**   All right.  I want to look at just a couple more.

25          **MS. VAUGHN:**  Ms. Dunn-Gordon, if we could zoom in

1     on items 15 through 17.

2     **BY MS. VAUGHN:**

3          **Q.**    Ms. Amerling, what is item 15?

4          **A.**    It demands information on "Any communication

5     regarding any of the foregoing topics with Proud Boys, Oath

6     Keepers, Three Percenters and Alex Jones.

7          **Q.**    And what is that a reference to?

8          **A.**    This is an effort to ask Mr. Bannon whether he has

9     information relating to several groups who had members who

10    were among those who participated in the attack on the

11    Capitol, Proud Boys, Oath Keepers and Three Percenters.

12              Mr. Alex Jones was a media figure who had been

13    making repeated claims publicly on his platforms in the

14    weeks leading up to the attack that the election had been

15    stolen.

16              And, again, the Committee was seeking information

17    relevant to understanding the relationship or potential

18    relationship between the different individuals and

19    organizations that played a role in the events of

20    January 6th.

21         **Q.**    And when you say "the relationship or potential

22    relationship," are you referring to any relationship that

23    the defendant may have had with these individuals?

24         **A.**    We wanted to ask him what he knew.

25         **Q.**    And with respect to this item, what does that --

1    what do you mean by that, "what he knew"?

2         A.    What did he know, if he did know anything, about

3    the relationship that the Proud Boys, Oath Keepers,

4    Three Percenters and Alex Jones may have had to the events

5    of January 6th.

6         Q.    Ms. Amerling, what is item 16?

7         A.    Item 16 asks for "Any communications with

8    Representative Scott Perry and/or other members of Congress

9    about any of the foregoing topics."

10        Q.    Who is Representative Scott Perry, and how would

11   communications with him be relevant?

12        A.    Representative Scott Perry is a member of the

13   House of Representatives from Pennsylvania.  And he

14   reportedly had been involved with efforts to try to persuade

15   the administration to change the leadership of the

16   Department of Justice in the weeks leading up to the

17   January 6th attack.

18        Q.    Can you explain for us why a change in leadership

19   at the Department of Justice was relevant to the Committee's

20   investigation?

21        A.    Yes.  According to public accounts, the Department

22   of Justice had been under pressure to make claims that there

23   was election fraud.  And the Attorney General, Attorney

24   General Barr, had stated in the beginning of December, that

25   there was not widespread fraud sufficient to have changed

1    the results of the election.  And his successors were taking

2    the same position.

3              Reportedly there was an effort to change the

4    leadership at the Department of Justice in order to put

5    individuals in charge who would make claims that there was

6    election fraud.

7        Q.    And finally, item 17, Ms. Amerling, "Any

8    communications with Rudolph Giuliani, John Eastman, Michael

9    Flynn, Jenna Ellis or Sydney Powell about any of the

10   foregoing topics."  Can you explain who those individuals

11   were in relation to the events of January 6th?

12       A.    These were all individuals, private citizens, who

13   had been involved, to different degrees, with efforts to

14   persuade people that the election had been stolen.

15       Q.    And how would the defendant's communications with

16   these individuals be relevant -- if he had any, be relevant

17   to the Committee's investigation?

18       A.    The Committee is focused on determining what

19   happened on January 6 and why, and putting together as

20   complete and thorough account of the facts, circumstances

21   and causes of those events.

22             So it's important to understand what the

23   relationships are between the different individuals and

24   entities were who were involved with the events of that day.

25       Q.    And the subpoena requests documents relating to

1    all of these topics.  Can you just describe for the jury

2    what -- specifically what kind of documents the Committee

3    expected or had in mind?

4        A.   The subpoena called for documents that included

5    paper records, electronic records such as emails, text

6    messages.  Those are some of the main examples.

7        Q.   And you testified earlier that committees and this

8    Committee conducts investigations in order to figure out

9    what kind of legislation or rule changes or regulations need

10   to be amended or added.

11            Can you explain to the jury some of the kinds of

12   measures Congress is authorized to consider that the

13   information the defendant was required to provide related

14   to?

15       A.   Yes.  As I described yesterday, there's a whole

16   range --

17            MR. CORCORAN:  Objection to stipulation.

18            THE COURT:  Overruled.

19            You may answer the question.

20            THE WITNESS:  Yes, sir.

21            Select Committee is investigating facts and

22   circumstances of the attack on the Capitol on January 6th,

23   the interference of a peaceful transfer of power.  It's

24   compiling a thorough record of the facts that relate to

25   those events in order to evaluate a whole range of

1   corrective measures that could be put in place to prevent

2   something like that from happening in the future.

3           There are a number of different areas on which

4   Congress could legislate.  The Select Committee is not yet

5   at the phase of its investigation where it has specified

6   specific measures.  But there are a number of types of

7   examples that individuals who have testified about the

8   events of January 6th have cited.  Some of the members of

9   the Committee have given representative examples.

10          Some of those examples include measures to boost

11   funding for agencies that support the defense of the

12   Capitol.  Measures that improve communication, intelligence

13   among agencies that help protect against attacks like the

14   one that we saw.  Other measures could include modifications

15   to laws and regulations that govern the finalization of

16   presidential votes such as the Electoral Count Act.

17          Other measures that members have cited include

18   potentially providing for increases in criminal penalties

19   for crimes that relate to conduct that occurred on that day.

20   **BY MS. VAUGHN:**

21      **Q.**   And all of these categories of documents that

22   we've been talking about, were the topics that we've been

23   talking about also topics that the Committee intended to

24   cover in the deposition that was required by the subpoena?

25      **A.**   That's correct.

1    Q.   You testified that you provided the subpoena to

2    the defendant through his attorney, Robert Costello.  Did

3    you personally provide the subpoena that way, or was it

4    someone else on the Committee?

5    A.   I emailed the subpoena to Mr. Bannon's attorney,

6    Mr. Costello.

7    Q.   Does the subpoena include a page where you

8    documented providing the subpoena to Mr. Costello?

9    A.   Yes, it does.

10       MS. VAUGHN:  Ms. Dunn-Gordon, can we go to Page 2

11   of Government's Exhibit 2, please.

12   BY MS. VAUGHN:

13   Q.   All right.  Ms. Amerling, this page is titled

14   "Proof of Service."  Is this the page you were just

15   referring to?

16   A.   Yes.

17   Q.   And at the top we see a similar, sort of two-line

18   subpoena for Stephen Bannon, but I want to talk about the

19   box at the bottom with the handwritten information there.

20   Did you write this information?

21   A.   I did.

22   Q.   And it says "Served by Kristin Amerling."  That's

23   you?

24   A.   That's correct.

25   Q.   And you also signed this; is that right?

1     **A.**    I did.

2     **Q.**    And is that what we see next to "Signature of

3     Server?"

4     **A.**    That's correct.

5     **Q.**    And next to "Manner of Service," did you write

6     that in?

7     **A.**    I did.

8     **Q.**    What did you write there?

9     **A.**    I wrote "email to attorney for Mr. Bannon, Robert

10    Costello" and his email address.

11    **Q.**    And the date that's listed, that's September 23rd,

12    the date you provided it?

13    **A.**    That's the date I emailed it to him, yes.

14    **Q.**    Let's look at your emails with Mr. Costello, the

15    defendant's attorney.

16         **MS. VAUGHN:**   Ms. Dunn-Gordon, could we bring up,

17    just for the witness and the Court, Government's Exhibit 3,

18    please?

19    **BY MS.VAUGHN:**

20    **Q.**    All right.  Ms. Amerling, this is a three-page

21    document.  What's contained in this document?

22    **A.**    This looks like an email chain between myself and

23    Mr. Costello, Mr. Bannon's attorney.

24    **Q.**    What are the dates of these emails?

25    **A.**    It starts on September 23rd and it ends on

1    September 24th, 2021.

2            **MS. VAUGHN:**  Your Honor, the government moves to

3    admit and publish Government's Exhibit 3.

4            **MR. CORCORAN:**  No objection, Your Honor.

5            **THE COURT:**  Government's Exhibit 3 is admitted and

6    may be published to the jury.

7        (Government's Exhibit 3 was admitted.)

8            **MS. VAUGHN:**  All right.  I want to zoom in on the

9    email at the bottom of Page 1 starting with "On September

10   23rd," please, Ms. Dunn-Gordon.

11   **BY MS. VAUGHN:**

12       **Q.**   This is the first email in the chain in this

13   document.  Who is this email from, Ms. Amerling?

14       **A.**   It is from me.

15       **Q.**   To who?

16       **A.**   To Mr. Costello.

17       **Q.**   Do you see the date there, September 23rd, at

18   6:38 p.m.?

19       **A.**   Yes, I do.

20       **Q.**   In the email you first say, "I am following up on

21   our conversation today in which you confirmed that you

22   represent Stephen Bannon."  What is the conversation that

23   you're referring to there?

24       **A.**   I had reached out to Mr. Costello because we

25   understood that he was representing Mr. Bannon, and I wanted

1    to confirm that.

2        **Q.**   And can you describe what Mr. Costello told you in

3    that call?

4        **A.**   He confirmed that he was, in fact, representing

5    Mr. Bannon.

6        **Q.**   Did you inform him in that call that the Committee

7    had a subpoena for Mr. Bannon?

8        **A.**   Yes, we discussed the subpoena, and we discussed

9    the fact that I would be sending him a subpoena.  I asked if

10   he would accept service of the subpoena on his client's

11   behalf.  He said he would check with his client and confirm.

12       **Q.**   And is that what you're referring to in the next

13   line of the email where you say, "I understand that you are

14   checking with Mr. Bannon regarding whether he will authorize

15   you to accept service of the subpoena on his behalf"?

16       **A.**   That's right.

17       **Q.**   And can you please read the rest of your email

18   there?

19       **A.**   It says, "The Select Committee to investigate the

20   January 6th attack on the United States Capitol is today

21   issuing the attached subpoena to Mr. Bannon for his

22   testimony and the production of documents to the Committee.

23   In the event that you will accept service, I am attaching to

24   this email the subpoena, along with a letter from Chairman

25   Bennie Thompson, a document schedule with accompanying

1    production instructions, and a copy of the deposition

2    rules."

3        **Q.**   And is what you attached what we were just looking

4    at in Exhibit 2?

5        **A.**   We were looking at a part of what I attached, yes.

6        **Q.**   Is what you attached all of Exhibit 2?  I know we

7    hadn't talked about the other pages yet.

8        **A.**   That's correct.

9        **Q.**   All right.  Let's look at the next email in the

10   chain.

11       **MS. VAUGHN:**  Ms. Dunn-Gordon, if you could zoom in

12   on the middle email there.

13   **BY MS. VAUGHN:**

14       **Q.**   This is an email that was sent the next day on

15   Friday, September 24th, 2021.  Who sent this email?

16       **A.**   This email is from Mr. Costello, Mr. Bannon's

17   counsel.

18       **Q.**   Okay.  Who is it to?

19       **A.**   To myself.

20       **Q.**   What does Mr. Costello tell you the next day on

21   September 24th?

22       **A.**   He confirmed that he had authority from his client

23   to accept the subpoena.

24       **Q.**   And he says:  "This will advise you that I have

25   been authorized by Steve Bannon to accept service."

1           When you got this email from Mr. Costello and he

2    said he had been authorized, what did you understand him to

3    mean by that?

4        A.   That he had accepted the subpoena that we had

5    issued the day before on Mr. Bannon's behalf.

6        Q.   And based on what Mr. Costello told you in the

7    phone call and in this email, what was your understanding

8    about whether Mr. Costello was actually in touch with the

9    defendant?

10       A.   He had represented that he was his attorney, so

11   our understanding was that he was in communication with

12   Mr. Bannon.

13       Q.   And what would the Committee had done if it had

14   reason to believe that Mr. Costello was not in communication

15   with the defendant?

16           **THE COURT:**  Can you ask the question based on her

17   experience?

18   **BY MS. VAUGHN:**

19       Q.   Based on how the Committee handles these things,

20   in your experience, now that you've worked on it for a year,

21   what would the Committee have done if the Committee believed

22   that Mr. Costello was not in communication with the

23   defendant?

24       A.   We would have sought to determine whether

25   Mr. Bannon was represented by anyone else.  If he was not

1      represented by anybody else, we would have sought to reach

2      out to him directly.

3          **Q.**   All right.

4              Ms. Amerling, we're going to be talking about

5      several dates here.

6              **MS. VAUGHN:**  So, with the Court's permission, I

7      would like to just keep a timeline, if I can, so that we can

8      keep them all straight.

9              **THE COURT:**  I was wondering what the easel was

10     for.  Fair enough.

11             **MS. VAUGHN:**  Your Honor, I'm just going to add

12     these two dates.

13             **MR. CORCORAN:**  Your Honor, we can't see the easel.

14             **THE COURT:**  Yes.  We definitely need to have the

15     easel visible to everyone.

16             **MS. VAUGHN:**  (Adjusted the easel and created said

17     timeline.)_

18             **THE COURT:**  Thank you.

19     **BY MS. VAUGHN:**

20         **Q.**   All right.  Ms. Amerling, so I put on our timeline

21     that the subpoena was delivered on September 23rd, and

22     Mr. Costello confirmed that he was authorized by the

23     defendant to take it on September 24th.  So we've looked at

24     the subpoena and the emails of its delivery.

25             Let's talk about the defendant's compliance.  You

1    testified earlier that the subpoena required the defendant

2    to provide documents by 10:00 a.m. on October 7th.  Did the

3    defendant provide any records to the Committee by that time?

4        **A.**    He did not.

5        **Q.**    Between the time that you got that email from

6    Mr. Costello on September 24th confirming that he had been

7    authorized to take it, between that time and 10:00 in the

8    morning on October 7th, did the Committee hear anything more

9    from the defendant about the subpoena at all?

10       **A.**    No.

11       **Q.**    So, for example, did he ever ask for an extension

12   because he needed more time to find and collect documents?

13       **A.**    He did not.

14       **Q.**    Did he ever inform the Committee that he did not

15   have responsive documents?

16       **A.**    He did not.

17       **Q.**    And if the defendant didn't have documents or

18   needed more time, was there a specific process that the

19   defendant was directed to follow if he was unable to comply

20   by the deadline?

21       **A.**    Yes.  There are instructions that are attached to

22   the subpoena on that issue.

23       **Q.**    Let's look at those.

24           **MS. VAUGHN:**  Ms. Dunn-Gordon, if we could bring up

25   again Government's Exhibit 2 and go to Page 6.

1    BY MS. VAUGHN:

2        Q.    Ms. Amerling, this document is titled "Document

3    Production Definitions and Instructions."  Do you see that?

4        A.    Yes.

5        Q.    Was this provided along with the subpoena in that

6    email to Mr. Costello?

7        A.    Yes, it was.

8        Q.    All right.  Let's go to instruction 13 and zoom in

9    on that.  Can you please read instruction 13 there?

10        A.    Yes.  It says, "If compliance with the request

11    cannot be made in full by the specified return date,

12    compliance shall be made, to the extent possible, by that

13    date.  An explanation of why full compliance is not possible

14    shall be provided along with any partial production, as well

15    as a date certain as to when full production will be

16    satisfied."

17        Q.    So this is what the subpoena required if the

18    defendant could not comply by the deadline?

19        A.    That's correct, yes.

20        Q.    And did he at all follow this procedure?

21        A.    He did not.

22        Q.    Let's look at another item on this list, item 19.

23    Can you please read item 19 to the jury?

24        A.    It says, "Upon completion of the production,

25    submit a written certification, signed by you or your

1    counsel stating that:  (1) a diligent search has been

2    completed of all documents in your possession, custody or

3    control that reasonably could contain responsive documents;

4    and (2) all documents located during the search that are

5    responsive have been produced to the Committee."

6         **Q.**   So if the defendant -- in your experience on the

7    Committee, is this what the subpoena requires individuals to

8    do if they've done a search and haven't found certain

9    documents?

10        **A.**   That's correct.

11        **Q.**   Did the defendant follow this procedure by 10:00

12   in the morning on October 7th?

13        **A.**   He did not.

14        **Q.**   Did the Committee get anything more than radio

15   silence by 10:00 in the morning on October 7th?

16        **A.**   No.

17        **Q.**   So despite the deadline passing, did the

18   defendant -- or did the Committee eventually receive a

19   communication from the defendant?

20        **A.**   His counsel, after the deadline had passed, sent a

21   letter.

22        **Q.**   Did he send that later that day?

23        **A.**   I believe that's right.

24        **Q.**   How did the Committee receive the letter?

25        **A.**   Mr. Costello emailed his correspondence to me.

1          **MS. VAUGHN:**  Ms. Dunn-Gordon, if we could bring

2    up, just for the witness, Government's Exhibit 4, please.

3    **BY MS. VAUGHN:**

4          **Q.**   Ms. Amerling, Government's Exhibit 4 is a

5    multi-paged document.  What's contained in Government's

6    Exhibit 4?

7          **A.**   This looks like a copy of the letter that

8    Mr. Costello sent to the Committee on October 7th.

9          **Q.**   And is there an additional document within

10   Government's Exhibit 4?

11         **A.**   Sorry.  What's your question?

12         **Q.**   Is there an additional page to Government's

13   Exhibit 4?  Could you just describe what that is?

14         **A.**   There's a two-page letter and then there is a copy

15   of email correspondence between myself and Mr. Costello.

16         **Q.**   And is that email correspondence about the letter?

17         **A.**   Yes, it is.

18         **MS. VAUGHN:**  Your Honor, the government moves to

19   admit and publish Government's Exhibit 4.

20         **MR. CORCORAN:**  No objection, Your Honor.

21         **THE COURT:**  Government's Exhibit 4 is admitted and

22   may be published to the jury.

23         (Government's Exhibit 4 was admitted.)

24   **BY MS. VAUGHN:**

25         **Q.**   All right.  Ms. Amerling, let's actually start on

1      Page 3 of Government's Exhibit 4.

2                   **MS. VAUGHN:**  And if we could zoom in on the bottom

3      half, the bottom email in this document.

4      **BY MS. VAUGHN:**

5           **Q.**   The bottom email there, who is it from and to?

6           **A.**   This is from Mr. Costello to myself.

7           **Q.**   What is it that Mr. Costello says in the email?

8           **A.**   It says, "Dear Ms. Amerling, please find my

9      attached letter response on behalf of Stephen K. Bannon to

10     the House Select Committee Subpoena of September 23, 2021."

11          **Q.**   When was this email sent to the Committee?

12          **A.**   It was sent at 5:05 p.m. on October 7th, 2021.

13          **Q.**   When was that in relation to the document deadline

14     of the subpoena?

15          **A.**   It was after the document deadline had passed.

16          **Q.**   Returning to Pages 1 and 2 of Exhibit 4, is this

17     what was attached to that email we were just looking at?

18          **A.**   Yes, that's my recollection of what was attached.

19                  **MS. VAUGHN:**  All right.  Let's start on Page 1, if

20     we could, Ms. Dunn-Gordon.

21     **BY MS. VAUGHN:**

22          **Q.**   All right.  So this is a letter from the

23     defendant's attorney to you; is that right?

24          **A.**   That's correct.

25          **Q.**   All right.  Let's look at the body of the letter.

1          **MS. VAUGHN:**   So let's zoom in, Ms. Dunn-Gordon, on

2     the content of the letter there on the second half of the

3     page.

4     **BY MS. VAUGHN:**

5          **Q.**   All right.  And it begins with, "I write today on

6     behalf of Stephen K. Bannon with respect to the

7     above-referenced subpoena, which I accepted on behalf of

8     Mr. Bannon."

9               When he said he was writing on behalf of the

10    defendant, what did you understand Mr. Costello to mean by

11    that?

12         **A.**   I understood that he was representing Mr. Bannon

13    and that he had communicated with Mr. Bannon about the

14    matter that he was writing about.

15         **Q.**   What is the next thing that the letter states in

16    the next sentence?

17         **A.**   It says, "On the afternoon of October 6th, 2021, I

18    received a letter from Justin Clark, as counsel for then

19    President of the United States Donald J. Trump.  That letter

20    references the subpoena that your Committee served upon

21    Mr. Bannon, and notes that the subpoena" -- quotes from the

22    subpoena.  Would you like me to continue reading?

23         **Q.**   Yeah.  So is the next part of the letter

24    purporting to provide an excerpt of what the defendant

25    received?

1     **A.**   It purports to quote from the letter from

2    Mr. Clark, yes.

3     **Q.**   Can you please read the first paragraph of that

4    excerpt?

5     **A.**   It says, "Seeks records and testimony purportedly

6    relating to the events of January 6th, 2021, including but

7    not limited to information which is potentially protected

8    from disclosure by executive and other privileges, including

9    among others the presidential communications, deliberative

10   process, and attorney-client privileges.  President Trump is

11   prepared to defend these fundamental privileges in court."

12    **Q.**   All right.  So we saw a few references to

13   "privilege" there.  Can you just explain to the jury, when

14   it comes to a congressional subpoena, what a privilege means

15   for compliance with a congressional subpoena?

16    **A.**   A privilege is a claim that can be made that

17   certain types of communications are confidential or

18   sensitive and deserve protection from production.

19          **THE COURT:**  Ms. Vaughn, hold on a second.

20          **MR. CORCORAN:**  I just want to object subject to

21   the briefing and discussion we've had before.

22          **THE COURT:**  Sure.  Your objection is preserved.

23   **BY MS. VAUGHN:**

24    **Q.**   All right.  And after the excerpt from this letter

25   that purports to be from the former President, does the

1      letter continue at the bottom of the page and on to the

2      next?

3          **A.**    It does.

4          **Q.**    All right.

5                **MS. VAUGHN:**    Ms. Dunn-Gordon, are we able to bring

6      up the two pages side by side?  If we can zoom in on that

7      last paragraph that goes on to the next page.

8      **BY MS. VAUGHN:**

9          **Q.**    All right.  Ms. Amerling, can you please read this

10     paragraph of Mr. Costello's letter to the jury.

11         **A.**    It says, "It is therefore clear to us that since

12     the executive privileges belong to President Trump, and he

13     has, through his counsel, announced his intention to assert

14     those executive privileges enumerated above, we must accept

15     his direction and honor his invocation of executive

16     privilege.  As such, until these issues are resolved, we are

17     unable to respond to your request for documents and

18     testimony."

19         **Q.**    So it says there that the defendant is not going

20     to comply with the request for documents or testimony.

21               Based on this letter, what was the understanding

22     about the basis for his noncompliance?

23         **A.**    My understanding was that he was asserting

24     executive privileges somehow related to our request for

25     information from him.

1      **Q.**   Were you involved in the Committee's consideration

2    of this letter and what it meant for the subpoena the

3    Committee had issued?

4      **A.**   I was.

5      **Q.**   And after receiving this letter, what was the

6    Committee's position with respect to whether the defendant

7    still had to comply with the subpoena?

8      **A.**   The Select Committee's position was, this was not

9    a valid rationale for refusing to comply.

10     **Q.**   And just to clarify, this subpoena was a

11   congressional subpoena; is that right?

12     **A.**   That's correct.

13     **Q.**   And that is just one part of the government?

14     **A.**   Yes.  Congressional subpoenas are issued by the

15   legislative branch.

16     **Q.**   So did any other part of the government have any

17   role in putting together, authorizing or supervising the

18   subpoena?

19     **A.**   No.

20     **Q.**   All right.  You testified that the Committee

21   concluded it was not a valid basis.  So did the Committee --

22   was its position that it was accepting or rejecting the

23   defendant's claim that he had an excuse not to comply with

24   the subpoena?

25     **A.**   The Chairman issued a letter to Mr. Bannon

1     explaining that the Committee rejected the basis that he had

2     offered for refusing to comply.

3          Q.   And in your role, were you involved in advising on

4     the content of and putting that letter together and sending

5     it to the defendant?

6          A.   I was.

7          Q.   And how did you send that letter to the defendant?

8          A.   I emailed the Chairman's letter to Mr. Bannon's

9     counsel, Mr. Costello.

10         Q.   All right.  Let's take a look at the letter you

11    sent back.

12              MS. VAUGHN:  If we could bring it up just for the

13    witness, Government's Exhibit 5.

14    BY MS. VAUGHN:

15         Q.   Ms. Amerling, what is Government's Exhibit 5?

16         A.   It is an October 8th letter from Chairman Bennie

17    Thompson to Mr. Costello.

18         Q.   And this is the letter that you emailed?

19         A.   That's correct.

20              MS. VAUGHN:  Your Honor, the government moves to

21    admit and publish Government's Exhibit 5 to the jury.

22              MR. CORCORAN:  Your Honor, with each of these, I

23    won't restate everything that's been briefed on this.  Thank

24    you.

25              THE COURT:  Yes.

1        So this exhibit is admitted, but as with prior

2    exhibits, it is admitted for the purpose of demonstrating

3    that the Committee took the positions in this letter and

4    communicated those positions to Mr. Bannon.  It is not

5    admitted for the truth of any underlying statement in the

6    letter.

7        And the letter may be published to the jury.

8        **MS. VAUGHN:**  Thank you, Your Honor.

9    **BY MS. VAUGHN:**

10   **Q.**   Ms. Amerling, first, what is the date of this

11   letter?

12   **A.**   October 8th, 2021.

13   **Q.**   And is that the same day that you sent it to the

14   defendant's attorney?

15   **A.**   Yes, it is.

16   **Q.**   All right.  So this is actually a three-page

17   letter, but I only want to talk about just a few things

18   within it.

19       So first, who is the letter from?

20   **A.**   The letter is from the Chairman of the Select

21   Committee, Chairman Bennie Thompson.

22   **Q.**   And based on your involvement in this letter, was

23   it sent on his personal behalf or on behalf of the

24   Committee?

25   **A.**   It was sent on behalf of the Select Committee.

1      Q.    And, generally, what does this letter tell the

2   defendant about his obligation to comply with the subpoena?

3      A.    It reminds him that he is obligated to comply with

4   the terms of the subpoena and that the Select Committee will

5   view his failure to comply as willful noncompliance with the

6   criminal contempt statute; and that he also might be subject

7   to other civil penalties.

8      Q.    And does this letter also inform the defendant

9   that the Committee was rejecting his reason for not

10  complying?

11     A.    Yes, it did.

12        MS. VAUGHN:  So let's zoom in on the first

13  paragraph there, please, Ms. Dunn-Gordon.

14  BY MS. VAUGHN:

15     Q.    All right.  Ms. Amerling, the letter first notes

16  that Chairman Thompson's writing in response to the

17  October 7th letter that Mr. Costello had sent.  Can you

18  please read the part of this paragraph that starts with

19  "Your letter relies"?

20     A.    Yes.  It says, "Your letter relies on an apparent

21  instruction from former President Donald Trump that appears

22  limited to requesting that Mr. Bannon not disclose

23  privileged information.  Despite this limited instruction,

24  your letter takes the inappropriate position that Mr. Bannon

25  will not comply with any request for information or

1    testimony sought by the Select Committee.

2            "Moreover, Mr. Trump's stated intention to assert

3    those executive privileges that may or may not belong to him

4    does not provide a legal basis for Mr. Bannon's refusal to

5    comply with the Subpoena."

6            **MS. VAUGHN:**  All right.  And, Ms. Dunn-Gordon, can

7    we please zoom in on the last full paragraph on this page

8    that starts with "Your letter"?

9    **BY MS. VAUGHN:**

10       **Q.**   All right.  Ms. Amerling, can you please read this

11   paragraph?

12       **A.**   It says, "Your letter indicates that the sole

13   basis for defiance of the Subpoena is Mr. Trump's direction

14   to your client and his decision to honor [Mr. Trump's]

15   invocation of executive privilege.  That position has no

16   basis in law, and your letter does not cite any statute,

17   case law or other legal precedent for support."

18       **Q.**   Okay.  So we've read a couple parts of this letter

19   informing the defendant that the Committee has rejected his

20   reason for not complying.  Did the letter also tell the

21   defendant he still had to comply?

22       **A.**   Yes, it did.

23       **Q.**   All right.

24           **MS. VAUGHN:**  Ms. Dunn-Gordon, can we please go to

25   Page 2, and zoom in on the last paragraph of Page 2 of this

1    letter.

2    **BY MS. VAUGHN:**

3        **Q.**   Ms. Amerling, can you please read just the first

4    two sentences of the last paragraph?

5        **A.**   It says, "Regardless of any purported privilege

6    assertion by Mr. Trump, Mr. Bannon has an ongoing obligation

7    to produce documents to the Select Committee.  Accordingly,

8    please produce all responsive documents and records

9    identified in the Subpoena."

10       **Q.**   Did the letter also tell the defendant that he was

11   not excused from appearing at his deposition on October 14th

12   as required by the subpoena?

13       **A.**   Yes, it does so in the paragraph that follows.

14           **MS. VAUGHN:**   Ms. Dunn-Gordon, can we please go to

15   the last page of this exhibit and zoom in on the top

16   paragraph there.

17   **BY MS. VAUGHN:**

18       **Q.**   Ms. Amerling, can you please read the first

19   sentence there.

20       **A.**   It says, "Finally, the Select Committee expects

21   Mr. Bannon's appearance at the time and place designated in

22   the Subpoena for a deposition and to respond fully to

23   questions by the Select Committee."

24       **Q.**   And remind us again what the date and time was

25   that the subpoena required him to appear?

1        A.    Ten o'clock a.m. on October 14th, 2021.

2        Q.    So when was this letter sent in relation to that

3    date?

4        A.    It was sent six days before his deposition date.

5        Q.    And, finally, did the letter warn the defendant

6    about what might happen if he failed to comply with the

7    subpoena?

8        A.    Yes, it did, in the last paragraph.

9            MS. VAUGHN:   Ms. Dunn-Gordon, can you please zoom

10    in on that?

11    BY MS. VAUGHN:

12        Q.    All right.  First, can you please read just the

13    first sentence of this paragraph, Ms. Amerling?

14        A.    It says, "Please be advised that the Select

15    Committee will view Mr. Bannon's failure to respond to the

16    Subpoena as willful noncompliance with the Subpoena."

17        Q.    What is it the Committee is referring to there

18    when it tells the defendant it will view his noncompliance

19    as willful noncompliance?

20        A.    It's referring to the criminal contempt statute.

21        Q.    Can you finish reading that paragraph, please?

22        A.    It says, "His willful noncompliance with the

23    Subpoena would force the Select Committee to consider

24    invoking the contempt of Congress procedures in 2 U.S.C.

25    Sections 192 and 194, which could result in a referral from

1    the House to the Department of Justice for criminal charges,

2    as well as the possibility of having a civil action to

3    enforce the Subpoena brought against Mr. Bannon in his

4    personal capacity."

5         Q.   This reference to U.S.C., is that a reference to

6    the United States Code?

7         A.   That's correct.

8         Q.   Those are just the country's laws?

9         A.   That's right.  And the specific provisions refer

10   to the criminal contempt statute.

11        Q.   What was the purpose of including this warning in

12   the letter that the Committee sent to the defendant?

13        A.   Establishing a clear record of the Committee's

14   views, making sure that the defendant was aware of that.

15        Q.   All right.  So we've just talked about a couple

16   more dates.  I'm going to add those to our timeline.

17        **MS. VAUGHN:**  (Added information to timeline.)

