**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

                                          CR Action
                                          No. 1:21-670

        vs.                                Washington, DC
                                          July 22, 2022

STEPHEN K. BANNON,

                                          9:14 a.m.

               Defendant.

TRANSCRIPT OF JURY TRIAL - DAY FIVE
BEFORE THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For the U.S.:**          **AMANDA ROSE VAUGHN
MOLLY GULLAND GASTON**
                      U.S. ATTORNEYS OFC. FOR D.C.
                      555 4th Street NW
                      Washington, DC  20001
                      202-252-1793

**For the Defendant:**      **DAVID I. SCHOEN**
                      DAVID I. SCHOEN, ATTORNEY AT LAW
                      2800 Zelda Road, Suite 100-6
                      Montgomery, AL  36106
                      334-395-6611

                      **MATTHEW EVAN CORCORAN
RIANE WHITE**
                      SILVERMAN THOMPSON SLUTKIN WHITE
                      201 N. Charles Street, 25th Floor
                      Baltimore, MC  21201
                      410-385-2225

**Reported By:**          **LORRAINE T. HERMAN, RPR, CRC**
                      Official Court Reporter
                      U.S. District & Bankruptcy Courts
                      333 Constitution Avenue, NW
                      Room 4700-C
                      Washington, DC 20001
                      lorraine_herman@dcd.uscourts.gov

**I N D E X**

Court's Instructions                              Page   1024

Closing Arguments by the Government               Page   1041

Closing Arguments by the Defense                  Page   1058

Rebuttal for Closing Arguments                    Page   1087

1    **P R O C E E D I N G S**

2        **DEPUTY CLERK:**  Good morning, Your Honor.  This is

3    criminal case year 2021-670, United States of America versus

4    Stephen K. Bannon.

5        Counsel, please come forward and introduce

6    yourselves for the record beginning with the government.

7        **MS. VAUGHN:**  Good morning, Your Honor.  Amanda

8    Vaughn and Molly Gaston for the United States.  Paralegal

9    specialist Quiana Dunn-Gordon and FBI Special Agent D'Amico

10   are also at counsel table.

11       **MR. SCHOEN:**  Good morning, Your Honor.  David

12   Schoen, Mr. Bannon, along with Evan Corcoran.  Mr. Bannon is

13   at the defense table and Attorney Riane White, also,

14   Your Honor.

15       **THE COURT:**  Good morning, everyone.

16       **MR. SCHOEN:**  Good morning.  Thank you, Your Honor.

17       **THE COURT:**  I just want the record to reflect that

18   I received some objections from Mr. Bannon to the final or

19   close-to-final jury instructions that I had circulated to

20   the parties yesterday.

21       I emailed the final, final version, to the parties

22   about half an hour ago, which made some relatively modest

23   edits to the Instruction 24, and I sent that to the parties

24   in redline, so they should have exactly the changes I've

25   made.

1    I think we have provided the parties with hard

2  copies of the instructions, as I intended to use them.  And

3  then, of course, I will be reading them right now, and this

4  is the copy -- the one I am holding now that will be

5  provided to the jury.

6    **MR. CORCORAN:**  Your Honor, you just mean that you

7  previously provided the hard copies.  Correct?

8    **THE COURT:**  Well, I have the version -- I have a

9  hard-copy version that is clean -- all right.  There we

10  go --

11    **MR. CORCORAN:**  Thank you, Your Honor.

12    **THE COURT:**  -- of the exact version I intend to

13  give to the jury now.

14    So with that, Ms. Lesley, could you please bring

15  in the jury.

16    **MS. VAUGHN:**  Your Honor, could we clarify one

17  thing?

18    **THE COURT:**  Yes.

19    **MS. VAUGHN:**  Or two things, I guess.

20    First, we just want to confirm that the verdict

21  form that the parties had jointly offered is going to be the

22  one that is used.

23    **THE COURT:**  Yes, it is.  Thank you.

24    And I believe we sent that out perhaps this

25  morning as well.  But, yes, my understanding is the parties

1   jointly agreed on it and there is no objections to it, and

2   so we will use the one that the parties proposed.

3              **MS. VAUGHN:**  And we also want to confirm that the

4   indictment, in the first sentence says, "the dates are on or

5   about."  So we just want to confirm that that should not

6   be -- or whether we can include that when the Court says,

7   "As of the dates charged" to reflect the indictment, "As of

8   on or about the dates charged."

9              **THE COURT:**  Point me to exactly the language.

10             **MS. VAUGHN:**  In the instructions or the

11   indictment?

12             **THE COURT:**  I'm asking you where you would like me

13   to include that language that you are identifying.

14             **MS. VAUGHN:**  In Instruction 24 --

15             **THE COURT:**  Yes.

16             **MS. VAUGHN:**  -- where the Court has added "As of

17   the dates charged" in the second paragraph.

18             **THE COURT:**  Yes.

19             **MS. VAUGHN:**  Given the indictment's allegations,

20   we think it would be appropriate to say "as of on or about

21   the dates charged".

22             **THE COURT:**  I agree with that given the language

23   in the indictment.

24             **MS. VAUGHN:**  Thank you.

25             **MR. SCHOEN:**  We object to that.

1          **THE COURT:**  Objection preserved, yes.  Thank you

2     for that.

3          **MR. CORCORAN:**  Slightly different issue,

4     Your Honor, which is, in the proposed instructions, I don't

5     know if there's an "on or about" instruction in the current

6     version of the instructions, but that was not in play.  So

7     we would like an opportunity to look at -- there's a pattern

8     jury instruction on "on or about," and we'd like a moment

9     just to look at that.

10          **THE COURT:**  Okay.  We can take a moment.

11          **MS. VAUGHN:**  We have no objection to giving that

12     instruction.

13          (Brief pause.)

14          **MR. CORCORAN:**  Your Honor, we would just ask for

15     the addition of Redbook Instruction 3.103.  I think both

16     parties are agreeable to that.

17          **MS. VAUGHN:**  No objection.

18          **THE COURT:**  Okay.  So we will include that

19     instruction.

20          I would propose to make it Instruction 24 before

21     we get to the elements.  It would just be the new

22     instruction before the elements, Instruction 24.  I just

23     need a copy now.

24          **MR. SCHOEN:**  Your Honor, I just want to be sure

25     that the record is clear.  Our objection is Count 1 uses the

1  term "on," not "on or about."  We believe it's a variance

2  from the indictment if the Court charges "on or about."

3  That's the objection, Your Honor.

4          **THE COURT:**  I understand.

5          **MR. SCHOEN:**  Okay.  Thank you.

6          **THE COURT:**  So the problem, Ms. Vaughn, is the

7  indictment uses the words "on" in Count 1 and "by" in

8  Count 2.

9          **MS. VAUGHN:**  Your Honor, on Page 1 of the

10  indictment, it says "all dates are on or about."

11          **THE COURT:**  Okay.  We're going to include then "on

12  or about," and we'll include the "on or about" instruction,

13  which is 3.103.  I just need that instruction.

14          Perhaps I can pull it up.

15      (Brief pause.)

16          **MS. VAUGHN:**  Your Honor, we have it.  We can email

17  it to your chamber's email address now.

18          **THE COURT:**  Am I right that it needs to include --

19  that it should include the alleged dates of the offense and

20  Instruction 3.103, on or about, proof of, says, The

21  indictment --

22          **MS. VAUGHN:**  Yes.  So it would say, The indictment

23  charges that the offense in Count 1 was committed on or

24  about October 14, 2021.  The offense in Count 2 was

25  committed on or about -- or by on or about October 18th.

1    **THE COURT:**  Okay.  We will work on that.

2         Okay.  We're ready now.

3         Ms. Lesley, please bring the jury in.

4         (Jury entered the courtroom at 9:25 a.m.)

5    **THE COURT:**  Good morning, ladies and gentlemen.

6    **JURORS:**  Good morning.

7    **THE COURT:**  Before we begin, I just want to give

8    you a very brief summary of the order of operations for this

9    morning.

10        So I will be reading to you the jury instructions

11   that will apply to your deliberations this morning.  After I

12   do that -- and I will do that orally.  I'll also mention in

13   my first instruction that you will also be getting a copy of

14   the instructions when you go deliberate.  So you should

15   listen, of course, but you will also get a copy of this when

16   you deliberate.

17        After that, the parties will then do their closing

18   arguments.  And once their closing arguments have been done,

19   I will then excuse you to begin your deliberations with one

20   or two final instructions about that.  So that's really just

21   an overview of what we're going to do this morning.

22        So as to the instructions, and these are my

23   instructions to you:  Instruction 1 is the use of the

24   instructions.

25        As I said, I will provide you with a copy of my

1    instructions.  During your deliberations you may, if you

2    want, refer to these instructions.  While you may refer to

3    any particular portion of the instructions, you are to

4    consider the instructions as a whole and may not follow some

5    and ignore others.

6            If you have any questions about the instructions,

7    you should feel free to send me a note.  Please return your

8    instructions to me when your verdict is rendered.

9            Instruction 2 concerns the role of the Court.  My

10   function is and has been to conduct this trial in an

11   orderly, fair and efficient manner, to rule on questions of

12   law and to instruct you on the law that applies in this

13   case.

14           It is your duty to accept the law as I instruct

15   you.  You should consider all the instructions as a whole.

16   You may not ignore or refuse to follow any of them.

17           The next instruction is the role of the jury.

18   Your function as the jury is to determine what the facts are

19   in this case.  You are the sole judges of the facts.  While

20   it is my responsibility to decide what is admitted as

21   evidence during the trial, you alone decide what weight, if

22   any, to give to that evidence.  You alone decide the

23   credibility or believability of the witnesses.

24           As human beings, we all have personal likes and

25   dislikes, opinions, prejudices and biases.  Generally we are

1    aware of these things, but you should also consider the

2    possibility that you have implicit biases, that is, biases

3    of which you may not be consciously aware.  Personal

4    prejudices, preferences or biases have no place in a

5    courtroom where our goal is to arrive at a just and

6    impartial verdict.

7            All people deserve fair treatment in our system of

8    justice regardless of any personal characteristic such as

9    race, national or ethnic origin, religion, age, disability,

10   sex, gender identity or expression, sexual orientation,

11   education or income level.

12           You should determine the facts solely from a fair

13   consideration of the evidence.  You should decide the case

14   without prejudice, fear, sympathy, favoritism or

15   consideration of public opinion.  You may not take anything

16   I may have said or done as indicating how I think you should

17   decide this case.

18           If you believe that I have expressed or indicated

19   any such opinion, you should ignore it.  The verdict in this

20   case is your sole and exclusive responsibility.

21           Instruction 4 is about recollection.  If any

22   reference by me or the attorneys to the evidence is

23   different from your own memory of the evidence, it is your

24   memory that should control during your deliberations.

25           Instruction 5 concerns statements of counsel.  The

1   statements and arguments of the lawyers are not evidence.

2   They are only intended to assist you in understanding the

3   evidence.  Similarly, the questions of the lawyers are not

4   evidence.

5           Instruction 6 is about the indictment.  It is not

6   evidence.  The indictment is merely the formal way of

7   accusing a person of a crime.  You must not consider the

8   indictment as evidence of any kind.  You may not consider it

9   as any evidence of the defendant's guilt or draw any

10  inference of guilt from it.

11          Instruction 7 concerns the burden of proof and

12  presumption of innocence.  Every defendant in a criminal

13  case is presumed to be innocent.  This presumption of

14  innocence remains with the defendant throughout the trial

15  unless and until the government has proven he is guilty

16  beyond a reasonable doubt.  This burden never shifts

17  throughout the trial.  The law does not require the

18  defendant to prove his innocence or to produce any evidence

19  at all.

20          If you find that the government has proven beyond

21  a reasonable doubt every element of a particular offense

22  with which the defendant is charged, it is your duty to find

23  him guilty of that offense.

24          On the other hand, if you find that the government

25  has failed to prove any element of a particular offense

1   beyond a reasonable doubt, it is your duty to find the

2   defendant not guilty of that offense.

3          Instruction 8 concerns reasonable doubt.  The

4   government has the burden of proving the defendant guilty

5   beyond a reasonable doubt as to each count or charge against

6   him.  Some of you may have served as jurors in civil cases

7   where you were told that it is only necessary to prove that

8   a fact is more likely than not true, which we call the

9   preponderance of the evidence.

10         In criminal cases, the government's proof must be

11  more powerful than that.  It must be beyond a reasonable

12  doubt.  Proof beyond a reasonable doubt is proof that leaves

13  you firmly convinced of the defendant's guilt.  There are

14  very few things in this world that we know with absolute

15  certainty.

16         In criminal cases, the law does not require proof

17  that overcomes every possible doubt.  If, based on your

18  consideration of the evidence, you are firmly convinced that

19  the defendant is guilty of the crime charged, you must find

20  him guilty.

21         If, on the other hand, you think there is a real

22  possibility that a defendant is not guilty, you must give

23  him the benefit of the doubt and find him not guilty.

24         Instruction 9 concerns direct and circumstantial

25  evidence.  There are two types of evidence from which you

1    may determine what the facts are in this case:  Direct

2    evidence and circumstantial evidence.

3         When a witness, such as an eyewitness, asserts

4    actual knowledge of a fact, that witness's testimony is

5    direct evidence.  On the other hand, evidence of facts and

6    circumstances from which reasonable inferences may be drawn

7    is circumstantial evidence.

8         Let me give you an example.  Assume a person

9    looked out a window and saw that snow was falling.  If that

10   person later testified in court about what he had seen, his

11   testimony would be direct evidence that snow was falling at

12   the time he saw it happen.

13        Assume, however, that he looked out a window and

14   saw no snow on the ground and then went to sleep and saw

15   snow on the ground after he woke up.  His testimony about

16   what he had seen would be circumstantial evidence; that it

17   had snowed while he was asleep.

18        The law says that both direct and circumstantial

19   evidence are acceptable as a means of proving a fact.  The

20   law does not favor one form of evidence over another.  It is

21   for you to decide how much weight to give to any particular

22   evidence, whether it is direct or circumstantial.  You are

23   permitted to give equal weight to both.

24        Circumstantial evidence does not require a greater

25   degree of certainty than direct evidence.  In reaching a

verdict in this case, you should consider all of the

evidence presented, both direct and circumstantial.

Instruction 10 is nature of charges not to be

considered.  One of the questions you were asked when we

were selecting this jury was whether the nature of the

charges itself would affect your ability to reach a fair and

impartial verdict.  We asked you that question because you

must not allow the nature of a charge to affect your

verdict.  You must consider only the evidence that has been

presented in this case in reaching a fair and impartial

verdict.

Instruction 11 concerns inadmissible and stricken

evidence.  The lawyers in this case sometimes objected when

the other side asked a question, made an argument or offered

evidence that the objecting lawyer believed was not proper.

You must not hold such objections against the lawyer who

made them or the party he or she represents.  It is the

lawyer's responsibility to object to evidence that they

believe is not admissible.

If, during the course of the trial, I sustained an

objection to a lawyer's question, you should ignore the

question and you must not speculate as to what the answer

would have been.

If after a witness answered a question, I ruled

that the answer should be stricken, you should ignore both

1    the question and the answer, and they should play no part in

2    your deliberations.

3            Instruction 12 concerns the credibility of

4    witnesses.  In determining whether the government has proved

5    the charges against the defendant beyond a reasonable doubt,

6    you must consider the testimony of all the witnesses who

7    have testified.  You are the sole judges of the credibility

8    of the witnesses.

9            You alone determine whether to believe any witness

10   and the extent to which a witness should be believed.

11   Judging a witness's credibility means evaluating whether the

12   witness has testified truthfully and also whether the

13   witness accurately observed, recalled and described the

14   matters about which the witness testified.

15           You may consider anything that mere judgment

16   affects the credibility of any witness.  For example, you

17   may consider the demeanor and the behavior of the witness on

18   the witness stand, the witness's manner of testifying,

19   whether the witness impresses you as a truthful person,

20   whether the witness impresses you as having an accurate

21   memory, whether the witness has any reason for not telling

22   the truth, whether the witness had a meaningful opportunity

23   to observe the matters about which he or she testified,

24   whether the witness has any interest in the outcome of this

25   case, stands to gain anything by testifying or has

friendship or hostility toward other people concerned with this case.

        In evaluating the accuracy of a witness's memory, you may consider the circumstances surrounding the event, including the time that elapsed between the event and any later recollections of the event and the circumstances under which the witness was asked to recall details of the event.

        You may consider whether there are any consistencies or inconsistencies in a witness's testimony or between the witness's testimony and any previous statements made by the witness.  You may also consider any consistencies or inconsistencies between the witness's testimony and any other evidence that you credit.  You may consider whether any inconsistencies are the result of lapses in memory, mistake, misunderstanding, intentional falsehood or differences in perception.

        You may consider the reasonableness or unreasonableness, the probability or improbability of the testimony of a witness in determining whether to accept it as true and accurate.  You may consider whether the witness has been contradicted or supported by other evidence that you credit.

        If you believe that any witness has shown him or herself to be biased or prejudiced, for or against either side in this trial, or motivated by self-interest, you may

1    consider and determine whether such bias or prejudice has

2    colored the testimony of the witness so as to affect the

3    desire and capability of that witness to tell the truth.

4    You should give the testimony of each witness such weight as

5    in your judgment it is fairly entitled to receive.

6          Instruction 13 concerns the right of a defendant

7    not to testify.  Every defendant in a criminal case has an

8    absolute right not to testify.  The defendant here has

9    chosen to exercise this right.  You must not hold this

10   decision against him, and it would be improper for you to

11   speculate as to the reason or reasons for his decision.  You

12   must not assume the defendant is guilty because he chose not

13   to testify.

14         Instruction 14 concerns motive.  Motive is not an

15   element of the offenses charged and the government is not

16   required to prove motive in this case.  You may, however,

17   consider evidence of motive or lack of evidence of motive in

18   deciding whether or not the government has proved the

19   charges beyond a reasonable doubt.

20         Instruction 15 concerns multiple counts.  Each

21   count of the indictment charges a separate offense.  You

22   should consider each offense and the evidence which applies

23   to it separately and you should return separate verdicts as

24   to each count.  The fact that you may find the defendant

25   guilty or not guilty on any one count of the indictment

1    should not influence your verdict with respect to any other

2    count of the indictment.

3            Instruction 16 is about unanimity.  A verdict must

4    represent the considered judgment of each juror, and in

5    order to return a verdict, each juror must agree on the

6    verdict.  In other words, your verdict on each count must be

7    unanimous.

8            Instruction 17 is about the verdict form and

9    explanation.  You will be provided with a verdict form for

10   use when you have concluded your deliberations.  The form is

11   not evidence in this case, and nothing in it should be taken

12   to suggest or convey any opinion by me as to what the

13   verdict should be.

14           Nothing in the form replaces the instructions of

15   law I've already given you, and nothing in it replaces or

16   modifies the instructions about the elements which the

17   government must prove beyond a reasonable doubt.  The form

18   is meant only to assist you in recording your verdict.

19           Instruction 18 concerns exhibits during

20   deliberations.  I will be sending to the jury room with you

21   the exhibits that have been admitted into evidence.  You may

22   examine any or all of them as you consider your verdicts.

23   Please keep in mind that exhibits that were only marked for

24   identification but were not admitted into evidence will not

25   be given to you to examine or consider in reaching your

1    verdict.

2              Instruction 19 is about the selection of a

3    foreperson.  When you return to the jury room, you should

4    first select a foreperson to preside over your deliberations

5    and to be your spokesperson here in court.  There are no

6    specific rules regarding how you should select a foreperson;

7    that is up to you.

8              However, as you go about the task, be mindful of

9    your mission, to reach a fair and just verdict based on the

10   evidence.  Consider selecting a foreperson who will be able

11   to facilitate your discussions, who can help you organize

12   the evidence, who will encourage civility and mutual respect

13   among all of you, who invite each juror to speak up

14   regarding his or her views about the evidence, and who will

15   promote a full and fair consideration of that evidence.

16             Instruction 20 is another instruction to repeat in

17   some ways what I've said before about publicity,

18   communications and research.  I'd like to remind you that,

19   in some cases, and this may be one again, there may be

20   reports in the newspaper or on the radio, internet or

21   television concerning this case.  If there should be such

22   media coverage in this case, you may be tempted to read,

23   listen to or watch it.

24             You must not read, listen to or watch such reports

25   because, again, you must decide this case solely on the

1   evidence presented in this courtroom.  If any publicity

2   about this trial inadvertently comes to your attention, do

3   not discuss it with any other jurors or anyone else.  Just

4   let me or my clerk know as soon as it -- after it happens,

5   if you can, and I will briefly discuss it with you.

6          As you retire to the jury room to deliberate, I

7   also want to wish -- when you do this later, I wish to

8   remind you of an instruction I gave you at the beginning of

9   the trial.  During deliberations, you may not communicate

10  with anyone not on the jury, about this case.  This includes

11  electronic communications such as emails or texts or any

12  blogging about the case.

13         In addition, you may not conduct any independent

14  investigation during deliberations.  This means you may not

15  conduct any research in person or electronically via the

16  internet or in any other way.

17         Instruction 21 is notetaking by jurors.  During

18  the trial, as you know, I've permitted those jurors who

19  wanted to do so to take notes.  You may take your notebooks

20  with you to the jury room and use them during your

21  deliberations, if you wish.

22         As I told you at the beginning of the trial, your

23  notes are only to be an aid to your memory.  They are not

24  evidence in the case, and they should not replace your own

25  memory of the evidence.

1    Those jurors who have not taken notes should rely

2    on their own memory of the evidence.  The notes are intended

3    to be for the notetaker's own personal use.

4    The next instruction concerns communications

5    between you, the jury and me during your deliberations.  If

6    it becomes necessary during your deliberations to

7    communicate with me, you may send a note by the clerk or

8    marshal, signed by your foreperson or by one or more members

9    of the jury.

10    No member of the jury should try to communicate

11    with me except by such a signed note, and I will never

12    communicate with any member of the jury on any matter

13    concerning the merits of this case except in writing or

14    orally here in open court.

15    Bear in mind also that you are never, under any

16    circumstances, to reveal to any person, not the clerk, the

17    marshal or me, how jurors are voting until after you have

18    reached a unanimous verdict.  This means that you should

19    never tell me, in writing or in open court or otherwise, how

20    the jury is divided on any matter.  For example, 6/6, 7/5,

21    or 11/1 or in any other fashion whether the vote is for

22    conviction or acquittal or on any other in the case.

23    Instruction 23 concerns proof of state of mind.

24    Someone's state of mind ordinarily cannot be proved directly

25    because there is no way of knowing what a person is actually

1  thinking, but you may infer someone's state of mind from

2  their surrounding circumstances.  You may consider any

3  statement made or acts done or omitted by the defendant and

4  all other facts and circumstances received in evidence,

5  which indicate the state of mind.

6          It is entirely up to you, however, to decide what

7  facts to find from the evidence received during this trial.

8  You should consider all of the circumstances in evidence

9  that you think are relevant in determining whether the

10  government has proved beyond a reasonable doubt that the

11  defendant acted with the necessary state of mind.

12          Instruction 24 concerns the use of the phrase "on

13  or about".  The indictment charges that the offense of Count

14  1 was committed on or about October 14th, 2021; and the

15  offense of Count 2 was committed by or on or about

16  October 18th, 2021.

17          The proof need not establish with certainty the

18  exact date of the alleged offense.  It is sufficient if the

19  evidence in the case establishes beyond a reasonable doubt

20  if the offense was committed on a date reasonably near the

21  date alleged.

22          Instruction 25, this is about the elements of the

23  offense of contempt of Congress charged here.  Counts 1 and

24  2 of the indictment charge the defendant with contempt of

25  Congress for willfully not providing testimony and

1  information to the U.S. House Select Committee to

2  investigate the January 6th attack on the United States

3  Capitol.

4      Count 1 charges the defendant with the willful

5  failure to provide testimony on October 14th, 2021.  Count 2

6  charges the defendant with the willful failure to produce

7  records by October 18, 2021.

8      As I've already mentioned, the burden of proof in

9  the case lies on the government alone.  It must prove each

10  element beyond a reasonable doubt.  Thus, to find the

11  defendant guilty of contempt of Congress, you must find that

12  as of on or about the dates charged, the government has

13  proved each of the following elements beyond a reasonable

14  doubt:

15      First, that the defendant was subpoenaed by the

16  Select Committee to provide testimony or produce papers.

17  Second, that the subpoena sought testimony or information

18  pertinent to the investigation that the Select Committee was

19  authorized to conduct.

20      Third, that the defendant failed to comply or

21  refused to comply with the subpoena.  And, fourth, that the

22  defendant's failure or refusal to comply was willful.  Some

23  clarifications about the elements are necessary.

24      For the second element, the testimony or

25  information sought by the subpoena must be pertinent.  In

order for you to find that the information was pertinent,
the government must prove to you beyond a reasonable doubt
that at the time the Select Committee issued the subpoena,
the testimony or information sought could have related to
the Select Committee's investigation in some way.

Phrased differently, the government must prove to
you beyond a reasonable doubt that there was, at the time
the subpoena was issued, some connective reasoning between
the topic under inquiry and the information sought.  It does
not matter whether the information the defendant allegedly
had would have been pertinent to the authorized
investigation.  All that matters is that it could have been
pertinent at the time that the Select Committee sought the
information.

For the fourth element, the government must prove
to you beyond a reasonable doubt that the defendant acted
willfully.  The term willful in this context does not mean
that the defendant's failure or refusal to comply with the
Select Committee's subpoena was for an evil or bad purpose.

The reason or purpose of the failure or refusal to
comply is immaterial so long as the failure or refusal was
deliberate and intentional.  To be deliberate or intentional
means that the failure to comply was not the result of
inadvertence, accident or mistake, including a mistake
regarding the operative dates or date.

1    It is not a defense to contempt of Congress that

2    the defendant did not comply with the subpoena because of

3    the legal advice he received from his attorney or someone

4    else, because of his understanding or belief of what the law

5    required or allowed or because of his understanding or

6    belief that he had a legal privilege, such as executive

7    privilege, that excused him from complying.

8    Finally, if you find beyond a reasonable doubt

9    that the defendant deliberately and intentionally failed or

10   refused to comply with a subpoena at the time alleged by the

11   government, it is not a defense to contempt of Congress that

12   that defendant later offered to comply or that the Committee

13   later agreed to accept documents or testimony from him.

14   Finally, Instruction 26 is to consider only the

15   crime charged.  You are here to determine whether the

16   government has proved beyond a reasonable doubt that the

17   defendant is guilty of the crimes charged.  The defendant is

18   not on trial for any act, conduct or crime that is not

19   charged in the indictment.

20   As I said, I will have a few short instructions

21   after closing arguments.  But it is now time for closing

22   arguments.

23   So, Ms. Vaughn or Ms. Gaston.

24   **MS. GASTON:**  Good morning.

25   **JURORS:**  Good morning.

1    **MS. GASTON:**   This case is not complicated but it

2    is important.

3              As Ms. Vaughn told you on Tuesday, this is a

4    simple case about a man, that man, Steve Bannon, who didn't

5    show up.

6              Why didn't he show up?  He didn't show up because

7    he did not want to provide the January 6 Committee with

8    documents.  He did not want to answer its questions.  And

9    when it really comes down to it, he did not want to

10   recognize Congress' authority or play by the government's

11   rules.

12             So why is this case important?  It is important

13   because our government only works if people show up.  It

14   only works if people play by the rules.  And it only works

15   if people are held accountable when they do not.  And in

16   this particular case, when the defendant deliberately chose

17   to defy a congressional subpoena, that was a crime.  Let's

18   talk about that crime.

19             First, let's talk about the Committee.  You saw it

20   laid out in House Resolution 503, which created the

21   Committee.

22             January 6th, 2021 was a dark day in our nation's

23   history.  A mob attacked the United States Capitol, the seat

24   of our federal government.  Rioters did violence to law

25   enforcement officers attempting to protect members of

1   Congress, to the historic building in which our lawmakers

2   meet and pass legislation and to one of the most prized and

3   unbroken features of democracy in the United States, the

4   peaceful transfer of power.  The handing over of the

5   government from one President to the next.

6          In the wake of that devastating event, Congress

7   sought to make sense of it, learn from it and make sure that

8   it never happens again through legislation and funding.  And

9   for those purposes, it created the Select Committee to

10  investigate the January 6th attack on the United States

11  Capitol.

12         And the Committee got to work.  It did research.

13  It made voluntary requests for information and interviews.

14  And in some circumstances, it issued subpoenas, as is its

15  right under the authority of the Constitution, to require

16  witnesses to produce documents and give sworn answers to the

17  Committee's questions; and that's where the defendant comes

18  in.

19         As you know, years ago, the defendant had worked

20  for Donald Trump in the White House, and the Committee had

21  reason to believe that the defendant was still connected to

22  President Trump at the time of January 6th, 2021.

23         Furthermore, the Committee had reason to believe

24  that the defendant might have information about the events

25  leading up to and on January 6th.  And as you recall from

this cover letter to the subpoena, the Committee sought information about, among other topics, efforts the defendant was said to have engaged in to block the certification of the election.  To block the peaceful transfer of power.

Here, the Committee asks about the defendant's potential presence at meetings at the Willard Hotel on January 5th, 2021, during an effort to persuade members of Congress to block the certification.  And it also asked about a public statement he made on January 5th, the day before January 6th, in which he said, "All hell is going to break loose tomorrow."

And on September 23rd, 2021, the Committee sent the defendant a subpoena.  This document is not hard to understand.  It tells the defendant what he is required to do and when he is required to do it.  One, produce documents to the Committee on October 7th at 10 a.m.  Two, appear for a deposition at the Committee's offices on October 14th at 10 a.m.

But the defendant did not want to comply and produce documents, so he didn't.  Between when the defendant accepted the subpoena on September 24th and the document deadline on October 7th at 10 a.m., the defendant and his attorney had no contact with the Committee.  The deadline came and went.  The defendant did not produce a single document.

1    Was that a mistake?  No.  That was intentional.

2    That night on October 7th, through his attorney, the

3    defendant sent a letter to the Committee claiming that a

4    privilege completely exempted him from complying with the

5    subpoena.

6    As you heard from Agent Hart, up to that point,

7    the defendant had not even bothered to collect documents

8    responsive to the subpoena.  That was so even though the

9    privilege he was claiming could not possibly cover

10   everything he had.

11   And the next day the defendant made his feelings

12   about the Committee and its subpoena clear when he posted on

13   Gettr that he was defying the Committee to, "stand with

14   Trump."

15   This is the defendant celebrating his defiance,

16   issuing a public statement to reporters, and this shows you

17   that the defendant knew that the subpoena had required him

18   to produce documents; and that he knew he had refused.  This

19   is not a mistake.

20   The Committee wrote back on October 8th, the next

21   day.  And it was clear, his claimed privilege was rejected.

22   First, it reminded him about the document deadline he had

23   missed.  It wrote:  "Regardless of any purported privilege

24   assertion by Mr. Trump, Mr. Bannon has an ongoing obligation

25   to produce documents to the Select Committee."

1    Next, it reminded him that the subpoena required

2    him to attend the upcoming deposition.  The Committee wrote:

3    "Finally, the Select Committee expects Mr. Bannon's

4    appearance at the time and place designated in the subpoena

5    for a deposition and respond fully to questions by the

6    Select Committee."

7    And finally, the Committee advised the defendant

8    of the consequences if he continued to defy the subpoena.

9    It told him, "His willful noncompliance with the subpoena

10   would force the Select Committee to consider invoking the

11   contempt of Congress procedures in 2 United States Code

12   Sections 192, 194, which could result in a referral from the

13   House to the Department of Justice for criminal charges."

14   And you know that the defendant knew about this,

15   he was on notice about this, because as his lawyer told

16   Agent Hart, the defendant was receiving the communications

17   from the Committee, and he was fully engaged throughout the

18   entire process.

