# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Crim. No.: 21-CR-670 (CJN)** |
| **v.** : | |
| : | |
| **STEPHEN K. BANNON,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States hereby informs the Court that assistant United States attorney John Crabb Jr. is entering his appearance in this matter on behalf of the government.

                                                            Respectfully submitted,

                                                            MATTHEW M. GRAVES
                                                           United States Attorney
                                                           D.C. Bar No. 481052

                                                           _____/s/_____
                                                           John Crabb Jr.
                                                           N.Y. Bar No. 2367670
                                                           601 D Street, N.W.
                                                           Washington, D.C. 20530
                                                          john.d.crabb@usdoj.gov
                                                           (202) 252-1794