**EXHIBIT 1**



GRAND JURY
EXHIBIT
5

| | |
|---|---|
| **From:** | Amerling, Kristin |
| **To:** | Costello, Robert J. |
| **Cc:** | Buckley, David |
| **Subject:** | RE: subpoena to Mr. Bannon |
| **Date:** | Friday, September 24, 2021 1:58:00 PM |

Thank you for confirming acceptance of service of the Select Committee subpoena to Mr. Bannon.

Best regards,
Kristin

**From:** Costello, Robert J. <rjc@dhclegal.com>
**Sent:** Friday, September 24, 2021 1:24 PM
**To:** Amerling, Kristin <Kristin.Amerling@mail.house.gov>
**Subject:** Re: subpoena to Mr. Bannon

   In response to your email of yesterday, this will advise you that I have been authorized by Steve Bannon to accept service of the subpoena from the House Select Committee on his behalf.
   Very truly yours,
   Robert J. Costello

Sent from my iPhone

> On Sep 23, 2021, at 6:38 PM, Amerling, Kristin <Kristin.Amerling@mail.house.gov> wrote:
>
> **CAUTION: EXTERNAL MAIL. DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS YOU DO NOT TRUST**
>
> Dear Mr. Costello,
>
> I am following up on our conversation today in which you confirmed that you represent Stephen Bannon. I understand that you are checking with Mr. Bannon regarding whether he will authorize you to accept service of a subpoena on his behalf. The Select Committee to Investigate the January 6th Attack on the United States Capitol is today issuing the attached subpoena to Mr. Bannon for his testimony and the production of documents to the Committee. In the event that you will accept service, I am attaching to this email the subpoena, along with a letter from Chairman Bennie Thompson, a document schedule with accompanying production instructions, and a copy of the deposition rules.

**Jan. 6 Sel. Comm. 0025**

Please confirm whether you will accept service of this subpoena on Mr. Bannon's behalf.

Thank you,
Kristin Amerling

*Kristin Amerling*
*Chief Counsel and Deputy Staff Director*
*Select Committee to Investigate the January 6th Attack on the United States Capitol*
*U.S. House of Representatives*

<Bannon, Stephen K. Subpoena 9.23.21.attachments.pdf>

**IMPORTANT NOTICE:** Beware of Cyber Fraud. You should never wire money to any bank account that our office provides to you via email without first speaking with our office. Further, do not accept emailed wiring instructions from anyone else without voice verification from a known employee of our office. Even if an email looks like it has come from this office or someone involved in your transaction. Please call us first at a number you know to be correct for this office to verify the information before wiring any money. Be particularly wary of any request to change wiring instructions you already received.
*************************************************************

STATEMENT OF CONFIDENTIALITY
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify us immediately by email reply to sender or by telephone to Davidoff Hutcher & Citron LLP at (800) 793-2843, ext. 3284, and destroy all copies of this message and any attachments.

IRS DISCLOSURE NOTICE
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or

recommending to another party any tax-related matters addressed herein.
*************************************************************████

Jan. 6 Sel. Comm. 0027

US-000179