**EXHIBIT 2**

 **Gmail**                                                                                      David Schoen <schoenlawfirm@gmail.com>

## Bannon Motion for Hearing

**David Schoen** <schoenlawfirm@gmail.com>                                                              Fri, Jun 16, 2023 at 12:10 AM
To: john.d.crabb@usdoj.gov, christopher.howland@usdoj.gov
Bcc: David Schoen <dschoen593@aol.com>

Mr. Howland and Mr. Crabb:

In the response to Mr. Bannon's motion that you filed [ECF# 187], you assert on Page 1, n. 1 and again on Page 3 that the government already has provided Mr. Bannon with the underlying grand-jury subpoenas and SCA applications. At page 3 of your response you cite to a portion of a transcript for this assertion.

These assertions do not comport with our (all defense counsel) records and we have gone back and searched all discovery provided by the government carefully. We also have reviewed the government's response to our motion to compel and other relevant documents. Perhaps we are just overlooking them.

Our records indicate that of these materials, the government actually only produced to the defense a single SCA Application and no subpoenas related to Mr. Costello's records.

Would you please advise as to the basis you have for the assertions and direct me to where, how, and when the government provided these documents to the defendant.

Thank you, David Schoen


David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
334-395-6611
Schoenlawfirm@gmail.com
DSchoen593@aol.com
David@Schoenlawfirm.com
www.schoenlawfirm.com