# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-670 (CJN)** |
| v. | : | |
| | : | |
| **STEPHEN K. BANNON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

The Court, having considered the government's Motion to Lift Stay of Sentence Pending Appeal, any opposition thereto, and the entire record in this matter;

**FINDS**, that there is no longer any substantial question of law or fact likely to result in reversal as required for release pending appeal under 18 U.S.C. § 3143(b)(1).

Accordingly, it is

**ORDERED** that the stay of sentence is lifted;

**FURTHER ORDERED** that the Bureau of Prisons ("BOP") shall set a date for the defendant to report to the designated BOP facility.

DATE:

_____
CARL J. NICHOLS
United States District Judge