# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | No.: 1:21-cr-00670-(CJN) |
| v. | |
| STEPHEN K. BANNON, | |
| *Defendant.* | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion for Extension of Time to respond to the Government's Motion to Lift Stay of Sentence Pending Appeal (ECF #193), it is hereby **ORDERED** that the Defendant's Motion is **GRANTED.**

The date for the Defendant to file its Response to the Government's Motion is hereby extended from May 16, 2024 to May 20, 2024.

Dated: May ____, 2024

_____
Hon. Carl J. Nichols
*United States District Judge*