UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>STEPHEN K. BANNON,<br><br>           *Defendant*. | Criminal Action No. 1:21-cr-0670 (CJN) |

**ORDER**

The United States has moved to lift the stay of Defendant Stephen K. Bannon's sentence following the Court of Appeals opinion affirming his conviction.  *See* ECF No. 193; *see also United States v. Bannon*, No. 22-3086, 2024 WL 2102236 (D.C. Cir. May 10, 2024).  For the reasons explained at today's hearing, the Court concludes that Defendant's appeal no longer raises a substantial question of law that is likely to result in a reversal or an order for a new trial under 18 U.S.C. § 3143(b)(1)(B).

Accordingly, it is

**ORDERED** that the Motion is **GRANTED**; it is

**FURTHER ORDERED** that Defendant Stephen K. Bannon shall report to the Bureau of Prisons by July 1, 2024.

DATE:  June 6, 2024

_____
CARL J. NICHOLS
United States District Judge

1