AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cr-670 |
| Stephen K. Bannon | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen K. Bannon                                                                                         .

Date:   08/29/2024                               /s/ R. Trent McCotter
                                                        *Attorney's signature*

                                                R. Trent McCotter (1011329)
                                                *Printed name and bar number*
                                                Boyden Gray PLLC
                                                801 17th St NW, Suite 350
                                                Washington, DC 20006

                                                *Address*

                                                tmccotter@boydengray.com
                                                *E-mail address*

                                                (202) 706-5488
                                                *Telephone number*

                                                *FAX number*