IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | No. 1:21-cr-670-CJN |
| ) | |
| STEPHEN K. BANNON,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

### [PROPOSED] ORDER

The Court, having considered Defendant's Motion to Reimpose Bail, any opposition thereto, and the entire record in this matter;

**FINDS**, that there is a substantial question of law or fact likely to result in reversal, a new trial, or a reduced sentence, as required under 18 U.S.C. § 3143(b)(1), and further

**FINDS**, that all other requirements of 18 U.S.C. § 3143(b)(1) remain satisfied.

Accordingly, it is

**ORDERED** that Defendant's sentence is stayed pending completion of all appeals, including disposition of any petition for a writ of certiorari, if timely sought.

**IT IS FURTHER ORDERED** that the Bureau of Prisons shall immediately release Defendant from custody.

DATE: September __, 2024        _____

Hon. Carl J. Nichols

1