# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:21-cr-670-CJN |
| STEPHEN K. BANNON, ) | |
| Defendant. ) | |

## NOTICE REGARDING BUREAU OF PRISONS LETTER

On August 29, 2024, Stephen K. Bannon filed a motion to reimpose bail or impose a period of supervised release. ECF No. 201. The government opposed on September 12, 2024, ECF No. 202, and Mr. Bannon filed his reply on September 13, 2024, ECF No. 203. In that briefing, the government argued that Mr. Bannon had not exhausted his alternative request for a period of supervised release. Mr. Bannon's reply contended that exhaustion was unnecessary here.

Mr. Bannon now brings to the Court's attention that, in the attached letter, the Acting Warden has denied Mr. Bannon's request for home confinement despite *agreeing* that Mr. Bannon has accrued ten days' worth of First Step Act credits. Those credits mean that Mr. Bannon could have been released to home confinement two days ago on October 19, 2024 (i.e., 10 days before the end of his sentence)—yet the BOP declined to do so, citing its view that there is "insufficient time" remaining on Mr. Bannon's sentence "to process" the referral to home confinement.

The government provides no other reason for denying such a release. Accordingly, but for that bureaucratic processing delay, Mr. Bannon presumably would have been released to home confinement two days ago. There is no reason for Mr. Bannon to remain in prison despite earning those credits. The Court should grant Mr. Bannon's motion and order him released immediately.

1

2

October 21, 2024                                    By:   */s/ R. Trent McCotter*

R. Trent McCotter
DC Bar # 1011329
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, #900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

M. Evan Corcoran
SILVERMAN THOMPSON SLUTKIN WHITE
400 East Pratt Street, Suite 900
Baltimore, MD 21202
(410) 385-2225
ecorcoran@silvermanthompson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve all registered attorneys in this case.

                                      _/s/ R. Trent McCotter_
                                      R. Trent McCotter