

**U.S. Department of Justice**

Federal Bureau of Prisons

---

*From the Office of the Warden*

*Federal Correctional Institution,*
*33 ½ Pembroke Dr*
*Danbury, Connecticut 06811*

October 21, 2024

Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, D.C. 20006

**Re: Stephen K. Bannon, Register No. 05635-509**

Dear Mr. McCotter,

FCI Danbury received your letter dated October 8, 2024, concerning your client, Stephen Bannon, Register No. 05635-509. Specifically, you request your client's immediate release to home confinement.

To date, Mr. Bannon has earned 10 First Step Act ("FSA") time credits. These credits would typically be applied toward early transfer to supervision pursuant to 18 U.S.C. Section 3624(g)(3). However, Mr. Bannon does not have a term of supervision following his term of imprisonment. Thus, his 10 FSA time credits can only be applied toward prerelease custody placement in a Residential Reeentry Center or on home confinement.

Unfortunately, Mr. Bannon has insufficient time on his sentence to process a referral and secure approval for ten days of home confinement placement. The Regional Reentry Management Office overseeing your client's release area advised their Residential Reentry Centers, which monitor home confinement placements, that they will not accept placements under 30 days.

This decision is supported by BOP Program Statement 7310.04 - *Community Corrections Center (CCC), Utilization and Transfer Procedures*. Specifically, Program Statement 7310.04, § 10(g), states: "Inmates in the following categories shall not ordinarily participate in CCC programs . . . Ordinarily, inmates serving sentences of six months or less."

Accordingly, your client will be released on his full-term release date of October 29, 2024.

Sincerely,

Darek Puzio, Acting Warden