UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No: 21-cr-670 (CJN) |
| v. | : | |
| | : | |
| **STEPHEN K. BANNON,** | : | |
| | : | |
| Defendant | : | |

# ORDER

Upon the application of Jeanine Ferris Pirro, United States Attorney for the District of Columbia, it is hereby ordered pursuant to Fed. R. Cim. P. 48(a) that the indictment in the above-captioned case be dismissed with prejudice as to Defendant Stephen K. Bannon.

_____/s/_____
Honorable Carl J. Nichols
United States District Judge
District of Columbia

3