**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-670-CJN |
| | ) | |
| STEPHEN K. BANNON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant Stephen K. Bannon respectfully submits this motion to substitute Michael Buschbacher in place of R. Trent McCotter as counsel in the above-captioned case. Trent McCotter is no longer at Boyden Gray PLLC and consequently should be withdrawn as counsel for Defendant Stephen K. Bannon.

Michael Buschbacher's Entry of Appearance and a Proposed Order are attached to this Motion.

July 10, 2026

By:  */s/ Michael Buschbacher*

Michael Buschbacher
DC Bar # 1048432
BOYDEN GRAY PLLC
800 Connecticut Ave NW
  Suite 900
Washington, DC 20006
202-955-0620
mbuschbacher@boydengray.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will serve all registered attorneys in this case.

           */s/ Michael Buschbacher*
           Michael Buschbacher