# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3086**                     **September Term, 2025**

**1:21-cr-00670-CJN-1**

**Filed On: August 12, 2026** [2187804]

United States of America,

        Appellee

    v.

Stephen K. Bannon,

        Appellant

### **M A N D A T E**

In accordance with the order of August 12, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                 BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

Link to the order filed August 12, 2026