**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

v.

**STEPHEN K. BANNON,**

Defendant.

Case No. 1:21-cr-00670-CJN

**[PROPOSED] ORDER**

Upon consideration of the United States' Unopposed Motion to Vacate the Judgment and Dismiss the Indictment, it is hereby:

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that the Judgment (ECF 161) is **VACATED**;

**ORDERED** that the Indictment (ECF 1) is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

______________________________
CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

DATE: _______________, 2026