**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

: Criminal No. 21-670 (CJN)

v.

STEPHEN K. BANNON,

*Defendant*.

**MOTION OF DAVID I. SCHOEN TO WITHDRAW AS DEFENSE COUNSEL**

Pursuant to LCrR 44.5(d), the undersigned, David I. Schoen, hereby moves this Court for an Order permitting the undersigned to withdraw as counsel of record for the Defendant Stephen K. Bannon.

Mr. Bannon is represented by other counsel in this case; so there will be no gap in his representation and the withdrawal will cause no delay in any further proceedings. No party will be prejudiced by granting this relief. A copy of this motion has been served by email on Mr. Bannon personally and will be served on all parties by filing it through the ECF system.

Dated: November 10, 2026

Respectfully submitted,

/s/ David I. Schoen

David I. Schoen (D.C. Bar No. 391408)
Schoen Law Firm, LLC
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: (917) 941-7952
Facsimile: (917) 591-7586
Email: schoenlawfirm@gmail.com

*Counsel for Defendant Stephen K. Bannon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of November, 2026, a copy of the foregoing Motion was served *via* the Court's CM/ECF system on all properly registered parties and counsel.

/s/ David I. Schoen
David I. Schoen (D.C. Bar No. 391408)