18   **BY MS. VAUGHN:**

19        Q.   All right, Ms. Amerling.  So we've talked about

20   the document deadline, the defendant's letter at 5 p.m. that

21   day refusing and then the Committee's response to that.

22   Once the Committee sent --

23        **THE COURT:**  Ms. Vaughn, if you're going to move

24   on, could we take a break?

25        **MS. VAUGHN:**  Now's a great time, Your Honor.

1      **THE COURT:**  I figured it would be.  Let's do 15

2  minutes.  Let's attempt to do as close as possible to 15

3  minutes.

4      Let's call it 10:55.  I realize some of these

5  clocks aren't quite right.  According to my computer, it's

6  10:38.  So 17 minutes; 10:55.

7      (Recess taken from 10:39 a.m. to 11:00 a.m.)

8      **THE COURT:**  Ms. Lesley, you may bring the jury in.

9      (Jurors enter the courtroom.)

10      **DEPUTY CLERK:**  Your Honor, we are now back on the

11  record.

12      **THE COURT:**  Thank you, Ms. Lesley.  Ms. Vaughn.

13      **MS. VAUGHN:**  Thank you, Your Honor.

14  BY MS. VAUGHN:

15      **Q.**  Ms. Amerling, before we took a break, we had just

16  finished looking at a letter that the Committee sent to the

17  defendant on October 8th.  We saw in that letter the

18  Committee's direction that the defendant needed to comply

19  with the subpoena.  After sending that letter, did the

20  defendant begin providing documents to the Committee?

21      **A.**  He did not.

22      **Q.**  Did the defendant, after you sent that letter,

23  indicate to the Committee in any way that he was planning to

24  begin collecting and providing documents?

25      **A.**  He did not.

1    **Q.**   And the date for the deposition required by the

2    subpoena was October 14th.   Did the defendant come to the

3    deposition as required on that date?

4    **A.**   He did not.

5    **Q.**   Between the date that the Committee sent the

6    October 8th letter and the deposition date on October 14th,

7    did the Committee receive another communication from the

8    defendant?

9    **A.**   Yes.

10   **Q.**   What did the Committee get by way of that?

11   **A.**   The Committee received a letter dated October 13th

12   from Mr. Bannon's counsel.

13   **MS. VAUGHN:**   Can we bring up for the witness

14   Government's Exhibit 6, please?

15   **BY MS.VAUGHN:**

16   **Q.**   Ms. Amerling, what is Government's Exhibit 6?

17   **A.**   This is the October 13th, 2021 letter that I was

18   referring to.

19   **Q.**   How did the Committee receive this letter?

20   **A.**   This was again emailed to me from Mr. Costello.

21   **Q.**   Was it emailed also on October 13th?

22   **A.**   I believe that's right.

23   **MS. VAUGHN:**   Your Honor, the government moves to

24   admit and publish Government's Exhibit 13 [sic].

25   **MR. CORCORAN:**   Our position remains as our

1     briefing stated.  Thank you.

2             **THE COURT:**  I did not think that you had objected

3     to this document at all.

4             **MR. CORCORAN:**  We don't object, Your Honor.

5             **THE COURT:**  This document is admitted and may be

6     published to the jury.

7             (Government's Exhibit 6 was admitted.)

8             **MR. CORCORAN:**  Your Honor, I just want to make

9     sure that the record reflects this is Government's Exhibit

10    6.

11            **THE COURT:**  Correct.  Government Exhibit 6.

12            I apologize if I said something different than

13    that.  Government Exhibit 6 is admitted and may be published

14    to the jury.

15            **MS. VAUGHN:**  Thank you, Your Honor.

16    **BY MS. VAUGHN:**

17        **Q.**   So you testified that this letter was dated

18    October 13th, the day before the deposition date.  And as

19    with the defendant's earlier letter on October 8th -- or

20    sorry -- October 7th, were you also involved in considering

21    and responding to this letter?

22        **A.**   I was.

23        **Q.**   All right.  And in this letter, what is it that

24    the defendant told the Committee about whether he was going

25    to comply with the subpoena?

1      A.    In this letter he told the Committee that

2   Mr. Bannon was going to provide neither documents nor

3   testimony.

4          MS. VAUGHN:   All right.  And if we could go to

5   Page 2 of Government's Exhibit 6, please, and zoom in on the

6   first full paragraph there.

7   BY MS. VAUGHN:

8      Q.    Ms. Amerling, can you please read the first or the

9   zoomed-in paragraph there, the first full paragraph on Page

10   2?

11      A.    It says, "Until such time as you reach an

12   agreement with President Trump or receive a court ruling as

13   to the extent, scope and application of the executive

14   privilege, in order to preserve the claim of executive and

15   other privileges, Mr. Bannon will not be producing documents

16   or testifying.  As noted previously, Mr. Bannon will revisit

17   his position if President Trump's position changes or if a

18   court rules on this matter."

19      Q.    And to be clear, by this time, had the Committee

20   already sent a letter to the defendant notifying him that

21   the privilege he was asserting did not excuse him?

22      A.    That's correct.

23      Q.    Did former President Trump, at this time, sit on

24   the Committee or in Congress in any way?

25      A.    He did not.

1      Q.   And are courts part of the Committee or Congress

2   in any way?

3      A.   They are not.

4      Q.   In this letter, did the defendant raise any other

5   reason, to the Committee's knowledge, for not complying,

6   other than the same privilege he had been claiming?

7      A.   He did not.

8      Q.   Okay.  So the Committee gets this letter and the

9   next day was October 14th.  Did the defendant show up for

10  his deposition?

11     A.   He did not.

12     Q.   So let's add these two dates to our timeline.

13         MS. VAUGHN:   (Added information to timeline.)

14  BY MS. VAUGHN:

15     Q.   All right.  So by October 14th, the defendant has

16  not produced documents or appeared for testimony.  What did

17  the Committee do next with respect to the defendant?

18     A.   The Committee sent him a letter through his

19  counsel on October 15th.

20     Q.   And what was the purpose of sending the defendant

21  another letter?

22     A.   The purpose was to reiterate that the Committee

23  believed that he was in noncompliance with the subpoena and

24  notified him that the Committee would be meeting on October

25  19th to consider a criminal referral resolution.

1      Q.   All right.  And let's talk a little bit more about

2   that specifically in a minute.  But were you involved in

3   putting that additional letter together and getting it over

4   to the defendant?

5      A.   I was.

6      Q.   And did you personally provide it like you had the

7   other ones?

8      A.   I emailed it, like I had with the previous

9   letters, yes.

10        MS. VAUGHN:  All right.  If we could bring up for

11   the witness Government's Exhibit 7.

12   BY MS. VAUGHN:

13      Q.   Ms. Amerling, is this the letter you were just

14   referring to that the Committee sent to the defendant on

15   October 15th?

16      A.   Yes, it is.

17        MS. VAUGHN:  Your Honor, the government moves to

18   admit and publish Government's Exhibit 7.

19        MR. CORCORAN:  Same position, Your Honor.

20        THE COURT:  Thank you, Mr. Corcoran.

21        Government's Exhibit 7 is admitted, with the same

22   limiting instruction that I've used previously, which is

23   that this letter is admitted for the purpose of

24   demonstrating that the Committee took this position in its

25   communication to Mr. Bannon, or to Mr. Costello and

1      Mr. Bannon, but not for the truth.  It's not admitted for

2      the truth of anything asserted in the letter, especially

3      anything underlying the arguments in the letter.  But it is

4      otherwise admitted.  Again, this is Government's Exhibit 7,

5      and it may be published to the jury.

6              (Government's Exhibit 7 was admitted.)

7              **MS. VAUGHN:**  Thank you, Your Honor.

8      **BY MS. VAUGHN:**

9          **Q.**   Ms. Amerling, who is this letter from?

10         **A.**   The letter is from the Chairman of the Committee,

11     Chairman Bennie Thompson.

12         **Q.**   Like the other letter we saw, is this sent on

13     behalf of Chairman Thompson personally or on behalf of the

14     Committee?

15         **A.**   It is sent on behalf of the Committee.

16         **Q.**   Again, by October 15th, had the deadlines on the

17     subpoena passed?

18         **A.**   Yes, both the October 7th deadline for producing

19     documents and the October 14th deadline for appearing for

20     deposition had passed.

21             **MS. VAUGHN:**  All right.  Let's zoom in, if we

22     could, on the first paragraph of this letter.

23     **BY MS. VAUGHN:**

24         **Q.**   Ms. Amerling, this is a long paragraph.  Could you

25     just read the sentence that starts with "as you know"?

1     **A.**   It says, "As you know, the Subpoena demanded that

2    Mr. Bannon produce documents by October 7, 2021 and appear

3    on October 14, 2021 before the Select Committee to provide

4    deposition testimony on a wide range of issues relating to

5    the January 6, 2021 attack on the United States Capitol, as

6    well as plans to interfere with the count of the 2020

7    Electoral College results."

8     **Q.**   The reference there to "the count of the 2020

9    Electoral College results", is that just another way to

10   reference what we've been talking about, the certification

11   of the election that was happening that day in Congress?

12    **A.**   That's correct.

13    **Q.**   Can you now, please, read the rest of that

14   paragraph?

15    **A.**   It says, "Mr. Bannon has now willfully failed to

16   both produce a single document and to appear for his

17   scheduled deposition.  The Select Committee believes that

18   this willful refusal to comply with the 'Subpoena'

19   constitutes a violation of federal law."

20    **Q.**   And the Committee views the defendant's refusal to

21   be a violation of federal law.  What is it that the

22   Committee was referring to there?

23    **A.**   The Committee is referring to the criminal

24   contempt of Congress statute.

25    **Q.**   And is that the same statute and procedures that

1    were referenced in the October 8th letter that we looked at?

2        **A.**    That's correct.

3        **MS. VAUGHN:**   Ms. Dunn-Gordon, can you please zoom

4    in on the next paragraph?

**BY MS. VAUGHN:**

6        **Q.**    Ms. Amerling, can you please read the second

7    paragraph of the letter for us.

8        **A.**    It says, "As justification for Mr. Bannon's

9    complete failure to comply with any portion of the Subpoena,

10   you continue to rely on ex-President Trump's stated

11   intention to invoke executive privilege with respect to

12   Mr. Bannon, and Mr. Trump's purported request that

13   Mr. Bannon not produce documents to or testify before the

14   Select Committee.

15          "As was explained in the Select Committee's

16   October 8, 2021 letter (attached), the former President has

17   not communicated any such assertion of privilege, whether

18   formally or informally, to the Select Committee.

19          "Moreover, we believe that any such assertion of

20   privilege, should it be made by the former President, will

21   not prevent the Select Committee from lawfully obtaining the

22   information that it seeks."

23          **MS. VAUGHN:**   Okay.  I want to look at another part

24   of the letter.  If we could go to Page 2 of Government's

25   Exhibit 7, please.  Can you please zoom in on the last full

1     paragraph of Page 2.

2     **BY MS. VAUGHN:**

3         **Q.**    Ms. Amerling, the paragraph starts by saying,

4     "Accordingly, the Select Committee views Mr. Bannon's

5     failure to produce documents by the October 7th deadline as

6     willful noncompliance with the Subpoena."

7               Is that just a reference to what we had discussed

8     earlier, that he had not complied as required?

9         **A.**    That's correct.

10        **Q.**    Can you please read the rest of that paragraph.

11        **A.**    It says, "Mr. Bannon has persisted in his refusal

12    to produce any documents to the Select Committee, and he has

13    failed to provide a privilege log identifying specific

14    asserted privileges.  Mr. Bannon has now further compounded

15    his noncompliance by refusing to appear on October 14th,

16    2021, at the Select Committee deposition, to which he was

17    summoned to provide testimony.  The Select Committee will

18    therefore be meeting on Tuesday, October 19th, 2021 to

19    consider invoking the contempt of Congress procedures set

20    forth in 2 United States Code, Sections 192 and 194."

21        **Q.**    Ms. Amerling, that reference to the laws there and

22    the procedures, is that, again, just a reference to what we

23    were talking about a minute ago, the criminal contempt

24    procedures?

25        **A.**    That's correct.

1      **Q.**   And what does it mean when it says the Committee

2    will consider invoking the procedures?

3      **A.**   Under that statute, Congress can vote to approve a

4    resolution that refers criminal contempt to the United

5    States Attorney for prosecution.

6            **MS. VAUGHN:**   All right.  Ms. Dunn-Gordon, can we

7    bring up, side by side, this and the next page and then zoom

8    in on the last paragraph that spans the pages.

9    **BY MS. VAUGHN:**

10     **Q.**   Ms. Amerling, can you please read the last

11   paragraph of this letter for us there.

12     **A.**   It says, "If Mr. Bannon believes that there are

13   any additional issues relating to his noncompliance with the

14   Subpoena that have not been addressed, please submit them in

15   writing to the Select Committee by 6:00 p.m. EST on Monday,

16   October 18th, 2021 for the Select Committee's consideration

17   in its deliberations."

18     **Q.**   Can you explain for the jury what it's referring

19   to there when it's asking for information relating to any

20   additional issues relating to the defendant's noncompliance?

21     **A.**   Yes.  The Select Committee had just informed

22   Mr. Bannon again that it considered that his misconduct

23   constituted a violation of federal criminal law.  It was

24   telling Mr. Bannon that the Committee was going to meet to

25   vote a resolution about that violation.

1              That's a serious step, referring somebody for

2      criminal prosecution.  So this paragraph refers to the

3      Committee's effort to ensure that Mr. Bannon had the

4      opportunity to provide any information that the Select

5      Committee should consider relating to his misconduct before

6      it had its proceeding on October 19th.

7          **Q.**   But can you just explain what the kinds of

8      information were that the Committee was referring to there?

9      If it existed.

10         **A.**   Information that might shed a light on his

11     misconduct, such as he was confused about instructions he

12     had been given in the subpoena.

13         **Q.**   And this letter was sent on October 15th.  So how

14     long did the defendant have to provide information like

15     that, whether he was confused or had another issue relating

16     to his failure to comply?

17         **A.**   That was three days after the date of the letter.

18     Three days.

19         **Q.**   And by 6 p.m. on October 15th, did the defendant

20     provide any additional explanation for why he had failed to

21     comply with the subpoena?

22         **A.**   We received a letter -- I need to refresh my

23     recollection of the exact timing.

24         **Q.**   Well, why don't we just go take a look at the

25     letter right now.

1          **MS. VAUGHN:**  If we could bring up, just for the

2     witness, Government's Exhibit 8.  And if we could show the

3     witness both pages, please.

4     **BY MS. VAUGHN:**

5          **Q.**   Ms. Amerling, what is Government's Exhibit 8?

6          **A.**   This is an October 18th letter that Mr. Costello

7     sent to the Select Committee.

8          **Q.**   Is there also an email contained in this exhibit?

9          **A.**   Yes.  There's an email from Mr. Costello to

10    myself.

11         **Q.**   And how are those two things related, the email

12    and the letter?

13         **A.**   This is the email that he sent attaching the

14    letter that's in this exhibit.

15         **MS. VAUGHN:**  Your Honor, the government moves to

16    admit and publish Government's Exhibit 8.

17         **MR. CORCORAN:**  No objection, Your Honor.

18         **THE COURT:**  Government's Exhibit 8 is admitted and

19    may be published to the jury.

20         (Government's Exhibit 8 was admitted.)

21    **BY MS. VAUGHN:**

22         **Q.**   All right.  Ms. Amerling, let's start on Page 1.

23         **MS. VAUGHN:**  Ms. Dunn-Gordon, if you could just

24    zoom in on the top of the page.

25

1    BY MS. VAUGHN:

2        Q.    You testified that this was an email with the

3    letter from Mr. Costello to you.  When was this letter sent

4    to you?

5        A.    6:02 p.m. on Monday, October 18th, 2021.

6        Q.    All right.  And let's take a look at the letter

7    itself.

8            MS. VAUGHN:  If we could zoom in on the body of

9    the letter.

10   BY MS. VAUGHN:

11       Q.    Ms. Amerling, can you please read this letter for

12   us.

13       A.    It says, "Dear Congressman Thompson, we write on

14   behalf of Stephen Bannon.  We have just been advised of the

15   filing of a lawsuit in federal court for the District of

16   Columbia entitled Donald J. Trump versus Bennie Thompson, et

17   al.  In light of this late filing, we respectfully request a

18   one-week adjournment of our response to your latest letter

19   so that we might thoughtfully assess the impact of its on

20   this pending litigation."

21       Q.    So by 6 p.m. on October 18th, had the defendant

22   provided to the Committee any additional reason, like

23   confusion, for his noncompliance?

24       A.    No.

25       Q.    And did the Committee -- what was the Committee's

1    understanding about what the defendant wanted to be delayed

2    by this letter?

3        **A.**    The understanding was that the defendant was

4    seeking a delay in responding to the invitation to provide

5    information relating to his misconduct.

6        **Q.**    Did the defendant ever ask, by 6 p.m. on

7    October 18th, that the deadlines in the subpoena be

8    extended?

9        **A.**    He did not.

10       **Q.**    By 6 p.m. on October 18th, did the defendant

11   provide any documents to the Committee?

12       **A.**    He did not.

13       **Q.**    By 6 p.m. on October 18th, had the defendant

14   provided any indication that he was working to collect

15   documents and provide them?

16       **A.**    He had provided no such indication.

17       **Q.**    By 6 p.m. on October 18th, had the defendant

18   notified the Committee in any way that he was now willing to

19   come to a deposition?

20       **A.**    No.

21       **Q.**    Did the Committee agree to delay its consideration

22   of invoking the criminal contempt procedures based on this

23   letter?

24       **A.**    It did not.

25       **Q.**    Why not?

1        **A.**   Because it considered reference to a lawsuit

2   immaterial to the deliberations over his contempt.

3        **Q.**   Did the Committee inform the defendant of this

4   position?

5        **A.**   Yes.

6           **MS. VAUGHN:**   If we could bring up, just for the

7   witness, Government's Exhibit 9.

8   **BY MS. VAUGHN:**

9        **Q.**   Actually, Ms. Amerling, before I ask you about

10  this, you just testified that the Committee informed the

11  defendant that he was not going to have any additional time

12  before the Committee considered those procedures.  Did the

13  Committee ultimately decide to refer the defendant for

14  criminal contempt?

15       **A.**   Yes.

16       **Q.**   Did the Committee also inform the defendant of

17  that decision?

18       **A.**   Yes.

19       **Q.**   Okay.  And Government's Exhibit 9 is a multi-page

20  document with two letters.  What is contained in

21  Government's Exhibit 9?

22          **MS. VAUGHN:**   And if -- Ms. Dunn-Gordon, if we

23  could just bring up the first page of the second letter as

24  well for the witness.

25

1    BY MS. VAUGHN:

2        Q.   All right.  Ms. Amerling, what are the two letters

3    contained in Government's Exhibit 9?

4        A.   These are the two letters sent by the Select

5    Committee to Mr. Bannon via his attorney on October 19th,

6    2021.

7            MS. VAUGHN:  Your Honor, the government moves to

8    admit and publish Government's Exhibit 9.

9            MR. CORCORAN:  Our position remains unchanged from

10   the brief, Your Honor.

11           THE COURT:  Thank you, Mr. Corcoran.

12           Exhibit 9 is admitted, ladies and gentlemen of the

13   jury, for the same purposes as I've described before, which

14   is, it is admitted for the purpose of demonstrating the

15   position that the Committee was taking in these letters to

16   Mr. Bannon.

17           It is not admitted -- or these letters are not

18   admitted -- this exhibit is not admitted for the purpose of

19   demonstrating the truth of any assertion in the letter or

20   letters.

21           Exhibit 9 is admitted with that limiting

22   instruction and may be published to the jury.

23           MS. VAUGHN:  Thank you, Your Honor.

24           And, Ms. Dunn-Gordon, we can leave those pages up

25   for now.

1    **BY MS. VAUGHN:**

2        **Q.**    Ms. Amerling, so both of these letters were sent

3    from the Committee on October 19th.  Can you just explain

4    why there are two letters on the same day?

5        **A.**    Yes.  One was sent prior to the meeting of the

6    Committee to consider the criminal contempt resolution.  One

7    was sent after to notify Mr. Bannon that the Committee had

8    taken that step.

9        **Q.**    And which one was sent first?  The one on the left

10   or the one on the right?

11       **A.**    The one on the left was sent first.

12       **Q.**    Okay.  Let's talk about this one.  So this letter

13   on the left, what was the purpose of that letter?

14       **A.**    This was to respond to Mr. Bannon's letter from

15   the previous day, October 18th.

16       **Q.**    Requesting more time to explain what had happened?

17       **A.**    Correct.

18       **Q.**    All right.

19           **MS. VAUGHN:**    All right.  If we could please zoom

20   in on the body of that letter, Ms. Dunn-Gordon.

21   **BY MS. VAUGHN:**

22       **Q.**    All right.  And, Ms. Amerling, could you just read

23   the last part, beginning with "The investigation."

24       **A.**    It says, "The investigation of the Select

25   Committee is extremely important and urgent for the nation,

1    and further delay in compliance by Mr. Bannon undermines the

2    ability of the Committee to timely complete its essential

3    responsibilities.

4         "Accordingly, no grounds exist for any adjournment

5    or other delay, and your request is denied."

6    **Q.**   Again, what was the only reason that the Committee

7    understood the defendant to be asking for more time to

8    explain himself?

9    **A.**   Filing of a lawsuit that related to executive

10   privilege.

11   **Q.**   And executive privilege, was that the same issue

12   that the Committee had already informed the defendant that

13   it had rejected?

14   **A.**   That's correct.

15   **Q.**   All right.  Let's take a look at the second

16   letter.

17        **MS. VAUGHN:**  Ms. Dunn-Gordon, if we could just

18   zoom in on the first two paragraphs there.

19   **BY MS. VAUGHN:**

20   **Q.**   Ms. Amerling, I think you said you sent this

21   letter after the Committee had decided to refer the

22   defendant for criminal contempt.  Can you please read the

23   beginning of the second paragraph there?

24   **A.**   It says, "As explained in our prior

25   correspondence, your stated reasons for Mr. Bannon's flat

1    refusal to provide documents and appear at a deposition have

2    no legal basis or support.  Because of Mr. Bannon's

3    continued refusal to comply with the subpoena, the Select

4    Committee has unanimously voted to recommend that the House

5    of Representatives find Mr. Bannon to be in contempt of

6    Congress.  The detailed basis for that recommendation is

7    contained in the Select Committee's report; a copy of which

8    is available at the following link:"

9        Q.   What was the purpose of informing the defendant

10   that the Committee had taken this step and providing him

11   with a link to the Committee's findings?

12       A.   It was a very serious step to refer Mr. Bannon for

13   criminal contempt.  We wanted to make sure that he had that

14   information.

15       Q.   And you sent this letter on October 19th.  At that

16   time after you sent it, did you hear anything from the

17   defendant that he -- any further explanation from the

18   defendant, other than executive privilege, about why he had

19   not complied with the subpoena?

20       A.   We didn't hear anything from him.

21           MS. VAUGHN:  Nothing further, Your Honor.

22           THE COURT:  Thank you, Ms. Vaughn.

23           Mr. Corcoran?

24           MR. CORCORAN:  Thank you, Your Honor.

25              CROSS-EXAMINATION OF KRISTIN AMERLING

1    BY MR. CORCORAN:

2         Q.    Ms. Amerling, yesterday you testified about the

3    subject matter of the Select Committee's inquiry.  Do you

4    understand that, in this case, there is no allegation that

5    Steve Bannon was involved in the attack on the U.S. Capitol?

6    Do you understand that?

7         A.    No allegation by whom, sir?

8         Q.    In the case that's here before the jury, there is

9    no allegation that Steve Bannon was involved on the U.S.

10   Capitol.  Do you understand that?

11        A.    Yes.

12        Q.    Do you understand that this case involves a

13   subpoena and then actions that were taken with regard to

14   that subpoena?

15        A.    Yes, sir.

16        Q.    Okay.  Now, when you started your testimony

17   yesterday, you said that there were similarities between you

18   testifying here in court today and the deposition in front

19   of the Select Committee.  Do you remember that --

20        A.    I do.

21        Q.    -- testimony.

22              But there's a significant difference, isn't there,

23   in the sense that, at the Select Committee deposition, there

24   is no judge present to protect the privileges or rights of a

25   witness, is there?

1      **A.**    There is a procedure for asserting privileges in a

2   deposition.

3      **Q.**    I understand that there is a procedure.  My

4   question is, Is there a judge present at a Select Committee

5   deposition to protect the rights and the privileges of a

6   witness?

7      **A.**    Sir, judges are not part of Congress.

8      **Q.**    Is that a no?

9      **A.**    That's correct, yes.

10     **Q.**    Okay.

11             Now, as I understand it, you had some

12   responsibilities with regard to the subpoena, Government's

13   Exhibit Number 2.  You were the staff person for the Select

14   Committee who was primarily responsible for this subpoena?

15     **A.**    I was one of several staff involved with the

16   drafting and review of the subpoena.

17     **Q.**    Okay.  And in terms of -- how many witnesses to

18   date have been interviewed by the Select Committee members

19   or staff?

20             **MS. VAUGHN:**  Objection.  Relevance.

21             **THE COURT:**  I'm going to allow it.

22             **THE WITNESS:**  I'm estimating here, but I believe

23   that over 1,000 individuals have cooperated with the Select

24   Committee's request for information or testimony.

25

1    BY MR. CORCORAN:

2        Q.   Well, my question isn't cooperation.  It's how

3    many witnesses have been interviewed?  Are you saying that

4    more than 1,000 witnesses have been interviewed by the

5    Select Committee or staff?

6        A.   When you combine informal, formal, depositions,

7    transcribed interviews, I believe that's a ballpark, a

8    ballpark figure.

9        Q.   Okay.

10           And how many depositions of witnesses have been

11   conducted by the Select Committee or its staff?

12       A.   I would have to look at our records.  Many.  It's

13   fair to say many.

14       Q.   Give us a ballpark figure, please.

15       A.   Dozens.

16       Q.   Dozens.  Okay.

17           And how many subpoenas have you personally been

18   involved with for the Select Committee?

19       A.   All of them.

20       Q.   And how many is that?

21       A.   I'd have to check our records on that but many

22   subpoenas.

23       Q.   What's your best ballpark estimate of how many

24   subpoenas you were involved with before the Select

25   Committee?

1      **A.**    Many dozens of subpoenas.

2      **Q.**    Okay.  Now you spoke yesterday.  You used the word

3   "urgency" in your testimony.  But the Select Committee is

4   still interviewing witnesses.  Correct?

5      **A.**    That's correct.

6      **Q.**    And the Select Committee is still conducting

7   hearings.  Correct?

8      **A.**    That's correct.

9      **Q.**    And the Select Committee is still conducting

10  depositions.  Correct?

11     **A.**    That is correct.

12     **Q.**    And the Select Committee is still receiving and

13  reviewing documents.  Correct?

14     **A.**    The Select Committee always welcomes relevant

15  documents and information.

16     **Q.**    Well, my question is, Is the Select Committee

17  still receiving and reviewing documents, yes or no?

18     **A.**    Yes, it is.

19     **Q.**    Okay.  And the Committee is going to continue its

20  work until the end of this year.  Correct?

21     **A.**    The Committee is authorized to continue its work

22  until the end of this year.

23     **Q.**    Okay.  Now you were asked about Government's

24  Exhibit 2, the subpoena, specifically your role with regard

25  to the subpoena.  My question is this:  You were asked, Were

1      you involved in the decision and the issuance of the

2      subpoena to the defendant?  You answered, "I advised on the

3      issuance of the subpoena."

4              My question is this:  What did you do?  What did

5      you do exactly?

6          A.   With respect to which aspect?

7          Q.   Well, with regard to the subpoena, the 10-page

8      document that's Exhibit 2, I just want to understand what it

9      is that you did, you personally did?

10         A.   I participated with other attorneys on the staff

11     in the drafting of the subpoena.  I reviewed it.  And I

12     advised the members of the Select Committee about its

13     contents.

14         Q.   Okay.  What day did you first start working on the

15     subpoena for Mr. Bannon?

16         A.   I don't recall the specific day.  It would have

17     been sometime in the weeks before the subpoena was issued.

18         Q.   On the actual date of the subpoena, which I

19     believe was the 23rd of September, 2021, where were you on

20     that date?

21         A.   I was in Washington, D.C.

22         Q.   And were you in your office?

23         A.   Yes, I was.

24         Q.   Where is that?

25         A.   It's in the Longworth House Office Building.

689

1      Q.   Okay.  And at the time -- you said that you signed

2  portions of the subpoena.  Correct?

3      A.   I'm sorry.  I didn't hear your question.

4      Q.   You testified that you'd signed portions of

5  Government's Exhibit No. 2?

6      A.   Not the subpoena itself, the proof of service

7  page.

8      Q.   Okay.  Your testimony is that you signed the proof

9  of service page on Government's Exhibit No. 2?

10      A.   That's correct.

11      Q.   Okay.  Where were you when you signed Page 2 of

12  Government's Exhibit No. 2?

13      A.   To the best of my recollection, I was in my

14  office.

15      Q.   Were there any members of Congress in the offices

16  with you that day on the 23rd of September?

17           **MS. VAUGHN:**  Objection.  Relevance, Your Honor.

18           **THE COURT:**  Overruled.

19           **THE WITNESS:**  In my physical office?

20  **BY MR. CORCORAN:**

21      Q.   In the offices of the Select Committee.

22      A.   I would have to check what the schedules were to

23  see if the members were in their offices on that day, sir,

24  to give you an accurate answer.  It wouldn't have been in my

25  physical office, my specific office.

1      Q.   I guess -- one thing I'm asking is, when you

2  signed the proof of service, were there any members around

3  you at that time?  Any members of the Committee?

4      A.   You mean watching me fill out the form?

5      Q.   Present.

6      A.   No, sir.

7      Q.   Okay.  And on that day, September 23rd, 2021, was

8  the House in session such that there were votes?

9      A.   Again, I'm happy to look at the records but I

10  don't recall.

11      Q.   Let's look at the subpoena.

12         MR. CORCORAN:  If we could -- that's in evidence.

13  If we could pull it up, Government's Exhibit No. 2.  It's in

14  evidence.

15         THE COURT:  It can be published to the jury.

16         DEPUTY CLERK:  It's coming from you all's

17  computer.

18         THE COURT:  You just need to switch the feed.

19  There we are.

20         MR. CORCORAN:  I just need the first page.

21  BY MR. CORCORAN:

22      Q.   So if you look at this area there where it says --

23  and the box is checked and it says, "to produce the things

24  identified on the attached schedule touching matters of

25  inquiry committed to said committee or subcommittee, and you

1    are not to depart without leave of said committee or

2    subcommittee."

3           Does that mean that when a person provides

4    documents to the Committee, they are not allowed to leave

5    until the Committee allows them to do so?

6    **A.**   When a person provides documents, often they can

7    discuss with the Committee various different ways to deliver

8    them.  Sometimes they are delivered in person.  Sometimes

9    they are delivered via email.  The instructions that are

10   attached to the subpoena provide additional information to

11   help the recipient understand the different procedures that

12   they can engage in.