19   On October 13th, the night before the defendant

20   was required to appear for a deposition, his attorney wrote

21   back to the Committee.  He again refused to comply with the

22   subpoena or the Committee's rules, declaring that he would

23   not produce documents or testify until the Committee went to

24   court or coordinated with former President Trump.

25   Let's talk about that for a minute.  The defendant

1    was not in a position to issue an ultimatum to the

2    Committee.  He was under a legal order to comply with the

3    Committee's rules.

4         Imagine if someone gets a parking ticket here in

5    the District.  He gets to his car and there's a pink piece

6    of paper tucked under the windshield wiper.  He takes the

7    ticket, he reviews the reason he got it.  Well, at that

8    point he has a decision to make.  He can go ahead and

9    comply; that is, pay it.  Or if he thinks he has an excuse,

10   he can give an explanation to the Office of Parking

11   Enforcement.

12        But if the D.C. government rejects his excuse,

13   that is it.  That is the end.  If he doesn't -- he has to

14   pay.  If he doesn't, the fine doubles, his car gets booted

15   or towed.  What he doesn't get to do is just ignore the

16   order to pay it.  He does not get to reject the authority of

17   the D.C. government to order him to do something.

18        But on the day of the deposition, October 14th,

19   that is exactly what the defendant did.  He ignored

20   Congress' lawful order that he appear to answer questions.

21   The defendant refused to show up.

22        One quick aside.  In his opening statement,

23   Mr. Corcoran said that you would not hear evidence that the

24   defendant ignored the subpoena.  And I guess that that is

25   technically true in the sense that he responded to the

1    subpoena with letters saying that he would ignore its

2    requirements.  But when it comes down to it, he ignored what

3    he was being told to do.

4         Back to October 14th.  At that point, the

5    defendant had defaulted -- and that is a fancy word for

6    "refused to comply" -- twice.  He had defaulted on

7    October 7th by ignoring the subpoena's demand for documents

8    and he had defaulted on October 14th by skipping the

9    deposition as the subpoena required, and on October 15th,

10   the Committee told him so.

11        The Committee reminded him that the subpoena had

12   demanded that the defendant produce documents by

13   October 7th, 2021 and appear on October 14th, 2021 for a

14   deposition.  And the Committee told the defendant that he

15   had already broken the law.  It wrote, "Mr. Bannon has now

16   willfully failed to both produce a single document and to

17   appear for his scheduled deposition.  The Select Committee

18   believes that this willful refusal to comply with the

19   subpoena constitutes a violation of federal law."

20        And the Committee told him that it was going to

21   consider referring him for contempt of Congress, that crime;

22   and that if he wanted to clarify anything before the

23   Committee did so, he needed to do so before October 18th at

24   6 p.m.

25        But you know what happened.  October 18th at

1    6 p.m. came and went, and all the defendant did was send a

2    letter, again referencing the same privilege, trying to

3    stall.

4            And let me just say here, in this opening,

5    Mr. Corcoran promised you that you would see evidence of

6    negotiation of the defendant's lawyer, Mr. Costello, going

7    back and forth with Ms. Amerling and the Committee.  You saw

8    no such thing.

9            You saw for yourself the defendant's attorney's

10   letters to the Committee.  This is the sum total of them.

11   On October 7th, the defendant wrote to the Committee, "We

12   are unable to respond to your request for documents and

13   testimony" and "Mr. Bannon is legally unable to comply with

14   your subpoena requests for documents and testimony."

15           On October 13th he wrote, "Mr. Bannon will not be

16   producing documents or testifying."  And on October 18th he

17   wrote and asked for a one-week adjournment because of an

18   unrelated civil lawsuit.

19           So, in essence, what the defendant told the

20   Committee was, on October 7th, We won't comply.  On October

21   13th, We won't comply.  On October 18th, Can we have more

22   time to tell you that we still won't comply?  That is not

23   negotiation.

24           What the defendant did instead, defy a subpoena

25   and refuse to comply with the rules that Congress has

1    created for responding to it, that is a crime.  That is

2    contempt of Congress; and that's what the defendant is

3    charged with, two counts of contempt of Congress, one for

4    the documents and one for the testimony.

5           Let's go over the elements of contempt of

6    Congress.  You heard them from Judge Nichols just a few

7    minutes ago, and you'll need to find each of these in order

8    to conclude that the defendant is guilty.  And as we'll

9    discuss, the evidence here supports each and every one of

10   them beyond a reasonable doubt.

11          The elements are, first, that the defendant was

12   subpoenaed by the Select Committee to provide testimony or

13   produce papers.

14          Second, the subpoena sought testimony or

15   information pertinent to the investigation that the Select

16   Committee was authorized to conduct.

17          Third, that the defendant failed to comply or

18   refused to comply with the subpoena.

19          And fourth, that the defendant's failure or

20   refusal to comply was willful.

21          We can check off numbers one and three easily.

22   For number one, you know that the defendant was subpoenaed

23   by the Committee to provide both testimony and documents.

24   You have seen the subpoena.  You have heard testimony and

25   seen evidence about the defendant's attorney accepting

1    service of it on his behalf, and you have heard that his

2    attorney provided the subpoena to him.  Check.

3            And for number three, you know that the defendant

4    failed to comply.  That is, he provided neither testimony

5    nor documents.  You know by now that the defendant had

6    defaulted by 10 a.m. on October 7th as to the documents, and

7    by 10 a.m. on October 14th as to the testimony.  And

8    everything else, everything after those dates, that is just

9    more evidence of the defendant's default.

10           So you know, as to Count 1, testimony, the

11   defendant defaulted.  And you know, as to Count 2, the

12   documents, the defendant defaulted.  Check.

13           So for number two, the second element, let's break

14   it down in plain English.  All that means is, was the

15   subpoena asking for information related to the subject

16   matter that the Committee was supposed to be looking at and

17   how do you know that here?

18           Well, the subject matter the Committee was

19   supposed to be looking at is spelled out in its name, the

20   Select Committee to investigate the January 6th attack on

21   the United States Capitol.

22           And then there is House Resolution 503, the

23   legislation through which the Committee was created.  You

24   saw that and know that the Committee was created to look

25   broadly at the events leading up to and occurring on

1    January 6th.  And you know from Ms. Amerling's testimony,

2    from the letters that the Committee sent to the defendant,

3    and from the subpoena itself, those 17 items, that the

4    Committee believed that the defendant had information

5    pertinent to or related to that mission.

6            And as Judge Nichols also described to you, all

7    that matters here is that the information could have been

8    pertinent at the time that the Select Committee sought it;

9    that's the second element.  Check.

10           And that brings us to the fourth and final

11   element, willfulness.  Judge Nichols just instructed you and

12   told you that it means that the defendant's noncompliance

13   with the subpoena was deliberate and intentional, in other

14   words, on purpose.

15           It means that he knew he was commanded to appear

16   and he chose not to, for whatever reason.  It just means

17   that the defendant's noncompliance was not the result of an

18   accident or a mistake, like if he got the date wrong or the

19   time wrong or the location wrong.

20           A person acts willfully when he makes a choice to

21   do or not do something.  And as Judge Nichols told you, the

22   reason for that choice does not matter.  Here, it does not

23   matter if the defendant refused to comply because his lawyer

24   advised him so or if he believed that former President Trump

25   had asserted executive privilege.

1         Let me repeat that.  As long as the defendant knew

2   that he had been commanded by the Committee's subpoena to

3   produce documents and give testimony and chose not to, his

4   belief that he had a good excuse not to comply does not

5   matter; that is not a defense to contempt.

6         And let me just say, it may seem strict that the

7   defendant had to comply with the subpoena no matter what and

8   assert any privileges in the way Congress has set forth.  It

9   is strict for a reason.  Because, in order for the

10  government to function, citizens need to follow its rules

11  and, yes, recognize the government's authority.  It may not

12  always be fun.  Think back to the example of the parking

13  ticket.  But it is how we all live together in society.

14        If people could just ignore parking tickets

15  without consequences, we wouldn't be able to get anywhere

16  because of illegally-parked cars in the way.  If people,

17  like the defendant, can choose to ignore the government's

18  subpoenas, the important work of government to serve its

19  people cannot get done.  The Committee would be stalled in

20  its efforts to use legislation and funding to stop something

21  like January 6th from ever happening again.

22        As you know from all of the evidence in this case,

23  the defendant chose to refuse to produce documents and to

24  skip the deposition.  This was no mistake.  He did not go to

25  the wrong room in the House Office Building or send the

1   documents to the wrong email address.  Instead, the

2   defendant made a deliberate decision not to comply, and

3   that, ladies and gentlemen, is contempt.  That is a crime.

4         You know that the defendant acted willfully

5   because he told the Committee so repeatedly in letters.  In

6   all of his letters in front of you, you see the reason he

7   chose not to produce a single document or appear for

8   testimony, a privilege that he claimed the former President

9   gave him.  There is no accident there.

10        And the defendant chose to persist in that alleged

11  privilege, even after being told by the Committee that it

12  did not apply and after being warned that he could be

13  charged with a crime.  The defendant chose allegiance to

14  Donald Trump over compliance with the law.

15        He never changed course; not when the Committee

16  rejected his claimed privilege on October 8th; not when the

17  Committee warned him about contempt; not when the Committee

18  followed through and voted him in contempt; and not when the

19  full House referred him for prosecution.

20        If the defendant's default were because of a

21  mistake or accident, if we were talking about confusion

22  about a deadline, don't you think he would have spoken up

23  the moment he realized it?  That he would have informed the

24  Committee that he would have rushed in to clear things up

25  and comply?

1    Look at letter after letter that the Committee

2  sent advising the defendant that, because he had missed the

3  dates, he might and ultimately would be referred for

4  prosecution.  You don't ignore those by mistake.  This was

5  no accident.

6    And let's talk for one last minute about what else

7  is not a mistake or an accident.  It is not a mistake or

8  accident to default on a subpoena because you don't take it

9  seriously or consider the subpoena's demands to be optional.

10  It is not a mistake or an accident to default on a subpoena

11  because you failed to anticipate that the Congress would

12  reject your stalling tactics.

13    So if the defense is trying to tell you that the

14  defendant thought that the dates on the subpoena,

15  October 7th and October 14th, the ones in black and white on

16  the face of that document, were not hard deadlines, please,

17  don't fall for that.

18    And if the defense is trying to blame the Congress

19  for refusing to negotiate with the defendant, whose idea of

20  negotiation is that the defendant gets to refuse and

21  Congress has to accept it, you can give that exactly as much

22  consideration as it is worth.  None.

23    We are here because the defendant had contempt for

24  Congress.  This is a situation in which the name of the

25  crime tells you everything you need to know.  Contempt.  The

1   dictionary tells us that contempt is the feeling that a

2   person or thing is beneath consideration, worthless or

3   deserving scorn.

4        The defendant here disdained Congress.  He thought

5   it was beneath him and, as a result, he chose to defy the

6   Committee.  He did not show up.

7        Lastly, in his opening and through his questioning

8   of witnesses, Mr. Corcoran has tried to tell you that this

9   case is about politics.  But the only person who is making

10  this case about politics is the defendant, and he is doing

11  it to distract and confuse you.  Don't let him.

12       There is nothing political about finding out why

13  January 6th happened and how to make sure that it never

14  happens again.  And there is nothing political about

15  enforcing the law against someone who, like the defendant,

16  flouts it.

17       You may feel that you have been asked to spend

18  your time during jury selection and these proceedings on

19  something that is small, a technical violation, something

20  that is not important.  That could not be further from the

21  truth.

22       Your decision to fulfill your civic jury duty, to

23  come to this courthouse and listen attentively to the

24  evidence and the Court's instructions and momentarily to

25  engage in thoughtful deliberations, that is an act of

1    service to your country, and it is foundational to the rule

2    of law.

3            In his opening, Mr. Corcoran said that we're all

4    in this together in our country.  He is right.  We are all

5    participants in shared democracy.  But the defendant does

6    not agree.  He has contempt for our system of government,

7    and he does not think he has to play by its rules.

8            He had contempt for the Committee's need for

9    information about January 6th.  And when faced with a clear

10   decision whether to comply with the congressional subpoena

11   seeking information about January 6th and to ensure that

12   nothing like it happens again, the defendant chose defiance.

13   Find him guilty.

14           **THE COURT:**  Is the defense ready?

15           **MR. CORCORAN:**  Yes, Your Honor.

16           **THE COURT:**  Please.

17           **MR. CORCORAN:**  Thank you, Your Honor.

18           Good morning.

19           **JURORS:**  Good morning.

20           **MR. CORCORAN:**  None of us will soon forget January

21   6, 2021.  It's part of our collective memory.  But there's

22   no evidence in this case that Steve Bannon was involved at

23   all.  For purposes of this case, we have to put out of our

24   thoughts January 6th, because it's a case about a subpoena

25   and whether a man committed a crime in his actions with

1    regard to that subpoena.

2              Steve Bannon is innocent of the crimes with which

3    he is charged.  I told you that at the very beginning and

4    now you've seen the evidence.  And I'm going to explain why

5    the evidence shows that he is innocent.

6              Ms. Gaston spoke a little bit about the beginning

7    of the case and a letter that accompanied the subpoena and

8    the interest to speak to Mr. Bannon.  You heard the witness

9    who testified, Ms. Amerling, and she spoke about the

10   newspaper article she read and the book that she read and

11   the idea that, on his show, he said the day before

12   January 6th that he predicted that all hell would break

13   loose.  What she also said, of course, is that every major

14   media outlet in the country, every show on January 5th

15   predicted the same thing.

16             A subpoena, nonetheless, was prepared eight months

17   later.  I think it's important, at the very outset, for all

18   of us to understand that, even if you think in hindsight

19   that the path that Mr. Bannon took and the path that his

20   lawyer took, Mr. Costello, turned out to be a mistake, it

21   was not a crime.  It was not a crime.

22             You'll see on Page 27 of the instructions when you

23   get to them, there is a key sentence.  And it says, "If you

24   made a mistake, it's not a crime."  Essentially that's the

25   case.

1       I know you're going to find that the government

2   has not proved its case, and it has to prove its case beyond

3   a reasonable doubt.  What is a reasonable doubt?  It's a

4   doubt based on a reason.  If there is a reasonable doubt,

5   you must find Steve Bannon not guilty.

6       What are some examples of things -- of evidence in

7   the case that will give you pause for which you'll have a

8   reason to doubt that the government has proved its case?

9       Well, one of the things is this:  Ms. Amerling

10  testified that these are the rules that govern -- the

11  regulations that govern the use of deposition authority in

12  the 117th Congress, which is this Congress.

13      And, of course, there's a lot of legalese in this

14  document, but important to our consideration is this,

15  Paragraph 11, which says, "A witness shall not be required

16  to testify unless the witness has been provided with a copy

17  of Section 3(b)" --

18      **MS. GASTON:**  Objection, Your Honor.

19      **THE COURT:**  Overruled.

20      **MR. CORCORAN:**  -- "of H.Res. 8, 117th Congress,

21  and these regulations."

22      What did Ms. Amerling say?  She said to her

23  knowledge, Steve Bannon was not provided with Section 3(b).

24      **MS. GASTON:**  Objection, Your Honor.

25      **THE COURT:**  Mr. Corcoran, I'd like to tie this to

1       an issue that's actually in dispute.

2                MR. CORCORAN:  Yes, Your Honor.

3                That is a reason for you to doubt the prosecutor's

4       case.  You must find Steve Bannon -- you must give Steve

5       Bannon --

6                MS. GASTON:  Objection.

7                MR. CORCORAN:  -- the benefit of the doubt.

8                THE COURT:  Sustained.

9                MR. CORCORAN:  You must give Steve Bannon -- I'm

10      sorry, Your Honor.

11                MS. GASTON:  Your Honor, we request a sidebar

12      please.

13                THE COURT:  Yes.

14          (Sidebar discussion.)

15

16

17

18

19

20

21

22

23

24

25



1    ███████████████████████████████

2    ████████████████████████████████████████

3    ███████████████████████████████████████

4    ████████████████████████████

5       ████████   █████████████████████████

6    ████████████████████████████████████████

7    ███████████████████████████████████

8    ██████████████████████████████████

9    ██████████████████████████████████████

10   ██████████████████████

11        (Sidebar discussion concluded.)

12        **MR. CORCORAN:**  Let me talk about another issue on

13   which I believe you can doubt the government's case.

14   Ms. Amerling, who you spoke with, testified that a subpoena

15   is not valid unless it was signed by the Chairman of the

16   Committee.  This should raise a doubt about the

17   prosecution's case.  Let me show you.

18        (Brief pause.)

19        This is Government's Exhibit 5, which is a letter

20   purportedly from Chairman Thompson to Bob Costello.  If you

21   look at the last page of that letter, that is

22   Chairman Thompson's signature.

23          This is Government's Exhibit No. 7, a letter from

24   Chairman Thompson to Bob Costello, Mr. Bannon's lawyer.

25        (Brief pause.)

1   That is the last page of the letter with
2   Chairman Thompson's signature.
3       (Brief pause.)
4       This is a one-page letter, Government's Exhibit
5   No. 9, and that is Chairman Thompson's signature.
6       (Brief pause.)
7       This is a subpoena in the case, the one that
8   Ms. Amerling testified had to be signed by the Chairman,
9   Mr. Thompson; that is the signature on the subpoena.
10       And you can ask yourself if one of those things is
11   different than the other.  Because that could be a doubt, a
12   doubt as to the government's case.  A reasonable doubt as to
13   whether Chairman Thompson signed the subpoena.
14       And if you wonder whether the signature is
15   legit --
16       **MS. GASTON:**  Objection, Your Honor.
17       **THE COURT:**  Sidebar again.
18       (Sidebar discussion.)
19
20
21
22
23
24
25



1

2

3

4

5          (Sidebar discussion concluded.)

6               **MR. CORCORAN:**  Thank you, very much, Your Honor.

7               Now, when you're considering whether the

8     government has proved its case beyond a reasonable doubt,

9     one of the key things that you'll have to think about is the

10    testimony of the witnesses that you heard and their

11    credibility.

12               You heard the instructions and you'll have them

13    with you back when you deliberate, and the instructions say

14    that in determining whether the government has proved the

15    charges against the defendant beyond a reasonable doubt, you

16    must consider the testimony of all the witnesses who have

17    testified.

18               You're the sole judges of the credibility of

19    witnesses.  You alone determine whether to believe any

20    witness and the extent to which a witness should be

21    believed.

22               One of the key things to get and to consider --

23    and, again, I'm just referencing what has been instructed to

24    you and what you'll have back in the jury box -- but for

25    this case, you need to consider whether a witness has an

1    interest in the outcome of the case.  And you need to

2    consider whether a witness has a friendship or hostility

3    towards anybody connected with the case; that's something

4    that you need to consider when you're thinking about that

5    testimony.

6            Does Ms. Amerling -- does Ms. Amerling have an

7    interest in the outcome of the case?  Of course she does.

8    She has been doing Committee work for democratic members of

9    Congress for 20 years.  Does she seem like somebody who is

10   used to getting their way?  We've all encountered people in

11   positions of power who demand that you do things their way.

12   We've all encountered that.

13           She testified that the Select Committee had

14   interviewed more than 1,000 witnesses.  So there's a

15   question, Why?  Why was Steve Bannon singled out?

16           In her 20 years, Ms. Amerling had never been a

17   witness in a criminal contempt of Congress case.  Twenty

18   years.  This is the only time, when she testified yesterday

19   and the day before, in 20 years that she had ever been the

20   witness in a criminal contempt of Congress case.

21           Are we to believe that no subpoena recipient in

22   20 years has raised a legal objection?  Are we to believe

23   that no lawyers involved in the scheduling or the scope of a

24   deposition have ever come to loggerheads so they couldn't

25   resolve it?  She testified that she's been involved with

1    every single subpoena issued by a Select Committee, dozens

2    and dozens of them.

3              The letters back and forth in this case between

4    the Committee and Bob Costello, a handful of letters that

5    you'll have back in the jury room.  The government wants you

6    to believe that that's a paper trail to a crime.  Look at

7    those letters.  That's not a paper trail to a crime.  It's

8    two lawyers communicating and trying to negotiate over a

9    legal issue.

10             The key is that the negotiations over the dates of

11   the subpoena, October 7th and October 14th, those dates were

12   placeholders.  Placeholders.

13             Politics.  I asked you at the start of the case,

14   just as you listen to the evidence, as you look at the

15   documents, ask yourself, Is it in any way affected by

16   politics; and that's your decision.  Because there's a

17   question, Why did Ms. Amerling rush to judgment on Steve

18   Bannon?  Why?

19             We know there was no need for a rush.  She said

20   again and again, there was an urgency.  But what do we know?

21   That was back in October of 2021.  The Committee is still

22   doing its work and will continue its work until the end of

23   this year.  More than a year and several months were

24   available to work through the privilege objection that was

25   raised so that he could testify.

1    How do we know she rushed to judgment?  Well, she

2  told you -- she told you herself that she filled out the

3  proof of service of the subpoena.  It's Government's Exhibit

4  Page 2, and the second page.  She told you that she filled

5  it out.

6    And if you look, if you look at the date -- first

7  look at the top where it says Proof of Service and then

8  that's her signature, as she testified, and the date.  So

9  she filled out the proof of service before it was served.

10  And I asked her that, I said, And the proof of service is

11  the page that is intended to prove when service of the

12  subpoena is accomplished.  Correct?

13    Answer:  That's correct.

14    Question.  Okay.  You filled out this proof of

15  service before service was accepted.  Correct?

16    That's correct.

17    Why fill out the proof of service before it's even

18  accomplished?  That's a reason, that's a reason for you to

19  doubt the government's case.  And you must give Steve Bannon

20  the benefit of the doubt and find him not guilty.

21    You might ask yourself, Why?  Why did Ms. Amerling

22  want to make an example of Steve Bannon?  Well, what does

23  the evidence show?  He was a top advisor to President Trump.

24  He has a show, podcast on political topics that has a very

25  large following.  And it's an election year.

1    What do we know?  You're going to judge the
2    credibility of the witnesses.

3    What do we know about Ms. Amerling's testimony
4    based upon her being on the stand here in court?  Her
5    demeanor on the stand captures the essence of this case.
6    Did she listen with an open mind or did she just want things
7    to go her way?

8    Her testimony in court precisely mirrored the
9    interactions that she had with Bob Costello, Mr. Bannon's
10   lawyer.  The way that she conducted herself in the
11   courtroom, in a nutshell, were exactly the way, exactly the
12   way, she conducted herself in dealing with Mr. Bannon's
13   lawyer, Bob Costello.  Exactly.  That explains why we're
14   here today.  She didn't listen to Steve Bannon's reasonable
15   request.  Can you try to reach an agreement with President
16   Trump, and I'll testify before the Committee like I've done
17   before other congressional committees?

18   Can you bring the privilege issue in a civil case
19   to a judge and get it resolved?  I will abide by the Judge's
20   rules.

21   Can we take a week to consider new -- a new thing
22   that just happened, the filing of a lawsuit on executive
23   privilege?  Can we just have a week?

24   This case is not, as the prosecutor said, about
25   the need for people to play by the rules.  This is about

1    Ms. Amerling saying, People need to play by her rules.

2              And the real question I think -- or one question

3    anyway is, did Chairman Thompson even get to consider these

4    questions, the reasonable ideas that were put forth so that

5    Mr. Bannon could testify?

6              When I asked Ms. Amerling about it, I said, "Did

7    Chairman Thompson communicate with President Trump or his

8    representatives to try to explore getting rid of executive

9    privilege so Mr. Bannon could testify?"

10             There was an objection.  There was a ruling.

11             "The witness:  Okay.  Thank you, Your Honor."

12             The answer is, No.  He didn't even consider that

13   option.

14             What other parts of Ms. Amerling's testimony

15   raised questions?  Well, you may remember I talked to her

16   about the subpoena and the 17 boilerplate topics.  And I

17   said, Look, is that boilerplate included with the subpoenas

18   that go out to all the other recipients?  And she said --

19   she responded like it was a national secret.  She said, "I

20   can't give you a roadmap to that."

21             If a witness is evasive, you've got to use that in

22   assessing her credibility, and you've got to question her

23   testimony.  And it took cross-examination for her to admit

24   that she had no personal knowledge at all.  No direct

25   personal knowledge at all that Steve Bannon had even one

1   single document that was responsive to this case, and yet

2   she wants him charged with a crime.

3          I asked again and again about the subpoena and the

4   different letters back and forth.  Who wrote this?  What

5   human being picked the dates of October 7th and 14th?  Why?

6   Why those dates?  It is a straightforward question which she

7   didn't want to answer.

8          On cross-examination I asked her the most basic

9   question about the October 14th date for testimony.  The

10   government says it's a firm date and that's why Mr. Bannon

11   committed a crime.  I asked her the most basic question:

12   "Do you have direct knowledge sitting here today who

13   selected October 14th, 2021 as the date for Mr. Bannon to

14   testify?  Who?"  What was her answer?

15          "To the best of my recollection, because of the

16   multiple roles that we understood Mr. Bannon potentially had

17   with respect to the events of January 6th, at the time that

18   we put the subpoena together, there was a general interest

19   in obtaining information from him expeditiously because we

20   believed that this information could potentially lead us to

21   other relevant witnesses or other relevant documents or

22   perhaps inform the Committee about avenues that it shouldn't

23   go down.  So to the best of my recollection there was a

24   general interest in including deadlines that required

25   expeditious response."

1    I just asked who.  The entire foundation for the

2    government's case rests on Ms. Amerling.  We have been here

3    for a week and there were two witnesses.  If her testimony

4    gives you a reason to doubt whether the government has

5    proved its case, you have to give Steve Bannon the benefit

6    of the doubt.

7    Now, another thing about Ms. Amerling is her

8    relationship with the prosecutor.  It raises questions.  She

9    has a relationship -- Ms. Amerling has a relationship with

10   one of the prosecutors in the case, Ms. Gaston.  It goes

11   back 15 years.

12   Ms. Amerling's been, throughout her career, a

13   staff member aligned with one political party.  She's served

14   democratic members of Congress her entire career, and she's

15   contributed her own money to democratic causes.  You heard

16   that Ms. Gaston, the prosecutor, and Ms. Amerling have known

17   each other for 15 years.  You've heard that they worked

18   together under a democratic member of Congress.

19   You heard that their relationship goes beyond

20   that, that they socialized outside of work, that they were

21   members in a book club, and the book club consisted of

22   people who all worked, at one time or another, for a

23   democratic member of Congress.

24   Make no mistake, I'm not against book clubs.  I'm

25   not against book clubs.  But why did Ms. Amerling try to

1    downplay her connection to the prosecutor?

2          You heard Agent Hart.  You heard him testify.  He

3    was an FBI agent investigating the case.  And you heard him

4    say that it was important to him to know whether, when he's

5    investigating a crime and he's talking to somebody who says,

6    Hey, a crime was committed, whether that person has any

7    bias.

8          And you heard what she did not tell in her

9    November 2nd, 2021 interview with Agent Hart, where the

10   prosecutors were present that she had a personal

11   relationship with the prosecutor.

12         Why?  Why is she trying to hide her personal

13   connection to the prosecutor from the FBI?  That's a serious

14   question.  And she acknowledged that sometimes the book club

15   members discussed political events of the day.  And it's not

16   surprising.  I mean, they all had a shared background in

17   that they worked under a democratic Congress.

18         The thing about bias is that sometimes people

19   become blind to it.  As the Court said just a moment ago,

20   there could be a bias in somebody that they're not aware of.

21         Ms. Amerling worked for 20 years for one political

22   party in a political arena, Congress, where there are

23   constant fights, political fights.  Over time, drop by drop,

24   it builds up.  It may be that Ms. Amerling, herself, can no

25   longer see how her long-time career for one political party

1   affects her.

2          But you've got to see it, and that's why I ask you

3   to consider whether any testimony or evidence was affected

4   by politics.  Why is it important?  Fairness and neutrality.

5          Let me give you an example.  God forbid a family

6   member dies and you have to figure out somebody who's going

7   to help settle the estate.  You decide, all right, let's get

8   a neutral mediator to look at this and we'll decide how to

9   split things up, whatever it is, and see who gets what

10  fairly and neutrally.  And it goes on for months and months

11  and months, and everybody involved, or almost everybody,

12  thinks that it's a fair process.

13         Then you learn that one of the people who stands

14  to gain under that estate and the person you thought was the

15  neutral mediator had known each other for 15 years and were

16  in the book club together.  That's going to cause you to

17  have a real doubt about the fairness and the neutrality.

18  That would make you question whether they're impartial, and

19  that's a reasonable doubt.

20         If this issue involving the relationship between

21  the prosecutor, as it should, gives you pause, gives you a

22  doubt, you must give Steve Bannon the benefit of the doubt.

23         There are no second chances when we're dealing

24  with a criminal case.  There are no second chances.  If you

25  have a doubt a year from now, one year from now, and you say

1   to yourself, Wait a minute, I sat on a jury that voted to

2   convict a defendant in a criminal case where the chief

3   witness and the prosecutor had known each other for 15

4   years, you might have a doubt.  A year from now will be too

5   late.  You've got to consider the doubts it could have

6   today.  And if you've got a doubt in your mind, you have to

7   give Steve Bannon the benefit of that doubt.

8           What's another thing about Ms. Amerling's

9   testimony that raises questions, serious questions?  Why did

10  she play down her political affiliations when she spoke to

11  the FBI?  Why did she play them down?  She was asked in her

12  November 2nd, 2020 -- I'm sorry, 2021 interview about the

13  Committee.  And she said that she was non-partisan.  That's

14  what she told the FBI.

15          Here's the question:  "Now, when you were

16  interviewed by the FBI on November 2nd, 2021, you told the

17  FBI agent that you and other members of the staff were

18  non-partisan, didn't you?

19          "Answer:  That's correct."

20          That's what she said, non-partisan.  What does

21  non-partisan mean?  Well, it means free from party

22  affiliation.  Why would she downplay her party affiliation?

23  Wait a minute.  She's worked for 20 years for only one

24  political party.  She's contributed her own money to

25  political candidates of one party.  That's the definition of

1   being affiliated with a party.  That's not non-partisan.

2          Did Steve Bannon commit a crime?  He didn't

3   intentionally refuse to comply with the subpoena.

4   Absolutely not.  He didn't refuse to comply with anything.

5   He clearly and repeatedly, through his lawyer, Bob Costello,

6   said, Let's remove the obstacle to my coming and testifying.

7   Let's get rid of the obstacle of executive privilege and

8   I'll testify as I've done on several occasions before

9   Congress.

10          Let me show you just one example of a letter.

11   This is a letter -- and it's Government's Exhibit 6, from --

12   it's to the Chairman of the Committee, Mr. Thompson.  The

13   date is 13th of October, 2021, the day before the government

14   says Mr. Bannon committed a crime.

15          Then look at this paragraph that's highlighted.

16   This is Government's Exhibit 6.  It said, "Mr. Bannon has

17   testified on three prior occasions before the Mueller

18   Investigation, the House Intelligence Committee and the

19   Senate Intelligence Committee.  In each of those instances,

20   when President Trump waived his invocation of the executive

21   privileges, Mr. Bannon testified."

22          What does Mr. Costello suggest?  Two different

23   tracks.  Either -- you can read this letter when you get

24   back in the jury box.  And this is, again, Government's

25   Exhibit 6.

1    It offers two solutions:  Number one, talk to
2    President Trump and get him to waive executive privilege as
3    he's done before, and I've testified before when he's done
4    so, or take it to a judge and have it resolved in a civil
5    context and I'll comply.
6         That's what Steve Bannon said.  Is that a refusal?
7    Is that contemptuous?  Of course not.  It's saying, Remove
8    an obstacle and I'll testify.
9         The dates in the subpoena were placeholders,
10   essentially.  You heard that, in these instances where a
11   subpoena is sent to a recipient and dates are provided for
12   documents or testimony, there's a lot of negotiation that
13   follows; and that often the person testifies long after the
14   dates in the subpoena.  In other words, there's no magic to
15   those dates.
16        And you know when I asked Ms. Amerling again and
17   again, Why those dates?  Why those dates?  All she could say
18   was -- well, she didn't know really.  She really didn't know
19   or who picked the dates.  The fact of the matter is the
20   dates on the subpoena are still on the subpoena.  They're
21   still under negotiation.
22        Now, you're going to have in the jury room the
23   instructions and you've heard the Judge instruct you on the
24   law.  You'll see that, when the instruction talks about the
25   elements of the offense, it says, this is not a defense,

1    this is not a defense, et cetera, et cetera.