13   **Q.**   And, specifically, with regard to this language,

14   does this mean that, if somebody produces the documents in

15   person, that the Committee will not allow them to leave

16   until the Committee says so?  Is that what that means?

17   **A.**   That's not a practice that is followed when

18   individuals provide documents to the Committee.

19   **Q.**   So that's sort of surplus language in the

20   document?  Is that fair to say?

21   **A.**   I think that's fair.

22   **Q.**   Okay.  Is the subpoena itself, this first page, is

23   that something that is a form that you use or is it a hard

24   copy of a document that's filled out?

25   **A.**   I'm not sure I understand the question.

1      Q.   Well, Government's Exhibit 2, the first page, is

2  that typed up fresh each time a subpoena is issued to a

3  recipient?

4      A.   Well, they are individualized to focus on the

5  specific recipient of the subpoena and the address of the

6  recipient.

7      Q.   And the parts that aren't individualized, are you

8  filling out a form -- is the person who is filling it out

9  doing so on a computer or on a typewriter or on a piece of

10  paper?

11      A.   We use computers.

12      Q.   Okay.  So is it fair to say that some of the

13  information that is depicted on Page 1 of Government's

14  Exhibit 2 is just part of a form that's on your computer

15  that's filled out with individual information?

16      A.   The typewritten portions are generally done on

17  computer.  The signature is by the Chair and by the Clerk of

18  the House of Representatives.

19      Q.   If you look here where it says under "Production

20  of" -- to produce things identified on the attached

21  schedule, it gives a "place of production."  That's your

22  Select Committee office is; is that right?

23      A.   That's part of your office.  Right.

24      Q.   In the Longworth House Office building.  Correct?

25      A.   That's correct.

1    **Q.**   And the date October 7, 2021, did you type in that

2    date?

3    **A.**   I don't recall, sir.

4    **Q.**   How was that date arrived upon?  In other words,

5    who decided October 7 was going to be the date that is on

6    this subpoena?

7    **A.**   The ultimate decision-maker for the Select

8    Committee is the Chair and Members of the Select Committee.

9    **Q.**   So you're saying that Chairman Thompson decided

10   that Steve Bannon should appear to produce documents or

11   produce them in electronic form on October 7th, 2021; is

12   that your testimony?

13   **A.**   My testimony is that that subpoena is directing

14   Mr. Bannon to produce documents on that date, and the person

15   who is authorized to sign that subpoena for the Select

16   Committee is the Chairman of the Select Committee,

17   Chairman Bennie Thompson.

18   **Q.**   I understand both of the things that you just said

19   but I've got a slightly different question.  This is a human

20   process.  So I want to know what human decided that

21   October 7, 2021 is the date that Steve Bannon should appear

22   to produce documents.  What human being made that decision?

23   **A.**   Sir, I'm not sure I'm -- I thought I'd answered

24   your question.

25   **Q.**   You didn't.  So let me --

1      **A.**   Chairman Thompson signs the subpoena.  He has the

2   authority to demand that witnesses comply with the subpoena.

3   He has the authority for the Committee to sign the subpoena.

4      **Q.**   I understand that the Chairman has the authority

5   to sign the Committee -- the subpoena.  And I also

6   understand your testimony on direct that if the Chairman

7   doesn't sign the subpoena, that it's invalid; is that

8   correct?

9      **A.**   A valid subpoena requires the Chair's signature,

10  yes.

11     **Q.**   Okay.  Now, back to my question as to who, what

12  person, decided to put October 7?

13          **MS. VAUGHN:**  Your Honor, the witness has answered

14  the question.

15          **THE COURT:**  I think that I am going to allow this

16  question, at least one more time.  I think the witness has

17  answered portions but not the question directly.  If there

18  is an answer.

19  **BY MR. CORCORAN:**

20     **Q.**   Do you know who decided that Steve Bannon should

21  appear -- do you have firsthand knowledge, firsthand

22  knowledge of who the person is who decided that Steve Bannon

23  should appear on October 7, 2021, to produce documents?

24     **A.**   With any subpoena there is generally discussion

25  among staff, and there is advice given to the members of the

1    Select Committee on what is the appropriate language in the

2    subpoena.  And then the ultimate decision for what is

3    reflected in the subpoena is made by the individual who has

4    the authority to sign the subpoena.

5         Q.   Did you participate in the discussion that you

6    just described as to what date should -- the October 7, 2021

7    date for the production of documents?  Did you participate

8    in that decision?

9         A.   I did.  To the best of my recollection, I did.

10   Yes, sir.

11        Q.   Who was present in that discussion?

12             MS. VAUGHN:  Objection.  Relevance.

13             THE COURT:  Overruled.

14             THE WITNESS:  I don't recall the individuals who

15   were in that specific discussion, but generally, as I said,

16   there is a discussion among staff about what to recommend

17   and there's a discussion with the members about what is the

18   appropriate date and schedule to put on documents such as

19   subpoenas.

20   BY MR. CORCORAN:

21        Q.   Okay.  I understand the general practice, but I

22   want to know, sitting here today, do you remember any

23   discussion with any members of Congress or anybody else --

24             MS. VAUGHN:  Objection.  Relevance.

25             Can we have a sidebar, Your Honor?

 1                    THE COURT:  You may.  We will go on the husher for

 2      sidebar.

 3           (Sidebar discussion.)





699



1 ████████████████████████████████████████████

2 ████████████████████████████████████████████

3 ██████████████████████████████████████

4     ████████     ███████████████████

5 ███████████████████████████████████████████

6 ██████████████████████████████████

7 ████████████████████████████████████████████

8 ████████████████████████████████████████████

9 ████████████████████

10     ██████████████████████████████████████

11 ███████████████████████████████████████████

12 █████████████████████████████████████

13 ███████████████████████████████████████████

14 ███████████████████████████████████████████

15          (Sidebar concluded.)

16          **THE COURT:**  We are back on the fully-public

17 record.

18 **BY MR. CORCORAN:**

19     **Q.**    Okay.  Looking again at Government's Exhibit

20 No. 2, the date of October 14, '21.  I understand that you

21 testified that that's the date that you believe Steve Bannon

22 should have appeared to testify; is that accurate?

23     **A.**    That's correct.

24     **Q.**    And who -- do you have direct knowledge, sitting

25 here today, who selected October 14th, 2021 as the date for

1    Mr. Bannon to testify?

2         **A.**   I can tell you to the best of my recollection.

3         **Q.**   Direct knowledge only.  Do you have direct

4    knowledge --

5              **THE COURT:**  She was starting to say, To the best

6    of my recollection.  I would like you to not interrupt the

7    witness.

8              **MR. CORCORAN:**  Very well, Your Honor.

9              **THE WITNESS:**  To the best of my recollection,

10   because of the multiple roles that we understood Mr. Bannon

11   potentially had with respect to the events of January 6th,

12   at the time that we put the subpoena together, there was a

13   general interest in obtaining information from him

14   expeditiously because we believed that this information

15   could potentially lead us to other relevant witnesses or

16   other relevant documents or, perhaps, inform the Committee

17   about avenues that it shouldn't go down.

18             So to the best of my recollection, there was a

19   general interest in including deadlines that required

20   expeditious response.

21   **BY MR. CORCORAN:**

22        **Q.**   What human -- what human set that deadline?

23        **A.**   Again, sir, I would -- I can speak to the general

24   process.  I cannot recall the specific discussions.  But it

25   generally would have involved senior staff, including

1        myself, discussing the different considerations and making

2        recommendation to the members of the Committee about the

3        appropriate dates.

4            **Q.**   Now, was there any outside deadline that the

5        Committee faced that bore upon the October 7, 2021 date in

6        the subpoena?

7            **A.**   I'm not sure what you are referring to by "outside

8        deadline".

9            **Q.**   I'm just asking, was there any kind of a deadline

10       that was happening in the world that required the Select

11       Committee to pick October 7th, 2021?

12           **A.**   The Committee's authorization is just through the

13       end of this year.  So the Committee is operating under a

14       very tight timeframe; so that's the overarching deadline

15       that's governing here.

16           **Q.**   Okay.  And was there anything other than the

17       overarching deadline that ends at the end of this year,

18       2022, that caused the Select Committee Chairman or other

19       person to pick October 14, 2021?  Was there a specific

20       outside deadline that forced the selection of that date?

21           **A.**   As with the other subpoenas that are issued by the

22       Committee, the interest of the Committee is in obtaining

23       information as expeditiously as possible; that is the

24       governing principle.

25           **Q.**   Ms. Amerling, the signature at the bottom that

1  says "Chairman or authorized member", did you see

2  Chairman Thompson sign Government's Exhibit No. 2?

3      **A.**   I believe that I did but I can't say for certain.

4  I've seen him sign some but not all.

5      **Q.**   On Government's Exhibit 2, the second page is the

6  proof of service.  I think you testified that you filled out

7  this proof of service, Ms. Amerling; is that correct?

8      **A.**   That's correct.

9      **Q.**   And that's your signature on the line that says

10  "signature of server"?

11      **A.**   That's right.

12      **Q.**   And where it says "Served by - print name", you

13  printed out your name.  Correct?

14      **A.**   That's right, yes.

15      **Q.**   On "Title", you provided that information on that

16  line; is that correct?

17      **A.**   That's correct.

18      **Q.**   And on "Manner of service", you wrote "emailed to

19  attorney for Mr. Bannon, Robert Costello" and then an email

20  address; is that correct?

21      **A.**   That's correct.

22      **Q.**   And did you write in the date "9/23/2021"?

23      **A.**   I did.

24      **Q.**   Now, you understand that sometimes the U.S.

25  Marshals serve the subpoenas.  Correct?

1          **A.**   That's correct.

2          **Q.**   And the proof of service is the page that is

3     intended to prove when service of the subpoena is

4     accomplished.  Correct?

5          **A.**   That's correct.

6          **Q.**   Okay.  You filled out this proof of service before

7     service was accepted.  Correct?

8          **A.**   That's correct.

9          **Q.**   Now, when you were interviewed by the FBI in this

10    case on November 2nd, 2021, do you recall who was present?

11         **A.**   Several FBI agents and several prosecutors.

12         **Q.**   Okay.  And were the prosecutors seated at the

13    table here present?

14         **A.**   They were.

15         **Q.**   Okay.  And were you advised that you had to tell

16    the truth to the FBI agents?

17         **A.**   Yes.

18         **Q.**   Okay.  Did you tell the FBI agents at that time

19    that you filled out the proof of service on this subpoena

20    before service was actually accomplished?

21         **A.**   I don't recall, sir.

22         **Q.**   Okay.

23              **MR. CORCORAN:**  If we could show the witness an

24    exhibit for identification purposes, Your Honor, and that is

25    Defense Exhibit No. 2, which is not in evidence.

1   BY MR. CORCORAN:

2       Q.   All right, ma'am.  Take your time and read through

3   that.  My question is, Does that refresh your recollection

4   as to whether you told the FBI, when they interviewed you,

5   that you had filled out the proof of service before it was

6   actually served?

7           MS. VAUGHN:  Your Honor, maybe counsel can

8   correct --

9           THE COURT:  I think they are trying to direct her

10  to a particular page.  I agree.  I think, especially because

11  she's only seeing it on the computer screen, she needs to be

12  directed to a particular page and a particular paragraph.

13  You don't want to do that?

14          MR. CORCORAN:  Well --

15          THE COURT:  You're asking her whether an

16  eight-page document refreshes her recollection but you're

17  only showing her the first page.

18          MR. CORCORAN:  I'm showing her the whole document.

19          THE COURT:  Not from what I can see.

20          THE WITNESS:  I'm looking at Page 2 of 8 right

21  now.  Is that the page you're directing me to?

22          MR. CORCORAN:  You'll see why I can't say -- at

23  this moment direct her to it.

24          THE COURT:  Okay.

25          MR. CORCORAN:  The question is, Did she tell the

1    FBI.

2            **THE COURT:**  Okay.  Ask that question.

3    **BY MR. CORCORAN:**

4        **Q.**    Did you tell the FBI that you filled out the proof

5    of service suggesting that it had been served before it had

6    actually been served?

7        **A.**    I don't recall at this point what I told the FBI,

8    but if there's a record of it, I'm happy to look at it.

9        **Q.**    Perfect.  If you would take the time, review it

10   and see if that refreshes your recollection as to whether

11   you mention it at all to the FBI.

12       **A.**    But you're showing me an eight-page document.  Is

13   there a particular portion you're directing me to?

14           **THE COURT:**  She can review the eight-page

15   document.

16           **MR. CORCORAN:**  You can review the eight pages.

17           **THE COURT:**  No, but you control the pages.

18           **MR. CORCORAN:**  Oh.

19   **BY MR. CORCORAN:**

20       **Q.**    Tell me when you're ready to move on.

21       **A.**    You can go to the next page.

22       **Q.**    Is that Page 3?

23       **A.**    Page 3, yeah.

24           **MR. CORCORAN:**  Your Honor, I am happy to give her

25   a hard copy if that expedites the process.

1          **THE COURT:**  That would be fine.  You may approach

2     the witness and hand that to her.  I think that probably

3     will speed things up.

4          **MR. CORCORAN:**  (Handed the exhibit to the

5     witness.)

6          **THE WITNESS:**  Correct me if I am mistaken, because

7     I am trying to read this quickly, but I don't think we

8     discussed proof of service in this interview; is that right?

9          **MR. CORCORAN:**  Well, that's my question.  Does

10     that refresh your recollection as to --did you tell

11     the --the question is, did you --

12          **MS. VAUGHN:**  Your Honor, the witness just

13     testified they didn't discuss --

14          **THE COURT:**  Ms. Vaughn, let me hear the question

15     first.

16     **BY MR. CORCORAN:**

17     **Q.**   The question pending is, Did you tell the FBI that

18     you had filled out the proof of service before the subpoena

19     was actually served?

20     **A.**   I don't remember talking about the proof of

21     service issue, sir.  I don't see it referred to here so --

22     but if there was a discussion, I'm happy to look at it, but

23     I don't recall discussing that issue.

24     **Q.**   Let me move to another issue, and that is the

25     actual service of the subpoena.  You described how you

1    communicated with Bob Costello, who at the time was an

2    attorney for Mr. Bannon, regarding acceptance of service of

3    the subpoena; is that correct?

4         A.    That's correct.

5         Q.    And Mr. Costello got back to you the next day and

6    informed you that, in fact, Steve Bannon was voluntarily

7    accepting service of the subpoena.  Correct?

8         A.    That's correct.

9         Q.    Now, among -- you described, with regard to

10   putting together Exhibit 2, the subpoena and its

11   attachments, various portions of that, and I want to go

12   through that testimony so I understand it.

13             One thing I want to understand is, the letter --

14   the letter from Chairman Thompson that accompanies the

15   subpoena indicates that the deposition rules were provided

16   to Mr. Bannon.  Were all of the deposition rules provided to

17   Mr. Bannon at that time?

18        A.    Deposition regulations were provided to Mr. Bannon

19   at that time.

20        Q.    Okay.  And are you familiar -- let's look at the

21   very last page of Exhibit No. 2, which is in evidence, Page

22   41.

23             **THE COURT:**  This is Government's Exhibit 2.  And

24   when it's pulled up, it can be published to the jury.

25

1    **BY MR. CORCORAN:**

2        **Q.**    And now I will focus your attention just on one

3    paragraph.  So this is a page from the Congressional Record.

4    Correct?

5        **A.**    That's correct.

6        **Q.**    And when I say "this" it's Exhibit 2 at US000417.

7    And are these the regulations for the use of deposition

8    authority that govern the 117th Congress?

9        **A.**    That's correct.

10       **Q.**    And this is the 117th Congress.  Correct?

11       **A.**    That's correct.

12       **Q.**    So these rules apply to the Select Committee

13   depositions.  Correct?

14       **A.**    That's correct.

15       **Q.**    Okay.  Paragraph 11, would you read that to the

16   jury?

17       **A.**    It says, "The witness shall not be required to

18   testify unless the witness has been provided with a copy of

19   Section 3(b) of House Resolution 3, 117th Congress and these

20   regulations."

21       **Q.**    Okay.  Now you never provided Section 3(b) --

22       **MS. VAUGHN:**  Objection.  The Court's already ruled

23   on the relevance of this.

24       **THE COURT:**  Let's go to a sidebar.

25       (Discussion at sidebar.)



1

2

3

4

5

6

7

8

9

10

11          (Sidebar concluded.)

12          **THE COURT:**  We are back from sealed or husher

13  public record.

14          **MR. CORCORAN:**  All right.  If we could go to the

15  third page of Government's Exhibit No. 2, which is in

16  evidence.

17  **BY MR. CORCORAN:**

18      **Q.**   Now, Ms. Amerling, did you draft this letter?

19      **A.**   I was one of several staff that drafted the letter

20  and reviewed it.

21      **Q.**   What portions of the letter are your words?

22      **A.**   At this date I don't recall specifically, sir.

23      **Q.**   Did Chairman Thompson draft any of the words in

24  this letter?

25      **A.**   Generally, the process is that staff drafts

1    letters and provides them for the review of the members, the

2    Committee and the Chair.

3        **Q.**   I understand generally --

4        **A.**   I would assume that would have been the process

5    here but I can't remember specifically.

6        **Q.**   I understand generally, but my questions are very

7    specific.  Do you recall -- well, did Chairman Thompson

8    draft any language in this letter?

9        **A.**   Again, I cannot remember the specifics for this

10   letter.  But the general process is that staff drafts the

11   letter and the members review and sign.

12       **Q.**   Were you present when this letter was signed?

13       **A.**   I don't recall.

14       **Q.**   Now, you indicated on direct examination that the

15   third paragraph of this letter refers generally to reasons

16   why the Committee might want to speak to Steve Bannon; is

17   that correct?

18       **A.**   That's correct.

19       **Q.**   Okay.  And I just wanted to zero in and ask you,

20   in that third paragraph, it appears that two of the

21   reasons -- you used the words, on direct examination, that

22   there were "public reports of certain things".  Do you

23   remember using those words?

24       **A.**   That's right.

25       **Q.**   Okay.  And were the public reports about a Willard

1    Hotel meeting that is referenced in this letter?  Does that

2    come from a book that's entitled "Peril"?

3        **A.**    That was one of the sources, and that was the

4    source cited in this letter.

5        **Q.**    Okay.  And the second issue, which is -- or the

6    second area of why the Select Committee might want to speak

7    to Mr. Bannon appears to be some communications with

8    then-President Donald J. Trump.

9             Is the source of that interest by Select Committee

10   or staff also the book entitled "Peril"?

11       **A.**    That was cited as one of the sources, yes.

12       **Q.**    Have you read "Peril"?

13       **A.**    I have, yes, sir.

14       **Q.**    Okay.  The third issue, it appears, is that

15   Mr. Bannon, on his show on January 5th, 2021, purportedly

16   spoke about the potential for violence on January 6th, 2021.

17   And my question is this:  Is the source that is cited in

18   this letter, for the reason that you want to talk to

19   Mr. Bannon, a CNN article?

20       **A.**    Yes, that's what it looks like, yes.

21       **Q.**    Okay.  And you're aware that prior to January 6th,

22   and prior to -- on January 5th and earlier, there was

23   widespread reporting in the general media that there might

24   be violence on January 6, 2021.  Are you aware of that?

25       **A.**    I am aware of that, yes.

1      Q.    Now turning to what I think is the fourth page of

2   Government's Exhibit No. 2, the schedule, and on -- this is

3   basically the schedule of topics, 17 different topics, where

4   the Committee was asking if he had -- if Mr. Bannon had any

5   documents that pertain to these 17 different categories; is

6   that accurate?

7      A.    That's correct.

8      Q.    Okay.  And is this schedule something that you

9   yourself drafted?

10      A.    Again, it would have been the process that I

11   described:  A number of staff contribute to the drafting

12   process, including myself.  So I was and would have been

13   involved in this.

14      Q.    And is this schedule that we're looking at, Page 4

15   of Government's Exhibit No. 2, a schedule that, for the most

16   part, was sent to a number of different subpoena recipients?

17      A.    I can speak generally.  The process of drafting

18   subpoenas involves looking at what information might be

19   particularly pertinent to the individual receiving the

20   subpoena.  So the subpoenas will look different from each

21   other.

22      Q.    And I -- really what I'm asking is, you know,

23   there are 17 categories here on this schedule.  And was

24   there overlap in those 17 categories between what was sent

25   to Steve Bannon and what was sent to several other subpoena

1    recipients?

2        A.   Sir, we don't generally publish the subpoena

3    schedules, in part because we don't want to give a roadmap

4    of what the investigation is doing.  So I don't know that I

5    want to get specific about what we put in other people's

6    subpoenas.

7        Q.   We're not asking for a roadmap on anything.  I'm

8    asking you whether -- essentially, is there boilerplate on

9    this schedule that was sent not only to Steve Bannon but to

10   other subpoena recipients?

11       A.   I would be happy to go back and look if there were

12   specific paragraphs or specific language that you're

13   concerned about to address that question.  I can't, sitting

14   here, know what language might be repeated in other

15   subpoenas and what might be specific to him.

16       Q.   And I'm not asking for specifics on this topic.  I

17   want to know if there's overlap between this and other

18   subpoenas.  In other words --

19            MS. VAUGHN:  Objection.  Asked and answered.

20            THE COURT:  I understand the objection.  I'll

21   allow one last question on this topic.

22   BY MR. CORCORAN:

23       Q.   In other words, did you create, did you draft this

24   schedule of 17 areas that you might want to talk to Steve

25   Bannon about from scratch for the subpoena or was it used

1    as -- well, in part, in other subpoenas that were given to

2    other subpoena recipients?

3         A.   I believe I've answered the question, sir.  But

4    just to elaborate, when we draft subpoenas, it's a process

5    that doesn't just involve me.  This subpoena didn't just

6    involve me but I was involved.

7              And generally what we do is we try to include the

8    items that would be most related to information that the

9    specific recipient might have.  So they're going to vary

10   from individual to individual.  They are not going to be

11   identical carbon copies of each other.

12        Q.   And with regard to the documents that you

13   requested of Steve Bannon in these various categories, you

14   don't have any firsthand knowledge as to whether Steve

15   Bannon has any documents at all that are responsive to these

16   17 areas.  Correct?

17        A.   Part of what happens in the subpoena process, sir,

18   is that the recipient has the opportunity to respond and

19   say, I do have documents responsive to these particular

20   items, and I don't have documents responsive to these other

21   items; and that process helps inform our investigation.

22        Q.   I understand the process but I'm asking you, just

23   to be clear, do you have firsthand knowledge whether Steve

24   Bannon has any documents that are responsive to the

25   subpoena?

 1          **A.**   I have no basis for knowing that one way or the

 2   other.

 3          **Q.**   Okay.  All right.  Now, you testified about your

 4   interactions with --

 5               **MR. CORCORAN:**  And, Your Honor, whenever there's a

 6   need for a break, let me know or I'll just keep going.  This

 7   is a convenient time in terms of cross for a break.  I'm

 8   moving to a new topic.

 9               **THE COURT:**  How long will this next topic take?

10   I'm not going to hold you, obviously, to a specific time.

11               **MR. CORCORAN:**  Well, it's kind of a group,

12   actually.

13               **THE COURT:**  Why don't we take a recess then.

14   We'll recess until -- this will be our lunch recess,

15   everyone -- until 1:15, when we will be back on the record.

16   Okay?

17               Thank you, ma'am.  You are excused for the lunch.

18               **THE WITNESS:**  Thank you.

19               **DEPUTY CLERK:**  All rise.

20               (Lunch recess taken at 12:21 p.m.)

21               (Jury exited the courtroom.)

22               **MR. CORCORAN:**  One quick legal issue once --

23               **THE COURT:**  We'll have Ms. Lesley come back.  I

24   believe we should excuse the witness for this.

25               **MR. CORCORAN:**  I think so, Your Honor.

1          **THE COURT:**  Ms. Amerling may depart the courtroom.

2          Mr. Schoen.

3          **MR. SCHOEN:**  Yes, Your Honor.  It's really just a

4    request, very brief one, but I think we learned the lesson

5    yesterday about the importance of reading the Court's

6    carefully thought-out July 11th order.

7          So today the question came up about Mr. Corcoran

8    apparently was going to pursue a line of questioning on this

9    Rule 3b, as I understood the intention of the examination.

10          I just ask the Court over lunch if it might take a

11    look at Pages 131 to the top of 132 on that issue

12    specifically.  That could be over lunch, unless the Court

13    has it here.

14          **THE COURT:**  I don't, but I will do so.  And I

15    suspect I understand what you're talking about.  So I will

16    do so.

17          Thank you.

18          **MR. SCHOEN:**  Thank you, Your Honor.

19          **THE COURT:**  We are now in recess.

20          (Lunch recess was taken at 12:23 p.m.)

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
                  **C E R T I F I C A T E**

2

3
           I, **Lorraine T. Herman, Official Court Reporter,**

4
certify that the foregoing is a true and correct transcript

5
of the record of proceedings in the above-entitled matter.

6

7

8

9
      July 20, 2022             /s/

10
           **DATE**                **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. CORCORAN:**
**[15]** 684/1 685/25
689/20 690/21 694/19
695/20 700/18 701/21
705/1 706/3 706/19
707/16 708/25 711/17
715/22
**BY MS. VAUGHN: [53]**
620/19 621/3 621/19
622/24 624/20 626/2
627/25 628/13 630/8
632/22 633/23 636/2
640/20 641/12 643/11
645/13 646/18 647/19
649/1 651/3 651/24
652/4 652/21 653/4
654/23 655/8 657/14
658/9 659/14 660/9
661/2 661/17 662/11
663/18 664/14 666/16
667/7 668/14 669/12
670/8 670/23 672/5
673/2 674/9 676/4
676/21 676/25 677/10
679/8 679/25 681/1
681/21 682/19
**BY MS.VAUGHN: [2]**
642/19 665/15
**DEPUTY CLERK: [6]**
602/3 619/7 619/16
664/10 690/16 717/19
**MR. CORCORAN: [48]**
602/13 607/20 607/23
609/5 610/9 610/18
611/3 611/23 625/13
639/17 643/4 647/13
651/20 654/20 657/22
665/25 666/4 666/8
669/19 676/17 680/9
683/24 690/12 690/20
696/14 697/4 697/17
697/21 698/6 698/11
701/8 704/23 705/14
705/18 705/22 705/25
706/16 706/18 706/24
707/4 707/9 710/10
711/8 711/14 717/5
717/11 717/22 717/25
**MR. SCHOEN: [8]**
616/2 616/25 617/14
618/18 618/22 619/4
718/3 718/18
**MS. VAUGHN: [88]**

602/8 602/19 604/15
605/5 605/20 612/1
612/12 612/22 613/12
613/22 614/25 615/25
617/17 618/14 620/17
621/1 621/17 622/22
624/18 626/1 627/23
628/11 630/6 632/20
633/21 635/25 641/10
642/16 643/2 643/8
645/11 647/6 647/11
647/16 648/24 651/1
651/18 652/2 652/19
653/1 655/5 657/12
657/20 658/8 659/12
660/6 660/24 661/14
662/9 663/17 663/25
664/13 665/13 665/23
666/15 667/4 668/13
669/10 669/17 670/7
670/21 672/3 672/23
674/6 676/1 676/15
676/23 677/8 679/6
679/22 680/7 680/23
681/19 682/17 683/21
685/20 689/17 694/13
695/12 695/24 696/4
699/2 699/22 705/7
707/12 709/22 710/2
715/19
**THE COURT: [92]**
602/12 602/16 604/9
604/18 605/19 607/13
607/21 608/17 610/3
610/16 610/20 611/22
611/24 612/9 612/13
613/1 613/14 614/16
615/9 616/1 616/24
617/13 617/15 617/25
618/21 618/25 619/5
619/9 619/13 619/18
625/15 639/18 643/5
646/16 647/9 647/14
647/18 651/21 654/19
654/22 657/25 663/23
664/1 664/8 664/12
666/2 666/5 666/11
669/20 676/18 680/14
683/22 685/21 689/18
690/15 690/18 694/15
695/13 696/1 697/1
697/12 697/19 698/3
698/8 699/1 699/18
700/4 700/16 701/5

705/9 705/15 705/19
705/24 706/2 706/14
706/17 707/1 707/14
708/23 709/24 710/1
710/8 711/2 711/9
711/12 715/20 717/9
717/13 717/23 718/1
718/14 718/19
**THE WITNESS: [9]**
619/12 639/20 685/22
689/19 695/14 701/9
705/20 707/6 717/18

**,**

**'21 [1]** 700/20
**'Subpoena' [1]** 671/18

**,**

**,Okay [1]** 605/19

**/**

**/s [1]** 720/9

**0**

**0670 [1]** 602/4

**1**

**1,000 [2]** 685/23 686/4
**10-page [2]** 622/12
688/7
**100-6 [1]** 600/15
**103 [1]** 605/14
**10:00 [6]** 621/11
621/16 648/2 648/7
650/11 650/15
**10:38 [1]** 664/6
**10:39 [1]** 664/7
**10:55 [2]** 664/4 664/6
**11 [3]** 633/22 633/24
709/15
**117th [3]** 709/8 709/10
709/19
**11:00 [1]** 664/7
**11th [1]** 718/6
**12 [2]** 633/22 635/6
**12:21 [1]** 717/20
**12:23 [1]** 718/20
**13 [3]** 649/8 649/9
665/24
**131 [1]** 718/11
**132 [1]** 718/11
**13th [4]** 665/11 665/17
665/21 666/18
**14 [4]** 620/2 671/3
700/20 702/19

14th [11] 621/15 623/9
661/11 662/1 665/2
665/6 668/9 668/15
670/19 673/15 700/25
**15 [4]** 636/1 636/3
664/1 664/2
**15th [5]** 668/19 669/15
670/16 675/13 675/19
**16 [2]** 637/6 637/7
**17 [9]** 636/1 638/7
664/6 714/3 714/5
714/23 714/24 715/24
716/16
**1793 [1]** 600/13
**18th [9]** 674/16 676/6
677/5 677/21 678/7
678/10 678/13 678/17
681/15
**19 [2]** 649/22 649/23
**192 [2]** 662/25 673/20
**194 [2]** 662/25 673/20
**19th [6]** 668/25 673/18
675/6 680/5 681/3
683/15
**1:15 [1]** 717/15
**1:21-670 [1]** 600/3

**2**

**20 [2]** 600/5 720/9
**20001 [2]** 600/12
600/23
**201 [1]** 600/18
**202-252-1793 [1]**
600/13
**2020 [6]** 627/3 629/1
630/14 634/2 671/6
671/8
**2021 [42]** 621/11
621/16 624/2 624/25
630/11 630/18 631/15
631/19 643/1 645/15
652/10 652/12 653/17
654/6 658/12 662/1
665/17 671/2 671/3
671/5 672/16 673/16
673/18 674/16 677/5
680/6 688/19 690/7
693/1 693/11 693/21
694/23 695/6 700/25
702/5 702/11 702/19
703/22 704/10 713/15
713/16 713/24
**2021-0670 [1]** 602/4
**2022 [3]** 600/5 702/18

**2**

**2022...** [1] 720/9
**21201** [1] 600/19
**2225** [1] 600/19
**23** [1] 652/10
**23rd** [8] 642/11 642/25
643/10 643/17 647/21
688/19 689/16 690/7
**24th** [5] 643/1 645/15
645/21 647/23 648/6
**25th** [1] 600/18
**2800** [1] 600/15
**2nd** [1] 704/10