2         Just to be clear, we didn't put on a defense in

3    this case.  It's the government's burden of proof.  So we're

4    not putting any letter or anything on as a defense in the

5    case.  So that language about this defense doesn't apply,

6    et cetera, et cetera, we've been here for a week and we

7    heard two witnesses.  We didn't feel a need to put on a

8    defense.

9         But the letters, the recent letters from President

10   Trump to Bob Costello for the Committee, saying, Look,

11   President Trump has agreed to withdraw executive privilege.

12   Let's talk about when we can have him testify.

13        You'll see that there is this response back.  This

14   is Defense Exhibit 32.  We were the ones who had to bring

15   this to your attention, not the government.

16        But on July 14th, not long ago, for certain, Bob

17   Costello writes to the Chairman -- I'm sorry, the Chairman

18   writes to Bob Costello responding to a letter that he sent

19   on January 9th.  And he says, essentially, Great.  Now

20   you're willing to comply.  I understand that executive

21   privilege has been waived.  And what does he say?  Give us

22   the documents, and then we'll schedule the deposition.

23        What did it say right here, this sentence?  "We

24   anticipate that the deposition will occur in the near

25   future."  What does that tell you?  This is the very same

1    subpoena that we're talking about.  The very same subpoena

2    that we're talking about is still under negotiation.

3            The prosecutor says these letters don't matter

4    because Steve Bannon should have come back, should have come

5    in to testify even though we charged him with a crime.

6            The prosecutor in questioning yesterday said, Hey,

7    wait a minute.  Didn't Mr. Bannon try to dismiss the charges

8    against him?  Well, of course, when a criminal case is

9    pending against you, you've got to deal with that case.

10   You've got to deal with that case.

11           And, of course, Mr. Bannon was not in a position

12   to testify.  He could not have testified until he received

13   and learned that President Trump had agreed --

14           **MS. GASTON:**  Objection, Your Honor.

15           **THE COURT:**  Overruled.

16           **MR. CORCORAN:**  And this is Defendant's Exhibit 30.

17           Again, it was the defense who showed you these

18   letters and introduced these letters, but this is a July 9th

19   letter from President Donald J. Trump to Steve Bannon.  It

20   says, "I write about the subpoena that you received."

21           He says, "When you first received the subpoena to

22   testify and provide documents, I invoked executive

23   privilege."

24           And he says, "Therefore, if you reach an agreement

25   on a time and a place of your testimony, I will waive

1   executive privilege for you, which allows you to go in and

2   testify truthfully and fairly."

3           The prosecutor says, Why didn't he come in in

4   October, November, December, et cetera, et cetera?  Well,

5   this letter removed the obstacle in July.  And it's an

6   important question to consider.

7           Look, you're being asked to find somebody guilty

8   of a crime.  You are being asked to find somebody guilty of

9   a crime of contempt of Congress with respect to a subpoena,

10  when his testimony on that subpoena may occur in the near

11  future.  That's not me saying it.  It's Chairman Thompson.

12          Again, Defendant's Exhibit 32, which is a letter

13  to Bob Costello from Chairman Thompson.  What does it say?

14  Right here.  "We anticipate that the deposition will occur

15  in the near future."

16          "We anticipate that the deposition will occur in

17  the near future."  The prosecutors are asking you to find

18  Mr. Bannon guilty of a crime when he may testify in the near

19  future on the subpoena that they're trying to say that he

20  committed a crime on.

21          Look, the prosecutors are basically saying, You've

22  got no choice.  But you do have a choice.  Our system gives

23  you the power to decide the evidence, not the prosecutors.

24  And they can't order you to do anything.

25          How can you find that Steve Bannon intentionally

1    and willfully committed a crime when he acted honestly to

2    protect his privilege.

3            Think about this example.  Some time ago, you

4    received in the mail a letter asking you to come to court

5    for your jury service.  Imagine --

6            **MS. GASTON:**  Objection, Your Honor.

7            **THE COURT:**  Overruled.

8            **MR. CORCORAN:**  Imagine, when you received the

9    letter, you realized you couldn't appear in court on that

10   date.  Just impossible.  Got a lawyer.  The lawyer presented

11   your objection.  Perhaps the lawyer just asked for an

12   additional week.  What was your intent at that date?  What

13   was your intent?  Because that's what's really being asked

14   of you, What was Steve Bannon's intent?

15           In your mind, you're not refusing to comply.

16           **MS. GASTON:**  Objection, Your Honor.

17           **THE COURT:**  Ms. Gaston, you presented a

18   hypothetical about a parking ticket.  He's presenting a

19   hypothetical about a summons.

20           **MS. GASTON:**  Sidebar, Your Honor.

21           **THE COURT:**  Sure.

22        (Sidebar discussion.)

23

24

25





1 ████████████████████████████████████

2 ██████████

3   ████████    ███████████████████

4 █████████████████████████████████████

5 █████████████████████████████████████

6    ██████████████████████████████

7 ████████████████████████████████████

8 ████████████████████████████████████

9 ███████████████████████████████████

10 █████████████

11    ████████    █████████████

12    ████████    ██████████

13       (Sidebar discussion concluded.)

14          **MR. CORCORAN:**  Thank you, Your Honor.

15          So the question is, in that hypothetical situation

16    where the person has received a summons, knows they cannot

17    appear on that date, asks that an objection be raised, what

18    is in the mind of that person?  And what's in the mind of

19    the person is they're not committing a crime.  They're

20    trying to resolve and remove an obstacle.

21          Now, you might think to yourself, you know, in

22    hindsight maybe Mr. Bannon should have taken a different

23    path.  Hindsight's 20/20.

24          You might think, You know what?  I kind of think

25    it was a mistake for him and his lawyer to try to protect

1    his privilege, but --

2              **MS. GASTON:**  Objection, Your Honor.

3              **THE COURT:**  Sustained.

4              **MR. CORCORAN:**  The Court will instruct you about

5    the law on intent, already has, and you'll have that back in

6    the jury room.  And what you'll have are the instructions on

7    Page 27.  And I want to focus you on one sentence.  One

8    sentence from that instruction, which is critical.  It says,

9    "To be deliberate or intentional means that the failure to

10   comply was not the result of inadvertence, accident or

11   mistake."

12             If you find that Mr. Bannon made a mistake in the

13   path he chose, he's not guilty.  You cannot find him guilty.

14             Most mornings before work I have a cup of coffee

15   and I listen to the radio.  A bit old-fashioned.  But

16   through the years, I have heard reports from other countries

17   about their elections.  The people in power try to take

18   steps to put -- to silence the opposition.  When I hear

19   that, I think to myself, Thank God it doesn't happen in this

20   country.

21             Right now the Presidency, the Senate and the

22   Congress are in the hands of one party, the Democrats --

23             **MS. GASTON:**  Objection, Your Honor.

24             **THE COURT:**  Sustained.

25             **MR. CORCORAN:**  That's okay.  It's okay to have

1    political views that are different from others.  We come to

2    our views, each of us, honestly.  Some of the things that

3    control those views we have no control over:  Where we're

4    born.  When we're born.  What family our family is, and what

5    we're exposed to over life.  We come to our political views

6    honestly.

7              But no one in this country should face a criminal

8    prosecution --

9              **MS. GASTON:**  Objection.

10             **MR. CORCORAN:**  -- that's based in any way on

11   politics.

12             **THE COURT:**  Sustained.

13             **MR. CORCORAN:**  That's why I asked you at the start

14   of the case to listen carefully to the evidence.

15             Five or ten years from now, you'll look back and

16   you'll know that you upheld an essential principle in our

17   country; prosecution has to be based on unbiased, neutral

18   evidence.  Politics can play no role.  It's important.  We

19   are all in this together.

20             And Steve Bannon is innocent.

21             Thank you, Your Honor.

22             **THE COURT:**  Thank you.

23             **MS. VAUGHN:**  Your Honor, can we have a 15-minute

24   break?

25             **THE COURT:**  Yes, I think that would be useful for

1    various reasons.  Why don't we say 10 minutes.  Two minutes

2    is pretty quick.  It's 11:04.  Let's say 11:15.

3                    We are in recess.

4         (Recess was taken from 11:04 a.m. to 11:15 a.m.)

5              **THE COURT:**  Is the government ready?

6              **MS. VAUGHN:**  Yes, Your Honor.

7              (Jury entered the courtroom.)

8              **MS. VAUGHN:**  Ladies and gentlemen, the defense

9    wants to make this hard, difficult, confusing.  They want

10   you to wonder, What am I missing here?  When a subpoena says

11   October 7th, does it really say October 7th?

12                   You're not missing anything.  This is not

13   difficult.  This is not hard.  There were two witnesses

14   because it's as simple as it seems.

15                   Your eyes aren't deceiving you about what is in

16   black and white on paper.  How much clearer could that

17   subpoena have been?  "You are hereby commanded under the

18   authority of the U.S. government to tell us what you know

19   about January 6th."  How much clearer could the Committee's

20   letters have been?  Your excuse is no excuse.  You must

21   comply.

22                   The defendant didn't fail to comply because he

23   thought there was play in the joints.  He chose not to

24   comply.  He made a deliberate decision not to comply.

25   Because he didn't want to.

1    How much clearer could he have been than this.   On

2    his social media on October 8th, he yelled it from the

3    mountaintop.  I don't see anywhere in here where it says, I

4    think the Committee gave me a couple more weeks.  I think

5    the Committee is going to give me a pass because of this

6    privilege my friend, former President Donald Trump, has

7    given me.  It says he will not comply.  That is not a

8    negotiation.

9    So let's talk about what's really going on here.

10   You saw that subpoena and the documents and topics it

11   required the defendant to turn over.  You'll be able to look

12   at it again in the deliberation room.  How many of those

13   items require the defendant to tell the Select Committee

14   what he might know about former President Trump and

15   January 6th.  The former President, he proclaimed right

16   here, that he stood with in refusing to comply with the

17   subpoena.

18   How convenient that the former President tried to

19   give the defendant an excuse for his defiance?

20   The defendant stood with Donald Trump all right.

21   And that choice, the deliberate decision to stand with

22   former President Trump, that is a choice, a deliberate

23   decision to defy the subpoena.

24   This wasn't a negotiation.  Robert Costello was

25   doing exactly what the defendant wanted him to do.  He told

1    the government, in his effort to get his client off, that

2    he -- that the defendant was engaged the entire time.  He

3    knew exactly what was going on.

4           All Mr. Costello was doing was serving his

5    client's wishes.  What is a negotiation about hiding behind

6    a privilege that Ms. Amerling explained, in response to

7    Mr. Corcoran's questions, was not available for total

8    defiance and noncompliance?  What is a negotiation about

9    that?

10          That is like a child continuing to argue with

11   their parent after they've been told they're grounded.  That

12   kid knows they're grounded.  They can argue all they want.

13   It doesn't change the fact that the decision has been made.

14          The Committee, the government, made the decision

15   here.  We need to know what you know.  We're time limited.

16   This is urgent.  We only have a few months.  What you're

17   claiming as an excuse is not.  Now you need to comply.

18          The defendant didn't comply not because he was

19   mistaken.  Not because he thought the dates might be

20   continued.  He chose to comply -- he chose not to comply

21   because he didn't want to.

22          And let me say one more thing on Mr. Costello.

23   You heard from Special Agent Hart that he came in on his own

24   to try to convince the government that there was no crime

25   here.  But he didn't mention anything when he was doing that

1    that this was a mistake?  Wouldn't he have said all the

2    facts he could to convince the government that there was no

3    crime?

4            You heard Special Agent Hart.  All Mr. Costello

5    kept saying was he had the same privilege that the Committee

6    had already rejected.  He didn't say they thought the dates

7    were malleable.  He didn't say that the defendant made a

8    mistake.  It's because he didn't.  This is a last-minute

9    excuse.  Another excuse.

10           And let me comment for a minute on this claim of

11   privilege, Mr. Corcoran's comment that he just made a

12   mistake on the path he chose in relying on this privilege.

13   Judge Nichols just instructed you earlier this morning that

14   the defendant's belief that executive privilege excused him

15   does not provide a defense to his deliberate choice.

16           But you know what it does tell you?  It tells you

17   he made a choice.  He made a choice to hide behind a

18   privilege claim, even after he was told it didn't excuse

19   him.  That letter from just a few days ago that the

20   defendant showed you where he says, Just kidding.  Now the

21   former President said he's going to waive, and I'm going to

22   comply.  That shows you his choice.  He's continuing to make

23   the choice, the deliberate decision that he first made in

24   October of 2021.  This is not a mistake.  It's a choice.

25   It's contempt and it's a crime.

1    The defendant thinks that he didn't -- his choice

2  can't be deliberate because the Committee didn't take him up

3  on the options he provided them.  I think Mr. Corcoran

4  referred to it as the Committee -- all he wanted was the

5  Committee to remove an obstacle for him; that the Committee

6  had some obligation to go to a court or go to former

7  President Trump himself and get their permission to exercise

8  their own authority to get to the bottom of January 6th.

9    That's like saying that the referee on a soccer

10  field can't make calls on plays unless they go over to the

11  baseball diamond next door and get the umpire's opinion

12  first.

13    You heard Ms. Amerling.  The courts are a

14  completely different part of our government.  And you heard

15  her, the Committee doesn't answer to former President Trump.

16    By making this argument to you, the defendant just

17  confirms his contempt.  He is still trying to dictate to the

18  Committee the terms of his compliance.  He thinks his

19  authority as one man is greater than our government's, the

20  one which we have all consented to.

21    That's not the way this works.  He doesn't get to

22  tell the Committee that it's beneath his compliance; and

23  they need to appeal to a different power or person.  That's

24  the definition of contempt.

25    He doesn't get to tell the Committee that they

1    need to wait nine months or more for information that

2    Ms. Amerling told you was essential for them finding new

3    information, new witnesses, new leads.  They're

4    time-limited.  Instead of 14 months, now at most, because he

5    still hasn't complied, they have 5.  That was not the

6    defendant's choice to make, but he made it deliberately.  He

7    committed contempt.

8           And the defendant claims that his sudden offer to

9    comply a week or so ago somehow is evidence that he hasn't

10   been unlawfully brushing off the Committee for nine months.

11          But again, as Judge Nichols instructed you earlier

12   this morning, later attempts to comply, the Committee

13   refusing to give up on trying to get to the bottom of this,

14   they don't erase the defendant's earlier crimes.

15          He willfully, deliberately failed to comply in

16   October 2021.  He can't change that by claiming he's willing

17   to give the Committee what it was entitled to nine months

18   ago now, which, by the way, he still hasn't done.

19          And, ladies and gentlemen, when it comes to the

20   defendant's sudden effort to comply, you know what's really

21   going on there.  A few days before his criminal trial, after

22   refusing to comply for months, after he couldn't convince

23   the government that he hadn't committed a crime, after being

24   charged with federal crimes, after he couldn't get the

25   charges tossed, and even after the lawsuit he claimed was so

1  essential to his response, even after that was resolved in

2  favor of the Committee, of its right to get the information,

3  after all that, he and his friend, former President Trump,

4  suddenly decide he's going to comply?  Give me a break.

5          The only purpose of those letters was so that the

6  defendant could come in here and use it to try to convince

7  you that a deadline is not a deadline.  Don't be fooled by

8  that.  He thinks he can convince you it's no harm no foul.

9  That's not what the evidence in this case shows.

10         That sudden decision to comply is nothing but a

11  ploy.  And it's not even a good one because the defendant

12  forgot to tell the Committee he would provide them

13  documents.  To this day, he hasn't said he would.

14         And by the way, when you go back into that

15  deliberation room, compare the name-calling and rants in the

16  letter from former President Trump sent to the defendant a

17  few days ago to the serious career investigator Ms. Amerling

18  who testified in this trial.  That will tell you all you

19  need to know about how seriously you should take the

20  defendant's sudden change of heart.

21         That letter, which they provided to you, they put

22  it into evidence, tells you everything you need to know

23  about the defendant and the former President's contempt for

24  the work of the Committee.

25         The defendant willfully defied the subpoena when

1    he didn't provide documents on October 7th.  He willfully

2    defied the subpoena when he didn't come to his deposition on

3    October 14th.  His haphazard attempt to get out of his

4    contempt by pretending to comply now is a waste of

5    everyone's time.

6            You know that, by October 7th, the defendant

7    didn't intend to comply.  Mr. Corcoran spent a lot of time

8    talking about, There's all these people that have worked

9    with the Committee and none of them have been charged.

10   Right.

11           Ms. Amerling told you, if there's a real problem

12   with the date, people call the Committee and they work it

13   out.  The Committee hadn't heard a word from him on

14   October 7th.  And you know that wasn't a mistake because the

15   letter that night his attorney sent made that clear.  It

16   said, We're not complying.  His attorney admitted to the

17   government, we haven't even gathered a single document.

18           They were claiming a privilege over something they

19   didn't even know whether they had because they didn't care

20   to look, because he didn't care to comply.  He was in

21   contempt at 10 a.m. on October 7th.  And he certainly was in

22   contempt at 10 a.m. on October 14th.  He got that letter

23   from the Committee on October 8th saying, You better come or

24   else.  We're rejecting your excuse.  And he didn't.

25           These are the hard facts.  These are the hard

1    facts in black and white in this case on paper.  You don't

2    even need Ms. Amerling's testimony or Special Agent Hart's

3    testimony to know that.

4            The defendant keeps trying to distract you from

5    it, distract you from what's in black and white.  He wants

6    to talk about electronic signatures versus handwritten

7    signatures.  They want to talk about that because they don't

8    want to talk about the clear dates in the subpoena.  They

9    want to talk about proof of service, which --

10           By the way, let's look at that for a minute.

11   Proof of service, date 9/23/21, Ms. Amerling's email sending

12   the subpoena to Mr. Costello, 9/23/21, and what does

13   Mr. Costello say the next day?  "Confirmed with my client.

14   Got it."

15           What are we talking about here?  They want to talk

16   about proof of service because they don't want to talk about

17   the Committee making it clear that the defendant's excuse

18   had been rejected.  They want to talk about what human

19   picked the date on the subpoena.  What human?  This is a

20   committee.  It's a body.

21           Ms. Amerling testified they worked collaboratively

22   together.  By the way, across party lines.  We all live in

23   the modern world.  Organizations act as a body.  Why are we

24   talking about which person suggested the date first?  The

25   date was the date.  It's on the subpoena.  It was

1    authorized.  It went out.  It was delivered.

2          They just want to keep talking about what human

3    was in the room because they don't want to talk about how

4    clear the defendant's refusals were.  They want to talk

5    about book club.  I don't know what courtroom Mr. Corcoran

6    was in, but all I learned from that testimony was that

7    Ms. Amerling and Ms. Gaston are book club dropouts and that

8    they have no personal relationship.

9          Why are we talking about a book club?  We're

10   talking about a book club because the defendant doesn't want

11   to talk about the fact that he was happy to proclaim in

12   public that he had no regard for the Committee and he did

13   not intend to comply.

14         And politics, why are we talking about politics?

15   What is political about a violent attack on the seat of our

16   government?  What is political about trying to understand

17   why that happened and how we stop it from happening again?

18         The only person injecting politics into this case

19   is seated over there.  It's the defendant.  And the only

20   reason they want to talk about politics is because they want

21   to distract you from the fact that the defendant is

22   undermining our system of government by refusing to

23   recognize its authority.  The only reason they want to talk

24   about any of these things is because they don't want to talk

25   about his contempt.

1          Mr. Corcoran said that our system gives you the

2    power as the jury to decide this case and he's right.  But I

3    can't help but recognize the irony that he now wants to rely

4    on how our system is supposed to work.  That, again, just

5    shows how deliberate the defendant's choice was to ignore it

6    before.

7          Folks, when you come to this courtroom and when

8    you go into your deliberation room, you don't leave your

9    common sense at the door.  You know, we all know, from

10   everyday life, that a deadline is a deadline.  And it was a

11   deadline here.  The Committee told the defendant so many

12   times, defiance is a crime.

13         But he didn't listen because he didn't care.  He

14   had contempt for them and the public service they are trying

15   to perform.  He had contempt for the people's effort to find

16   out the who, the what and the why of the day when our

17   government was attacked.  When the foundational processes of

18   our democracy to transfer power from one to another was

19   attacked.

20         The defendant is not above the law.  He is not the

21   decider of the law.  He is guilty.

22         **THE COURT:**  Ladies and gentlemen of the jury, you

23   have now heard the closings.  I have really just a few last

24   remarks for you.  One is an instruction I want to give you

25   about the closings that you just heard.

1   This will be Instruction 27, Statements and

2   Closing.  Ladies and gentlemen, during closings, I sustained

3   objections to certain statements by counsel.  You should not

4   consider those statements.

5   You also heard about a purported rules violation

6   by the Committee in not providing the defendant with a copy

7   of certain rules and about certain inconsistencies and

8   signatures.  You may not consider these issues as a defense

9   in this case.  Instead, you should comply with my prior

10   instructions regarding the elements that must be proven here

11   beyond a reasonable doubt.

12   The last thing I have to do before you begin your

13   deliberations is to excuse the alternate juror.  As I told

14   you before, the selection of alternates was an entirely

15   random process.  It's nothing personal.  We selected two

16   seats to be the alternate seats before any of you entered

17   the courtroom.

18   We have already, as everyone knows, excused one

19   juror for health reasons.  Since the rest of you have

20   remained healthy and attentive, I can now excuse the juror

21   in seat 12.

22   Juror in seat 12, before you leave, I'm going to

23   ask you to tear out a page from your notebook and to write

24   down your name and daytime phone number and hand this to

25   Ms. Lesley.  I do this because it is possible, though

1   unlikely, that we will need to summon you back to rejoin the

2   jury in case something happens to one of the other 12

3   jurors.  Since that possibility exists, I'm also going to

4   instruct you not to discuss the case with anyone until we

5   call you.

6          My earlier instructions regarding use of the

7   internet, reading about the case and the like still applies.

8   Don't research this case or communicate about it on the

9   internet.

10          In all likelihood, we will be calling you to tell

11   you there is a verdict and you are now free to discuss the

12   case.  There is, however, the small chance that we will need

13   to bring you back on to the jury.

14          Thank you very much for your service.  And please

15   report back to the jury office, after you provide Ms. Lesley

16   with this information, to turn in your badge on the way out.

17          With that, ladies and gentlemen of the jury, you

18   are free to return to your deliberation room, really the

19   courtroom.  We will finalize the written jury instructions

20   and bring copies by.  We will also be bringing the admitted

21   exhibits by, together with the verdict form.

22          I want to thank you again, as I likely will later,

23   but certainly thank you again for your time this week and

24   your service in this very important duty.

25          With that, we are adjourned.

1    **DEPUTY CLERK:**  All rise.

2    (Jury exited the courtroom at 11:38 a.m.)

3    (Recess.)

4    (Jury entered the courtroom at 2:47 p.m.)

5    **THE COURT:**  So, good afternoon, everyone.

6    Just a little bit ago I received a note from the

7    jury dated today's date, July 22nd, 2022, at 2:15.  And the

8    note signed by the foreperson says, "We have reached a

9    verdict on both counts."

10    Ms. Lesley, as a result, could you please take the

11    verdict?

12    **DEPUTY CLERK:**  (Complied.)

13    **THE COURT:**  Will the foreperson of the jury please

14    rise.

15    **DEPUTY CLERK:**  Has the jury agreed upon a verdict?

16    **THE FOREPERSON:**  We have.

17    **DEPUTY CLERK:**  Count 1, Contempt of Congress,

18    willful failure to appear for testimony.  As to Count 1, how

19    do you unanimously find the defendant?

20    **THE FOREPERSON:**  We find the defendant guilty.

21    **DEPUTY CLERK:**  Count 2, Contempt of Congress,

22    willful failure to provide records.  As to Count 2, how do

23    you unanimously find the defendant?

24    **THE FOREPERSON:**  We find the defendant guilty.

25    **DEPUTY CLERK:**  Thank you.

1      **THE COURT:**  Members of the jury, is the verdict

2    just announced the verdict of each and every jury?

3      **JURORS:**  Yes.

4      **THE COURT:**  Thank you, Ms. Lesley.

5      Ladies and gentlemen of the jury, I want to thank

6    you for your service.

7      As I think you know from my instructions, from how

8    I attempted at least to conduct this trial and from other

9    things that were said during the trial, jury service is

10   critically important.  You invested an entire week in this,

11   and I think you did so both seriously and recognizing the

12   important role that you all played.

13     I very much appreciate your service.  I know we

14   all do, and we thank you for it.  And you are now

15   discharged.

16     Thank you.

17     **MS. VAUGHN:**  Your Honor, can we go on the line

18   just one second?

19     (Sidebar discussion.)

1    ████████████████████████████████████████████

2    ████████████

3              ████████████  ████████████

4              ████████ . ██████████████████████

5         (Sidebar discussion concluded.)

6              **THE COURT:**  All right.  So we obviously need to

7    talk, at a minimum, about a sentencing schedule.  Is the

8    government asking for anything in between now and

9    sentencing?

10             **MS. VAUGHN:**  No, Your Honor.

11             **THE COURT:**  Okay.

12             It is my practice in all cases to have a

13   presentence investigation report prepared.  The current

14   practice right now or the current timeline for that is --

15   for various reasons, including COVID and January 6th cases

16   and the like is that takes approximately 90 days, which

17   would have us sometime in the late October timeframe.

18             Now I'm simply looking at my calendar.  So I would

19   like to do the sentencing in this matter, if available to

20   the parties, on October 21st, at 3 p.m.

21             **MS. VAUGHN:**  That's fine for the government,

22   Your Honor.

23             **MR. CORCORAN:**  That works for us, Your Honor.

24             **THE COURT:**  Okay.  So obviously there will be a

25   presentence investigation report prepared.  You obviously

1   know how those things work.

2            What I would ask is, Mr. Corcoran, that the

3   parties submit sentencing memoranda no later than

4   October 14, 2022 at the close of business that day.

5            And for the purpose of facilitating that I would

6   ask that Mr. Bannon, with counsel, report to the Probation

7   Office today before leaving, if possible.

8            So, again, 3 p.m., October 21st.  I think in this

9   courtroom.

10            Anything from the government's perspective we

11   should address otherwise?

12            **MS. VAUGHN:**  No, Your Honor.

13            **THE COURT:**  Mr. Corcoran?  Mr. Schoen?

14            **MR. CORCORAN:**  No, Your Honor.

15            **THE COURT:**  Okay.  Thank you all.  Thank you all

16   for your professionalism this week.  And we will see you all

17   in October.

18            (Proceedings adjourned at 2:54 p.m.)

19

20

21

22

23

24

25

1

# **C E R T I F I C A T E**

2

3          I, **Lorraine T. Herman, Official Court Reporter,**

4   certify that the foregoing is a true and correct transcript

5   of the record of proceedings in the above-entitled matter.