**3**

**30** [1] 627/2
**333** [1] 600/22
**334-395-6611** [1]
600/16
**36106** [1] 600/18
**3b** [1] 718/9

**4**

**41** [1] 708/22
**410-385-2225** [1]
600/19
**4th** [1] 600/12

**5**

**50** [1] 604/2
**503** [2] 623/2 623/3
**555** [1] 600/12
**5:05** [1] 652/12
**5th** [5] 626/7 626/11
627/6 713/15 713/22

**6**

**6611** [1] 600/16
**670** [1] 600/3
**6:00** [1] 674/15
**6:02** [1] 677/5
**6:38** [1] 643/18
**6th** [32] 621/9 621/14
623/20 624/4 624/24
626/10 626/16 627/4
629/23 630/11 630/17
631/2 632/3 632/17
633/6 633/11 633/18
634/9 635/1 635/9
636/20 637/5 637/17
638/11 639/22 640/8
644/20 653/17 654/6
701/11 713/16 713/21

**7**

**7th** [15] 621/11 623/8
627/21 648/2 648/8
650/12 650/15 651/8
652/12 659/17 666/20
670/18 673/5 693/11
702/11

**8**

**8th** [6] 657/16 658/12
664/17 665/6 666/19
672/1

**9**

**9/23/2021** [1] 703/22
**9:02** [1] 600/6
**9:26** [1] 619/15

**A**

**a.m** [8] 600/6 619/15
621/11 621/16 648/2
662/1 664/7 664/7
**ability** [2] 609/25
682/2
**able** [4] 608/4 616/20
635/22 655/5
**about** [106] 603/1
603/12 603/22 603/24
604/3 604/7 604/16
604/16 605/17 605/24
606/1 606/3 606/6
606/7 606/12 606/14
606/16 607/16 607/18
607/22 608/5 608/9
608/20 609/12 609/14
609/16 609/17 609/19
610/7 610/16 610/18
611/1 611/6 611/19
612/6 612/17 612/19
612/23 613/10 613/25
614/14 615/1 615/17
617/11 617/20 620/1
620/23 621/5 621/14
622/3 622/21 624/4
625/25 626/20 626/20
626/24 629/20 632/4
637/2 637/9 638/9
640/7 640/22 640/23
641/18 645/7 646/8
647/4 647/25 648/9
651/16 653/13 653/14
655/22 658/17 659/2
662/6 663/15 663/19
666/24 669/1 671/10
678/1 679/9 681/12
683/18 684/2 687/23
688/12 695/16 695/17
701/17 702/2 707/20
712/25 713/16 715/5
715/13 715/25 717/3
718/5 718/7 718/15
**above** [10] 616/11
616/12 616/19 617/3
617/21 617/23 618/5
653/7 655/14 720/5
**above-entitled** [1]
720/5
**above-referenced** [1]
653/7
**accept** [6] 644/10
644/15 644/23 645/23
645/25 655/14
**acceptance** [1] 708/2
**accepted** [3] 646/4
653/7 704/7
**accepting** [2] 656/22
708/7
**accident** [1] 616/9
**accompanies** [2]
623/13 708/14
**accompanying** [2]
623/8 644/25
**accomplished** [2]
704/4 704/20
**accordance** [1] 628/16
**according** [3] 616/14
637/21 664/5
**Accordingly** [4] 627/8
661/7 673/4 682/4
**account** [3] 629/6
629/11 638/20
**accounts** [6] 628/22
628/23 629/4 629/12
634/11 637/21
**accurate** [3] 689/24
700/22 714/6
**acknowledged** [1]
615/16
**acontextual** [1] 607/16
**across** [1] 614/12
**Act** [1] 640/16
**acting** [1] 618/5
**action** [4] 600/3
610/14 613/5 663/2
**actions** [5] 609/15
609/18 609/22 609/23
684/13
**activities** [5] 624/1
624/23 626/10 629/21
635/14
**acts** [1] 615/3
**actual** [5] 621/5
630/19 631/18 688/18
707/25
**actually** [11] 606/18
628/6 646/8 651/25
658/16 679/9 704/20
705/6 706/6 707/19
717/12
**add** [3] 647/11 663/16
668/12
**added** [3] 639/10
663/17 668/13
**additional** [9] 651/9
651/12 669/3 674/13
674/20 675/20 677/22
679/11 691/10
**address** [4] 642/10
692/5 703/20 715/13
**addressed** [1] 674/14
**adjournment** [2]
677/18 682/4
**adjudicating** [1] 608/6
**Adjusted** [1] 647/16
**administration** [1]
637/15
**admit** [7] 643/3 651/19
657/21 665/24 669/18
676/16 680/8
**admitted** [31] 601/9
601/9 601/10 601/10
601/11 612/2 625/17
625/23 643/5 643/7
651/21 651/23 658/1
658/2 658/5 666/5
666/7 666/13 669/21
669/23 670/1 670/4
670/6 676/18 676/20
680/12 680/14 680/17
680/18 680/18 680/21
**admitting** [1] 625/20
**advanced** [1] 633/10
**advertising** [1] 635/7
**advice** [3] 616/23
617/8 694/25
**advise** [1] 645/24
**advised** [5] 662/14
677/14 688/2 688/12
704/15
**advisement** [2] 614/18
615/22

**A**

advising [1] 657/3
advisor [2] 631/16
634/12
affidavit [1] 616/15
after [11] 622/25
650/20 652/15 654/24
656/5 664/19 664/22
675/17 681/7 682/21
683/16
afternoon [1] 653/17
again [19] 607/9
615/14 617/17 619/19
625/14 636/16 648/25
661/24 665/20 670/4
670/16 673/22 674/22
682/6 690/9 700/19
701/23 712/9 714/10
against [6] 605/25
606/15 609/12 634/19
640/13 663/3
agencies [3] 634/18
640/11 640/13
agent [7] 602/11
605/24 611/1 611/9
613/18 614/19 614/24
agent's [1] 615/12
agents [3] 704/11
704/16 704/18
ago [2] 604/2 673/23
agree [5] 604/10
604/22 607/18 678/21
705/10
agreement [1] 667/12
aid [1] 631/16
al [2] 600/16 677/17
Alex [3] 636/6 636/12
637/4
all [80] 611/7 611/20
612/8 617/11 617/12
618/1 618/7 621/4
622/25 626/11 627/6
627/18 628/6 628/9
628/18 630/5 633/8
633/24 635/7 635/24
638/12 639/1 640/21
641/13 642/20 643/8
645/6 645/9 647/3
647/8 647/20 648/9
649/8 649/20 650/2
650/4 651/25 652/19
652/22 652/25 653/5
654/12 654/24 655/4
655/9 656/20 657/10

658/16 659/18 660/4
660/10 660/23 661/8
662/12 663/15 663/19
666/3 666/23 667/4
668/15 669/1 669/10
670/21 674/6 676/22
677/6 680/2 681/18
681/19 681/22 682/15
686/19 703/4 705/2
706/11 708/16 711/14
716/15 717/3 717/19
all's [1] 690/16
allegation [3] 684/4
684/7 684/9
alleges [1] 618/4
allow [5] 604/24
685/21 691/15 694/15
715/21
allowed [8] 603/10
606/3 606/11 607/10
610/7 610/11 611/12
691/4
allows [1] 691/5
along [4] 617/6 644/24
649/5 649/14
already [6] 607/15
619/1 621/2 667/20
682/12 709/22
also [16] 610/24 615/1
627/1 631/6 640/23
641/25 659/6 659/8
660/20 661/10 665/21
666/20 676/8 679/16
694/5 713/10
always [2] 614/13
687/14
am [10] 614/17 618/9
625/20 643/20 644/23
694/15 706/24 707/6
707/7 713/25
AMANDA [2] 600/10
602/9
amended [1] 639/10
Amendment [1]
609/10
AMERICA [2] 600/2
602/4
American [1] 624/16
Americans [1] 635/8
Amerling [63] 603/21
604/13 605/4 614/23
617/6 620/18 620/20
621/4 621/20 624/3
626/3 628/2 628/14

630/9 630/19 632/23
633/24 636/3 637/6
638/7 641/13 641/22
642/20 643/13 647/4
647/20 649/2 651/4
651/25 652/8 655/9
657/15 658/10 659/15
660/10 661/3 661/18
662/13 663/19 664/15
665/16 667/8 669/13
670/9 670/24 672/6
673/3 673/21 674/10
676/5 676/22 677/11
679/9 680/2 681/2
681/22 682/20 683/25
684/2 702/25 703/7
711/18 718/1
Amerling's [2] 604/3
615/11
among [7] 631/23
636/10 640/13 654/9
694/25 695/16 708/9
announced [1] 655/13
another [9] 603/24
621/20 649/22 665/7
668/21 671/9 672/23
675/15 707/24
answer [6] 607/24
610/12 621/13 639/19
689/24 694/18
answered [6] 688/2
693/23 694/13 694/17
715/19 716/3
any [61] 610/14 610/18
628/19 630/14 630/16
630/16 631/15 631/16
632/4 634/1 634/21
636/4 636/5 636/22
637/7 637/9 638/7
638/9 638/16 648/3
649/14 656/16 656/16
658/5 659/25 660/16
661/5 664/23 667/24
668/2 668/4 672/9
672/17 672/19 673/12
674/13 674/19 675/4
675/20 677/22 678/11
678/14 678/18 679/11
680/19 682/4 683/17
689/15 690/2 690/3
694/24 695/22 695/23
702/4 702/9 711/23
712/8 714/4 716/14
716/15 716/24

anybody [2] 647/1
695/23
anyone [5] 609/24
610/8 620/9 633/25
646/25
anything [11] 608/5
608/14 637/2 648/8
650/14 670/2 670/3
683/16 683/20 702/16
715/7
apologize [2] 610/23
666/12
apparent [1] 659/20
apparently [1] 718/8
appear [12] 621/13
623/9 623/14 661/25
671/2 671/16 673/15
683/1 693/10 693/21
694/21 694/23
appearance [1] 661/21
APPEARANCES [1]
600/9
appeared [2] 668/16
700/22
appearing [2] 661/11
670/19
appears [4] 659/21
712/20 713/7 713/14
applicable [1] 629/1
application [1] 667/13
applications [2]
628/23 629/5
apply [1] 709/12
approach [1] 707/1
appropriate [6] 605/4
605/12 615/22 695/1
695/18 702/3
approve [1] 674/3
April [1] 629/1
are [88] 603/8 603/11
605/3 605/7 606/3
606/11 608/4 608/25
609/23 609/24 610/6
610/6 612/23 613/7
614/18 617/12 617/23
619/13 619/16 619/24
619/24 620/5 620/10
620/14 621/5 625/22
625/25 627/1 627/5
627/11 627/12 628/17
629/1 629/12 634/10
634/10 636/22 638/23
639/6 640/3 640/6
642/24 644/13 648/21

724

**A**

**are... [44]** 648/21 650/4 654/17 655/5 655/16 655/16 656/14 663/8 664/10 668/1 668/3 674/12 676/11 680/2 680/4 680/17 681/4 685/7 686/3 690/19 691/1 691/4 691/8 691/9 691/9 692/4 692/7 692/16 700/16 702/7 702/21 705/9 708/20 709/7 711/12 711/21 712/6 713/24 714/23 716/10 716/15 716/24 717/17 718/19

**area [3]** 630/22 690/22 713/6

**areas [3]** 640/3 715/24 716/16

**aren't [2]** 664/5 692/7

**argue [1]** 612/23

**argument [2]** 602/21 617/20

**arguments [4]** 603/2 604/21 604/22 670/2

**around [2]** 603/3 690/2

**arrived [1]** 693/4

**artful [1]** 618/1

**article [1]** 713/19

**articulate [1]** 604/6

**articulated [1]** 619/1

**as [93]** 602/21 603/17 603/17 603/18 604/13 604/14 605/4 606/20 608/18 608/23 608/23 612/16 613/7 615/3 615/13 615/16 615/22 615/22 616/13 616/20 616/22 617/12 617/17 618/5 618/6 619/22 619/25 620/3 620/4 622/10 625/16 625/16 626/6 627/1 627/6 628/7 629/8 629/19 630/15 630/16 635/16 638/19 639/5 639/15 640/16 649/14 649/15 649/15 653/18 655/16 658/1 659/5 661/12 662/16 662/19 663/2 663/2 664/2 664/2 665/3 665/25 666/18

670/25 671/1 671/5 671/6 672/8 672/15 673/5 673/8 675/11 679/23 680/13 682/24 685/11 694/11 695/6 695/15 695/18 700/25 702/21 702/23 702/23 705/4 706/10 707/10 713/11 716/1 716/14 718/9

**ask [37]** 603/12 604/6 604/16 604/17 605/16 606/3 606/11 607/3 607/10 608/4 608/21 610/7 610/11 610/18 610/25 611/12 612/2 612/6 612/9 612/10 612/17 613/3 613/4 614/13 614/15 620/12 620/13 625/13 636/8 636/24 646/16 648/11 678/6 679/9 706/2 712/19 718/10

**asked [9]** 603/10 604/20 607/1 607/17 613/24 644/9 687/23 687/25 715/19

**asking [14]** 605/23 608/20 619/10 674/19 682/7 690/1 702/9 705/15 714/4 714/22 715/7 715/8 715/16 716/22

**asks [3]** 633/12 633/24 637/7

**aspect [1]** 688/6

**assert [2]** 655/13 660/2

**asserted [2]** 670/2 673/14

**asserting [3]** 655/23 667/21 685/1

**assertion [4]** 661/6 672/17 672/19 680/19

**assertions [1]** 625/22

**assess [1]** 677/19

**assistant [1]** 631/17

**associates [1]** 634/13

**assume [1]** 712/4

**attached [13]** 628/16 644/21 645/3 645/5 645/6 648/21 652/9 652/17 652/18 672/16

**attaching [2]** 644/23 676/13

**attachments [1]** 708/11

**attack [21]** 623/21 624/4 626/12 630/23 631/4 631/7 633/6 633/8 634/20 635/1 635/5 635/13 635/15 635/17 636/10 636/14 637/17 639/22 644/20 671/5 684/5

**attacks [1]** 640/13

**attempt [2]** 604/10 664/2

**attempting [1]** 604/25

**attend [1]** 635/9

**attended [1]** 631/6

**attending [1]** 631/19

**attention [1]** 709/2

**attorney [17]** 600/15 631/16 637/23 637/23 641/2 641/5 642/9 642/13 642/23 646/10 652/23 654/10 658/14 674/5 680/5 703/19 708/2

**attorney-client [1]** 654/10

**attorneys [2]** 600/11 688/10

**attorneys' [1]** 614/12

**authorities [1]** 623/1

**authority [9]** 612/16 617/23 622/3 645/22 694/2 694/3 694/4 695/4 709/8

**authorization [1]** 702/12

**authorize [1]** 644/14

**authorized [9]** 623/4 639/12 645/25 646/2 647/22 648/7 687/21 693/15 703/1

**authorizing [1]** 656/17

**available [2]** 611/21 683/8

**Avenue [1]** 600/22

**avenues [1]** 701/17

**aware [4]** 663/14 713/21 713/24 713/25

**B**

**back [11]** 618/15 619/16 657/11 664/10 694/11 700/16 708/5 711/12 715/11 717/15 717/23

**ballpark [4]** 686/7 686/8 686/14 686/23

**Baltimore [1]** 600/19

**Bankruptcy [1]** 600/22

**BANNON [95]** 600/5 602/5 602/15 604/10 604/21 609/12 614/21 616/7 616/11 616/14 616/22 617/7 622/19 625/19 628/17 629/7 632/1 632/9 632/15 633/2 633/5 636/8 641/18 642/9 643/22 643/25 644/5 644/7 644/14 644/21 645/21 645 646/12 646/25 652/9 653/6 653/8 653/12 653/13 653/21 656/25 658/4 659/22 659/24 661/6 663/3 667/2 667/15 667/16 669/25 670/1 671/2 671/15 672/12 672/13 673/11 673/14 674/12 674/22 674/24 675/3 677/14 680/5 680/16 681/7 682/1 683/5 683/12 684/5 684/9 688/15 693/10 693/14 693/21 694/20 694/22 700/21 701/1 701/10 703/19 708/2 708/6 708/16 708/17 708/18 712/16 713/7 713/15 713/19 714/4 714/25 715/9 715/25 716/13 716/15 716/24

**Bannon's [14]** 641/5 642/23 645/16 646/5 657/8 660/4 661/21 662/15 665/12 672/8 673/4 681/14 682/25 683/2

**Barenblatt [2]** 604/2 612/5

**Barr [1]** 637/24

**barred [3]** 617/5 617/9 617/12

**B**

**based [8]** 609/7 634/11 646/6 646/16 646/19 655/21 658/22 678/22
**basically [2]** 620/6 714/3
**basis [15]** 604/6 604/16 606/5 607/3 614/13 614/14 655/22 656/21 657/1 660/4 660/13 660/16 683/2 683/6 717/1
**be [87]** 603/6 603/9 603/10 603/22 603/24 604/3 604/22 605/1 605/4 605/12 607/10 607/18 608/2 608/9 608/20 608/22 608/24 609/6 610/1 611/21 613/8 613/17 613/18 613/24 615/2 615/6 615/17 615/20 616/3 616/14 616/20 617/6 618/17 627/16 629/13 637/11 638/16 638/16 639/10 640/1 643/6 644/9 647/4 649/11 649/12 649/14 649/15 651/22 654/16 654/25 658/7 659/6 662/14 664/1 666/5 666/13 667/15 667/19 668/24 670/5 671/21 672/20 673/18 676/19 678/1 678/7 680/22 682/7 683/5 690/15 693/5 705/11 707/1 708/24 709/17 713/7 713/24 714/18 715/11 715/14 715/15 716/8 716/10 716/23 717/14 717/15 718/12
**bear [1]** 608/5
**because [25]** 603/5 603/9 603/19 607/16 609/18 610/12 612/13 612/20 614/3 615/2 615/5 617/2 617/9 618/12 619/1 620/14 643/24 648/12 679/11 683/2 701/10 701/14 705/10 707/6 715/3
**become [2]** 604/24

615/14
**been [54]** 609/7 613/25 614/3 614/4 616/5 617/2 617/19 617/25 618/8 626/6 626/14 631/5 631/9 631/24 632/1 632/14 632/15 633/7 634/13 634/14 635/18 635/21 636/12 636/14 637/14 637/22 638/13 638/14 640/22 640/22 645/25 646/2 648/6 650/1 650/5 657/23 668/6 671/10 674/14 675/12 677/14 685/18 686/3 686/4 686/10 686/17 688/17 689/24 706/5 706/6 709/18 712/4 714/10 714/12
**before [25]** 600/8 603/7 607/9 609/2 626/11 633/8 646/5 654/21 662/4 664/15 666/18 671/3 672/13 675/5 679/9 679/12 680/13 684/8 686/24 688/17 704/6 704/20 705/5 706/5 707/18
**begin [2]** 664/20 664/24
**beginning [4]** 602/7 637/24 681/23 682/23
**begins [2]** 603/7 653/5
**behalf [17]** 602/14 622/7 622/14 644/11 644/15 646/5 652/9 653/6 653/7 653/9 658/23 658/23 658/25 670/13 670/13 670/15 677/14
**behave [1]** 620/3
**being [9]** 605/17 607/1 609/20 609/24 617/20 619/19 625/23 626/7 693/22
**belief [2]** 631/5 635/18
**believe [19]** 606/5 610/6 614/14 618/6 624/22 625/2 627/14 632/12 646/14 650/23 665/22 672/19 685/22 686/7 688/19 700/21 703/3 716/3 717/24

believed [6] 616/16
626/4 626/24 646/21 668/23 701/14
**believes [2]** 671/17 674/12
**belong [2]** 655/12 660/3
**below [1]** 628/25
**Bennie [8]** 607/4 622/16 644/25 657/16 658/21 670/11 677/16 693/17
**best [8]** 613/9 686/23 689/13 695/9 701/2 701/5 701/9 701/18
**between [13]** 624/11 631/11 632/4 636/18 638/23 642/22 648/5 648/7 651/15 665/5 684/17 714/24 715/17
**bias [22]** 603/13 603/16 603/18 604/3 604/8 604/14 604/25 605/19 607/14 607/18 607/19 607/21 608/4 608/16 609/4 610/7 610/8 610/24 611/25 612/20 613/7 615/17
**biased [8]** 604/11 607/22 608/20 608/23 612/11 612/19 613/4 613/5
**biases [1]** 606/24
**bit [1]** 669/1
**block [2]** 626/8 626/18
**board [1]** 614/13
**Bob [1]** 708/1
**body [9]** 604/4 606/21 608/23 615/3 615/3 615/3 652/25 677/8 681/20
**boilerplate [1]** 715/8
**book [2]** 713/2 713/10
**boost [1]** 640/10
**bore [1]** 702/5
**Boris [2]** 634/4 634/12
**both [10]** 603/5 608/18 617/4 627/9 634/15 670/18 671/16 676/3 681/2 693/18
**bottom [8]** 624/19 641/19 643/9 652/2 652/3 652/5 655/1 702/25

**bounds [2]** 608/7 612/20
**box [2]** 641/19 690/23
**Boys [3]** 636/5 636/11 637/3
**branch [1]** 656/15
**breach [1]** 630/20
**break [9]** 603/7 619/22 619/23 627/6 633/9 663/24 664/15 717/6 717/7
**brief [2]** 680/10 718/4
**briefed [2]** 603/17 657/23
**briefing [2]** 654/21 666/1
**briefly [1]** 623/10
**bring [18]** 603/4 619/5 619/7 619/9 619/13 621/1 642/16 648/24 651/1 655/5 657/12 664/8 665/13 669/10 674/7 676/1 679/6 679/23
**brought [1]** 663/3
**building [2]** 688/25 692/24

**C**

**calendar [1]** 628/24
**call [5]** 608/19 644/3 644/6 646/7 664/4
**called [1]** 639/4
**came [1]** 718/7
**campaign [7]** 628/22 628/23 629/4 629/4 629/6 629/11 632/8
**campaign-related [1]** 629/11
**campaigns [1]** 629/9
**can [85]** 603/12 604/10 604/17 605/8 609/23 610/1 610/12 610/13 610/25 612/6 612/8 612/9 612/10 612/17 613/9 616/4 617/4 618/15 621/6 621/12 621/24 623/10 623/17 624/18 625/8 629/5 631/12 631/20 632/24 637/18 638/10 639/1 639/11 641/10 644/2 644/17 646/16 647/7 647/7 649/9 649/23

**C**

**can... [44]** 654/3 654/13 654/16 655/6 655/9 659/17 660/6 660/10 660/24 661/3 661/14 661/18 662/9 662/12 662/21 665/13 667/8 671/13 672/3 672/6 672/25 673/10 674/3 674/6 674/10 674/18 675/7 677/11 680/24 681/3 682/22 690/15 691/6 691/12 695/25 701/2 701/23 705/7 705/19 706/14 706/16 706/21 708/24 714/17

**can't [8]** 607/5 608/2 616/18 647/13 703/3 705/22 712/5 715/13

**cannot [4]** 604/17 649/11 701/24 712/9

**capacity [1]** 663/4

**Capitol [17]** 624/24 630/12 630/20 630/24 631/4 631/7 631/10 631/25 634/20 635/1 636/11 639/22 640/12 644/20 671/5 684/5 684/10

**carbon [1]** 716/11

**care [1]** 622/19

**carefully [2]** 608/15 718/6

**CARL [1]** 600/8

**case [17]** 602/4 602/25 603/1 604/17 604/22 605/17 607/17 608/15 609/13 615/15 616/6 618/20 660/17 684/4 684/8 684/12 704/10

**cases [1]** 606/8

**cast [1]** 624/16

**categories [10]** 629/15 629/17 629/19 629/21 630/2 640/21 714/5 714/23 714/24 716/13

**category [2]** 612/6 630/9

**caused [1]** 702/18

**causes [3]** 623/20 634/25 638/21

**cellular [1]** 628/21

**certain [6]** 615/6

649/15 680/8 684/17 703/3 712/22

**certainly [3]** 602/24 608/4 610/13

**certification [5]** 626/9 626/18 630/13 649/25 671/10

**certify [2]** 624/16 720/4

**chain [3]** 642/22 643/12 645/10

**Chair [3]** 692/17 693/8 712/2

**Chair's [1]** 694/9

**Chairman [31]** 609/16 609/18 610/10 610/11 610/15 610/17 612/14 612/15 622/16 622/16 644/24 656/25 657/16 658/20 658/21 659/16 670/10 670/11 670/13 693/9 693/16 693/17 694/1 694/4 694/6 702/18 703/1 703/2 708/14 711/23 712/7

**Chairman Bennie [1]** 693/17

**Chairman Thompson [13]** 609/16 609/18 610/10 610/11 610/15 610/17 612/14 670/13 693/9 703/2 708/14 711/23 712/7

**Chairman Thompson's [1]** 659/16

**Chairman's [1]** 657/8

**change [3]** 637/15 637/18 638/3

**changed [1]** 637/25

**changes [2]** 639/9 667/17

**characterized [1]** 606/20

**charge [1]** 638/5

**charged [2]** 634/24 634/24

**charges [1]** 663/1

**Charles [1]** 600/18

**check [3]** 644/11 686/21 689/22

**checked [1]** 690/23

**checking [1]** 644/14

**Chief [1]** 622/11

**choice [2]** 617/22 618/1

**choose [1]** 619/25

**circumstances [5]** 623/20 634/25 635/13 638/20 639/22

**circus [3]** 603/1 608/10 615/15

**cite [1]** 660/16

**cited [5]** 640/8 640/17 713/4 713/11 713/17

**citizen [1]** 632/10

**citizens [1]** 638/12

**civil [2]** 659/7 663/2

**claim [6]** 603/12 603/13 631/8 654/16 656/23 667/14

**claimed [1]** 605/23

**claiming [1]** 668/6

**claims [6]** 631/24 633/7 634/14 636/13 637/22 638/5

**clarify [1]** 656/10

**Clark [2]** 653/18 654/2

**clear [10]** 603/18 605/6 605/10 612/9 615/19 618/18 655/11 663/13 667/19 716/23

**clearly [3]** 608/13 612/4 617/7

**Clerk [1]** 692/17

**client [4]** 644/11 645/22 654/10 660/14

**client's [1]** 644/10

**clocks [1]** 664/5

**close [1]** 664/2

**CNN [1]** 713/19

**Code [2]** 663/6 673/20

**Cohen [2]** 634/5 634/15

**Cohen-Watnick [2]** 634/5 634/15

**collect [2]** 648/12 678/14

**collecting [1]** 664/24

**College [2]** 671/7 671/9

**COLUMBIA [2]** 600/1 677/16

**combine [1]** 686/6

**come [8]** 602/6 603/5 605/21 633/17 665/2 678/19 713/2 717/23

**comes [2]** 606/7

**coming [2]** 620/14 690/16

**committed [5]** 606/9 611/20 614/1 614/3 690/25

**committee [195]**

**Committee's [30]** 625/19 625/24 627/11 631/2 631/22 632/6 632/9 633/4 634/23 635/5 635/11 635/12 637/19 638/17 656/1 656/6 656/8 663/13 663/21 664/18 668/5 672/15 674/16 675/3 677/25 683/7 683/11 684/3 685/24 702/12

**committees [2]** 623/23 639/7

**communicated [5]** 633/25 653/13 658/4 672/17 708/1

**communicating [1]** 627/2

**communication [10]** 632/2 632/15 636/4 640/12 646/11 646/14 646/22 650/19 665/7 669/25

**communications [17]** 628/18 628/20 629/3 630/16 631/15 631/21 632/13 634/4 634/22 635/7 637/7 637/11 638/8 638/15 654/9 654/17 713/7

**compelling [2]** 623/7 623/11

**compiling [1]** 639/24

**complete [3]** 638/20 672/9 682/2

**completed [1]** 650/2

**completeness [1]** 613/11

**completing [1]** 609/2

**completion [1]** 649/24

**compliance [6]** 647/25 649/10 649/12 649/13 654/15 682/1

**complied [3]** 618/23 673/8 683/19

**comply [30]** 612/3 616/7 616/17 616/18

**comply... [26]** 616/22 617/22 618/3 623/16 648/19 649/18 655/20 656/7 656/9 656/23 657/2 659/2 659/3 659/5 659/25 660/5 660/21 662/6 664/18 666/25 671/18 672/9 675/16 675/21 683/3 694/2
**complying [7]** 616/16 616/19 617/9 617/10 659/10 660/20 668/5
**comports [1]** 616/13
**compounded [1]** 673/14
**computer [6]** 664/5 690/17 692/9 692/14 692/17 705/11
**computers [2]** 628/21 692/11
**concerned [2]** 604/4 715/13
**concluded [3]** 656/21 700/15 711/11
**conduct [2]** 630/15 640/19
**conducted [1]** 686/11
**conducting [3]** 622/4 687/6 687/9
**conducts [1]** 639/8
**confidential [1]** 654/17
**confirm [2]** 644/1 644/11
**confirmed [4]** 643/21 644/4 645/22 647/22
**confirming [1]** 648/6
**confrontation [2]** 609/11 617/2
**confused [2]** 675/11 675/15
**confusion [1]** 677/23
**Congress [25]** 606/15 606/20 609/15 615/6 617/24 624/15 626/8 626/20 637/8 639/12 640/4 662/24 667/24 668/1 671/11 671/24 673/19 674/3 683/6 685/7 689/15 695/23 709/8 709/10 709/19
**Congress' [1]** 603/14

**congressional [5]** 654/14 654/15 656/11 656/14 709/3
**Congressman [1]** 677/13
**connection [2]** 631/11 632/4
**consider [7]** 639/12 662/23 668/25 673/19 674/2 675/5 681/6
**consideration [3]** 656/1 674/16 678/21
**considerations [1]** 702/1
**considered [4]** 611/20 674/22 679/1 679/12
**considering [1]** 666/20
**consistent [1]** 604/18
**constituted [1]** 674/23
**constitutes [1]** 671/19
**Constitution [1]** 600/22
**contact [1]** 628/23
**contain [1]** 650/3
**contained [6]** 642/21 651/5 676/8 679/20 680/3 683/7
**contempt [18]** 603/15 603/25 606/22 659/6 662/20 662/24 663/10 671/24 673/19 673/23 674/4 678/22 679/2 679/14 681/6 682/22 683/5 683/13
**content [4]** 609/19 631/18 653/2 657/4
**contents [1]** 688/13
**contest [1]** 634/2
**context [2]** 611/4 631/18
**continue [6]** 628/6 653/22 655/1 672/10 687/19 687/21
**continued [2]** 620/18 683/3
**contribute [1]** 714/11
**control [3]** 628/19 650/3 706/17
**convenient [1]** 717/7
**conversation [3]** 619/25 643/21 643/22
**cooperated [1]** 685/23
**cooperation [1]** 686/2