6

7

8

9   _____July 22, 2022_____          _/s/_____

10             **DATE**                    **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEPUTY CLERK: [6]**
1019/2 1100/1 1100/12
1100/17 1100/21
1100/25
**JURORS: [4]** 1024/6
1041/25 1057/19
1101/3
**MR. CORCORAN: [31]**
1020/6 1020/11 1022/3
1022/14 1057/15
1057/17 1057/20
1059/20 1060/2 1060/7
1060/9 1060/21
1060/24 1061/2 1061/9
1061/23 1062/12
1064/3 1065/6 1079/16
1081/8 1083/23
1084/11 1084/14
1085/4 1085/25
1086/10 1086/13
1101/25 1102/23
1103/14
**MR. SCHOEN: [5]**
1019/11 1019/16
1021/25 1022/24
1023/5
**MS. GASTON: [26]**
1041/24 1042/1
1059/18 1059/24
1060/6 1060/11
1060/15 1061/13
1063/16 1063/20
1079/14 1081/6
1081/16 1081/20
1081/23 1082/5 1082/9
1082/13 1082/16
1083/4 1083/9 1083/13
1083/18 1085/2
1085/23 1086/9
**MS. VAUGHN: [22]**
1019/7 1020/16
1020/19 1021/3
1021/10 1021/14
1021/16 1021/19
1021/24 1022/11
1022/17 1023/9
1023/16 1023/22
1086/23 1087/6 1087/8
1101/17 1101/20
1102/10 1102/21
1103/12
**THE COURT: [69]**
1019/15 1019/17

1020/8 1020/12
1020/18 1020/23
1021/9 1021/12
1021/15 1021/18
1021/22 1022/1
1022/10 1022/18
1023/4 1023/6 1023/11
1023/18 1024/1 1024/5
1024/7 1057/14
1057/16 1059/19
1059/25 1060/8
1060/13 1060/19
1060/23 1061/1 1061/5
1061/17 1062/5
1063/17 1063/19
1063/22 1065/1
1079/15 1081/7
1081/17 1081/21
1081/25 1082/7
1082/11 1082/14
1082/18 1083/7
1083/11 1083/15
1083/22 1084/3
1084/12 1085/3
1085/24 1086/12
1086/22 1086/25
1087/5 1097/22 1100/5
1100/13 1101/4
1101/22 1102/3 1102/6
1102/11 1102/24
1103/13 1103/15
**THE FOREPERSON:**
**[3]** 1100/16 1100/20
1100/24

---

**/**
**/s [1]** 1104/9

**1**
**1,000 [1]** 1066/14
**10 [2]** 1030/3 1087/1
**10 a.m [7]** 1044/16
1044/18 1044/22
1051/6 1051/7 1094/21
1094/22
**100-6 [1]** 1017/15
**1024 [1]** 1018/3
**1041 [1]** 1018/4
**1058 [1]** 1018/5
**1087 [1]** 1018/6
**11 [2]** 1030/12 1059/15
**11/1 [1]** 1037/21
**117th [2]** 1059/12
1059/20

1087/4
**11:15 [1]** 1087/2
**11:15 a.m [1]** 1087/4
**11:38 a.m [1]** 1100/2
**12 [4]** 1031/3 1098/21
1098/22 1099/2
**13 [1]** 1033/6
**13th [4]** 1046/19
1049/15 1049/21
1076/13
**14 [4]** 1023/24 1033/14
1092/4 1103/4
**14th [16]** 1038/14
1039/5 1044/17
1047/18 1048/4 1048/8
1048/13 1051/7
1055/15 1067/11
1071/5 1071/9 1071/13
1078/16 1094/3
1094/22
**15 [5]** 1033/20 1072/11
1072/17 1074/15
1075/3
**15-minute [1]** 1086/23
**15th [1]** 1048/9
**16 [1]** 1034/3
**17 [3]** 1034/8 1052/3
1070/16
**1793 [1]** 1017/13
**18 [2]** 1034/19 1039/7
**18th [6]** 1023/25
1038/16 1048/23
1048/25 1049/16
1049/21
**19 [1]** 1035/2
**192 [1]** 1046/12
**194 [1]** 1046/12
**1:21-670 [1]** 1017/3

**2**
**20 [7]** 1035/16 1066/9
1066/16 1066/16
1073/21 1075/23
1084/23
**20 years [1]** 1066/22
**20/20 [1]** 1084/23
**20001 [2]** 1017/12
1017/24
**201 [1]** 1017/19
**202-252-1793 [1]**
1017/13
**2020 [1]** 1075/12
**2021 [20]** 1023/24

1038/14 1038/16
1039/5 1039/7 1042/22
1043/22 1044/7
1044/12 1048/13
1048/13 1057/21
1067/21 1071/13
1073/9 1075/12
1075/16 1076/13
1090/24 1092/16
**2021-670 [1]** 1019/3
**2022 [4]** 1017/5 1100/7
1103/4 1104/9
**21 [3]** 1036/17 1095/11
1095/12
**21201 [1]** 1017/19
**21st [2]** 1102/20
1103/8
**22 [2]** 1017/5 1104/9
**2225 [1]** 1017/20
**22nd [1]** 1100/7
**23 [1]** 1037/23
**23rd [1]** 1044/12
**24 [5]** 1019/23 1021/14
1022/10 1022/22
1038/12
**24th [1]** 1044/21
**25 [1]** 1038/22
**25th [1]** 1017/19
**26 [1]** 1041/14
**27 [3]** 1058/22 1085/7
1098/1
**2800 [1]** 1017/15
**2:15 [1]** 1100/7
**2:47 p.m [1]** 1100/4
**2:54 p.m [1]** 1103/18
**2nd [3]** 1073/9
1075/12 1075/16

**3**
**3 p.m [2]** 1102/20
1103/8
**3.103 [3]** 1022/15
1023/13 1023/20
**30 [1]** 1079/16
**32 [2]** 1078/14 1080/12
**333 [1]** 1017/23
**334-395-6611 [1]**
1017/16
**36106 [1]** 1017/16

**4**
**410-385-2225 [1]**
1017/20
**4700-C [1]** 1017/23

**4**

**4th [1]** 1017/12

**5**

**503 [2]** 1042/20
1051/22
**555 [1]** 1017/12
**5th [3]** 1044/7 1044/9
1058/14

**6**

**6 p.m [2]** 1048/24
1049/1
**6/6 [1]** 1037/20
**6611 [1]** 1017/16
**670 [2]** 1017/3 1019/3
**6th [19]** 1039/2
1042/22 1043/10
1043/22 1043/25
1044/10 1051/20
1052/1 1053/21
1056/13 1057/9
1057/11 1057/24
1058/12 1071/17
1087/19 1088/15
1091/8 1102/15

**7**

**7/5 [1]** 1037/20
**7th [17]** 1044/16
1044/22 1045/2 1048/7
1048/13 1049/11
1049/20 1051/6
1055/15 1067/11
1071/5 1087/11
1087/11 1094/1 1094/6
1094/14 1094/21

**8**

**8th [4]** 1045/20
1054/16 1088/2
1094/23

**9**

**9/23/21 [2]** 1095/11
1095/12
**90 [1]** 1102/16
**9:14 [1]** 1017/6
**9:25 [1]** 1024/4
**9th [2]** 1078/19
1079/18

**A**

**a.m [12]** 1017/6 1024/4
1044/16 1044/18

1044/22 1081/6 1051/79
1087/4 1087/4 1094/21
1094/22 1100/2
**abide [1]** 1069/19
**ability [1]** 1030/6
**able [3]** 1035/10
1053/15 1088/11
**about [129]**
**above [2]** 1097/20
1104/5
**above-entitled [1]**
1104/5
**absolute [2]** 1028/14
1033/8
**Absolutely [1]** 1076/4
**accept [4]** 1025/14
1032/19 1041/13
1055/21
**acceptable [1]**
1029/19
**accepted [2]** 1044/21
1068/15
**accepting [1]** 1050/25
**accident [9]** 1040/24
1052/18 1054/9
1054/21 1055/5 1055/7
1055/8 1055/10
1085/10
**accompanied [1]**
1058/7
**accomplished [2]**
1068/12 1068/18
**accountable [1]**
1042/15
**accuracy [1]** 1032/3
**accurate [2]** 1031/20
1032/20
**accurately [1]** 1031/13
**accusing [1]** 1027/7
**acknowledged [1]**
1073/14
**acquittal [1]** 1037/22
**across [1]** 1095/22
**act [3]** 1041/18
1056/25 1095/23
**acted [4]** 1038/11
1040/16 1054/4 1081/1
**Action [1]** 1017/3
**actions [1]** 1057/25
**acts [2]** 1038/3
1052/20
**actual [1]** 1029/4
**actually [2]** 1037/25
1060/1

**added [1]** 1071/13
**addition [2]** 1022/15
1036/13
**additional [1]** 1081/12
**address [3]** 1023/17
1054/1 1103/11
**adjourned [2]** 1099/25
1103/18
**adjournment [1]**
1049/17
**admissible [1]**
1030/19
**admit [1]** 1070/23
**admitted [5]** 1025/20
1034/21 1034/24
1094/16 1099/20
**advice [1]** 1041/3
**advised [2]** 1046/7
1052/24
**advising [1]** 1055/2
**advisor [1]** 1068/23
**affect [3]** 1030/6
1030/8 1033/2
**affected [2]** 1067/15
1074/3
**affects [2]** 1031/16
1074/1
**affiliated [1]** 1076/1
**affiliation [2]** 1075/22
1075/22
**affiliations [1]** 1075/10
**after [22]** 1024/11
1024/17 1029/15
1030/24 1036/4
1037/17 1041/21
1051/8 1054/11
1054/12 1055/1
1077/13 1089/11
1090/18 1092/21
1092/22 1092/23
1092/24 1092/25
1093/1 1093/3 1099/15
**afternoon [1]** 1100/5
**again [26]** 1035/19
1035/25 1043/8
1046/21 1049/2
1053/21 1056/14
1057/12 1063/17
1065/23 1067/20
1067/20 1071/3 1071/3
1076/24 1077/16
1077/17 1079/17
1080/12 1088/12
1092/11 1096/17

**against [11]** 1028/5
1030/16 1031/5
1032/24 1033/10
1056/15 1065/15
1072/24 1072/25
1079/8 1079/9
**age [1]** 1026/9
**agent [10]** 1019/9
1045/6 1046/16 1073/2
1073/3 1073/9 1075/17
1089/23 1090/4 1095/2
**Agent Hart [2]** 1045/6
1046/16
**ago [11]** 1019/22
1043/19 1050/7
1073/19 1078/16
1081/3 1090/19 1092/9
1092/18 1093/17
1100/6
**agree [3]** 1021/22
1034/5 1057/6
**agreeable [1]** 1022/16
**agreed [5]** 1021/1
1041/13 1078/11
1079/13 1100/15
**agreement [2]** 1069/15
1079/24
**ahead [1]** 1047/8
**aid [1]** 1036/23
**AL [1]** 1017/16
**aligned [1]** 1072/13
**all [58]** 1020/9 1023/10
1025/15 1025/24
1026/7 1027/19 1030/1
1031/6 1034/22
1035/13 1038/4 1038/8
1040/12 1044/10
1049/1 1051/14 1052/6
1053/13 1053/22
1054/6 1057/3 1057/4
1057/23 1058/12
1058/17 1065/16
1066/10 1066/12
1070/18 1070/24
1070/25 1072/22
1073/16 1074/7
1077/17 1086/19
1088/20 1089/4
1089/12 1090/1 1090/4
1091/4 1091/20 1093/3
1093/18 1094/8
1095/22 1096/6 1097/9

**all... [9]** 1099/10 1100/1 1101/12 1101/14 1102/6 1102/12 1103/15 1103/15 1103/16
**allegations [1]** 1021/19
**alleged [5]** 1023/19 1038/18 1038/21 1041/10 1054/10
**allegedly [1]** 1040/10
**allegiance [1]** 1054/13
**allow [1]** 1030/8
**allowed [1]** 1041/5
**allows [1]** 1080/1
**almost [1]** 1074/11
**alone [5]** 1025/21 1025/22 1031/9 1039/9 1065/19
**along [1]** 1019/12
**already [6]** 1034/15 1039/8 1048/15 1085/5 1090/6 1098/18
**also [17]** 1019/10 1019/13 1021/3 1024/12 1024/13 1024/15 1026/1 1031/12 1032/11 1036/7 1037/15 1044/8 1052/6 1058/13 1098/5 1099/3 1099/20
**alternate [2]** 1098/13 1098/16
**alternates [1]** 1098/14
**always [1]** 1053/12
**am [3]** 1020/4 1023/18 1087/10
**AMANDA [2]** 1017/10 1019/7
**AMERICA [2]** 1017/2 1019/3
**Amerling [28]** 1049/7 1058/9 1059/9 1059/22 1062/14 1063/8 1066/6 1066/6 1066/16 1067/17 1068/21 1070/1 1070/6 1072/2 1072/7 1072/9 1072/16 1072/25 1073/21 1073/24 1077/16 1089/6 1091/13 1092/2 1093/17 1094/11 1095/21 1096/7

**Amerling's [1]** 1052/19
**among [2]** 1035/13 1044/2
**announced [1]** 1101/2
**another [8]** 1029/20 1035/16 1062/12 1072/7 1072/22 1075/8 1090/9 1097/18
**answer [11]** 1030/22 1030/25 1031/1 1042/8 1047/20 1068/13 1070/12 1071/7 1071/14 1075/19 1091/15
**answered [1]** 1030/24
**answers [1]** 1043/16
**anticipate [4]** 1055/11 1078/24 1080/14 1080/16
**any [53]** 1025/3 1025/6 1025/16 1025/22 1026/8 1026/19 1026/21 1027/8 1027/9 1027/9 1027/18 1027/25 1029/21 1031/9 1031/16 1031/21 1031/24 1032/5 1032/8 1032/10 1032/11 1032/13 1032/14 1032/23 1033/25 1034/1 1034/12 1034/22 1036/1 1036/3 1036/11 1036/13 1036/15 1036/16 1037/12 1037/12 1037/15 1037/16 1037/20 1037/21 1037/22 1038/2 1041/18 1045/23 1053/8 1065/19 1067/15 1073/6 1074/3 1078/4 1086/10 1096/24 1098/16
**anybody [1]** 1066/3
**anyone [3]** 1036/3 1036/10 1099/4
**anything [11]** 1026/15 1031/15 1031/25 1048/22 1076/4 1078/4 1080/24 1087/12

1103/10
**anyway [1]** 1070/3
**anywhere [2]** 1053/15 1088/3
**appeal [1]** 1091/23
**appear [10]** 1044/16 1046/20 1047/20 1048/13 1048/17 1052/15 1054/7 1081/9 1084/17 1100/18
**appearance [1]** 1046/4
**APPEARANCES [1]** 1017/9
**applies [3]** 1025/12 1033/22 1099/7
**apply [3]** 1024/11 1054/12 1078/5
**appreciate [1]** 1101/13
**appropriate [1]** 1021/20
**approximately [1]** 1102/16
**are [67]** 1019/10 1021/4 1021/13 1022/16 1023/10 1024/22 1025/3 1025/18 1025/19 1025/25 1027/1 1027/2 1027/3 1028/13 1028/18 1028/25 1029/1 1029/19 1029/22 1031/7 1032/8 1032/14 1035/5 1036/23 1036/23 1037/2 1037/15 1037/17 1038/9 1039/23 1041/15 1042/15 1049/12 1050/11 1055/23 1057/4 1059/6 1059/10 1066/21 1066/22 1073/22 1074/23 1074/24 1077/11 1077/20 1080/8 1080/17 1080/21 1085/6 1085/22 1086/1 1086/19 1087/3 1087/17 1091/13 1094/25 1094/25 1095/15 1095/23 1096/7 1096/9 1096/14 1097/14 1099/11 1099/18 1099/25

**aren't [1]** 1087/15
**arena [1]** 1073/22
**argue [2]** 1089/10 1089/12
**argument [2]** 1030/14 1091/16
**arguments [8]** 1018/4 1018/5 1018/6 1024/18 1024/18 1027/1 1041/21 1041/22
**arrive [1]** 1026/5
**article [1]** 1058/10
**as [92]**
**aside [1]** 1047/22
**ask [8]** 1022/14 1063/10 1067/15 1068/21 1074/2 1098/23 1103/2 1103/6
**asked [21]** 1030/4 1030/7 1030/14 1032/7 1044/8 1049/17 1056/17 1067/13 1068/10 1070/6 1071/3 1071/8 1071/11 1072/1 1075/11 1077/16 1080/7 1080/8 1081/11 1081/13 1086/13
**asking [5]** 1021/12 1051/15 1080/17 1081/4 1102/8
**asks [2]** 1044/5 1084/17
**asleep [1]** 1029/17
**assert [1]** 1053/8
**asserted [1]** 1052/25
**assertion [1]** 1045/24
**asserts [1]** 1029/3
**assessing [1]** 1070/22
**assist [2]** 1027/2 1034/18
**assume [3]** 1029/8 1029/13 1033/12
**attack [4]** 1039/2 1043/10 1051/20 1096/15
**attacked [3]** 1042/23 1097/17 1097/19
**attempt [1]** 1094/3
**attempted [1]** 1101/8
**attempting [1]** 1042/25
**attempts [1]** 1092/12
**attend [1]** 1046/2

**A**

**attention [2]** 1036/2 1078/15
**attentive [1]** 1098/20
**attentively [1]** 1056/23
**attorney [10]** 1017/15 1019/13 1041/3 1044/23 1045/2 1046/20 1050/25 1051/2 1094/15 1094/16
**attorney's [1]** 1049/9
**attorneys [2]** 1017/11 1026/22
**authority [9]** 1042/10 1043/15 1047/16 1053/11 1059/11 1087/18 1091/8 1091/19 1096/23
**authorized [4]** 1039/19 1040/11 1050/16 1096/1
**available [3]** 1067/24 1089/7 1102/19
**Avenue [1]** 1017/23
**avenues [1]** 1071/22
**aware [3]** 1026/1 1026/3 1073/20

**B**

**back [21]** 1045/20 1046/21 1048/4 1049/7 1053/12 1065/13 1065/24 1067/3 1067/5 1067/21 1071/4 1072/11 1076/24 1078/13 1079/4 1085/5 1086/15 1093/14 1099/1 1099/13 1099/15
**background [1]** 1073/16
**bad [1]** 1040/19
**badge [1]** 1099/16
**Baltimore [1]** 1017/19
**Bankruptcy [1]** 1017/22
**BANNON [47]** 1017/5 1019/4 1019/12 1019/12 1019/18 1042/4 1045/24 1048/15 1049/13 1049/15 1057/22 1058/2 1058/8 1058/19

1059/3 1059/23 1060/4 1060/5 1060/9 1066/15 1067/18 1068/19 1068/22 1070/5 1070/9 1070/25 1071/10 1071/13 1071/16 1072/5 1074/22 1075/7 1076/2 1076/14 1076/16 1076/21 1077/6 1079/4 1079/7 1079/11 1079/19 1080/18 1080/25 1084/22 1085/12 1086/20 1103/6
**Bannon's [6]** 1046/3 1062/24 1069/9 1069/12 1069/14 1081/14
**baseball [1]** 1091/11
**based [6]** 1028/17 1035/9 1059/4 1069/4 1086/10 1086/17
**basic [2]** 1071/8 1071/11
**basically [1]** 1080/21
**be [72]** 1020/3 1020/4 1020/21 1021/6 1021/20 1022/21 1022/24 1024/10 1024/13 1026/3 1027/13 1028/10 1028/11 1029/6 1029/11 1029/16 1030/3 1030/25 1031/10 1032/24 1033/10 1034/6 1034/9 1034/11 1034/13 1034/20 1034/25 1035/5 1035/8 1035/10 1035/19 1035/19 1035/21 1035/22 1036/23 1037/3 1037/24 1039/25 1040/22 1049/15 1051/16 1051/19 1053/12 1053/15 1053/19 1054/12 1055/3 1055/9 1056/20 1058/20 1059/15 1063/8 1063/11 1065/20 1073/20 1073/24 1075/4 1078/2 1084/17 1085/9 1086/17 1086/25

1091/2 1093/7 1098/1 1098/10 1098/16 1099/10 1099/20 1102/24
**Bear [1]** 1037/15
**because [49]** 1030/7 1033/12 1035/25 1037/25 1041/2 1041/4 1041/5 1042/6 1042/13 1046/15 1049/17 1052/23 1053/9 1053/16 1054/5 1054/20 1055/2 1055/8 1055/11 1055/23 1057/24 1063/11 1067/16 1071/15 1071/19 1079/4 1081/13 1087/14 1087/22 1087/25 1088/5 1089/18 1089/19 1089/21 1090/8 1091/2 1092/4 1093/11 1094/14 1094/19 1094/20 1095/7 1095/16 1096/3 1096/10 1096/20 1096/24 1097/13 1098/25
**become [1]** 1073/19
**becomes [1]** 1037/6
**been [29]** 1024/18 1025/10 1030/9 1030/23 1032/21 1034/21 1040/11 1040/12 1052/7 1053/2 1056/17 1059/16 1065/23 1066/8 1066/16 1066/19 1066/25 1072/2 1072/12 1078/6 1078/21 1087/17 1087/20 1088/1 1089/11 1089/13 1092/10 1094/9 1095/18
**before [29]** 1017/8 1022/20 1022/22 1024/7 1035/17 1044/10 1046/19 1048/22 1048/23 1058/11 1066/20 1068/9 1068/15 1068/17 1069/16

1069/17 1076/8 1076/13 1076/17 1077/3 1077/3 1085/14 1092/21 1097/6 1098/12 1098/14 1098/16 1098/22 1103/7
**begin [3]** 1024/7 1024/19 1098/12
**beginning [5]** 1019/6 1036/8 1036/22 1058/3 1058/6
**behalf [1]** 1051/1
**behavior [1]** 1031/17
**behind [2]** 1089/5 1090/17
**being [10]** 1048/3 1054/11 1054/12 1069/4 1071/5 1076/1 1080/7 1080/8 1081/13 1092/23
**beings [1]** 1025/24
**belief [4]** 1041/4 1041/6 1053/4 1090/14
**believability [1]** 1025/23
**believe [13]** 1020/24 1023/1 1026/18 1030/19 1031/9 1032/23 1043/21 1043/23 1062/13 1065/19 1066/21 1066/22 1067/6
**believed [6]** 1030/15 1031/10 1052/4 1052/24 1065/21 1071/20
**believes [1]** 1048/18
**beneath [3]** 1056/2 1056/5 1091/22
**benefit [6]** 1028/23 1060/7 1068/20 1072/5 1074/22 1075/7
**best [2]** 1071/15 1071/23
**better [1]** 1094/23
**between [9]** 1032/5 1032/10 1032/12 1037/5 1040/8 1044/20 1067/3 1074/20 1102/8
**beyond [24]** 1027/16 1027/20 1028/1 1028/5 1028/11 1028/12 1031/5 1033/19

**B**

**beyond... [16]** 1034/17 1038/10 1038/19 1039/10 1039/13 1040/2 1040/7 1040/16 1041/8 1041/16 1050/10 1059/2 1065/8 1065/15 1072/19 1098/11
**bias [4]** 1033/1 1073/7 1073/18 1073/20
**biased [1]** 1032/24
**biases [4]** 1025/25 1026/2 1026/2 1026/4
**bit [3]** 1058/6 1085/15 1100/6
**black [4]** 1055/15 1087/16 1095/1 1095/5
**blame [1]** 1055/18
**blind [1]** 1073/19
**block [3]** 1044/3 1044/4 1044/8
**blogging [1]** 1036/12
**Bob [10]** 1062/20 1062/24 1067/4 1069/9 1069/13 1076/5 1078/10 1078/16 1078/18 1080/13
**body [2]** 1095/20 1095/23
**boilerplate [2]** 1070/16 1070/17
**book [11]** 1058/10 1072/21 1072/21 1072/24 1072/25 1073/14 1074/16 1096/5 1096/7 1096/9 1096/10
**booted [1]** 1047/14
**born [2]** 1086/4 1086/4
**both [9]** 1022/15 1029/18 1029/23 1030/2 1030/25 1048/16 1050/23 1100/9 1101/11
**bothered [1]** 1045/7
**bottom [2]** 1091/8 1092/13
**box [2]** 1065/24 1076/24
**break [5]** 1044/11 1051/13 1058/12 1086/24 1093/4
**brief [7]** 1022/13

1023/15 1024/8 1062/18 1062/25 1063/3 1063/6
**briefly [1]** 1036/5
**bring [6]** 1020/14 1024/3 1069/18 1078/14 1099/13 1099/20
**bringing [1]** 1099/20
**brings [1]** 1052/10
**broadly [1]** 1051/25
**broken [1]** 1048/15
**brushing [1]** 1092/10
**building [2]** 1043/1 1053/25
**builds [1]** 1073/24
**burden [5]** 1027/11 1027/16 1028/4 1039/8 1078/3
**business [1]** 1103/4

**C**

**calendar [1]** 1102/18
**call [3]** 1028/8 1094/12 1099/5
**calling [2]** 1093/15 1099/10
**calls [1]** 1091/10
**came [3]** 1044/24 1049/1 1089/23
**can [28]** 1021/6 1022/10 1023/14 1023/16 1035/11 1036/5 1047/8 1047/10 1049/21 1050/21 1053/17 1055/21 1062/13 1063/10 1069/15 1069/18 1069/21 1069/23 1073/24 1076/23 1078/12 1080/25 1086/18 1086/23 1089/12 1093/8 1098/20 1101/17
**can't [6]** 1070/20 1080/24 1091/2 1091/10 1092/16 1097/3
**candidates [1]** 1075/25
**cannot [4]** 1037/24 1053/19 1084/16 1085/13
**capability [1]** 1033/3

**Capitol [4]** 1039/3 1042/23 1043/11 1051/21
**captures [1]** 1069/5
**car [2]** 1047/5 1047/14
**care [3]** 1094/19 1094/20 1097/13
**career [4]** 1072/12 1072/14 1073/25 1093/17
**carefully [1]** 1086/14
**CARL [1]** 1017/8
**cars [1]** 1053/16
**case [83]** 1019/3 1025/13 1025/19 1026/13 1026/17 1026/20 1027/13 1029/1 1030/1 1030/10 1030/13 1031/25 1032/2 1033/7 1033/16 1034/11 1035/21 1035/22 1035/25 1036/10 1036/12 1036/24 1037/13 1037/22 1038/19 1039/9 1042/1 1042/4 1042/12 1042/16 1053/22 1056/9 1056/10 1057/22 1057/23 1057/24 1058/7 1058/25 1059/2 1059/2 1059/7 1059/8 1060/4 1062/13 1062/17 1063/7 1063/12 1065/8 1065/25 1066/1 1066/3 1066/7 1066/17 1066/20 1067/3 1067/13 1068/19 1069/5 1069/18 1069/24 1071/1 1072/2 1072/5 1072/10 1073/3 1074/24 1075/2 1078/3 1078/5 1079/8 1079/9 1079/10 1086/14 1093/9 1095/1 1096/18 1097/2 1098/9 1099/2 1099/4 1099/7 1099/8 1099/12
**cases [6]** 1028/6 1028/10 1028/16 1035/19 1102/12 1102/15
**cause [1]** 1074/16

**causes [1]** 1072/15
**celebrating [1]** 1045/15
**certain [4]** 1078/16 1098/3 1098/7 1098/7
**certainly [2]** 1094/21 1099/23
**certainty [3]** 1028/15 1029/25 1038/17
**certification [2]** 1044/3 1044/8
**certify [1]** 1104/4
**cetera [6]** 1078/1 1078/1 1078/6 1078/6 1080/4 1080/4
**Chairman [15]** 1062/15 1062/20 1062/22 1062/24 1063/2 1063/5 1063/8 1063/13 1070/3 1070/7 1076/12 1078/17 1078/17 1080/11 1080/13
**Chairman Thompson [7]** 1062/20 1062/22 1063/13 1070/3 1070/7 1080/11 1080/13
**Chairman Thompson's [3]** 1062/22 1063/2 1063/5
**chamber's [1]** 1023/17
**chance [1]** 1099/12
**chances [2]** 1074/23 1074/24
**change [3]** 1089/19 1092/16 1093/20
**changed [1]** 1054/15
**changes [1]** 1019/24
**characteristic [1]** 1026/8
**charge [3]** 1028/5 1030/8 1038/24
**charged [19]** 1021/7 1021/8 1021/17 1021/21 1027/22 1028/19 1033/15 1038/23 1039/12 1041/15 1041/17 1041/19 1050/3 1054/13 1058/3 1071/2 1079/5 1092/24 1094/7
**charges [14]** 1023/2 1023/23 1030/3 1030/6 1031/5 1033/19

**C**

charges... [8] 1033/21 1038/13 1039/4 1039/6 1046/13 1065/15 1079/7 1092/25
Charles [1] 1017/19
check [4] 1050/21 1051/2 1051/12 1052/9
chief [1] 1075/2
child [1] 1089/10
choice [15] 1052/20 1052/22 1080/22 1080/22 1088/21 1088/22 1090/15 1090/17 1090/17 1090/22 1090/23 1090/24 1091/1 1092/6 1097/5
choose [1] 1053/17
chose [15] 1033/12 1042/16 1052/16 1053/3 1053/23 1054/7 1054/10 1054/13 1056/5 1057/12 1085/13 1087/23 1089/20 1089/20 1090/12
chosen [1] 1033/9
circulated [1] 1019/19
circumstances [8] 1029/6 1032/4 1032/6 1037/16 1038/2 1038/4 1038/8 1043/14
circumstantial [8] 1028/24 1029/2 1029/7 1029/16 1029/18 1029/22 1029/24 1030/2
citizens [1] 1053/10
civic [1] 1056/22
civil [4] 1028/6 1049/18 1069/18 1077/4
civility [1] 1035/12
claim [2] 1090/10 1090/18
claimed [4] 1045/21 1054/8 1054/16 1092/25
claiming [5] 1045/3 1045/9 1089/17 1092/16 1094/18
claims [1] 1092/8
clarifications [1]

clarify [2] 1020/16 1048/22
clean [1] 1020/9
clear [10] 1022/25 1045/12 1045/21 1054/24 1057/9 1078/2 1094/15 1095/8 1095/17 1096/4
clearer [3] 1087/16 1087/19 1088/1
clearly [1] 1076/5
clerk [4] 1036/4 1037/7 1037/16 1100/15
client [2] 1089/1 1095/13
client's [1] 1089/5
close [2] 1019/19 1103/4
closing [8] 1018/4 1018/5 1018/6 1024/17 1024/18 1041/21 1041/21 1098/2
closings [3] 1097/23 1097/25 1098/2
club [8] 1072/21 1072/21 1073/14 1074/16 1096/5 1096/7 1096/9 1096/10
clubs [2] 1072/24 1072/25
Code [1] 1046/11
coffee [1] 1085/14
collaboratively [1] 1095/21
collect [1] 1045/7
collective [1] 1057/21
colored [1] 1033/2
COLUMBIA [1] 1017/1
come [13] 1019/5 1056/23 1066/24 1079/4 1079/4 1080/3 1081/4 1086/1 1086/5 1093/6 1094/2 1094/23 1097/7
comes [5] 1036/2 1042/9 1043/17 1048/2 1092/19
coming [1] 1076/6
commanded [3] 1052/15 1053/2 1087/17
comment [2] 1090/10

commit [1] 1076/2
committed [13] 1023/23 1023/25 1038/14 1038/15 1038/20 1057/25 1071/11 1073/6 1076/14 1080/20 1081/1 1092/7 1092/23
committee [103]
Committee's [9] 1040/5 1040/19 1043/17 1044/17 1046/22 1047/3 1053/2 1057/8 1087/19
committees [1] 1069/17
committing [1] 1084/19
common [1] 1097/9
communicate [6] 1036/9 1037/7 1037/10 1037/12 1070/7 1099/8
communicating [1] 1067/8
communications [4] 1035/18 1036/11 1037/18 1046/16
compare [1] 1093/15
completely [2] 1045/4 1091/14
compliance [3] 1054/14 1091/18 1091/22
complicated [1] 1042/1
complied [2] 1092/5 1100/12
comply [59] 1039/20 1039/21 1039/22 1040/18 1040/21 1040/23 1041/2 1041/10 1041/12 1044/19 1046/21 1047/2 1047/9 1048/6 1048/18 1049/13 1049/20 1049/21 1049/22 1049/25 1050/17 1050/18 1050/20 1051/4 1052/23 1053/4 1053/7 1054/2 1054/25 1057/10 1076/3 1076/4 1077/5 1078/20

commit [1] 1085/10 1087/21 1087/22 1087/24 1087/24 1088/7 1088/16 1089/17 1089/18 1089/20 1089/20 1090/22 1092/9 1092/12 1092/15 1092/20 1092/22 1093/4 1093/10 1094/4 1094/7 1094/20 1096/13 1098/9
complying [3] 1041/7 1045/4 1094/16
concerned [1] 1032/1
concerning [2] 1035/21 1037/13
concerns [14] 1025/9 1026/25 1027/11 1028/3 1028/24 1030/12 1031/3 1033/6 1033/14 1033/20 1034/19 1037/4 1037/23 1038/12
conclude [1] 1050/8
concluded [5] 1034/10 1062/11 1065/5 1084/13 1102/5
conduct [7] 1025/10 1036/13 1036/15 1039/19 1041/18 1050/16 1101/8
conducted [2] 1069/10 1069/12
confirm [3] 1020/20 1021/3 1021/5
Confirmed [1] 1095/13
confirms [1] 1091/17
confuse [1] 1056/11
confusing [1] 1087/9
confusion [1] 1054/21
Congress [36] 1038/23 1038/25 1039/11 1041/1 1041/11 1043/1 1043/6 1044/8 1046/11 1047/14 1049/25 1048/21 1049/25 1050/1 1050/3 1050/6 1053/8 1055/11 1055/18 1055/21 1055/24 1056/4 1059/12 1059/12 1059/20 1066/9 1066/17 1066/20

**C**

**Congress... [10]**
1072/14 1072/18
1072/23 1073/17
1073/22 1076/9 1080/9
1085/22 1100/17
1100/21
**Congress' [2]** 1042/10
1047/20
**congressional [3]**
1042/17 1057/10
1069/17
**connected [2]** 1043/21
1066/3
**connection [2]** 1073/1
1073/13
**connective [1]** 1040/8
**consciously [1]**
1026/3
**consented [1]** 1091/20
**consequences [2]**
1046/8 1053/15
**consider [41]** 1025/4
1025/15 1026/1 1027/7
1027/8 1030/1 1030/9
1031/6 1031/15
1031/17 1032/4 1032/8
1032/11 1032/14
1032/17 1032/20
1033/1 1033/17
1033/22 1034/22
1034/25 1035/10
1038/2 1038/8 1041/14
1046/10 1048/21
1055/9 1065/16
1065/22 1065/25
1066/2 1066/4 1069/21
1070/3 1070/12 1074/3
1075/5 1080/6 1098/4
1098/8
**consideration [7]**
1026/13 1026/15
1028/18 1035/15
1055/22 1056/2
1059/14
**considered [2]** 1030/4
1034/4
**considering [1]**
1065/7
**consisted [1]** 1072/21
**consistencies [2]**
1032/9 1032/12
**constant [1]** 1073/23
**constitutes [1]**

**Constitution [2]**
1017/23 1043/15
**contact [1]** 1044/23
**contempt [35]** 1038/23
1038/24 1039/11
1041/1 1041/11
1046/11 1048/21
1050/2 1050/3 1050/5
1053/5 1054/3 1054/17
1054/18 1055/23
1055/25 1056/1 1057/6
1057/8 1066/17
1066/20 1080/9
1090/25 1091/17
1091/24 1092/7
1093/23 1094/4
1094/21 1094/22
1096/25 1097/14
1097/15 1100/17
1100/21
**contemptuous [1]**
1077/7
**context [2]** 1040/17
1077/5
**continue [1]** 1067/22
**continued [2]** 1046/8
1089/20
**continuing [2]**
1089/10 1090/22
**contradicted [1]**
1032/21
**contributed [2]**
1072/15 1075/24
**control [3]** 1026/24
1086/3 1086/3
**convenient [1]**
1088/18
**convey [1]** 1034/12
**convict [1]** 1075/2
**conviction [1]** 1037/22
**convince [5]** 1089/24
1090/2 1092/22 1093/6
1093/8
**convinced [2]** 1028/13
1028/18
**coordinated [1]**
1046/24
**copies [3]** 1020/2
1020/7 1099/20
**copy [8]** 1020/4
1020/9 1022/23
1024/13 1024/15
1024/25 1059/16