**coordinated [1]** 624/7
**copies [1]** 716/11
**copy [7]** 645/1 651/7 651/14 683/7 691/24 706/25 709/18
**CORCORAN [12]** 600/17 601/4 602/14 607/14 612/1 613/13 613/23 614/21 669/20 680/11 683/23 718/7
**correct [69]** 623/5 624/14 625/4 626/22 628/5 640/25 641/24 642/4 645/8 649/19 650/10 652/24 656/12 657/19 663/7 666/11 667/22 671/12 672/2 673/9 673/25 681/17 682/14 685/9 687/4 687/5 687/7 687/8 687/10 687/11 687/13 687/20 689/2 689/10 692/24 692/25 694/8 700/23 703/7 703/8 703/13 703/16 703/17 703/20 703/21 703/25 704/1 704/4 704/5 704/7 704/8 705/8 707/6 708/3 708/4 708/7 708/8 709/4 709/5 709/9 709/10 709/11 709/13 709/14 712/17 712/18 714/7 716/16 720/4
**corrective [2]** 623/24 640/1
**correspondence [4]** 650/25 651/15 651/16 682/25
**Costello [38]** 616/15 617/8 641/2 641/6 641/8 642/10 642/14 642/23 643/16 643/24 644/2 645/16 645/20 646/1 646/6 646/8 646/14 646/22 647/22 648/6 649/6 650/25 651/8 651/15 652/6 652/7 653/10 657/9 657/17 659/17 665/20 669/25 676/6 676/9 677/3 703/19 708/1 708/5
**Costello's [1]** 655/10

**could [47]** 612/5 619/5 621/4 622/22 627/23 628/11 628/14 630/6 632/4 632/20 633/21 635/25 640/1 640/4 640/16 642/16 645/11 648/24 649/18 650/3 651/1 651/13 652/2 652/20 657/12 662/25 663/24 667/4 669/10 670/22 670/24 672/24 676/1 676/2 676/23 677/8 679/6 679/23 681/19 681/22 682/17 690/12 690/13 701/15 704/23 711/14 718/12
**couldn't [1]** 610/4
**counsel [19]** 602/6 602/10 605/23 608/1 608/8 616/23 617/8 620/7 622/11 622/19 645/17 650/1 650/20 653/18 655/13 657/9 665/12 668/19 705/7
**count [10]** 605/24 606/23 615/1 615/4 634/3 634/6 634/8 640/16 671/6 671/8
**country's [1]** 663/8
**couple [4]** 632/18 635/24 660/18 663/15
**course [1]** 616/6
**court [15]** 600/1 600/21 603/2 604/1 605/8 612/5 642/17 654/11 667/12 667/18 677/15 684/18 718/10 718/12 720/3
**Court's [6]** 605/11 609/5 609/19 647/6 709/22 718/5
**courtroom [9]** 613/6 615/19 619/21 619/24 620/4 620/7 664/9 717/21 718/1
**courts [2]** 600/22 668/1
**cover [4]** 607/6 614/5 629/21 640/24
**CR [1]** 600/3
**CRC [1]** 600/21
**create [1]** 715/23
**created [1]** 647/16
**credibility [2]** 608/5

**C**

credibility... [1] 608/7
crime [7] 611/11
611/19 613/25 614/3
614/8 614/10 615/7
crimes [1] 640/19
criminal [18] 602/4
623/16 640/18 659/6
662/20 663/1 663/10
668/25 671/23 673/23
674/4 674/23 675/2
678/22 679/14 681/6
682/22 683/13
cross [16] 601/4 605/1
607/6 607/22 607/25
608/2 609/7 609/23
612/20 613/8 614/19
615/12 616/4 616/21
683/25 717/7
cross-examination
[11] 601/4 607/6
607/22 607/25 608/2
609/7 609/23 612/20
614/19 616/21 683/25
cross-examining [1]
605/1
crossing [1] 610/1
culprit [1] 611/6
custody [2] 628/19
650/2

**D**

D'Amico [1] 602/11
D.C [5] 600/11 626/13
630/12 633/17 688/21
date [38] 628/25
642/11 642/12 642/13
643/17 649/11 649/13
649/15 658/10 661/24
662/3 662/4 665/1
665/3 665/5 665/6
666/18 675/17 685/18
688/18 688/20 693/1
693/2 693/4 693/5
693/14 693/21 695/6
695/7 695/18 700/20
700/21 700/25 702/5
702/20 703/22 711/22
720/9
dated [2] 665/11
666/17
dates [7] 629/1 642/24
647/5 647/12 663/16
668/12 702/3

**DAVID [3]** 600/14
600/15 602/14
day [24] 600/7 621/7
626/9 626/11 633/7
638/24 640/19 645/14
645/20 646/5 650/22
658/13 663/21 666/18
668/9 671/11 681/4
681/15 688/14 688/16
689/16 689/23 690/7
708/5
days [3] 662/4 675/17
675/18
DC [3] 600/4 600/12
600/23
dcd.uscourts.gov [1]
600/23
deadline [20] 621/10
623/14 623/15 648/20
649/18 650/17 650/20
652/13 652/15 663/20
670/18 670/19 673/5
701/22 702/4 702/8
702/9 702/14 702/17
702/20
deadlines [4] 606/17
670/16 678/7 701/19
Dear [2] 652/8 677/13
December [2] 627/2
637/24
decide [3] 607/1 620/2
679/13
decided [11] 607/15
616/11 616/12 617/3
682/21 693/5 693/9
693/20 694/12 694/20
694/22
deciding [2] 613/19
617/20
decision [9] 611/19
617/23 660/14 679/17
688/1 693/7 693/22
695/2 695/8
decision-maker [1]
693/7
decision-making [1]
611/19
decisions [1] 613/25
declaration [1] 616/15
defend [1] 654/11
defendant [107] 600/6
600/14 602/15 603/3
603/7 603/12 603/14
603/23 604/25 605/11

605/15 606/16 606/24
607/9 611/5 613/3
614/5 617/20 618/3
620/24 621/7 621/12
621/22 622/1 622/12
622/21 625/2 625/5
625/12 626/4 626/24
627/14 627/21 628/4
629/16 629/20 630/10
632/7 634/21 635/20
636/23 639/13 641/2
646/9 646/15 646/23
647/23 648/1 648/3
648/9 648/17 648/19
649/18 650/6 650/11
650/18 650/19 653/10
653/24 655/19 656/6
657/5 657/7 659/2
659/8 660/19 660/21
661/10 662/5 662/18
663/12 663/14 664/17
664/18 664/20 664/22
665/2 665/8 666/24
667/20 668/4 668/9
668/15 668/17 668/20
669/4 669/14 675/14
675/19 677/21 678/1
678/3 678/6 678/10
678/13 678/17 679/3
679/11 679/13 679/16
682/7 682/12 682/22
683/9 683/17 683/18
688/2
defendant's [12]
602/21 631/20 638/15
642/15 647/25 652/23
656/23 658/14 663/20
666/19 671/20 674/20
Defendants [1] 606/3
defending [1] 634/19
defense [9] 605/23
617/5 618/14 618/20
618/23 634/16 634/19
640/11 704/25
defenses [1] 617/12
defiance [2] 606/17
660/13
defied [1] 606/17
definitely [1] 647/14
Definitions [2] 628/17
649/3
degrees [1] 638/13
delay [5] 634/2 678/4
678/21 682/1 682/5

delayed [1] 678/1
deliberate [2] 617/22
619/22
deliberations [2]
674/17 679/2
deliberative [1] 654/9
deliver [1] 691/7
delivered [3] 647/21
691/8 691/9
delivery [1] 647/24
demand [1] 694/2
demanded [1] 671/1
demands [1] 636/4
democratic [1] 624/7
demonstrating [5]
625/18 658/2 669/24
680/14 680/19
denied [2] 618/12
682/5
depart [2] 691/1 718/1
Department [7] 634/16
634/19 637/16 637/19
637/21 638/4 663/1
depend [1] 607/25
depicted [1] 692/13
deposition [29]
621/13 621/15 623/9
623/15 627/9 640/24
645/1 661/11 661/22
662/4 665/1 665/3
665/6 666/18 668/10
670/20 671/4 671/17
673/16 678/19 683/1
684/18 684/23 685/2
685/5 708/15 708/16
708/18 709/7
depositions [4] 686/6
686/10 687/10 709/13
Deputy [1] 622/10
describe [3] 639/1
644/2 651/13
described [8] 627/1
635/16 639/15 680/13
695/6 707/25 708/9
714/11
deserve [1] 654/18
designated [1] 661/21
despite [2] 650/17
659/23
detailed [1] 683/6
determine [2] 608/16
646/24
determining [1]
638/18

## D

devices [1] 628/21
did [120] 602/24
606/12 606/12 606/21
607/17 610/10 610/11
612/18 613/18 613/20
613/20 614/11 618/3
618/24 622/11 622/13
629/15 629/18 629/24
630/1 630/2 630/4
630/25 632/11 633/3
637/2 637/2 641/2
641/20 641/21 642/1
642/5 642/7 642/8
644/6 646/2 648/2
648/4 648/8 648/11
648/13 648/14 648/14
648/16 649/20 649/21
650/11 650/13 650/14
650/17 650/18 650/22
650/24 653/10 656/16
656/21 657/7 659/11
660/20 660/22 661/10
662/5 662/8 664/19
664/21 664/22 664/25
665/2 665/4 665/7
665/10 665/19 666/2
667/21 667/23 667/25
668/4 668/7 668/9
668/11 668/16 669/6
675/14 675/19 677/25
678/6 678/9 678/10
678/12 678/21 678/24
679/3 679/12 679/16
683/16 688/4 688/4
688/9 688/9 688/14
693/1 695/5 695/7
695/9 695/9 703/1
703/3 703/22 703/23
704/18 705/25 706/4
707/10 707/11 707/17
711/18 711/23 712/7
715/23 715/23
didn't [18] 606/7 606/9
611/13 611/13 611/13
614/6 614/7 615/6
615/8 616/7 616/8
616/22 648/17 683/20
689/3 693/25 707/13
716/5
difference [1] 684/22
different [14] 613/21
636/18 638/13 638/23
640/3 666/12 691/7

691/11 693/19 702/14
714/3 714/5 714/16
714/20
diligent [1] 650/1
direct [12] 601/4
614/23 615/20 620/18
694/6 700/24 701/3
701/3 705/9 705/23
712/14 712/21
directed [4] 631/9
631/25 648/19 705/12
directing [3] 693/13
705/21 706/13
direction [3] 655/15
660/13 664/18
directly [2] 647/2
694/17
Director [1] 622/10
disclose [1] 659/22
disclosure [1] 654/8
discuss [2] 691/7
707/13
discussed [5] 622/19
644/8 644/8 673/7
707/8
discussing [3] 626/15
702/1 707/23
discussion [12]
609/17 654/21 694/24
695/5 695/11 695/15
695/16 695/17 695/23
696/3 707/22 709/25
discussions [1]
701/24
DISTRICT [5] 600/1
600/1 600/8 600/22
677/15
do [45] 604/17 606/12
606/18 609/8 610/1
610/11 612/8 615/14
618/4 618/6 618/15
618/19 618/24 619/8
637/1 643/17 643/19
649/3 650/8 664/1
664/2 668/17 684/3
684/6 684/10 684/12
684/19 684/20 688/4
688/5 691/5 694/20
694/21 695/22 700/24
701/3 704/10 705/13
712/7 712/22 716/7
716/19 716/23 718/14
718/16
document [28] 621/10

628/2 642/1 642/21
643/13 644/25 649/2
649/2 651/5 651/9
652/3 652/13 652/15
663/20 666/3 666/5
671/16 679/20 688/8
691/20 691/24 705/16
705/18 706/12 706/15
documented [1] 641/8
documents [61] 621/8
623/7 623/14 627/9
628/18 628/20 629/3
629/12 629/15 629/19
630/10 638/25 639/2
639/4 640/21 644/22
648/2 648/12 648/15
648/17 650/2 650/3
650/4 650/9 655/17
655/20 661/7 661/8
664/20 664/24 667/2
667/15 668/16 670/19
671/2 672/13 673/5
673/12 678/11 678/15
683/1 687/13 687/15
687/17 691/4 691/6
691/14 691/18 693/10
693/14 693/22 694/23
695/7 695/18 701/16
714/5 716/12 716/15
716/19 716/20 716/24
does [22] 603/16
606/14 625/1 628/6
628/8 636/25 641/7
641/9 645/20 654/25
655/3 659/1 659/8
660/4 660/16 661/13
674/1 691/3 691/14
705/3 707/9 713/1
doesn't [5] 604/2
605/17 619/2 694/7
716/5
doing [3] 612/19 692/9
715/4
don't [30] 607/2
607/18 609/5 609/6
610/18 612/4 616/3
617/3 666/4 675/24
688/16 690/10 693/3
695/14 704/21 705/13
706/7 707/7 707/20
707/21 707/23 711/22
712/13 715/2 715/3
715/4 716/14 716/20

Donald [5] 630/13
653/19 659/21 677/16
713/8
done [7] 608/10
609/14 610/1 646/13
646/21 650/8 692/16
door [2] 604/1 618/7
down [1] 701/17
dozens [3] 686/15
686/16 687/1
draft [5] 711/18 711/23
712/8 715/23 716/4
drafted [2] 711/19
714/9
drafting [4] 685/16
688/11 714/11 714/17
drafts [2] 711/25
712/10
drawn [1] 605/1
Dunn [31] 602/11
621/1 622/22 624/18
627/23 628/11 630/6
632/20 633/21 635/25
641/10 642/16 643/10
645/11 648/24 651/1
652/20 653/1 655/5
659/13 660/6 660/24
661/14 662/9 672/3
674/6 676/23 679/22
680/24 681/20 682/17
Dunn-Gordon [1]
602/11
during [2] 626/7 650/4

## E

e.g [2] 628/21 628/23
each [6] 629/19 630/2
657/22 692/2 714/20
716/11
earlier [8] 623/3
626/20 635/16 639/7
648/1 666/19 673/8
713/22
easel [4] 647/9 647/13
647/15 647/16
Eastman [1] 638/8
effect [1] 604/20
effort [6] 602/25 607/7
626/8 636/8 638/3
675/3
efforts [6] 627/4 634/1
635/4 635/8 637/14
638/13

**eight [4]** 705/16 706/12 706/14 706/16
**eight-page [3]** 705/16 706/12 706/14
**either [3]** 606/6 608/23 615/20
**elaborate [1]** 716/4
**elected [1]** 624/10
**election [20]** 624/9 624/17 626/9 626/19 630/14 631/5 631/8 631/24 633/7 634/2 634/14 635/8 635/18 635/23 636/14 637/23 638/1 638/6 638/14 671/11
**electoral [5]** 634/3 634/6 640/16 671/7 671/9
**electors [1]** 634/8
**electronic [2]** 639/5 693/11
**elements [4]** 606/25 613/16 614/7 614/10
**eliciting [1]** 609/11
**Ellis [1]** 638/9
**else [10]** 606/9 608/22 609/4 613/5 620/12 620/13 641/4 646/25 647/1 695/23
**email [34]** 628/23 642/9 642/10 642/22 643/9 643/12 643/13 643/20 644/13 644/17 644/24 645/9 645/12 645/14 645/15 645/16 646/1 646/7 648/5 649/6 651/15 651/16 652/3 652/5 652/7 652/11 652/17 676/8 676/9 676/11 676/13 677/2 691/9 703/19
**emailed [9]** 641/5 642/13 650/25 657/8 657/18 665/20 665/21 669/8 703/18
**emails [5]** 629/12 639/5 642/14 642/24 647/24
**encourage [1]** 633/17
**end [5]** 610/4 687/20 687/22 702/13 702/17
**ends [3]** 627/8 642/25

**enforce [1]** 663/3
**enforcement [3]** 606/4 606/11 607/3
**engage [1]** 691/12
**engaged [1]** 634/13
**enough [1]** 647/10
**ensure [1]** 675/3
**enter [1]** 664/9
**entered [1]** 619/15
**entire [1]** 622/11
**entirely [1]** 615/2
**entities [2]** 624/1 638/24
**entitled [4]** 677/16 713/2 713/10 720/5
**entries [1]** 628/24
**enumerated [1]** 655/14
**envision [1]** 609/6
**Epshteyn [2]** 634/4 634/12
**especially [2]** 670/2 705/10
**essential [1]** 682/2
**essentially [3]** 619/23 620/2 715/8
**EST [1]** 674/15
**establish [1]** 618/16
**Establishing [1]** 663/13
**estimate [1]** 686/23
**estimating [1]** 685/22
**et [1]** 677/16
**etc [2]** 628/22 628/24
**evaluate [3]** 613/24 623/22 639/25
**evaluating [1]** 611/18
**EVAN [2]** 600/17 602/14
**Evan Corcoran [1]** 602/14
**even [6]** 603/9 605/8 607/2 613/7 615/19 620/12
**event [1]** 644/23
**events [20]** 624/2 624/14 624/24 626/16 629/23 631/11 632/3 632/5 632/17 633/11 633/17 636/19 637/4 638/11 638/21 638/24 639/25 640/8 654/6 701/11

**eventually [1]** 650/18
**ever [3]** 648/11 648/14 678/6
**everyone [6]** 602/16 619/18 620/12 620/13 647/15 717/15
**everything [1]** 657/23
**evidence [18]** 601/9 601/9 601/10 601/10 601/11 606/6 606/19 608/14 611/21 614/11 615/7 618/11 621/2 690/12 690/14 704/25 708/21 711/16
**ex [1]** 672/10
**ex-President [1]** 672/10
**exact [1]** 675/23
**exactly [2]** 614/4 688/5
**examination [18]** 601/4 601/4 607/6 607/22 607/25 608/2 609/7 609/23 610/2 612/20 614/19 616/21 620/18 623/25 683/25 712/14 712/21 718/9
**examining [1]** 605/1
**example [3]** 613/14 625/21 648/11
**examples [7]** 630/5 632/18 633/19 639/6 640/7 640/9 640/10
**excerpt [3]** 653/24 654/4 654/24
**exclude [1]** 603/2
**excluded [2]** 618/8 618/12
**exculpatory [6]** 606/5 606/13 606/14 607/5 611/21 614/11
**excuse [3]** 656/23 667/21 717/24
**excused [2]** 661/11 717/17
**executive [14]** 617/9 654/8 655/12 655/14 655/15 655/24 660/3 660/15 667/13 667/14 672/11 682/9 682/11 683/18
**exhibit [78]** 601/8 621/2 621/18 627/24 641/11 642/17 643/3 643/5 643/7 645/4

645/6 648/25 651/2 651/4 651/6 651/10 651/13 651/19 651/21 651/23 652/1 652/16 657/13 657/15 657/21 658/1 661/15 665/14 665/16 665/24 666/7 666/9 666/11 666/13 667/5 669/11 669/18 669/21 670/4 670/6 672/25 676/2 676/5 676/8 676/14 676/16 676/18 676/20 679/7 679/19 679/21 680/3 680/8 680/12 680/18 680/21 685/13 687/24 688/8 689/5 689/9 689/12 690/13 692/1 692/14 700/19 703/2 703/5 704/24 704/25 707/4 708/10 708/21 708/23 709/6 711/15 714/2 714/15
**Exhibit 2 [1]** 621/18
**exhibits [1]** 658/2
**exist [1]** 682/4
**existed [1]** 675/9
**exited [1]** 717/21
**expect [1]** 605/2
**expected [1]** 639/3
**expects [1]** 661/20
**expedites [1]** 706/25
**expeditious [1]** 701/20
**expeditiously [2]** 701/14 702/23
**experience [3]** 646/17 646/20 650/6
**explain [14]** 621/24 623/10 629/5 631/20 632/24 637/18 638/10 639/11 654/13 674/18 675/7 681/3 681/16 682/8
**explained [2]** 672/15 682/24
**explaining [1]** 657/1
**explains [1]** 626/23
**explanation [3]** 649/13 675/20 683/17
**explicitly [1]** 605/14
**expressed [1]** 611/15
**extended [1]** 678/8
**extension [1]** 648/11
**extensively [1]** 603/17

**E**

**extent [10]** 608/21 608/25 609/22 610/25 615/11 618/10 629/9 631/10 649/12 667/13
**extremely [1]** 681/25
**Ezra [2]** 634/5 634/15

**F**

**faced [1]** 702/5
**fact [10]** 607/2 613/19 614/14 614/15 623/12 625/21 625/25 644/4 644/9 708/6
**facts [10]** 606/25 614/7 614/9 616/13 623/20 634/25 635/12 638/20 639/21 639/24
**failed [4]** 662/6 671/15 673/13 675/20
**failure [5]** 659/5 662/15 672/9 673/5 675/16
**fair [10]** 604/12 604/14 610/2 611/3 611/16 647/10 686/13 691/20 691/21 692/12
**fairly [1]** 607/16
**faith [6]** 604/6 604/15 606/5 607/2 614/13 614/14
**familiar [1]** 708/20
**favor [2]** 603/20 604/16
**FBI [12]** 602/11 605/24 704/9 704/11 704/16 704/18 705/4 706/1 706/4 706/7 706/11 707/17
**federal [5]** 634/18 671/19 671/21 674/23 677/15
**feed [1]** 690/18
**feel [3]** 615/22 620/2 620/2
**few [4]** 630/5 633/19 654/12 658/17
**figure [4]** 636/12 639/8 686/8 686/14
**figured [1]** 664/1
**filing [3]** 677/15 677/17 682/9
**fill [1]** 690/4
**filled [8]** 691/24

**filling [2]** 692/8 692/8
**finalization [1]** 640/15
**finalize [1]** 626/21
**finally [4]** 627/5 638/7 661/20 662/5
**financing [1]** 630/15
**find [6]** 603/3 608/5 614/3 648/12 652/8 683/5
**findings [1]** 683/11
**fine [3]** 605/1 620/1 707/1
**finish [3]** 614/22 614/23 662/21
**finished [1]** 664/16
**first [34]** 603/7 603/9 605/8 622/23 625/11 626/3 630/7 630/9 634/6 643/12 643/20 654/3 658/10 658/19 659/12 659/15 661/3 661/18 662/12 662/13 667/6 667/8 667/9 670/22 679/23 681/9 681/11 682/18 688/14 690/20 691/22 692/1 705/17 707/15
**firsthand [4]** 694/21 694/21 716/14 716/23
**flat [1]** 682/25
**floor [2]** 600/18 611/15
**Flynn [1]** 638/9
**focus [3]** 627/4 692/4 709/2
**focused [2]** 624/13 638/18
**follow [6]** 606/7 606/9 609/10 648/19 649/20 650/11
**follow-up [1]** 609/10
**followed [2]** 618/23 691/17
**following [3]** 628/25 643/20 683/8
**follows [1]** 661/13
**force [1]** 662/23
**forced [1]** 702/20
**foregoing [4]** 636/5 637/9 638/10 720/4
**foresee [1]** 603/11
**form [5]** 690/4 691/23

**formal [2]** 632/7 686/6
**formally [1]** 672/18
**former [11]** 624/12 631/21 631/23 632/7 632/13 632/16 654/25 659/21 667/23 672/16 672/20
**forth [3]** 623/1 623/8 673/20
**forum [2]** 604/23 615/15
**forward [1]** 602/6
**found [1]** 650/8
**fourth [1]** 714/1
**Frank [1]** 602/11
**fraud [3]** 637/23 637/25 638/6
**free [3]** 619/24 620/2 620/2
**fresh [1]** 692/2
**Friday [1]** 645/15
**front [2]** 620/6 684/18
**full [7]** 649/11 649/13 649/15 660/7 667/6 667/9 672/25
**fully [3]** 616/16 661/22 700/16
**fully-public [1]** 700/16
**fundamental [1]** 654/11
**funding [1]** 640/11
**further [4]** 673/14 682/1 683/17 683/21
**future [1]** 640/2

**G**

**game [4]** 604/12 604/14 611/3 611/16
**GASTON [2]** 600/11 602/9
**gave [2]** 616/22 627/13
**general [8]** 637/23 637/24 695/21 701/13 701/19 701/23 712/10 713/23
**generally [13]** 629/18 659/1 692/16 694/24 695/15 701/25 711/25 712/3 712/6 712/15 714/17 715/2 716/7
**gentlemen [2]** 625/17 680/12
**get [7]** 609/23 610/4

**3/7 650/14
665/10 715/5
**gets [2]** 605/9 668/8
**getting [2]** 609/1 669/3
**Giuliani [1]** 638/8
**give [4]** 686/14 689/24 706/24 715/3
**given [5]** 605/6 640/9 675/12 694/25 716/1
**gives [2]** 622/5 692/21
**go [26]** 604/2 609/6 612/10 613/3 613/14 616/21 618/15 621/17 625/1 627/23 633/21 641/10 648/25 649/8 660/24 661/14 667/4 672/24 675/24 696/1 701/17 706/21 708/11 709/24 711/14 715/11
**goes [5]** 603/15 606/24 609/3 612/20 655/7
**going [32]** 603/5 603/6 605/21 608/8 608/14 609/3 613/24 614/17 615/20 615/21 619/13 627/6 633/9 633/11 647/4 647/11 655/19 663/16 663/23 666/24 667/2 674/24 679/11 685/21 687/19 693/5 694/15 716/9 716/10 717/6 717/10 718/8
**good [17]** 602/3 602/8 602/12 602/13 602/16 604/6 604/15 606/5 607/2 614/13 614/14 616/1 619/11 619/12 619/18 620/20 620/21
**good-faith [1]** 604/15
**Gordon [31]** 602/11 621/1 622/22 624/18 627/23 628/11 630/6 632/20 633/21 635/25 641/10 642/16 643/10 645/11 648/24 651/1 652/20 653/1 655/5 659/13 660/6 660/24 661/14 662/9 672/3 674/6 676/23 679/22 680/24 681/20 682/17
**got [9]** 606/16 607/21 616/8 616/11 618/21 646/1 648/5 693/19

**G**

got... [1] 708/5
govern [2] 640/15
709/8
governing [2] 702/15
702/24
government [25]
602/7 602/17 602/20
603/1 604/20 605/12
605/20 608/1 608/19
614/5 616/5 616/10
618/4 619/2 643/2
651/18 656/13 656/16
657/20 665/23 666/11
666/13 669/17 676/15
680/7
government's [59]
614/20 621/2 621/18
627/24 641/11 642/17
643/3 643/5 643/7
648/25 651/2 651/4
651/5 651/10 651/12
651/19 651/21 651/23
652/1 657/13 657/15
657/21 665/14 665/16
665/24 666/7 666/9
667/5 669/11 669/18
669/21 670/4 670/6
672/24 676/2 676/5
676/16 676/18 676/20
679/7 679/19 679/21
680/3 680/8 685/12
687/23 689/5 689/9
689/12 690/13 692/1
692/13 700/19 703/2
703/5 708/23 711/15
714/2 714/15
granted [1] 603/2
great [1] 663/25
greeting [1] 622/25
grounds [2] 630/12
682/4
group [3] 620/3 630/16
717/11
groups [1] 636/9
guess [1] 690/1
GULLAND [1] 600/11

**H**

had [100] 611/14
612/16 613/21 613/25
620/24 621/5 625/2
625/12 626/4 626/14
626/24 629/22 631/5
631/6 631/8 631/8
631/24 632/1 632/7
632/14 632/15 633/5
633/7 633/8 633/10
634/11 634/13 634/14
634/21 634/21 635/18
636/9 636/12 636/14
636/23 637/4 637/14
637/22 637/24 638/13
638/14 638/16 639/3
643/24 644/7 645/22
646/2 646/4 646/4
646/10 646/13 646/13
648/6 650/20 652/15
653/13 654/21 656/3
656/7 656/23 657/1
659/17 660/21 664/15
666/2 667/19 668/6
669/6 669/8 670/16
670/20 673/7 673/8
674/21 675/3 675/6
675/12 675/15 675/20
677/21 678/13 678/16
678/17 681/7 681/16
682/12 682/13 682/21
683/10 683/13 683/18
685/11 701/11 704/15
705/5 706/5 706/5
707/18 714/4 714/4
hadn't [2] 617/19
645/7
half [3] 606/2 652/3
653/2
hand [1] 707/2
Handed [1] 707/4
handles [1] 646/19
handwritten [1]
641/19
happen [1] 662/6
happened [3] 611/16
638/19 681/16
happening [3] 640/2
671/11 702/10
happens [1] 716/17
happy [5] 690/9 706/8
706/24 707/22 715/11
hard [2] 691/23 706/25
has [39] 603/17 607/18
608/19 613/17 613/18
614/3 614/4 615/17
617/2 618/17 618/19
619/2 624/16 624/22
636/8 640/5 650/1
655/13 660/15 660/19
66/16 668/15 671/1
672/16 673/11 673/12
673/14 683/4 694/1
694/3 694/4 694/13
694/16 695/3 709/18
716/15 716/18 716/24
718/13
have [96] 603/17
604/15 606/4 606/7
606/8 606/15 606/20
607/2 607/5 608/15
609/25 612/5 612/17
613/1 613/4 613/21
614/13 614/13 614/14
614/14 615/16 615/16
617/4 617/18 617/21
617/25 618/7 618/22
619/25 620/4 624/22
625/3 625/6 625/8
626/6 627/14 629/7
629/8 629/20 632/11
632/12 633/10 634/22
635/14 635/20 635/21
636/23 637/4 637/25
640/7 640/8 640/9
640/17 645/24 646/21
646/24 647/1 647/14
648/15 648/17 650/5
656/16 674/14 675/14
677/14 679/11 683/1
685/18 685/23 686/3
686/4 686/10 686/12
686/17 686/21 688/16
689/22 689/24 694/21
695/25 700/22 700/24
701/3 701/25 712/4
713/12 713/13 714/10
714/12 716/9 716/14
716/19 716/20 716/23
717/1 717/23
haven't [3] 607/4
619/2 650/8
having [1] 663/2
he [116] 603/12 605/15
606/16 607/5 607/10
612/17 612/19 613/23
616/8 616/11 616/12
616/16 616/16 616/18
616/18 616/22 616/23
617/3 617/3 617/8
617/8 618/4 618/5
620/10 625/6 626/4
626/24 632/3 632/12
633/10 634/13 635/22
637/6 637/25 637/1
637/2 637/2 637/13
638/16 643/25 644/4
644/4 644/10 644/11
644/11 644/14 645/22
645/22 645/24 646/1
646/2 646/4 646/10
646/10 646/11 646/25
647/22 648/4 648/6
648/11 648/12 648/13
648/14 648/14 648/16
648/19 649/20 649/21
650/13 650/22 653/9
653/9 653/12 653/13
653/14 655/12 655/23
656/23 657/1 659/3
659/6 660/21 661/10
662/6 664/21 664/23
664/25 665/4 666/24
667/1 667/21 667/25
668/6 668/7 668/11
668/23 673/8 673/12
673/16 675/11 675/11
675/15 675/20 676/13
678/9 678/12 678/14
678/16 678/18 679/11
683/13 683/17 683/18
694/1 694/3 714/4
he's [5] 609/22 612/18
616/11 616/12 617/21
hear [10] 605/17
608/14 609/16 610/20
610/23 648/8 683/16
683/20 689/3 707/14
heard [2] 613/13
613/23
hearings [1] 687/7
hell [2] 627/6 633/8
help [2] 640/13 691/11
helping [2] 633/17
634/13
helps [1] 716/21
her [22] 604/14 604/16
604/16 604/17 608/4
608/5 610/11 610/24
612/11 613/4 613/7
615/12 625/10 646/16
705/9 705/15 705/16
705/17 705/18 705/23
706/24 707/2
here [29] 603/13 605/2
605/10 606/18 608/18
612/14 612/18 613/4
613/16 619/19 620/7