**CORCORAN [13]**
1017/17 1019/12
1047/23 1049/5 1056/8
1057/3 1059/25 1091/3
1094/7 1096/5 1097/1
1103/2 1103/13
**Corcoran's [2]** 1089/7
1090/11
**correct [7]** 1020/7
1068/12 1068/13
1068/15 1068/16
1075/19 1104/4
**Costello [19]** 1049/6
1058/20 1062/20
1062/24 1067/4 1069/9
1069/13 1076/5
1076/22 1078/10
1078/17 1078/18
1080/13 1088/24
1089/4 1089/22 1090/4
1095/12 1095/13
**could [25]** 1020/14
1020/16 1040/4
1040/12 1045/9
1046/12 1052/7
1053/14 1054/12
1056/20 1063/11
1067/25 1070/5 1070/9
1071/20 1073/20
1075/5 1077/17
1079/12 1087/16
1087/19 1088/1 1090/2
1093/6 1100/10
**couldn't [4]** 1066/24
1081/9 1092/22
1092/24
**counsel [5]** 1019/5
1019/10 1026/25
1098/3 1103/6
**count [21]** 1022/25
1023/7 1023/8 1023/23
1023/24 1028/5
1033/21 1033/24
1033/25 1034/2 1034/6
1038/13 1038/15
1039/4 1039/5 1051/10
1051/11 1100/17
1100/18 1100/21
1100/22
**Count 2 [1]** 1023/8
**countries [1]** 1085/16
**country [6]** 1057/1
1057/4 1058/14

1083/20 1086/7
1086/17
**counts [4]** 1033/20
1038/23 1050/3 1100/9
**couple [1]** 1088/4
**course [10]** 1020/3
1024/15 1030/20
1054/15 1058/13
1059/13 1066/7 1077/7
1079/8 1079/11
**court [20]** 1017/1
1017/22 1021/6
1021/16 1023/2 1025/9
1029/10 1035/5
1037/14 1037/19
1046/24 1069/4 1069/8
1073/19 1081/4 1081/9
1085/4 1091/6 1101/1
1104/3
**Court's [2]** 1018/3
1056/24
**courthouse [1]**
1056/23
**courtroom [12]** 1024/4
1026/5 1036/1 1069/11
1087/7 1096/5 1097/7
1098/17 1099/19
1100/2 1100/4 1103/9
**courts [2]** 1017/22
1091/13
**cover [2]** 1044/1
1045/9
**coverage [1]** 1035/22
**COVID [1]** 1102/15
**CR [1]** 1017/3
**CRC [1]** 1017/21
**created [5]** 1042/20
1043/9 1050/1 1051/23
1051/24
**credibility [9]** 1025/23
1031/3 1031/7 1031/11
1031/16 1065/11
1065/18 1069/2
1070/22
**credit [2]** 1032/13
1032/22
**crime [35]** 1027/7
1028/19 1041/15
1041/18 1042/17
1042/18 1048/21
1050/1 1054/3 1054/13
1055/25 1057/25
1058/21 1058/21
1058/24 1067/6 1067/7

**C**

crime... **[18]** 1071/2
1071/11 1073/5 1073/6
1076/2 1076/14 1079/5
1080/8 1080/9 1080/18
1080/20 1081/1
1084/19 1089/24
1090/3 1090/25
1092/23 1097/12
crimes **[4]** 1041/17
1058/2 1092/14
1092/24
criminal **[13]** 1019/3
1027/12 1028/10
1028/16 1033/7
1046/13 1066/17
1066/20 1074/24
1075/2 1079/8 1086/7
1092/21
critical **[1]** 1085/8
critically **[1]** 1101/10
cross **[2]** 1070/23
1071/8
cross-examination **[2]**
1070/23 1071/8
cup **[1]** 1085/14
current **[3]** 1022/5
1102/13 1102/14

**D**

D'Amico **[1]** 1019/9
D.C **[3]** 1017/11
1047/12 1047/17
dark **[1]** 1042/22
date **[22]** 1038/18
1038/20 1038/21
1040/25 1052/18
1068/6 1068/8 1071/9
1071/10 1071/13
1076/13 1081/10
1081/12 1084/17
1094/12 1095/11
1095/19 1095/24
1095/25 1095/25
1100/7 1104/9
dated **[1]** 1100/7
dates **[27]** 1021/4
1021/7 1021/8 1021/17
1021/21 1023/10
1023/19 1039/12
1040/25 1051/8 1055/3
1055/14 1067/10
1067/11 1071/5 1071/6
1077/9 1077/11

1077/14 1077/15
1077/17 1077/17
1077/19 1077/20
1089/19 1090/6 1095/8
DAVID **[3]** 1017/14
1017/15 1019/11
day **[14]** 1017/7
1042/22 1044/9
1045/11 1045/21
1047/18 1058/11
1066/19 1073/15
1076/13 1093/13
1095/13 1097/16
1103/4
days **[4]** 1090/19
1092/21 1093/17
1102/16
daytime **[1]** 1098/24
DC **[3]** 1017/4 1017/12
1017/24
dcd.uscourts.gov **[1]**
1017/24
deadline **[9]** 1044/22
1044/23 1045/22
1054/22 1093/7 1093/7
1097/10 1097/10
1097/11
deadlines **[2]** 1055/16
1071/24
deal **[2]** 1079/9
1079/10
dealing **[2]** 1069/12
1074/23
deceiving **[1]** 1087/15
December **[1]** 1080/4
decide **[13]** 1025/20
1025/21 1025/22
1026/13 1026/17
1029/21 1035/25
1038/6 1074/7 1074/8
1080/23 1093/4 1097/2
decider **[1]** 1097/21
deciding **[1]** 1033/18
decision **[14]** 1033/10
1033/11 1047/8 1054/2
1056/22 1057/10
1067/16 1087/24
1088/21 1088/23
1089/13 1089/14
1090/23 1093/10
declaring **[1]** 1046/22
default **[4]** 1051/9
1054/20 1055/8
1055/10

defaulted **[6]** 1048/5
1048/6 1048/8 1051/6
1051/11 1051/12
defendant **[125]**
defendant's **[23]**
1027/9 1028/13
1039/22 1040/18
1044/5 1049/6 1049/9
1050/19 1050/25
1051/9 1052/12
1052/17 1054/20
1079/16 1080/12
1090/14 1092/6
1092/1 1092/20
1093/20 1095/17
1096/4 1097/5
defense **[19]** 1018/5
1019/13 1041/1
1041/11 1053/5
1055/13 1055/18
1057/14 1077/25
1078/1 1078/2 1078/4
1078/5 1078/8 1078/14
1079/17 1087/8
1090/15 1098/8
defiance **[5]** 1045/15
1057/12 1088/19
1089/8 1097/12
defied **[2]** 1093/25
1094/2
definition **[2]** 1075/25
1091/24
defy **[5]** 1042/17
1046/8 1049/24 1056/5
1088/23
defying **[1]** 1045/13
degree **[1]** 1029/25
deliberate **[16]**
1024/14 1024/16
1036/6 1040/22
1040/22 1052/13
1054/2 1065/13 1085/9
1087/24 1088/21
1088/22 1090/15
1090/23 1091/2 1097/5
deliberately **[4]** 1041/9
1042/16 1092/6
1092/15
deliberation **[4]**
1088/12 1093/15
1097/8 1099/18
deliberations **[15]**
1024/11 1024/19
1025/1 1026/24 1031/2

1034/20
1035/4 1036/9 1036/14
1036/21 1037/5 1037/6
1056/25 1098/13
delivered **[1]** 1096/1
demand **[2]** 1048/7
1066/11
demanded **[1]** 1048/12
demands **[1]** 1055/9
demeanor **[2]** 1031/17
1069/5
democracy **[3]** 1043/3
1057/5 1097/18
democratic **[6]** 1066/8
1072/14 1072/15
1072/18 1072/23
1073/17
Democrats **[1]**
1085/22
Department **[1]**
1046/13
deposition **[16]**
1044/17 1046/2 1046/5
1046/20 1047/18
1048/9 1048/14
1048/17 1053/24
1059/11 1066/24
1078/22 1078/24
1080/14 1080/16
1094/2
DEPUTY **[1]** 1100/15
described **[2]** 1031/13
1052/6
deserve **[1]** 1026/7
deserving **[1]** 1056/3
designated **[1]** 1046/4
desire **[1]** 1033/3
details **[1]** 1032/7
determine **[7]** 1025/18
1026/12 1029/1 1031/9
1033/1 1041/15
1065/19
determining **[4]**
1031/4 1032/19 1038/9
1065/14
devastating **[1]** 1043/6
diamond **[1]** 1091/11
dictate **[1]** 1091/17
dictionary **[1]** 1056/1
did **[30]** 1041/2 1042/7
1042/8 1042/9 1042/24
1043/12 1044/19
1044/24 1047/19
1048/23 1049/1

**D**

did... **[19]** 1049/24
1053/24 1054/12
1056/6 1059/22
1067/17 1068/21
1069/6 1069/6 1070/3
1070/6 1072/25 1073/8
1075/9 1075/11 1076/2
1078/23 1096/12
1101/11
didn't **[36]** 1042/4
1042/6 1042/6 1044/20
1069/14 1070/12
1071/7 1075/18 1076/2
1076/4 1077/18
1077/18 1078/2 1078/7
1079/7 1080/3 1087/22
1087/25 1089/18
1089/21 1089/25
1090/6 1090/7 1090/8
1090/18 1091/1 1091/2
1094/1 1094/2 1094/7
1094/19 1094/19
1094/20 1094/24
1097/13 1097/13
dies **[1]** 1074/6
differences **[1]**
1032/16
different **[9]** 1022/3
1026/23 1063/11
1071/4 1076/22
1084/22 1086/1
1091/14 1091/23
differently **[1]** 1040/6
difficult **[2]** 1087/9
1087/13
direct **[10]** 1028/24
1029/1 1029/5 1029/11
1029/18 1029/22
1029/25 1030/2
1070/24 1071/12
directly **[1]** 1037/24
disability **[1]** 1026/9
discharged **[1]**
1101/15
discuss **[5]** 1036/3
1036/5 1050/9 1099/4
1099/11
discussed **[1]** 1073/15
discussion **[8]**
1060/14 1062/11
1063/18 1065/5
1081/22 1084/13
1101/19 1102/5

discussions **[1]**
1035/11
disdained **[1]** 1056/4
dislikes **[1]** 1025/25
dismiss **[1]** 1079/7
dispute **[1]** 1060/1
distract **[4]** 1056/11
1095/4 1095/5 1096/21
DISTRICT **[5]** 1017/1
1017/1 1017/8 1017/22
1047/5
divided **[1]** 1037/20
do **[32]** 1024/12
1024/12 1024/17
1024/21 1036/2 1036/7
1036/19 1042/15
1044/15 1044/15
1047/15 1047/17
1048/3 1048/23
1051/17 1052/21
1052/21 1066/11
1067/20 1068/1 1069/1
1069/3 1071/12
1080/22 1080/24
1088/25 1098/12
1098/25 1100/19
1100/22 1101/14
1102/19
document **[10]**
1044/13 1044/21
1044/25 1045/22
1048/16 1054/7
1055/16 1059/14
1071/1 1094/17
documents **[30]**
1041/13 1042/8
1043/16 1044/15
1044/20 1045/7
1045/18 1045/25
1046/23 1048/7
1048/12 1049/12
1049/14 1049/16
1050/4 1050/23 1051/5
1051/6 1051/12 1053/3
1053/23 1054/1
1067/15 1071/21
1077/12 1078/22
1079/22 1088/10
1093/13 1094/1
does **[26]** 1027/17
1028/16 1029/20
1029/24 1040/9
1040/17 1047/16
1052/22 1052/22

1053/4 1057/3 1057/9
1066/6 1066/6 1066/7
1066/9 1068/22
1075/20 1076/22
1078/21 1078/25
1080/13 1087/11
1090/15 1090/16
1095/12
doesn't **[10]** 1047/13
1047/14 1047/15
1078/5 1085/19
1089/13 1091/15
1091/21 1091/25
1096/10
doing **[6]** 1056/10
1066/8 1067/22
1088/25 1089/4
1089/25
don't **[19]** 1022/4
1054/22 1055/4 1055/8
1055/17 1056/11
1079/3 1087/1 1088/3
1092/14 1093/7 1095/1
1095/7 1095/16 1096/3
1096/5 1096/24 1097/8
1099/8
Donald **[5]** 1043/20
1054/14 1079/19
1088/6 1088/20
done **[9]** 1024/18
1026/16 1038/3
1053/19 1069/16
1076/8 1077/3 1077/3
1092/18
door **[2]** 1091/11
1097/9
doubles **[1]** 1047/14
doubt **[49]** 1027/16
1027/21 1028/1 1028/3
1028/5 1028/12
1028/12 1028/17
1028/23 1031/5
1033/19 1034/17
1038/10 1038/19
1039/10 1039/14
1040/2 1040/7 1040/16
1041/8 1041/16
1050/10 1059/3 1059/3
1059/4 1059/4 1059/8
1060/3 1060/7 1062/13
1062/16 1063/11
1063/12 1063/12
1065/8 1065/15
1068/19 1068/20

1072/4 1072/6 1074/17
1074/19 1074/22
1074/22 1074/25
1075/4 1075/6 1075/7
1098/11
doubts **[1]** 1075/5
down **[7]** 1042/9
1048/2 1051/14
1071/23 1075/10
1075/11 1098/24
downplay **[2]** 1073/1
1075/22
dozens **[2]** 1067/1
1067/2
draw **[1]** 1027/9
drawn **[1]** 1029/6
drop **[2]** 1073/23
1073/23
dropouts **[1]** 1096/7
Dunn **[1]** 1019/9
Dunn-Gordon **[1]**
1019/9
during **[16]** 1025/1
1025/21 1026/24
1030/20 1034/19
1036/9 1036/14
1036/17 1036/20
1037/5 1037/6 1038/7
1044/7 1056/18 1098/2
1101/9
duty **[5]** 1025/14
1027/22 1028/1
1056/22 1099/24

**E**

each **[19]** 1028/5
1033/4 1033/20
1033/22 1033/24
1034/4 1034/5 1034/6
1035/13 1039/9
1039/13 1050/7 1050/9
1072/17 1074/15
1075/3 1076/19 1086/2
1101/2
earlier **[4]** 1090/13
1092/11 1092/14
1099/6
easily **[1]** 1050/21
edits **[1]** 1019/23
education **[1]** 1026/11
efficient **[1]** 1025/11
effort **[4]** 1044/7
1089/1 1092/20
1097/15

**E**

**efforts [2]** 1044/2 1053/20
**eight [1]** 1058/16
**either [2]** 1032/24 1076/23
**elapsed [1]** 1032/5
**election [2]** 1044/4 1068/25
**elections [1]** 1085/17
**electronic [2]** 1036/11 1095/6
**electronically [1]** 1036/15
**element [9]** 1027/21 1027/25 1033/15 1039/10 1039/24 1040/15 1051/13 1052/9 1052/11
**elements [10]** 1022/21 1022/22 1034/16 1038/22 1039/13 1039/23 1050/5 1050/11 1077/25 1098/10
**else [5]** 1036/3 1041/4 1051/8 1055/6 1094/24
**email [4]** 1023/16 1023/17 1054/1 1095/11
**emailed [1]** 1019/21
**emails [1]** 1036/11
**encountered [2]** 1066/10 1066/12
**encourage [1]** 1035/12
**end [2]** 1047/13 1067/22
**enforcement [2]** 1042/25 1047/11
**enforcing [1]** 1056/15
**engage [1]** 1056/25
**engaged [3]** 1044/3 1046/17 1089/2
**English [1]** 1051/14
**ensure [1]** 1057/11
**entered [4]** 1024/4 1087/7 1098/16 1100/4
**entire [5]** 1046/18 1072/1 1072/14 1089/2 1101/10
**entirely [2]** 1038/6 1098/14
**entitled [3]** 1033/5 1092/17 1104/5

**equal [1]** 1029/23
**erase [1]** 1092/14
**essence [2]** 1049/19 1069/5
**essential [3]** 1086/16 1092/2 1093/1
**essentially [3]** 1058/24 1077/10 1078/19
**establish [1]** 1038/17
**establishes [1]** 1038/19
**estate [2]** 1074/7 1074/14
**et [6]** 1078/1 1078/1 1078/6 1078/6 1080/4 1080/4
**et cetera [6]** 1078/1 1078/1 1078/6 1078/6 1080/4 1080/4
**ethnic [1]** 1026/9
**evaluating [2]** 1031/11 1032/3
**EVAN [2]** 1017/17 1019/12
**evasive [1]** 1070/21
**even [16]** 1045/7 1045/8 1054/11 1058/18 1068/17 1070/3 1070/12 1070/25 1079/5 1090/18 1092/25 1093/1 1093/11 1094/17 1094/19 1095/2
**event [5]** 1032/4 1032/5 1032/6 1032/7 1043/6
**events [4]** 1043/24 1051/25 1071/17 1073/15
**ever [3]** 1053/21 1066/19 1066/24
**every [9]** 1027/12 1027/21 1028/17 1033/7 1050/9 1058/13 1058/14 1067/1 1101/2
**everybody [2]** 1074/11 1074/11
**everyday [1]** 1097/10
**everyone [3]** 1019/15 1098/18 1100/5
**everyone's [1]** 1094/5
**everything [5]** 1045/10

1093/22
**evidence [73]** 1025/21 1025/22 1026/13 1026/22 1026/23 1027/1 1027/3 1027/4 1027/6 1027/8 1027/9 1027/18 1028/9 1028/18 1028/25 1028/25 1029/2 1029/2 1029/5 1029/5 1029/7 1029/11 1029/16 1029/19 1029/20 1029/22 1029/24 1029/25 1030/2 1030/9 1030/13 1030/15 1030/18 1032/13 1032/21 1033/17 1033/17 1033/22 1034/11 1034/21 1034/24 1035/10 1035/12 1035/14 1035/15 1036/1 1036/24 1036/25 1037/2 1038/4 1038/7 1038/8 1038/19 1047/23 1049/5 1050/9 1050/25 1051/9 1053/22 1056/24 1057/22 1058/4 1058/5 1059/6 1067/14 1068/23 1074/3 1080/23 1086/14 1086/18 1092/9 1093/9 1093/22
**evil [1]** 1040/19
**exact [2]** 1020/12 1038/18
**exactly [9]** 1019/24 1021/9 1047/19 1055/21 1069/11 1069/11 1069/13 1088/25 1089/3
**examination [2]** 1070/23 1071/8
**examine [2]** 1034/22 1034/25
**example [8]** 1029/8 1031/16 1037/20 1053/12 1068/22 1074/5 1076/10 1081/3
**examples [1]** 1059/6
**except [2]** 1037/11 1037/13

**exclusive [1]** 1026/20
**excuse [15]** 1024/19 1047/9 1047/12 1053/4 1087/20 1087/20 1088/19 1089/17 1090/9 1090/9 1090/18 1094/24 1095/17 1098/13 1098/20
**excused [3]** 1041/7 1090/14 1098/18
**executive [12]** 1041/6 1052/25 1069/22 1070/8 1076/7 1076/20 1077/2 1078/11 1078/20 1079/22 1080/1 1090/14
**exempted [1]** 1045/4
**exercise [2]** 1033/9 1091/7
**Exhibit [10]** 1062/19 1062/23 1063/4 1068/3 1076/11 1076/16 1076/25 1078/14 1079/16 1080/12
**exhibits [4]** 1034/19 1034/21 1034/23 1099/21
**exists [1]** 1099/3
**exited [1]** 1100/2
**expects [1]** 1046/3
**expeditious [1]** 1071/25
**expeditiously [1]** 1071/19
**explain [1]** 1058/4
**explained [1]** 1089/6
**explains [1]** 1069/13
**explanation [2]** 1034/9 1047/10
**explore [1]** 1070/8
**exposed [1]** 1086/5
**expressed [1]** 1026/18
**expression [1]** 1026/10
**extent [2]** 1031/10 1065/20
**eyes [1]** 1087/15
**eyewitness [1]** 1029/3

**F**

**face [2]** 1055/16 1086/7
**faced [1]** 1057/9
**facilitate [1]** 1035/11

**F**

facilitating [1] 1103/5
fact [8] 1028/8 1029/4
 1029/19 1033/24
 1077/19 1089/13
 1096/11 1096/21
facts [10] 1025/18
 1025/19 1026/12
 1029/1 1029/5 1038/4
 1038/7 1090/2 1094/25
 1095/1
fail [1] 1087/22
failed [8] 1027/25
 1039/20 1041/9
 1048/16 1050/17
 1051/4 1055/11
 1092/15
failure [11] 1039/5
 1039/6 1039/22
 1040/18 1040/20
 1040/21 1040/23
 1050/19 1085/9
 1100/18 1100/22
fair [8] 1025/11 1026/7
 1026/12 1030/6
 1030/10 1035/9
 1035/15 1074/12
fairly [3] 1033/5
 1074/10 1080/2
fairness [2] 1074/4
 1074/17
fall [1] 1055/17
falling [2] 1029/9
 1029/11
falsehood [1] 1032/16
family [3] 1074/5
 1086/4 1086/4
fancy [1] 1048/5
fashion [1] 1037/21
fashioned [1] 1085/15
favor [2] 1029/20
 1093/2
favoritism [1] 1026/14
FBI [7] 1019/9 1073/3
 1073/13 1075/11
 1075/14 1075/16
 1075/17
fear [1] 1026/14
features [1] 1043/3
federal [3] 1042/24
 1048/19 1092/24
feel [3] 1025/7 1056/17
 1078/7
feeling [1] 1056/1

feelings [1] 1045/11
few [8] 1028/14
 1041/20 1050/6
 1089/16 1090/19
 1092/21 1093/17
 1097/23
field [1] 1091/10
fights [2] 1073/23
 1073/23
figure [1] 1074/6
filing [1] 1069/22
fill [1] 1068/17
filled [4] 1068/2
 1068/4 1068/9 1068/14
final [6] 1019/18
 1019/19 1019/21
 1019/21 1024/20
 1052/10
finalize [1] 1099/19
finally [4] 1041/8
 1041/14 1046/3 1046/7
find [29] 1027/20
 1027/22 1027/24
 1028/1 1028/19
 1028/23 1033/24
 1038/7 1039/10
 1039/11 1040/1 1041/8
 1050/7 1057/13 1059/1
 1059/5 1060/4 1068/20
 1080/7 1080/8 1080/17
 1080/25 1085/12
 1085/13 1097/15
 1100/19 1100/20
 1100/23 1100/24
finding [2] 1056/12
 1092/2
fine [2] 1047/14
 1102/21
firm [1] 1071/10
firmly [2] 1028/13
 1028/18
first [13] 1020/20
 1021/4 1024/13 1035/4
 1039/15 1042/19
 1045/22 1050/11
 1068/6 1079/21
 1090/23 1091/12
 1095/24
FIVE [2] 1017/7
 1086/15
Floor [1] 1017/19
flouts [1] 1056/16
focus [1] 1085/7
Folks [1] 1097/7

follow [3] 1025/14
 1025/16 1053/10
followed [1] 1054/18
following [2] 1039/13
 1068/25
follows [1] 1077/13
fooled [1] 1093/7
forbid [1] 1074/5
force [1] 1046/10
foregoing [1] 1104/4
foreperson [7] 1035/3
 1035/4 1035/6 1035/10
 1037/8 1100/8 1100/13
forget [1] 1057/20
forgot [1] 1093/12
form [8] 1020/21
 1029/20 1034/8 1034/9
 1034/10 1034/14
 1034/17 1099/21
formal [1] 1027/6
former [14] 1046/24
 1052/24 1054/8 1088/6
 1088/14 1088/15
 1088/18 1088/22
 1090/21 1091/6
 1091/15 1093/3
 1093/16 1093/23
forth [5] 1049/7 1053/8
 1067/3 1070/4 1071/4
forward [1] 1019/5
foul [1] 1093/8
foundation [1] 1072/1
foundational [2]
 1057/1 1097/17
fourth [4] 1039/21
 1040/15 1050/19
 1052/10
free [4] 1025/7
 1075/21 1099/11
 1099/18
friend [2] 1088/6
 1093/3
friendship [2] 1032/1
 1066/2
front [1] 1054/6
fulfill [1] 1056/22
full [2] 1035/15
 1054/19
fully [2] 1046/5
 1046/17
fun [1] 1053/12
function [3] 1025/10
 1025/18 1053/10
funding [2] 1043/8

further [1] 1056/20
Furthermore [1]
 1043/23
future [5] 1078/25
 1080/11 1080/15
 1080/17 1080/19

**G**

gain [2] 1031/25
 1074/14
GASTON [8] 1017/11
 1019/8 1041/23 1058/6
 1072/10 1072/16
 1081/17 1096/7
gathered [1] 1094/17
gave [3] 1036/8 1054/9
 1088/4
gender [1] 1026/10
general [2] 1071/18
 1071/24
Generally [1] 1025/25
gentlemen [8] 1024/5
 1054/3 1087/8 1092/19
 1097/22 1098/2
 1099/17 1101/5
get [24] 1022/21
 1024/15 1047/15
 1047/16 1053/15
 1053/19 1058/23
 1065/22 1069/19
 1070/3 1074/7 1076/7
 1076/23 1077/2 1089/1
 1091/7 1091/8 1091/11
 1091/21 1091/25
 1092/13 1092/24
 1093/2 1094/3
gets [5] 1047/4 1047/5
 1047/14 1055/20
 1074/9
getting [3] 1024/13
 1066/10 1070/8
Gettr [1] 1045/13
give [28] 1020/13
 1024/7 1025/22
 1028/22 1029/8
 1029/21 1029/23
 1033/4 1043/16
 1047/10 1053/3
 1055/21 1059/7 1060/4
 1060/9 1068/19
 1070/20 1072/5 1074/5
 1074/22 1075/7
 1078/21 1088/5

**G**

**give... [5]** 1088/19
1092/13 1092/17
1093/4 1097/24
**given [5]** 1021/19
1021/22 1034/15
1034/25 1088/7
**gives [5]** 1072/4
1074/21 1074/21
1080/22 1097/1
**giving [1]** 1022/11
**go [16]** 1020/10
1024/14 1035/8 1047/8
1050/5 1053/24 1069/7
1070/18 1071/23
1080/1 1091/6 1091/6
1091/10 1093/14
1097/8 1101/17
**goal [1]** 1026/5
**God [2]** 1074/5
1085/19
**goes [3]** 1072/10
1072/19 1074/10
**going [21]** 1020/21
1023/11 1024/21
1044/10 1048/20
1049/6 1058/4 1059/1
1069/1 1074/6 1074/16
1077/22 1088/5 1088/9
1089/3 1090/21
1090/21 1092/21
1093/4 1098/22 1099/3
**good [14]** 1019/2
1019/7 1019/11
1019/15 1019/16
1024/5 1024/6 1041/24
1041/25 1053/4
1057/18 1057/19
1093/11 1100/5
**Gordon [1]** 1019/9
**got [14]** 1043/12
1047/7 1052/18
1070/21 1070/22
1074/2 1075/5 1075/6
1079/9 1079/10
1080/22 1081/10
1094/22 1095/14
**govern [2]** 1059/10
1059/11
**government [49]**
1018/4 1019/6 1027/15
1027/20 1027/24
1028/4 1031/4 1033/15
1033/18 1034/17

1038/10 1039/9
1039/12 1040/2 1040/6
1040/15 1041/11
1041/16 1042/13
1042/24 1043/5
1047/12 1047/17
1053/10 1053/18
1057/6 1059/1 1059/8
1065/8 1065/14 1067/5
1071/10 1072/4
1076/13 1078/15
1087/5 1087/18 1089/1
1089/14 1089/24
1090/2 1091/14
1092/23 1094/17
1096/16 1096/22
1097/17 1102/8
1102/21
**government's [18]**
1028/10 1042/10
1053/11 1053/17
1062/13 1062/19
1062/23 1063/4
1063/12 1068/3
1068/19 1072/2
1076/11 1076/16
1076/24 1078/3
1091/19 1103/10
**Great [1]** 1078/19
**greater [2]** 1029/24
1091/19
**ground [2]** 1029/14
1029/15
**grounded [2]** 1089/11
1089/12
**guess [2]** 1020/19
1047/24
**guilt [3]** 1027/9
1027/10 1028/13
**guilty [25]** 1027/15
1027/23 1028/2 1028/4
1028/19 1028/20
1028/22 1028/23
1033/12 1033/25
1033/25 1039/11
1041/17 1050/8
1057/13 1059/5
1068/20 1080/7 1080/8
1080/18 1085/13
1085/13 1097/21
1100/20 1100/24
**GULLAND [1]** 1017/11

**H**

**H.Res [1]** 1059/20
**had [53]** 1019/19
1020/21 1029/10
1029/16 1029/17
1031/22 1040/11
1041/6 1043/19
1043/20 1043/23
1044/23 1045/7
1045/10 1045/17
1045/18 1045/22
1048/5 1048/6 1048/8
1048/11 1048/15
1051/5 1052/4 1052/25
1053/2 1053/4 1053/7
1055/2 1055/23 1057/8
1063/8 1066/13
1066/16 1066/19
1069/9 1070/24
1070/25 1071/16
1073/10 1073/16
1074/15 1075/3
1078/14 1079/13
1090/5 1090/6 1091/6
1094/19 1095/18
1096/12 1097/14
1097/15
**hadn't [2]** 1092/23
1094/13
**half [1]** 1019/22
**hand [4]** 1027/24
1028/21 1029/5
1098/24
**handful [1]** 1067/4
**handing [1]** 1043/4
**hands [1]** 1085/22
**handwritten [1]**
1095/6
**haphazard [1]** 1094/3
**happen [2]** 1029/12
1085/19
**happened [4]** 1048/25
1056/13 1069/22
1096/17
**happening [2]**
1053/21 1096/17
**happens [5]** 1036/4
1043/8 1056/14
1057/12 1099/2
**happy [1]** 1096/11
**hard [9]** 1020/1 1020/7
1020/9 1044/13
1055/16 1087/9
1087/13 1094/25

**hard-copy [1]** 1020/9
**harm [1]** 1093/8
**Hart [6]** 1045/6
1046/16 1073/2 1073/9
1089/23 1090/4
**Hart's [1]** 1095/2
**has [58]** 1021/16
1025/10 1027/15
1027/20 1027/25
1028/4 1030/9 1031/4
1031/12 1031/21
1031/24 1031/25
1032/21 1032/23
1033/1 1033/7 1033/8
1033/18 1038/10
1039/12 1041/16
1045/24 1047/8 1047/9
1047/13 1048/15
1049/25 1053/8
1055/21 1056/8 1057/6
1057/7 1059/2 1059/2
1059/8 1059/16 1065/8
1065/14 1065/23
1065/25 1066/2 1066/8
1066/22 1068/24
1068/24 1072/4 1072/9
1072/9 1073/6 1076/16
1078/11 1078/21
1084/16 1085/5
1086/17 1088/6
1089/13 1100/15
**hasn't [4]** 1092/5
1092/9 1092/18
1093/13
**have [89]**
**haven't [1]** 1094/17
**having [1]** 1031/20
**he [193]**
**he's [11]** 1073/4
1073/5 1077/3 1077/3
1081/18 1085/13
1090/21 1090/22
1092/16 1093/4 1097/2
**health [1]** 1098/19
**healthy [1]** 1098/20
**hear [2]** 1047/23
1085/18
**heard [26]** 1045/6
1050/6 1050/24 1051/1
1058/8 1065/10
1065/12 1072/15
1072/17 1072/19
1073/2 1073/2 1073/3