**H**

**here... [18]** 625/22
627/12 630/3 634/10
647/5 684/8 684/18
685/22 692/19 695/22
700/25 702/15 704/13
707/21 712/5 714/23
715/14 718/13
**here's [2]** 613/2
614/17
**hereby [2]** 623/6
628/18
**heretofore [1]** 618/7
**herman [4]** 600/21
600/23 720/3 720/9
**high [1]** 634/16
**high-ranking [1]**
634/16
**him [26]** 603/15 612/3
616/18 617/9 625/9
627/3 636/24 637/11
642/13 644/6 644/9
646/2 647/2 655/25
659/3 660/3 661/25
667/20 667/21 668/18
668/24 683/10 683/20
701/13 703/4 715/15
**himself [2]** 612/18
682/8
**his [57]** 606/17 616/17
616/23 617/2 617/21
621/8 621/13 621/14
621/15 622/19 627/4
632/8 634/13 636/13
638/1 641/2 642/10
644/10 644/11 644/15
644/21 645/22 646/10
650/20 650/25 655/13
655/13 655/15 655/15
655/22 658/23 659/2
659/5 659/9 660/14
660/19 661/11 662/4
662/18 662/22 663/3
667/17 668/10 668/18
671/16 673/11 673/15
674/13 674/22 675/5
675/10 675/16 677/23
678/5 679/2 680/5
713/15
**hold [3]** 610/22 654/19
717/10
**honor [59]** 602/3 602/8
602/13 602/19 605/5
607/23 611/23 612/1

616/25 617/14 617/17
618/18 619/4 619/8
619/12 619/16 620/17
625/13 626/1 643/2
643/4 647/11 647/13
651/18 651/20 655/15
657/20 657/22 658/8
660/14 663/25 664/10
664/13 665/23 666/4
666/8 666/15 669/17
669/19 670/7 676/15
676/17 680/7 680/10
680/23 683/21 683/24
689/17 694/13 695/25
701/8 704/24 705/7
706/24 707/12 717/5
717/25 718/3 718/18
**HONORABLE [1]**
600/8
**hotel [5]** 626/7 626/12
626/13 626/13 713/1
**House [20]** 604/4
611/15 615/3 623/1
623/2 623/2 623/23
624/15 630/22 632/8
632/15 637/13 652/10
663/1 683/4 688/25
690/8 692/18 692/24
709/19
**housekeeping [1]**
619/20
**how [27]** 612/4 623/25
629/15 629/18 630/25
631/20 633/3 634/21
634/22 635/10 637/10
638/15 646/19 650/24
657/7 665/19 675/13
676/11 685/17 686/2
686/10 686/17 686/20
686/23 693/4 707/25
717/9
**however [1]** 620/3
**human [5]** 693/19
693/20 693/22 701/22
701/22
**husher [3]** 611/8 696/1
711/12

**I**

**I'd [3]** 621/17 686/21
693/23
**I'll [5]** 610/20 615/13
618/14 715/20 717/6
**I'm [29]** 610/10 611/10

611/11 614/17 615/21
616/2 618/21 647/11
663/16 685/21 685/22
689/3 690/1 690/9
691/25 693/23 693/23
702/7 702/9 705/18
705/20 706/8 707/22
714/22 715/7 715/16
716/22 717/7 717/10
**I've [7]** 607/15 618/1
669/22 680/13 693/19
703/4 716/3
**idea [1]** 605/21
**identical [1]** 716/11
**identification [1]**
704/24
**identified [5]** 607/4
626/6 661/9 690/24
692/20
**identify [3]** 609/8
623/22 629/18
**identifying [1]** 673/13
**ignore [1]** 614/11
**illegitimate [1]** 612/24
**immaterial [1]** 679/2
**immediately [2]**
630/23 631/6
**impact [1]** 677/19
**impede [1]** 634/3
**implications [1]** 605/7
**importance [1]** 718/5
**important [3]** 624/23
638/22 681/25
**improper [1]** 604/21
**improperly [1]** 615/5
**improve [1]** 640/12
**inaccurately [1]**
603/19
**inappropriate [5]**
604/23 605/9 608/24
614/1 659/24
**include [5]** 640/10
640/14 640/17 641/7
716/7
**included [2]** 621/21
639/4
**includes [2]** 620/6
623/25
**including [15]** 609/15
628/19 630/14 631/15
632/16 633/8 634/3
634/18 635/13 654/6
654/8 663/11 701/19
701/25 714/12

**incoming [1]** 624/9
**increases [1]** 640/18
**incumbent [1]** 624/8
**indicate [1]** 664/23
**indicated [1]** 712/14
**indicates [2]** 660/12
708/15
**indication [2]** 678/14
678/16
**individual [9]** 603/13
603/18 608/23 625/8
692/15 695/3 714/19
716/10 716/10
**individual's [1]** 629/13
**individualized [2]**
692/4 692/7
**individuals [18]**
623/25 626/15 631/3
631/6 634/22 635/16
636/18 636/23 638/5
638/10 638/12 638/16
638/23 640/7 650/7
685/23 691/18 695/14
**influence [1]** 634/3
**influenced [1]** 635/15
**inform [7]** 644/6
648/14 659/8 679/3
679/16 701/16 716/21
**informal [1]** 686/6
**informally [1]** 672/18
**information [51]** 606/8
606/13 606/14 607/5
609/12 613/18 622/5
624/22 625/3 625/7
625/9 626/5 626/25
627/14 629/10 629/20
632/11 635/3 635/4
635/21 636/4 636/9
636/16 639/13 641/19
641/20 654/7 655/25
659/23 659/25 663/17
668/13 672/22 674/19
675/4 675/8 675/10
675/14 678/5 683/14
685/24 687/15 691/10
692/13 692/15 701/13
701/14 702/23 703/15
714/18 716/8
**informed [5]** 624/24
674/21 679/10 682/12
708/6
**informing [3]** 625/5
660/19 683/9
**informs [2]** 622/2

**I**

**informs...** [1] 635/4
**inject** [1] 607/7
**inquiry** [4] 623/25
627/11 684/3 690/25
**inside** [4] 620/5 620/9
620/9 620/13
**instance** [1] 611/15
**instead** [1] 612/23
**instruction** [8] 608/6
625/14 649/8 649/9
659/21 659/23 669/22
680/22
**instructions** [6]
628/17 645/1 648/21
649/3 675/11 691/9
**intelligence** [1] 640/12
**intend** [1] 615/14
**intended** [4] 627/16
631/18 640/23 704/3
**intention** [5] 608/10
655/13 660/2 672/11
718/9
**interactions** [1] 717/4
**interest** [4] 701/13
701/19 702/22 713/9
**interfere** [1] 671/6
**interference** [2] 635/1
639/23
**interrupt** [1] 701/6
**interview** [3] 611/13
614/6 707/8
**interviewed** [9] 605/25
607/3 611/11 611/20
685/18 686/3 686/4
704/9 705/4
**interviewing** [1] 687/4
**interviews** [1] 686/7
**introduce** [1] 602/6
**introduced** [1] 609/20
**introductory** [1] 628/9
**invalid** [1] 694/7
**investigate** [2] 634/18
644/19
**investigated** [1] 615/7
**investigating** [5]
611/11 613/19 623/19
634/25 639/21
**investigation** [27]
605/22 606/1 611/2
611/10 612/8 613/10
613/11 613/17 622/4
624/5 625/3 627/15
629/8 630/3 631/2

631/22 633/4 634/13
635/11 635/12 637/20
638/17 640/5 681/23
681/24 715/4 716/21
**investigations** [1]
639/8
**investigative** [1] 606/4
**investigator's** [1]
611/19
**investigators** [3]
606/6 606/8 614/11
**investigators'** [1]
613/25
**invitation** [1] 678/4
**invocation** [2] 655/15
660/15
**invoke** [1] 672/11
**invoking** [4] 662/24
673/19 674/2 678/22
**involve** [2] 716/5
716/6
**involved** [20] 609/24
626/15 630/17 633/16
637/14 638/13 638/24
656/1 657/3 666/20
669/2 684/5 684/9
685/15 686/18 686/24
688/1 701/25 714/13
716/6
**involvement** [3] 621/8
621/14 658/22
**involves** [4] 609/11
624/8 684/12 714/18
**irrelevant** [8] 606/23
606/25 612/6 614/10
615/4 616/7 616/9
617/4
**is** [357]
**isn't** [2] 684/22 686/2
**issuance** [2] 688/1
688/3
**issue** [16] 602/17
607/10 609/8 610/12
616/3 624/12 648/22
675/15 682/11 707/21
707/23 707/24 713/5
713/14 717/22 718/11
**issued** [9] 607/15
620/24 646/5 656/3
656/14 656/25 688/17
692/2 702/21
**issues** [6] 618/7
623/21 655/16 671/4
674/13 674/20

**issuing** [2] 642/2
644/21
**it** [202]
**it's** [31] 603/5 611/3
611/17 611/18 612/9
615/7 615/12 615/19
615/19 616/9 616/13
618/12 619/1 638/22
639/23 662/20 664/5
670/1 674/18 674/19
686/2 686/12 688/25
690/13 690/16 694/7
708/24 709/6 716/4
717/11 718/3
**item** [13] 631/12
631/13 633/12 635/6
635/20 636/3 636/25
637/6 637/7 638/7
649/22 649/22 649/23
**items** [8] 628/3 628/25
629/19 633/22 636/1
716/8 716/20 716/21
**its** [16] 623/23 625/3
640/5 647/24 656/22
669/24 674/17 675/6
677/19 678/21 682/2
686/11 687/19 687/21
688/12 708/10
**itself** [5] 612/24
627/20 677/7 689/6
691/22

**J**

**January** [43] 621/9
621/14 623/20 624/2
624/4 624/14 624/24
626/7 626/10 626/11
626/16 627/4 627/6
629/23 630/11 630/17
631/2 631/15 631/19
632/3 632/17 633/6
633/11 633/18 634/9
635/1 635/9 636/20
637/5 637/17 638/11
638/19 639/22 640/8
644/20 654/6 671/5
701/11 713/15 713/16
713/21 713/22 713/24
**January 5th** [1] 626/11
**January 6** [7] 624/2
624/14 631/15 631/19
638/19 671/5 713/24
**January 6th** [31] 621/9
621/14 623/20 624/4

624/24 626/10 626/16
627/4 629/23 630/11
630/17 631/2 632/3
632/17 633/6 633/11
633/18 634/9 635/1
635/9 636/20 637/5
637/17 638/11 639/22
640/8 644/20 654/6
701/11 713/16 713/21
**Jenna** [1] 638/9
**John** [1] 638/8
**joint** [3] 624/15 626/20
634/9
**Jones** [3] 636/6
636/12 637/4
**judge** [4] 600/8 618/22
684/24 685/4
**judges** [1] 685/7
**July** [3] 600/5 718/6
720/9
**Jurors** [1] 664/9
**jury** [44] 600/7 602/18
602/24 605/16 605/17
606/19 607/1 608/6
611/17 611/18 613/24
614/2 615/5 616/10
617/2 619/6 619/13
619/15 620/4 620/7
621/24 625/17 639/1
639/11 643/6 649/23
651/22 654/13 655/10
657/21 658/7 664/8
666/6 666/14 670/5
674/18 676/19 680/13
680/22 684/8 690/15
708/24 709/16 717/21
**jury's** [1] 607/11
**just** [74] 604/9 604/11
606/11 606/24 610/3
612/1 614/15 616/2
618/16 619/1 619/13
619/20 621/4 621/6
621/24 623/10 630/6
635/24 639/1 641/14
642/17 645/3 647/7
647/11 651/2 651/13
652/17 654/13 654/20
656/10 656/13 657/12
658/17 661/3 662/12
663/8 663/15 664/15
666/8 669/13 670/25
671/9 673/7 673/22
674/21 675/7 675/24
676/1 676/23 677/14

735

## J

**just... [24]** 679/6 679/10 679/23 681/3 681/22 682/17 688/8 690/18 690/20 692/14 693/18 695/6 702/9 702/12 707/12 709/2 712/19 716/4 716/5 716/5 716/22 717/6 718/3 718/10
**Justice [5]** 637/16 637/19 637/22 638/4 663/1
**justification [1]** 672/8
**Justin [1]** 653/18

## K

**Kashyap [2]** 634/4 634/15
**keep [5]** 609/8 620/15 647/7 647/8 717/6
**Keepers [3]** 636/6 636/11 637/3
**kind [4]** 639/2 639/9 702/9 717/11
**kinds [4]** 617/11 622/5 639/11 675/7
**knew [3]** 606/6 636/24 637/1
**know [24]** 608/1 608/8 609/16 609/18 611/4 611/14 611/17 612/4 613/16 616/14 617/7 637/2 637/2 645/6 670/25 671/1 693/20 694/20 695/22 714/22 715/4 715/14 715/17 717/6
**knowing [1]** 717/1
**knowledge [10]** 611/14 633/10 668/5 694/21 694/22 700/24 701/3 701/4 716/14 716/23
**known [1]** 606/7
**knows [3]** 606/13 610/11 610/14
**KRISTIN [3]** 620/18 641/22 683/25

## L

**ladies [2]** 625/17 680/12
**language [6]** 691/13

691/19 699/17 712/8 715/12 715/14
**last [13]** 602/20 655/7 660/7 660/25 661/4 661/15 662/8 672/25 674/8 674/10 681/23 708/21 715/21
**late [1]** 677/17
**later [1]** 650/22
**latest [1]** 677/18
**law [21]** 600/15 606/2 606/4 606/11 607/3 616/12 616/12 616/16 616/19 616/19 617/3 617/21 618/5 618/23 618/24 618/24 660/16 660/17 671/19 671/21 674/23
**lawfully [1]** 672/21
**laws [4]** 623/24 640/15 663/8 673/21
**lawsuit [3]** 677/15 679/1 682/9
**lawyer [1]** 616/17
**lay [2]** 602/23 602/24
**lead [1]** 701/15
**leadership [3]** 637/15 637/18 638/4
**leading [7]** 624/1 632/2 632/17 633/6 635/13 636/14 637/16
**learned [2]** 623/22 718/4
**least [4]** 608/18 612/14 616/20 694/16
**leave [4]** 680/24 691/1 691/4 691/15
**led [2]** 624/23 632/12
**left [4]** 620/22 681/9 681/11 681/13
**legal [4]** 660/4 660/17 683/2 717/22
**legislate [1]** 640/4
**legislation [1]** 639/9
**legislative [1]** 656/15
**Lesley [4]** 619/5 664/8 664/12 717/23
**lesson [1]** 718/4
**lessons [1]** 623/22
**let [6]** 604/9 618/18 693/25 707/14 707/24 717/6
**let's [36]** 607/14 610/10 610/22 611/24

615/10 622/20 629/14 630/5 631/2 632/18 633/19 642/14 645/9 647/25 648/23 649/8 649/22 651/25 652/19 652/25 653/1 657/10 659/12 664/1 664/2 664/4 668/12 669/1 670/21 676/22 677/6 681/12 682/15 690/11 708/20 709/24
**letter [136]**
**letters [14]** 609/17 612/15 618/15 618/20 669/9 679/20 680/2 680/4 680/15 680/17 680/20 681/2 681/4 712/1
**liability [1]** 623/16
**light [4]** 617/25 635/22 675/10 677/17
**like [21]** 602/18 611/6 618/15 620/3 620/15 620/24 621/17 631/1 640/2 640/13 642/22 647/7 651/7 653/22 669/6 669/8 670/12 675/14 677/22 701/6 713/20
**likely [1]** 618/2
**likes [1]** 620/10
**limine [2]** 603/2 604/19
**limited [6]** 607/19 608/19 634/4 654/7 659/22 659/23
**limiting [3]** 625/13 669/22 680/21
**line [11]** 605/1 608/13 610/2 613/8 613/9 613/22 641/17 644/13 703/9 703/16 718/8
**lines [1]** 617/7
**lingering [1]** 617/18
**link [2]** 683/8 683/11
**list [5]** 625/1 628/3 629/25 632/19 642/22
**listed [4]** 627/12 630/2 634/10 642/11
**listen [1]** 608/15
**lists [1]** 628/24
**litigation [1]** 677/20
**little [1]** 669/1
**located [2]** 628/20

**log [1]** 673/13
**long [3]** 670/24 675/14 717/9
**Longworth [2]** 688/25 692/24
**look [28]** 622/20 627/22 629/14 630/5 632/18 633/19 635/24 642/14 645/9 648/23 649/22 652/25 657/10 672/23 675/24 677/6 682/15 686/12 690/9 690/11 690/22 692/19 706/8 707/22 708/20 714/20 715/11 718/11
**looked [2]** 647/23 672/1
**looking [13]** 623/3 627/19 628/10 635/12 635/21 645/3 645/5 652/17 664/16 700/19 705/20 714/14 714/18
**looks [3]** 642/22 651/7 713/20
**loose [2]** 627/7 633/9
**lorraine [4]** 600/21 600/23 720/3 720/9
**loses [1]** 624/9
**love [1]** 608/2
**lunch [6]** 717/14 717/17 717/17 717/20 718/10 718/12 718/20

## M

**ma'am [3]** 619/11 705/2 717/17
**made [12]** 603/17 605/7 618/1 619/2 633/6 633/8 649/11 649/12 654/16 672/20 693/22 695/3
**main [1]** 639/6
**make [8]** 603/8 605/8 618/18 619/20 637/22 638/5 666/8 683/13
**maker [1]** 693/7
**making [7]** 604/21 611/19 618/2 635/22 636/13 663/14 702/1
**mall [2]** 630/12 630/21
**Manner [2]** 642/5 703/18
**many [15]** 617/17

# M

**many...** [14] 629/15
631/3 631/5 635/16
685/17 686/3 686/10
686/12 686/13 686/17
686/20 686/21 686/23
687/1
**march** [4] 631/9
631/25 633/13 633/13
**Marshals** [1] 703/25
**mask** [2] 620/8 620/10
**masks** [3] 619/21
619/24 620/15
**matter** [4] 653/14
667/18 684/3 720/5
**matters** [2] 627/10
690/24
**MATTHEW** [1] 600/17
**may** [25] 613/3 613/4
613/8 617/25 618/22
620/10 625/16 635/21
636/23 637/4 639/19
643/6 651/22 658/7
660/3 660/3 664/8
666/5 666/13 670/5
676/19 680/22 696/1
707/1 718/1
**maybe** [1] 705/7
**MC** [1] 600/19
**McCarthy** [2] 614/7
614/9
**me** [24] 604/9 604/18
604/20 614/18 615/19
618/2 618/18 618/24
643/14 650/25 653/22
665/20 690/4 693/25
705/21 706/12 706/13
706/20 707/6 707/14
707/24 716/5 716/6
717/6
**mean** [11] 604/1
607/15 607/24 619/2
637/1 646/3 653/10
674/1 690/4 691/3
691/14
**means** [3] 634/1
654/14 691/16
**meant** [4] 610/23
623/10 629/5 656/2
**measures** [7] 639/12
640/1 640/6 640/10
640/12 640/14 640/17
**media** [3] 602/23
636/12 713/23

**meet** [1] 674/24
**meeting** [6] 626/17
626/20 668/24 673/18
681/5 713/1
**member** [4] 603/14
606/15 637/12 703/1
**members** [25] 606/20
606/25 609/15 610/16
610/19 615/6 620/6
626/8 636/9 637/8
640/8 640/17 685/18
688/12 689/15 689/23
690/2 690/3 693/8
694/25 695/17 695/23
702/2 712/1 712/11
**mention** [1] 706/11
**mentioned** [2] 611/4
630/19
**messages** [1] 639/6
**met** [2] 614/7 614/10
**Michael** [1] 638/8
**middle** [1] 645/12
**might** [27] 607/5
608/20 608/22 611/21
613/21 625/3 625/6
627/14 629/13 629/20
632/12 633/10 635/14
635/20 659/6 662/6
675/10 677/19 712/16
713/6 713/23 714/18
715/14 715/15 715/24
716/9 718/10
**mind** [2] 609/9 639/3
**minimum** [1] 614/22
**minute** [2] 669/2
673/23
**minutes** [3] 664/2
664/3 664/6
**misconduct** [4] 674/22
675/5 675/11 678/5
**mistaken** [1] 707/6
**modifications** [1]
640/14
**MOLLY** [2] 600/11
602/9
**moment** [1] 705/23
**Monday** [2] 674/15
677/5
**Montgomery** [1]
600/16
**more** [14] 605/17
612/4 633/19 635/24
648/8 648/12 648/18
650/14 663/16 669/1

681/16 682/7 686/4
694/16
**Moreover** [3] 627/5
660/2 672/19
**morning** [19] 600/7
602/3 602/8 602/12
602/13 602/15 602/16
603/4 609/7 616/1
619/11 619/12 619/18
619/19 620/20 620/21
648/8 650/12 650/15
**most** [3] 618/1 714/15
716/8
**motion** [2] 604/19
618/10
**motivated** [7] 602/22
607/8 612/3 612/25
631/4 635/14 635/17
**motivations** [2] 603/13
603/22
**motive** [1] 603/19
**motives** [2] 603/14
606/24
**move** [3] 663/23
706/20 707/24
**moved** [1] 603/1
**moves** [7] 643/2
651/18 657/20 665/23
669/17 676/15 680/7
**moving** [1] 717/8
**Mr** [7] 601/4 616/1
641/6 646/1 676/9
682/1 688/15
**Mr.** [131]
**Mr. Alex** [1] 636/12
**Mr. Bannon** [68]
604/10 604/21 609/12
614/21 616/7 616/11
616/14 616/22 617/7
622/19 625/19 629/7
632/1 632/9 632/15
633/2 633/5 636/8
642/9 643/25 644/5
644/7 644/14 644/21
646/12 646/25 653/8
653/12 653/13 653/21
656/25 658/4 659/22
659/24 661/6 663/3
667/2 667/15 667/16
669/25 670/1 671/2
671/15 672/12 672/13
673/11 673/14 674/12
674/22 674/24 675/3
680/5 680/16 681/7

683/8 683/12 693/14
701/1 701/10 703/19
708/2 708/16 708/17
708/18 713/7 713/15
713/19 714/4
**Mr. Bannon's** [14]
641/5 642/23 645/16
646/5 657/8 660/4
661/21 662/15 665/12
672/8 673/4 681/14
682/25 683/2
**Mr. Clark** [1] 654/2
**Mr. Corcoran** [9]
607/14 612/1 613/13
613/23 614/21 669/20
680/11 683/23 718/7
**Mr. Costello** [29]
641/8 642/14 642/23
643/16 643/24 644/2
645/16 645/20 646/6
646/8 646/14 646/22
647/22 648/6 649/6
650/25 651/8 651/15
652/6 652/7 653/10
657/9 657/17 659/17
665/20 669/25 676/6
677/3 708/5
**Mr. Costello's** [1]
655/10
**Mr. Schoen** [3] 618/10
618/25 718/2
**Mr. Trump** [1] 661/6
**Mr. Trump's** [4] 660/2
660/13 660/14 672/12
**Ms** [5] 601/4 663/19
664/12 664/12 676/22
**Ms.** [102] 603/21 604/3
604/13 605/4 607/13
610/20 611/24 614/23
615/11 617/6 617/15
619/5 620/16 620/20
621/1 621/4 621/20
622/22 624/3 624/18
626/3 627/23 628/2
628/11 628/14 630/6
630/9 630/19 632/20
632/23 633/21 633/24
635/25 636/3 637/6
638/7 641/10 641/13
642/16 642/20 643/10
643/13 645/11 647/4
647/20 648/24 649/2
651/1 651/4 651/25
652/8 652/20 653/1

**M**

**Ms.... [49]** 654/19
655/5 655/9 657/15
658/10 659/13 659/15
660/6 660/10 660/24
661/3 661/14 661/18
662/9 662/13 663/23
664/8 664/15 665/16
667/8 669/13 670/9
670/24 672/3 672/6
673/3 673/21 674/6
674/10 676/5 676/23
677/11 679/9 679/22
680/2 680/24 681/2
681/18 681/22 682/17
682/20 683/22 684/2
702/25 703/7 707/14
711/18 717/23 718/1
**Ms. Amerling [58]**
603/21 604/13 605/4
614/23 617/6 620/20
621/4 621/20 624/3
626/3 628/2 628/14
630/9 630/19 632/23
633/24 636/3 637/6
638/7 641/13 642/20
643/13 647/4 647/20
649/2 651/4 651/25
652/8 655/9 657/15
658/10 659/15 660/10
661/3 661/18 662/13
664/15 665/16 667/8
669/13 670/9 670/24
672/6 673/3 673/21
674/10 676/5 677/11
679/9 680/2 681/2
681/22 682/20 684/2
702/25 703/7 711/18
718/1
**Ms. Amerling's [2]**
604/3 615/11
**Ms. Dunn-Gordon [30]**
621/1 622/22 624/18
627/23 628/11 630/6
632/20 633/21 635/25
641/10 642/16 643/10
645/11 648/24 651/1
652/20 653/1 655/5
659/13 660/6 660/24
661/14 662/9 672/3
674/6 676/23 679/22
680/24 681/20 682/17
**Ms. Lesley [3]** 619/5
664/8 717/23

**Ms. Vaughn [9]** 607/18
610/20 611/24 617/15
620/16 654/19 663/23
683/22 707/14
**much [1]** 612/4
**multi [2]** 651/5 679/19
**multi-page [1]** 679/19
**multi-paged [1]** 651/5
**multiple [3]** 602/20
627/10 701/10
**murder [2]** 606/8
611/4
**must [1]** 655/14
**my [33]** 607/15 608/23
613/2 619/23 620/1
620/5 620/7 652/8
652/18 655/23 664/5
675/22 685/3 686/2
687/16 687/25 688/4
689/13 689/13 689/19
689/24 689/25 693/13
694/11 695/9 701/2
701/6 701/9 701/18
705/3 707/9 712/6
713/17
**myself [7]** 642/22
645/19 651/15 652/6
676/10 702/1 714/12
**mystery [2]** 606/13
611/6

**N**

**name [2]** 703/12
703/13
**names [1]** 634/10
**nation [1]** 681/25
**nature [1]** 631/17
**need [9]** 604/6 609/25
615/10 639/9 647/14
675/22 690/18 690/20
717/6
**needed [3]** 648/12
648/18 664/18
**needs [1]** 705/11
**neither [1]** 667/2
**never [2]** 614/2 709/21
**new [2]** 624/12 717/8
**news [1]** 602/20
**next [25]** 624/21 626/9
626/23 627/1 628/7
633/19 633/22 642/2
642/5 644/12 645/9
645/14 645/20 653/15
653/16 653/23 655/2

655/7 668/9 668/17
672/4 674/7 706/21
708/5 717/9
**NICHOLS [1]** 600/8
**night [1]** 602/21
**no [40]** 600/3 606/13
610/12 610/22 610/22
610/22 620/5 627/16
628/25 643/4 648/10
650/16 651/20 656/19
660/15 676/17 677/24
678/16 678/20 682/4
683/2 684/4 684/7
684/9 684/24 685/8
687/17 689/5 689/9
689/12 690/6 690/13
703/2 704/25 706/17
708/21 711/15 714/2
714/15 717/1
**No. [1]** 700/20
**No. 2 [1]** 700/20
**noncompliance [12]**
655/22 659/5 662/16
662/18 662/19 662/22
668/23 673/6 673/15
674/13 674/20 677/23
**not [118]** 603/6 603/16
604/14 604/23 604/24
604/24 605/4 605/8
606/11 606/12 606/21
608/10 608/10 608/22
609/19 609/20 611/7
611/17 612/14 612/18
613/4 614/18 615/12
615/14 615/19 616/9
616/13 616/19 616/20
617/18 617/22 617/25
618/3 618/6 618/9
619/25 620/10 620/12
620/13 625/20 625/20
625/24 634/3 637/25
640/4 646/14 646/22
646/25 648/4 648/13
648/14 648/16 649/1
649/18 649/21 650/13
654/7 655/19 656/8
656/21 656/23 658/4
659/9 659/22 659/25
660/3 660/4 660/16
660/20 661/11 664/21
664/25 665/4 666/2
667/15 667/21 667/25
668/3 668/5 668/7
668/11 668/16 670/1

670/7 672/13 672/17
672/21 673/8 674/14
678/9 678/12 678/24
678/25 679/11 680/17
680/17 680/18 683/19
685/7 689/6 691/1
691/4 691/15 691/17
691/25 693/23 694/17
701/6 702/7 703/4
704/25 705/19 709/17
715/7 715/9 715/16
716/10 717/10
**note [2]** 614/25 618/14
**noted [2]** 602/20
667/16
**notes [2]** 653/21
659/15
**nothing [3]** 608/13
618/19 683/21
**notice [1]** 619/20
**notified [2]** 668/24
678/18
**notify [1]** 681/7
**notifying [1]** 667/20
**November [1]** 704/10
**now [36]** 605/10
606/20 610/22 612/13
613/10 617/1 619/16
620/4 620/4 627/8
627/22 646/20 664/10
671/13 671/15 673/14
675/25 678/18 680/25
684/16 685/11 687/2
687/23 694/11 702/4
703/24 704/9 705/21
708/9 709/2 709/21
711/18 712/14 714/1
717/3 718/19
**Now's [1]** 663/25
**number [8]** 632/14
632/23 633/24 640/3
640/6 685/13 714/11
714/16
**numerous [2]** 626/14
631/7
**NW [2]** 600/12 600/22

**O**

**o'clock [1]** 662/1
**Oath [3]** 636/5 636/11
637/3
**object [2]** 654/20
666/4
**objected [1]** 666/2

## O

**objection [15]**  609/9
617/19 618/17 639/17
643/4 651/20 654/22
676/17 685/20 689/17
695/12 695/24 709/22
715/19 715/20
**objectives [1]**  630/15
**obligated [1]**  659/3
**obligation [2]**  659/2
661/6
**obtain [1]**  635/4
**obtaining [3]**  672/21
701/13 702/22
**obviously [1]**  717/10
**occasions [1]**  627/3
**occur [1]**  615/8
**occurred [1]**  640/19
**October [69]**  621/11
621/15 623/8 623/9
627/21 648/2 648/8
650/12 650/15 651/8
652/12 653/17 657/16
658/12 659/17 661/11
662/1 664/17 665/2
665/6 665/6 665/11
665/17 665/21 666/18
666/19 666/20 668/9
668/15 668/19 668/24
669/15 670/16 670/18
670/19 671/2 671/3
672/1 672/16 673/5
673/15 673/18 674/16
675/6 675/13 675/19
676/6 677/5 677/21
678/7 678/10 678/13
678/17 680/5 681/3
681/15 683/15 693/1
693/5 693/11 693/21
694/12 694/23 695/6
700/20 700/25 702/5
702/11 702/19
**October 14 [3]**  671/1
700/20 702/19
**October 14th [9]**
621/15 623/9 661/11
662/1 665/2 665/6
668/9 673/15 700/25
**October 18th [5]**  678/7
678/10 678/13 678/17
681/15
**October 7 [4]**  693/21
694/12 694/23 695/6
**October 7th [2]**  621/11