**heard... [13]** 1073/8
1077/10 1077/23
1078/7 1085/16
1089/23 1090/4
1091/13 1091/14
1094/13 1097/23
1097/25 1098/5
**heart [1]** 1093/20
**held [1]** 1042/15
**hell [2]** 1044/10
1058/12
**help [3]** 1035/11
1074/7 1097/3
**her [32]** 1035/14
1059/22 1066/16
1068/8 1068/10 1069/4
1069/4 1069/7 1069/8
1070/1 1070/15
1070/22 1070/22
1070/23 1071/8
1071/11 1071/14
1072/3 1072/7 1072/12
1072/14 1072/15
1073/1 1073/8 1073/12
1073/25 1074/1
1075/10 1075/11
1075/22 1075/24
1091/15
**here [31]** 1033/8
1035/5 1037/14
1038/23 1041/15
1044/5 1047/4 1049/4
1050/9 1051/17 1052/7
1052/22 1055/23
1056/4 1069/4 1069/14
1071/12 1072/2 1078/6
1078/23 1080/14
1087/10 1088/3 1088/9
1088/16 1089/15
1089/25 1093/6
1095/15 1097/11
1098/10
**Here's [1]** 1075/15
**hereby [1]** 1087/17
**herman [4]** 1017/21
1017/24 1104/3 1104/9
**herself [5]** 1032/24
1068/2 1069/10
1069/12 1073/24
**Hey [2]** 1073/6 1079/6
**hide [2]** 1073/12
1090/17
**hiding [1]** 1089/5

**highlighted [1]**
1076/15
**him [47]** 1027/23
1028/6 1028/20
1028/23 1028/23
1032/23 1033/10
1041/7 1041/13 1045/4
1045/17 1045/22
1046/1 1046/2 1046/9
1047/17 1048/10
1048/11 1048/20
1048/21 1051/2
1052/24 1054/9
1054/17 1054/18
1054/19 1056/5
1056/11 1057/13
1068/20 1071/2
1071/19 1073/2 1073/3
1073/4 1077/2 1078/12
1079/5 1079/8 1084/25
1085/13 1088/25
1090/14 1090/19
1091/2 1091/5 1094/13
**himself [1]** 1091/7
**hindsight [2]** 1058/18
1084/22
**Hindsight's [1]**
1084/23
**his [63]** 1027/18
1029/10 1029/15
1033/11 1035/14
1041/3 1041/4 1041/5
1044/22 1045/2
1045/11 1045/15
1045/21 1046/9
1046/15 1046/20
1047/5 1047/12
1047/14 1047/22
1048/17 1051/1 1051/1
1052/23 1053/1 1054/6
1054/16 1056/7 1056/7
1057/3 1057/25
1058/11 1058/19
1070/7 1076/5 1076/20
1080/10 1081/2
1084/25 1085/1 1088/2
1088/19 1089/1 1089/1
1089/4 1089/23
1090/15 1090/22
1091/1 1091/7
1091/18 1091/18
1091/22 1092/8
1092/21 1093/1 1093/3
1094/2 1094/3 1094/3

1094/15 1094/16
1096/25
**historic [1]** 1043/1
**history [1]** 1042/23
**hold [2]** 1030/16
1033/9
**holding [1]** 1020/4
**honestly [3]** 1081/1
1086/2 1086/6
**Honor [40]** 1019/2
1019/7 1019/11
1019/14 1019/16
1020/6 1020/11
1020/16 1022/4
1022/14 1022/24
1023/3 1023/9 1023/16
1057/15 1057/17
1059/18 1059/24
1060/2 1060/10
1060/11 1063/16
1065/6 1070/11
1079/14 1081/6
1081/16 1081/20
1084/14 1085/2
1085/23 1086/21
1086/23 1087/6
1101/17 1102/10
1102/22 1102/23
1103/12 1103/14
**HONORABLE [1]**
1017/8
**hostility [2]** 1032/1
1066/2
**Hotel [1]** 1044/6
**hour [1]** 1019/22
**House [8]** 1039/1
1042/20 1043/20
1046/13 1051/22
1053/25 1054/19
1076/18
**how [26]** 1026/16
1029/21 1035/6
1037/17 1037/19
1051/17 1053/13
1056/13 1068/1
1073/25 1074/8
1080/25 1087/16
1087/19 1088/1
1088/12 1088/18
1093/19 1096/3
1096/17 1097/4 1097/5
1100/18 1100/22
1101/7 1103/1
**however [5]** 1029/13

1039/16 1035/8 1038/6
1099/12
**human [5]** 1025/24
1071/5 1095/18
1095/19 1096/2
**hypothetical [3]**
1081/18 1081/19
1084/15

**I**

**I'd [2]** 1035/18 1059/25
**I'll [5]** 1024/12 1069/16
1076/8 1077/5 1077/8
**I'm [12]** 1021/12
1058/14 1060/9 1065/23
1072/24 1072/24
1075/12 1078/17
1090/21 1098/22
1099/3 1102/18
**I've [8]** 1019/24
1034/15 1035/17
1036/18 1039/8
1069/16 1076/8 1077/3
**idea [2]** 1055/19
1058/11
**ideas [1]** 1070/4
**identification [1]**
1034/24
**identifying [1]** 1021/13
**identity [1]** 1026/10
**ignore [11]** 1025/5
1025/16 1026/19
1030/21 1030/25
1047/15 1048/1
1053/14 1053/17
1055/4 1097/5
**ignored [3]** 1047/19
1047/24 1048/2
**ignoring [1]** 1048/7
**illegally [1]** 1053/16
**illegally-parked [1]**
1053/16
**Imagine [3]** 1047/4
1081/5 1081/8
**immaterial [1]** 1040/21
**impartial [4]** 1026/6
1030/7 1030/10
1074/18
**implicit [1]** 1026/2
**important [14]** 1042/2
1042/12 1042/12
1053/18 1056/20
1058/17 1059/14
1073/4 1074/4 1080/6

**important... [4]**
1086/18 1099/24
1101/10 1101/12
**impossible [1]**
1081/10
**impresses [2]** 1031/19
1031/20
**improbability [1]**
1032/18
**improper [1]** 1033/10
**inadmissible [1]**
1030/12
**inadvertence [2]**
1040/24 1085/10
**inadvertently [1]**
1036/2
**include [7]** 1021/6
1021/13 1022/18
1023/11 1023/12
1023/18 1023/19
**included [1]** 1070/17
**includes [1]** 1036/10
**including [4]** 1032/5
1040/24 1071/24
1102/15
**income [1]** 1026/11
**inconsistencies [4]**
1032/9 1032/12
1032/14 1098/7
**independent [1]**
1036/13
**indicate [1]** 1038/5
**indicated [1]** 1026/18
**indicating [1]** 1026/16
**indictment [18]** 1021/4
1021/7 1021/11
1021/23 1023/2 1023/7
1023/10 1023/21
1023/22 1027/5 1027/6
1027/8 1033/21
1033/25 1034/2
1038/13 1038/24
1041/19
**indictment's [1]**
1021/19
**infer [1]** 1038/1
**inference [1]** 1027/10
**inferences [1]** 1029/6
**influence [1]** 1034/1
**inform [1]** 1071/22
**information [23]**
1039/1 1039/17
1039/25 1040/1 1040/4

1040/9 1040/10
1040/14 1043/13
1043/24 1044/2
1050/15 1051/15
1052/4 1052/7 1057/9
1057/11 1071/19
1071/20 1092/1 1092/3
1093/2 1099/16
**informed [1]** 1054/23
**injecting [1]** 1096/18
**innocence [3]** 1027/12
1027/14 1027/18
**innocent [4]** 1027/13
1058/2 1058/5 1086/20
**inquiry [1]** 1040/9
**instances [2]** 1076/19
1077/10
**instead [4]** 1049/24
1054/1 1092/4 1098/9
**instruct [5]** 1025/12
1025/14 1077/23
1085/4 1099/4
**instructed [4]** 1052/11
1065/23 1090/13
1092/11
**instruction [46]**
1019/23 1021/14
1022/5 1022/8 1022/12
1022/15 1022/19
1022/20 1022/22
1022/22 1023/12
1023/13 1023/20
1024/13 1024/23
1025/9 1025/17
1026/21 1026/25
1027/5 1027/11 1028/3
1028/24 1030/3
1030/12 1031/3 1033/6
1033/14 1033/20
1034/3 1034/8 1034/19
1035/2 1035/16
1035/16 1036/8
1036/17 1037/4
1037/23 1038/12
1038/22 1041/14
1077/24 1085/8
1097/24 1098/1
**instructions [32]**
1018/3 1019/19 1020/2
1021/10 1022/4 1022/6
1024/10 1024/14
1024/20 1024/22
1024/23 1024/24
1025/1 1025/2 1025/3

1025/11 1025/6 1025/8
1025/15 1034/14
1034/16 1041/20
1056/24 1058/22
1065/12 1065/13
1077/23 1085/6
1098/10 1099/6
1099/19 1101/7
**Intelligence [2]**
1076/18 1076/19
**intend [3]** 1020/12
1094/7 1096/13
**intended [4]** 1020/2
1027/2 1037/2 1068/11
**intent [4]** 1081/12
1081/13 1081/14
1085/5
**intentional [6]**
1032/15 1040/22
1040/22 1045/1
1052/13 1085/9
**intentionally [3]**
1041/9 1076/3 1080/25
**interactions [1]**
1069/9
**interest [7]** 1031/24
1032/25 1058/8 1066/1
1066/7 1071/18
1071/24
**internet [4]** 1035/20
1036/16 1099/7 1099/9
**interview [2]** 1073/9
1075/12
**interviewed [2]**
1066/14 1075/16
**interviews [1]** 1043/13
**introduce [1]** 1019/5
**introduced [1]**
1079/18
**invested [1]** 1101/10
**investigate [3]** 1039/2
1043/10 1051/20
**investigating [2]**
1073/3 1073/5
**investigation [8]**
1036/14 1039/18
1040/5 1040/12
1050/15 1076/18
1102/13 1102/25
**investigator [1]**
1093/17
**invite [1]** 1035/13
**invocation [1]** 1076/20
**invoked [1]** 1079/22

**invoking [1]** 1046/10
**involved [4]** 1057/22
1066/23 1066/25
1074/11
**involving [1]** 1074/20
**irony [1]** 1097/3
**is [253]**
**issue [7]** 1022/3
1047/12 1060/1 1062/12
1067/9 1069/18
1074/20
**issued [4]** 1040/3
1040/8 1043/14 1067/1
**issues [1]** 1098/8
**issuing [1]** 1045/16
**it [178]**
**it's [34]** 1023/1
1057/21 1057/24
1058/17 1058/24
1059/3 1067/7 1068/3
1068/17 1068/25
1071/10 1073/15
1074/12 1076/11
1076/12 1077/7 1078/3
1080/5 1080/11
1085/25 1086/18
1087/2 1087/14 1090/8
1090/24 1090/25
1090/25 1091/22
1093/8 1093/11
1095/20 1095/25
1096/19 1098/15
**items [2]** 1052/3
1088/13
**its [18]** 1042/8 1043/14
1045/12 1048/1
1051/19 1053/10
1053/18 1053/20
1057/7 1059/2 1059/2
1059/8 1065/8 1067/22
1067/22 1072/5 1093/2
1096/23
**itself [2]** 1030/6
1052/3

**J**

**January [25]** 1039/2
1042/7 1042/22
1043/10 1043/22
1043/25 1044/7 1044/9
1044/10 1051/20
1052/1 1053/21
1056/13 1057/9
1057/11 1057/20

**January... [9]** 1057/24
 1058/12 1058/14
 1071/17 1078/19
 1087/19 1088/15
 1091/8 1102/15
**January 6 [1]** 1042/7
**January 6th [19]**
 1039/2 1042/22
 1043/10 1043/22
 1043/25 1044/10
 1051/20 1052/1
 1053/21 1056/13
 1057/9 1057/11
 1057/24 1058/12
 1071/17 1087/19
 1088/15 1091/8
 1102/15
**jointly [2]** 1020/21
 1021/1
**joints [1]** 1087/23
**judge [11]** 1017/8
 1050/6 1052/6 1052/11
 1052/21 1069/1
 1069/19 1077/4
 1077/23 1090/13
 1092/11
**Judge's [1]** 1069/19
**judges [3]** 1025/19
 1031/7 1065/18
**Judging [1]** 1031/11
**judgment [5]** 1031/15
 1033/5 1034/4 1067/17
 1068/1
**July [6]** 1017/5
 1078/16 1079/18
 1080/5 1100/7 1104/9
**juror [7]** 1034/4 1034/5
 1035/13 1098/13
 1098/19 1098/20
 1098/22
**jurors [7]** 1028/6
 1036/3 1036/17
 1036/18 1037/1
 1037/17 1099/3
**jury [48]** 1017/7
 1019/19 1020/5
 1020/13 1020/15
 1022/8 1024/3 1024/4
 1024/10 1025/17
 1025/18 1030/5
 1034/20 1035/3 1036/6
 1036/10 1036/20
 1037/5 1037/9 1037/10

1037/12 1037/20
 1056/18 1056/22
 1065/24 1067/5 1075/1
 1076/24 1077/22
 1081/5 1085/6 1087/7
 1097/2 1097/22 1099/2
 1099/13 1099/15
 1099/17 1099/19
 1100/2 1100/4 1100/7
 1100/13 1100/15
 1101/1 1101/2 1101/5
 1101/9
**just [46]** 1019/17
 1020/6 1020/20 1021/5
 1022/9 1022/14
 1022/21 1022/22
 1022/24 1023/13
 1024/7 1024/20 1026/5
 1035/9 1036/3 1047/15
 1049/4 1050/6 1051/8
 1052/11 1052/16
 1053/6 1053/14
 1065/23 1067/14
 1069/6 1069/22
 1069/23 1072/1
 1073/19 1076/10
 1078/2 1081/10
 1081/11 1090/11
 1090/13 1090/19
 1090/20 1091/16
 1096/2 1097/4 1097/23
 1097/25 1100/6 1101/2
 1101/18
**justice [2]** 1026/8
 1046/13

**K**

**keep [2]** 1034/23
 1096/2
**keeps [1]** 1095/4
**kept [1]** 1090/5
**key [4]** 1058/23 1065/9
 1065/22 1067/10
**kid [1]** 1089/12
**kidding [1]** 1090/20
**kind [2]** 1027/8
 1084/24
**knew [6]** 1045/17
 1045/18 1046/14
 1052/15 1053/1 1089/3
**know [49]** 1022/5
 1028/14 1036/4
 1036/18 1043/19
 1046/14 1048/25

1050/22 1050/13 1051/5
 1051/10 1051/11
 1051/17 1051/24
 1052/1 1053/22 1054/4
 1055/25 1059/1
 1067/19 1067/20
 1068/1 1069/1 1069/3
 1073/4 1077/16
 1077/18 1077/18
 1084/21 1084/24
 1086/16 1087/18
 1088/14 1089/15
 1089/15 1090/16
 1092/20 1093/19
 1093/22 1094/6
 1094/14 1094/19
 1095/3 1096/5 1097/9
 1097/9 1101/7 1101/13
 1103/1
**knowing [1]** 1037/25
**knowledge [5]** 1029/4
 1059/23 1070/24
 1070/25 1071/12
**known [3]** 1072/16
 1074/15 1075/3
**knows [3]** 1084/16
 1089/12 1098/18

**L**

**lack [1]** 1033/17
**ladies [8]** 1024/5
 1054/3 1087/8 1092/19
 1097/22 1098/2
 1099/17 1101/5
**laid [1]** 1042/20
**language [4]** 1021/9
 1021/13 1021/22
 1078/5
**lapses [1]** 1032/15
**large [1]** 1068/25
**last [6]** 1055/6 1062/21
 1063/1 1090/8 1097/23
 1098/12
**last-minute [1]** 1090/8
**Lastly [1]** 1056/7
**late [2]** 1075/5 1102/17
**later [9]** 1029/10
 1032/6 1036/7 1041/12
 1041/13 1058/17
 1092/12 1099/22
 1103/3
**law [20]** 1017/15
 1025/12 1025/12
 1025/14 1027/17

1028/16 1029/18
 1029/20 1034/15
 1041/4 1042/24
 1048/15 1048/19
 1054/14 1056/15
 1057/2 1077/24 1085/5
 1097/20 1097/21
**lawful [1]** 1047/20
**lawmakers [1]** 1043/1
**lawsuit [3]** 1049/18
 1069/22 1092/25
**lawyer [14]** 1030/15
 1030/16 1046/15
 1049/6 1052/23
 1058/20 1062/24
 1069/10 1069/13
 1076/5 1081/10
 1081/10 1081/11
 1084/25
**lawyer's [2]** 1030/18
 1030/21
**lawyers [5]** 1027/1
 1027/3 1030/13
 1066/23 1067/8
**lead [1]** 1071/20
**leading [2]** 1043/25
 1051/25
**leads [1]** 1092/3
**learn [2]** 1043/7
 1074/13
**learned [2]** 1079/13
 1096/6
**least [1]** 1101/8
**leave [2]** 1097/8
 1098/22
**leaves [1]** 1028/12
**leaving [1]** 1103/7
**legal [5]** 1041/3 1041/6
 1047/2 1066/22 1067/9
**legalese [1]** 1059/13
**legally [1]** 1049/13
**legislation [4]** 1043/2
 1043/8 1051/23
 1053/20
**legit [1]** 1063/15
**Lesley [6]** 1020/14
 1024/3 1098/25
 1099/15 1100/10
 1101/4
**let [12]** 1029/8 1036/4
 1049/4 1053/1 1053/6
 1056/11 1062/12
 1062/17 1074/5
 1076/10 1089/22

# L

**let... [1]** 1090/10

**let's [13]** 1042/17
1042/19 1046/25
1050/5 1051/13 1055/6
1074/7 1076/6 1076/7
1078/12 1087/2 1088/9
1095/10

**letter [26]** 1044/1
1045/3 1049/2 1055/1
1055/1 1058/7 1062/19
1062/21 1062/23
1063/1 1063/4 1076/10
1076/11 1076/23
1078/4 1078/18
1079/19 1080/5
1080/12 1081/4 1081/9
1090/19 1093/16
1093/21 1094/15
1094/22

**letters [16]** 1048/1
1049/10 1052/2 1054/5
1054/6 1067/3 1067/4
1067/7 1071/4 1078/9
1078/9 1079/3 1079/18
1079/18 1087/20
1093/5

**level [1]** 1026/11

**lies [1]** 1039/9

**life [2]** 1086/5 1097/10

**like [18]** 1021/12
1022/7 1022/8 1035/18
1052/18 1053/17
1053/21 1056/15
1057/12 1059/25
1066/9 1069/16
1070/19 1089/10
1091/9 1099/7 1102/16
1102/19

**likelihood [1]** 1099/10

**likely [2]** 1028/8
1099/22

**likes [1]** 1025/24

**limited [2]** 1089/15
1092/4

**line [1]** 1101/17

**lines [1]** 1095/22

**listen [10]** 1024/15
1035/23 1035/24
1056/23 1067/14
1069/6 1069/14
1085/15 1086/14
1097/13

**little [2]** 1058/6 1100/6

**live [2]** 1063/13
1095/22

**location [1]** 1052/19

**loggerheads [1]**
1066/24

**long [5]** 1040/21
1053/1 1073/25
1077/13 1078/16

**long-time [1]** 1073/25

**longer [1]** 1073/25

**look [20]** 1022/7
1022/9 1051/24 1055/1
1062/21 1067/6
1067/14 1068/6 1068/6
1068/7 1070/17 1074/8
1076/15 1078/10
1080/7 1080/21
1086/15 1088/11
1094/20 1095/10

**looked [2]** 1029/9
1029/13

**looking [3]** 1051/16
1051/19 1102/18

**loose [2]** 1044/11
1058/13

**lorraine [4]** 1017/21
1017/24 1104/3 1104/9

**lot [3]** 1059/13
1077/12 1094/7

# M

**made [22]** 1019/22
1019/25 1030/14
1030/17 1032/11
1038/3 1043/13 1044/9
1045/11 1054/2
1058/24 1085/12
1087/24 1089/13
1089/14 1090/7
1090/11 1090/17
1090/17 1090/23
1092/6 1094/15

**magic [1]** 1077/14

**mail [1]** 1081/4

**major [1]** 1058/13

**make [12]** 1022/20
1043/7 1043/7 1047/8
1056/13 1068/22
1072/24 1074/18
1087/9 1090/22
1091/10 1092/6

**makes [1]** 1052/20

**making [3]** 1056/9
1091/16 1095/17

**malleable [1]** 1090/7

**man [4]** 1042/4 1042/4
1057/25 1091/19

**manner [2]** 1025/11
1031/18

**many [2]** 1088/12
1097/11

**marked [1]** 1034/23

**marshal [2]** 1037/8
1037/17

**matter [13]** 1037/12
1037/20 1040/10
1051/16 1051/18
1052/22 1052/23
1053/5 1053/7 1077/19
1079/3 1102/19 1104/5

**matters [4]** 1031/14
1031/23 1040/12
1052/7

**MATTHEW [1]** 1017/17

**may [41]** 1025/1
1025/2 1025/4 1025/16
1026/3 1026/15
1026/16 1027/8 1028/6
1029/1 1029/6 1031/15
1031/17 1032/4 1032/8
1032/11 1032/13
1032/17 1032/20
1032/25 1033/16
1033/24 1034/21
1035/19 1035/19
1035/22 1036/9
1036/13 1036/14
1036/19 1037/7 1038/1
1038/2 1053/6 1053/11
1056/17 1070/15
1073/24 1080/10
1080/18 1098/8

**maybe [1]** 1084/22

**MC [1]** 1017/19

**me [27]** 1021/9
1021/12 1025/7 1025/8
1026/22 1029/8
1034/12 1036/4 1037/5
1037/7 1037/11
1037/17 1037/19
1049/4 1053/1 1053/6
1062/12 1062/17
1074/5 1076/10
1080/11 1088/4 1088/5
1088/7 1089/22
1090/10 1093/4

**mean [4]** 1020/6
1040/17 1073/16

**meaningful [1]**
1031/22

**means [11]** 1029/19
1031/11 1036/14
1037/18 1040/23
1051/14 1052/12
1052/15 1052/16
1075/21 1085/9

**meant [1]** 1034/18

**media [3]** 1035/22
1058/14 1088/2

**mediator [2]** 1074/8
1074/15

**meet [1]** 1043/2

**meetings [1]** 1044/6

**member [6]** 1037/10
1037/12 1072/13
1072/18 1072/23
1074/6

**members [9]** 1037/8
1042/25 1044/7 1066/8
1072/14 1072/21
1073/15 1075/17
1101/1

**memoranda [1]**
1103/3

**memory [9]** 1026/23
1026/24 1031/21
1032/3 1032/15
1036/23 1036/25
1037/2 1057/21

**mention [2]** 1024/12
1089/25

**mentioned [1]** 1039/8

**mere [1]** 1031/15

**merely [1]** 1027/6

**merits [1]** 1037/13

**might [8]** 1043/24
1055/3 1068/21 1075/4
1084/21 1084/24
1088/14 1089/19

**mind [12]** 1034/23
1037/15 1037/23
1037/24 1038/1 1038/5
1038/11 1069/6 1075/6
1081/15 1084/18
1084/18

**mindful [1]** 1035/8

**minimum [1]** 1102/7

**minute [9]** 1046/25
1055/6 1075/1 1075/23
1079/7 1086/23 1090/8
1090/10 1095/10

**M**

**minutes [3]** 1050/7
1087/1 1087/1
**mirrored [1]** 1069/8
**missed [2]** 1045/23
1055/2
**missing [2]** 1087/10
1087/12
**mission [2]** 1035/9
1052/5
**mistake [23]** 1032/15
1040/24 1040/24
1045/1 1045/19
1052/18 1053/24
1054/21 1055/4 1055/7
1055/7 1055/10
1058/20 1058/24
1072/24 1084/25
1085/11 1085/12
1090/1 1090/8 1090/12
1090/24 1094/14
**mistaken [1]** 1089/19
**misunderstanding [1]**
1032/15
**mob [1]** 1042/23
**modern [1]** 1095/23
**modest [1]** 1019/22
**modifies [1]** 1034/16
**MOLLY [2]** 1017/11
1019/8
**moment [4]** 1022/8
1022/10 1054/23
1073/19
**momentarily [1]**
1056/24
**money [2]** 1072/15
1075/24
**Montgomery [1]**
1017/16
**months [11]** 1058/16
1067/23 1074/10
1074/10 1074/11
1089/16 1092/1 1092/4
1092/10 1092/17
1092/22
**more [10]** 1028/8
1028/11 1037/8
1049/21 1051/9
1066/14 1067/23
1088/4 1089/22 1092/1
**morning [17]** 1019/2
1019/7 1019/11
1019/15 1019/16
1020/25 1024/5 1024/6

1024/9 1024/11
1024/21 1041/24
1041/25 1057/18
1057/19 1090/13
1092/12
**mornings [1]** 1085/14
**most [5]** 1043/2
1071/8 1071/11
1085/14 1092/4
**motivated [1]** 1032/25
**motive [5]** 1033/14
1033/14 1033/16
1033/17 1033/17
**mountaintop [1]**
1088/3
**Mr [7]** 1019/12
1019/18 1049/13
1049/15 1063/9
1076/12 1079/11
**Mr. [45]** 1019/12
1045/24 1045/24
1046/3 1047/23
1048/15 1049/5 1049/6
1056/8 1057/3 1058/8
1058/19 1058/20
1059/25 1062/24
1069/9 1069/12 1070/5
1070/9 1071/10
1071/13 1071/16
1076/14 1076/16
1076/21 1076/22
1079/7 1080/18
1084/22 1085/12
1089/4 1089/7 1089/22
1090/4 1090/11 1091/3
1094/7 1095/12
1095/13 1096/5 1097/1
1103/2 1103/6 1103/13
1103/13
**Mr. Bannon [18]**
1019/12 1045/24
1048/15 1058/8
1058/19 1070/5 1070/9
1071/10 1071/13
1071/16 1076/14
1076/16 1076/21
1079/7 1080/18
1084/22 1085/12
1103/6
**Mr. Bannon's [4]**
1046/3 1062/24 1069/9
1069/12
**Mr. Corcoran [11]**
1047/23 1049/5 1056/8

1057/3 1089/25 1094/3
1094/7 1096/5 1097/1
1103/2 1103/13
**Mr. Corcoran's [2]**
1089/7 1090/11
**Mr. Costello [8]**
1049/6 1058/20
1076/22 1089/4
1089/22 1090/4
1095/12 1095/13
**Mr. Schoen [1]**
1103/13
**Mr. Trump [1]** 1045/24
**Ms [2]** 1072/16
1095/21
**Ms. [48]** 1020/14
1023/6 1024/3 1041/23
1041/23 1042/3 1049/7
1052/1 1058/6 1058/9
1059/9 1059/22
1062/14 1063/8 1066/6
1066/6 1066/16
1067/17 1068/21
1069/3 1070/1 1070/6
1070/14 1072/2 1072/7
1072/9 1072/10
1072/12 1072/16
1072/25 1073/21
1073/24 1075/8
1077/16 1081/17
1089/6 1091/13 1092/2
1093/17 1094/11
1095/2 1095/11 1096/7
1096/7 1098/25
1099/15 1100/10
1101/4
**Ms. Amerling [27]**
1049/7 1058/9 1059/9
1059/22 1062/14
1063/8 1066/6 1066/6
1066/16 1067/17
1068/21 1070/1 1070/6
1072/2 1072/7 1072/9
1072/16 1072/25
1073/21 1073/24
1077/16 1089/6
1091/13 1092/2
1093/17 1094/11
1096/7
**Ms. Amerling's [7]**
1052/1 1069/3 1070/14
1072/12 1075/8 1095/2
1095/11
**Ms. Gaston [5]**

1057/3 1089/25 1094/3
1094/7 1096/5 1097/1
1103/2 1103/13
**Ms. Lesley [6]** 1020/14
1024/3 1098/25
1099/15 1100/10
1101/4
**Ms. Vaughn [3]** 1023/6
1041/23 1042/3
**much [8]** 1029/21
1055/21 1065/6
1087/16 1087/19
1088/1 1099/14
1101/13
**Mueller [1]** 1076/17
**multiple [2]** 1033/20
1071/16
**must [33]** 1027/7
1028/10 1028/11
1028/19 1028/22
1030/8 1030/9 1030/16
1030/22 1031/6 1033/9
1033/12 1034/3 1034/5
1034/6 1034/17
1035/24 1035/25
1039/9 1039/11
1039/25 1040/2 1040/6
1040/15 1059/5 1060/4
1060/4 1060/9 1065/16
1068/19 1074/22
1087/20 1098/10
**mutual [1]** 1035/12
**my [17]** 1020/25
1024/13 1024/22
1024/25 1025/9
1025/20 1026/9
1071/15 1071/23
1076/6 1088/6 1095/13
1098/9 1099/6 1101/7
1102/12 1102/18
**myself [1]** 1085/19

**N**

**name [4]** 1051/19
1055/24 1093/15
1098/24
**name-calling [1]**
1093/15
**nation's [1]** 1042/22
**national [2]** 1026/9
1070/19
**nature [3]** 1030/3
1030/5 1030/8
**near [6]** 1038/20

**N**

near... [5] 1078/24
1080/10 1080/15
1080/17 1080/18
necessary [4] 1028/7
1037/6 1038/11
1039/23
need [24] 1022/23
1023/13 1038/17
1050/7 1053/10
1055/25 1057/8
1065/25 1066/1 1066/4
1067/19 1069/25
1070/1 1078/7 1089/15
1089/17 1091/23
1092/1 1093/19
1093/22 1095/2 1099/1
1099/12 1102/6
needed [1] 1048/23
needs [1] 1023/18
negotiate [2] 1055/19
1067/8
negotiation [10]
1049/6 1049/23
1055/20 1077/12
1077/21 1079/2 1088/8
1088/24 1089/5 1089/8
negotiations [1]
1067/10
neither [1] 1051/4
neutral [3] 1074/8
1074/15 1086/17
neutrality [2] 1074/4
1074/17
neutrally [1] 1074/10
never [8] 1027/16
1037/11 1037/15
1037/19 1043/8
1054/15 1056/13
1066/16
new [6] 1022/21
1069/21 1069/21
1092/2 1092/3 1092/3
newspaper [2]
1035/20 1058/10
next [8] 1025/17
1037/4 1043/5 1045/11
1045/20 1046/1
1091/11 1095/13
NICHOLS [7] 1017/8
1050/6 1052/6 1052/11
1052/21 1090/13
1092/11
night [3] 1045/2

1046/19 1094/15
nine [3] 1092/1
1092/10 1092/17
no [46] 1017/3 1021/1
1022/11 1022/17
1026/4 1029/14 1031/1
1035/5 1037/10
1037/25 1044/23
1045/1 1049/8 1053/7
1053/24 1054/9 1055/5
1057/22 1062/23
1063/5 1066/21
1066/23 1067/19
1070/12 1070/24
1070/24 1072/24
1073/24 1074/23
1074/24 1077/14
1080/22 1086/3 1086/7
1086/18 1087/20
1089/24 1090/2 1093/8
1093/8 1096/8 1096/12
1102/10 1103/3
1103/12 1103/14
non [5] 1075/13
1075/18 1075/20
1075/21 1076/1
non-partisan [5]
1075/13 1075/18
1075/20 1075/21
1076/1
noncompliance [4]
1046/9 1052/12
1052/17 1089/8
none [3] 1055/22
1057/20 1094/9
nonetheless [1]
1058/16
not [163]
note [5] 1025/7 1037/7
1037/11 1100/6 1100/8
notebook [1] 1098/23
notebooks [1] 1036/19
notes [1] 1036/19
1036/23 1037/1 1037/2
notetaker's [1] 1037/3
notetaking [1] 1036/17
nothing [8] 1034/11
1034/14 1034/15
1056/12 1056/14
1057/12 1093/10
1098/15
notice [1] 1046/15
November [4] 1073/9
1075/12 1075/16

now [34] 1020/3
1020/4 1020/13
1022/23 1023/17
1024/2 1041/21
1048/15 1051/5 1058/4
1065/7 1072/7 1074/25
1074/25 1075/4
1075/15 1077/22
1078/19 1084/21
1085/21 1086/15
1089/17 1090/20
1092/4 1092/18 1094/4
1097/3 1097/23
1098/20 1099/11
1101/14 1102/8
1102/14 1102/18
number [5] 1050/22
1051/3 1051/13 1077/1
1098/24
numbers [1] 1050/21
nutshell [1] 1069/11
NW [2] 1017/12
1017/23