**OFC [1]**  600/11
**off [2]**  620/10 620/22
**offense [1]**  606/9
**offered [1]**  657/2
**office [9]**  688/22
688/25 689/14 689/19
689/25 689/25 692/22
692/23 692/24
**officer [1]**  614/4
**offices [3]**  689/15
689/21 689/23
**Official [2]**  600/21
720/3
**officials [2]**  632/16
634/16
**often [1]**  691/6
**Oh [1]**  706/18
**Okay [50]**  608/17
613/1 613/9 614/16
614/24 615/23 618/13
645/18 660/18 668/8
672/23 679/19 681/12
684/16 685/10 685/17
686/9 686/16 687/2
687/19 687/23 688/14
689/1 689/8 689/11
690/7 691/22 692/12
694/11 695/21 700/19
702/16 704/6 704/12
704/15 704/18 704/22
705/24 706/2 708/20
709/15 709/21 712/19
712/25 713/5 713/14
713/21 714/8 717/3
717/16
**once [2]**  663/22
717/22
**one [44]**  603/13
603/20 603/22 603/24
603/24 604/3 604/16
604/24 605/17 606/13
609/8 612/16 613/16
614/4 614/17 614/25
616/2 619/20 620/5
624/14 633/15 634/16
640/14 656/13 677/18
681/5 681/6 681/9
681/9 681/10 681/11
681/12 685/10 691/1
694/16 708/13 709/2
711/19 713/3 713/11
715/21 717/1 717/22
718/4

**one-week [1]**  677/18
**ones [1]**  669/7
**ongoing [2]**  632/13
661/6
**only [8]**  603/18 627/13
658/17 682/6 701/3
705/11 705/17 715/9
**opened [2]**  616/10
618/7
**opening [5]**  602/21
605/6 608/11 608/12
618/12
**operating [1]**  702/13
**opportunity [2]**  675/4
716/18
**opposition [1]**  630/13
**order [7]**  605/11
623/22 638/4 639/8
639/25 667/14 718/6
**organizations [2]**
633/15 636/19
**organizing [1]**  630/17
**other [51]**  603/20
604/16 608/14 609/8
610/17 610/18 614/25
616/3 626/10 627/3
627/10 629/12 632/18
633/9 635/4 635/7
637/8 640/14 640/17
645/7 654/8 656/16
659/7 660/17 667/15
668/4 668/6 669/7
670/12 682/5 683/18
688/10 693/4 701/15
701/16 702/16 702/18
702/21 714/21 714/25
715/5 715/10 715/14
715/17 715/18 715/23
716/1 716/2 716/11
716/20 717/2
**others [3]**  605/4 629/7
654/9
**otherwise [1]**  670/4
**ought [1]**  616/3
**our [22]**  607/25 608/2
608/10 609/10 609/23
617/22 624/7 643/21
646/11 647/20 655/24
663/16 665/25 665/25
668/12 677/18 680/9
682/24 686/12 686/21
716/21 717/14
**out [20]**  605/9 608/6
612/20 620/14 639/8

643/24 647/2 690/4
691/24 692/8 692/8
692/15 703/6 703/13
704/6 704/19 705/5
706/4 707/18 718/6
**outside [8]**  602/18
605/16 607/11 613/6
634/12 702/4 702/7
702/20
**outstanding [1]**
618/17
**over [5]**  669/3 679/2
685/23 718/10 718/12
**overarching [2]**
702/14 702/17
**overlap [2]**  714/24
715/17
**Overruled [3]**  639/18
689/18 695/13

## P

**p.m [13]**  643/18
652/12 663/20 674/15
675/19 677/5 677/21
678/6 678/10 678/13
678/17 717/20 718/20
**page [67]**  601/2 601/8
621/5 621/17 621/20
621/25 622/12 625/16
627/24 628/7 633/20
633/22 641/7 641/10
641/13 641/14 642/20
643/9 648/25 651/12
651/14 652/1 652/19
653/3 655/1 655/7
658/16 660/7 660/25
660/25 661/15 667/5
667/9 672/24 673/1
674/7 676/22 676/24
679/19 679/23 688/7
689/7 689/9 689/11
690/20 691/22 692/1
692/13 703/5 704/2
705/10 705/12 705/16
705/17 705/20 705/21
706/12 706/14 706/21
706/22 706/23 708/21
708/21 709/3 711/15
714/1 714/14
**paged [1]**  651/5
**pages [9]**  645/7
652/16 655/6 674/8
676/3 680/24 706/16
706/17 718/11

**P**

paid [1] 631/16
paper [2] 639/5 692/10
paragraph [43] 623/17
623/18 624/21 625/1
625/21 625/25 627/8
628/9 628/15 654/3
655/7 655/10 659/13
659/18 660/7 660/11
660/25 661/4 661/13
661/16 662/8 662/13
662/21 667/6 667/9
667/9 670/22 670/24
671/14 672/4 672/7
673/1 673/3 673/10
674/8 674/11 675/2
682/23 705/12 709/3
709/15 712/15 712/20
paragraphs [3] 622/23
682/18 715/12
paralegal [1] 602/10
part [19] 609/10 624/7
624/19 629/8 645/5
653/23 656/13 656/16
659/18 668/1 672/23
681/23 685/7 692/14
692/23 714/16 715/3
716/1 716/17
partial [1] 649/14
participants [2] 631/9
631/25
participate [4] 622/11
629/24 695/5 695/7
participated [4] 631/3
635/17 636/10 688/10
participation [1]
631/14
particular [9] 604/10
604/12 607/19 612/10
705/10 705/12 705/12
706/13 716/19
particularly [1] 714/19
parties [1] 605/2
partisan [2] 604/23
615/15
partly [1] 620/14
parts [2] 660/18 692/7
passed [4] 650/20
652/15 670/17 670/20
passing [1] 650/17
Patel [2] 634/5 634/15
peaceful [4] 623/21
624/5 635/2 639/23
penalties [1] 640/18

pending [2] 677/20
707/17
Pennsylvania [1]
637/13
people [9] 602/23
602/24 605/25 613/21
620/1 620/9 620/14
633/17 638/14
people's [1] 715/5
Percenters [3] 636/6
636/11 637/4
Perfect [1] 706/9
perhaps [2] 614/23
701/16
Peril [3] 713/2 713/10
713/12
period [1] 629/1
permission [1] 647/6
permit [1] 618/11
permitted [1] 616/17
permitting [2] 630/15
630/25
Perry [3] 637/8 637/10
637/12
persisted [1] 673/11
person [14] 603/24
611/12 611/13 630/16
685/13 691/3 691/6
691/8 691/15 692/8
693/14 694/12 694/22
702/19
personal [13] 603/22
628/20 628/21 628/22
628/22 629/4 629/4
629/6 629/12 629/12
629/13 658/23 663/4
personally [5] 641/3
669/6 670/13 686/17
688/9
persuade [4] 626/8
635/8 637/14 638/14
persuasive [2] 606/19
615/7
pertain [1] 714/5
pertinency [1] 613/15
pertinent [5] 612/7
613/17 613/18 613/20
714/19
phase [1] 640/5
phone [1] 646/7
phones [1] 628/21
physical [2] 689/19
689/25

pick [3] 620/24 702/9
702/19
piece [5] 606/5 606/13
606/14 607/4 692/9
place [9] 603/9 611/11
629/23 630/23 633/11
634/9 640/1 661/21
692/21
plan [2] 610/18 627/3
planning [4] 630/15
630/17 630/25 664/23
plans [5] 605/11
605/16 626/15 634/1
671/6
platforms [1] 636/13
played [2] 629/8
636/19
please [48] 602/6
619/5 622/23 623/17
628/14 630/7 631/12
632/21 633/22 641/11
642/18 643/10 644/17
649/9 649/23 651/2
652/8 654/3 655/9
659/13 659/18 660/7
660/10 660/24 661/3
661/8 661/14 661/18
662/9 662/12 662/14
662/21 665/14 667/5
667/8 671/13 672/3
672/6 672/25 672/25
673/10 674/10 674/14
676/3 677/11 681/19
682/22 686/14
podcast [5] 632/24
632/25 633/1 633/4
633/5
point [12] 610/4
611/25 615/13 615/21
617/13 617/19 618/3
618/9 618/25 619/3
619/3 706/7
police [3] 613/9 614/3
615/22
policies [1] 623/24
political [8] 602/25
603/12 605/18 606/21
606/24 608/9 615/15
615/15
politicalize [1] 604/22
politically [4] 602/22
607/8 612/3 612/25
politically-motivated
[1] 602/22

politicizing [1] 607/17
politics [5] 603/1
604/5 604/23 607/2
615/16
portion [2] 672/9
706/13
portions [6] 689/2
689/4 692/16 694/17
708/11 711/21
position [18] 614/20
614/21 625/19 625/24
638/2 656/6 656/8
656/22 659/24 660/15
665/25 667/17 667/17
669/19 669/24 679/4
680/9 680/15
positions [3] 614/24
658/3 658/4
possession [3] 628/19
629/13 650/2
possibility [1] 663/2
possible [4] 649/12
649/13 664/2 702/23
potential [9] 604/7
606/24 610/8 623/15
626/15 631/20 636/17
636/21 713/16
potentially [5] 627/3
640/18 654/7 701/11
701/15
Powell [1] 638/9
power [8] 623/22
624/6 624/8 624/9
624/11 626/21 635/2
639/23
practice [2] 691/17
695/21
preceded [1] 631/7
precedent [1] 660/17
preceding [1] 630/23
preclude [1] 604/21
precluded [1] 615/2
prepared [1] 654/11
preparing [1] 634/19
presence [3] 602/18
605/16 607/12
present [1] 602/15
611/14 626/7 629/2
684/24 685/4 690/5
695/11 704/10 704/13
712/12
presented [1] 609/25
preserve [2] 616/4
667/14

740

## P

**preserved [2]** 618/9 654/22
**President [27]** 624/8 624/10 624/12 624/12 627/2 630/13 631/14 631/16 631/17 631/18 631/23 632/2 632/13 632/16 634/12 653/19 654/10 654/25 655/12 659/21 667/12 667/17 667/23 672/10 672/16 672/20 713/8
**President Trump [2]** 631/16 631/17
**President Trump's [1]** 631/18
**President's [2]** 631/21 632/7
**presidential [5]** 624/17 630/14 634/2 640/16 654/9
**pressure [1]** 637/22
**prevent [3]** 604/25 640/1 672/21
**previous [2]** 669/8 681/15
**previously [3]** 618/12 667/16 669/22
**primarily [1]** 685/14
**principle [1]** 702/24
**principles [1]** 607/6
**print [1]** 703/12
**printed [1]** 703/13
**prior [6]** 618/11 658/1 681/5 682/24 713/21 713/22
**private [2]** 632/10 638/12
**privilege [17]** 617/9 654/13 654/14 654/16 655/16 660/15 661/5 667/14 667/21 668/6 672/11 672/17 672/20 673/13 682/10 682/11 683/18
**privileged [1]** 659/23
**privileges [12]** 654/8 654/10 654/11 655/12 655/14 655/24 660/3 667/15 673/14 684/24 685/1 685/5
**probably [1]** 707/2
**problems [1]** 616/4

procedure [4] 649/20 650/11 685/1 685/3
**procedures [10]** 623/24 662/24 671/25 673/19 673/22 673/24 674/2 678/22 679/12 691/11
**proceeding [1]** 675/6
**proceedings [1]** 720/5
**process [16]** 624/7 648/18 654/10 693/20 701/24 706/25 711/25 712/4 712/10 714/10 714/12 714/17 716/4 716/17 716/21 716/22
**processes [1]** 605/7
**produce [18]** 623/7 623/14 628/18 630/10 661/7 661/8 671/2 671/16 672/13 673/5 673/12 690/23 692/20 693/10 693/11 693/14 693/22 694/23
**produced [3]** 608/3 650/5 668/16
**produces [1]** 691/14
**producing [2]** 667/15 670/18
**production [11]** 621/10 644/22 645/1 649/3 649/14 649/15 649/24 654/18 692/19 692/21 695/7
**proffer [3]** 605/15 607/11 609/2
**promote [1]** 634/13
**proof [15]** 625/20 641/14 689/6 689/8 690/2 703/6 703/7 704/2 704/6 704/19 705/5 706/4 707/8 707/18 707/20
**proposals [1]** 634/1
**prosecution [4]** 602/22 605/18 674/5 675/2
**prosecutors [2]** 704/11 704/12
**protect [3]** 640/13 684/24 685/5
**protected [1]** 654/7
**protection [1]** 654/18
**protections [1]** 603/8
**Proud [3]** 636/5

636/11 637/3
**prove [3]** 617/21 625/21 704/3
**provide [24]** 621/8 627/21 628/4 629/16 639/13 641/3 648/2 648/3 653/24 660/4 667/2 669/6 671/3 673/13 673/17 675/4 675/14 675/20 678/4 678/11 678/15 683/1 691/10 691/18
**provided [15]** 625/18 625/19 641/1 642/12 649/5 649/14 677/22 678/14 678/16 703/15 708/15 708/16 708/18 709/18 709/21
**provides [4]** 605/14 691/3 691/6 712/1
**providing [5]** 640/18 641/8 664/20 664/24 683/10
**provisions [1]** 663/9
**public [9]** 624/16 632/14 634/11 635/7 637/21 700/16 711/13 712/22 712/25
**publicizing [1]** 633/16
**publicly [1]** 636/13
**publish [8]** 643/3 651/19 657/21 665/24 669/18 676/16 680/8 715/2
**published [10]** 643/6 651/22 658/7 666/6 666/13 670/5 676/19 680/22 690/15 708/24
**pull [1]** 690/13
**pulled [1]** 708/24
**purported [2]** 661/5 672/12
**purportedly [2]** 654/5 713/15
**purporting [1]** 653/24
**purports [2]** 654/1 654/25
**purpose [14]** 609/21 621/24 622/3 625/5 625/18 658/2 663/11 668/20 668/22 669/23 680/14 680/18 681/13 683/9
**purposes [2]** 680/13

704/24
**Pursuant [1]** 623/1
**pursue [1]** 718/8
**put [7]** 638/4 640/1 647/20 694/12 695/18 701/12 715/5
**putting [7]** 622/11 629/24 638/19 656/17 657/4 669/3 708/10

## Q

**question [45]** 603/7 603/9 603/22 603/24 604/3 604/11 605/9 607/10 609/2 609/3 610/21 610/24 610/25 612/13 613/2 614/10 615/9 639/19 646/16 651/11 685/4 686/2 687/16 687/25 688/4 689/3 691/25 693/19 693/24 694/11 694/14 694/16 694/17 705/3 705/25 706/2 707/9 707/11 707/14 707/17 713/17 715/13 715/21 716/3 718/7
**questioning [3]** 609/11 613/22 718/8
**questions [20]** 605/3 605/15 606/3 607/11 607/18 608/20 608/21 608/25 610/25 612/6 612/10 613/3 613/5 613/8 614/12 615/1 617/6 621/13 661/23 712/6
**Quiana [1]** 602/10
**quick [1]** 717/22
**quickly [1]** 707/7
**quite [2]** 610/4 664/5
**quote [1]** 654/1
**quoted [1]** 627/5
**quotes [1]** 653/21

## R

**radio [1]** 650/14
**raise [2]** 602/18 668/4
**raised [2]** 610/24 616/3
**raises [1]** 617/1
**rally [13]** 630/11 630/18 630/21 630/22 631/1 631/6 631/8

**R**

**rally... [6]** 631/15
631/19 631/22 631/24
633/16 635/9
**random [1]** 606/15
**range [4]** 628/25
639/16 639/25 671/4
**ranking [1]** 634/16
**rather [2]** 609/3 609/4
**rationale [1]** 656/9
**reach [2]** 647/1 667/11
**reached [1]** 643/24
**read [27]** 623/18
628/14 631/12 644/17
649/9 649/23 654/3
655/9 659/18 660/10
660/18 661/3 661/18
662/12 667/8 670/25
671/13 672/6 673/10
674/10 677/11 681/22
682/22 705/2 707/7
709/15 713/12
**reading [3]** 653/22
662/21 718/5
**reads [1]** 630/11
**ready [1]** 706/20
**realize [1]** 664/4
**really [2]** 714/22 718/3
**reason [21]** 603/4
603/19 616/6 616/12
616/13 617/3 617/4
617/5 618/6 624/22
625/2 625/11 626/3
627/13 646/14 659/9
660/20 668/5 677/22
682/6 713/18
**reasonably [1]** 650/3
**reasons [7]** 616/21
616/24 625/2 625/6
682/25 712/15 712/21
**recall [13]** 625/17
688/16 690/10 693/3
695/14 701/24 704/10
704/21 706/7 707/23
711/22 712/7 712/13
**receive [5]** 650/18
650/24 665/7 665/19
667/12
**received [4]** 653/18
653/25 665/11 675/22
**receiving [4]** 656/5
687/12 687/17 714/19
**recess [7]** 664/7
717/13 717/14 717/14

**recipient [9]** 622/2
622/5 623/13 691/11
692/3 692/5 692/6
716/9 716/18
**recipients [4]** 714/16
715/1 715/10 716/2
**recognize [1]** 607/17
**recollection [12]**
652/18 675/23 689/13
695/9 701/2 701/6
701/9 701/18 705/3
705/16 706/10 707/10
**recommend [3]**
623/23 683/4 695/16
**recommendation [2]**
683/6 702/2
**reconsider [1]** 618/11
**record [17]** 602/7
605/10 616/4 618/10
618/19 619/1 619/17
639/24 663/13 664/11
666/9 700/17 706/8
709/3 711/13 717/15
720/5
**records [17]** 612/7
630/2 632/12 632/23
633/3 633/12 633/25
635/6 635/10 639/5
639/5 648/3 654/5
661/8 686/12 686/21
690/9
**redacting [2]** 618/15
618/19
**refer [6]** 603/15 606/21
663/9 679/13 682/21
683/12
**reference [20]** 623/12
624/3 624/5 626/18
627/20 629/6 630/20
632/25 633/1 634/6
634/7 636/7 663/5
663/5 671/8 671/10
673/7 673/21 673/22
679/1
**referenced [3]** 653/7
672/1 713/1
**references [2]** 653/20
654/12
**referral [6]** 605/24
606/15 606/23 615/1
662/25 668/25
**referred [1]** 707/21
**referring [18]** 624/6

636/22 641/15 643/23
644/12 662/17 662/20
665/18 669/14 671/22
671/23 674/18 675/1
675/8 702/7
**refers [3]** 674/4 675/2
712/15
**reflect [1]** 614/19
**reflected [1]** 695/3
**reflects [1]** 666/9
**refresh [3]** 675/22
705/3 707/10
**refreshes [2]** 705/16
706/10
**refusal [6]** 660/4
671/18 671/20 673/11
683/1 683/3
**refusing [5]** 623/16
656/9 657/2 663/21
673/15
**regard [7]** 684/13
685/12 687/24 688/7
691/13 708/9 716/12
**regarding [4]** 627/10
636/5 644/14 708/2
**Regardless [1]** 661/5
**regulations [6]** 623/24
639/9 640/15 708/18
709/7 709/20
**reiterate [1]** 668/22
**reiterated [2]** 631/8
631/24
**rejected [3]** 657/1
660/19 682/13
**rejecting [2]** 656/22
659/9
**relate [5]** 630/3 631/1
633/4 639/24 640/19
**related [10]** 629/11
629/22 631/1 634/23
635/20 639/13 655/24
676/11 682/9 716/8
**relates [2]** 619/21
632/23
**relating [24]** 621/8
623/21 626/16 628/24
630/10 631/17 631/21
632/12 632/23 633/3
633/12 633/25 635/6
635/10 636/9 638/25
654/6 671/4 674/13
674/19 674/20 675/5
675/15 678/5

**relation [4]** 626/9
638/11 652/13 662/2
**relations [1]** 635/7
**relationship [6]**
636/17 636/18 636/21
636/22 636/22 637/3
**relationships [1]**
638/23
**relevance [5]** 685/20
689/17 695/12 695/24
709/23
**relevant [23]** 603/15
603/18 613/23 615/12
615/17 623/23 624/23
625/3 625/6 626/5
626/25 627/14 629/10
631/22 635/10 636/17
637/11 637/19 638/16
638/16 687/14 701/15
701/16
**relied [2]** 616/23 617/8
**relies [2]** 659/19
659/20
**rely [1]** 672/10
**remains [2]** 665/25
680/9
**remarks [2]** 631/19
631/21
**remember [6]** 684/19
695/22 707/20 712/5
712/9 712/23
**remind [4]** 621/4 621/6
621/12 661/24
**reminds [1]** 659/3
**repeated [3]** 633/6
636/13 715/14
**report [1]** 683/7
**reported [3]** 600/21
602/21 626/14
**reportedly [2]** 637/14
638/3
**Reporter [2]** 600/21
720/3
**reporting [1]** 713/23
**reports [4]** 602/20
632/14 712/22 712/25
**represent [2]** 609/17
643/22
**representative [8]**
603/23 614/6 614/9
627/16 637/8 637/10
637/12 640/9
**Representative
McCarthy [1]** 614/9

**R**

**Representatives [5]**
604/4 623/2 637/13
683/5 692/18
**represented [3]**
646/10 646/25 647/1
**representing [3]**
643/25 644/4 653/12
**request [10]** 649/10
655/17 655/24 655/24
659/25 672/12 677/17
682/5 685/24 718/4
**requested [1]** 716/13
**requesting [2]** 659/22
681/16
**requests [1]** 638/25
**require [4]** 605/15
609/1 620/13 629/15
**required [22]** 607/11
618/4 618/24 620/8
620/11 621/7 627/21
628/3 628/18 630/10
639/13 640/24 648/1
649/17 661/12 661/25
665/1 665/3 673/8
701/19 702/10 709/17
**requires [4]** 623/13
635/6 650/7 694/9
**requiring [1]** 612/3
**researched [1]** 629/22
**reserve [1]** 614/22
**resolution [8]** 623/1
623/3 623/4 668/25
674/4 674/25 681/6
709/19
**resolved [3]** 617/19
618/17 655/16
**respect [11]** 605/2
614/12 632/8 634/1
636/25 653/6 656/6
668/17 672/11 688/6
701/11
**respectfully [1]** 677/17
**respond [5]** 655/17
661/22 662/15 681/14
716/18
**responding [2]** 666/21
678/4
**response [6]** 617/15
652/9 659/16 663/21
677/18 701/20
**responsibilities [3]**
634/17 682/3 685/12
**responsible [1]** 685/14

**responsive [8]** 648/15
650/3 650/5 661/8
716/15 716/19 716/20
716/24
**rest [5]** 615/11 629/14
644/17 671/13 673/10
**restate [1]** 657/23
**result [1]** 662/25
**results [5]** 630/14
634/2 638/1 671/7
671/9
**retire [1]** 619/22
**return [1]** 649/11
**Returning [1]** 652/16
**review [6]** 685/16
706/9 706/14 706/16
712/1 712/11
**reviewed [3]** 629/22
688/11 711/20
**reviewing [3]** 631/10
687/13 687/17
**revisit [1]** 667/16
**Riane [1]** 602/14
**right [71]** 609/10 615/9
617/1 622/25 626/11
627/18 628/6 628/9
630/5 633/24 635/24
641/13 641/25 642/20
643/8 644/16 645/9
647/3 647/20 649/8
650/23 651/25 652/19
652/22 652/23 652/25
653/5 654/12 654/24
655/4 655/9 656/11
656/20 657/10 658/16
659/15 660/6 660/10
660/23 662/12 663/9
663/15 663/19 664/5
665/22 666/23 667/4
668/15 669/1 669/10
670/21 674/6 675/25
676/22 677/6 680/2
681/10 681/18 681/19
681/22 682/15 692/22
692/23 703/11 703/14
705/2 705/20 707/8
711/14 712/24 717/3
**rights [2]** 684/24 685/5
**rise [1]** 717/19
**Road [1]** 600/15
**roadmap [2]** 715/3
715/7
**Robert [3]** 641/2 642/9
703/19

**Robert Costello [2]**
641/2 703/19
**role [8]** 622/10 629/24
632/7 634/18 636/19
656/17 657/3 687/24
**roles [2]** 629/9 701/10
**room [6]** 619/22
619/23 632/24 632/25
633/3 633/5
**ROSE [1]** 600/10
**row [1]** 620/6
**RPR [1]** 600/21
**Rudolph [1]** 638/8
**rule [3]** 605/14 639/9
718/9
**ruled [1]** 709/22
**rules [8]** 605/13 623/2
623/24 645/2 667/18
708/15 708/16 709/12
**ruling [5]** 607/15 609/6
609/19 613/2 667/12
**rulings [2]** 618/1
618/11
**run [2]** 616/3 633/1
**running [1]** 620/5

**S**

**said [23]** 604/19
608/19 609/7 611/8
612/5 613/24 617/17
618/6 625/16 631/4
635/17 644/11 646/2
647/16 653/9 666/12
682/20 684/17 689/1
690/25 691/1 693/18
695/15
**same [10]** 626/19
638/2 658/13 668/6
669/19 669/21 671/25
680/13 681/4 682/11
**sample [1]** 627/17
**satisfied [1]** 649/16
**saw [5]** 627/20 640/14
654/12 664/17 670/12
**say [18]** 608/13 610/10
613/13 613/23 614/6
617/4 618/22 636/21
643/20 644/13 686/13
691/20 692/12 701/5
703/3 705/22 709/6
716/19
**saying [5]** 610/6
625/24 673/3 686/3
693/9

**says [47]** 610/10
611/10 622/25 623/6
623/19 626/6 627/1
627/5 628/16 629/3
631/14 635/6 641/22
644/19 645/24 649/10
649/24 652/7 652/8
653/17 654/5 655/11
655/19 659/20 660/12
661/5 661/20 662/14
662/22 667/11 671/1
671/15 672/8 673/11
674/1 674/12 677/13
681/24 682/24 690/22
690/23 691/16 692/19
703/1 703/9 703/12
709/17
**schedule [16]** 623/8
627/20 628/2 629/14
644/25 690/24 692/21
695/18 714/2 714/3
714/8 714/14 714/15
714/23 715/9 715/24
**scheduled [1]** 671/17
**schedules [2]** 689/22
715/3
**SCHOEN [7]** 600/14
600/15 602/14 616/1
618/10 618/25 718/2
**scope [3]** 615/20
627/11 667/13
**Scott [3]** 637/8 637/10
637/12
**SCOTUS [1]** 603/17
**scratch [1]** 715/25
**screen [1]** 705/11
**script [1]** 608/2
**sealed [1]** 711/12
**search [3]** 650/1 650/4
650/8
**seated [1]** 704/12
**second [12]** 605/20
610/23 623/17 653/2
654/19 672/6 679/23
682/15 682/23 703/5
713/5 713/6
**Section [2]** 709/19
709/21
**Sections [2]** 662/25
673/20
**see [13]** 615/10 622/18
641/17 642/2 643/17
647/13 649/3 689/23
703/1 705/19 705/22

**S**

**see... [2]** 706/10 707/21
**seeing [1]** 705/11
**seeking [6]** 612/7 622/6 625/9 635/3 636/16 678/4
**seeks [3]** 627/9 654/5 672/22
**seemed [1]** 618/2
**seems [4]** 603/3 604/18 608/9 614/18
**seen [1]** 703/4
**Select [74]** 620/23 622/4 622/6 623/6 623/19 624/21 627/9 627/11 629/21 631/10 634/17 639/21 640/4 644/19 652/10 656/8 658/20 658/25 659/4 660/1 661/7 661/20 661/23 662/14 662/23 671/3 671/17 672/14 672/15 672/18 672/21 673/4 673/12 673/16 673/17 674/15 674/16 674/21 675/4 676/7 680/4 681/24 683/3 683/7 684/3 684/19 684/23 685/4 685/13 685/18 685/23 686/5 686/11 686/18 686/24 687/3 687/6 687/9 687/12 687/14 687/16 688/12 689/21 692/22 693/7 693/8 693/15 693/16 695/1 702/10 702/18 709/12 713/6 713/9
**selected [1]** 700/25
**selection [1]** 702/20
**Senate [1]** 624/15
**send [2]** 650/22 657/7
**sending [4]** 644/9 657/4 664/19 668/20
**senior [1]** 701/25
**sense [4]** 618/5 622/5 625/8 684/23
**sensitive [1]** 654/18
**sent [42]** 621/25 622/7 645/14 645/15 650/20 651/8 652/11 652/12 657/11 658/13 658/23 658/25 659/17 662/2

662/4 663/12 663/22 664/16 664/22 665/5 667/20 668/18 669/14 670/12 670/15 675/13 676/7 676/13 677/3 680/4 681/2 681/5 681/7 681/9 681/11 682/20 683/15 683/16 714/16 714/24 714/25 715/9
**sentence [5]** 627/1 653/16 661/19 662/13 670/25
**sentences [1]** 661/4
**September [14]** 642/11 642/25 643/1 643/9 643/17 645/15 645/21 647/21 647/23 648/6 652/10 688/19 689/16 690/7
**series [1]** 609/17
**serious [2]** 675/1 683/12
**serve [1]** 703/25
**served [7]** 641/22 653/20 703/12 705/6 706/5 706/6 707/19
**server [2]** 642/3 703/10
**serves [1]** 621/25
**service [26]** 641/14 642/5 644/10 644/15 644/23 645/25 689/6 689/9 690/2 703/6 703/7 703/18 704/2 704/3 704/6 704/7 704/19 704/20 705/5 706/5 707/8 707/18 707/21 707/25 708/2 708/7
**session [4]** 600/7 624/15 634/9 690/8
**set [4]** 623/1 623/8 673/19 701/22
**sets [1]** 608/6
**Seventeen [1]** 629/17
**several [7]** 636/9 647/5 685/15 704/11 704/11 711/19 714/25
**shall [3]** 649/12 649/14 709/17
**she [14]** 604/15 609/14 610/10 610/11 610/12 610/14 610/24 611/4

612/16 620/10 701/10 705/11 705/25 706/14
**she's [1]** 705/11
**shed [1]** 675/10
**shine [1]** 635/22
**should [16]** 606/7 607/10 614/3 615/2 619/7 620/1 620/2 672/20 675/5 693/10 693/21 694/20 694/23 695/6 700/22 717/24
**shouldn't [5]** 603/9 603/22 603/24 604/3 701/17
**show [9]** 604/10 604/25 616/8 617/18 625/23 668/9 676/2 704/23 713/15
**showing [4]** 617/5 705/17 705/18 706/12
**sic [1]** 665/24
**side [6]** 603/20 604/16 655/6 655/6 674/7 674/7
**sidebar [7]** 695/25 696/2 696/3 700/15 709/24 709/25 711/11
**sign [8]** 693/15 694/3 694/5 694/7 695/4 703/2 703/4 712/11
**signatory [1]** 612/14
**signature [6]** 642/2 692/17 694/9 702/25 703/9 703/10
**signed [9]** 612/17 641/25 649/25 689/1 689/4 689/8 689/11 690/2 712/12
**significant [1]** 684/22
**signs [3]** 622/14 622/16 694/1
**silence [1]** 650/15
**SILVERMAN [1]** 600/18
**similar [1]** 641/17
**similarities [1]** 684/17
**since [2]** 616/5 655/11
**single [2]** 607/10 671/16
**sir [17]** 639/20 684/7 684/15 685/7 689/23 690/6 693/3 693/23 695/10 701/23 704/21 707/21 711/22 713/13