**O**

object [2] 1021/25
1030/18
objected [1] 1030/13
objecting [1] 1030/15
objection [21] 1022/1
1022/11 1022/17
1022/25 1023/3
1030/21 1059/18
1059/24 1060/6
1063/16 1066/22
1067/24 1070/10
1079/14 1081/6
1081/11 1081/16
1084/17 1085/2
1085/23 1086/9
objections [4] 1019/18
1021/1 1030/16 1098/3
obligation [2] 1045/24
1091/6
observe [1] 1031/23
observed [1] 1031/13
obstacle [6] 1076/6
1076/7 1077/8 1080/5
1084/20 1091/5
obtaining [1] 1071/19
obviously [3] 1102/6
1102/24 1102/25
occasions [2] 1076/8

occur [4] 1078/24
1080/10 1080/14
1080/16
occurring [1] 1051/25
October [57] 1023/24
1023/25 1038/14
1038/16 1039/5 1039/7
1044/16 1044/17
1044/22 1045/2
1045/20 1046/19
1047/18 1048/4 1048/7
1048/8 1048/9 1048/13
1048/13 1048/23
1048/25 1049/11
1049/15 1049/16
1049/20 1049/20
1049/21 1051/6 1051/7
1054/16 1055/15
1055/15 1067/11
1067/11 1067/21
1071/5 1071/9 1071/13
1076/13 1080/4
1087/11 1087/11
1088/2 1090/24
1092/16 1094/1 1094/3
1094/6 1094/14
1094/21 1094/22
1094/23 1102/17
1102/20 1103/4 1103/8
1103/17
October 14 [1] 1103/4
October 14th [13]
1038/14 1039/5
1044/17 1047/18
1048/4 1048/8 1048/13
1051/7 1055/15
1067/11 1071/13
1094/3 1094/22
October 18th [6]
1023/25 1038/16
1048/23 1048/25
1049/16 1049/21
October 7th [16]
1044/16 1044/22
1045/2 1048/7 1048/13
1049/11 1049/20
1051/6 1055/15
1067/11 1087/11
1087/11 1094/1 1094/6
1094/14 1094/21
OFC [1] 1017/11
off [3] 1050/21 1089/1
1092/10

# O

**offense [15]** 1023/19
1023/23 1023/24
1027/21 1027/23
1027/25 1028/2
1033/21 1033/22
1038/13 1038/15
1038/18 1038/20
1038/23 1077/25
**offenses [1]** 1033/15
**offer [1]** 1092/8
**offered [3]** 1020/21
1030/14 1041/12
**offers [1]** 1077/1
**office [4]** 1047/10
1053/25 1099/15
1103/7
**officers [1]** 1042/25
**offices [1]** 1044/17
**Official [2]** 1017/22
1104/3
**often [1]** 1077/13
**okay [13]** 1022/10
1022/18 1023/5
1023/11 1024/1 1024/2
1068/14 1070/11
1085/25 1085/25
1102/11 1102/24
1103/15
**old [1]** 1085/15
**old-fashioned [1]**
1085/15
**omitted [1]** 1038/3
**once [1]** 1024/18
**one [53]** 1020/4
1020/16 1020/22
1021/2 1024/19
1029/20 1030/4
1033/25 1035/19
1037/8 1043/2 1043/5
1044/15 1047/22
1049/17 1050/3 1050/4
1050/9 1050/21
1050/22 1055/6 1059/9
1063/4 1063/7 1063/10
1065/9 1065/22 1070/2
1070/25 1072/10
1072/13 1072/22
1073/21 1073/25
1074/13 1074/25
1075/23 1075/25
1076/10 1077/1 1085/7
1085/7 1085/22 1086/7
1089/22 1091/19

1091/20 1093/11
1097/18 1097/24
1098/18 1099/2
1101/18
**one-page [1]** 1063/4
**one-week [1]** 1049/17
**ones [2]** 1055/15
1078/14
**ongoing [1]** 1045/24
**only [18]** 1027/2
1028/7 1030/9 1034/18
1034/23 1036/23
1041/14 1042/13
1042/14 1042/14
1056/9 1066/18
1075/23 1089/16
1093/5 1096/18
1096/19 1096/23
**open [3]** 1037/14
1037/19 1069/6
**opening [4]** 1047/22
1049/4 1056/7 1057/3
**operations [1]** 1024/8
**operative [1]** 1040/25
**opinion [4]** 1026/15
1026/19 1034/12
1091/11
**opinions [1]** 1025/25
**opportunity [2]** 1022/7
1031/22
**opposition [1]**
1085/18
**option [1]** 1070/13
**optional [1]** 1055/9
**options [1]** 1091/3
**orally [2]** 1024/12
1037/14
**order [10]** 1024/8
1034/5 1040/1 1047/2
1047/16 1047/17
1047/20 1050/7 1053/9
1080/24
**orderly [1]** 1025/11
**ordinarily [1]** 1037/24
**Organizations [1]**
1095/23
**organize [1]** 1035/11
**orientation [1]**
1026/10
**origin [1]** 1026/9
**other [30]** 1027/24
1028/21 1029/5
1030/14 1032/1
1032/13 1032/21

1034/1 1034/6 1036/3
1036/16 1037/21
1037/22 1038/4 1044/2
1052/13 1063/11
1069/17 1070/14
1070/18 1071/21
1071/21 1072/17
1074/15 1075/3
1075/17 1077/14
1085/16 1099/2 1101/8
**others [2]** 1025/5
1086/1
**otherwise [2]** 1037/19
1103/11
**our [25]** 1022/25
1026/5 1026/7 1042/13
1042/22 1042/24
1043/1 1057/4 1057/6
1057/21 1057/23
1059/14 1080/22
1086/2 1086/4 1086/5
1086/16 1091/14
1091/19 1096/15
1096/22 1097/1 1097/4
1097/16 1097/18
**out [22]** 1020/24
1029/9 1029/13
1042/20 1051/19
1056/12 1057/23
1058/20 1066/15
1068/2 1068/5 1068/9
1068/14 1068/17
1070/18 1074/6 1094/3
1094/13 1096/1
1097/16 1098/23
1099/16
**outcome [3]** 1031/24
1066/1 1066/7
**outlet [1]** 1058/14
**outset [1]** 1058/17
**outside [1]** 1072/20
**over [14]** 1029/20
1035/4 1043/4 1050/5
1054/14 1067/8
1067/10 1073/23
1086/3 1086/5 1088/11
1091/10 1094/18
1096/19
**overcomes [1]**
1028/17
**Overruled [3]** 1059/19
1079/15 1081/7
**overview [1]** 1024/21
**own [8]** 1026/23

1036/24 1037/2 1037/3
1072/15 1075/24
1089/23 1091/8

# P

**p.m [6]** 1048/24
1049/1 1100/4 1102/20
1103/8 1103/18
**page [14]** 1018/3
1018/4 1018/5 1018/6
1023/9 1058/22
1062/21 1063/1 1063/4
1068/4 1068/4 1068/11
1085/7 1098/23
**paper [5]** 1047/6
1067/6 1067/7 1087/16
1095/1
**papers [2]** 1039/16
1050/13
**paragraph [3]** 1021/17
1059/15 1076/15
**Paralegal [1]** 1019/8
**parent [1]** 1089/11
**parked [1]** 1053/16
**parking [5]** 1047/4
1047/10 1053/12
1053/14 1081/18
**part [3]** 1031/1
1057/21 1091/14
**participants [1]**
1057/5
**particular [5]** 1025/3
1027/21 1027/25
1029/21 1042/16
**parties [11]** 1019/20
1019/21 1019/23
1020/1 1020/21
1020/25 1021/2
1022/16 1024/17
1102/20 1103/3
**partisan [5]** 1075/13
1075/18 1075/20
1075/21 1076/1
**parts [1]** 1070/14
**party [11]** 1030/17
1072/13 1073/22
1073/25 1075/21
1075/22 1075/24
1075/25 1076/1
1085/22 1095/22
**pass [2]** 1043/2 1088/5
**path [5]** 1058/19
1058/19 1084/23
1085/13 1090/12

pattern [1] 1022/7
pause [8] 1022/13
1023/15 1059/7
1062/18 1062/25
1063/3 1063/6 1074/21
pay [3] 1047/9 1047/14
1047/16
peaceful [2] 1043/4
1044/4
pending [1] 1079/9
people [17] 1026/7
1032/1 1042/13
1042/14 1042/15
1053/14 1053/16
1053/19 1066/10
1069/25 1070/1
1072/22 1073/18
1074/13 1085/17
1094/8 1094/12
people's [1] 1097/15
perception [1]
1032/16
perform [1] 1097/15
perhaps [4] 1020/24
1023/14 1071/22
1081/11
permission [1] 1091/7
permitted [2] 1029/23
1036/18
persist [1] 1054/10
person [19] 1027/7
1029/8 1029/10
1031/19 1036/15
1037/16 1037/25
1052/20 1056/2 1056/9
1073/6 1074/14
1077/13 1084/16
1084/18 1084/19
1091/23 1095/24
1096/18
personal [10] 1025/24
1026/3 1026/8 1037/3
1070/24 1070/25
1073/10 1073/12
1096/8 1098/15
perspective [1]
1103/10
persuade [1] 1044/7
pertinent [8] 1039/18
1039/25 1040/1
1040/11 1040/13
1050/15 1052/5 1052/8
phone [1] 1098/24

Phrased [1] 1040/6
picked [3] 1071/5
1077/19 1095/19
piece [1] 1047/5
pink [1] 1047/5
place [3] 1026/4
1046/4 1079/25
placeholders [3]
1067/12 1067/12
1077/9
plain [1] 1051/14
play [11] 1022/6
1031/1 1042/10
1042/14 1057/7
1069/25 1070/1
1075/10 1075/11
1086/18 1087/23
played [1] 1101/12
plays [1] 1091/10
please [11] 1019/5
1020/14 1024/3 1025/7
1034/23 1055/16
1057/16 1060/12
1099/14 1100/10
1100/13
ploy [1] 1093/11
podcast [1] 1068/24
point [4] 1021/9
1045/6 1047/8 1048/4
political [16] 1056/12
1056/14 1068/24
1072/13 1073/15
1073/21 1073/22
1073/23 1073/25
1075/10 1075/24
1075/25 1086/1 1086/5
1096/15 1096/16
politics [11] 1056/9
1056/10 1067/13
1067/16 1074/4
1086/11 1086/18
1096/14 1096/14
1096/18 1096/20
portion [1] 1025/3
position [2] 1047/1
1079/11
positions [1] 1066/11
possibility [3] 1026/2
1028/22 1099/3
possible [3] 1028/17
1098/25 1103/7
possibly [1] 1045/9
posted [1] 1045/12

potentially [2] 1071/16
1071/20
power [8] 1043/4
1044/4 1066/11
1080/23 1085/17
1091/23 1097/2
1097/18
powerful [1] 1028/11
practice [2] 1102/12
1102/14
precisely [1] 1069/8
predicted [2] 1058/12
1058/15
preferences [1]
1026/4
prejudice [2] 1026/14
1033/1
prejudiced [1] 1032/24
prejudices [2] 1025/25
1026/4
prepared [3] 1058/16
1102/13 1102/25
preponderance [1]
1028/9
presence [1] 1044/6
present [1] 1073/10
presented [5] 1030/2
1030/10 1036/1
1081/10 1081/17
presentence [2]
1102/13 1102/25
presenting [1]
1081/18
preserved [1] 1022/1
preside [1] 1035/4
Presidency [1]
1085/21
President [24] 1043/5
1043/22 1046/24
1052/24 1054/8
1068/23 1069/15
1070/7 1076/20 1077/2
1078/9 1078/11
1079/13 1079/19
1088/6 1088/14
1088/15 1088/18
1088/22 1090/21
1091/7 1091/15 1093/3
1093/16
President's [1]
1093/23
presumed [1] 1027/13
presumption [2]

pretending [1] 1094/4
pretty [1] 1087/2
previous [1] 1032/10
previously [1] 1020/7
principle [1] 1086/16
prior [2] 1076/17
1098/9
privilege [31] 1041/6
1041/7 1045/4 1045/9
1045/21 1045/23
1049/2 1052/25 1054/8
1054/11 1054/16
1067/24 1069/18
1069/23 1070/9 1076/7
1077/2 1078/11
1078/21 1079/23
1080/1 1081/2 1085/1
1088/6 1089/6 1090/5
1090/11 1090/12
1090/14 1090/18
1094/18
privileges [2] 1053/8
1076/21
prized [1] 1043/2
probability [1]
1032/18
Probation [1] 1103/6
problem [2] 1023/6
1094/11
procedures [1]
1046/11
proceedings [3]
1056/18 1103/18
1104/5
process [3] 1046/18
1074/12 1098/15
processes [1] 1097/17
proclaim [1] 1096/11
proclaimed [1]
1088/15
produce [16] 1027/18
1039/6 1039/16
1043/16 1044/15
1044/20 1044/24
1045/18 1045/25
1046/23 1048/12
1048/16 1050/13
1053/3 1053/23 1054/7
producing [1] 1049/16
professionalism [1]
1103/16
promised [1] 1049/5
promote [1] 1035/15

**P**

**proof [19]** 1023/20 1027/11 1028/10 1028/12 1028/12 1028/16 1037/23 1038/17 1039/8 1068/3 1068/7 1068/9 1068/10 1068/14 1068/17 1078/3 1095/9 1095/11 1095/16
**proper [1]** 1030/15
**propose [1]** 1022/20
**proposed [2]** 1021/2 1022/4
**prosecution [4]** 1054/19 1055/4 1086/8 1086/17
**prosecution's [1]** 1062/17
**prosecutor [11]** 1069/24 1072/8 1072/16 1073/1 1073/11 1073/13 1074/21 1075/3 1079/3 1079/6 1080/3
**prosecutor's [1]** 1060/3
**prosecutors [5]** 1072/10 1073/10 1080/17 1080/21 1080/23
**protect [3]** 1042/25 1081/2 1084/25
**prove [11]** 1027/18 1027/25 1028/7 1033/16 1034/17 1039/9 1040/2 1040/6 1040/15 1059/2 1068/11
**proved [11]** 1031/4 1033/18 1037/24 1038/10 1039/13 1041/16 1059/2 1059/8 1065/8 1065/14 1072/5
**proven [3]** 1027/15 1027/20 1098/10
**provide [12]** 1024/25 1039/5 1039/16 1042/7 1050/12 1050/23 1079/22 1090/15 1093/12 1094/1 1099/15 1100/22
**provided [11]** 1020/1 1020/5 1020/7 1034/9

1054/2 1091/4 1059/16 1059/23 1077/11 1091/3 1093/21
**providing [2]** 1038/25 1098/6
**proving [2]** 1028/4 1029/19
**public [5]** 1026/15 1044/9 1045/16 1096/12 1097/14
**publicity [2]** 1035/17 1036/1
**pull [1]** 1023/14
**purported [2]** 1045/23 1098/5
**purportedly [1]** 1062/20
**purpose [5]** 1040/19 1040/20 1052/14 1093/5 1103/5
**purposes [2]** 1043/9 1057/23
**put [7]** 1057/23 1070/4 1071/18 1078/2 1078/7 1085/18 1093/21
**putting [1]** 1078/4

**Q**

**question [20]** 1030/7 1030/14 1030/21 1030/22 1030/24 1031/1 1066/15 1067/17 1068/14 1070/2 1070/2 1070/22 1071/6 1071/9 1071/11 1073/14 1074/18 1075/15 1080/6 1084/17
**questioning [2]** 1056/7 1079/6
**questions [14]** 1025/6 1025/11 1027/3 1030/4 1042/8 1043/17 1046/5 1047/20 1070/4 1070/15 1072/8 1075/9 1075/9 1089/7
**Quiana [1]** 1019/9
**quick [2]** 1047/22 1087/2

**R**

**race [1]** 1026/9
**radio [2]** 1035/20 1085/15

**raise [1]** 1062/16
**raised [4]** 1066/22 1067/25 1070/15 1084/17
**raises [2]** 1072/8 1075/9
**random [1]** 1098/15
**rants [1]** 1093/15
**reach [4]** 1030/6 1035/9 1069/15 1079/24
**reached [2]** 1037/18 1100/8
**reaching [3]** 1029/25 1030/10 1034/25
**read [5]** 1035/22 1035/24 1058/10 1058/10 1076/23
**reading [3]** 1020/3 1024/10 1099/7
**ready [3]** 1024/2 1057/14 1087/5
**real [4]** 1028/21 1070/2 1074/17 1094/11
**realized [2]** 1054/23 1081/9
**really [10]** 1024/20 1042/9 1077/18 1077/18 1081/13 1087/11 1088/9 1092/20 1097/23 1099/18
**reason [18]** 1031/21 1033/11 1040/20 1043/21 1043/23 1047/7 1052/16 1052/22 1053/9 1054/6 1059/4 1059/8 1060/3 1068/18 1068/18 1072/4 1096/20 1096/23
**reasonable [31]** 1027/16 1027/21 1028/1 1028/3 1028/5 1028/11 1028/12 1029/6 1031/5 1033/19 1034/17 1038/10 1038/19 1039/10 1039/13 1040/2 1040/7 1040/16 1041/8 1041/16 1050/10 1059/3 1059/3 1059/4 1063/12 1065/8

1068/15 1069/14 1070/4 1074/19 1098/11
**reasonableness [1]** 1032/17
**reasonably [1]** 1038/20
**reasoning [1]** 1040/8
**reasons [4]** 1033/24 1087/1 1098/19 1102/15
**Rebuttal [1]** 1018/6
**recall [2]** 1032/7 1043/25
**recalled [1]** 1031/13
**receive [1]** 1033/5
**received [11]** 1019/24 1038/4 1038/7 1041/3 1079/12 1079/20 1079/21 1081/4 1081/8 1084/16 1100/6
**receiving [1]** 1046/16
**recent [1]** 1078/9
**recess [3]** 1087/3 1087/4 1100/3
**recipient [2]** 1066/21 1077/11
**recipients [1]** 1070/18
**recognize [4]** 1042/10 1053/11 1096/23 1097/3
**recognizing [1]** 1101/11
**recollection [3]** 1026/21 1071/15 1071/23
**recollections [1]** 1032/6
**record [4]** 1019/6 1019/17 1022/25 1104/5
**recording [1]** 1034/18
**records [2]** 1039/7 1100/22
**Redbook [1]** 1022/15
**redline [1]** 1019/24
**refer [2]** 1025/2 1025/2
**referee [1]** 1091/9
**reference [1]** 1026/22
**referencing [2]** 1049/2 1065/23
**referral [1]** 1046/12
**referred [3]** 1054/19 1055/3 1091/4

**R**

**referring [1]** 1048/21
**reflect [2]** 1019/17
1021/7
**refusal [7]** 1039/22
1040/18 1040/20
1040/21 1048/18
1050/20 1077/6
**refusals [1]** 1096/4
**refuse [6]** 1025/16
1049/25 1053/23
1055/20 1076/3 1076/4
**refused [8]** 1039/21
1041/10 1045/18
1046/21 1047/21
1048/6 1050/18
1052/23
**refusing [6]** 1055/19
1081/15 1088/16
1092/13 1092/22
1096/22
**regard [2]** 1058/1
1096/12
**regarding [5]** 1035/6
1035/14 1040/25
1098/10 1099/6
**regardless [2]** 1026/8
1045/23
**regulations [2]**
1059/11 1059/21
**reject [2]** 1047/16
1055/12
**rejected [4]** 1045/21
1054/16 1090/6
1095/18
**rejecting [1]** 1094/24
**rejects [1]** 1047/12
**rejoin [1]** 1099/1
**related [3]** 1040/4
1051/15 1052/5
**relationship [7]**
1072/8 1072/9 1072/9
1072/19 1073/11
1074/20 1096/8
**relatively [1]** 1019/22
**relevant [3]** 1038/9
1071/21 1071/21
**religion [1]** 1026/9
**rely [2]** 1037/1 1097/3
**relying [1]** 1090/12
**remained [1]** 1098/20
**remains [1]** 1027/14
**remarks [1]** 1097/24
**remember [1]** 1070/15

**remind [2]** 1035/18
1036/8
**reminded [3]** 1045/22
1046/1 1048/11
**remove [4]** 1076/6
1077/7 1084/20 1091/5
**removed [1]** 1080/5
**rendered [1]** 1025/8
**repeat [2]** 1035/16
1053/1
**repeatedly [2]** 1054/5
1076/5
**replace [1]** 1036/24
**replaces [2]** 1034/14
1034/15
**report [4]** 1099/15
1102/13 1102/25
1103/6
**Reported [1]** 1017/21
**Reporter [2]** 1017/22
1104/3
**reporters [1]** 1045/16
**reports [3]** 1035/20
1035/24 1085/16
**represent [1]** 1034/4
**representatives [1]**
1070/8
**represents [1]**
1030/17
**request [3]** 1049/12
1060/11 1069/15
**requests [1]** 1043/13
1049/14
**require [5]** 1027/17
1028/16 1029/24
1043/15 1088/13
**required [11]** 1033/16
1041/5 1044/14
1044/15 1045/17
1046/1 1046/20 1048/9
1059/15 1071/24
1088/11
**requirements [1]**
1048/2
**research [4]** 1035/18
1036/15 1043/12
1099/8
**Resolution [2]**
1042/20 1051/22
**resolve [2]** 1066/25
1084/20
**resolved [3]** 1069/19
1077/4 1093/1
**respect [4]** 1034/1

1036/12 1037/17
1080/9
**respond [2]** 1046/5
1049/12
**responded [2]**
1047/25 1070/19
**responding [2]** 1050/1
1078/18
**response [4]** 1071/25
1078/13 1089/6 1093/1
**responsibility [3]**
1025/20 1026/20
1030/18
**responsive [2]** 1045/8
1071/1
**rest [1]** 1098/19
**rests [1]** 1072/2
**result [7]** 1032/14
1040/23 1046/12
1052/17 1056/5
1085/10 1100/10
**retire [1]** 1036/6
**return [5]** 1025/7
1033/23 1034/5 1035/3
1099/18
**reveal [1]** 1037/16
**reviews [1]** 1047/7
**RIANE [2]** 1017/18
1019/13
**rid [2]** 1070/8 1076/7
**right [19]** 1020/3
1020/9 1023/18 1033/6
1033/8 1033/9 1043/15
1057/4 1074/7 1078/23
1080/14 1085/21
1088/15 1088/20
1093/2 1094/10 1097/2
1102/6 1102/14
**Rioters [1]** 1042/24
**rise [2]** 1100/1
1100/14
**Road [1]** 1017/15
**roadmap [1]** 1070/20
**Robert [1]** 1088/24
**role [4]** 1025/9
1025/17 1086/18
1101/12
**roles [1]** 1071/16
**room [14]** 1017/23
1034/20 1035/3 1036/6
1036/20 1053/25
1067/5 1077/22 1085/6
1088/12 1093/15
1096/3 1097/8 1099/18

**ROSE [1]** 1017/10
**RPR [1]** 1017/21
**rule [2]** 1025/11
1057/1
**ruled [1]** 1030/24
**rules [14]** 1035/6
1042/11 1042/14
1046/22 1047/3
1049/25 1053/10
1057/7 1059/10
1069/20 1069/25
1070/1 1098/5 1098/7
**ruling [1]** 1070/10
**rush [2]** 1067/17
1067/19
**rushed [1]** 1054/24
1068/1

**S**

**said [31]** 1024/25
1026/16 1035/17
1041/20 1044/3
1044/10 1047/23
1057/3 1058/11
1058/13 1059/22
1067/19 1068/10
1069/24 1070/6
1070/17 1070/18
1070/19 1073/19
1075/13 1075/20
1076/6 1076/16 1077/6
1079/6 1090/1 1090/21
1093/13 1094/16
1097/1 1101/9
**same [5]** 1049/2
1058/15 1078/25
1079/1 1090/5
**sat [1]** 1075/1
**saw [9]** 1029/9
1029/12 1029/14
1029/14 1042/19
1049/7 1049/9 1051/24
1088/10
**say [20]** 1021/20
1023/22 1049/4 1053/6
1059/22 1065/13
1073/4 1074/25
1077/17 1078/21
1078/23 1080/13
1080/19 1087/1 1087/2
1087/11 1089/22
1090/6 1090/7 1095/13
**saying [9]** 1048/1
1070/1 1077/7 1078/10

**S**

**saying... [5]** 1080/11 1080/21 1090/5 1091/9 1094/23
**says [24]** 1021/4 1021/6 1023/10 1023/20 1029/18 1058/23 1059/15 1068/7 1071/10 1073/5 1076/14 1077/25 1078/19 1079/3 1079/20 1079/21 1079/24 1080/3 1085/8 1087/10 1088/3 1088/7 1090/20 1100/8
**schedule [2]** 1078/22 1102/7
**scheduled [1]** 1048/17
**scheduling [1]** 1066/23
**SCHOEN [4]** 1017/14 1017/15 1019/12 1103/13
**scope [1]** 1066/23
**scorn [1]** 1056/3
**seat [4]** 1042/9 1096/15 1098/21 1098/22
**seated [1]** 1096/19
**seats [2]** 1098/16 1098/16
**second [10]** 1021/17 1039/17 1039/24 1050/14 1051/13 1052/9 1068/4 1074/23 1074/24 1101/18
**secret [1]** 1070/19
**Section [2]** 1059/17 1059/23
**Sections [1]** 1046/12
**see [10]** 1049/5 1054/6 1058/22 1073/25 1074/2 1074/9 1077/24 1078/13 1088/3 1103/16
**seeking [1]** 1057/11
**seem [2]** 1053/6 1066/9
**seems [1]** 1087/14
**seen [5]** 1029/10 1029/16 1050/24 1050/25 1058/4
**select [22]** 1035/4 1035/6 1039/1 1039/16

1040/13 1040/19 1043/9 1045/25 1046/3 1046/6 1046/10 1048/17 1050/12 1050/15 1051/20 1052/8 1066/13 1067/1 1088/13
**selected [2]** 1071/13 1098/15
**selecting [2]** 1030/5 1035/10
**selection [3]** 1035/2 1056/18 1098/14
**self [1]** 1032/25
**self-interest [1]** 1032/25
**Senate [2]** 1076/19 1085/21
**send [4]** 1025/7 1037/7 1049/1 1053/25
**sending [2]** 1034/20 1095/11
**sense [3]** 1043/7 1047/25 1097/9
**sent [10]** 1019/23 1020/24 1044/12 1045/3 1052/2 1055/2 1077/11 1078/18 1093/16 1094/15
**sentence [5]** 1021/4 1058/23 1078/23 1085/7 1085/8
**sentencing [4]** 1102/7 1102/9 1102/19 1103/3
**separate [2]** 1033/21 1033/23
**separately [1]** 1033/23
**September [2]** 1044/12 1044/21
**serious [3]** 1073/13 1075/9 1093/17
**seriously [3]** 1055/9 1093/19 1101/11
**serve [1]** 1053/18
**served [3]** 1028/6 1068/9 1072/13
**service [20]** 1051/1 1057/1 1068/3 1068/7 1068/9 1068/10 1068/11 1068/15 1068/15 1068/17 1081/5 1095/9 1095/11 1095/16 1097/14

1101/6 1101/9 1101/13
**serving [1]** 1089/4
**set [1]** 1053/8
**settle [1]** 1074/7
**several [2]** 1067/23 1076/8
**sex [1]** 1026/10
**sexual [1]** 1026/10
**shall [1]** 1059/15
**shared [2]** 1057/5 1073/16
**she [52]** 1030/17 1031/23 1058/9 1058/10 1058/10 1058/13 1059/22 1066/7 1066/8 1066/9 1066/13 1066/18 1066/19 1066/25 1067/19 1068/1 1068/1 1068/2 1068/2 1068/4 1068/4 1068/8 1068/9 1069/6 1069/6 1069/9 1069/10 1069/12 1069/14 1070/18 1070/19 1070/19 1070/24 1071/2 1071/6 1072/8 1073/8 1073/10 1073/12 1073/14 1075/10 1075/10 1075/11 1075/11 1075/13 1075/13 1075/14 1075/20 1075/22 1077/17 1077/18 1077/18
**she's [5]** 1066/25 1072/13 1072/14 1075/23 1075/24
**shifts [1]** 1027/16
**short [1]** 1041/20
**should [43]** 1019/24 1021/5 1023/19 1024/14 1025/7 1025/15 1026/1 1026/12 1026/13 1026/16 1026/19 1026/24 1030/1 1030/21 1030/25 1030/25 1031/1 1031/10 1033/4 1033/22 1033/23 1034/1 1034/11 1034/13 1035/3 1035/6 1035/21 1036/24

1037/1 1037/10 1037/18 1038/8 1062/16 1065/20 1074/21 1079/4 1079/4 1084/22 1086/7 1093/19 1098/3 1098/9 1103/11
**shouldn't [1]** 1071/22
**show [12]** 1042/5 1042/6 1042/6 1042/13 1047/21 1056/6 1058/11 1058/14 1062/17 1068/23 1068/24 1076/10
**showed [2]** 1079/17 1090/20
**shown [1]** 1032/23
**shows [5]** 1045/16 1058/5 1090/22 1093/9 1097/5
**side [2]** 1030/14 1032/25
**sidebar [11]** 1060/11 1060/14 1062/11 1063/17 1063/18 1065/5 1081/20 1081/22 1084/13 1101/19 1102/5
**signature [6]** 1062/22 1063/2 1063/5 1063/9 1063/14 1068/8
**signatures [3]** 1095/6 1095/7 1098/8
**signed [6]** 1037/8 1037/11 1062/15 1063/8 1063/13 1100/8
**silence [1]** 1085/18
**SILVERMAN [1]** 1017/18
**Similarly [1]** 1027/3
**simple [2]** 1042/4 1087/14
**simply [1]** 1102/18
**Since [2]** 1098/19 1099/3
**single [6]** 1044/24 1048/16 1054/7 1067/1 1071/1 1094/17
**singled [1]** 1066/15
**sitting [1]** 1071/12
**situation [2]** 1055/24 1084/15
**skip [1]** 1053/24
**skipping [1]** 1048/8

# S

**sleep [1]** 1029/14
**Slightly [1]** 1022/3
**SLUTKIN [1]** 1017/18
**small [2]** 1056/19
1099/12
**snow [4]** 1029/9
1029/11 1029/14
1029/15
**snowed [1]** 1029/17
**so [50]** 1019/24
1020/14 1021/2 1021/5
1022/6 1022/18 1023/6
1023/22 1024/10
1024/14 1024/20
1024/22 1033/2
1036/19 1040/21
1041/23 1042/12
1044/20 1045/8
1048/10 1048/23
1048/23 1049/19
1051/10 1051/13
1052/24 1054/5
1055/13 1066/14
1066/24 1067/25
1068/8 1070/4 1070/9
1071/23 1077/4 1078/3
1078/5 1084/15 1088/9
1092/9 1092/25 1093/5
1097/11 1100/5
1101/11 1102/6
1102/18 1102/24
1103/8
**soccer [1]** 1091/9
**social [1]** 1088/2
**socialized [1]** 1072/20
**society [1]** 1053/13
**sole [4]** 1025/19
1026/20 1031/7
1065/18
**solely [2]** 1026/12
1035/25
**solutions [1]** 1077/1
**some [14]** 1019/18
1019/22 1025/4 1028/6
1035/17 1035/19
1039/22 1040/5 1040/8
1043/14 1059/6 1081/3
1086/2 1091/6
**somebody [6]** 1066/9
1073/5 1073/20 1074/6
1080/7 1080/8
**somehow [1]** 1092/9
**someone [3]** 1041/3