715/2 718/3 716/17
**sit [1]** 667/23
**sitting [3]** 695/22 700/24 715/13
**situation [1]** 605/14
**six [1]** 662/4
**Sixth [1]** 609/10
**skirt [1]** 605/11
**slammed [1]** 604/1
**slightly [1]** 693/19
**SLUTKIN [1]** 600/18
**so [112]** 602/25 603/8 603/11 603/21 604/9 604/13 605/3 605/16 606/14 607/5 607/9 608/18 609/9 610/3 610/20 610/22 611/24 612/19 613/2 613/10 613/13 613/22 615/12 615/21 616/3 616/4 616/15 616/15 617/6 618/9 618/9 620/6 620/9 620/16 620/24 622/14 622/20 622/25 624/11 624/21 625/8 625/16 627/12 627/22 629/9 629/14 630/6 630/25 632/11 634/21 638/22 646/10 647/6 647/7 647/20 647/23 648/11 649/17 650/6 650/17 652/22 653/1 653/23 654/12 655/19 656/16 656/21 658/1 656/18 658/19 659/12 660/18 661/13 662/2 663/15 663/19 664/6 666/17 668/8 668/12 668/15 675/2 675/13 677/19 677/21 681/2 681/12 690/22 691/5 691/16 691/19 692/9 692/12 693/9 693/20 693/25 701/18 702/13 702/14 707/21 708/12 709/3 709/12 714/12 714/20 715/4 716/9 717/25 718/7 718/14 718/15 718/16
**sole [1]** 660/12
**solely [1]** 606/21
**solely-political [1]** 606/21
**some [24]** 602/24

**S**

**some... [23]** 605/3 606/12 606/14 609/9 609/9 611/5 613/7 613/8 614/11 617/18 622/20 625/1 629/8 630/3 639/6 639/11 640/8 640/10 664/4 685/11 692/12 703/4 713/7

**somebody [2]** 675/1 691/14

**somehow [8]** 603/15 603/15 605/25 606/19 612/24 613/23 615/7 655/24

**someone [4]** 606/9 608/22 613/5 641/4

**something [8]** 604/20 609/4 611/4 611/6 640/2 666/12 691/23 714/8

**sometime [1]** 688/17

**sometimes [3]** 691/8 691/8 703/24

**sorry [4]** 616/2 651/11 666/20 689/3

**sort [3]** 614/4 641/7 691/19

**sought [4]** 613/18 646/24 647/1 660/1

**source [3]** 713/4 713/9 713/17

**sources [2]** 713/3 713/11

**spans [1]** 674/8

**speak [4]** 701/23 712/16 713/6 714/17

**speakers [1]** 631/7

**Special [1]** 602/11

**specialist [1]** 602/10

**specific [22]** 604/7 604/7 605/15 609/4 615/4 640/6 648/18 663/9 673/13 688/16 689/25 692/5 695/15 701/24 702/19 712/7 715/5 715/12 715/12 715/15 716/9 717/10

**specifically [7]** 639/2 669/2 687/24 691/13 711/22 712/5 718/12

**specifics [2]** 712/9 715/16

**specified [3]** 628/25 640/5 649/11

**speed [1]** 707/3

**spoke [2]** 687/2 713/16

**staff [17]** 609/14 620/7 622/10 685/13 685/15 685/19 686/5 686/11 688/10 694/25 695/16 701/25 711/19 711/25 712/10 713/10 714/11

**stage [1]** 610/19 614/19

**stand [5]** 607/25 608/12 609/13 611/9 611/9

**start [9]** 607/14 608/21 611/24 616/6 628/10 651/25 652/19 676/22 688/14

**started [1]** 684/16

**starting [2]** 643/9 701/5

**starts [6]** 624/21 642/25 659/18 660/8 670/25 673/3

**stated [6]** 623/15 637/24 660/2 666/1 672/10 682/25

**statement [2]** 606/2 658/5

**statements [4]** 633/8 633/9 635/14 635/22

**states [13]** 600/1 600/2 600/8 602/4 602/10 630/24 644/20 653/15 653/19 663/6 671/5 673/20 674/5

**stating [3]** 627/6 632/14 650/1

**statute [7]** 659/6 660/16 662/20 663/10 671/24 671/25 674/3

**staying [1]** 626/17

**step [4]** 675/1 681/8 683/10 683/12

**STEPHEN [9]** 600/5 602/5 602/15 628/17 641/18 643/22 652/9 653/6 677/14

**steps [2]** 606/4 611/10

**Steve [16]** 645/25 684/5 684/9 693/10 693/21 694/20 694/22

**support [4]** 630/12 640/11 660/17 683/2

**supposed [1]** 621/13

**Supreme [2]** 604/1 612/4

**sure [10]** 603/6 603/8 605/8 654/22 663/14 666/9 683/13 691/25 693/23 702/7

**surplus [1]** 691/19

**suspect [1]** 718/15

**switch [1]** 690/18

**Sydney [1]** 638/9

**T**

**table [3]** 602/10 620/7 704/13

**tablets [1]** 628/21

**take [17]** 614/17 615/21 620/10 627/22 633/11 647/23 648/7 657/10 663/24 675/24 677/6 682/15 705/2 706/9 717/9 717/13 718/10

**taken [11]** 609/15 609/18 609/22 609/23 610/14 664/7 681/8 683/10 684/13 717/20 718/20

**takes [1]** 659/24

**taking [2]** 638/1 680/15

**talk [10]** 613/10 613/20 613/20 641/18 647/25 658/17 669/1 681/12 713/18 715/24

**talked [6]** 617/11 621/5 624/4 645/7 663/15 663/19

**talking [11]** 609/19 611/6 620/23 626/19 640/22 640/23 647/4 671/10 673/23 707/20 718/15

**tell [13]** 632/4 645/20 659/1 660/20 661/10 701/2 704/15 704/18 705/25 706/4 706/20 707/10 707/17

**telling [3]** 611/17 611/18 674/24

**tells [1]** 662/18

**Ten [1]** 662/1

**00072 [1]** 628/25

**002 [1]** 708/6

**714/25** 715/9 715/24 716/13 716/14 716/23

**stick [1]** 608/8

**still [7]** 656/7 660/21 687/4 687/6 687/9 687/12 687/17

**stipulation [1]** 639/17

**stolen [10]** 631/5 631/9 631/25 633/7 634/14 635/8 635/18 635/23 636/15 638/14

**stop [2]** 609/1 609/6

**stored [2]** 628/20 629/3

**straight [1]** 647/8

**strategies [1]** 626/16

**Street [2]** 600/12 600/18

**subcommittee [2]** 690/25 691/2

**subject [3]** 654/20 659/6 684/3

**subjects [1]** 625/25

**submit [2]** 649/25 674/14

**subpoena [148]**

**subpoenaed [1]** 629/7

**subpoenaing [1]** 603/23

**subpoenas [16]** 612/17 656/14 686/17 686/22 686/24 687/1 695/19 702/21 703/25 714/18 714/20 715/6 715/15 715/18 716/1 716/4

**successors [1]** 638/1

**such [13]** 604/22 607/16 628/19 639/5 640/16 655/16 667/11 672/17 672/19 675/11 678/16 690/8 695/18

**sufficient [1]** 637/25

**suggest [4]** 606/12 606/18 607/7 614/2

**suggested [1]** 633/10

**suggesting [1]** 706/5

**suggestion [1]** 611/5

**suggests [2]** 615/5 615/5

**Suite [1]** 600/15

**summoned [1]** 673/17

**supervising [1]** 656/17

**terms [5]** 608/4 608/6 659/4 685/17 717/7
**testified [15]** 612/16 639/7 640/7 641/1 648/1 656/20 666/17 677/2 679/10 684/2 689/4 700/21 703/6 707/13 717/3
**testifies [1]** 608/3
**testify [6]** 603/19 612/18 672/13 700/22 701/1 709/18
**testifying [9]** 603/18 603/21 607/21 609/14 610/7 615/18 620/22 667/16 684/18
**testimony [25]** 608/1 612/11 612/21 613/4 615/11 615/12 627/10 644/22 654/5 655/18 655/20 660/1 667/3 668/16 671/4 673/17 684/16 684/21 685/24 687/3 689/8 693/12 693/13 694/6 708/12
**testing [2]** 605/21 606/1
**text [1]** 639/5
**than [10]** 608/14 609/3 609/4 610/17 650/14 666/12 668/6 683/18 686/4 702/16
**Thank [27]** 607/13 611/22 611/23 615/24 615/25 617/14 619/4 619/9 620/17 626/1 647/18 657/23 658/8 664/12 664/13 666/1 666/15 669/20 670/7 680/11 680/23 683/22 683/24 717/17 717/18 718/17 718/18
**Thanks [1]** 619/18
**that [649]**
**that's [89]** 605/19 608/8 608/10 611/7 614/1 616/12 617/19 620/1 621/25 623/5 623/12 624/14 625/4 626/22 628/5 629/10 629/11 629/11 634/8 640/25 641/22 641/24 642/4 642/11 642/11

642/13 644/18 645/1 649/19 650/10 650/23 652/18 652/24 656/12 657/19 657/23 663/7 663/9 665/22 667/22 671/12 672/2 673/9 673/25 675/1 676/14 682/14 684/8 685/9 686/7 687/5 687/8 688/8 689/10 690/12 691/17 691/19 691/21 691/24 692/14 692/15 692/21 692/23 692/25 700/21 700/23 702/14 702/15 703/8 703/9 703/11 703/14 703/17 703/21 704/1 704/5 704/8 707/9 708/4 708/8 709/5 709/9 709/11 709/14 712/18 712/24 713/2 713/20 714/7
**their [4]** 607/6 617/5 624/1 689/23
**them [12]** 611/12 616/14 629/8 647/8 674/14 678/15 686/19 691/5 691/8 691/15 693/11 712/1
**then [19]** 602/23 604/11 618/18 619/22 623/6 625/1 627/2 627/5 629/14 631/14 651/14 653/18 663/21 674/7 684/13 695/2 703/19 713/8 717/13
**then-President [1]** 713/8
**then-President Trump [1]** 627/2
**Then-President Trump's [1]** 631/14
**there [106]** 602/17 603/8 603/11 603/21 603/23 604/3 605/3 605/7 605/10 606/5 606/12 608/13 609/9 609/9 613/7 613/8 614/15 614/15 617/18 618/16 620/3 620/25 623/17 624/3 624/5 628/9 628/10 629/5 629/9 630/20 630/22 631/11 632/14 633/12

637/22 637/25 638/30 638/5 640/3 640/6 641/19 642/8 643/17 643/23 644/18 645/12 648/18 648/21 649/9 651/9 651/12 651/14 652/5 653/2 654/13 655/19 659/13 661/16 661/19 662/17 667/6 667/9 671/8 671/22 673/21 674/11 674/12 674/19 675/8 676/8 681/4 682/18 682/23 684/4 684/8 684/17 684/22 684/23 684/25 685/1 685/3 685/4 689/15 690/2 690/8 690/19 690/22 694/17 694/24 694/25 695/16 701/12 701/18 702/4 702/9 702/16 702/19 706/13 707/22 712/22 713/22 713/23 714/23 714/24 715/8 715/11
**there's [16]** 603/6 605/1 608/16 611/5 611/9 616/2 624/3 624/4 639/15 651/14 676/9 684/22 695/17 706/8 715/17 717/5
**therefore [4]** 610/5 617/1 655/11 673/18
**these [38]** 603/2 607/6 611/10 613/20 614/7 617/6 625/25 627/10 629/19 629/21 631/11 632/4 634/22 636/23 638/12 638/16 639/1 640/21 642/24 646/19 647/12 654/11 655/16 657/22 664/4 668/12 680/4 680/15 680/17 681/2 709/7 709/12 709/19 714/5 716/13 716/15 716/19 716/20
**they [44]** 603/20 604/6 604/15 604/17 604/17 605/25 606/4 606/9 606/11 606/12 606/18 606/20 607/2 607/4 607/5 609/15 611/20 612/2 612/6 612/8 612/8 612/9 612/9 612/17 612/23 613/6

6/14 627/16 630/4 631/4 634/10 635/17 668/3 691/4 691/6 691/8 691/9 691/12 692/4 704/14 705/4 705/9 707/13 716/10
**they're [4]** 608/14 609/20 611/18 716/9
**they've [1]** 650/8
**thing [6]** 614/25 626/19 626/23 653/15 690/1 708/13
**things [15]** 609/14 612/18 617/11 627/12 627/13 627/20 631/1 646/19 658/17 676/11 690/23 692/20 693/18 707/3 712/22
**think [29]** 603/5 605/10 607/2 607/9 608/12 608/25 609/2 610/1 612/1 614/7 615/2 615/10 615/10 616/2 617/1 617/3 666/2 682/20 691/21 694/15 694/16 703/6 705/9 705/10 707/2 707/7 714/1 717/25 718/4
**thinks [5]** 605/12 605/20 614/4 614/5 625/6
**third [4]** 711/15 712/15 712/20 713/14
**this [237]**
**THOMPSON [25]** 600/18 603/23 607/4 609/16 609/18 610/10 610/11 610/15 610/17 612/14 622/17 644/25 657/17 658/21 670/11 670/13 677/13 677/16 693/9 693/17 694/1 703/2 708/14 711/23 712/7
**Thompson's [1]** 659/16
**thorough [2]** 638/20 639/24
**thoroughness [3]** 605/22 606/1 611/1
**those [26]** 612/18 617/11 617/12 618/11 620/14 627/13 631/5

**T**

those... **[19]** 631/19
631/23 636/10 638/10
638/21 639/6 639/25
640/10 648/23 655/14
658/4 660/3 663/8
663/16 676/11 679/12
680/24 712/23 714/24
**thought [5]** 614/9
616/18 635/19 693/23
718/6
**thought-out [1]** 718/6
**thoughtfully [1]**
677/19
**threat [1]** 623/15
**three [8]** 627/12 636/6
636/11 637/4 642/20
658/16 675/17 675/18
**Three Percenters [1]**
637/4
**three-page [2]** 642/20
658/16
**through [12]** 609/25
610/13 615/10 617/7
629/2 636/1 641/2
655/13 668/18 702/12
705/2 708/12
**tight [1]** 702/14
**time [32]** 621/7 621/15
626/14 629/1 648/3
648/5 648/7 648/12
648/18 661/21 661/24
663/25 667/11 667/19
667/23 679/11 681/16
682/7 683/16 689/1
690/3 692/2 694/16
701/12 704/18 705/2
706/9 708/1 708/17
708/19 717/7 717/10
**timeframe [1]** 702/14
**timeline [7]** 647/7
647/17 647/20 663/16
663/17 668/12 668/13
**timely [1]** 682/2
**times [1]** 617/18
**timing [1]** 675/23
**Title [1]** 703/15
**titled [3]** 628/2 641/13
649/2
**today [8]** 603/6 643/21
644/20 653/5 684/18
695/22 700/25 718/7
**together [8]** 622/12
629/25 638/19 656/17

657/4 669/8 701/12
708/10
**told [14]** 616/5 616/10
616/17 617/2 617/7
622/20 625/11 626/4
644/2 646/6 666/24
667/1 705/4 706/7
**tomorrow [2]** 627/7
633/9
**too [2]** 618/14 620/1
**took [10]** 606/4 611/10
611/11 613/6 629/23
630/23 634/8 658/3
664/15 669/24
**top [5]** 622/18 641/17
661/15 676/24 718/11
**topic [4]** 715/16
715/21 717/8 717/9
**topics [8]** 636/5 637/9
638/10 639/1 640/22
640/23 714/3 714/3
**totally [2]** 611/3
611/16
**touch [1]** 646/8
**touching [1]** 690/24
**transcribed [1]** 686/7
**transcript [2]** 600/7
720/4
**transfer [7]** 623/21
624/6 624/8 624/11
626/21 635/2 639/23
**transfers [1]** 624/9
**transmits [1]** 623/7
**treat [1]** 615/13
**TRIAL [1]** 600/7
**true [3]** 625/22 625/25
720/4
**Trump [16]** 627/2
630/13 631/16 631/17
632/16 633/13 633/14
653/19 654/10 655/12
659/21 661/6 667/12
667/23 677/16 713/8
**Trump's [8]** 631/14
631/18 660/2 660/13
660/14 667/17 672/10
672/12
**truth [5]** 658/5 670/1
670/2 680/19 704/16
**try [3]** 605/11 637/14
716/7
**trying [7]** 603/3 603/12
612/23 614/5 618/16
705/9 707/7

**Tuesday [1]** 673/18
**turn [3]** 602/25 610/22
631/12
**turning [2]** 608/9
714/1
**two [17]** 603/11 608/18
622/23 630/7 641/17
647/12 651/14 655/6
661/4 668/12 676/11
679/20 680/2 680/4
681/4 682/18 712/20
**two-line [1]** 641/17
**two-page [1]** 651/14
**type [2]** 625/8 693/1
**typed [1]** 692/2
**types [2]** 640/6 654/17
**typewriter [1]** 692/9
**typewritten [1]** 692/16

**U**

**U.S [5]** 600/10 600/11
600/22 684/9 703/24
**U.S. [1]** 684/5
**U.S. Capitol [1]** 684/5
**U.S.C [2]** 662/24 663/5
**ultimate [2]** 693/7
695/2
**ultimately [1]** 679/13
**unable [2]** 648/19
655/17
**unanimously [1]** 683/4
**unchanged [1]** 680/9
**under [8]** 605/13
614/18 615/22 623/15
637/22 674/3 692/19
702/13
**underlying [2]** 658/5
670/3
**undermines [1]** 682/1
**understand [41]**
602/17 604/9 607/23
609/5 614/20 614/21
614/24 615/9 615/13
615/21 616/20 616/24
617/13 619/3 632/3
638/22 644/13 646/2
653/10 684/4 684/6
684/10 684/12 685/3
685/11 688/8 691/11
691/25 693/18 694/4
694/6 695/21 700/20
703/24 708/12 708/13
712/3 712/6 715/20
716/22 718/15

**understanding [11]**
624/23 632/6 632/9
635/5 636/17 646/7
646/11 655/21 655/23
678/1 678/13
**understood [10]**
602/23 610/3 632/1
633/16 634/11 643/25
653/12 682/7 701/12
718/9
**UNITED [12]** 600/1
600/2 600/8 602/4
602/9 630/24 644/20
653/19 663/6 671/5
673/20 674/4
**unless [3]** 616/8
709/18 718/12
**unpaid [1]** 631/16
**until [11]** 608/3 614/22
614/23 655/16 667/11
687/20 687/22 691/5
691/16 717/14 717/15
**up [36]** 603/4 603/5
605/21 606/7 606/8
606/9 609/10 616/8
620/5 620/24 621/1
624/1 632/2 632/17
633/6 636/14 637/16
642/16 643/20 648/24
651/2 655/6 657/12
665/13 668/9 669/10
674/7 676/1 679/6
679/23 680/24 690/13
692/2 707/3 708/24
718/7
**upon [4]** 649/24
653/20 693/4 702/5
**urgency [1]** 687/3
**urgent [1]** 681/25
**urging [1]** 627/3
**us [16]** 608/9 618/15
619/8 621/4 621/6
621/12 628/15 632/4
637/12 655/11 661/24
672/7 674/11 677/12
686/14 701/15
**US000417 [1]** 709/6
**use [6]** 605/8 607/6
614/6 691/23 692/11
709/7
**used [4]** 669/22 687/2
712/21 715/25
**using [1]** 712/23

# V

**various [4]** 623/25 691/7 708/11 716/13
**vary [1]** 716/9
**VAUGHN [13]** 600/10 601/4 602/9 607/13 610/20 611/24 617/15 620/16 654/19 663/23 664/12 683/22 707/14
**veer [1]** 608/21
**versus [2]** 602/5 677/16
**very [8]** 618/2 618/25 683/12 701/8 702/14 708/21 712/6 718/4
**via [2]** 680/5 691/9
**view [14]** 604/13 605/3 608/24 611/15 612/19 613/21 617/23 619/2 619/23 620/1 620/5 659/5 662/15 662/18
**views [3]** 663/14 671/20 673/4
**violation [6]** 617/2 617/21 671/19 671/21 674/23 674/25
**violence [2]** 713/16 713/24
**visible [1]** 647/15
**voluntarily [1]** 708/6
**vote [8]** 605/24 606/21 606/23 615/1 615/4 624/16 674/3 674/25
**voted [4]** 603/25 605/25 606/15 683/4
**votes [2]** 640/16 690/8
**vs [1]** 600/4

# W

**wait [1]** 619/8
**want [34]** 603/4 603/8 606/18 609/8 610/3 610/23 612/2 612/8 614/19 615/6 619/8 619/25 627/22 628/10 635/24 641/18 643/8 654/20 658/17 666/8 672/23 688/8 693/20 695/22 705/13 708/11 708/13 712/16 713/6 713/18 715/3 715/5 715/17 715/24
**wanted [8]** 614/25 619/20 632/3 636/24 712/19
**War [4]** 632/24 632/25 633/3 633/5
**warn [1]** 662/5
**warning [1]** 663/11
**warranted [1]** 605/12
**was [217]**
**Washington [6]** 600/4 600/12 600/23 626/13 630/12 688/21
**wasn't [3]** 616/16 617/9 618/16
**watching [1]** 690/4
**Watkins [2]** 604/2 612/5
**Watnick [2]** 634/5 634/15
**way [12]** 602/23 605/20 618/4 630/3 641/3 664/23 665/10 667/24 668/2 671/9 678/18 717/1
**ways [4]** 603/3 603/11 617/4 691/7
**we [148]**
**We'll [2]** 717/14 717/23
**we're [9]** 603/6 608/8 609/16 609/19 611/5 618/16 647/4 714/14 715/7
**we've [10]** 616/5 617/17 640/22 640/22 647/23 654/21 660/18 663/15 663/19 671/10
**wear [2]** 619/24 620/8
**wearing [1]** 619/21
**week [1]** 677/18
**weeks [6]** 632/2 632/16 633/6 636/14 637/16 688/17
**welcomes [1]** 687/14
**well [27]** 607/20 614/6 615/16 615/22 618/25 620/6 620/9 620/9 620/14 628/7 630/16 649/14 663/2 671/6 675/24 679/24 686/2 687/16 688/7 692/1 692/4 701/8 705/14 707/9 712/7 716/1 717/11
**went [1]** 621/21
**were [69]** 603/14 609/15 618/2 620/22 620/23 623/3 626/15 626/16 626/17 626/19 627/12 627/16 627/19 631/4 631/22 633/11 634/15 635/3 635/10 635/17 635/21 636/10 638/1 638/11 638/12 638/24 638/24 640/22 641/14 645/3 645/5 652/17 656/1 657/3 666/20 669/2 669/13 672/1 673/23 675/8 681/2 684/13 684/17 685/13 686/24 687/23 687/25 687/25 688/19 688/22 689/11 689/15 689/22 689/23 690/2 690/8 695/15 704/9 704/12 704/14 704/15 708/15 708/16 708/18 712/12 712/22 712/25 715/11 716/1
**what [148]**
**what's [5]** 609/7 642/21 651/5 651/11 686/23
**when [39]** 603/21 604/25 606/4 611/8 611/18 612/17 620/22 621/6 621/12 624/8 627/19 636/21 646/1 649/15 652/11 652/13 653/9 654/13 662/2 662/18 674/1 674/19 677/3 684/16 686/6 689/11 690/1 691/3 691/6 691/17 704/3 704/9 705/4 706/20 708/24 709/6 712/12 716/4 717/15
**whenever [1]** 717/5
**where [19]** 604/19 604/19 606/8 611/4 614/17 621/4 624/15 626/14 631/7 640/5 641/7 644/13 688/19 688/24 689/11 690/22 692/19 703/12 714/3
**whether [37]** 604/4 605/24 606/16 606/16 606/17 607/3 607/22 608/16 608/22 610/14 610/17 610/25 611/11 611/19 612/2 612/10 612/19 613/3 613/5 613/19 613/25 614/9 625/21 636/8 644/14 646/8 646/24 656/6 666/24 672/17 675/15 705/4 705/15 706/10 715/8 716/14 716/23
**which [25]** 606/20 606/25 608/2 611/9 619/21 620/6 621/2 622/19 631/11 640/3 643/21 653/7 654/7 662/25 669/22 673/16 680/13 681/9 683/7 688/6 688/18 704/25 708/21 711/15 713/5
**WHITE [5]** 600/18 602/14 630/22 632/7 632/15
**who [53]** 602/15 605/25 608/22 609/13 611/10 611/14 611/14 611/14 612/16 613/20 613/21 614/7 622/14 622/14 624/10 626/15 629/7 631/3 631/24 634/10 635/17 636/9 636/9 636/10 636/12 637/10 638/5 638/10 638/12 638/24 640/7 643/13 643/15 645/15 645/18 652/5 658/19 670/9 685/14 692/8 693/5 693/15 694/11 694/20 694/22 694/22 695/3 695/11 695/14 700/24 700/25 704/10 708/1
**who's [1]** 620/13
**whole [3]** 639/15 639/25 705/18
**whom [2]** 633/25 684/7
**why [24]** 603/1 603/24 607/3 608/20 609/2 609/3 611/12 611/13 613/14 616/22 626/24 635/22 637/18 638/19 649/13 675/20 675/24 678/25 681/4 683/18 705/22 712/16 713/6 717/13

# W

**wide [1]** 671/4
**widespread [2]** 637/25 713/23
**will [35]** 604/24 604/24 607/25 608/19 608/23 609/1 609/1 609/17 613/9 614/22 616/20 620/12 644/14 644/23 645/24 649/15 659/4 659/25 662/15 662/18 667/15 667/16 672/20 673/17 674/2 691/15 696/1 707/3 709/2 714/20 717/9 717/14 717/15 718/14 718/15
**Willard [4]** 626/7 626/12 626/13 712/23
**willful [7]** 606/17 659/5 662/16 662/19 662/22 671/18 673/6
**willfully [1]** 671/15
**willing [1]** 678/18
**within [6]** 608/8 615/20 621/25 627/11 651/9 658/18
**without [2]** 610/1 691/1
**witness [48]** 601/2 603/8 604/7 604/11 604/12 607/19 607/21 607/22 607/24 608/1 608/3 608/20 608/22 609/12 609/13 609/25 610/7 610/13 611/1 612/10 613/3 614/24 615/17 615/18 615/21 619/7 619/9 642/17 651/2 657/13 665/13 669/11 676/2 676/3 679/7 679/24 684/25 685/6 694/13 694/16 701/7 704/23 707/2 707/5 707/12 709/17 709/18 717/24
**witness's [3]** 603/19 604/7 609/4
**witnesses [11]** 603/6 605/1 608/7 608/18 685/17 686/3 686/4 686/10 687/4 694/2 701/15
**won't [1]** 657/23
**wondering [1]** 647/9

**word [2]** 605/17 687/23
**words [7]** 693/4 711/21 711/23 712/21 712/23 715/18 715/23
**work [2]** 687/20 687/21
**worked [1]** 646/20
**working [2]** 678/14 688/14
**world [1]** 702/10
**worried [1]** 608/9
**would [45]** 602/18 604/22 605/4 605/12 608/1 608/5 614/2 617/6 618/15 619/25 620/3 620/12 620/13 620/24 634/22 637/10 638/5 638/15 644/9 644/10 644/11 646/13 646/21 646/24 647/1 647/7 653/22 662/23 664/1 668/24 686/12 688/16 689/22 701/6 701/23 701/25 706/9 707/1 709/15 712/4 712/4 714/10 714/12 715/11 716/8
**wouldn't [2]** 613/14 689/24
**write [6]** 641/20 642/5 642/8 653/5 677/13 703/22
**writing [4]** 653/9 653/14 659/16 674/15
**written [1]** 649/25
**wrote [2]** 642/9 703/18

# Y

**yeah [5]** 607/23 611/3 617/25 653/23 706/23
**year [6]** 602/4 646/20 687/20 687/22 702/13 702/17
**years [1]** 604/2
**yes [67]** 602/19 605/5 610/9 610/12 612/12 612/22 613/12 616/25 621/10 621/23 622/9 625/15 629/7 630/1 631/23 637/21 639/15 639/20 641/9 641/16 642/13 643/19 644/8 645/5 647/14 648/21 649/4 649/7 649/10

**yesterday [20]** 605/6 605/23 611/8 612/16 616/5 616/10 618/6 620/22 621/5 622/20 623/4 624/4 625/16 627/19 630/19 639/15 684/2 684/17 687/2 718/5
**yet [3]** 614/19 640/4 645/7
**you [321]**
**you'd [1]** 689/4
**You'll [1]** 705/22
**you're [15]** 608/19 612/7 643/23 644/12 663/23 693/9 705/15 705/16 705/21 706/12 706/13 706/20 713/21 715/12 718/15
**you've [1]** 646/20
**your [114]** 602/3 602/8 602/13 602/19 604/13 604/19 605/3 605/5 607/23 611/23 612/1 612/19 614/21 616/25 617/14 617/15 617/17 618/18 618/25 619/4 619/8 619/12 619/16 620/10 620/15 620/17 622/10 625/13 626/1 628/19 629/24 642/14 643/2 643/4 644/17 646/7 646/20 647/11 647/13 649/25 650/2 650/6 651/11 651/18 651/20 653/20 654/22 655/17 657/3 657/20 657/22 658/8 658/22 659/19 659/20 659/24 660/8 660/12 660/14 660/16 663/25 664/10

664/11 665/23 666/4 666/8 666/15 669/17 669/19 670/7 676/15 676/17 677/18 680/7 680/10 680/23 682/5 682/25 683/21 683/24 684/16 686/23 687/3 687/24 688/22 689/3 689/8 689/17 692/14 692/21 692/23 693/12 693/24 694/6 694/13 695/25 701/8 703/9 703/13 704/24 705/2 705/3 705/7 706/10 706/24 707/10 707/12 709/2 711/21 717/3 717/5 717/25 718/3 718/18
**Your Honor [52]** 602/3 602/8 602/13 602/19 605/5 607/23 611/23 612/1 616/25 617/17 618/18 619/4 619/8 619/12 619/16 620/17 625/13 626/1 643/2 643/4 647/13 651/18 651/20 657/20 657/22 658/8 664/10 664/13 665/23 666/4 666/8 666/15 669/19 670/7 676/15 676/17 680/7 680/10 680/23 683/21 683/24 689/17 694/13 695/25 701/8 704/24 705/7 706/24 707/12 717/5 717/25 718/18
**yourself [1]** 714/9
**yourselves [1]** 602/7

# Z

**Zelda [1]** 600/15
**zero [1]** 712/19
**zoom [27]** 622/22 624/18 628/11 630/7 632/20 633/22 635/25 643/8 645/11 649/8 652/2 653/1 655/6 659/12 660/7 660/25 661/15 662/9 667/5 670/21 672/3 672/25 674/7 676/24 677/8 681/19 682/18
**zoomed [1]** 667/9
**zoomed-in [1]** 667/9