**someone's [2]**
1037/24 1038/1
**something [8]** 1047/17
1052/21 1053/20
1056/19 1056/19
1066/3 1094/18 1099/2
**sometime [1]** 1102/17
**sometimes [3]**
1030/13 1073/14
1073/18
**soon [2]** 1036/4
1057/20
**sorry [3]** 1060/10
1075/12 1078/17
**sought [9]** 1039/17
1039/25 1040/4 1040/9
1040/13 1043/7 1044/1
1050/14 1052/8
**speak [2]** 1035/13
1058/8
**Special [4]** 1019/9
1089/23 1090/4 1095/2
**Special Agent Hart [1]**
1090/4
**specialist [1]** 1019/9
**specific [1]** 1035/6
**speculate [2]** 1030/22
1033/11
**spelled [1]** 1051/19
**spend [1]** 1056/17
**spent [1]** 1094/7
**split [1]** 1074/9
**spoke [4]** 1058/6
1058/9 1062/14
1075/10
**spoken [1]** 1054/22
**spokesperson [1]**
1035/5
**staff [2]** 1072/13
1075/17
**stall [1]** 1049/3
**stalled [1]** 1053/19
**stalling [1]** 1055/12
**stand [5]** 1031/18
1045/13 1069/4 1069/5
1088/21
**stands [2]** 1031/25
1074/13
**start [2]** 1067/13
1086/13
**state [5]** 1037/23
1037/24 1038/1 1038/5
1038/11

**statement [4]** 1038/9
1044/9 1045/16
1047/22
**statements [6]**
1026/25 1027/1
1032/10 1098/1 1098/3
1098/4
**STATES [11]** 1017/1
1017/2 1017/8 1019/3
1019/8 1039/2 1042/23
1043/3 1043/10
1046/11 1051/21
**STEPHEN [2]** 1017/5
1019/4
**steps [1]** 1085/18
**Steve [24]** 1042/4
1057/22 1058/2 1059/5
1059/23 1060/4 1060/4
1060/9 1066/15
1067/17 1068/19
1068/22 1069/14
1070/25 1072/5
1074/22 1075/7 1076/2
1077/6 1079/4 1079/19
1080/25 1081/14
1086/20
**still [10]** 1043/21
1049/22 1067/21
1077/20 1077/21
1079/2 1091/17 1092/5
1092/18 1099/7
**stood [2]** 1088/16
1088/20
**stop [2]** 1053/20
1096/17
**straightforward [1]**
1071/6
**Street [2]** 1017/12
1017/19
**stricken [2]** 1030/12
1030/25
**strict [2]** 1053/6
1053/9
**subject [2]** 1051/15
1051/18
**submit [1]** 1103/3
**subpoena [81]**
1039/17 1039/21
1039/25 1040/3 1040/8
1040/19 1041/2
1041/10 1042/17
1044/1 1044/13
1044/21 1045/5 1045/8
1045/12 1045/17

1046/1 1046/4 1046/8
1046/9 1046/22
1047/24 1048/1 1048/9
1048/11 1048/19
1049/14 1049/24
1050/14 1050/18
1050/24 1051/2
1051/15 1052/3
1052/13 1053/2 1053/7
1055/8 1055/10
1055/14 1057/10
1057/24 1058/1 1058/7
1058/16 1062/14
1063/7 1063/9 1063/13
1066/21 1067/1
1067/11 1068/3
1068/12 1070/16
1071/3 1071/18 1076/3
1077/9 1077/11
1077/14 1077/20
1077/20 1079/1 1079/1
1079/20 1079/21
1080/9 1080/10
1080/19 1087/10
1087/17 1088/10
1088/17 1088/23
1093/25 1094/2 1095/8
1095/12 1095/19
1095/25
**subpoena's [2]** 1048/7
1055/9
**subpoenaed [3]**
1039/15 1050/12
1050/22
**subpoenas [3]**
1043/14 1053/18
1070/17
**such [12]** 1026/8
1026/19 1029/3
1030/16 1033/1 1033/4
1035/21 1035/24
1036/11 1037/11
1041/6 1049/8
**sudden [4]** 1092/8
1092/20 1093/10
1093/20
**suddenly [1]** 1093/4
**sufficient [1]** 1038/18
**suggest [2]** 1034/12
1076/22
**suggested [1]** 1095/24
**Suite [1]** 1017/15
**sum [1]** 1049/10
**summary [1]** 1024/8

**S**

summon [1] 1099/1
summons [2] 1081/19
 1084/16
supported [1] 1032/21
supports [1] 1050/9
supposed [3] 1051/16
 1051/19 1097/4
sure [4] 1022/24
 1043/7 1056/13
 1081/21
surprising [1] 1073/16
surrounding [2]
 1032/4 1038/2
sustained [6] 1030/20
 1060/8 1085/3 1085/24
 1086/12 1098/2
sworn [1] 1043/16
sympathy [1] 1026/14
system [6] 1026/7
 1057/6 1080/22
 1096/22 1097/1 1097/4

**T**

table [2] 1019/10
 1019/13
tactics [1] 1055/12
take [11] 1022/10
 1026/15 1036/19
 1036/19 1055/8
 1069/21 1077/4
 1085/17 1091/2
 1093/19 1100/10
taken [4] 1034/11
 1037/1 1084/22 1087/4
takes [2] 1047/6
 1102/16
talk [22] 1042/18
 1042/19 1046/25
 1055/6 1062/12 1077/1
 1078/12 1088/9 1095/6
 1095/7 1095/8 1095/9
 1095/15 1095/16
 1095/18 1096/3 1096/4
 1096/11 1096/20
 1096/23 1096/24
 1102/7
talked [1] 1070/15
talking [11] 1054/21
 1073/5 1079/1 1079/2
 1094/8 1095/15
 1095/24 1096/2 1096/9
 1096/10 1096/14
talks [1] 1077/24

task [1] 1035/8
tear [1] 1098/23
technical [1] 1056/19
technically [1]
 1047/25
television [1] 1035/21
tell [15] 1033/3
 1037/19 1049/22
 1055/13 1056/8 1073/8
 1078/25 1087/18
 1088/13 1090/16
 1091/22 1091/25
 1093/12 1093/18
 1099/10
telling [1] 1031/21
tells [5] 1044/14
 1055/25 1056/1
 1090/16 1093/22
tempted [1] 1035/22
ten [1] 1086/15
term [2] 1023/1
 1040/17
terms [1] 1091/18
testified [20] 1029/10
 1031/7 1031/12
 1031/14 1031/23
 1058/19 1059/10
 1062/14 1063/8
 1065/17 1066/13
 1066/18 1066/25
 1068/8 1076/17
 1076/21 1077/3
 1079/12 1093/18
 1095/21
testifies [1] 1077/13
testify [19] 1033/7
 1033/8 1033/13
 1046/23 1059/16
 1067/25 1069/16
 1070/5 1070/9 1071/14
 1073/2 1076/8 1077/8
 1078/12 1079/5
 1079/12 1079/22
 1080/2 1080/18
testifying [4] 1031/18
 1031/25 1049/16
 1076/6
testimony [48] 1029/4
 1029/11 1029/15
 1031/6 1032/9 1032/10
 1032/13 1032/19
 1033/2 1033/4 1038/25
 1039/5 1039/16
 1039/17 1039/24

1040/4 1041/13
1049/13 1049/14
1050/4 1050/12
1050/14 1050/23
1050/24 1051/4 1051/7
1051/10 1052/1 1053/3
1054/8 1065/10
1065/16 1066/5 1069/3
1069/8 1070/14
1070/23 1071/9 1072/3
1074/3 1075/9 1077/12
1079/25 1080/10
1095/2 1095/3 1096/6
1100/18
texts [1] 1036/11
than [9] 1028/8
 1028/11 1029/25
 1063/11 1066/14
 1067/23 1088/1
 1091/19 1103/3
thank [23] 1019/16
 1020/11 1020/23
 1021/24 1022/1 1023/5
 1057/17 1065/6
 1070/11 1084/14
 1085/19 1086/21
 1086/22 1099/14
 1099/22 1099/23
 1100/25 1101/4 1101/5
 1101/14 1101/16
 1103/15 1103/15
that [441]
that's [38] 1023/3
 1024/20 1043/17
 1050/2 1052/9 1058/24
 1060/1 1066/3 1067/6
 1067/7 1067/16 1068/8
 1068/13 1068/16
 1068/18 1068/18
 1071/10 1073/13
 1074/2 1074/16
 1074/19 1075/13
 1075/19 1075/20
 1075/25 1076/1
 1076/15 1077/6
 1080/11 1081/13
 1085/25 1086/10
 1086/13 1091/9
 1091/21 1091/23
 1093/9 1102/21
their [12] 1024/17
 1024/18 1037/2 1038/2
 1065/10 1066/10
 1066/11 1072/19

1088/17 1089/11
1091/7 1091/8
them [18] 1020/2
 1020/3 1025/16
 1030/17 1034/22
 1036/20 1049/10
 1050/6 1050/10
 1058/23 1065/12
 1067/2 1075/11 1091/3
 1092/2 1093/12 1094/9
 1097/14
then [10] 1020/3
 1023/11 1024/17
 1024/19 1029/14
 1051/22 1068/7
 1074/13 1076/15
 1078/22
there [39] 1020/9
 1021/1 1028/13
 1028/21 1028/25
 1032/8 1035/5 1035/19
 1035/21 1037/25
 1040/7 1051/22 1054/9
 1054/9 1056/12
 1056/14 1058/23
 1059/4 1067/19
 1067/20 1070/10
 1070/19 1071/18
 1071/23 1072/3
 1073/20 1073/22
 1074/23 1074/24
 1078/13 1087/13
 1087/23 1089/24
 1090/2 1092/21
 1096/19 1099/11
 1099/12 1102/24
there's [11] 1022/5
 1022/7 1047/5 1057/21
 1059/13 1066/14
 1067/16 1077/12
 1077/14 1094/8
 1094/11
Therefore [1] 1079/24
these [17] 1024/22
 1025/2 1026/1 1050/7
 1056/18 1059/10
 1059/21 1070/3
 1077/10 1079/3
 1079/17 1079/18
 1094/8 1094/25
 1094/25 1096/24
 1098/8
they [47] 1019/24
 1027/2 1030/18 1031/1

**T**

**they... [43]** 1036/23
1036/24 1042/15
1066/24 1072/17
1072/20 1072/20
1073/16 1073/17
1080/24 1084/16
1087/9 1089/12
1089/12 1090/6
1091/10 1091/23
1091/25 1092/5
1092/14 1093/21
1093/21 1094/12
1094/18 1094/18
1094/19 1094/19
1095/7 1095/7 1095/8
1095/15 1095/16
1095/18 1095/21
1096/2 1096/3 1096/4
1096/8 1096/20
1096/20 1096/23
1096/24 1097/14
**they're [9]** 1073/20
1074/18 1077/20
1080/19 1084/19
1084/19 1089/11
1089/12 1092/3
**they've [1]** 1089/11
**thing [10]** 1020/17
1049/8 1056/2 1058/15
1069/21 1072/7
1073/18 1075/8
1089/22 1098/12
**things [16]** 1020/19
1026/1 1028/14
1054/24 1059/6 1059/9
1063/10 1065/9
1065/22 1066/11
1069/6 1074/9 1086/2
1096/24 1101/9 1103/1
**think [25]** 1020/1
1021/20 1022/15
1026/16 1028/21
1038/9 1053/12
1054/22 1057/7
1058/17 1058/18
1065/9 1070/2 1081/3
1084/21 1084/24
1084/24 1085/19
1086/25 1088/4 1088/4
1091/3 1101/7 1101/11
1103/8
**thinking [2]** 1038/1
1066/4

**thinks [5]** 1047/8
1074/12 1091/1
1091/18 1093/8
**Third [2]** 1039/20
1050/17
**this [148]**
**THOMPSON [10]**
1017/18 1062/20
1062/24 1063/9
1063/13 1070/3 1070/7
1076/12 1080/11
1080/13
**Thompson's [3]**
1062/22 1063/2 1063/5
**those [19]** 1036/18
1037/1 1043/9 1051/8
1052/3 1055/4 1063/10
1067/7 1067/11 1071/6
1076/19 1077/15
1077/17 1077/17
1086/3 1088/12 1093/5
1098/4 1103/1
**though [3]** 1045/8
1079/5 1098/25
**thought [6]** 1055/14
1056/4 1074/14
1087/23 1089/19
1090/6
**thoughtful [1]** 1056/25
**thoughts [1]** 1057/24
**three [3]** 1050/21
1051/3 1076/17
**through [8]** 1043/8
1045/2 1051/23
1054/18 1056/7
1067/24 1076/5
1085/16
**throughout [4]**
1027/14 1027/17
1046/17 1072/12
**Thus [1]** 1039/10
**ticket [4]** 1047/4
1047/7 1053/13
1081/18
**tickets [1]** 1053/14
**tie [1]** 1059/25
**time [26]** 1029/12
1032/5 1040/3 1040/7
1040/13 1041/10
1041/21 1043/22
1046/4 1049/22 1052/8
1052/19 1056/18
1066/18 1071/17
1072/22 1073/23

1081/3 1089/2 1089/15
1092/4 1094/5 1094/7
1099/23
**time-limited [1]** 1092/4
**timeframe [1]** 1102/17
**timeline [1]** 1102/14
**times [1]** 1097/12
**today [4]** 1069/14
1071/12 1075/6 1103/7
**today's [1]** 1100/7
**together [8]** 1053/13
1057/4 1071/18
1072/18 1074/16
1086/19 1095/22
1099/21
**told [27]** 1028/7
1036/22 1042/3 1046/9
1046/15 1048/3
1048/10 1048/14
1048/20 1049/19
1052/12 1052/21
1054/5 1054/11 1058/3
1068/2 1068/2 1068/4
1075/14 1075/16
1088/25 1089/11
1090/18 1092/2
1094/11 1097/11
1098/13
**tomorrow [1]** 1044/11
**too [1]** 1075/4
**took [3]** 1058/19
1058/20 1070/23
**top [2]** 1068/7 1068/23
**topic [1]** 1040/9
**topics [4]** 1044/2
1068/24 1070/16
1088/10
**tossed [1]** 1092/25
**total [2]** 1049/10
1089/7
**toward [1]** 1032/1
**towards [1]** 1066/3
**towed [1]** 1047/15
**tracks [1]** 1076/23
**trail [2]** 1067/6 1067/7
**transcript [2]** 1017/7
1104/4
**transfer [3]** 1043/4
1044/4 1097/18
**treatment [1]** 1026/7
**trial [17]** 1017/7
1025/10 1025/21
1027/14 1027/17

1036/20 1032/25
1036/2 1036/9 1036/18
1036/22 1038/7
1041/18 1092/21
1093/18 1101/8 1101/9
**tried [2]** 1056/8
1088/18
**true [4]** 1028/8
1032/20 1047/25
1104/4
**Trump [24]** 1043/20
1043/22 1045/14
1045/24 1046/24
1052/24 1054/14
1068/23 1069/16
1070/7 1076/20 1077/2
1078/10 1078/11
1079/13 1079/19
1088/6 1088/14
1088/20 1088/22
1091/7 1091/15 1093/3
1093/16
**truth [3]** 1031/22
1033/3 1056/21
**truthful [1]** 1031/19
**truthfully [2]** 1031/12
1080/2
**try [9]** 1037/10
1069/15 1070/8
1072/25 1079/7
1084/25 1085/17
1089/24 1093/6
**trying [12]** 1049/2
1055/13 1055/18
1067/8 1073/12
1080/19 1084/20
1091/17 1092/13
1095/4 1096/16
1097/14
**tucked [1]** 1047/6
**Tuesday [1]** 1042/3
**turn [2]** 1088/11
1099/16
**turned [1]** 1058/20
**Twenty [1]** 1066/17
**twice [1]** 1048/6
**two [14]** 1020/19
1024/20 1028/25
1044/16 1050/3
1051/13 1067/8 1072/3
1076/22 1077/1 1078/7
1087/1 1087/13
1098/15
**types [1]** 1028/25

## U

**U.S [5]** 1017/10
1017/11 1017/22
1039/1 1087/18
**ultimately [1]** 1055/3
**ultimatum [1]** 1047/1
**umpire's [1]** 1091/11
**unable [2]** 1049/12
1049/13
**unanimity [1]** 1034/3
**unanimous [2]** 1034/7
1037/18
**unanimously [2]**
1100/19 1100/23
**unbiased [1]** 1086/17
**unbroken [1]** 1043/3
**under [12]** 1032/6
1037/15 1040/9
1043/15 1047/2 1047/6
1072/18 1073/17
1074/14 1077/2
1079/2 1087/17
**undermining [1]**
1096/22
**understand [5]** 1023/4
1044/14 1058/18
1078/20 1096/16
**understanding [4]**
1020/25 1027/2 1041/4
1041/5
**understood [1]**
1071/16
**UNITED [11]** 1017/1
1017/2 1017/8 1019/3
1019/8 1039/2 1042/23
1043/3 1043/10
1046/11 1051/21
**unlawfully [1]** 1092/10
**unless [4]** 1027/15
1059/16 1062/15
1091/10
**unlikely [1]** 1099/1
**unreasonableness [1]**
1032/18
**unrelated [1]** 1049/18
**until [6]** 1027/15
1037/17 1046/23
1067/22 1079/12
1099/4
**up [20]** 1023/14
1029/15 1035/7
1035/13 1038/6 1042/5
1042/6 1042/6 1042/13
1043/25 1045/6

1047/21 1051/2
1054/22 1054/24
1056/6 1073/24 1074/9
1091/2 1092/13
**upcoming [1]** 1046/2
**upheld [1]** 1086/16
**upon [2]** 1069/4
1100/15
**urgency [1]** 1067/20
**urgent [1]** 1089/16
**us [10]** 1052/10 1056/1
1057/20 1058/18
1071/20 1078/21
1086/2 1087/18
1102/17 1102/23
**use [12]** 1020/2 1021/2
1024/23 1034/10
1036/20 1037/3
1038/12 1053/20
1059/11 1070/21
1093/6 1099/6
**used [2]** 1020/22
1066/10
**useful [1]** 1086/25
**uses [2]** 1022/25
1023/7

## V

**valid [1]** 1062/15
**variance [1]** 1023/1
**various [2]** 1087/1
1102/15
**VAUGHN [5]** 1017/10
1019/8 1023/6 1041/23
1042/3
**verdict [27]** 1020/20
1025/8 1026/6 1026/19
1030/1 1030/7 1030/9
1030/11 1034/1 1034/3
1034/5 1034/6 1034/6
1034/8 1034/9 1034/13
1034/18 1035/1 1035/9
1037/18 1099/11
1099/21 1100/9
1100/11 1100/15
1101/1 1101/2
**verdicts [2]** 1033/23
1034/22
**version [5]** 1019/21
1020/8 1020/9 1020/12
1022/6
**versus [2]** 1019/3
1095/6
**very [11]** 1024/8

1058/17 1065/6
1068/24 1078/25
1079/1 1099/14
1099/24 1101/13
**via [1]** 1036/15
**views [5]** 1035/14
1086/1 1086/2 1086/3
1086/5
**violation [3]** 1048/19
1056/19 1098/5
**violence [1]** 1042/24
**violent [1]** 1096/15
**voluntary [1]** 1043/13
**vote [1]** 1037/21
**voted [2]** 1054/18
1075/1
**voting [1]** 1037/17
**vs [1]** 1017/4

## W

**wait [4]** 1075/1
1075/23 1079/7 1092/1
**waive [3]** 1077/2
1079/25 1090/21
**waived [2]** 1076/20
1078/21
**wake [1]** 1043/6
**want [37]** 1019/17
1020/20 1021/3 1021/5
1022/24 1024/7 1025/2
1036/7 1042/7 1042/8
1042/9 1044/19
1068/22 1069/6 1071/7
1085/7 1087/9 1087/25
1089/12 1089/21
1095/7 1095/8 1095/9
1095/15 1095/16
1095/18 1096/2 1096/3
1096/4 1096/10
1096/20 1096/20
1096/23 1096/24
1097/24 1099/22
1101/5
**wanted [4]** 1036/19
1048/22 1088/25
1091/4
**wants [5]** 1067/5
1071/2 1087/9 1095/5
1097/3
**warned [2]** 1054/12
1054/17
**was [129]**
**Washington [3]**

1017/24
**wasn't [2]** 1088/24
1094/14
**waste [1]** 1094/4
**watch [2]** 1035/23
1035/24
**way [20]** 1027/6
1036/16 1037/25
1040/5 1053/8 1053/16
1066/10 1066/11
1067/15 1069/7
1069/10 1069/11
1069/12 1086/10
1091/21 1092/18
1093/14 1095/10
1095/22 1099/16
**ways [1]** 1035/17
**we [100]**
**we'd [1]** 1022/8
**we'll [4]** 1023/12
1050/8 1074/8 1078/22
**we're [16]** 1023/11
1024/2 1024/21 1057/3
1069/13 1074/23
1078/3 1079/1 1079/2
1086/3 1086/4 1086/5
1089/15 1094/16
1094/24 1096/9
**we've [3]** 1066/10
1066/12 1078/6
**week [10]** 1049/17
1069/21 1069/23
1072/3 1078/6 1081/12
1092/9 1099/23
1101/10 1103/16
**weeks [1]** 1088/4
**weight [4]** 1025/21
1029/21 1029/23
1033/4
**well [12]** 1020/8
1020/25 1047/7
1051/18 1059/9 1068/1
1068/22 1070/15
1075/21 1077/18
1079/8 1080/4
**went [5]** 1029/14
1044/24 1046/23
1049/1 1096/1
**were [25]** 1028/7
1030/4 1030/5 1034/23
1034/24 1054/20
1054/21 1055/16
1067/11 1067/23

**were... [15]**  1069/11
1070/4 1072/3 1072/20
1073/10 1074/15
1075/15 1075/17
1077/9 1078/14
1087/13 1090/7
1094/18 1096/4 1101/9
**what [78]**  1024/21
1025/18 1025/20
1025/21 1029/1
1029/10 1029/16
1030/22 1034/12
1035/17 1037/25
1038/6 1041/4 1044/14
1047/15 1047/19
1048/2 1048/25
1049/19 1049/24
1050/2 1053/7 1055/6
1058/13 1059/3 1059/6
1059/22 1065/23
1065/24 1067/20
1068/22 1069/1 1069/3
1070/14 1071/4
1071/14 1073/8 1074/9
1075/14 1075/20
1075/20 1076/22
1077/6 1078/21
1078/23 1078/25
1080/13 1081/12
1081/12 1081/14
1084/17 1084/24
1085/6 1086/4 1086/4
1087/10 1087/15
1087/18 1088/14
1088/25 1089/3 1089/5
1089/8 1089/15
1089/16 1090/16
1092/17 1093/9
1095/12 1095/15
1095/18 1095/19
1096/2 1096/5 1096/15
1096/16 1097/16
1103/2
**what's [6]**  1075/8
1081/13 1084/18
1088/9 1092/20 1095/5
**whatever [2]**  1052/16
1074/9
**when [58]**  1021/6
1024/14 1024/15
1025/8 1029/3 1030/4
1030/13 1034/10
1035/3 1036/7 1042/9

1042/15 1042/16
1044/15 1044/20
1045/12 1048/2
1052/20 1054/15
1054/16 1054/17
1054/18 1057/9
1058/22 1065/7
1065/13 1066/4
1066/18 1068/11
1070/6 1073/4 1074/23
1075/10 1075/15
1076/20 1076/23
1077/3 1077/16
1077/24 1078/12
1079/8 1079/21
1080/10 1080/18
1081/1 1081/8 1085/18
1086/4 1087/10
1089/25 1092/19
1093/14 1093/25
1094/2 1097/7 1097/7
1097/16 1097/17
**where [14]**  1021/12
1021/16 1026/5 1028/7
1043/17 1068/7 1073/9
1073/22 1075/2
1077/10 1084/16
1086/3 1088/3 1090/20
**whether [37]**  1021/6
1029/22 1030/5 1031/4
1031/9 1031/11
1031/12 1031/19
1031/20 1031/21
1031/22 1031/24
1032/8 1032/14
1032/19 1032/20
1033/1 1033/18
1037/21 1038/9
1040/10 1041/15
1057/10 1057/25
1063/13 1063/14
1065/7 1065/14
1065/19 1065/25
1066/2 1072/4 1073/4
1073/6 1074/3 1074/18
1094/19
**which [38]**  1019/22
1022/4 1023/13 1026/3
1027/22 1028/8
1028/25 1029/6
1031/10 1031/14
1031/23 1032/7
1033/22 1034/16
1038/5 1042/20 1043/1

1051/23 1055/24
1058/2 1059/7 1059/12
1059/15 1062/13
1062/19 1065/20
1071/6 1080/1 1080/12
1085/8 1091/20
1092/18 1093/21
1095/9 1095/24
1102/16
**while [3]**  1025/2
1025/19 1029/17
**white [8]**  1017/18
1017/18 1019/13
1043/20 1055/15
1087/16 1095/1 1095/5
**who [30]**  1030/16
1031/6 1035/10
1035/11 1035/12
1035/13 1035/14
1036/18 1037/1 1042/4
1056/9 1056/15 1058/9
1062/14 1065/16
1066/9 1066/11 1071/4
1071/12 1071/14
1072/1 1072/22 1073/5
1074/9 1074/13
1077/19 1078/14
1079/17 1093/18
1097/16
**who's [1]**  1074/6
**whole [2]**  1025/4
1025/15
**whose [1]**  1055/19
**why [33]**  1042/6
1042/12 1056/12
1058/4 1066/15
1066/15 1067/17
1067/18 1068/17
1068/21 1068/21
1069/13 1071/5 1071/6
1071/10 1072/25
1073/12 1073/12
1074/2 1074/4 1075/9
1075/11 1075/22
1077/17 1077/17
1080/3 1086/13 1087/1
1095/23 1096/9
1096/14 1096/17
1097/16
**will [45]**  1020/3 1020/4
1021/2 1022/18 1024/1
1024/10 1024/11
1024/12 1024/13

1024/17 1024/17
1024/19 1024/25
1034/9 1034/20
1034/24 1035/10
1035/12 1035/14
1036/5 1037/11
1041/20 1049/15
1057/20 1059/7
1067/22 1069/19
1075/4 1078/24
1079/25 1080/14
1080/16 1085/4 1088/7
1093/18 1098/1 1099/1
1099/10 1099/12
1099/19 1099/20
1099/22 1100/13
1102/24 1103/16
**Willard [1]**  1044/6
**willful [10]**  1039/4
1039/6 1039/22
1040/17 1046/9
1048/18 1050/20
1082/19 1100/18
1100/22
**willfully [9]**  1038/25
1040/17 1048/16
1052/20 1054/4 1081/1
1092/15 1093/25
1094/1
**willfulness [1]**
1052/11
**willing [2]**  1078/20
1092/16
**window [2]**  1029/9
1029/13
**windshield [1]**  1047/6
**wiper [1]**  1047/6
**wish [3]**  1036/7 1036/7
1036/21
**wishes [1]**  1089/5
**withdraw [1]**  1078/11
**without [2]**  1026/14
1053/15
**witness [35]**  1029/3
1030/24 1031/9
1031/10 1031/12
1031/13 1031/14
1031/16 1031/17
1031/18 1031/19
1031/20 1031/21
1031/22 1031/24
1032/7 1032/11
1032/19 1032/20
1032/23 1033/2 1033/3

1133

# W

**witness... [13]** 1033/4
1058/8 1059/15
1059/16 1065/20
1065/20 1065/25
1066/2 1066/17
1066/20 1070/11
1070/21 1075/3
**witness's [7]** 1029/4
1031/11 1031/18
1032/3 1032/9 1032/10
1032/12
**witnesses [16]**
1025/23 1031/4 1031/6
1031/8 1043/16 1056/8
1065/10 1065/16
1065/19 1066/14
1069/2 1071/21 1072/3
1078/7 1087/13 1092/3
**woke [1]** 1029/15
**won't [3]** 1049/20
1049/21 1049/22
**wonder [2]** 1063/14
1087/10
**word [2]** 1048/5
1094/13
**words [4]** 1023/7
1034/6 1052/14
1077/14
**work [13]** 1024/1
1043/12 1053/18
1066/8 1067/22
1067/22 1067/24
1072/20 1085/14
1093/24 1094/12
1097/4 1103/1
**worked [8]** 1043/19
1072/17 1072/22
1073/17 1073/21
1075/23 1094/8
1095/21
**works [5]** 1042/13
1042/14 1042/14
1091/21 1102/23
**world [2]** 1028/14
1095/23
**worth [1]** 1055/22
**worthless [1]** 1056/2
**would [34]** 1021/12
1021/20 1022/7
1022/14 1022/20
1022/21 1023/22
1029/11 1029/16
1030/6 1030/23

1033/10 1040/11
1046/10 1046/22
1047/23 1048/1 1049/5
1053/19 1054/22
1054/23 1054/24
1055/3 1055/11
1058/12 1074/18
1075/22 1086/25
1093/12 1093/13
1102/17 1102/18
1103/2 1103/5
**wouldn't [2]** 1053/15
1090/1
**write [2]** 1079/20
1098/23
**writes [2]** 1078/17
1078/18
**writing [2]** 1037/13
1037/19
**written [1]** 1099/19
**wrong [5]** 1052/18
1052/19 1052/19
1053/25 1054/1
**wrote [9]** 1045/20
1045/23 1046/2
1046/20 1048/15
1049/11 1049/15
1049/17 1071/4

# Y

**year [7]** 1019/3
1067/23 1067/23
1068/25 1074/25
1074/25 1075/4
**years [14]** 1043/19
1066/9 1066/16
1066/18 1066/19
1066/22 1072/11
1072/17 1073/21
1074/15 1075/4
1075/23 1085/16
1086/15
**yelled [1]** 1088/2
**yes [14]** 1020/18
1020/23 1020/25
1021/15 1021/18
1022/1 1023/22
1053/11 1057/15
1060/2 1060/13
1086/25 1087/6 1101/3
**yesterday [3]** 1019/20
1066/18 1079/6
**yet [1]** 1071/1
**you [393]**

your [14] 1050/7
1058/22 1059/7 1065/9
1065/12 1065/24
1067/5 1077/24
1078/13 1085/5 1085/6
1086/15 1086/16
1088/11
**you're [11]** 1059/1
1065/7 1065/18 1066/4
1069/1 1077/22
1078/20 1080/7
1081/15 1087/12
1089/16
**you've [11]** 1058/4
1070/21 1070/22
1072/17 1074/2 1075/5
1075/6 1077/23 1079/9
1079/10 1080/21
**your [110]**
**Your Honor [39]**
1019/2 1019/7 1019/11
1019/14 1019/16
1020/6 1020/11
1020/16 1022/4
1022/14 1022/24
1023/3 1023/9 1023/16
1057/15 1057/17
1059/18 1059/24
1060/2 1060/10
1060/11 1063/16
1065/6 1070/11
1079/14 1081/6
1081/16 1081/20
1084/14 1085/2
1085/23 1086/23
1087/6 1101/17
1102/10 1102/22
1102/23 1103/12
1103/14
**yourself [6]** 1049/9
1063/10 1067/15
1068/21 1075/1
1084/21
**yourselves [1]** 1019/6

# Z

**Zelda [1]** 1017/15